# IN THE UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON, RODGER SMITHERMAN, EDDIE BILLINGSLEY, LEONETTE W. SLAY, DARRYL ANDREWS, and ANDREW WALKER,** | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) CASE NO. |
| v. | )<br>)<br>) |
| **JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,** | )<br>)<br>) |
| Defendants. | ) |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the Defendants in this action by certified mail, pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure at the addresses below:

John H. Merrill
Alabama Secretary of State
600 Dexter Ave. – Ste. S-105
Montgomery, AL 36103

Attorney General Steve Marshall
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36104

Respectfully submitted this the 27th day of September, 2021.

/s/ J.S. "Chris" Christie
J.S. "Chris" Christie (ASB-3162-H07J)
**DENTONS SIROTE PC**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel:   (205) 930-5100
Fax:   (205) 930-5101
chris.christie@dentons.com

2