# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Bobby Singleton, Rodger Smitherman, Eddie Billingsley, Leonette W. Slay, Darryl Andrews, and Andrew Walker<br><br>**Plaintiff,**<br><br>v.<br><br>John H. Merrill, in his official capacity as Alabama Secretary of State<br><br>**Defendant.** | ) ) ) ) ) ) ) ) ) ) ) | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER: 2:21-cv-01291-SGC |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

JOHN H. MERRILL
Alabama Secretary of State
600 Dexter Avenue, Suite S-105
Montgomery, Alabama 36103

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

J.S. "Chris" Christie
DENTONS SIROTE PC
2311 Highland Avenue South
Birmingham, Alabama 35205
(205) 930-5751
chris.christie@dentons.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/28/21

SHARON N. HARRIS, CLERK

By: *[signature]*

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203