FILED
2021 Oct-01  AM 08:37
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

BOBBY SINGLETON, *et al.*,     )
     )
     Plaintiffs,     )
     )     Civil Action No.:
v.     )     2:21-cv-01291-SGC
     )
JOHN H. MERRILL, in his official     )
capacity as Alabama Secretary of State,  )
     )
     Defendant.     )

### NOTICE OF APPEARANCE

James W. Davis hereby enters his notice of appearance as counsel of record for Secretary of State John H. Merrill, who is sued in his official capacity.

Respectfully submitted,

s/ James W. Davis
James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
(334) 242-7300
(334) 353-8400 (fax)
Jim.Davis@AlabamaAG.gov

*Counsel for Secretary of State Merrill*

2

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

s/James W. Davis<br>
<em>Counsel for Secretary of State Merrill</em>