FILED

2021 Oct-01  AM 08:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY SINGLETON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: |
| v. | ) | 2:21-cv-01291-SGC |
| | ) | |
| JOHN H. MERRILL, in his official | ) | |
| capacity as Alabama Secretary of State, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Brenton M. Smith hereby enters his notice of appearance as counsel of record

for Secretary of State John H. Merrill, who is sued in his official capacity.

Respectfully submitted,

s/ Brenton M. Smith
Brenton M. Smith (ASB-1656-X27Q)
 *Assistant Attorney General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
(334) 242-7300
(334) 353-8400 (fax)
Brenton.Smith@AlabamaAG.gov

*Counsel for Secretary of State Merrill*

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

s/Brenton M. Smith
*Counsel for Secretary of State Merrill*