UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris                                                                                                         Joe Musso
Clerk                                                                                                                    Chief Deputy

| Bobby Singleton et al, | } | |
|---|---|---|
| Plaintiffs | } | |
| v. | } | Case Number: 2:21-cv-1291-AMM |
| John H. Merrill, | } | |
| Defendant | } | |

## NOTICE OF REASSIGNMENT

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable Anna M. Manasco. Please use case number 2:21-cv-1291-AMM on all subsequent pleadings.

DATED: October 5, 2021

SHARON N. HARRIS, CLERK

By:____Maire Read_____
Deputy Clerk