**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John H. Merrill
AL Secretary of State
600 Dexter Ave
Suite S-105
Montgomery, AL 36103

9590 9402 5214 9122 6016 25

2. Article Number (Transfer from service label)

7015 0640 0001 4829 6184

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x B. MCCASTER  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 SEP 30 2021

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

RECEIVED DATE
2021 Oct-5 1:49

2:21-cv-01291 SGC

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt