FILED
2021 Oct-06 PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **Case No.: 2:21-cv-1291-AMM** |
| | ) |
| **JOHN H. MERRILL,** *in his official capacity as Alabama Secretary of State*, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This case is before the court on Plaintiffs' motion to expedite the appointment of a three-judge panel pursuant to 28 U.S.C. § 2284(a). Doc. 7. In their complaint, Plaintiffs request that a three-judge panel be convened and that the court enter a judgment declaring "that Alabama's current Congressional redistricting plan, enacted in 2011, Act No. 2011-518, is malapportioned and racially gerrymandered, in violation of Article I, § 2 and the Equal Protection Clause of the Fourteenth Amendment of the Constitution of the United States." Doc. 1 at 35-36. The court finds that this action "challeng[es] the constitutionality of the apportionment of congressional districts." 28 U.S.C. § 2284(a). Accordingly, the Clerk of Court is **DIRECTED** to transmit this order and a copy of the complaint and the motion to

expedite to the Chief Judge of the United States Court of Appeals for the Eleventh Circuit.

**DONE** and **ORDERED** this 6th day of October, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE