# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| v. ) | 2:21-cv-01291-AMM |
| ) | |
| JOHN H. MERRILL, in his official ) | |
| Capacity as Alabama Secretary of State, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

Benjamin M. Seiss hereby enters his notice of appearance as counsel of record for Secretary of State John H. Merrill, who Plaintiffs sue in his official capacity.

Respectfully submitted,

s/ Benjamin M. Seiss
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
(334) 242-7300
(334) 353-8440 (fax)
ben.seiss@alabamaag.gov

*Counsel for Secretary of State Merrill*

2

**CERTIFICATE OF SERVICE**

I certify that on September 29, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

s/Benjamin M. Seiss<br>
*Counsel for Secretary of State Merrill*