# IN THE UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, RODGER SMITHERMAN, EDDIE BILLINGSLEY, LEONETTE W. SLAY, DARRYL ANDREWS, and ANDREW WALKER,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>    Defendant. | Case No. 2:21-cv-01291-AMM |

## MOTION TO WITHDRAW

Plaintiffs hereby move the Court to allow J.S. "Chris" Christie to withdraw as counsel of record for Plaintiffs. As grounds for this motion, other counsel will continue to represent Plaintiffs and granting this motion will not delay or otherwise impact this action.

/s/ J.S. "Chris" Christie
J.S. "Chris" Christie (ASB-3162-H07J)
**DENTONS SIROTE PC**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel:   (205) 930-5100
Fax:   (205) 930-5101
chris.christie@dentons.com

1

/s/ James Uriah Blacksher
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel:   (205) 612-3752
Fax:   (866) 845-4395
jublacksher@gmail.com


/s/ Myron Cordell Penn
Myron Cordell Penn
**PENN & SEABORN, LLC**
1971 Berry Chase Place
Montgomery, AL  36117
Tel:   (334) 219-9771
myronpenn28@hotmail.com


/s/ Joe Ramon Whatley, Jr.
Joe Ramon Whatley, Jr.
**WHATLEY KALLAS, LLP**
P.O. Box 10968
Birmingham, AL  35202
Tel.:   (205) 488-1200
Fax:   (800) 922-4851
jwhatley@whatleykallas.com

/s/ Diandra "Fu" Debrosse Zimmermann
Diandra "Fu" Debrosse Zimmermann
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL  35203
Tel.:   (205) 855.5700
fu@dicellolevitt.com

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2021, I electronically filed the foregoing with the court's electronic system, which provides service on all counsel of record.

/s/ J.S. "Chris" Christie
Former Counsel for Plaintiffs