FILED
2021 Nov-05  PM 01:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2:21-cv-1291-AMM |
| **JOHN H. MERRILL,** *in his* | ) |
| *official capacity as Alabama* | ) THREE-JUDGE COURT |
| *Secretary of State*, | ) |
| | ) |
| **Defendant.** | ) |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

### **ORDER**

Plaintiffs' motion to set an expedited scheduling conference, Doc. 18, is **GRANTED**. A Rule 16 conference is **SET** for **TUESDAY, NOVEMBER 9, 2021, at 10:00 a.m. Central Standard Time**. The conference will be held virtually. Before the conference, the court will email the parties a link to participate.

The parties are **ORDERED** to meet and confer as soon as practicable and to file a joint proposed scheduling order by **4:00 p.m. CST** on **MONDAY, NOVEMBER 8, 2021**. The filing must propose deadlines for filing expert reports, completion of discovery, filing all motions (including for summary judgment), and filing pretrial stipulations. The proposed order must further state a date by which the

parties will be ready for a final consolidated hearing on the merits, if such a hearing is necessary. If the parties are unable to agree on a proposed order, they may submit separate proposed orders.

    **DONE** and **ORDERED** this 5th day of November, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the court