# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1291-AMM** |
| ) | |
| **JOHN H. MERRILL,** *in his* ) | **THREE-JUDGE COURT** |
| *official capacity as Alabama* ) | |
| *Secretary of State*, ) | |
| ) | |
| **Defendant.** ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

The parties are **ORDERED** to meet and confer about and to be prepared to discuss at Tuesday's conference the effect, if any, that *Caster et al. v. Merrill*, Case No. 2:21-cv-751-WKW-JTA, (M.D. Ala) has on discovery, summary judgment, trial, or other proceedings in this case.

**DONE** and **ORDERED** this 7th day of November, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the court