FILED
2021 Nov-08  AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**BOBBY SINGLETON, RODGER SMITHERMAN, EDDIE BILLINGSLEY, LEONETTE W. SLAY, DARRYL ANDREWS, and ANDREW WALKER**

        **Plaintiffs,**

v.

**JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,**

        **Defendant.**

**Case No.:  2:21-cv-01291-AMM**

**Three-Judge Court**

### MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.1 of the Local Rules of the United States Court for the Northern District of Alabama, Joe R. Whatley, Jr. ("Movant"), of Whatley Kallas, LLP, a member in good standing in the Alabama Bar and the United States District Court of the Northern District of Alabama, moves this Court for an order admitting Henry C. Quillen ("Mr. Quillen") of Whatley Kallas, LLP ("Whatley Kallas"), to practice before this Court *pro hac vice* on behalf of Plaintiffs Bobby Singleton, Rodger Smitherman, Eddie Billingsley, Leonette W. Slay, Darryl Andrews and Andrew Walker ("Plaintiffs") in the above-captioned action.  In support of this Motion, Movant states as follows:

    1.      Mr. Quillen is an attorney who lives and regularly practices in New

Hampshire.  Mr. Quillen is located in Whatley Kallas's Portsmouth office, 159 Middle Street, Suite 2C, Portsmouth, New Hampshire 03801.  Mr. Quillen's telephone number is 603-294-1591, facsimile is 800-922-4851, and his email address is hquillen@whatleykallas.com.  *See* Declaration of Henry C. Quillen, attached as Exhibit A.  His residence is located at 574 Broad Street, Portsmouth, New Hampshire 03801.

2.      Mr. Quillen is admitted to practice in the following Courts:

| COURT | ADMISSION DATE |
|---|---|
| United States Supreme Court | November 3, 2014 |
| United States Court of Appeals for the First Circuit | April 14, 2014 |
| United States Court of Appeals for the Eighth Circuit | July 6, 2018 |
| United States Court of Appeals for the Tenth Circuit | February 25, 2014 |
| United States Court of Appeals for the Eleventh Circuit | December 19, 2011 |
| United States Court of Appeals for the District of Columbia Circuit | April 15, 2008 |
| United States District Court for the District of Colorado | March 21, 2014 |
| United States District Court for the Northern District of Columbia | October 5, 2009 |
| United States District Court for the District of New Hampshire | April 8, 2014 |
| New York | March 20, 2008 |
| District of Columbia | March 6, 2009 |
| New Hampshire | December 3, 2013 |

*See* Exhibit A.

3.      Mr. Quillen is in good standing and eligible to practice in all of the

courts to which he is admitted.

    4.    Movant is a member in good standing of the Alabama State Bar and has been admitted to practice before this Court.

    WHEREFORE, premises considered, Movant respectfully requests that this Court enter an order allowing Henry C. Quillen to appear *pro hac vice* for the purpose of representing Plaintiffs in this case.

Dated:  November 8, 2021                              Respectfully submitted,

                                                     */s/ Joe R. Whatley, Jr.*
                                                     Joe R. Whatley, Jr.
                                                     WHATLEY KALLAS, LLP
                                                     2001 Park Place North
                                                     1000 Park Place Tower
                                                     Birmingham, AL 35203
                                                     Tel:  (205) 488-1200
                                                     Fax:  (800) 922-4851
                                                     Email: jwhatley@whatleykallas.com

                                                     James Uriah Blacksher
                                                     825 Linwood Road
                                                     Birmingham, AL 35222
                                                     Tel: (205) 612-3752
                                                     Fax: (866) 845-4395
                                                     jublacksher@gmail.com

                                                     Myron Cordell Penn
                                                     PENN & SEABORN, LLC
                                                     1971 Berry Chase Place
                                                     Montgomery, AL 36117
                                                     Tel: (334) 219-9771
                                                     myronpenn28@hotmail.com

                                                     Diandra "Fu" Debrosse Zimmermann
                                                     Eli Hare

DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
fu@dicellolevitt.com
ehare@dicellolevitt.com

*Counsel for Plaintiffs*