FILED
2021 Nov-08 AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, RODGER SMITHERMAN, EDDIE BILLINGSLEY, LEONETTE W. SLAY, DARRYL ANDREWS, and ANDREW WALKER<br><br>        Plaintiffs,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>        Defendant. | Case No.: 2:21-cv-01291-AMM<br><br>Three-Judge Court |

**DECLARATION OF HENRY C. QUILLEN IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

I, Henry C. Quillen, do hereby state as follows:

1. I am an attorney at the law firm Whatley Kallas, LLP ("Whatley Kallas") located at 159 Middle Street, Suite 2C, Portsmouth, New Hampshire 03801. My telephone number is 603-294-1591, facsimile is 800-922-4851, and my email address is hquillen@whatleykallas.com. My residence is located at 574 Broad Street, Portsmouth, New Hampshire 03801.

2. I am admitted to practice in the following Courts:

| COURT | ADMISSION DATE |
|---|---|
| United States Supreme Court | November 3, 2014 |
| United States Court of Appeals for the First Circuit | April 14, 2014 |

| COURT | ADMISSION DATE |
|---|---|
| United States Court of Appeals for the Eighth Circuit | July 6, 2018 |
| United States Court of Appeals for the Tenth Circuit | February 25, 2014 |
| United States Court of Appeals for the Eleventh Circuit | December 19, 2011 |
| United States Court of Appeals for the District of Columbia Circuit | April 15, 2008 |
| United States District Court for the District of Colorado | March 21, 2014 |
| United States District Court for the Northern District of Columbia | October 5, 2009 |
| United States District Court for the District of New Hampshire | April 8, 2014 |
| New York | March 20, 2008 |
| District of Columbia | March 6, 2009 |
| New Hampshire | December 3, 2013 |

3.  I am in good standing and eligible to practice in all of the courts to which I am admitted.

4.  I am familiar with the Local Rules of this Court and consent to be subject to the Rules of this Court.

5.  I declare under penalty of perjury, under the laws of the United States, that the foregoing declaration is true and correct.

Executed on this 8th day of November, 2021.

*/s/ Henry C. Quillen*
Henry C. Quillen