Case 2:21-cv-01291-AMM   Document 25-1   Filed 11/08/21   Page 1 of 2

FILED
2021 Nov-08 PM 04:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

Case 2:12-cv-00691-WKW-MHT-WHP   Document 90   Filed 03/27/13   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA LEGISLATIVE BLACK CAUCUS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF ALABAMA, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 2:12-CV-691 <br> (Three-Judge Court) |
| DEMETRIUS NEWTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF ALABAMA, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 2:12-CV-1081 <br> (Three-Judge Court) |

**ORDER GRANTING MOTION TO INTERVENE**

Before the court is the Motion to Intervene (Doc. # 82), filed by Alabama State Senator Gerald Dial and Alabama State Representative Jim McClendon, pursuant to Rule 24 of the Federal Rules of Civil Procedure. No party objects to the proposed intervention. Accordingly, it is ORDERED that the Motion to Intervene is

GRANTED. Senator Dial and Representative McClendon are permitted to intervene as Defendants.

DONE this 27th day of March, 2013.

                                      /s/ William H. Pryor, Jr.
                               UNITED STATES CIRCUIT JUDGE
                               PRESIDING

                                      /s/ W. Keith Watkins
                               CHIEF UNITED STATES DISTRICT JUDGE

                                      /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE