FILED
 2021 Nov-09  AM 09:49
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, RODGER SMITHERMAN, EDDIE BILLINGSLEY, LEONETTE W. SLAY, DARRYL ANDREWS, and ANDREW WALKER,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>Defendant. | Case No. 2:21-cv-01291-AMM |

## **ENTRY OF APPEARANCE**

**COMES NOW** Eli Hare of DiCello Levitt Gutzler LLC and hereby enters his appearance on behalf of Plaintiffs as additional counsel of record, in the above-styled and numbered cause of action.

Respectfully submitted,

/s/ Eli J. Hare
Eli J. Hare, Bar No. ASB-1024-t20q
DiCello Levitt Gutzler, LLC
420 20th Street North, Suite 2525
Birmingham, AL  35203
Tel:  205-855-5700
ehare@dicellolevitt.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2021, I electronically filed the foregoing with the court's electronic system, which provides service on all counsel of record.

James W. Davis
Office of the Attorney General
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
Tel: 334-242-7300
Jim.davis@alabamaag.gov

Edmund Gerard LaCour
Office of the Attorney General
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
Tel: 334-242-7300
elacour@ago.state.al.us

Benjamin Matthew Seiss
Office of the Attorney General
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
Tel: 334-353-8917
Ben.seiss@alabamaag.gov

Brenton Merrill Smith
Office of the Attorney General
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
Tel: 334-353-4336
Brenton.smith@alabamaag.gov

                                    /s/ Eli J. Hare
                                    Of Counsel