UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Bobby Singleton, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| v. ) | 2:21-cv-01291-AMM |
| ) | |
| John H. Merrill, in his official ) | Three-Judge Court |
| capacity as Alabama Secretary of State, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

The undersigned, a member of the bar of this Court, respectfully notices her appearance as counsel for Hon. John H. Merrill, in his official capacity as Secretary of State.

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/Misty S. Fairbanks Messick
Misty S. Fairbanks Messick (ASB-1813-T71F)
*Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
telephone:     334.353.8674
facsimile:     334.353.8400
Misty.Messick@AlabamaAG.gov

**Counsel for Secretary of State Merrill**

2

**CERTIFICATE OF SERVICE**

    I certify that on November 17, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

s/Misty S. Fairbanks Messick
*Counsel for Secretary of State Merrill*
