# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1291-AMM** |
| ) | |
| **JOHN H. MERRILL,** *in his* ) | **THREE-JUDGE COURT** |
| *official capacity as Alabama* ) | |
| *Secretary of State*, ) | |
| ) | |
| **Defendant.** ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

This case is before the court on a motion to intervene by Alabama Senator Jim McClendon and Alabama Representative Chris Pringle. Doc. 25. Senator McClendon and Representative Pringle move to intervene as defendants in their official capacities. *Id.* at 1. For many of the reasons offered in the motion, which, notably, is unopposed by all of the parties to this action, the motion is **GRANTED**.

**DONE** and **ORDERED** this 17th day of November, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the court