FILED
2021 Nov-18 AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| v. ) | 2:21-cv-01291-AMM |
| ) | |
| JOHN H. MERRILL, in his official ) | |
| capacity as Alabama Secretary of State, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned, Thomas A. Wilson, and enters his notice of appearance as counsel of record for Defendant John H. Merrill, in his official capacity as Alabama Secretary of State.

Respectfully submitted,

s/ Thomas A. Wilson
Thomas A. Wilson
(ASB-1494-D25C)
   *Deputy Solicitor General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
(334) 242-7300
(334) 353-8400 (fax)
thomas.wilson@AlabamaAG.gov

*Counsel for Secretary of State Merrill*

Case 2:21-cv-01291-AMM   Document 34   Filed 11/18/21   Page 2 of 2

2

## CERTIFICATE OF SERVICE

      I certify that on November 18, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

                                          s/ Thomas A. Wilson
                                          *Counsel for Secretary of State Merrill*