FILED

2021 Nov-18  AM 10:43
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON, RODGER SMITHERMAN, EDDIE BILLINGSLEY, LEONETTE W. SLAY, DARRYL ANDREWS, and ANDREW WALKER,** ) ) ) ) ) | |
| **Plaintiffs,** ) | **NO. 2:21-CV-01291-AMM** |
| ) | **THREE-JUDGE COURT** |
| **v.** ) ) | |
| **JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,** ) ) | |
| **Defendant.** | |

### NOTICE OF APPEARANCE

The undersigned, a member of the bar of this Court, respectfully notices his appearance as counsel for Sen. Jim McClendon, in his capacity as Senate Chairman of the Permeant Legislative Committee on Reapportionment of the State of Alabama and Rep Chris Pringle, in his capacity as House Chairman of the Permanent Legislative Committee on Reapportionment of the State of Alabama.

Respectfully submitted this 18th day of November, 2021.

*s/ Dorman Walker*

**OF COUNSEL**:

Dorman Walker (ASB-9154-R81J)
Email: dwalker@balch.com
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104

Telephone: (334) 834-6500

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing system, which will perfect service upon the following counsel of record:

Steve Marshall
Attorney General
James W. Davis (ASB-4063-I58J)
Deputy Attorney General
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Misty S. Fairbanks Messick
Andrew Reid Harris
Alexander Barrett Bowdre
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Jim.Davis@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov

**Counsel for Secretary Merrill**

James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
jublacksher@gmail.com

Myron Cordell Penn
PENN & SEABORN, LLC

1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
myronpenn28@hotmail.com


Joe Ramon Whatley, Jr.
Henry C. Quillen
WHATLEY KALLAS, LLP
P.O. Box 10968
Birmingham, AL 35202
Tel.: (205) 488-1200
Fax: (800) 922-4851
jwhatley@whatleykallas.com
hquillen@whatleykallas.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
fu@dicellolevitt.com
ehare@dicellolevitt.com

**Attorneys for Plaintiffs**




*s/ Dorman Walker*
Of Counsel