FILED
2021 Nov-18 PM 12:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-01291-AMM |
| ) | |
| JOHN MERRILL, in his official capacity ) | THREE-JUDGE COURT |
| as Alabama Secretary of State, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR STATUS CONFERENCE

Defendants respectfully move the Court to schedule a joint status conference of the parties in each of the three cases in the Northern District that involve challenges to Alabama's new Congressional districts: the above-styled case (*Singleton v. Merrill*, 2:21-cv-01291-AMM); *Milligan v. Merrill*, No. 2:21-cv-1530-AMM (three-judge court); and *Caster v. Merrill*, No. 2:21-cv-01536-AMM.

Defendants understand that the *Milligan* Plaintiffs, like the *Singleton* Plaintiffs, intend to move for a preliminary injunction. Defendants do not know at this time if the *Caster* Plaintiffs will also seek such relief. Defendants believe that all preliminary injunction petitions should be heard at the same time, and that revisions to the Court's schedule, *doc. 29*, may facilitate preparations for such a combined hearing. Accordingly, Defendants seek a status conference at the Court's earliest convenience so that all parties in the three cases can discuss the schedule for

any preliminary injunction motion that any plaintiff intends to file, so that proceedings can be coordinated for the convenience of the Court and the parties, and so that the parties can have clarity about the schedule as soon as possible.

Defendants represent that they will serve counsel in *Milligan* and *Caster* with this motion. Defendants are authorized to state:

• The *Caster* Plaintiffs do not oppose Defendants' request for a status conference, but "we reserve our right to have our case adjudicated before a single district court judge, see *Caster v. Merrill*, Case No. 2:21-cv-01536-AMM, ECF No. 28, Plaintiffs' Response to Order to Show Cause."

• The *Milligan* Plaintiffs do not oppose this motion for a status conference.

• The *Singleton* Plaintiffs believe that the three-judge district court in *Singleton* has no subject-matter jurisdiction to consider any motions by plaintiffs in *Caster* or *Milligan*, and that those cases should proceed separately. So they oppose the motion for a status conference.

Respectfully submitted,

Steve Marshall
*Attorney General*

/s/ James W. Davis
Edmund G. LaCour Jr. (ASB-9182-U81L)
   *Solicitor General*
James W. Davis (ASB-4063-I58J)
   *Deputy Attorney General*
A. Reid Harris (ASB-1624-D29X)
Brenton M. Smith (ASB-1656-X27Q)

2

        Benjamin M. Seiss (ASB-2110-O00W)
         *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
***Counsel for Secretary Merrill***

/s/ Dorman Walker
Dorman Walker (ASB-9154-R81J)
Email: dwalker@balch.com
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 834-6500

***Counsel for Senator Jim McClendon and Representative Chris Pringle***

## CERTIFICATE OF SERVICE

I certify that on November 18, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will perfect service to all counsel of record; and that Defendants will serve counsel in *Caster* and *Milligan* by electronic mail.

        s/ James W. Davis
        *Counsel for Secretary of State Merrill*

3