FILED
2021 Nov-18  PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA



## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY SINGLETON, *et al* | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: |
| | ) | 2:21-CV-01291-AMM |
| v. | ) | |
| | ) | **THREE-JUDGE COURT** |
| JOHN H. MERRILL, in his official capacity as | ) | |
| Alabama Secretary of State, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT SEN. JIM MCCLENDON AND
### <u>REP. CHRIS PRINGLE'S NOTICE OF ADOPTION OF ECF NO. 36</u>

Come now defendant-intervenors Sen. Jim McClendon, Senate Chair of the

Reapportionment Committee, and Rep. Chris Pringle, House Chair of the

Reapportionment Committee, and adopt ECF No. 36, "Defendants Motion to

Consolidate" and any material filed in support of it.

Respectfully submitted this 18th day of November 2021.

/s/ Dorman Walker
*Counsel for Sen. McClendon and Rep.*
*Pringle*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this the 18th day of November 2021 I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will perfect service upon the following counsel of record:

Steve Marshall
*Attorney General*
James W. Davis (ASB-4063-I58J)
*Deputy Attorney General*
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Misty S. Fairbanks Messick
Andrew Reid Harris
Alexander Barrett Bowdre
Edmund Gerard LaCour
Thomas Alexander Wilson
*Assistant Attorneys General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Jim.Davis@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Elacour@ago.state.al.us
Thomas.wilson@AlabamaAG.gov

**Counsel for Secretary Merrill**

James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752

Fax: (866) 845-4395
jublacksher@gmail.com


Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 676-1626
myronpenn28@hotmail.com


Joe Ramon Whatley, Jr.
Henry C. Quillen
WHATLEY KALLAS, LLP
P.O. Box 10968
Birmingham, AL 35202
Tel.: (205) 488-1200
Fax: (800) 922-4851
jwhatley@whatleykallas.com
hquillen@whatleykallas.com

Diandra "Fu" Debrosse Zimmermann
Eli Joseph Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
fu@dicellolevitt.com
ehare@dicellolevitt.com

**Attorneys for Plaintiffs**


*s/ Dorman Walker*
Of Counsel