# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, | ) |
| **Plaintiffs,** | ) |
| v. | ) Case No.: 2:21-cv-1291-AMM |
| **JOHN H. MERRILL,** *in his official capacity as Alabama Secretary of State*, *et al.*, | ) THREE-JUDGE COURT |
| **Defendants.** | ) |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

Any response by Plaintiffs to the Defendants' motion to consolidate, Doc. 36, and their motion to dismiss or join, Doc. 33, shall be filed on or before **MONDAY, NOVEMBER 22, 2021, at 10:00 a.m.** Central Standard Time.

**DONE** and **ORDERED** this 18th day of November, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the court