FILED
2021 Nov-19 AM 11:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

