FILED
2021 Dec-14  AM 11:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 2:21-cv-1291-AMM |
| **JOHN H. MERRILL,** *in his official capacity as Alabama Secretary of State*, *et al.*, | ) THREE-JUDGE COURT |
| Defendants. | ) |

| | |
|---|---|
| **EVAN MILLIGAN,** *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 2:21-cv-01530-AMM |
| **JOHN H. MERRILL,** *in his official capacity as Secretary of State of Alabama*, *et al.*, | ) THREE-JUDGE COURT |
| Defendants. | ) |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER ON DISCOVERY DISPUTES

This case is before the court on Further Objections to Plaintiffs' Discovery filed by Defendants Senator Jim McClendon and Representative Chris Pringle ("the

Legislators"). Doc. 63. In an earlier order denying a motion for a protective order, the court ordered the Legislators to file any other objections to the plaintiffs' discovery requests. Doc. 59. The Legislators' further objections are generalized, boilerplate, and directed broadly at all discovery requests rather than specifically at a particular request for a defined category of documents. *See* Doc. 63. Further, it appears that some, if not all, of those objections may be amenable to agreement between able counsel.

Counsel are therefore **DIRECTED** to confer forthwith and make every attempt to resolve the Legislators' objections. If counsel are unable to resolve all such objections, then the Legislators are **ORDERED** to file as soon as practicable, but not later than **12:00 PM CENTRAL STANDARD TIME** on **THURSDAY, DECEMBER 16, 2021**, any remaining objections that require the court's attention, as well as any motions and/or briefing that require the court's attention in connection with such objections. The Legislators are warned that any further objections must specifically state exactly which of the discovery requests remain in dispute and why.

Likewise, the Plaintiffs are **ORDERED** to file any motions and/or briefing that require the court's attention in connection with unresolved discovery objections as soon as practicable, but not later than **12:00 PM CENTRAL STANDARD TIME** on **THURSDAY, DECEMBER 16, 2021**.

Finally, any party wishing to file any discovery motion that requires the court's attention is **ORDERED** to file such motion as soon as practicable, but not later than **12:00 PM CENTRAL STANDARD TIME** on **THURSDAY, DECEMBER 16, 2021**.

**DONE** and **ORDERED** this 14th day of December, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the court