FILED
2021 Dec-14  PM 01:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Thomas M. Bryan

█████████████

Midlothian, VA 23114

███████████

tom@bryangeodemo.com

Redistricting Résumé and C.V.

## Introduction

I am an applied demographic, analytic and research professional who leads a team of experts in state and local redistricting cases.  I have subject matter expertise in political and school redistricting and Voting Rights Act related litigation, US Census Bureau data, geographic information systems (GIS), applied demographic techniques and advanced analytics.

## Education & Academic Honors

2002 MS, Management and Information Systems - George Washington University

2002 GSA CIO University graduate* - George Washington University

1997 Graduate credit courses taken at University of Nevada at Las Vegas

1996 MUS (Master of Urban Studies) Demography and Statistics core - Portland State University

1992 BS, History - Portland State University

## Bryan GeoDemographics, January 2001-Current: Founder and Principal

I founded Bryan GeoDemographics (BGD) in 2001 as a demographic and analytic consultancy to meet the expanding demand for advanced analytic expertise in applied demographic research and analysis.  Since then, my consultancy has broadened to include litigation support, state and local redistricting, school redistricting, and municipal infrastructure initiatives.  Since 2001, BGD has undertaken over 150 such engagements in three broad areas:

1) state and local redistricting,
2) applied demographic studies, and
3) school redistricting and municipal Infrastructure analysis.

The core of the BGD consultancy has been in state and local redistricting and expert witness support of litigation.  Engagements include:

---

Granted by the General Services Administration (GSA) and the Federal IT Workforce Committee of the CIO Council.
http://www.gwu.edu/~mastergw/programs/mis/pr.html

**State and Local Redistricting**

- 2021: Served as Consultant to the Arizona Independent Redistricting Commission, presenting "Pros and Cons of (Census data) Differential Privacy".  July 13, 2021.
  - https://irc.az.gov/sites/default/files/meeting-agendas/Agenda%207.13.21.pdf

- 2021: Chosen by Virginia Senator Tommy Norment to be the Republican nominee for the position of Special Master to the Virginia Supreme Court in designing the Legislative, Senate and Congressional redistricting plans for the State of Virginia.  Did not end up serving.
  - https://www.vacourts.gov/courts/scv/districting/special_masters_nominations_senator_norment.pdf

- 2021: Retained as demographic and redistricting expert for the Wisconsin Legislature in *Johnson v. Wisconsin Elections Commission*, No. 2021AP001450-OA (Wis. Supreme Court) and related Wisconsin redistricting litigation.  Offering opinions on demography and redistricting for redistricting plans proposed as remedies in impasse suit.

- 2021: Retained as demographic and redistricting expert by the State of Alabama Attorney General's office.  Currently serving as the State's demographic and redistricting expert witness in the matters of *Milligan v. Merrill*, *Thomas v. Merrill* and *Singleton v. Merrill* over Alabama's Congressional redistricting initiatives.

- 2021: Retained as nonpartisan demographic and redistricting expert in the State of North Carolina to prepare commissioner redistricting plans for Granville County, Harnett County, Jones County and Nash County.  Each proposed plan was approved and successfully adopted.

- 2021: Retained as demographic and redistricting expert by Democratic Counsel for the State of Illinois in the case of *McConchie v. State Board of Elections*.  Prepared expert report in defense of using the American Community Survey to comply with state constitutional requirements in the absence of the (then) delayed Census 2020 data.
  - https://redistricting.lls.edu/case/mcconchie-v-ill-state-board-of-elections/.

- 2021: Retained by counsel for the Chairman and staff of the Texas House Committee on Redistricting as a consulting demographic expert.  Texas House Bill 1 subsequently passed by the Legislature 83-63.
  - https://capitol.texas.gov/BillLookup/History.aspx?LegSess=873&Bill=HB1

- 2021: In the matter of the *State of Alabama, Representative Robert Aderholt, William Green and Camaran Williams v. the US Department of Commerce; Gina Raimondo; the US Census Bureau and Ron Jarmin* in US District Court of Alabama Eastern Division.  Prepared a demographic report for Plaintiffs analyzing the effects of using Differential Privacy on Census Data in Alabama and was certified as an expert witness by the Court.

