FILED
2021 Dec-14  PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-01291-AMM |
| ) | |
| JOHN MERRILL, in his official ) | THREE-JUDGE COURT |
| capacity as Alabama Secretary of State, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### *SINGLETON* PLAINTIFFS' NOTICE OF FILING EXPERT REPORT

Pursuant to this Court's Order dated December 13, 2021 (Dkt. 51), the *Singleton* Plaintiffs give notice of filing the Expert Report of Dr. Natalie Davis, attached hereto as Exhibit 1.  Dr. Davis's report was served on Defendants on December 10, 2021.

Dated: December 14, 2021            Respectfully submitted,

            /s/ Joe R. Whatley, Jr.
            Joe R. Whatley, Jr.
            WHATLEY KALLAS, LLP
            2001 Park Place North
            1000 Park Place Tower
            Birmingham, AL 35203
            Tel: (205) 488-1200
            Fax: (800) 922-4851
            Email: jwhatley@whatleykallas.com

/s/ Henry C. Quillen
Henry C. Quillen
(admitted *pro hac vice*)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH  03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

/s/ James Uriah Blacksher
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

/s/ Myron Cordell Penn
Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

/s/ Diandra "Fu" Debrosse Zimmmermann
Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
 ehare@dicellolevitt.com

*Counsel for Plaintiffs*