FILED

2021 Dec-14  PM 3:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY SINGLETON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-01291-AMM |
| | ) | |
| JOHN MERRILL, in his official | ) | THREE-JUDGE COURT |
| capacity as Alabama Secretary of State, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# EXPERT REPORT OF DR. NATALIE DAVIS

## I.  INTRODUCTION

Plaintiffs' counsel have employed me to review their "Amended Complaint" in the case of ***Singleton, et al. v. Merrill***.  My research and review of previous election results as well as the history of modern Alabama politics leads me to conclude that:

1.    The "Whole County Plan" (introduced in SB10) is an optimal redistricting plan and preferable to the plan that was enacted, because it provides more opportunity for black voters to elect a candidate of their choice in two congressional districts as opposed to only one.

2.    The "Whole County Plan" underscores the identification voters have with their counties.  For example, they vote for their own county commissioners, county sheriffs, county tax collectors and others.  The current congressional district plan (Act 2021-555) is an artificial collection of counties, voting precincts and census tracts and blocks.

3.    The "Whole County Plan" comports well with Alabama history.  The first time a county was split was when Alabama was required to go from 9 to 8 districts after the 1960 Census.  It was forced again to be split (along with St. Clair County) after the 1970 Census.  Not until after the 1990 census, when a court-ordered plan split several counties for the purpose of creating a district that was at

least 65% black, was any county other than Jefferson or St. Clair split among two or more districts.

4.     The "Whole County Plan" recognizes the desirability of crossover voting and competitive elections as important attributes of a functioning democratic process. Moreover, there are previous general election results which evidence that there are sufficient crossover votes available to result in black voting choices prevailing in two congressional districts.

5.     When it comes to crossover voters who live outside of the 7th congressional district, the plan just enacted would make it highly unlikely that the choices of black voters could win.

There are maps and election data, already submitted by Plaintiffs, including the appended table of general election returns, which demonstrate that my assertions are both reasonable and based on actual evidence.

## II.     EXPERT QUALIFICATIONS

I am a Ph.D. in political science having earned my degree in 1976 from the University of North Carolina at Chapel Hill. My CV is attached. I am generally viewed as an expert on Southern politics in general, and Alabama politics, in particular. I am also recognized as a public opinion and polling professional, consulting with media outlets, interest groups and candidates, both in and outside of Alabama. A copy of my CV is attached as Exhibit 1.

3

I retired in 2017 from Birmingham-Southern College having taught Southern politics as well as statistics, data analysis, and methodology at both the graduate and undergraduate levels.  In 1997, I was selected by the Carnegie Endowment as the Alabama Professor of the year, the only national college teaching award at that time. Upon my retirement, I was named the Howell T. Heflin Professor Emerita of Political Science.

I was retained in one of the main DILLARD cases by attorneys James Blacksher and Edward Still to assist in their racial polarization research. I was a witness in Federal Court in *Henderson v. Graddick*, 641 F. Supp. 1192 (MD Ala. 1986) where the issue was crossover voting. I testified in *Hawthorne v. Baker*, 750 F. Supp. 1090 (MD Ala. 1990), which focused on the internal racial distribution of seats in the selection of members to the State Democratic Executive Committee of the Alabama Democratic Party (SDEC).

In addition, and more recently, I have been engaged as a trial consultant in a number of cases, requiring juror research. My firm, Voir Dire, Inc., conducts change of venue surveys, mock trials and focus groups; over the years, I have testified about results obtained in many of these change of venue cases. I have also assisted attorneys in jury selection. This research has given me additional insight into public opinion and the political culture of Alabama.

Birmingham-Southern College is primarily a teaching institution, but I have been able to publish a few pieces of research. All have focused on Alabama politics (see CV).  I am well known as a political analyst by national, statewide, and local media outlets.

I acknowledge that I am a Democrat and that for approximately 25 years I was a Democratic consultant and activist.  I was elected to the State Democratic Executive Committee (SDEC) in 1976.  I also served on the Democratic National Committee (DNC) from 1992-2000.  In 1996, I ran unsuccessfully for the U.S. Senate, having lost in the Democratic Primary.  After 2000, I devoted my time to my family, academic career, and consulting work, most of which was and is as a jury consultant.  I am no longer a political activist.  In all of my media interviews and community presentations, I have refused to engage in partisan debate.

