FILED
2021 Dec-15  PM 4:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2

Page 1

1

2

3

4

5          ALABAMA PERMANENT COMMITTEE ON REAPPORTIONMENT

6               AND REDISTRICTING PUBLIC HEARING

7

8                         HELD ON

9                THURSDAY, SEPTEMBER 9TH, 2021

10                 BEGINNING AT 11:00 A.M.

11

12                       LOCATION:

13           LURLEEN B. WALLACE COMMUNITY COLLEGE

14               750 GREENVILLE BYPASS

15             GREENVILLE, ALABAMA 36037

16                         AND

17           ONLINE VIA MICROSOFT TEAMS MEETING

18

19

20               TRANSCRIBED REMOTELY BY:

21               KATHLEEN F. CAVAZOS, RPR,

22                  COURT REPORTER

23

24

25

Page 2

1                    I N D E X

2  OPENING REMARKS:                                    PAGE

3     BY SENATOR JIM MCCLENDON. . . . . . . . . . . . .  3

4     BY REPRESENTATIVE CHRIS PRINGLE . . . . . . . . .  5

5     BY MR. DORMAN WALKER. . . . . . . . . . . . . . .  6

6

7  TESTIMONY:

8     BY MR. BROCK KELLY  . . . . . . . . . . . . . . . 15

9     BY MR. CHRISTOPHER BENNETT. . . . . . . . . . . . 15

10    BY MR. JACKIE MCWILLIAMS. . . . . . . . . . . . . 18

11    BY MR. JOE WEST . . . . . . . . . . . . . . . . . 20

12    BY MR. JACKIE WOODS . . . . . . . . . . . . . . . 22

13    BY MS. SYLVIA PATTON. . . . . . . . . . . . . . . 26

14

15  EXHIBIT:

16    Exhibit 1.  ONLINE ATTENDANCE LIST. . . . . . . . 30

17

18

19

20

21

22

23

24

25

1          SENATOR MCCLENDON:  Let me ask everybody that
2     came in online virtually today to please mute your
3     microphones on your devices, laptops, cell phone,
4     whatever you're using.  Mute your microphone and turn
5     your cameras off, please.  That will help us.  When those
6     mics are on, we get an echo.
7          My name is Jim McClendon.  I'm a state senator.
8     My home is in St. Clair County, and I am the Senate chair
9     of redistricting.  To my right is state Representative
10    Chris Pringle who is now joining.  He is the House chair
11    of redistricting.  And on my left is Mr. Dorman Walker,
12    an attorney that is employed by the Redistricting
13    Committee.  Also with us today is state Senator Bobby
14    Singleton, who is also a member of the committee.
15         Anybody coming in late, I'll remind you to
16    please turn off your mic, please turn off your camera and
17    we'll -- thank you -- and we'll get to you later.
18         Every 10 years, new census data is taken, and
19    there's two parts to this number.  Number one is not only
20    the numbers of people that we have but where they are,
21    where they're located.  And what happens over a 10-year
22    period, folks migrate, and there's a pattern here in
23    Alabama and across the nation.  Our population tends to
24    leave rural areas and move in a direction and closer to
25    urban areas.  So we have target numbers or ideal numbers

1   of how many representatives, for example, should be in a

2   district.  So we have to redraw the districts to catch up

3   with the population so we get back to our ideal numbers.

4          Now, this committee will be drawing, we haven't

5   yet, but will be drawing Congressional maps, Senate maps

6   and the Alabama House of Representatives maps and state

7   board of education maps.  So our purpose is to get input

8   from around the state, hear what you have to say, any

9   suggestions you can make, ideas you can give us.  You'll

10  give those.  We have a court reporter that will be taking

11  down everything, and it will go in the record and be

12  reviewed by members of the committee.

13         I'll give you an idea of Senate district sizes

14  based on the new data, the new 2020 census data that we

15  received.  In your area, Senate district 23 lost 24,000

16  people.  The population has gone down.  Now, the target

17  and ideal district size for a Senate district is 143,551,

18  and we do have latitude of plus or minus five percent.

19  So we can see that Senate 23 has dropped substantially in

20  population, and we're going to have to adjust the size of

21  that district to capture the necessary people to bring it

22  up to respect the concept of one person, one vote.

23         Senate 25 in your area is up by 6,200.  These

24  are round numbers, about 6,200.  And 31 is down by about

25  2,700.  Your house districts in your area, House 69, lost

1    about 4,500 people.  House 90 lost 5,600, and 92 lost

2    3,200.  Again, those are round numbers.  So, as you can

3    see, these districts have had changes in population.

4    Now, one of the interesting things that can happen is a

5    district can lose or gain population, and the adjacent

6    district will be affected even if their population has

7    stayed about the same because you've got to go somewhere.

8              So with that being said, I'm going to turn this

9    over to Representative Pringle.  Sir, if you'll take

10   over.

11             REPRESENTATIVE PRINGLE:  Thank you, Senator.

12   Again, my name is Chris Pringle.  I'm the state

13   representative from House district 101, and I'm the House

14   chairman of the Reapportionment Committee.

15             Today, you will be called on to speak in the

16   order in which you signed up.  Speakers are limited to

17   three minutes each.  When called, please come to the

18   microphone, state your name clearly and as slowly as

19   possible and state the community you represent and the

20   district or districts you wish to speak about.  If you

21   decide you want to speak but did not sign up, we'll ask

22   at the end of this hearing if anyone who hasn't spoken

23   would like to.  If you are participating remotely, send

24   us your questions or comments, and we'll read them into

25   the record.

1        The hearing is being transcribed by a court

2   reporter working remotely.  If you have anything you'd

3   like to introduce into the record as an exhibit, bring it

4   to the microphone when you speak and let the hearing

5   officer have it.  We will then take it, put it into the

6   permanent record of the committee.

7        Today's hearing is to deal with redistricting.

8   We're not here to discuss any other matters that might be

9   pending before the legislature, so please keep your

10  comments germane to the issue of redistrict.

11       With that, I'd like to turn it over to Dorman

12  Walker.

13       MR. WALKER:  Hello.  Welcome to the hearing, and

14  thank you in particular to Lurleen B. Wallace Community

15  College of Greenville for hosting the hearing.  Thank you

16  to those of you in the auditorium who have come to the

17  hearing and those of you who are attending virtually.

18       Before I take testimony -- Before we take

19  testimony, I'd like to go over some explanations about

20  the redistricting process that may be helpful.  One of

21  those is the idea of ideal population.  Redistricting, as

22  Senator McClendon indicated, is all about equalizing

23  populations, and we have some play with that in terms of

24  the numbers that can be put into a district.

25       The state board of education and legislative

1    districts don't have to be exactly equal, but it all is

2    driven by what's called the ideal population, and that is

3    simply the new population of the state, which I'm going

4    to round off to five million, divided by the number of

5    districts we have.  So if you want to get the ideal

6    population of the Senate districts, you divide five

7    million by 35, and you'll get 143,551.  You won't

8    actually because I rounded off the state population, but

9    that's the ideal population, and that's how it's

10   calculated.  And you can do the same thing with eight

11   districts for the state board of education, 105 for the

12   House.  So that drives everything about redistricting.

13           A consequence of that is that a lot of people

14   who have spoken throughout the hearings have talked about

15   their counties being split or their cities being split,

16   and a number of you may wish to talk about that, too, and

17   if you do, good.  That's valuable testimony for the

18   committee to hear, but I want to explain because it might

19   be helpful to understand that the requirement for

20   population equality can bump up against the requirement

21   to protect communities of interest.  An example would be

22   what happens, I think, really, every 10 years to the

23   cities of Tuscaloosa and Auburn, which is that they are

24   population centers in the midst of fairly sparsely

25   populated areas, indeed, particularly in the case of

1  Tuscaloosa, in the counties to the west and south --
2  well, to the north of Tuscaloosa, they are all losing
3  population.  And districts in those counties have to be
4  repopulated back up to the ideal population or within
5  five percent of the ideal population, and the only place
6  to get that additional population -- Well, there's two
7  ways to get it.  One is you can expand into our rural
8  counties, in which case, you wind up having an enormous
9  district, and that violates the guideline that districts
10 should be as compact as possible, or you can go into a
11 municipality like Tuscaloosa or Montgomery or Auburn and
12 divide it among several other districts.  It's not
13 because of maliciousness, necessarily, that
14 municipalities and counties for the same reason get
15 divided.  Sometimes that happens because it's necessary
16 in order to achieve equal population, which, along with
17 non-discrimination, takes priority over everything.
18         These hearings will conclude on the 16th, and
19 they are being transcribed by a court reporter.  I expect
20 that fairly soon, the transcriptions of these hearings
21 will start to appear on the Redistricting Committee
22 website.  To get to that website, you Google Alabama
23 legislature.  One of the drop-down tabs is redistricting.
24 If you go there, you'll be able to find the transcripts
25 of all the hearings, and you can read those, if you want

1   to, and see what attachments they have to them.

