FILED
2021 Dec-15 PM 04:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 5

