FILED
2021 Dec-15  PM 4:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 6



©2021 CALIPER