FILED

2021 Dec-15  PM 4:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 7

# ALABAMA CONGRESSIONAL DISTRICTS
# 1822 - 1833

Case 2:21-cv-01291-AMM   Document 57-7   Filed 12/15/21   Page 3 of 43



ALABAMA CONGRESSIONAL DISTRICTS

1822 –1833

1822

AN ACT
That this state shall be, and is hereby
divided into three districts.

Acts of Alabama, 1822

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps/cd822_33.html
Updated: February 11, 2010

# ALABAMA CONGRESSIONAL DISTRICTS
## 1833 - 1843



**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps/cd833_43.html
Updated: February 11, 2010

# ALABAMA CONGRESSIONAL DISTRICTS
# 1843 - 1852



ALABAMA CONGRESSIONAL DISTRICTS
1843 - 1852

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps

Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps/cd843_52.html
Updated: February 11, 2010

# ALABAMA CONGRESSIONAL DISTRICTS
# 1854 - 1861



ALABAMA CONGRESSIONAL DISTRICTS
1854 -1861

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.state.al.us/legislat/ala_maps/cd854_61.html
created: 7/17/97

# ALABAMA CONGRESSIONAL DISTRICTS
# CONFEDERATE STATES OF AMERICA
# 1861 - 1865



Case 2:21-cv-01291-AMM Document 57-7 Filed 12/15/21 Page 15 of 43

ALABAMA CONGRESSIONAL DISTRICTS
CONFEDERATE STATES OF AMERICA
1861 - 1865

No. 34. AN ORDINANCE
To lay off the State of Alabama into nine Congressional Districts.
Adopted, March 16, 1861

Ordinances and Constitution, 1861
Page 45.

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.state.al.us/legislat/ala_maps/cd861_65.html
created: 7/17/97

# ALABAMA CONGRESSIONAL DISTRICTS
# UNDER CONSTITUTION OF 1867



**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps/cd_1867.html
Updated: February 1,2010

# ALABAMA CONGRESSIONAL DISTRICTS

# FEB. 13, 1875 - FEB. 13, 1891



CONGRESSIONAL DISTRICTS
FEB. 13, 1875 - Feb. 13, 1891

No. 25      AN ACT
To divide the State into eight Congressional
Districts.

Acts of Alabama, 1874-75
Page 115.

---

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.asc.edu/legislat/archives/ala_maps/cd875_91.html
Updated: February 11, 2010

# ALABAMA CONGRESSIONAL DISTRICTS

# FEB. 13, 1891 - FEB. 14, 1901

---



CONGRESSIONAL DISTRICTS
Feb. 13, 1891 - Feb. 14, 1901

ALABAMA

287      AN ACT      H. 1073
To divide the State of Alabama into Nine
Congressional Districts
Approved Feb. 13, 1891.

Acts of Alabama, 1890 –
Page 627

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative*

*Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps/cd891_01.html
Updated: February 11, 2010

# ALABAMA CONGRESSIONAL DISTRICTS

# FEB. 14, 1901 - MAR. 4, 1917



CONGRESSIONAL DISTRICTS
Feb. 14, 1901 - Mar. 4, 1917

No. 453 AN ACT H. 1171
To detatch the county of Hale from the ninth congressional district of Alabama, and attatch it to the sixth congressional district.

Acts of Alabama, 1900-01
Page 1156.

---

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

---

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials

Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps/cd901_17.html
Updated: February 11, 2010

# ALABAMA CONGRESSIONAL DISTRICTS

# MAR. 4, 1917 - MAR. 4, 1933



CONGRESSIONAL DISTRICTS
March 4, 1917 - March 4, 1933

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps/cd917_33.html
February 11, 2010

# ALABAMA CONGRESSIONAL DISTRICTS

## MARCH 4, 1933 -



CONGRESSIONAL DISTRICTS
Mar. 4, 1933 to

ALABAMA

No. 59          AN ACT          H. 101
To Divide the State of Alabama into Nine
Congressional Districts.
Approved February 25, 1931.
To take effect on March 4, 1933.
                    Acts of Alabama, 1931
                    Page 98.

