UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**BOBBY SINGLETON, et al.,**

    Plaintiffs,

v.

**JOHN H. MERRILL, in his official capacity as Alabama Secretary of State, et al.,**

    Defendants.

Case No.: 2:21-cv-01291-AMM

**Three-Judge Court**

### *SINGLETON* PLAINTIFFS' UNOPPOSED MOTION FOR PARTIAL RELIEF FROM THE COURT'S ORDER REGARDING HARD COPIES (ECF NO. 59)

On December 16, 2021, this Court entered an order requiring the parties to submit two hard copies of their exhibits to each member of the three-judge Court. (ECF No. 59.) Two of the *Singleton* Plaintiffs' exhibits are "equivalency files" for their proposed districting plans. These consist of a list of every census block in Alabama and the Congressional district to which it is assigned. The *Singleton* Plaintiffs are putting these documents in the record so there will be a definitive account of the relief they are requesting. But they do not intend to introduce these exhibits at the January 4 hearing or ask the Court to review them. Each of these documents, if printed, would be 3,957 pages. Providing two hard copies of each document to each member of the Court would require printing 47,484 pages.

1

Because these documents are extremely large and will not be introduced at the hearing, the *Singleton* Plaintiffs request that they not be required to print them as required under the Court's order. The Defendants do not object to this request.

Dated: December 22, 2021

Respectfully submitted,

James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com

*/s/ Henry C. Quillen*
Henry C. Quillen
(admitted *pro hac vice*)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH  03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
       ehare@dicellolevitt.com

*Counsel for Plaintiffs*

3