UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-01291-AMM |
| ) | |
| JOHN H. MERRILL, in his official ) | **THREE-JUDGE COURT** |
| capacity as Alabama Secretary of State, ) | |
| *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### DECLARATION OF EDMUND G. LACOUR JR. IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Edmund G. LaCour, hereby declare as follows:

1. I am over 18 years of age and am competent to make this declaration. I am the Solicitor General of the State of Alabama and one of the attorneys for Defendant John Merrill in the above-captioned matter.

2. Attached to Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction are the following exhibits:

| **Exhibit No.** | **Description** |
|---|---|
| 1 | March 20, 1992 Preclearance Letter Attorney General Jimmy Evans to Department of Justice |
| 2 | Supplemental Stipulation from *Wesch v. Hunt*, 785 F. Supp. 1491 (S.D. Ala. 1992) |

1

| | |
|---|---|
| 3 | Excerpt from Appendix filed in *Wesch v. Hunt*, *Camp v. Wesch*, 503 U.S. 954 (1992) |
| 4 | 1992 Letter from Department of Justice to Attorney General Jimmy Evans Objecting to Preclearance Under Section 5 |
| 5 | September 7, 2021 Reapportionment Committee Public Hearing at Shelton State Community College Public Hearing Transcript |
| 6 | Thomas M. Bryan Supplemental Report |
| 7 | Clay Helms Declaration |
| 8 | May 5, 2021 Alabama Legislature Reapportionment Committee Guidelines Vote Count |
| 9 | Volume 4 of the trial transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 106 |
| 10 | June 14, 1991 Testimony from Rep. Callahan at Reapportionment Committee Public Hearing at Mobile Gas Auditorium |
| 11 | 2020 Democratic Primary Results for U.S. Congressional Districts 1 and 2 |
| 12 | 2020 Democratic Primary Election Statewide Runoff Results |
| 13 | Alabama State Personnel Board 2020 Annual Report |
| 14 | *Becoming Less Separate*, United States Commission on Civil Rights (2007) |
| 15 | Dr. McIntyre, M.D., M.P.H. Declaration |

    3.    The exhibits listed above are true and correct copies of what they purport to be.

    4.    I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2021                     /s/Edmund G. LaCour Jr.
                                                  Edmund G. LaCour
                                                  *Counsel for Secretary Merrill*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on December 22, 2021, which will serve all counsel of record.

/s/Edmund G. LaCour Jr.
Edmund G. LaCour
*Counsel for Secretary Merrill*
