IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PAUL CHARLES WESCH,            *

    Plaintiff,            *

vs.                            *   CIVIL ACTION NO. 91-0787-BH

GUY HUNT, et al.,              *

    Defendants.           *

## SUPPLEMENTAL STIPULATION

According to 1990 data compiled and released by the United States Bureau of the Census, the African American population in the State of Alabama is sufficiently compact and contiguous to comprise a single member significant majority (65% or more) African American Congressional district. Consequently, all parties agree that a significant majority African American Congressional district should be created.

DATED this the 3rd day of January, 1992.

_____
MARC GIVHAN
Attorney for James Evans and
Billy Joe Camp

_____
ALGERT S. AGRICOLA
Attorney for Guy Hunt

_____
JAMES C. WOOD
Attorney for L. W. Noonan

_____
JOHN H. ENGLAND, JR.
Attorney for Intervening
Plaintiffs

_____
BRUCE N. WILSON
Attorney for Clarence Watters

_____
DAVID A. BOYETT, III
Attorney for Plaintiff