FILED
2021 Dec-23  AM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

No. 91-1553

IN THE

# Supreme Court of the United States

OCTOBER TERM, 1991

———

BILLY JOE CAMP,

*Appellant,*

v.

PAUL CHARLES WESCH,

*Appellee.*

———

**Appeal from the United States District Court
for the Southern District of Alabama**

———

## APPENDIX TO
## JURISDICTIONAL STATEMENT

———

JAMES H. EVANS
  Attorney General of the
    State of Alabama

ANDREW P. MILLER
(Counsel of Record)
MARK A. PACKMAN
MELINDA BURROWS
  DICKSTEIN, SHAPIRO & MORIN
  2101 L Street, N.W.
  Washington, D.C. 20037
  (202) 785-9700
  *Attorneys for Appellant
    Billy Joe Camp*

———

WILSON - EPES PRINTING CO., INC. - 789-0096 - WASHINGTON, D.C. 20001

®  60

## TABLE OF CONTENTS

| | Page |
|---|---|
| NOTICE OF APPEAL | 1a |
| FINAL JUDGMENT, Wesch v. Hunt (Civil Action No. 91-0787, March 9, 1992) | 5a |
| MEMORANDUM OPINION, Wesh v. Hunt (Civil Action No. 91-0787, March 9, 1992) | 135a |
| MOTION TO STAY, Wesch v. Hunt (Civil Action No. 91-0787, March 16, 1992) | 174a |
| MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY, Wesch v. Hunt (Civil Action No. 91-0787, March 16, 1992) | 178a |
| ORDER DENYING MOTION TO STAY, Wesch v. Hunt (Civil Action No. 91-0787, March 17, 1992) | 182a |
| MOTION TO ADOPT STATE OF ALABAMA'S CONGRESSIONAL REDISTRICTING PLAN, Wesch v. Hunt (Civil Action No. 91-0787, March 6, 1992) | 183a |
| ORDER DENYING MOTION TO ADOPT STATE OF ALABAMA'S CONGRESSIONAL REDISTRICTING PLAN, Wesch v. Hunt (Civil Action No. 91-0787, March 9, 1992) | 256a |
| COMPLAINT, Wesch v. Hunt (Civil Action No. 91-0787) | 257a |
| ORDER REQUIRING GOVERNOR TO CALL A SPECIAL LEGISLATIVE SESSION, Morris v. Hunt, Case No. CV-91-145 (Circuit Court of Barbour County, Alabama, December 19, 1991) | 263a |
| FINAL ORDER REQUIRING GOVERNOR TO CALL A SPECIAL LEGISLATIVE SESSION, Morris v. Hunt, Case No. CV-91-145 (Circuit Court of Barbour County, Alabama, December 19, 1991) | 267a |
| ORDER STAYING CIRCUIT COURT'S ORDER REQUIRING GOVERNOR TO CALL A SPECIAL LEGISLATIVE SESSION, Morris v. Hunt, Case No. CV-91-145 (Circuit Court of Barbour County, Alabama, January 7, 1992) | 270a |

ii

## TABLE OF CONTENTS—Continued

Page

ORDER DISMISSING AS MOOT APPEAL OF FINAL
ORDER REQUIRING GOVERNOR TO CALL A
SPECIAL LEGISLATIVE SESSION, Morris v.
Hunt, Case No. CV-91-145 (Circuit Court of Barbour
County, Alabama, March 11, 1992) .............................. 273a

TRANSCRIPT OF TESTIMONY OF SPEAKER
JAMES S. CLARK, Morris v. Hunt, Case No. CV-
91-145 (Circuit Court of Barbour County, Alabama,
December 13, 1991) ........................ 274a

TRANSCRIPT OF TESTIMONY OF JEROME GRAY,
Public Hearing, Joint Legislative Committee on Re-
apportionment (October 2, 1991) .................................. 279a

TRANSCRIPT OF TESTIMONY OF STATE SENA-
TOR MICHAEL FIGURES AND CAROL ZIPPERT,
Wesch v. Hunt (Civil Action No. 91-0787, January
3rd & 4th, 1992) ................ 282a