- o https://www.alabamaag.gov/Documents/news/Census%20Data%20Manipulation%20Lawsuit.pdf

- o https://redistricting.lls.edu/case/alabama-v-u-s-dept-of-commerce-ii/

- 2020: In the matter of The Christian Ministerial Alliance (CMA), *Arkansas Community Institute v. the State of Arkansas.* In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants. Providing demographic and analytic litigation support.

  - o https://www.naacpldf.org/wp-content/uploads/CMA-v.-Arkansas_FILED-without-stamp.pdf

- 2020: In the matter of *Louisiana State Conference of the NAACP, Allen and Anthony v. the State of Louisiana* in US District Court. In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants. Providing demographic and analytic litigation support for the analysis and testing of LA Supreme Court Districts.

  - o https://apnews.com/c44c986a29ec4035a87e5ca94d4e6324

  - o https://www.bloomberglaw.com/public/desktop/document/AllenetalvStateofLouisianaOfficeoftheGovernorDivisionofAdministra?1595341263

- 2020: In the matter of *Aguilar, Gutierrez, Montes, Palmer and OneAmerica v. Yakima County* in Superior Court of Washington under the Washington Voting Rights Act ("WVRA" Wash. Rev. Code § 29A.92.60). In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants. Providing demographic and analytic litigation support.

  - o https://bloximages.newyork1.vip.townnews.com/yakimaherald.com/content/tncms/assets/v3/editorial/a/4e/a4e86167-95a2-5186-a86c-bb251bf535f1/5f0d01eec8234.pdf.pdf

- 2018-2020: In the matter of *Flores, Rene Flores, Maria Magdalena Hernandez, Magali Roman, Make the Road New York, and New York Communities for Change v. Town of Islip, Islip Town Board, Suffolk County Board of Elections* in US District Court. On behalf of Defendants - provided a critical analysis of plaintiff's demographic and environmental justice analysis. The critique revealed numerous flaws in both the demographic analysis as well as the tenets of their environmental justice argument, which were upheld by the court. Ultimately developed mutually agreed upon plan for districting.

  - o https://nyelectionsnews.wordpress.com/2018/06/20/islip-faces-section-2-voting-rights-act-challenge/

  - o https://www.courthousenews.com/wp-content/uploads/2018/06/islip-voting.pdf

- 2017-2020 In the matter of *NAACP, Spring Valley Branch; Julio Clerveaux; Chevon Dos Reis; Eric Goodwin; Jose Vitelio Gregorio; Dorothy Miller; and Hillary Moreau v East Ramapo Central School District (Defendant)* in United States District Court Southern District Of New York

(original decision May 25, 2020), later the U.S. Second Circuit Court of Appeals.  On behalf of Defendants, developed mutually agreed upon district plan and provided demographic and analytic litigation support.

- o https://www.lohud.com/story/news/education/2020/05/26/federal-judge-sides-naacp-east-ramapo-voting-rights-case/5259198002/

- 2017-2020: In the matter of *Pico Neighborhood Association et al v. City of Santa Monica* brought under the California VRA.  In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants.  Providing demographic and analytic litigation support.  Executed geospatial analysis to identify concentrations of Hispanic and Black CVAP to determine the impossibility of creating a minority majority district, and demographic analysis to show the dilution of Hispanic and Black voting strength in a district (vs at-large) system.   Work contributed to Defendants prevailing in landmark ruling in the State of California Court of Appeal, Second Appellate District.

  - o https://www.santamonica.gov/press/2020/07/09/santa-monica-s-at-large-election-system-affirmed-in-court-of-appeal-decision

- 2019: In the matter of *Johnson v. Ardoin / the State of Louisiana* in United States District Court.  In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants.  Provided expert demographic and analytic litigation support.