I am being compensated for my work in this matter at the rate of $350 per hour, with a $15,000 maximum.

## III.   ASSESSMENT AND REVIEW OF CONGRESSIONAL REDISTRICTING IN ALABAMA

As I have already noted, until 1960, congressional districts were drawn with the assumption that counties should remain whole.

For a century and a half, Alabama drew its congressional districts using whole counties as the basic unit of analysis. That ended when Alabama lost a seat as a result of the 1960 Census—going from 9 to 8 congressional districts.  The Legislature then

constructed what was referred to as a "chop-up" plan, which divided Jefferson County into four voting segments and assigned them to four non-Jefferson congressional districts. Governor Patterson vetoed this plan, saying it was "unthinkable, unwise, above all wrong, and therefore unconstitutional." A second effort was unwieldy and unworkable, using an at-large method, and was abandoned after the 1962 election; the at-large plan was ruled unconstitutional in *Moore v Moore* (1964). After changes were made in compliance with **Wesberry v. Sanders** (1964); the new plan divided the state into eight congressional districts, still retaining the whole county tradition, including Jefferson County. Under **Wesberry**, districts were required to be numerically equal in population "as nearly as practicable;" Jefferson County needed to be split, because it exceeded one-eighth of the population (by more than 200,000). The first effort in redrawing the districts to meet the equal population requirement divided Jefferson County into three districts. Jefferson County was the only county that was split.  The same was true for the 1970 Congressional District plan. In the plan adopted in 1980, only Jefferson and St. Clair counties were split.

*What is revealed here was the intention of preserving the whole county tradition*, except for Jefferson County. Population size may have dictated the need to split Jefferson then, but the way in which it was split concentrated black voters in such a way as to segregate them—move them from the 6th CD to the 7th CD. The

result was to concentrate and compact the black voting population. The goal of electing one black to Congress was accomplished.  At the same time, it prevented the rest of the state from having a realistic opportunity to elect another black candidate to Congress.  In fact, the original guideline, set by the Justice Department, was that, to assure a black candidate would be elected, at least 65% of the BVAP needed to be black (since lower turnouts were more typical of the black population). The criterion then was an assured outcome.

By 1992, seven counties were split in order that one majority black district would result. In **Wesch v. Hunt** (1992), the Court ordered that congressional districts *must achieve* "perfect equality" in population.  This facilitated even more splitting of counties.  There was a problem.  In 1992 the Legislature sought to create a black majority district. The Voting Rights Act was its justification.  To do this, "perfect equality" could not be achieved.  Notwithstanding *Wesch*, the parties stipulated that creating a black majority CD should take precedence.  The same result-oriented plans going forward continued in both the 2002 and 2012 plans. And it continues in the recently adopted 2021 plan.

SB10 argues that, because the Jefferson County population has declined to below one-seventh of the population, ***it need not be split.*** In fact, it is possible to return to the whole county tradition and have Bibb, Hale, and Perry Counties added

to Jefferson County to complete the 6th CD.  With respect to the 7th CD, SB10 adds all of Montgomery and Tuscaloosa Counties, making them whole.

*What is most significant about SB10 is that it substituted for the goal of guaranteeing an electoral outcome—one black-majority congressional district— the goal of restoring Alabama's traditional districting principle of drawing Congressional districts with whole counties, keeping deviations from precise population equality as low as practicable.  Restoring these race-neutral principles yields two districts in which black voters will have the opportunity to elect candidates of their choice.*

I have reviewed previous elections and applied the SB10 plan.  See Exhibit 2. Results from that analysis demonstrate that in both the 6th and 7th CDs, candidates supported by black voters would have prevailed. Equally important is that, to win, black voters would need to rely on a small percentage of crossover voting; that is, non-black voters would be needed to assure victory.

Crossover voting, in this context, means that a percentage of white voters would join black voters to elect a candidate supported by black voters. The results speak for themselves. This exercise, using SB10, shows that, for both Federal and statewide elections in Alabama between 2012 and 2020, candidates supported by black voters would have won in the 6th and 7th Congressional Districts. Moreover, this retains the tradition of whole county voting.  The only justifications for keeping

8

things as they are: (1) suppressing the opportunity for black voters living in Jefferson County but outside the 7th District to elect a candidate of their choosing; (2) preventing the possibility of electing a second black candidate from serving in Congress.