2        At the same time, various senators and House

3   members and state board of education members and

4   Congressional members or their staff are starting to meet

5   with the map drawer and have preliminary talks about how

6   the districts should change.  If it's a district that has

7   lost population, where should it take population from?

8   If it's an adjoining district that needs to lose

9   population, what population should be taken from that

10  district?  What do the incumbents prefer?  What makes

11  sense in terms of communities of interest, that sort of

12  thing?  So it can be a fairly complex process that takes

13  some time to get through.

14       Ultimately, all of that information will be

15  distilled into a bill that will be introduced by the

16  committee when we have -- when the governor calls a

17  special session for redistricting.  This has to be done

18  in a special session because we have elections in 2022,

19  and we've already had the regular session for 2021.

20  Nobody knows exactly when the governor will call the

21  special session for redistricting.  It may be in the

22  latter part of October.

23       Assuming that's the case, sometime before the

24  session starts, I imagine that a bill proposed by the

25  committee with new districts will be prefiled, and other

Page 10

1    legislators may also want to draw bills or submit

2    different legislative plans.  So there will probably be

3    for -- at least for the state board of education -- well,

4    for all four plans, there are going to be alternative

5    plans submitted, I think, not just one, and the

6    individual legislators who sponsor those plans control

7    when those plans are made public.  They can make them

8    public at the time that they introduce them or prefile

9    them, or they can make them public before then, but

10   that's not controlled by the committee.

11          Nevertheless, once the special session is

12   called, there will be committee hearings at which the

13   various plans will be looked at and discussed, and those

14   hearings are open to the public, and the legislative

15   special session will be live streamed so that you can, if

16   you continue to have an interest in this matter,

17   participate in that way.

18          Now, also, I think before I draw the -- before

19   we take testimony, I'd like to give you some information

20   about how districts are drawn.  The legislature can't

21   just draw districts in just any manner that it wishes.

22   It's bound by federal and state constitutional and

23   statutory requirements and by the race-neutral guidelines

24   that the legislature has adopted for itself.

25          So what are those?  The first overarching

Page 11

 1    requirements are one person, one vote or population
 2    equality must be achieved in the new districts.  And in
 3    addition, the new district must be non-discriminatory.
 4    They must comply with, in particular, the equal
 5    protection clause of the federal constitution and section
 6    two of the Voting Rights Act.
 7             Beyond that, the legislature is bound by the
 8    race-neutral criteria that it has established, and I'll
 9    go over those in just a second.  But no district shall be
10    drawn in a manner that subordinates race-neutral
11    districting criteria to considerations of race, color or
12    membership in a language minority group except that race,
13    color or membership in a language minority group may
14    predominate over race-neutral districting criteria to
15    comply with section two of the Voting Rights Act,
16    provided there is a strong basis in evidence to support
17    such a race-based choice.  A strong basis in evidence
18    exists when there is good reason to believe that race
19    must be used in order to satisfy the Voting Rights Act.
20             When the legislature draws districts, it should
21    make them reasonably compact, which is a relative term,
22    for each plan, and all districts should reflect the
23    democratic will of the people, which is one reason for
24    these hearings, so that the legislature can receive
25    testimony from the people about how districts should be

Page 12

1    drawn.

2            Districts are drawn on the basis of total

3    population.  The census bureau reports many different

4    types of population.  For example, I could ask for

5    population of all people who have graduate degrees or all

6    people who have two cars and color TVs in their house,

7    but what we use for drawing districts is total

8    population, which is simply everybody who was in the

9    state and everybody who was in a district on census day.

10   And that could include, or it does include a lot of

11   people who can't vote, children, people under 18, people

12   who have lost the right to vote, people who are residing

13   in the state but are not citizens of the state or

14   citizens of the country.  Nevertheless, total population

15   has traditionally been the basis for drawing districts

16   and that's what the legislature will continue to use.

17           There are times when the legislature looks at a

18   subset of total population called voting age population,

19   which is 18 and older.  It may at times look, under

20   certain circumstances, at the white voting age population

21   and the black voting age population of a district, again,

22   to ensure compliance with the equal protection clause of

23   the federal constitution and the Voting Rights Act.

24           The number of state Senate districts, the

25   legislature has to draw 35 Senate districts and 105 House

Page 13

1   districts, although the constitution would allow 106.

2   All districts are single-member districts.  Only one

3   person is elected from each district.  In some parts of

4   the country, there are multi-member districts, but we

5   only have single-member districts in Alabama.  When the

6   legislature draws districts, contests between incumbents

7   should be avoided, and the cores of existing districts

8   should be preserved.

9          In addition, every district is required to be

10  contiguous, which means that each point on its border has

11  to be in contact with another district or one of the

12  outer borders of the state.  Contiguity across water is

13  allowed.  So if your district is divided by a river or a

14  lake, that doesn't defeat contiguity.

15         Finally, districts should respect communities of

16  interest, neighborhoods and political subdivisions to the

17  extent practicable.  A community of interest is defined

18  as an area with recognized similarities of interest,

19  including, but not limited to, ethnic, racial, economic,

20  tribal, social, geographical and historical identities.

21  The term "communities of interest" may, in certain

22  circumstances, include political subdivisions such as

23  counties, voting precincts, municipalities, tribal lands

24  and reservations and school districts.  The discernment,

25  weighing and balancing of the very factors that

1   contribute to communities of interest is an intensely

2   political process best carried out by the elected

3   representatives of the people.

4        In establishing legislative districts, the

5   Reapportionment Committee and the legislature shall give

6   due consideration to all these criteria that I have

7   discussed.  However, priority is to be given to the

8   compelling state interest requiring equality of

9   population among districts in compliance with the equal

10  protection clause of the Voting Rights Act of 1965.

11       In addition, these criteria are not listed in

12  order of precedence, and in each instance where they may

13  conflict, the legislature shall, at its discretion,

14  determine which takes priority.

15       We're ready now to receive testimony, and the

16  first person who has signed up to speak is Brock Kelly.

17  And, Mr. Kelly, if you could come up to the podium,

18  please.

19       By the way, if any of the speakers have paper

20  notes or they have a map or anything like that that they

21  want to introduce into the record as an exhibit to their

22  testimony, just let the coordinator there at Lurleen B.

23  Wallace State know, and that will be forwarded to us and

24  included in the transcript.

25       Welcome, Mr. Kelly.

1          MR. KELLY:  Thank you.  My name is Brock Kelly.

2     I'm the president of Lurleen B. Wallace Community College

3     and, first and foremost, I wanted to welcome you guys to

4     the campus, welcome to the audience, welcome everyone

5     online.  This meeting me know is important for our

6     district.  It's important for our state, and we are just

7     honored to be able to host this meeting.  Thank you.

8          MR. WALKER:  Thank you.  Thank you again for

9     hosting the meeting.

10          The next person is Christopher -- and I'm sorry,

11     Christopher.  I can't quite read your last name.

12          MR. BENNETT:  Bennett.

13          MR. WALKER:  I'm sorry.  Christopher Bennett.

14     Mr. Bennett, please come up.

15          MR. BENNETT:  My name is Christopher Bennett,

16     and I'm the chairman of the Walker County Democratic

17     Committee, and I don't know whether this is a testimony

18     or not, but I do have a question.  I know we're dealing

19     with the Senate and the House plan for redistricting.  My

20     question is -- I have a question:  Would any information

21     be given for redistricting in the Butler County

22     Commissioner and board of education districts?  And my

23     second question is, where can we find this information or

24     where can this information be obtained?

25          MR. WALKER:  The Butler County -- and I'm

1   thinking you were referring to Butler County Board of

2   Education districts -- will be handled by the Butler

3   County Commission and the Butler County School Board.  In

4   some counties, those districts are congruent, and the

5   same districts serve both bodies.  In other counties,

6   regardless of whether or not they have the same number of

7   districts, they're done differently, and I don't know how

8   Butler County does it, but that's a matter that will be

9   handled by them.

10          By state law, county boards of educations are

11  required to redistrict within six months after release of

12  the redistricting data.  So that would be six months from

13  August 12 would be the deadline for the Butler County

14  Board of Education to complete its redistricting.  So you

15  would have to go to the websites for those two bodies to

16  find out what their redistricting procedures are going to

17  be and when they're going to have hearings and that sort

18  of thing.

19          Did I answer your first question?

20          MR. BENNETT:  Pretty much, yes.

21          MR. WALKER:  And what, again, was your second

22  question?