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps//cd_1933.html
Updated: February 11, 2010



Chestnut Defense 3023



Congressional Districts 1950

ALABAMA'S
CONGRESSIONAL DISTRICTS

CONGRESSIONAL DISTRICT LINES
COUNTY LINES
2   DISTRICT NUMBERS

Chestnut Defense 3022



Congressional Districts 1964

ALABAMA

Act # 21
August 19, 1964
CONGRESS

Chestnut Defense 3021

# 1965



# Alabama's Congressional Districts
## Act No. 120, Third Special Session, 1971. Approved Jan. 19, 1972



POPULATION OF CONGRESSIONAL DISTRICTS

| Dist. | 1970 Census |
|---|---|
| 1st | 491,747 |
| 2nd | 491,676 |
| 3rd | 493,588 |
| 4th | 492,215 |
| 5th | 488,771 |
| 6th | 492,785 |
| 7th | 492,403 |

POPULATION OF DISTRICTS BY COUNTY, 1970 CENSUS

Act No. 120, Third Special Session, 1971. Approved Jan. 19, 1972

**1ST DISTRICT**
Baldwin —59,382
Clarke —26,724
Escambia —34,907
Mobile —317,308
Monroe —20,883
Washington —16,241
Wilcox —16,303

Total —491,747
(R) Jack Edwards,
Congressman,
Mobile

**2ND DISTRICT**
Barbour —22,543
Bullock —11,824
Butler —22,007
Coffee —34,872
Covington —34,079
Crenshaw —13,188
Dale —52,938
Geneva —21,924
Henry —13,254
Houston —56,574
Montgomery —167,790
Pike —25,038

Total —491,676
(R) Wm. L. "Bill"
Dickinson,
Congressman,
Montgomery

**3RD DISTRICT**
Autauga —24,460
Calhoun —103,092
Chambers —36,356
Clay —12,636
Cleburne —10,996
Coosa —10,662
Elmore —33,535
Lee —61,268
Lowndes —12,896
Macon —24,841
Randolph —18,331
Russell —45,394
Talladega —65,280
Tallapoosa —33,840

Total —493,588
(D) Bill Nichols,
Congressman,
Sylacauga

**4TH DISTRICT**
Blount —26,853
Cherokee —15,606
Cullman —52,445
DeKalb —41,981
Etowah —94,144
Fayette —16,252
Franklin —23,933
Lamar —14,335
Marion —23,788
Marshall —54,211
Pickens —20,326
St. Clair —27,956
Walker —56,246
Winston —16,654
Jefferson
Prec. 12
(Leeds) —7,483

Total —492,818
(D) Tom Bevill,
Congressman,
Jasper

**5TH DISTRICT**
Colbert —49,632
Jackson —39,202
Lauderdale —68,111
Lawrence —27,281
Limestone —41,699
Madison —186,540
Morgan —77,306

Total —488,771
Ronnie Flippo,
Congressman,
Florence

**6TH DISTRICT**
Jefferson —492,785
(R) Albert Lee
Smith
Congressman,
Birmingham

**7TH DISTRICT**
Bibb —13,812
Chilton —25,180
Choctaw —18,589
Dallas —55,296
Greene —10,650
Hale —15,888
Marengo —23,819
Perry —15,388
Shelby —38,037
Sumter —16,974
Tuscaloosa —116,029
Jefferson
Precincts
1, 2 & 4 —144,741

Total —492,403
(D) Richard C.
Shelby,
Congressman,
Tuscaloosa

STATE OF ALABAMA
CONGRESSIONAL DISTRICTS 1980



Reapportionment Office
Alabama State House
11 South Union, Room 811
Montgomery, Alabama  36130
(205)242-7941

Act. 81-929

3



ALABAMA
CONGRESSIONAL DISTRICTS
1980



1992 Congressional

ALABAMA

Chestnut Defense 3019

# 2002 Congressional Districts



2002 Congressional Districts 1-30-02
1/31/02 11:32 AM

Chestnut Defense 3018

# 2011 Congressional Districts





Act 2021-555 map

©2021 CALIPER