CONSTITUTIONAL AND STATUTORY PROVI-
SIONS ................................................................... 285a

183a

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

––––––––

Civil Action No. 91-00787
(Three Judge Court)

PAUL CHARLES WESCH,
                                        *Plaintiff,*
                    vs.
GUY HUNT, *et al.,*
                                        *Defendants.*

––––––––

MOTION TO ADOPT STATE OF ALABAMA'S
CONGRESSIONAL REDISTRICTING PLAN

[Filed Mar. 6, 1992]

COMES NOW Defendant Billy Joe Camp, Secretary of
State of the State of Alabama, and moves this Court to
adopt the congressional redistricting plan enacted into
law by the Legislature of the State of Alabama, Act No.
92-63, effective on March 5, 1992, as the Court's interim
congressional redistricting plan for the State of Alabama
until such time as the plan has been precleared by the
United States Justice Department and put into effect. A
certified copy of Act No. 92-63 is attached as Exhibit A;
a map of the congressional redistricting plan together
with supporting statistical data is attached as Exhibit B.

Respectfully submitted this 6th day of March, 1992.

                    JAMES H. EVANS
                    Attorney General

          /s/  Marc Givhan
                    MARC GIVHAN (GIVHR 4774)
                    Assistant Attorney General

184a

/s/  Mort P. Ames
      MORT P. AMES (AMESM 7570)
      Deputy Attorney General

      Two of the Attorneys for
         Defendant Camp

Address of Counsel:

Office of the Attorney General
Alabama Statehouse
11 South Union Street
Montgomery, Alabama 36130
(205) 242-7300

185a

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of March, 1992, served a copy of the foregoing on all parties of record by mailing a copy of same by United States Mail, postage prepaid and properly addressed as follows:

John H. England, Jr., Esq.
England & Bivens, P.C.
2616 8th Street
Tuscaloosa, Alabama

Ronnie L. Williams, Esq.
814 St. Francis
Mobile, Alabama 36602

David Boyd, Esq.
Dorman Walker, Esq.
Balch & Bingham
P.O. Box 78
Montgomery, Alabama 36101

Ferrel S. Anders, Esq.
David A. Boyett, III, Esq.
Hamilton, Butler, Riddick, Tarlton,
   & Sullivan, P.C.
P.O. Box 1743
Mobile, Alabama 36633

Algert S. Agricola, Jr., Esq.
(Attorney for defendant, Guy Hunt)
Interstate Park Center
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

James C. Wood, Esq.
(Attorney for defendant, Lionel W. Noonan)
1010 Van Antwerp Building
Mobile, AL 36602

186a

Honorable Harry D'Olive
Probate Judge
Probate Court of Baldwin County
Baldwin County Courthouse
Bay Minette, Alabama 36507

Honorable Devon Wiggins
Probate Judge
Probate Court of Escambia County
Escambia County Courthouse
Brewton, Alabama 36427

Honorable Otha Lee Biggs
Probate Judge
Probate Court of Monroe County
Monroe County Courthouse
Monroeville, Alabama 36461

Honorable Jerry Bogan
Probate Judge
Probate Court of Wilcox County
Wilcox County Courthouse
Camden, Alabama 36726

Honorable Clarence Watters
Probate Judge
Probate Court of Clarke County
Clarke County Courthouse
Grove Hill, Alabama 36451

Honorable Tom W. Turner
Probate Judge
Probate Court of Washington County
Washington County Courthouse
Chatom, Alabama 36518


/s/ Mort P. Ames
MORT P. AMES
Deputy Attorney General

256a

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

———————

Civil Action No. 91-0787

PAUL CHARLES WESCH,
*Plaintiff,*

MICHAEL FIGURES, *et al.,*
*Intervenor-Plaintiffs,*

vs.

GUY HUNT, *et al.,*
*Defendants.*

———————

ORDER

[Filed Mar. 9, 1992]

Before COX, Circuit Judge HAND, Senior District
Judge, and ALBRITTON, District Judge.

BY THE COURT

The motion of Defendant Billy Joe Camp to adopt the
plan enacted by the Legislature (Doc. #106) is DENIED
for the reasons stated in the Memorandum Opinion filed
this date.