  - o https://www.brennancenter.org/sites/default/files/2019-10/2019-10-16-Johnson%20v_%20Ardoin-132-Brief%20in%20Opposition%20to%20MTS.pdf

- 2019: In the matter of *Suresh Kumar v. Frisco Independent School District et al*. in United States District Court. In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants.  Provided expert demographic and analytic litigation support.  Successfully defended.

  - o https://www.friscoisd.org/news/district-headlines/2020/08/04/frisco-isd-wins-voting-rights-lawsuit

  - o https://www.courthousenews.com/wp-content/uploads/2020/08/texas-schools.pdf

- 2019: At the request of the City of Frisco, TX in collaboration with demographic testifying expert Dr. Peter Morrison.  Provided expert demographic assessment of the City's potential liability regarding a potential Section 2 Voting Rights challenge.

- 2019: In the matter of *NAACP v. East Ramapo Central School District* in US District Court Southern District of NY.  In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants.  Provided expert demographic and analytic litigation support.

- 2019: In the matter of *Johnson v. Ardoin* in United States District Court.  In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants.  Provided expert demographic and analytic litigation support.  Prepared analysis of institutionalized prison population versus noninstitutionalized eligible to vote population.
  - https://casetext.com/case/johnson-v-ardoin

- 2019: In the matter of *Vaughan v. Lewisville Independent School District et al.* in United States District Court.  In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants.  Provided expert demographic and analytic litigation support.
  - https://www.nbcdfw.com/news/local/lawsuit-filed-against-lewisville-independent-school-district/1125/

- 2019: In the matter of *Holloway, et al. v. City of Virginia Beach in* United States District Court, Eastern District of Virginia.  In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants.  Provided expert demographic and analytic litigation support.
  - https://campaignlegal.org/cases-actions/holloway-et-al-v-city-virginia-beach

- 2018: At the request of Kirkland City, Washington in collaboration with demographic testifying expert Dr. Peter Morrison.  Performed demographic studies to inform the City's governing board's deliberations on whether to change from at-large to single-member district elections following enactment of the Washington Voting Rights Act.  Analyses included gauging the voting strength of the City's Asian voters and forming an illustrative district concentrating Asians; and compared minority population concentration in pre- and post-annexation city territory.
  - https://www.kirklandwa.gov/Assets/City+Council/Council+Packets/021919/8b_SpecialPresentations.pdf#:~:text=RECOMMENDATION%3A%20It%20is%20recommended%20that%20City%20Council%20receive,its%20Councilmembers%20on%20a%20citywide%2C%20at-%20large%20basis

- 2018: At the request of Tacoma WA Public Schools in collaboration with demographic testifying expert Dr. Peter Morrison.  Created draft concept redistricting plans that would optimize minority population concentrations while respecting incumbency.  Client will use this plan as a point of departure for negotiating final boundaries among incumbent elected officials.

- 2018: At the request of the City of Mount Vernon, Washington., in collaboration with demographic testifying expert Dr. Peter Morrison.  Prepared a numerous draft concept plans that preserves Hispanics' CVAP concentration.  Client utilized draft concept redistricting plans to work with elected officials and community to agree upon the boundaries of six other districts to establish a proposed new seven-district single-member district plan.

- 2017: In the matter of *Pico Neighborhood Association v. City of Santa Monica*.   In collaboration with demographic testifying expert Dr. Peter Morrison.  Worked to create draft district concept plans that would satisfy Plaintiff's claim of being able to create a majority-minority district to satisfy Gingles prong 1.  Such district was not possible, and the Plaintiffs case ultimately failed in California State Court of Appeals Second Appellate District.
  - https://law.justia.com/cases/california/court-of-appeal/2020/b295935.html

- 2017: In the matter of *John Hall, Elaine Robinson-Strayhorn, Lindora Toudle, Thomas Jerkins, v. Jones County Board of Commissioners*.  In collaboration with demographic testifying expert Dr. Peter Morrison.  Worked to create draft district concept plans to resolve claims of discrimination against African Americans attributable to the existing at-large voting system.
  - http://jonescountync.gov/vertical/sites/%7B9E2432B0-642B-4C2F-A31B-CDE7082E88E9%7D/uploads/2017-02-13-Jones-County-Complaint.pdf