## IV.   CONCLUSION

The ***Shaw v. Reno*** (1993) decision effectively declared racial gerrymandering unconstitutional.  A superficial look at the 7th CD map attests to the fact that that is exactly what has been done since 1992. The incumbent has had little or no opposition since 2012.  A lack of political competition is not a sign of a healthy democracy. What SB10 proposes is fairness by creating two black opportunity districts and by requiring bi-racial coalitions to assure electoral wins.   This is a win-win for democracy.

| **WHAT THE "WHOLE COUNTY PLAN" (SB10) WOULD LOOK LIKE** [Using 2020 Presidential Election Results] | | **WHAT "WHOLE COUNTY PLAN" (SB10) WOULD HAVE PRODUCED** |
|---|---|---|
| **CD 7** | **% BREG*    =  49.9** <br> **% BIDEN    =  54.4** <br> **Deviation =   .11** <br><br> *Black registration | •**TWO** black opportunity districts as opposed to one; <br> •**Bi-Racial voting**, given the need for crossover voters; <br> •More **competitive district** voting; <br> •An **enhanced democratic process.** |
| **CD 6** | **% BREG    = 42.3** <br> **% BIDEN    = 56.3** <br> **Deviation =  .36** | |

## REDISTRICTING IN ALABAMA

## MID-20TH CENTURY-2021

| Pre-1960 | Prior to 1960 Census, whole counties were the key building blocks in creating congressional districts. | 1980 Plan | This plan was similar to the 1970 plan; only 2 counties were split: Jefferson and St. Clair. |
|---|---|---|---|
| 1960 | Results of Census:  Alabama lost a seat, going from 9 to 8 CDs. | 1990 Plan | •Seven counties were split, for the purpose of drawing one majority-black district.  No specific deviation limits were set. •*Wesch v. Hunt* (1992) required the new plan to achieve "perfect equality," in terms of population (zero deviation). •The result was not only splitting 7 counties, but many census tracts as well. |
| 1961 | • Legislature passed the so-called "Jefferson chop-up plan, which divided the county among 4 CDs; vetoed by the Governor John Patterson. • Governor Patterson created a second plan, which scheduled Democratic primaries in all of the 9 existing districts, resulting in 9 nominees for 8 seats. A general at-large election followed where the top 8 vote-getters went to Congress. | 2012 Plan | •In *Tennant v. Jefferson County, Comm'n, West Vrginia, (2012).* The Supreme Court reaffirmed that the U.S. Constitution does not require that congressional districts be drawn with precise mathematical equality, noting that •The "as nearly as practicable" standard is inconsistent with fixed mathematical limits on deviation. |

11

| 1964 | •As a result of **Wesberry v. Sanders (1964)**, CDs were required to be equal in population. Governor George Wallace constructed an 8 CD plan, keeping Jefferson County whole, even though Jefferson County was significantly larger than I/8 of the population (by more than 100,000). •Jefferson was the only county to be split. | 2019 Plan | •Alabama conceded that it violated the prohibition against racial gerrymandering set forth by **Shaw v. Reno** *(1993)*. •Its claim was that the state was complying with Sec. 5 of the Voting Rights Act. Racial gerrymandering continued in the 2000 and 2010 plans. |
| --- | --- | --- | --- |
| 1965 | Recognizing that the plan would not survive judicial scrutiny, Jefferson County was split among 3 CDs. | | |
| 1970 Plan | Jefferson was still the only county to be split. | | |

**SUBMITTED BY:**   _____

NATALIE M. DAVIS, Ph.D.