23          MR. BENNETT:  My second question is where can

24  this information be obtained here in the county?

25          MR. WALKER:  The county commission and the state

Page 17

```
 1   board of education, but you can also go to the census
 2   bureau, and you can see -- you can get a lot of
 3   information that is available online now about your
 4   county, about the population of any municipality with
 5   5,000 or more people within your county, and that may be
 6   useful to you, too.  Just go to Quick Facts or google
 7   Census Bureau Quick Facts and go to the tab Alabama and
 8   then Butler County, and you can start from there.
 9   There's a huge amount of information available at the
10   county level.
11         But in terms of particular -- what the districts
12   are now and what the populations of those districts are,
13   that information would come from the county commission
14   and the board of education.
15         MR. BENNETT:  So you're saying that none of this
16   information has been sent to anyone in the county as it
17   relates to the commissioner districts?
18         MR. WALKER:  This is a hearing on legislature
19   redistricting.
20         MR. BENNETT:  Yeah.  I know it.
21         MR. WALKER:  Okay.  And I'm not sure if I
22   understand the question.  The census bureau data is
23   available to the county commission and to the board of
24   education.  Also, once the legislature completes its
25   redistricting, the reapportionment office is available to
```

Page 18

```
 1    assist the boards of education and county commission and
 2    other local governments with their redistricting.  In
 3    addition, a number of other sources, such as Alabama
 4    State University and some of the regional development
 5    offices have redistricting software that can help with
 6    redistricting, too.
 7              MR. BENNETT:  Thank you.
 8              MR. WALKER:  Yes, sir.
 9              The next person who has asked to speak is Mr., I
10    think, McWilliams.  I can't quite read your first name,
11    and I apologize.
12              MR. MCWILLIAMS:  It's Jackie.  Good morning.
13              MR. WALKER:  Good morning, Mr. McWilliams.
14              MR. MCWILLIAMS:  Just call me Jackie.  Okay?
15    I'm on the county commission of district two, and excuse
16    my attire, but I own a barbecue place on I-65 and didn't
17    really feel like putting a suit on for y'all.  But if
18    you're ever looking for good barbecue --
19              MR. WALKER:  Wait a second.  Court reporter, can
20    you hear what he's saying?  You might need to move a
21    little closer to the microphone, sir.
22              MR. MCWILLIAMS:  Okay.  First of all, thank you
23    for coming here today and giving us the opportunity to
24    talk about these lines.
25              Certainly, we weren't aware that it was not
```

1  something that dealt with county commission lines or

2  board of education lines, so we won't trouble you any

3  further except to say that we have not received those

4  numbers yet from the county or what they actually are and

5  will go through the process of finding that out.

6          But in looking at the Congressional lines and

7  also looking at the state board of education lines from

8  the map and realizing I've only had a few minutes to look

9  at this since I've been here, certainly we're down in

10 population, and we're down in population with the

11 districts that we join, which would be seven in the

12 Congressional district and then five in the state board

13 of education.  So we're losing population in these areas.

14         I guess what I would take with me this morning

15 is that certainly we see those numbers went down, but we

16 don't want -- and you clarified some of it in some of

17 your topics about keeping numbers as relates to race

18 where it will be beneficial to both races.  We don't want

19 a race where one district is so predominant that either

20 section doesn't have a little bit of voice in this.  All

21 our sections here in Butler County, people are divided

22 because of the demographics that we have in Butler

23 County.  We're pretty much 52, 53.7, so we want to keep a

24 voting perspective to that.  So I'd like to put that in

25 our place in Butler County.

Page 20

```
 1            We know you have a tough task in front of you
 2    trying to do this.  I've been on the county commission 22
 3    years, so this is the third time that I have been
 4    involved in this.  I realize it's very tedious, and
 5    you're dealing with a lot of emotional factors from a lot
 6    of different people, but we wanted to put that two cents
 7    worth in and let you know that we just want to make sure
 8    that we have good, fair representation on not only local
 9    levels but also on state levels.
10            Thank you so much.
11            MR. WALKER:  Thank you very much,
12    Mr. McWilliams.
13            Is there anyone else present in the auditorium
14    who would like to speak?  If so, just come on up to --
15    Yes, sir.  Come on up to the podium -- rostrum.
16            (Inaudible.)
17            MR. WALKER:  I'm sorry.  Would you state your
18    name clearly and slowly for the court reporter?
19            MR. WEST:  George (phonetic) West, city council
20    (inaudible)
21            MR. WALKER:  Spell your last name, please.
22            (Inaudible.)
23            MR. WALKER:  I'm sorry.  We couldn't quite make
24    that out.
25            (Inaudible.)
```

1          MR. Walker:  W-E-S-T?  Joe West?

2          MR. WEST:  Joe West (inaudible.)  Either one is

3    fine.  Thank you for holding this seminar.  I guess my

4    question is, as the Alabama legislature is getting ready

5    to draw the lines and determine what the new

6    Congressional lines will be and the state Senate lines

7    will be and the state board of education lines will be, I

8    think we're in a district now that lost population.  For

9    instance, the first I'm looking at, we're minus 3.382,

10   and I guess my question to you is maybe a dumb question,

11   that if you lose population, does that mean that you're

12   maybe put in another district, or if you lose population,

13   will a district who gained come over into your district?

14         MR. WALKER:  No, it's a very good question, and

15   I'm not sure if you were talking about the Congressional

16   district or one of your legislative districts, but the

17   principle is the same for all.  We start with the ideal

18   population, whatever that is.  Let's say -- Let's just

19   say 47,820 for a house district, and if a district has

20   lost population, then, yes, it's got to get some

21   population from somewhere else.  So that means,

22   typically, that that district's boundaries are going to

23   expand into another area to pick up more citizens.

24   Conversely, if a district is overpopulated, it has to

25   shed population, and so it will contract in order to give

1   population to districts that need it.  And that's sort of

2   the phenomenon I was talking about when earlier I

3   referred to, by example, the city of Tuscaloosa being

4   split up into a number of different districts so that it

5   can give its excess population to districts that need it.

6          So that was a good question.  Anyone else in the

7   auditorium who would like to speak?

8          MR. WEST:  Thank you very much.  That answered

9   my question.

10          MR. WALKER:  Thank you, Mr. West.

11          Is there anyone participating remotely who --

12          MS. OVERTON:  I've been told Jackie Woods, who

13   is at the college, would like to speak.  Jackie.

14          MR. WALKER:  Is this Jackie Woods?

15          MR. WOODS:  Yes, I'm Dr. Woods and, first, I

16   would like to thank each of you for just giving us this

17   great opportunity to learn.

18          I have a question.  I'm just going to give it

19   and look at -- Our community is -- Let's just look at an

20   example.  If you have a population, let's say, 37,540,

21   whatever, I'm going to talk approximately, and that's

22   total population for a county, then you look at minority

23   representatives, minorities in that particular population

24   would be, let's say, 13 percent, so within a proximity of

25   about 4,880, somewhere within that area.  Don't hold me

Page 23

1    to that.  So if you're looking at -- And you mentioned

2    the fact in terms of race, 1965 voters.  And in looking

3    at how the districting itself, primarily, you have 13

4    particular counties in that area that the example is

5    coming from, and it's scattered.

6            So my question to you -- When I say "scattered,"

7    all over in terms of that 4,000 number that I have

8    mentioned.  So if you want to get what's fair for all,

9    some type of representation for the minorities, that

10   4,000 group, what would be the best method for fair

11   representation for all?

12           And I'll say this:  Over right at 200 years,

13   there has never been a minority on that particular set

14   that I'm speaking of, without saying too much.  So how

15   would you go about doing that?  And you could look at

16   packing, you could pack it, but you would have to look at

17   how you would go about redistricting that particular

18   section taken from a scattered and then look at the

19   minority representation where it does not have any type

20   of impact; whereas, they would get some type, some

21   type -- and I'm coming with this -- over 200 years there

22   has never been a minority in that particular section.

23           MR. WALKER:  I'm not quite sure that I

24   understand your question, but I'll make a stab at it, and

25   you can tell me if I've been helpful.

1          The Voting Rights Act, section two, requires the

2     drawing of a majority minority district -- and I'll just

3     say a minority black district is what it's going to be in

4     Alabama -- if it's possible to do so.  And one of the

5     first determinants of that is whether there is a

6     sufficiently numerous and geographically compact black

7     population.  And without knowing what jurisdiction you're

8     talking about and how many districts there are under

9     consideration, I couldn't go --

10          MR. WOODS:  Five districts, five.

11          MR. WALKER:  If there are five districts, then

12     you would -- In order to -- I guess, the first thing you

13     would look for is, is there a minority population here

14     that is sufficiently numerous to form a majority in one

15     of five districts or two of five districts, depending

16     upon whatever it is, and then is that population in a

17     relatively compact area so that it can be drawn into one

18     or two or whatever districts, or is it spread out

19     homogeneously throughout the county as a whole?  If it's

20     the latter, then you can't draw a majority black

21     district.  So that would be the first thing that you

22     would look at.