- 2017: In the matter of *Harding v. County of Dallas* in U.S. District Court.  In collaboration with demographic testifying expert Dr. Peter Morrison.  In a novel case alleging discrimination *against* White, non-Hispanics under the VRA, I was retained by plaintiffs to create redistricting scenarios with different balances of White-non-Hispanics, Blacks and Hispanics. Deposed and provided expert testimony on the case.
  - https://www.courthousenews.com/wp-content/uploads/2018/08/DallasVoters.pdf

- 2016: Retained by The Equal Voting Rights Institute to evaluate the Dallas County Commissioner existing enacted redistricting plan.   In collaboration with demographic testifying expert Dr. Peter Morrison, the focus of our evaluation was twofold: (1) assess the failure of the Enacted Plan (EP) to meet established legal standards and its disregard of traditional redistricting criteria; (2) the possibility of drawing an alternative Remedial Plan (RP) that did meet established legal standards and balance traditional redistricting criteria.
  - http://equalvotingrights.org/wp-content/uploads/2015/01/Complaint.pdf

- 2016: In the matter of *Jain v. Coppell ISD et al* in US District Court.  In collaboration with demographic testifying expert Dr. Peter Morrison.  Consulted in defense of Coppell Independent School District (Dallas County, TX) to resolve claims of discriminatory at-large voting system affecting Asian Americans.  While Asians were shown to be sufficiently numerous, I was able to demonstrate that they were not geographically concentrated - thus successfully proving the Gingles 1 precondition could not be met resulting the complaint being withdrawn.
  - https://dockets.justia.com/docket/texas/txndce/3:2016cv02702/279616

- 2016: In the matter of *Feldman et al v. Arizona Secretary of State's Office et al* in SCOTUS.  In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants.  Provided analytics on the locations and proximal demographics of polling

stations that had been closed subsequent to *Shelby County v. Holder* (2013) which eliminated the requirement of state and local governments to obtain federal preclearance before implementing any changes to their voting laws or practices. Subsequently provided expert point of view on disparate impact as a result of H.B. 2023. Advised Maricopa County officials and lead counsel on remediation options for primary polling place closures in preparation for 2016 elections.

- o https://arizonadailyindependent.com/2016/04/05/doj-wants-information-on-maricopa-county-election-day-disaster/

- o https://www.supremecourt.gov/DocketPDF/19/19-1257/142431/20200427105601341_Brnovich%20Petition.pdf

- 2016: In the matter of *Glatt v. City of Pasco, et al.* in US District Court (Washington). In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants. Provided analytics and draft plans in defense of the City of Pasco. One draft plan was adopted, changing the Pasco electoral system from at-large to a six-district + one at large.

  - o https://www.pasco-wa.gov/DocumentCenter/View/58084/Glatt-v-Pasco---Order---January-27-2017?bidId=

  - o https://www.pasco-wa.gov/923/City-Council-Election-System

- 2015: In the matter of *The League of Women Voters et al. v. Ken Detzner et al* in the Florida Supreme Court. In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants. Performed a critical review of Florida state redistricting plan and developed numerous draft concept plans.

  - o http://www.miamiherald.com/news/politics-government/state-politics/article47576450.html

  - o https://www.floridasupremecourt.org/content/download/322990/2897332/file/OP-SC14-1905_LEAGUE%20OF%20WOMEN%20VOTERS_JULY09.pdf

- 2015: In the matter of *Evenwel, et al. v. Abbott / State of Texas* in SCOTUS. In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Plaintiffs. Successfully drew map for the State of Texas balancing both total population from the decennial census and citizen population from the ACS (thereby proving that this was possible). We believe this may be the first and still only time this technical accomplishment has been achieved in the nation at a state level. Coauthored SCOTUS Amicus Brief of Demographers.