# Exhibit 1

**NATALIE M. DAVIS**

*RESUME*

*NATALIE M. DAVIS*

## Personal Information

**Professional Address**:      Natalie M. Davis
                        **Howell T. Heflin Professor Emerita of Political Science**
                        **Birmingham-Southern College**

                        **1976-present  President, DAVIS & ASSOCIATES, a political**
                        **consulting/polling and commercial marketing  firm.**

                        **PRESIDENT, VOIR DIRE, INC.**
                        **2939 Redmont Park Lane**
                        **Birmingham, AL 35205**

                        **Jury consulting firm; established in 1999.**

**Telephone:**                  (205) 903-2525

## Professional Training and Prior Education

Ph.D., University of North Carolina at Chapel Hill, 1976 (Political Science)

Honorary Doctorate, Stetson University, 1991

B.A., Stetson University, cum laude, Stetson University, 1968 (Political Science)

Secondary Education, McArthur High School, with honor, 1965
        (Hollywood, Florida)

1

**NATALIE M. DAVIS**

## Consulting and Additional Professional Experience

DAVIS & ASSOCIATES, a political research and commercial marketing firm; specializes in survey design and analysis; the firm has a national reputation having  been cited by <u>New York Times</u> as "most prestigious in Alabama" (1982).

**Selected DAVIS & ASSOCIATES Clients:**

> Alabama Education Association
> Alabama Power Company
> AmSouth Bank
> Birmingham Regional Chamber of Commerce
> Legal Services of Alabama
> Birmingham-Jefferson Civic Center Authority
> City of Birmingham
> COX RADIO
> WBRC (Channel 6/ABC/Birmingham)
> WVTM (Channel 13/NBC/Birmingham)
> Consultant, Teledyne Brown Engineering, Inc., Huntsville
> Medical Center East

**Additional VOIR DIRE, INC. Clients:**

> Bainbridge, Mims, Rogers, and Smith, LLC.—Bruce Rogers
> Pittman, Dutton, and Hellums—Mike Bradley
> Huie, Fernambucq, and Stewart—Stan Cash, Chris Rodgers
> Burr and Forman --Ed Hardin, Mike Atchison
> Bradley, Arant, Boult, and Cummings—Mabry Rogers
> Balch & Bingham—Alan Rogers
> Lightfoot, Franklin, LLC.—Sam Franklin
> Sirote and Permutt, PC.—Robert Baugh
> Maynard, Cooper and Gale, LLC—David Smith
> Redden & Clark, LLC—Bill Clark (criminal, white collar jury research)
> John Lentine (change of venue survey)
> John Robbins  (change of venue survey)

2

**NATALIE M. DAVIS**

### *Academic Employment*

2007-11             Chair, Department of Political Science, Sociology, and Economics,
                    Birmingham-Southern College

1972-present        Professor of Political Science, Birmingham-Southern College

1983-1995           Dean of Graduate and Adult Studies, Birmingham-Southern College

1985-1986           Chair, Division of Behavioral and Social Sciences, Birmingham-Southern
                    College

1968-1972           Instructor, political science
                    University of North Carolina at Chapel Hill

1988, 1984          Professor of Political Science, London Studies Program,
                    held at London School of Economics.

### *Areas of Concentration*

        American Politics: Elite Behavior
        Parties and Public Opinion
        Methodology with Computer Applications
        Comparative Politics:  Western Europe
                               Eastern Europe
                               Comparative Political Culture
        Leadership Studies
        Media Studies
        Public Administration/Public Policy
        International Relations
        Data Analysis and Statistics—taught at both graduate and undergraduate levels
        Survey Research
        Organizational Behavior

### *Professional Activities and Memberships*

        Academic Associate, The Atlantic Council of the United States
        Southern Political Science Association
        American Political Science Association (former member, Departmental Services
         Committee)

3

# NATALIE M. DAVIS

## *Selected Papers and Manuscripts*

"Positive and Negative Political Advertising:  An Experimental Explanaton," 2007 meeting of the Mid-West Political Science Association (with Robert Slagter)

"Learning by Doing: Quantitative analysis in Political Science Curriculum," 2006 meeting of the American Political Science Association Conference on Teaching and Learning (with Robert Slagter

"The Mercedes and the Pine Tree:  Modernism and Traditionalism in Alabama" in Glenn Feldman, ed., Religion and Politics in the White South (U of Kentucky Press, 2005).

"Follow the Money,"  Southern Cultures  (Spring 1998): 62 – 70.

"Blacks in Miami and Detroit; Communities in Contrast," (unpublished Ph.D. dissertation).