23          There are some other ways to skin the cat.

24     There are a few jurisdictions in Alabama that don't have

25     single-member districts.  They use alternative -- They

1   have black and white population, but they don't have

2   single-member districts.  They use an alternative voting

3   system called cumulative voting, and that is a way where,

4   if there is a sufficient number of minority population,

5   everybody runs at large, but the voting system is such

6   that if the minority population -- For example, if there

7   are five seats on the county commission, each person gets

8   five votes and you can spend those votes any way you

9   want.  If the minority population spends all of its votes

10  on a preferred minority candidate under the cumulative

11  voting system, then they can elect someone at large.  And

12  that system is used in some counties and is particularly

13  helpful where there are not geographically compact

14  populations of minority members but there are

15  sufficiently large numbers of minority members in that

16  jurisdiction.

17          Is that a helpful answer to you?

18          MR. WOODS:  It is.  So how does one go about

19  implementing or asking for the cumulative vote?  How do

20  they go down that path?

21          MR. WALKER:  That would have to be done by a

22  local law by your delegation.  They could pass a local

23  law that would say in X, Y, Z county elections for the

24  county commission or whatever would be done by cumulative

25  voting.

Page 26

```
 1          MR. WOODS:  Okay.  I thank you.

 2          MR. WALKER:  Yes, sir.  Thank you for your

 3   questions and comments.

 4          MR. WOODS:  Have a great remaining afternoon.

 5   Thank you.

 6          MR. WALKER:  Thank you.

 7          Anyone who wants to make a question or comment

 8   remotely?

 9          MS. OVERTON:  Yes.  We've got a couple of

10   comments and questions.

11          MS. PATTON:  Hello.  My name is Sylvia, and I

12   just have a couple of questions that I would like to ask.

13   Number one is --

14          MR. WALKER:  Last name?

15          MS. PATTON:  Patton.

16          MR. WALKER:  Patton?  Okay.  Thank you.  And if

17   you can speak closer into the microphone, we're having a

18   little bit of difficulty hearing y'all.

19          MS. PATTON:  Okay.  One of the questions that I

20   have, and I want you to hear me, is you were saying that

21   after the census, that we have six months before

22   redistricting is done, and by August the 12th we

23   should -- No.  I want to ask questions kind of like

24   locally for the county.  So you have six months before

25   you Do the state districts, but like the county, how long
```

1   will they have before they do the county redistricting,

2   is one of the questions I wanted to know.

3           And the second question is getting back to what

4   Dr. Woods was saying, who determines on the county -- who

5   determines about redistricting the counties?  And let me

6   give you an example.  I'm a city councilwoman for the

7   city of (inaudible) Alabama, and district one is

8   predominantly black, and district one is the district

9   that I won in.  And another place in (inaudible) county

10  may be predominantly black in district one (inaudible)

11  was scattered.  And how could we -- When can we and how

12  can we go to the county commission and decide

13  redistricting by the use of numbers, because we have the

14  numbers of the blacks that are in the county, but when we

15  go to the county side, it's scattered.  How can we

16  correct that?  Who do we need to talk to in order to

17  change that?

18          And then the third question is, when you get

19  ready to vote on county commission, why can't -- Is there

20  two elections where, okay, you have one election where

21  you vote for the person that wins it.  And then later on

22  you come in, and is it legal for everyone to vote for

23  that district?  Because in Florala, when I run in

24  district one, that's who I'm competing against, somebody

25  in district one.  Everybody in district two, three, four

1    and five cannot vote for me because they're not in my

2    district.  So where is that -- How can you -- If they're

3    not in district one, they're not supposed to be voting

4    for you and not somebody from district two, three, four,

5    five.  That's how votes get scattered.

6            MR. WALKER:  Your questions are a little bit

7    outside the scope of the hearing, which is about

8    redistricting for the state offices.  I just don't

9    remember off the top of my head if there is a timeline

10   for county commissions to redistrict.  There is, of

11   course, a practical timeline in that redistricting has to

12   be completed before elections in 2022 or whenever the

13   next elections are for your county commission.

14           For the rest of your questions, I think you need

15   to take those up with your county commission attorney who

16   should be able to answer those.

17           MS. PATTON:  All right.  Thank you.

18           MR. WALKER:  Thank you, ma'am.

19           I'm going to see if we've got any questions from

20   people who are participating remotely now.

21           MS. OVERTON:  Yes.  We've got three.  The first

22   is from Tabitha Isner.  She just wanted some

23   clarification.

24           "Did you say that compactness would be

25   prioritized over communities of interest?"

1      MR. WALKER:  No, I did not say that compactness

2  was prioritized over communities of interest.  I think

3  what I said is that sometimes those two criteria can

4  conflict, and the legislature has to make a choice.

5      MS. OVERTON:  Okay.  The second question comes

6  from Felecia Scalzetti.

7      "Please repeat the timeline regarding draft

8  maps.  Does the committee already have maps drafted that

9  they are adjusting after hearing comments, or will they

10  wait until the end of the public comments on the 16th to

11  start drafting?"

12      MR. WALKER:  There are no existing maps at this

13  point that I know of.  I know that -- I mean, there may

14  be various legislators who are working on maps either not

15  on the reapportionment system or they're working on the

16  reapportionment system but they're confidential until

17  they're released by the legislature.  So if somebody were

18  coming in here and working on something, I would not know

19  it unless it was made public.

20      There is -- There are, however, conversations

21  ongoing with a map drawer and the members of the

22  legislature and the state board of education and the

23  Congressional delegation about how they want their maps

24  redrawn, and that's where we are right now as we're

25  receiving these comments.

```
 1          But the transcripts of these hearing will be
 2     made available to the map drawers and to the legislators.
 3          MS. OVERTON:  We have a final comment from
 4     Kendra Majors.
 5          "In the earlier hearing, you vaguely touched on
 6     the fact that redistricting in Alabama is not really
 7     non-partisan.  How does that work to guarantee fair
 8     districts and fair representation for all Alabamians
 9     given that one party overwhelmingly controls the Alabama
10     legislature currently?"
11          MR. WALKER:  I'm not going to answer that
12     question.  Fairness is in the eyes of the beholder, and I
13     think that's where I'll leave it.
14          MS. OVERTON:  No other questions or comments.
15          MR. WALKER:  Is there anybody else in the
16     auditorium who wants to speak?
17          All right.  There being no one else who wants to
18     speak, thank you to everyone for participating either
19     remotely or by coming to the auditorium.  Your
20     participation is important to the process.
21          Thank you for Lurleen B. Wallace Community
22     College for allowing us to have the hearing at your
23     facility, and this hearing is now closed.
24          (Exhibit 1 marked.)
25                              ****
```

Page 31

1                    C E R T I F I C A T E

2

3   STATE OF ALABAMA      )

4   COUNTY OF MOBILE      )

5

6           I hereby certify that the above and foregoing

7   deposition was taken down by me in stenotype and

8   transcribed by means of computer-aided transcription, and

9   that the foregoing is a true and correct transcript of

10  the testimony given by said witness upon said hearing.

11          I further certify that I am neither of counsel

12  nor of kin to any of the parties, nor am I in anywise

13  interested in the result of said cause.

14          I further certify that I am duly licensed by the

15  Alabama Board of Court Reporting as a Certified Court

16  Reporter as evidenced by the ACCR number following my

17  name found below.