  - o https://www.supremecourt.gov/opinions/15pdf/14-940_ed9g.pdf

  - o https://www.scotusblog.com/wp-content/uploads/2015/08/Demographers-Amicus.pdf

- 2015: In the matter of *Ramos v. Carrollton-Farmers Branch Independent School District* in US District Court (Texas).  In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants.  Used 2009-2013 5-year ACS data to generate small-area estimates of minority citizen voting age populations and create a variety of draft concept redistricting plans.  Case was settled decision in favor of a novel cumulative voting system.
   - https://starlocalmedia.com/carrolltonleader/c-fb-isd-approves-settlement-in-voting-rights-lawsuit/article_92c256b2-6e51-11e5-adde-a70cbe6f9491.html

- 2015:  In the matter of *Glatt v. City of Pasco et al.* in US District Court (Washington).  In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants.  Consulted on forming new redistricting plan for city council review.  One draft concept plan was agreed to and adopted.
   - https://www.pasco-wa.gov/923/City-Council-Election-System

- 2015: At the request of Waterbury, Connecticut, in collaboration with demographic testifying expert Dr. Peter Morrison.  As a result of a successful ballot measure to convert Waterbury from an at-large to a 5-district representative system, consulted an extensive public outreach and drafted numerous concept plans.  The Waterbury Public Commission considered alternatives and recommended one of our plans, which the City adopted.
   - http://www.waterburyobserver.org/wod7/node/4124

- 2014-15:  In the matter of *Montes v. City of Yakima* in US District Court (Washington).  In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants.  Analytics later used to support the Amicus Brief of the City of Yakima, Washington in the U.S. Supreme Court in *Evenwel v. Abbott*.
   - https://casetext.com/case/montes-v-city-of-yakima-3

- 2014: In the matter of *Harding v. County of Dallas* in the US Court of Appeals Fifth Circuit.  In the novel case of Anglo plaintiffs attempting to claim relief as protected minorities under the VRA.  Served as demographic expert in the sole and limited capacity of proving Plaintiff claim under Gingles prong 1.  Claim was proven.  Gingles prongs 2 and 3 were not and the case failed.
   - https://electionlawblog.org/wp-content/uploads/Dallas-opinion.pdf

- 2014: At the request of Gulf County, Florida in collaboration with demographic testifying expert Dr. Peter Morrison.  Upon the decision of the Florida Attorney General to force inclusion of prisoners in redistricting plans – drafted numerous concept plans for the Gulf County Board of County Commissioners, one of which was adopted.
   - http://myfloridalegal.com/ago.nsf/Opinions/B640990E9817C5AB85256A9C00631387

- 2012-2015: In the matter of *GALEO and the City of Gainesville* in Georgia.  In collaboration with demographic testifying expert Dr. Peter Morrison, on behalf of Defendants -consulted on defense of existing at-large city council election system.
    - http://atlantaprogressivenews.com/2015/06/06/galeo-challenges-at-large-voting-in-city-of-gainesville/

- 2012-: Confidential.  Consulted (through Morrison & Associates) to support plan evaluation, litigation, and outreach to city and elected officials (1990s - mid-2000s).  Executed first statistical analysis of the American Community Survey to determine probabilities of minority-majority populations in split statistical/administrative units of geography, as well as the cumulative probabilities of a "false-negative" minority-majority reading among multiple districts.

- 2011-: Confidential. Consulted on behalf of plaintiffs in Committee (Private) vs. State Board of Elections pertaining to citizen voting-age population.  Evaluated testimony of defense expert, which included a statistical evaluation of Hispanic estimates based on American Community Survey (ACS) estimates.  Analysis discredited the defendant's expert's analysis and interpretation of the ACS.