"The Impact of Religion on Politics: The Case of the Moral Majority," 1981 Meeting of Western Political Science Association (with Irvin Penfield)

"The Religious Right: Correlates of Voting Behavior," 1981 Meeting of Midwest Political Science Association (with Irvin Penfield).

"Party Realignment in Alabama," 1986 Meeting of Southern Political Science Association (with Irvin Penfield).

"Public Opinion and the Career Ladder in Alabama," a study commissioned by John Woods and Carlton Baker.

National Defense: The Opinion-Policy Linkage published by Teledyne Brown Engineering, Inc. 1981.

## *Other*

Regular Commentator on Politics--Alabama Public Television
Election Night Analysis-all local Birmingham Afflliates
Weekly Commentary—local public radio (WBHM)
Regularly quoted in The New York Times, The Washington Post, and The Wall Street Journal

4

**NATALIE M. DAVIS**

### *Honors and Awards*

**Professional:**          **2008 Educator of the Year, Birmingham-Southern College**

**2002 Professor of Year, Carnegie Endowment for the Advancement of Teaching—only national teaching award related to college teaching**

"Woman of Distinction" by Girls Scouts of America (2002)

Inductee, "Business and Professional Woman's Hall of Fame"  BPW of Alabama

Selectee, Leadership Alabama (1991)

Selected on of Birmingham's "Top Ten Women," by Birmingham Business Journal and SouthTrust Bank (1989)

NATO Discussion Series selectee, 1989 (Atlantic Council of the United States)

"Career Woman of the Year," 1987, awarded by the Birmingham Business and Professional Women's Clubs.

### *Additional Skills*

Experience as an expert witness; preparation and testimony requiring statistical analysis.

Expertise in data preparation and analysis; specialization in computer applications to business, public policy, and legal research, where conducting and utilizing large scale sampling and survey research is necessary;  experience in applying market research data to develop strategic marketing plans.

Small group research including mock trials and focus groups.

Administrative experience includes strong skills in fiscal analysis with budgetary application.

**NATALIE M. DAVIS**

Selectee, Leadership Birmingham, 1983-84.

National Endowment for the Humanities
Summer Teaching Fellow, Summer, 1980.  Stipend to attend "Seminar on Eurocommunism," Rome, Italy.

President's Service Award, Birmingham-Southern College, 1992.

Invitee, Secretary's Foreign Policy
Conference for Young Political Leaders, 1980 and 1982.

American Council on Education Governmental Fellow, 1978-79;
Served as a policy analyst with Office of Education in Washington, DC.

*Community Activities—Previous and Current*

Board Member, Leadership Birmingham
Board Member, Appleseed Foundation
President of the Board, Youth Leadership Forum (1993-2003); currently Board Member
Board Member, The Women's Fund of the Greater Birmingham Foundation
President of the Board, Bread & Roses (1992-1994; program for homeless women and
    children)
Steering Committee, Leadership Birmingham (1984-present)
Board member, A+ (Statewide Education Reform effort in Alabama)
Board Member, Alabama Poverty Program  (1993 – 1997)
Member, Birmingham Kiwanis Club
President, Women's Business Ownership Council (1990-91)
Board of Visitors, College of Arts and Sciences Stetson University (1987-93)
Board Member, Birmingham Planning Commission (1985-92)
Executive Board, Birmingham Business Assistance Network (1985-89)
Cerebral Palsy, VIP, 1986-1992
Executive Board Member, Urban League of Birmingham (1988-95)
Executive Board Member, Positive Maturity (1988-92)
Board Member, National Council of Christians and Jews (Birmingham)
    (1989-2007)
Former Board Member, Alabama Research Alliance (1999-2004)

6

**NATALIE M. DAVIS**

*Selected Birmingham-Southern College Activities*

Chair, Strategic Planning committee, present.
Pre-Law Advisor:  2003 – present.
Member, Faculty Advisory Council.
Co-Chair (2001-2004), Curriculum and Standards Committee, Birmingham-Southern College.
Presidential Search Committee  2010-11.
Chair, The Graduate Council, 1983-95.
Steering Committee, Birmingham-Southern College Self-Study, 1983-84; 1993-94.
Advisor to:      Student Judiciary, 1980-1985.
                          College Democrats, 1980-present.
                          Mortar Board, 1982-1986.
Coordinator, Executives-in-Residence, 1985-95.
Coordinator, Model U.S. Senate, 1974-1986.
Project Director, "An Innovative Approach to Educational Leadership: Management for Educational Excellence," a three year grant awarded by the Fund for the Improvement of Post-Secondary Education, 1985-87.