18

19

20          *Kathleen F. Cavazos*

21          KATHLEEN F. CAVAZOS, RPR, ACCR302

22          NOTARY PUBLIC

23          MY COMMISSION EXPIRES:  12/16/23

24

25

**1**

**1** 2:16 30:24
**10** 3:18,21 7:22
**101** 5:13
**105** 7:11 12:25
**106** 13:1
**11:00** 1:10
**12** 16:13
**12/16/23** 31:23
**12th** 26:22
**13** 22:24 23:3
**143,551** 4:17 7:7
**15** 2:8,9
**16th** 8:18 29:10
**18** 2:10 12:11,19
**18281** 31:20
**1965** 14:10 23:2

**2**

**2,700** 4:25
**20** 2:11
**200** 23:12,21
**2020** 4:14
**2021** 1:9 9:19
**2022** 9:18 28:12
**22** 2:12 20:2
**23** 4:15,19
**24,000** 4:15
**25** 4:23
**26** 2:13

**3**

**3** 2:3
**3,200** 5:2
**3.382** 21:9
**30** 2:16
**31** 4:24
**35** 7:7 12:25
**36037** 1:15
**37,540** 22:20

**4**

**4,000** 23:7,10
**4,500** 5:1
**4,880** 22:25
**47,820** 21:19

**5**

**5** 2:4
**5,000** 17:5
**5,600** 5:1
**52** 19:23
**53.7** 19:23

**6**

**6** 2:5
**6,200** 4:23,24
**65** 18:16
**69** 4:25

**7**

**750** 1:14

**9**

**90** 5:1
**92** 5:1
**9th** 1:9

**a**

**a.m.** 1:10
**able** 8:24 15:7
  28:16
**accr** 31:16
**accr302** 31:21
**achieve** 8:16
**achieved** 11:2
**act** 11:6,15,19
  12:23 14:10 24:1
**addition** 11:3 13:9
  14:11 18:3
**additional** 8:6
**adjacent** 5:5
**adjoining** 9:8
**adjust** 4:20

**adjusting** 29:9
**adopted** 10:24
**afternoon** 26:4
**age** 12:18,20,21
**aided** 31:8
**alabama** 1:5,15
  3:23 4:6 8:22 13:5
  17:7 18:3 21:4 24:4
  24:24 27:7 30:6,9
  31:3,15
**alabamians** 30:8
**allow** 13:1
**allowed** 13:13
**allowing** 30:22
**alternative** 10:4
  24:25 25:2
**amount** 17:9
**answer** 16:19 25:17
  28:16 30:11
**answered** 22:8
**anybody** 3:15
  30:15
**anywise** 31:12
**apologize** 18:11
**appear** 8:21
**approximately**
  22:21
**area** 4:15,23,25
  13:18 21:23 22:25
  23:4 24:17
**areas** 3:24,25 7:25
  19:13
**asked** 18:9
**asking** 25:19
**assist** 18:1
**assuming** 9:23
**attachments** 9:1
**attendance** 2:16
**attending** 6:17
**attire** 18:16

**attorney** 3:12
  28:15
**auburn** 7:23 8:11
**audience** 15:4
**auditorium** 6:16
  20:13 22:7 30:16
  30:19
**august** 16:13 26:22
**available** 17:3,9,23
  17:25 30:2
**avoided** 13:7
**aware** 18:25

**b**

**b** 1:13 6:14 14:22
  15:2 30:21
**back** 4:3 8:4 27:3
**balancing** 13:25
**barbecue** 18:16,18
**based** 4:14 11:17
**basis** 11:16,17 12:2
  12:15
**beginning** 1:10
**beholder** 30:12
**believe** 11:18
**beneficial** 19:18
**bennett** 2:9 15:12
  15:12,13,14,15,15
  16:20,23 17:15,20
  18:7
**best** 14:2 23:10
**beyond** 11:7
**bill** 9:15,24
**bills** 10:1
**bit** 19:20 26:18
  28:6
**black** 12:21 24:3,6
  24:20 25:1 27:8,10
**blacks** 27:14
**board** 4:7 6:25 7:11
  9:3 10:3 15:22 16:1
  16:3,14 17:1,14,23

19:2,7,12 21:7
29:22 31:15
**boards** 16:10 18:1
**bobby** 3:13
**bodies** 16:5,15
**border** 13:10
**borders** 13:12
**bound** 10:22 11:7
**boundaries** 21:22
**bring** 4:21 6:3
**brock** 2:8 14:16
15:1
**bump** 7:20
**bureau** 12:3 17:2,7
17:22
**butler** 15:21,25
16:1,2,3,8,13 17:8
19:21,22,25
**bypass** 1:14

**c**

**c** 31:1,1
**calculated** 7:10
**call** 9:20 18:14
**called** 5:15,17 7:2
10:12 12:18 25:3
**calls** 9:16
**camera** 3:16
**cameras** 3:5
**campus** 15:4
**candidate** 25:10
**capture** 4:21
**carried** 14:2
**cars** 12:6
**case** 7:25 8:8 9:23
**cat** 24:23
**catch** 4:2
**cause** 31:13
**cavazos** 1:21 31:21
**cell** 3:3
**census** 3:18 4:14
12:3,9 17:1,7,22

26:21
**centers** 7:24
**cents** 20:6
**certain** 12:20 13:21
**certainly** 18:25
19:9,15
**certified** 31:15
**certify** 31:6,11,14
**chair** 3:8,10
**chairman** 5:14
15:16
**change** 9:6 27:17
**changes** 5:3
**children** 12:11
**choice** 11:17 29:4
**chris** 2:4 3:10 5:12
**christopher** 2:9
15:10,11,13,15
**circumstances**
12:20 13:22
**cities** 7:15,23
**citizens** 12:13,14
21:23
**city** 20:19 22:3 27:6
27:7
**clair** 3:8
**clarification** 28:23
**clarified** 19:16
**clause** 11:5 12:22
14:10
**clearly** 5:18 20:18
**closed** 30:23
**closer** 3:24 18:21
26:17
**college** 1:13 6:15
15:2 22:13 30:22
**color** 11:11,13 12:6
**come** 5:17 6:16
14:17 15:14 17:13
20:14,15 21:13
27:22

**comes** 29:5
**coming** 3:15 18:23
23:5,21 29:18
30:19
**comment** 26:7 30:3
**comments** 5:24
6:10 26:3,10 29:9
29:10,25 30:14
**commission** 16:3
16:25 17:13,23
18:1,15 19:1 20:2
25:7,24 27:12,19
28:13,15 31:23
**commissioner**
15:22 17:17
**commissions** 28:10
**committee** 1:5 3:13
3:14 4:4,12 5:14
6:6 7:18 8:21 9:16
9:25 10:10,12 14:5
15:17 29:8
**communities** 7:21
9:11 13:15,21 14:1
28:25 29:2
**community** 1:13
5:19 6:14 13:17
15:2 22:19 30:21
**compact** 8:10 11:21
24:6,17 25:13
**compactness** 28:24
29:1
**compelling** 14:8
**competing** 27:24
**complete** 16:14
**completed** 28:12
**completes** 17:24
**complex** 9:12
**compliance** 12:22
14:9
**comply** 11:4,15

**computer** 31:8
**concept** 4:22
**conclude** 8:18
**confidential** 29:16
**conflict** 14:13 29:4
**congressional** 4:5
9:4 19:6,12 21:6,15
29:23
**congruent** 16:4
**consequence** 7:13
**consideration** 14:6
24:9
**considerations**
11:11
**constitution** 11:5
12:23 13:1
**constitutional**
10:22
**contact** 13:11
**contests** 13:6
**contiguity** 13:12,14
**contiguous** 13:10
**continue** 10:16
12:16
**contract** 21:25
**contribute** 14:1
**control** 10:6
**controlled** 10:10
**controls** 30:9
**conversations**
29:20
**conversely** 21:24
**coordinator** 14:22
**cores** 13:7
**correct** 27:16 31:9
**council** 20:19
**councilwoman**
27:6
**counsel** 31:11
**counties** 7:15 8:1,3
8:8,14 13:23 16:4,5

23:4 25:12 27:5
**country** 12:14 13:4
**county** 3:8 15:16
  15:21,25 16:1,3,3,8
  16:10,13,24,25
  17:4,5,8,10,13,16
  17:23 18:1,15 19:1
  19:4,21,23,25 20:2
  22:22 24:19 25:7
  25:23,24 26:24,25
  27:1,4,9,12,14,15
  27:19 28:10,13,15
  31:4
**couple** 26:9,12
**course** 28:11
**court** 1:22 4:10 6:1
  8:19 18:19 20:18
  31:15,15
**criteria** 11:8,11,14
  14:6,11 29:3
**cumulative** 25:3,10
  25:19,24
**currently** 30:10

**d**

**d** 2:1
**data** 3:18 4:14,14
  16:12 17:22
**day** 12:9
**deadline** 16:13
**deal** 6:7
**dealing** 15:18 20:5
**dealt** 19:1
**decide** 5:21 27:12
**defeat** 13:14
**defined** 13:17
**degrees** 12:5
**delegation** 25:22
  29:23
**democratic** 11:23
  15:16