<u>School Redistricting and Municipal Infrastructure Projects</u>

BGD worked with McKibben Demographics from 2004-2012 providing expert demographic and analytic support.  These engagements involved developing demographic profiles of small areas to assist in building fertility, mortality and migration models used to support long-range population forecasts and infrastructure analysis in the following communities:

| | |
|---|---|
| Fargo, ND 10/2012 | Charleston, SC 8/08 |
| Columbia, SC 3/2012 | Woodland, IL 7/08 |
| Madison, MS 9/2011 | White County, IN 6/08 |
| Rockwood, MO 3/2011 | Gurnee District 56, IL 5/08 |
| Carthage, NY 3/2011 | Central Noble, IN 4/08 |
| NW Allen, IN 9/2010 | Charleston First Baptist, SC 4/08 |
| Fayetteville, AR 7/2010 | Edmond, OK 4/08 |
| Atlanta, GA 2/2010 | East Noble, IN 3/08 |
| Caston School Corp., IN 12/09 | Mill Creek, IN 5/06 |
| Rochester, IN 12/09 | Rhode Island 5/06 |
| Urbana, IL 11/09 | Garrett, IN 3/08 |
| Dekalb, IL 11/09 | Meridian, MS 3/08 |
| Union County, NC 11/09 | Madison County, MS 3/08 |
| South Bend, IN 8/09 | Charleston 12/07 |
| Lafayette, LA 8/09 | Champaign, IL 11/07 |
| Fayetteville, AR 4/09 | Richland County, SC 11/07 |
| New Orleans, LA 4/09 | Lake Central, IN 11/07 |
| Wilmington New Hanover 3/09 | Columbia, SC 11/07 |
| New Berry, SC 12/08 | Duneland, IN 10/07 |
| Corning, NY 11/08 | Union County, NC 9/07 |
| McLean, IL 11/08 | Griffith, IN 9/07 |
| Lakota 11/08 | Rensselaer, IN 7/07 |
| Greensboro, NC 11/08 | Hobart, IN 7/07 |
| Guilford 9/08 | Buffalo, NY 7/07 |
| Lexington, SC 9/08 | Oak Ridge, TN 5/07 |
| Plymouth, IN 9/08 | Westerville, OH 4/07 |

_Projects Continued_

| | |
|---|---|
| Baton Rouge, LA 4/07 | Allen County 11/05 |
| Cobb County, GA 4/07 | Bremen, IN 11/05 |
| Charleston, SC District 20 4/07 | Smith Green, IN 11/05 |
| McDowell County, NC 4/07 | Steuben, IN 11/05 |
| East Allen, IN 3/07 | Plymouth, IN 11/05 |
| Mt. Pleasant, SC District 2 2/07 | North Charleston, SC 11/05 |
| Peach County, GA 2/07 | Huntsville, AL 10/05 |
| North Charleston, SC District 4 2/07 | Dekalb, IN 9/05 |
| Madison County, MS revisions 1/07 | East Noble, IN 9/05 |
| Portage County, IN 1/07 | Valparaiso, IN 6/05 |
| Marietta, GA 1/07 | Penn-Harris-Madison, IN 7/05 |
| Porter, IN 12/06 | Elmira, NY 7/05 |
| Harrison County, MS 9/06 | South Porter/Merriville, IN 7/05 |
| New Albany/Floyd County, IN 9/06 | Fargo, ND 6/05 |
| North Charleston, SC 9/06 | Washington, IL 5/05 |
| Fairfax, VA 9/06 | Addison, NY 5/05 |
| Coleman 8/06 | Kershaw, SC 5/05 |
| DeKalb, GA 8/06 | Porter Township, IN 3/05 |
| LaPorte, IN 7/06 | Portage, WI 1/05 |
| NW Allen, IN 7/06 | East Stroudsburg, PA 12/04 |
| Brunswick, NC 7/06 | North Hendricks, IN 12/04 |
| Carmel Clay, IN 7/06 | Sampson/Clinton, NC 11/04 |
| Calhoun, SC 5/06 | Carmel Clay Township, IN 9/04 |
| Hamilton Community Schools, IN 4/06 | SW Allen County, IN 9/04 |
| Dilworth, MN 4/06 | East Porter, IN 9/04 |
| Hamilton, OH 2/06 | Allen County, IN 9/04 |
| West Noble, IN 2/06 | Duplin, NC 9/04 |
| New Orleans, LA 2/06 | Hamilton County / Clay TSP, IN 9/04 |
| Norwell, IN 2/06 | Hamilton County / Fall Creek TSP, IN 9/04 |
| Middletown, OH 12/05 | Decatur, IN 9/04 |
| West Noble, IN 11/05 | Chatham County / Savannah, GA 8/04 |
| Madison, MS 11/05 | Evansville, IN 7/04 |
| Fremont, IN 11/05 | Madison, MS 7/04 |
| Concord, IN 11/05 | Vanderburgh, IN 7/04 |
| | New Albany, IN 6/04 |