updated<br>11/2019b

# Exhibit 2

| | 2018 | | | 2016 | | | 2012 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Boyd-D | Ainsworth-R | D % | Crumpton-D | Shelby-R | D% | Obama-D | Romney-R | D% |
| District 6 | | | | | | | | | |
| Bibb | 1615 | 5240 | 24% | 2082 | 6612 | 24% | 2202 | 6132 | 26% |
| Hale | 4030 | 2439 | 62% | 4650 | 3208 | 59% | 5411 | 3210 | 63% |
| Jefferson | 144424 | 111805 | 56% | 156574 | 144136 | 52% | 159876 | 141683 | 53% |
| Perry | 3156 | 1057 | 75% | 3656 | 1496 | 71% | 4568 | 1506 | 75% |
| Total | 153225 | 120541 | 56% | 166962 | 155452 | 52% | 172057 | 152531 | 53% |
| | | | | | | | | | |
| District 7 | | | | | | | | | |
| Pickens | 3484 | 4742 | 42% | 3908 | 5384 | 42% | 4455 | 5124 | 47% |
| Tuscaloosa | 30507 | 37639 | 45% | 31602 | 49923 | 39% | 32048 | 45748 | 41% |
| Greene | 3465 | 670 | 84% | 3834 | 918 | 81% | 4521 | 804 | 85% |
| Sumter | 4106 | 1252 | 77% | 4611 | 1656 | 74% | 5421 | 1586 | 77% |
| Marengo | 4674 | 4037 | 54% | 5419 | 5294 | 51% | 6167 | 5336 | 54% |
| Choctaw | 2728 | 3190 | 46% | 2992 | 4035 | 43% | 3786 | 4152 | 48% |
| Washington | 2031 | 4698 | 30% | 2463 | 5830 | 30% | 2976 | 5761 | 34% |
| Clarke | 4794 | 6279 | 43% | 5558 | 7158 | 44% | 6334 | 7470 | 46% |
| Wilcox | 3224 | 1439 | 69% | 3857 | 1819 | 68% | 4868 | 1679 | 74% |
| Monroe | 3856 | 4897 | 44% | 4255 | 5854 | 42% | 4914 | 5741 | 46% |
| Dallas | 10439 | 4621 | 69% | 12388 | 6060 | 67% | 14612 | 6288 | 70% |
| Conecuh | 2435 | 2422 | 50% | 3006 | 3298 | 48% | 3555 | 3439 | 51% |
| Lowndes | 3613 | 1399 | 72% | 4580 | 1839 | 71% | 5747 | 1756 | 77% |
| Butler | 3410 | 4617 | 42% | 3663 | 4840 | 43% | 4374 | 5087 | 46% |
| Crenshaw | 1492 | 3820 | 28% | 1734 | 4392 | 28% | 2050 | 4331 | 32% |
| Montgomery | 48856 | 27912 | 64% | 57972 | 36477 | 61% | 63085 | 38332 | 62% |
| Macon | 6044 | 1176 | 84% | 7442 | 1553 | 83% | 9045 | 1331 | 87% |
| Bullock | 2789 | 889 | 76% | 3364 | 1167 | 74% | 4061 | 1251 | 76% |
| Total | 141947 | 115699 | 55% | 162648 | 147497 | 52% | 182019 | 145216 | 56% |