**demographics**
  19:22
**depending** 24:15
**deposition** 31:7
**determinants** 24:5
**determine** 14:14
  21:5
**determines** 27:4,5
**development** 18:4
**devices** 3:3
**different** 10:2 12:3
  20:6 22:4
**differently** 16:7
**difficulty** 26:18
**direction** 3:24
**discernment** 13:24
**discretion** 14:13
**discrimination**
  8:17
**discriminatory**
  11:3
**discuss** 6:8
**discussed** 10:13
  14:7
**distilled** 9:15
**district** 4:2,13,15
  4:17,17,21 5:5,6,13
  5:20 6:24 8:9 9:6,8
  9:10 11:3,9 12:9,21
  13:3,9,11,13 15:6
  18:15 19:12,19
  21:8,12,13,13,16
  21:19,19,24 24:2,3
  24:21 27:7,8,8,10
  27:23,24,25,25
  28:2,3,4
**district's** 21:22
**districting** 11:11
  11:14 23:3
**districts** 4:2,25 5:3
  5:20 7:1,5,6,11 8:3

8:9,12 9:6,25 10:20
  10:21 11:2,20,22
  11:25 12:2,7,15,24
  12:25 13:1,2,2,4,5
  13:6,7,15,24 14:4,9
  15:22 16:2,4,5,7
  17:11,12,17 19:11
  21:16 22:1,4,5 24:8
  24:10,11,15,15,18
  24:25 25:2 26:25
  30:8
**divide** 7:6 8:12
**divided** 7:4 8:15
  13:13 19:21
**doing** 23:15
**dorman** 2:5 3:11
  6:11
**dr** 22:15 27:4
**draft** 29:7
**drafted** 29:8
**drafting** 29:11
**draw** 10:1,18,21
  12:25 21:5 24:20
**drawer** 9:5 29:21
**drawers** 30:2
**drawing** 4:4,5 12:7
  12:15 24:2
**drawn** 10:20 11:10
  12:1,2 24:17
**draws** 11:20 13:6
**driven** 7:2
**drives** 7:12
**drop** 8:23
**dropped** 4:19
**due** 14:6
**duly** 31:14
**dumb** 21:10

**e**

**e** 2:1 21:1 31:1,1
**earlier** 22:2 30:5

**echo** 3:6
**economic** 13:19
**education** 4:7 6:25
  7:11 9:3 10:3 15:22
  16:2,14 17:1,14,24
  18:1 19:2,7,13 21:7
  29:22
**educations** 16:10
**eight** 7:10
**either** 19:19 21:2
  29:14 30:18
**elect** 25:11
**elected** 13:3 14:2
**election** 27:20
**elections** 9:18
  25:23 27:20 28:12
  28:13
**emotional** 20:5
**employed** 3:12
**enormous** 8:8
**ensure** 12:22
**equal** 7:1 8:16 11:4
  12:22 14:9
**equality** 7:20 11:2
  14:8
**equalizing** 6:22
**established** 11:8
**establishing** 14:4
**ethnic** 13:19
**everybody** 3:1 12:8
  12:9 25:5 27:25
**evidence** 11:16,17
**evidenced** 31:16
**exactly** 7:1 9:20
**example** 4:1 7:21
  12:4 22:3,3,20 23:4
  25:6 27:6
**excess** 22:5
**excuse** 18:15
**exhibit** 2:15,16 6:3
  14:21 30:24

existing 13:7 29:12
exists 11:18
expand 8:7 21:23
expect 8:19
expires 31:23
explain 7:18
explanations 6:19
extent 13:17
eyes 30:12

**f**

f 1:21 31:1,21
facility 30:23
fact 23:2 30:6
factors 13:25 20:5
facts 17:6,7
fair 20:8 23:8,10
  30:7,8
fairly 7:24 8:20
  9:12
fairness 30:12
federal 10:22 11:5
  12:23
feel 18:17
felecia 29:6
final 30:3
finally 13:15
find 8:24 15:23
  16:16
finding 19:5
fine 21:3
first 10:25 14:16
  15:3 16:19 18:10
  18:22 21:9 22:15
  24:5,12,21 28:21
five 4:18 7:4,6 8:5
  19:12 24:10,10,11
  24:15,15 25:7,8
  28:1,5
florala 27:23
folks 3:22

following 31:16
foregoing 31:6,9
foremost 15:3
form 24:14
forwarded 14:23
found 31:17
four 10:4 27:25
  28:4
front 20:1
further 19:3 31:11
  31:14

**g**

gain 5:5
gained 21:13
geographical 13:20
geographically
  24:6 25:13
george 20:19
germane 6:10
getting 21:4 27:3
give 4:9,10,13
  10:19 14:5 21:25
  22:5,18 27:6
given 14:7 15:21
  30:9 31:10
giving 18:23 22:16
go 4:11 5:7 6:19
  8:10,24 11:9 16:15
  17:1,6,7 19:5 23:15
  23:17 24:9 25:18
  25:20 27:12,15
going 4:20 5:8 7:3
  10:4 16:16,17
  21:22 22:18,21
  24:3 28:19 30:11
good 7:17 11:18
  18:12,13,18 20:8
  21:14 22:6
google 8:22 17:6
governments 18:2

governor 9:16,20
graduate 12:5
great 22:17 26:4
greenville 1:14,15
  6:15
group 11:12,13
  23:10
guarantee 30:7
guess 19:14 21:3,10
  24:12
guideline 8:9
guidelines 10:23
guys 15:3

**h**

handled 16:2,9
happen 5:4
happens 3:21 7:22
  8:15
head 28:9
hear 4:8 7:18 18:20
  26:20
hearing 1:6 5:22
  6:1,4,7,13,15,17
  17:18 26:18 28:7
  29:9 30:1,5,22,23
  31:10
hearings 7:14 8:18
  8:20,25 10:12,14
  11:24 16:17
held 1:8
hello 6:13 26:11
help 3:5 18:5
helpful 6:20 7:19
  23:25 25:13,17
historical 13:20
hold 22:25
holding 21:3
home 3:8
homogeneously
  24:19

honored 15:7
host 15:7
hosting 6:15 15:9
house 3:10 4:6,25
  4:25 5:1,13,13 7:12
  9:2 12:6,25 15:19
  21:19
huge 17:9

**i**

idea 4:13 6:21
ideal 3:25 4:3,17
  6:21 7:2,5,9 8:4,5
  21:17
ideas 4:9
identities 13:20
imagine 9:24
impact 23:20
implementing
  25:19
important 15:5,6
  30:20
inaudible 20:16,20
  20:22,25 21:2 27:7
  27:9,10
include 12:10,10
  13:22
included 14:24
including 13:19
incumbents 9:10
  13:6
indicated 6:22
individual 10:6
information 9:14
  10:19 15:20,23,24
  16:24 17:3,9,13,16
input 4:7
instance 14:12 21:9
intensely 14:1
interest 7:21 9:11
  10:16 13:16,17,18
  13:21 14:1,8 28:25