**Publications**

- "The Effect of the Differential Privacy Disclosure Avoidance System Proposed by the Census Bureau on 2020 Census Products: Four Case Studies of Census Blocks in Alaska" PAA Affairs, (with D. Swanson and Richard Sewell, Alaska Department of Transportation and Public Facilities). March 2021.
    - https://www.populationassociation.org/blogs/paa-web1/2021/03/30/the-effect-of-the-differential-privacy-disclosure?CommunityKey=a7bf5d77-d09b-4907-9e17-468af4bdf4a6 .
    - https://redistrictingonline.org/2021/03/31/study-census-bureaus-differential-privacy-disclosure-avoidance-system-produces-produces-concerning-results-for-local-jurisdictions/
    - https://www.ncsl.org/research/redistricting/differential-privacy-for-census-data-explained.aspx

- In the matter of the *State of Alabama, Representative Robert Aderholt, William Green and Camaran Williams v. the US Department of Commerce; Gina Raimondo; the US Census Bureau and Ron Jarmin* in US District Court of Alabama Eastern Division.  Declaration of Thomas Bryan, Exhibit 6. Civil Action NO. 3:21-CV-211, United States District Court for Middle Alabama, Eastern Division.  Assessing the impact of the U.S. Census Bureau's approach to ensuring respondent privacy and Title XIII compliance by using a disclosure avoidance system involving differential privacy.  March 2021.
    - https://redistricting.lls.edu/wp-content/uploads/AL-commerce2-20210311-PI.zip

- Peter A. Morrison and Thomas M. Bryan, Redistricting: A Manual for Analysts, Practitioners, and Citizens (2019).  Springer Press: Cham Switzerland.

- "Small Area Business Demography." in D. Poston (editor) Handbook of Population, 2nd Edition. (2019). Springer Press:  London (with P. Morrison and S. Smith).

- "From Legal Theory to Practical Application: A How-To for Performing Vote Dilution Analyses." *Social Science Quarterly*.  (with M.V. Hood III and Peter Morrison). March 2017
    - http://onlinelibrary.wiley.com/doi/10.1111/ssqu.12405/abstract

- In the Supreme Court of the United States Sue Evenwel, Et Al., *Appellants,* V. Greg Abbott, in his official capacity as Governor of Texas, et al., *Appellees.  On appeal from the United States District Court for the Western District of Texas*.  Amicus *Brief of Demographers Peter A. Morrison, Thomas M. Bryan, William A. V. Clark, Jacob S. Siegel, David A. Swanson, and The Pacific Research Institute* - As *amici curiae* in support of Appellants. August 2015.
    - www.scotusblog.com/wp-content/uploads/2015/08/Demographers-Amicus.pdf )

- Workshop on the Benefits (and Burdens) of the American Community Survey, Case Studies/Agenda Book 6 "Gauging Hispanics' Effective Voting Strength in Proposed Redistricting Plans: Lessons Learned Using ACS Data." June 14–15, 2012
    - http://docplayer.net/8501224-Case-studies-and-user-profiles.html

- "Internal and Short Distance Migration" by Bryan, Thomas in J. Siegel and D. Swanson (eds.) <u>The Methods and Materials of Demography, Condensed Edition, Revised.</u> (2004). Academic/Elsevier Press:  Los Angeles (with D. Swanson and P. Morrison).

- "Population Estimates" by Bryan, Thomas in J. Siegel and D. Swanson (eds.) <u>The Methods and Materials of Demography, Condensed Edition, Revised.</u> (2004). Academic/Elsevier Press:  Los Angeles (with D. Swanson and P. Morrison).

- Bryan, T. (2000). U.S. Census Bureau Population estimates and evaluation with loss functions. *Statistics in Transition,* 4, 537–549.