| 2014 | | | | 2014 | | | | 2014 | | |
| Griffith-D | Bentley-R | D% | | Fields-D | Ivey-R | D% | | Joseph-D | Ziegler-R | D% |
|---|---|---|---|---|---|---|---|---|---|---|
| 1368 | 3525 | 28% | | 1175 | 3667 | 24% | | 1130 | 3646 | 24% |
| 3168 | 2002 | 61% | | 3112 | 1999 | 61% | | 3014 | 1925 | 61% |
| 82865 | 83147 | 50% | | 82695 | 82612 | 50% | | 82003 | 80962 | 50% |
| 2633 | 962 | 73% | | 2584 | 988 | 72% | | 2559 | 926 | 73% |
| 90034 | 89636 | 50.11% | | 89566 | 89266 | 50.08% | | 88706 | 87459 | 50.4% |
| | | | | | | | | | | |
| 2525 | 3528 | 42% | | 2555 | 3366 | 43% | | 2479 | 3278 | 43% |
| 17196 | 25369 | 40% | | 16637 | 25506 | 39% | | 16410 | 24921 | 40% |
| 2857 | 538 | 84% | | 2867 | 502 | 85% | | 2811 | 506 | 85% |
| 3101 | 1051 | 75% | | 3097 | 1016 | 75% | | 3066 | 977 | 76% |
| 3762 | 3152 | 54% | | 3655 | 3202 | 53% | | 3567 | 3115 | 53% |
| 1949 | 2381 | 45% | | 1892 | 2214 | 46% | | 1778 | 2096 | 46% |
| 1742 | 3263 | 35% | | 1621 | 3250 | 33% | | 1635 | 3056 | 35% |
| 3530 | 5000 | 41% | | 3398 | 4945 | 41% | | 3375 | 4649 | 42% |
| 2913 | 1347 | 68% | | 2719 | 1381 | 66% | | 2701 | 1223 | 69% |
| 2580 | 3500 | 42% | | 2466 | 3570 | 41% | | 2489 | 3364 | 43% |
| 8456 | 4116 | 67% | | 8289 | 4223 | 66% | | 8200 | 3970 | 67% |
| 2344 | 2373 | 50% | | 2244 | 2340 | 49% | | 2225 | 2094 | 52% |
| 3127 | 1174 | 73% | | 3061 | 1188 | 72% | | 2967 | 1115 | 73% |
| 2750 | 3155 | 47% | | 2565 | 3296 | 44% | | 2525 | 3079 | 45% |
| 1767 | 2956 | 37% | | 1519 | 3105 | 33% | | 1426 | 2945 | 33% |
| 33366 | 23811 | 58% | | 32582 | 24423 | 57% | | 32843 | 22653 | 59% |
| 4830 | 829 | 85% | | 4731 | 885 | 84% | | 4711 | 797 | 86% |
| 2444 | 474 | 84% | | 2409 | 767 | 76% | | 2370 | 728 | 77% |
| 101239 | 88017 | 53% | | 98307 | 89179 | 52% | | 97578 | 84566 | 54% |

| 2016 | | | 2017 | | | 2018 | | | 2018 |
| Clinton-D | Trump-R | D% | Jones-D | Moore-R | D% | Maddox-D | Ivey-R | D% | Joseph-D |
|---|---|---|---|---|---|---|---|---|---|
| 1874 | 6738 | 22% | 1567 | 3599 | 30% | 1799 | 5082 | 26% | 1608 |
| 4775 | 3173 | 60% | 3902 | 1691 | 70% | 4206 | 2361 | 64% | 3952 |
| 156873 | 134768 | 54% | 149759 | 66350 | 69% | 152103 | 105661 | 59% | 143949 |
| 3824 | 1407 | 73% | 3140 | 821 | 79% | 3182 | 1061 | 75% | 3146 |
| 167346 | 146086 | 53% | 158368 | 72461 | 69% | 161290 | 114165 | 59% | 152655 |
| | | | | | | | | | |
| 3972 | 5456 | 42% | 3064 | 2965 | 51% | 3672 | 4636 | 44% | 3455 |
| 31762 | 47723 | 40% | 30869 | 22067 | 58% | 34336 | 34335 | 50% | 30450 |
| 4013 | 838 | 83% | 3345 | 462 | 88% | 3506 | 661 | 84% | 3441 |
| 4746 | 1581 | 75% | 3533 | 814 | 81% | 4151 | 1289 | 76% | 4043 |
| 5615 | 5233 | 52% | 4498 | 2805 | 62% | 4735 | 4029 | 54% | 4625 |
| 3109 | 4106 | 43% | 2277 | 1949 | 54% | 2649 | 3475 | 43% | 2656 |
| 2374 | 6042 | 28% | 1805 | 3325 | 35% | 2172 | 4729 | 31% | 2019 |
| 5749 | 7140 | 45% | 4363 | 3995 | 52% | 4889 | 6344 | 44% | 4781 |
| 4339 | 1742 | 71% | 3345 | 1000 | 77% | 3138 | 1577 | 67% | 3201 |
| 4332 | 5795 | 43% | 3266 | 3280 | 50% | 3881 | 5038 | 44% | 3888 |
| 12836 | 5789 | 69% | 10503 | 3487 | 75% | 10295 | 4917 | 68% | 10213 |
| 3080 | 3420 | 47% | 2259 | 1815 | 55% | 2444 | 2473 | 50% | 2430 |
| 4883 | 1751 | 74% | 3783 | 988 | 79% | 3487 | 1555 | 69% | 3541 |
| 3726 | 4901 | 43% | 2915 | 2758 | 51% | 3363 | 4812 | 41% | 3399 |
| 1664 | 4513 | 27% | 1320 | 2347 | 36% | 1522 | 3873 | 28% | 1496 |
| 58916 | 34003 | 63% | 48374 | 17739 | 73% | 48722 | 28491 | 63% | 49553 |
| 7566 | 1431 | 84% | 5783 | 759 | 88% | 5882 | 1376 | 81% | 5970 |
| 3530 | 1140 | 76% | 2715 | 656 | 81% | 2729 | 949 | 74% | 2744 |
| 166212 | 142604 | 54% | 138017 | 73211 | 65% | 145573 | 114559 | 56% | 141905 |