29:2

**interested** 31:13

**interesting** 5:4

**introduce** 6:3 10:8
14:21

**introduced** 9:15

**involved** 20:4

**isner** 28:22

**issue** 6:10

**j**

**jackie** 2:10,12
18:12,14 22:12,13
22:14

**jim** 2:3 3:7

**joe** 2:11 21:1,2

**join** 19:11

**joining** 3:10

**jurisdiction** 24:7
25:16

**jurisdictions** 24:24

**k**

**kathleen** 1:21
31:21

**keep** 6:9 19:23

**keeping** 19:17

**kelly** 2:8 14:16,17
14:25 15:1,1

**kendra** 30:4

**kin** 31:12

**kind** 26:23

**know** 14:23 15:5,17
15:18 16:7 17:20
20:1,7 27:2 29:13
29:13,18

**knowing** 24:7

**knows** 9:20

**l**

**lake** 13:14

**lands** 13:23

**language** 11:12,13

**laptops** 3:3

**large** 25:5,11,15

**late** 3:15

**latitude** 4:18

**law** 16:10 25:22,23

**learn** 22:17

**leave** 3:24 30:13

**left** 3:11

**legal** 27:22

**legislative** 6:25
10:2,14 14:4 21:16

**legislators** 10:1,6
29:14 30:2

**legislature** 6:9 8:23
10:20,24 11:7,20
11:24 12:16,17,25
13:6 14:5,13 17:18
17:24 21:4 29:4,17
29:22 30:10

**level** 17:10

**levels** 20:9,9

**licensed** 31:14

**limited** 5:16 13:19

**lines** 18:24 19:1,2,6
19:7 21:5,6,6,7

**list** 2:16

**listed** 14:11

**little** 18:21 19:20
26:18 28:6

**live** 10:15

**local** 18:2 20:8
25:22,22

**locally** 26:24

**located** 3:21

**location** 1:12

**long** 26:25

**look** 12:19 19:8
22:19,19,22 23:15
23:16,18 24:13,22

**looked** 10:13

**looking** 18:18 19:6
19:7 21:9 23:1,2

**looks** 12:17

**lose** 5:5 9:8 21:11
21:12

**losing** 8:2 19:13

**lost** 4:15,25 5:1,1
9:7 12:12 21:8,20

**lot** 7:13 12:10 17:2
20:5,5

**lurleen** 1:13 6:14
14:22 15:2 30:21

**m**

**ma'am** 28:18

**majority** 24:2,14
24:20

**majors** 30:4

**maliciousness** 8:13

**manner** 10:21
11:10

**map** 9:5 14:20 19:8
29:21 30:2

**maps** 4:5,5,6,7 29:8
29:8,12,14,23

**marked** 30:24

**matter** 10:16 16:8

**matters** 6:8

**mcclendon** 2:3 3:1
3:7 6:22

**mcwilliams** 2:10
18:10,12,13,14,22
20:12

**mean** 21:11 29:13

**means** 13:10 21:21
31:8

**meet** 9:4

**meeting** 1:17 15:5
15:7,9

**member** 3:14 13:2
13:4,5 24:25 25:2

**members** 4:12 9:3
9:3,4 25:14,15
29:21

**membership** 11:12
11:13

**mentioned** 23:1,8

**method** 23:10

**mic** 3:16

**microphone** 3:4
5:18 6:4 18:21
26:17

**microphones** 3:3

**microsoft** 1:17

**mics** 3:6

**midst** 7:24

**migrate** 3:22

**million** 7:4,7

**minorities** 22:23
23:9

**minority** 11:12,13
22:22 23:13,19,22
24:2,3,13 25:4,6,9
25:10,14,15

**minus** 4:18 21:9

**minutes** 5:17 19:8

**mobile** 31:4

**montgomery** 8:11

**months** 16:11,12
26:21,24

**morning** 18:12,13
19:14

**move** 3:24 18:20

**multi** 13:4

**municipalities** 8:14
13:23

**municipality** 8:11
17:4

**mute** 3:2,4

**n**

**n** 2:1
**name** 3:7 5:12,18
  15:1,11,15 18:10
  20:18,21 26:11,14
  31:17
**nation** 3:23
**necessarily** 8:13
**necessary** 4:21
  8:15
**need** 18:20 22:1,5
  27:16 28:14
**needs** 9:8
**neighborhoods**
  13:16
**neither** 31:11
**neutral** 10:23 11:8
  11:10,14
**never** 23:13,22
**nevertheless** 10:11
  12:14
**new** 3:18 4:14,14
  7:3 9:25 11:2,3
  21:5
**non** 8:17 11:3 30:7
**north** 8:2
**notary** 31:22
**notes** 14:20
**number** 3:19,19
  7:4,16 12:24 16:6
  18:3 22:4 23:7 25:4
  26:13 31:16
**numbers** 3:20,25
  3:25 4:3,24 5:2
  6:24 19:4,15,17
  25:15 27:13,14
**numerous** 24:6,14

**o**

**obtained** 15:24
  16:24

**october** 9:22
**office** 17:25
**officer** 6:5
**offices** 18:5 28:8
**okay** 17:21 18:14
  18:22 26:1,16,19
  27:20 29:5
**older** 12:19
**once** 10:11 17:24
**ongoing** 29:21
**online** 1:17 2:16
  3:2 15:5 17:3
**open** 10:14
**opening** 2:2
**opportunity** 18:23
  22:17
**order** 5:16 8:16
  11:19 14:12 21:25
  24:12 27:16
**outer** 13:12
**outside** 28:7
**overarching** 10:25
**overpopulated**
  21:24
**overton** 22:12 26:9
  28:21 29:5 30:3,14
**overwhelmingly**
  30:9

**p**

**pack** 23:16
**packing** 23:16
**page** 2:2
**paper** 14:19
**part** 9:22
**participate** 10:17
**participating** 5:23
  22:11 28:20 30:18
**participation** 30:20
**particular** 6:14
  11:4 17:11 22:23
  23:4,13,17,22

**particularly** 7:25
  25:12
**parties** 31:12
**partisan** 30:7
**parts** 3:19 13:3
**party** 30:9
**pass** 25:22
**path** 25:20
**pattern** 3:22
**patton** 2:13 26:11
  26:15,15,16,19
  28:17
**pending** 6:9
**people** 3:20 4:16,21
  5:1 7:13 11:23,25
  12:5,6,11,11,11,12
  14:3 17:5 19:21
  20:6 28:20
**percent** 4:18 8:5
  22:24
**period** 3:22
**permanent** 1:5 6:6
**person** 4:22 11:1
  13:3 14:16 15:10
  18:9 25:7 27:21
**perspective** 19:24
**phenomenon** 22:2
**phone** 3:3
**phonetic** 20:19
**pick** 21:23
**place** 8:5 18:16
  19:25 27:9
**plan** 11:22 15:19
**plans** 10:2,4,5,6,7
  10:13
**play** 6:23
**please** 3:2,5,16,16
  5:17 6:9 14:18
  15:14 20:21 29:7
**plus** 4:18

**podium** 14:17
  20:15
**point** 13:10 29:13
**political** 13:16,22
  14:2
**populated** 7:25
**population** 3:23
  4:3,16,20 5:3,5,6
  6:21 7:2,3,6,8,9,20
  7:24 8:3,4,5,6,16
  9:7,7,9,9 11:1 12:3
  12:4,5,8,14,18,18
  12:20,21 14:9 17:4
  19:10,10,13 21:8
  21:11,12,18,20,21
  21:25 22:1,5,20,22
  22:23 24:7,13,16
  25:1,4,6,9
**populations** 6:23
  17:12 25:14
**possible** 5:19 8:10
  24:4
**practicable** 13:17
**practical** 28:11
**precedence** 14:12
**precincts** 13:23
**predominant** 19:19
**predominantly**
  27:8,10
**predominate** 11:14
**prefer** 9:10
**preferred** 25:10
**prefile** 10:8
**prefiled** 9:25
**preliminary** 9:5
**present** 20:13
**preserved** 13:8
**president** 15:2
**pretty** 16:20 19:23
**primarily** 23:3

**principle** 21:17
**pringle** 2:4 3:10 5:9
  5:11,12
**prioritized** 28:25
  29:2
**priority** 8:17 14:7
  14:14
**probably** 10:2
**procedures** 16:16
**process** 6:20 9:12
  14:2 19:5 30:20
**proposed** 9:24
**protect** 7:21
**protection** 11:5
  12:22 14:10
**provided** 11:16
**proximity** 22:24
**public** 1:6 10:7,8,9
  10:14 29:10,19
  31:22
**purpose** 4:7
**put** 6:5,24 19:24
  20:6 21:12
**putting** 18:17

**q**

**question** 15:18,20
  15:20,23 16:19,22
  16:23 17:22 21:4
  21:10,10,14 22:6,9
  22:18 23:6,24 26:7
  27:3,18 29:5 30:12
**questions** 5:24 26:3
  26:10,12,19,23
  27:2 28:6,14,19
  30:14
**quick** 17:6,7
**quite** 15:11 18:10
  20:23 23:23

**r**

**r** 31:1
**race** 10:23 11:8,10
  11:11,12,14,17,18
  19:17,19 23:2
**races** 19:18
**racial** 13:19
**read** 5:24 8:25
  15:11 18:10
**ready** 14:15 21:4
  27:19
**realize** 20:4
**realizing** 19:8
**really** 7:22 18:17
  30:6
**reapportionment**
  1:5 5:14 14:5 17:25
  29:15,16
**reason** 8:14 11:18
  11:23
**reasonably** 11:21
**receive** 11:24 14:15
**received** 4:15 19:3
**receiving** 29:25
**recognized** 13:18
**record** 4:11 5:25
  6:3,6 14:21
**redistrict** 6:10
  16:11 28:10
**redistricting** 1:6
  3:9,11,12 6:7,20,21
  7:12 8:21,23 9:17
  9:21 15:19,21
  16:12,14,16 17:19
  17:25 18:2,5,6
  23:17 26:22 27:1,5
  27:13 28:8,11 30:6
**redraw** 4:2
**redrawn** 29:24
**referred** 22:3

**referring** 16:1
**reflect** 11:22
**regarding** 29:7
**regardless** 16:6
**regional** 18:4
**regular** 9:19
**relates** 17:17 19:17
**relative** 11:21
**relatively** 24:17
**release** 16:11
**released** 29:17
**remaining** 26:4
**remarks** 2:2
**remember** 28:9
**remind** 3:15
**remotely** 1:20 5:23
  6:2 22:11 26:8
  28:20 30:19
**repeat** 29:7
**repopulated** 8:4
**reporter** 1:22 4:10
  6:2 8:19 18:19
  20:18 31:16
**reporting** 31:15
**reports** 12:3
**represent** 5:19
**representation**
  20:8 23:9,11,19
  30:8
**representative** 2:4
  3:9 5:9,11,13
**representatives** 4:1
  4:6 14:3 22:23
**required** 13:9
  16:11
**requirement** 7:19
  7:20
**requirements**
  10:23 11:1
**requires** 24:1