**Professional Presentations and Conference Participation**

- Session Chairman on Invited Session "Assessing the Quality of the 2020 Census", including Census Director Ron Jarmin at the 2020 Population Association of America meeting May 5, 2021.
    - https://paa2021.secure-platform.com/a/organizations/main/home

- "The Effect of the Differential Privacy Disclosure Avoidance System Proposed by the Census Bureau on 2020 Census Products:   Four Case Studies of Census Blocks in Alaska". 2021 American Statistical Association - Symposium on Data Science and Statistics (ASA-SDSS).  With Dr. David Swanson.
    - https://ww2.amstat.org/meetings/sdss/2021/index.cfm

- "New Technical Challenges in Post-2020 Redistricting" 2020 Population Association of America Applied Demography Conference, 2020 Census Related Issues, February 2021.  With Dr. Peter Morrison.
    - https://www.youtube.com/watch?v=ETvvoECt9sc&feature=youtu.be

- "Tutorial on Local  Redistricting" 2020 Population Association of America Applied Demography Conference, February 2021.  With Dr. Peter Morrison.
    - https://www.youtube.com/watch?v=ETvvoECt9sc&feature=youtu.be

- "Demographic Constraints on Minority Voting Strength in Local Redistricting Contexts" 2019 Southern Demographic Association meetings (coauthored with Dr. Peter Morrison) New Orleans, LA, October 2019.  Winner of annual E. Walter Terrie award for best state and local demography presentation.
  - http://sda-demography.org/2019-new-orleans

- "Applications of Big Demographic Data in Running Local Elections" 2017 Population and Public Policy Conference, Houston, TX.

- "Distinguishing 'False Positives' Among Majority-Minority Election Districts in Statewide Congressional Redistricting," 2017 Southern Demographic Association meetings (coauthored with Dr. Peter Morrison) Morgantown, WV.

- "Devising a Demographic Accounting Model for Class Action Litigation: An Instructional Case" 2016 Southern Demographic Association (with Peter Morrison), Athens, GA.

- "Gauging Hispanics' Effective Voting Strength in Proposed Redistricting Plans: Lessons Learned Using ACS Data." 2012 Conference of the Southern Demographic Association, Williamsburg, VA.

- "Characteristics of the Arab-American Population from Census 2000 and 1990: Detailed Findings from PUMS." 2004 Conference of the Southern Demographic Association, (with Samia El-Badry) Hilton Head, SC.

- "Small-Area Identification of Arab American Populations," 2004 Conference of the Southern Demographic Association, Hilton Head, SC.

- "Applied Demography in Action: A Case Study of Population Identification." 2002 Conference of the Population Association of America, Atlanta, GA.

**Primary Software Competencies**

ESRI ArcGIS: advanced

SAS: intermediate

Microsoft Office: advanced

**Professional Affiliations**

International Association of Applied Demographers (Member and Board of Directors)

American Statistical Association (Member)

Population Association of America (Member)

Southern Demographic Association (Member)

American BAR Association (Affiliated Professional: Solo, Small Firm and General Practice Division)

**Relevant Work Experience**

January 2001- April 2003 ESRI Business Information Solutions / Demographer

Responsibilities included demographic data management, small-area population forecasting, IS management and software product and specification development.  Additional responsibilities included developing GIS-based models of business and population forecasting, and analysis of emerging technology and R&D / testing of new GIS and geostatistical software.

May 1998-January 2001 U.S. Census Bureau / Statistician

Responsibilities: developed and refined small area population and housing unit estimates and innovative statistical error measurement techniques, such as Loss Functions and MAPE-R.

**Service**

Eagle Scout, 1988, Boy Scouts of America. Member of the National Eagle Scout Association.  Involved in leadership of the Boy Scouts of America Heart of Virginia Council.



**References**

| | |
|---|---|
| Dr. David Swanson | Dr. Peter Morrison |
| *Professional Peer* | *Professional Peer* |
| david.swanson@ucr.edu | petermorrison@me.com |
| 951-534-6336 | 310-266-9580 |