| Ziegler-R | D% | | 2020<br>Biden-D | Trump-R | D% | | 2020<br>Jones-D | Tuberville-R | D% |
|---|---|---|---|---|---|---|---|---|---|
| 5211 | 24% | | 1986 | 7525 | 21% | | 2244 | 7320 | 23% |
| 2384 | 62% | | 4663 | 3192 | 59% | | 4786 | 3090 | 61% |
| 109160 | 57% | | 181688 | 138843 | 57% | | 190644 | 134314 | 59% |
| 1042 | 75% | | 3860 | 1339 | 74% | | 3943 | 1274 | 76% |
| 117797 | 56% | | 192197 | 150899 | 56% | | 201617 | 145998 | 58% |
| | | | | | | | | | |
| 4664 | 43% | | 4022 | 5594 | 42% | | 4193 | 5439 | 44% |
| 36993 | 45% | | 37765 | 51117 | 42% | | 40404 | 49347 | 45% |
| 649 | 84% | | 3884 | 875 | 82% | | 3962 | 816 | 83% |
| 1236 | 77% | | 4648 | 1598 | 74% | | 4705 | 1550 | 75% |
| 4003 | 54% | | 5488 | 5343 | 51% | | 5687 | 5166 | 52% |
| 3145 | 46% | | 3127 | 4296 | 42% | | 3225 | 4188 | 44% |
| 4599 | 31% | | 2258 | 6564 | 26% | | 2635 | 6162 | 30% |
| 6161 | 44% | | 5755 | 7324 | 44% | | 6017 | 7061 | 46% |
| 1411 | 69% | | 4048 | 1833 | 69% | | 4095 | 1779 | 70% |
| 4794 | 45% | | 4455 | 6147 | 42% | | 4719 | 5906 | 44% |
| 4607 | 69% | | 12230 | 5524 | 69% | | 12503 | 5298 | 70% |
| 2369 | 51% | | 2966 | 3442 | 46% | | 3098 | 3294 | 48% |
| 1355 | 72% | | 4972 | 1836 | 73% | | 5051 | 1766 | 74% |
| 4423 | 43% | | 3965 | 5458 | 42% | | 4193 | 5232 | 44% |
| 3714 | 29% | | 1700 | 4864 | 26% | | 1910 | 4671 | 29% |
| 26194 | 65% | | 64529 | 33311 | 66% | | 66592 | 32221 | 67% |
| 1173 | 84% | | 7108 | 1541 | 82% | | 7224 | 1481 | 83% |
| 871 | 76% | | 3446 | 1146 | 75% | | 3490 | 1108 | 76% |
| 112361 | 56% | | 176366 | 147813 | 54% | | 183703 | 142485 | 56% |