**requiring** 14:8
**reservations** 13:24
**residing** 12:12
**respect** 4:22 13:15
**rest** 28:14
**result** 31:13
**reviewed** 4:12
**right** 3:9 12:12
  23:12 28:17 29:24
  30:17
**rights** 11:6,15,19
  12:23 14:10 24:1
**river** 13:13
**rostrum** 20:15
**round** 4:24 5:2 7:4
**rounded** 7:8
**rpr** 1:21 31:21
**run** 27:23
**runs** 25:5
**rural** 3:24 8:7

**s**

**s** 21:1
**satisfy** 11:19
**saying** 17:15 18:20
  23:14 26:20 27:4
**scalzetti** 29:6
**scattered** 23:5,6,18
  27:11,15 28:5
**school** 13:24 16:3
**scope** 28:7
**seats** 25:7
**second** 11:9 15:23
  16:21,23 18:19
  27:3 29:5
**section** 11:5,15
  19:20 23:18,22
  24:1
**sections** 19:21
**see** 4:19 5:3 9:1
  17:2 19:15 28:19

**seminar** 21:3
**senate** 3:8 4:5,13
   4:15,17,19,23 7:6
   12:24,25 15:19
   21:6
**senator** 2:3 3:1,7
   3:13 5:11 6:22
**senators** 9:2
**send** 5:23
**sense** 9:11
**sent** 17:16
**september** 1:9
**serve** 16:5
**session** 9:17,18,19
   9:21,24 10:11,15
**set** 23:13
**seven** 19:11
**shed** 21:25
**side** 27:15
**sign** 5:21
**signature** 31:20
**signed** 5:16 14:16
**similarities** 13:18
**simply** 7:3 12:8
**single** 13:2,5 24:25
   25:2
**singleton** 3:14
**sir** 5:9 18:8,21
   20:15 26:2
**six** 16:11,12 26:21
   26:24
**size** 4:17,20
**sizes** 4:13
**skin** 24:23
**slowly** 5:18 20:18
**social** 13:20
**software** 18:5
**somebody** 27:24
   28:4 29:17
**soon** 8:20

**sorry** 15:10,13
   20:17,23
**sort** 9:11 16:17
   22:1
**sources** 18:3
**south** 8:1
**sparsely** 7:24
**speak** 5:15,20,21
   6:4 14:16 18:9
   20:14 22:7,13
   26:17 30:16,18
**speakers** 5:16
   14:19
**speaking** 23:14
**special** 9:17,18,21
   10:11,15
**spell** 20:21
**spend** 25:8
**spends** 25:9
**split** 7:15,15 22:4
**spoken** 5:22 7:14
**sponsor** 10:6
**spread** 24:18
**st** 3:8
**stab** 23:24
**staff** 9:4
**start** 8:21 17:8
   21:17 29:11
**starting** 9:4
**starts** 9:24
**state** 3:7,9,13 4:6,8
   5:12,18,19 6:25 7:3
   7:8,11 9:3 10:3,22
   12:9,13,13,24
   13:12 14:8,23 15:6
   16:10,25 18:4 19:7
   19:12 20:9,17 21:6
   21:7 26:25 28:8
   29:22 31:3
**statutory** 10:23

**stayed** 5:7
**stenotype** 31:7
**streamed** 10:15
**strong** 11:16,17
**subdivisions** 13:16
   13:22
**submit** 10:1
**submitted** 10:5
**subordinates** 11:10
**subset** 12:18
**substantially** 4:19
**sufficient** 25:4
**sufficiently** 24:6,14
   25:15
**suggestions** 4:9
**suit** 18:17
**support** 11:16
**supposed** 28:3
**sure** 17:21 20:7
   21:15 23:23
**sylvia** 2:13 26:11
**system** 25:3,5,11
   25:12 29:15,16

**t**

**t** 21:1 31:1,1
**tab** 17:7
**tabitha** 28:22
**tabs** 8:23
**take** 5:9 6:5,18,18
   9:7 10:19 19:14
   28:15
**taken** 3:18 9:9
   23:18 31:7
**takes** 8:17 9:12
   14:14
**talk** 7:16 18:24
   22:21 27:16
**talked** 7:14
**talking** 21:15 22:2
   24:8

**talks** 9:5
**target** 3:25 4:16
**task** 20:1
**teams** 1:17
**tedious** 20:4
**tell** 23:25
**tends** 3:23
**term** 11:21 13:21
**terms** 6:23 9:11
   17:11 23:2,7
**testimony** 2:7 6:18
   6:19 7:17 10:19
   11:25 14:15,22
   15:17 31:10
**thank** 3:17 5:11
   6:14,15 15:1,7,8,8
   18:7,22 20:10,11
   21:3 22:8,10,16
   26:1,2,5,6,16 28:17
   28:18 30:18,21
**thing** 7:10 9:12
   16:18 24:12,21
**things** 5:4
**think** 7:22 10:5,18
   18:10 21:8 28:14
   29:2 30:13
**thinking** 16:1
**third** 20:3 27:18
**three** 5:17 27:25
   28:4,21
**thursday** 1:9
**time** 9:2,13 10:8
   20:3
**timeline** 28:9,11
   29:7
**times** 12:17,19
**today** 3:2,13 5:15
   18:23
**today's** 6:7
**told** 22:12

**top**  28:9
**topics**  19:17
**total**  12:2,7,14,18
  22:22
**touched**  30:5
**tough**  20:1
**traditionally**  12:15
**transcribed**  1:20
  6:1 8:19 31:8
**transcript**  14:24
  31:9
**transcription**  31:8
**transcriptions**  8:20
**transcripts**  8:24
  30:1
**tribal**  13:20,23
**trouble**  19:2
**true**  31:9
**trying**  20:2
**turn**  3:4,16,16 5:8
  6:11
**tuscaloosa**  7:23 8:1
  8:2,11 22:3
**tvs**  12:6
**two**  3:19 8:6 11:6
  11:15 12:6 16:15
  18:15 20:6 24:1,15
  24:18 27:20,25
  28:4 29:3
**type**  23:9,19,20,21
**types**  12:4
**typically**  21:22

**u**

**ultimately**  9:14
**understand**  7:19
  17:22 23:24
**university**  18:4
**urban**  3:25
**use**  12:7,16 24:25
  25:2 27:13

**useful**  17:6

**v**

**vaguely**  30:5
**valuable**  7:17
**various**  9:2 10:13
  29:14
**violates**  8:9
**virtually**  3:2 6:17
**voice**  19:20
**vote**  4:22 11:1
  12:11,12 25:19
  27:19,21,22 28:1
**voters**  23:2
**votes**  25:8,8,9 28:5
**voting**  11:6,15,19
  12:18,20,21,23
  13:23 14:10 19:24
  24:1 25:2,3,5,11,25
  28:3

**w**

**w**  21:1
**wait**  18:19 29:10
**walker**  2:5 3:11
  6:12,13 15:8,13,16
  15:25 16:21,25
  17:18,21 18:8,13
  18:19 20:11,17,21
  20:23 21:1,14
  22:10,14 23:23
  24:11 25:21 26:2,6
  26:14,16 28:6,18
  29:1,12 30:11,15
**wallace**  1:13 6:14
  14:23 15:2 30:21
**want**  5:21 7:5,18
  8:25 10:1 14:21
  19:16,18,23 20:7
  23:8 25:9 26:20,23
  29:23

**wanted**  15:3 20:6
  27:2 28:22
**wants**  26:7 30:16
  30:17
**water**  13:12
**way**  10:17 14:19
  25:3,8
**ways**  8:7 24:23
**we've**  9:19 26:9
  28:19,21
**website**  8:22,22
**websites**  16:15
**weighing**  13:25
**welcome**  6:13
  14:25 15:3,4,4
**went**  19:15
**west**  2:11 8:1 20:19
  20:19 21:1,2,2 22:8
  22:10
**white**  12:20 25:1
**wind**  8:8
**wins**  27:21
**wish**  5:20 7:16
**wishes**  10:21
**witness**  31:10
**won**  27:9
**woods**  2:12 22:12
  22:14,15,15 24:10
  25:18 26:1,4 27:4
**work**  30:7
**working**  6:2 29:14
  29:15,18
**worth**  20:7

**x**

**x**  2:1 25:23

**y**

**y**  25:23
**y'all**  18:17 26:18
**yeah**  17:20

**year**  3:21
**years**  3:18 7:22
  20:3 23:12,21

**z**

**z**  25:23