FILED
2021 Dec-23  AM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA



Deposition of:
## September 7, 2021 9:00 Public Hearing

*September 7, 2021*

In the Matter of:

# Permanent Legislative Committee On Reapportionment Public Hearings

Veritext Legal Solutions
877.373.3660 | calendar-al@veritext.com | 800.808.4958

Page 1

1

2

3

4

5              ALABAMA PERMANENT COMMITTEE ON REAPPORTIONMENT

6                    AND REDISTRICTING PUBLIC HEARING

7

8                                HELD ON

9                       TUESDAY, SEPTEMBER 7TH, 2021

10                        BEGINNING AT 9:00 A.M.

11

12                              LOCATION:

13         SHELTON STATE COMMUNITY COLLEGE - MARTIN CAMPUS

14                       9500 OLD GREENSBORO ROAD

15                       TUSCALOOSA, ALABAMA 35405

16                                  AND

17            ONLINE VIA MICROSOFT TEAMS MEETING

18

19

20                       TRANSCRIBED REMOTELY BY:

21                       KATHLEEN F. CAVAZOS, RPR,

22                          COURT REPORTER

23

24

25

Page 2

1                         I N D E X

2   OPENING REMARKS:                                      PAGE

3     BY SENATOR JIM MCCLENDON. . . . . . . . . . . . . .   3

4     BY REPRESENTATIVE CHRIS PRINGLE . . . . . . . . . .   5

5     BY MR. DORMAN WALKER. . . . . . . . . . . . . . . .   6

6

7   TESTIMONY:

8     BY MS. CAROL PRICKETT . . . . . . . . . . . . . . . 10

9     BY MS. KATHERYN MEADOWS . . . . . . . . . . . . . . 15

10    BY MR. MIKE ALTMAN. . . . . . . . . . . . . . . . . 16

11    BY MS. KATHY JONES. . . . . . . . . . . . . . . . . 20

12    BY MS. JUDY TAYLOR. . . . . . . . . . . . . . . . . 21

13    BY MR. ALBERT TURNER. . . . . . . . . . . . . . . . 23

14    BY MS. LISA WARD. . . . . . . . . . . . . . . . . . 31

15

16                      EXHIBIT INDEX

17

    EXHIBIT:

18

      Exhibit 1 ONLINE ATTENDEE LIST. . . . . . . . . . . .33

19

      Exhibit 2 WRITTEN TESTIMONY OF MIKE ALTMAN WITH . . .33
20          ATTACHMENTS
21    Exhibit 3 WRITTEN TESTIMONY OF CAROL PRICKETT . . . .33
22    Exhibit 4 ONLINE CHAT LOG . . . . . . . . . . . . . .33
23    Exhibit 5 WRITTEN TESTIMONY OF LISA WARD. . . . . . .33
24

25

Page 3

1

2           SENATOR MCCLENDON:   Good morning, everybody.
3    Thank you for being with us.   We appreciate you joining
4    us, and we look forward to your comments.

5           My name is Jim McClendon.   I'm a state senator
6    from St. Clair County where I live, and I am Senate Chair
7    of the Redistricting Committee.

8           On my right is Chris Pringle.   Chris is a state
9    representative, and Chris is the House of Representatives
10   Chair.   And on my left is Dorman Walker.   He is an
11   attorney, and Dorman works for the Reapportionment
12   Committee.

13          Every 10 years, a census is mandated, and the
14   census is not merely to count people but to locate
15   people, and there's been a trend going on for decades of
16   a migratory pattern away from rural areas and toward
17   urban areas.   And as a result of this, in order to try to
18   honor the concept of one person, one vote, we have to
19   change the shape of the districts.   We have to catch the
20   people as they move around.

21          We are working on and will be talking about
22   today -- or you will be talking about today, if you wish,
23   the seven Congressional districts, the eight state board
24   of education districts, the 35 Senate districts and the
25   105 Alabama House of Representative districts.   Some of

1 these districts will go up in population, and those
2 districts will have to be made more compact in order to
3 get back to the ideal number.  Some of them will go down
4 in population, and those districts will have to be made
5 larger in order to capture the number of people to reach
6 the target number which I've got here.  Where is the
7 target number?  There we go.

8         An ideal Senate district, for example, is
9 143,551, and an ideal House district is one-third of
10 that, 47,850.  Now, we have a plus or minus five percent
11 deviation that we can do.  They don't have to have
12 exactly the same number.  However -- and that's true of
13 the state board of education districts, too, but the
14 Congressional districts have to be down to one person.
15 They don't have a deviation.

16         I'll give you some examples.  We'll start with
17 Senate districts in your area that could impact you.
18 Senate district five, for example, has lost about 4,500
19 people.  Senate district 21 has gained roughly 12,600
20 people, and Senate district 24 has lost about 8,000
21 people.  Obviously, those district lines are going to
22 have to be adjusted to get back to the ideal number.
23 House districts in your area:  House district 16 went
24 down.  It had a decrease in population of 2600.  House
25 district 61 went up in population by about 3,300.  House

1    district 62 went up by about 7,600, and Senate district

2    63, which is vacant right now, it went up by about 7,900.

3    House district 70 went up by about 1,400, and 71 went

4    down 3,300.

5            So that gives you an idea of our task.  I would

6    like to introduce now Representative Chris Pringle, and

7    he is going to give you some guidelines for how we carry

8    out these hearings.

9            MR. PRINGLE:  Thank you so much, Senator.

10   Again, I'm Representative Chris Pringle from House

11   district 101, and I do believe my friend and colleague,

12   Mr. England, is in the room with you from Tuscaloosa

13   County.  Welcome, Chris, glad to have you.

14           Today, you will be asked to speak in the order

15   in which you signed up.  Please limit your remarks to

16   three minutes.  At the end of the meeting, if we have

17   time, we will come back around to you.  When you're

18   called, please come to the microphone, state your name,

19   the community you represent and the district or districts

20   you want to speak about.  If you decide to speak but did

21   not sign up, we'll ask at the end if anyone who hasn't

22   spoken wants to speak.

23           If you're participating remotely, send your

24   question, and we'll read it into the record and answer

25   it.

Page 6

```
 1            This hearing is being transcribed by a court
 2    reporter working remotely.  If you have something you
 3    would like to introduce into the record as an exhibit,
 4    bring it to the microphone when you speak and let the
 5    hearing officer know, and we'll get it put into the
 6    permanent record.
 7            This hearing deals solely with redistricting, no
 8    other legislative issue.  We're not here to talk about
 9    any other legislative issue, so please keep your comments
10    germane to the redistricting issue.
11            Thank you so much.  Now it's Mr. Walker's turn.
12            MR. WALKER:  I'm Dorman Walker, and good
13    morning.  I'll go over the rules the legislature has for
14    itself for drawing districts.  They can't draw them just
15    any way they want.  The first rule, of course, is they
16    have to comply with the Federal Constitution and
17    principally the one person, one vote and
18    nondiscrimination requirements of the Constitution.
19            With regard to one person, one vote, that's a
20    requirement that all districts that have to be
21    redistricted be roughly equal in population, if they're
22    board of education or legislative districts, and be
23    almost precisely equal in population if they are a
24    Congressional district.  The amount of deviation allowed
25    for the state districts, which I mean to exclude the
```

1   Congressional districts, is five percent above or below
2   the ideal population, and Senator McClendon gave you the
3   ideal populations.

4          No plan adopted by the legislature can have
5   either the purpose or the effect of diluting minority
6   voting streams, and all plans must comply with section
7   two of the Voting Rights Act.

8          No district can be drawn in a manner that
9   subordinates race-neutral districting criteria to
10   considerations of race, color or membership in a language
11   minority group -- that term, race, color or membership in
12   a language minority group, is taken from section two of
13   the Voting Rights Act -- except when race, color or
14   membership in a language minority group may predominate
15   over race-neutral districting criteria is necessary to
16   comply with section two of the Voting Rights Act,
17   provided there is a strong basis in evidence in support
18   of such a race-based choice.  A strong basis of evidence
19   exists when there is good reason to believe that race
20   must be used in order to comply with the Voting Rights
21   Act.

22          Districts should be reasonably compact, and all
23   districts should reflect the democratic will of the
24   people concerning how their government should be
25   restructured, and that's one of the purposes of the

1    hearing today, to hear what people have to say about how

2    the districts should be redrawn.

3              Districts are drawn on the basis of total

4    population.  The census bureau gives us population in a

5    number of different forms.  Total population is everyone

6    who was in the district on census day, which was April 1,

7    2020, and recorded as of that date.  That includes a lot

8    of people who can't vote, such as children or certain

9    people who are incarcerated or people who are not

10   residents of the state or people who are not citizens.

11             But, nevertheless, we base redistricting and

12   have always based redistricting on total population,

13   although at times we may look at voting age population or

14   BVAP, black voting age population, in particular in order

15   to ensure that we're complying with section two of the

16   Voting Rights Act.

17             The number of Alabama Senate districts is set by

18   statute at 35.  And the number of House districts is set

19   by statute at 105.  The Constitution would allow us to

20   have an additional district, 107 -- 106, excuse me.  All

21   districts are single-member districts, which means that

22   only one person is elected from each district.  Contests

23   between incumbents will be avoided whenever possible with

24   drawing districts.

25             Districts must be contiguous; that is, they must

1   contact all other districts -- At every point, they must
2   be in contact with another district or with one of the
3   boundaries of the state.  Contiguity across water is
4   allowed such as across rivers or lakes or Mobile Bay.

5           Districts shall respect communities of interest,
6   neighborhoods and political subdivisions to the extent
7   practicable.  A community of interest is identified as an
8   area with recognized similarities of interest, including,
9   but not limited to, ethnic, racial, economic, tribal,
10  social, geographic and historic identities.  The term
11  "community of interest" may in certain circumstances
12  include political subdivisions such as counties, voting
13  precincts, municipalities, tribal land and reservations,
14  and school districts.

15          The discernment, weighing and balancing of the
16  very interests or factors that contribute to communities
17  of interest is an intensely political process best
18  carried out by the elected representatives of the people.
19          Districts are required to be reasonably compact,
20  and the legislature shall try to minimize the number of
21  counties in each district.
22          In establishing legislative districts and,
23  really, all of the districts, the reapportionment
24  committee will give due consideration to all the criteria
25  herein.  However, priority is to be given to the

1   compelling state interest requiring equality of

2   population among districts and compliance with the Voting

3   Rights Act of 1965 as amended should the requirements

4   conflict with any other criteria.

5          So those are the rules, and, particularly, we'd

6   like to hear -- The legislature would like to hear about

7   communities of interest that need to be respected.  We

8   have 29 people signed up today, but we have only one

9   person who has signed up to speak.  I'll call on that

10  person, and then I'll see if there's anybody else who

11  wants to speak, and then I'll see if we have any

12  questions submitted by the people who are participating

13  remotely.  And then, after that, I'll see once again if

14  anyone wants to speak, and if no one does, I'll close the

15  hearing.

16         So Carol Prickett has signed up to speak from

17  Tuscaloosa.  Ms. Prickett, please come forward.

18         MS. PRICKETT:  Hello.  My name is Carol

19  Prickett.  I've lived in Tuscaloosa County for 38 years,

20  and my Alabama family roots go back five generations.

21  I'm here today as the spokesperson for the League of

22  Women Voters of Greater Tuscaloosa, and I'm speaking to

23  the issue of Congressional redistricting.

24         As I'm sure you know, the League of Women Voters

25  is a nonpartisan organization.  We do not endorse

1 | specific candidates or parties, but we stand solidly
2 | behind issues that affect all citizens, such as voting
3 | and, here and now, creating fair Congressional districts.

4 | Our issues:  Substantially equal in population,
5 | geographically connected, equally representing racial and
6 | language minorities, and respecting communities of
7 | interest and the integrity of municipalities and
8 | counties, as has been referenced in the underscoring
9 | things that the entire legislature will be considering.
10 | These are also our league's concerns as Alabama faces the
11 | issue of redistricting.

12 | The current district divisions meet many of
13 | these goals but not all and, most importantly, not the
14 | last one, respecting communities of interest,
15 | municipalities and counties.  Tuscaloosa County
16 | represents a large, diverse hub of energy for West
17 | Alabama, which is a community of interest.  But the
18 | current Congressional districts do not allow us to speak
19 | with a unified voice, do not receive the Congressional
20 | attention our unique needs require from one
21 | representative held accountable at our ballot boxes and
22 | buries our concerns by homogenizing them with those of
23 | very different areas of Alabama life.  The northern part
24 | of our county is not like Albertville or Fort Payne, and
25 | the southern part of our county is not urban Birmingham.

1          It is our league's understanding that

2    legislation will be proposed that maintains counties'

3    integrity in drawing up Congressional districts and

4    maintains all other requirements for redistricting, and

5    I'm here to speak in favor of this whole-county

6    philosophy.  A plan for this has already been put on

7    record at more than one of these hearings that began last

8    week.  We of the League of Women Voters of Greater

9    Tuscaloosa stand behind and support this whole-county

10   plan that preserves all our redistricting goals,

11   including maintaining counties' integrity in

12   Congressional districts.

13          Our state Constitution and long traditions

14   support bolstering counties as the embodiment of

15   communities of interest.  As the leading force behind

16   West Alabama's present and future, Tuscaloosa County

17   needs to speak with one elected voice in Congress, and a

18   whole-county philosophy needs to be part of this

19   redistricting creed.  It has been in the past, and if our

20   future is to be all it can be, it should be again as

21   difficult redistricting decisions are being made.

22          Thank you.

23          MR. WALKER:  Ms. Prickett, did you bring with

24   you, by any chance, any of these maps to hand out to the

25   people at the hearing?

1        MS. PRICKETT:  I do not have those maps with me.
2   They've been submitted at other hearing, and we
3   understand they're part of the record so far.

4        MR. WALKER:  No, they are.  I was just curious
5   because Jim Blacksher asked me to reference a place where
6   they can be found, but I think it's going to be hard --
7   If anybody is interested in looking at the map that the
8   League of Women Voters has proposed, and it has some
9   interesting features, let me give you this website.  Get
10  your pens ready because it's a little bit complicated,
11  HTPPS://drive.google.com/file/d/1asnciqaLQKVmKv7LjHX_7082
12  zve-wVaQX/view.  And, Jim, we've got to have a better way
13  to get that information out than to read that.

14        MS. PRICKETT:  I believe there was a link that
15  was put into chat while you were speaking that's a little
16  bit more concise.

17        MR. WALKER:  Okay.  Good.

18        MS. PRICKETT:  And I will also mention, if
19  anyone wants to email the League of Women Voters of
20  Greater Tuscaloosa, we will make sure that you get that
21  link in that.

22        We understand there are negotiations that will
23  happen, but this is the proposal that Mr. Singleton is
24  going to be backing, as we understand, and several other
25  people in the legislature.  Thank you for mentioning

1   that, and the link will be in the chat, and you can get

2   that link from the League of Women Voters of Greater

3   Tuscaloosa.

4          MR. WALKER:  And I will point out there are two

5   interesting characteristics of this plan, and I state I

6   have no opinion on them one way or the other at this

7   hearing.  One is that it does not have a minimal

8   deviation.  It has a deviation of, I think, 2.46 total

9   deviation from ideal population.  And another thing is

10  that it does not have a majority black district.  It has

11  two districts that are opportunity districts, district

12  seven, which is Representative Sewell's district, has a

13  BVAP, which means the population of black voters, in that

14  district is 45.82 percent of the district, and then it

15  also has a second district, which is district six, which

16  is the counties of Jefferson, Bibb, Hale and Perry, which

17  is 40.55 percent black.  So those are two interesting

18  features in that plan.

19          Is there anyone else at Shelton State in the

20  auditorium who wishes to speak?  And I can only see the

21  podium.  I can't see the crowd.  So if there's anyone who

22  wants to speak, please come up and just start speaking or

23  somehow let us know.

24          Do we have any questions submitted remotely?

25  Yes.  Are these people participating remotely?

Page 15

1          Catherine Meadows.  Catherine, you need to
2    unmute yourself.

3          MS. MEADOWS:  Yes.  Can you hear me?

4          MR. WALKER:  We can hear you now.  Thank you.

5          MS. MEADOWS:  It is actually me and my husband
6    both attending remotely.

7          I wanted to know, is the committee going to use
8    an algorithm to help determine how to properly balance
9    the districts and prevent gerrymandering?  Alabama has
10   recently been in several articles where even a middle
11   school student was featured in Forbes, and Alabama was
12   pointed out as one of the worst gerrymandered states in
13   the country, and our lines are not drawn to balance.  You
14   keep talking about balancing the racial and other
15   interests of everyone, and I think the most logical and
16   the best way to do that would be to use an algorithm
17   rather than, you know, an opinion of people.

18         And I've looked at the total -- the whole-county
19   plan, and I agree that doesn't look like it balances the
20   districts when I compare to information put out in
21   articles that have called us out.  Alabama is being
22   repeatedly called out in the media for our issues, and we
23   need to address those issues, and this is one of them and
24   one of the ways to address those issues.

25         MR. WALKER:  I'm not aware of a plan to use an

```
1    algorithm.  If you're aware of an algorithm that you want
2    to suggest to the legislature -- and I realize you're
3    probably not an expert in redistricting -- that would be
4    fine, but I'm not aware of a plan to use an algorithm.  I
5    know some states use algorithms.  Those tend to be states
6    that have redistricting commissions that are outside of
7    the legislature in some way or another.  Each state is
8    set up in a different way, but there's not, so far as I
9    know as the lawyer for the Redistricting Committee , a
10   plan to use an algorithm.
11           MS. MEADOWS:  Okay.  Well, I am a computer
12   programer, so that technology is something of interest to
13   me, so I will send in suggestions for possible sources of
14   algorithms.
15           MR. WALKER:  Thank you for doing that.
16           Mike Altman.  That's you right there.  Okay.
17   Mr. Altman, unmute yourself and speak, please.
18           MR. ALTMAN:  Thank you.  I'm from Tuscaloosa.  I
19   wanted to take a second to talk about the city itself in
20   terms of how it's carved up in terms of districts right
21   now.  One of the things you mentioned is municipalites
22   are considered communities of interest for redistricting
23   purposes, but Tuscaloosa is cracked by a number of
24   districts.
25           I have a friend, we used to be neighbors.  Our
```

1   kids go to the same school.  We go to the same church.

2   We take our kids to the same parks.  We go to lunch

3   regularly.  But we do not share a single state

4   representative, and we have a different congressperson.

5   We're part of the same community, except for our

6   (inaudible) two U.S. senators.  It makes absolutely no

7   sense.

8          Instead of being part of the same district, our

9   community is divided at both the state House and state

10  Senate levels.  Communities in the City of Tuscaloosa are

11  districted with rural areas that are not the same kinds

12  of communities.  This means that our represenatives are

13  often distant from us in rural communities and do not

14  share the concerns as a mid-sized city like Tuscaloosa.

15         If you look at the numbers you just put forth, a

16  state Senate number was 143,000 and change.  That's more

17  than the population of the city of Tuscaloosa.  You said

18  the House number is like 47,850, around there.  That's

19  about half.  So we should theoretically have maybe one

20  state senator and two House members.  And I'm looking at

21  a map right now, and we've got four, depending on where

22  you live in the city, state senators -- three state

23  senators and four state House districts within the city

24  limits.

25         My district is 71, a lovely district, happy to

```
 1   live there.  It trenches all the way to Livingston.  I
 2   couldn't drive to the farthest southwest corner of my
 3   district and back and be here in time for lunch.  I can
 4   have lunch with my buddy and get back to work, but we're
 5   not in the same district.  If I was going to go to lunch
 6   with somebody in my district, I couldn't get back to work
 7   on time.
 8           So I'd like to know what the committee can do as
 9   we draw these lines because the communities of a mid-size
10   city share very little in common with the committees of
11   the rural areas southwest of here or far north
12   (inaudible).
13           MR. WALKER:  As the hearing officer, I try to
14   tread a line between commenting on comments or expressing
15   an opinion, which I don't want to do, and providing
16   information that might be helpful to people at the
17   hearing in responding to questions.  So don't interpret
18   my comments as a statement of opinion one way or the
19   other on what you said.
20           What happens, particularly with Tuscaloosa, and
21   also the same thing happens with Lee County, if that
22   makes you feel better, it's not just Alabama, it's
23   Auburn, too, is they're densely populated counties in the
24   middle of areas that are more sparsely populated and,
25   worse than that, losing population.
```

1       So remember that the first overarching

2   requirement that the legislature has to meet in order to

3   comply with the Constitution is equality of population of

4   districts.  The only way to repopulate and get equal

5   population for those sparsely populated counties around

6   Tuscaloosa is to come in to Tuscaloosa and,

7   unfortunately, parcel out some of its population to those

8   counties.  Otherwise, those districts would be huge.  So

9   that's probably why the legislature has done what it has

10  done.

11       And I hear what you're saying about respecting

12  communities of interest, but the priority has to be

13  equality of population.

14       MR. ALTMAN:  I appreciate that, but I guess I

15  also noted -- I'm looking at a redistricting map right

16  now, and when you click the minority age voting

17  population filter, you quickly see that the minority

18  voting age population numbers match pretty much exactly

19  with the district line in ways that crack and then

20  connect basically black voters on the west side of

21  Tuscaloosa limits with voters down in Livingston, which

22  creates one district; whereas, if you had the city in the

23  middle, say, and you had those rural areas you're talking

24  about moving out from those population centers or if you

25  had (inaudible) talking about the House district, cut it

1   in half and go out that way, you would have competitive

2   districts in terms of partisan lines and then have 55

3   percent African-American (inaudible) minority district as

4   opposed to 65 for district 71 right now.  So there's some

5   packing happening (inaudible) with that population

6   requirement used as an excuse, it sounds like.

7           MR. WALKER:  All right.  Anyone else who wants

8   to speak?  Thank you for those comments, Mr. Altman.

9           Kathy Jones.

10          MS. JONES:  Hi.  This is Kathy Jones.  I spoke

11  to you last Wednesday at Drake State and really

12  appreciate the hearings that you've been holding, and I'm

13  just really in awe of all the people participating.

14          The one thing I did want to ask you, and I put

15  it into the chat, was some references.  We're not really

16  sure why you keep saying that the Congressional districts

17  have to balance by no more than one person because there

18  is -- you know, there is a lot of precident that says

19  that's not a requirement, and it seems to be misleading,

20  and I'm just trying to get you to -- I don't know if I

21  leave this in the chat, if it's going to become part of

22  the record or what else do I need to do to make sure that

23  the concerns about the statements you're making about the

24  one person difference in the Congressional district seems

25  to be -- from what I'm getting advised, is not completely

 1    accurate.

 2            MR. WALKER: Thank you, Ms. Jones. I understand

 3    that Mr. Blacksher has an argument that the whole-county

 4    plan that the League of Women Voters has proposed with

 5    2.46 deviation meets the constitutional requirements. I

 6    don't fully know what that argument is. I know there are

 7    circumstances in which deviation has been allowed in

 8    Congressional plans, but I'm not sure that those

 9    circumstances apply in Alabama. The statements that you

10    have submitted by chat are part of the record.

11            There's someone at the podium now. Would you

12    identify yourself, please, and tell us what you have to

13    say.

14            MS. TAYLOR: My name is Judy Taylor. I'm part

15    of the County of Tuscaloosa, and I want to take the

16    discussion a little different slope, and that is the

17    standing committee that oversees the redistricting. Can

18    you tell me when that committee was seated and how long

19    those members have served on that committee?

20            MR. WALKER: Gosh. The committee was created by

21    the legislature in the '70s, I think. '89, sorry. And

22    during non-redistricting sessions, it is a small

23    committee. During redistricting sessions, it is a large

24    committee of, I believe, 22 people. It has membership

25    from the House and from the Senate and, as you know from

Page 22

1   sitting through our introduction, it has a Senate chair

2   and a House co-chair.

3           I don't know that I have any information about

4   the tenure of the people who have served on the

5   committee.  I know that Senator McClendon was the House

6   co-chair last time, so he has good experience on the

7   committee, which, trust me, it's a very -- it's not an

8   easy task.

9           MS. TAYLOR:  I was going to say a thankless job.

10          MR. WALKER:  I'm sure they would agree with you

11  that it is a thankless job.

12          I don't know -- I know there are members of the

13  committee that have served for a long time, but I

14  couldn't tell you exactly who they are and how long

15  they've served.  I'm sorry.

16          (Inaudible) This is a redistricting time.  So

17  there's 11 in the House and 11 in the Senate that are

18  appointed.  During years that redistricting is not going

19  on, there's three members in the House and three members

20  in the Senate that serve.

21          MS. TAYLOR:  I was just curious about the

22  appointment and the continuing service in those

23  committees.

24          Thank you very much.

25          MR. WALKER:  Thank you, ma'am.

1            Is there anyone else at Shelton State in the

2    auditorium who wishes to speak?  If you do, please come

3    to the podium.

4            Ms. Jones, you still have your hand up.  Do you

5    have anything else you want to say?

6            MS. JONES:  No.  I guess I did not see it up.

7    Thank you.

8            MR. WALKER:  Okay.  Thank you.

9            Yes, sir.

10           MR. TURNER:  I'm Albert Turner from Perry

11   County.  I'm very interested in the Congressional makeup

12   of the Alabama delegation.  Currently, we only have one

13   democrat in that delegation, and I am curious to know

14   what is the objective of the committee, as well as what

15   is the proposed deviation that you all are going to put

16   forth to the full legislature.

17           As you know, a question earlier was presented

18   that -- Someone made the statement that one person is the

19   only deviation.  We know that the Constitution allows up

20   to a five percent deviation, and it ensures that

21   African-Americans are represented in Congress.  And from

22   the State of Alabama, are you all making sure that

23   African-Americans have representation in our

24   Congressional delegations?

25           We know that, currently, with seven districts,

1    six are held by Republicans and one by a Democrat, and in

2    central Alabama, there is a cluster of the population

3    that are what we call the Black Belt population of which

4    I'm from, Perry County.  The population is leaving.  So,

5    therefore, Congressional district number seven is going

6    to be expanded to make sure that we get the number of

7    people that's required to have an equalization of

8    districts.

9          So what is your deviation?  We know one or zero

10   is not going to work to make sure that African-Americans

11   are adequately represented in the Congressional makeup.

12   So what is the deviation or what is the target that you

13   all are going for?

14         MR. DORMAN:  My understanding of the law is that

15   with Congressional districts, we're pretty much bound to

16   minimal deviation.  The Supreme Court cases discussing

17   deviation for non-Congressional districts and from which

18   the safe harbor, if you will, of plus or minus five

19   percent comes from (inaudible), and the Supreme Court has

20   therefore additionally allowed more latitude for those

21   districts in terms of deviation while being more strict,

22   typically, in the deviation from ideal population for

23   Congressional districts.  I understand that, again, the

24   counsel for the League of Women Voters has a different

25   argument on that.  I think that it's likely that after

1   the legislature has drawn districts -- and, again, the
2   legislature will do its best to make sure the districts
3   it draws comply with the Federal Constitution, the equal
4   protection clause and with the Voting Rights Act -- I
5   think it's likely that we will have two competing
6   lawsuits, based on what I've been told, (inaudible)
7   whatever is drawn.

8          You may know, Mr. Turner, that in November of
9   20 -- well, actually, in 2018, the Democratic Party filed
10  a lawsuit alleging that the state should have drawn two
11  majority black districts, and that was tried in federal
12  court, and in order to draw two majority black districts
13  instead of just the one district we have now, which is
14  Terri Sewell's district -- I can't recall exactly what
15  her BVAP is, but in order to draw two majority black
16  districts, the BVAP of her district and a new majority
17  black district two were taken down to from about 50 --
18  between 50 and 52 percent BVAP, so just barely over the
19  line.

20          Whether or not that's sufficient or not, I'm
21  sure, is something that will be litigated again if that
22  lawsuit is refiled, and my understanding is that the
23  people who want to file that lawsuit has said they're
24  going to file it again if the state doesn't draw two
25  majority black Congressional districts.

1              On the other hand, there's the plan proposed by

2     the League of Women Voters which doesn't have any

3     majority black Congressional districts but has two what

4     are called opportunity districts with, I think, 45 and 40

5     percent BVAP that would cover districts -- The district

6     seven under that plan is basically all of the Black Belt

7     except for Barbour County and with some Black Belt

8     adjacent counties like Washington, Clarke, Monroe and

9     Conecuh.  But then district six would be a second

10    majority black district consisting of Jefferson, Bibb,

11    Perry and Hale, and those last three, of course, are

12    Black Belt -- or at least Perry and Hale are Black Belt

13    counties.

14              MR. TURNER:  I just wanted to make sure you know

15    that I'm going to be objecting to Perry being taken out

16    of the seventh district, and I want to make sure that the

17    record shows that I object to any plan that does not have

18    a majority black voting age population.  We're not

19    talking about population itself because in some of those

20    counties, we have prisons.  Prisoners are included in the

21    data.  So those numbers would not be adequately

22    representing the African-America community.

23              So I want the record to show that I'm opposed to

24    any plan that takes Perry County out of the seventh

25    district, and I'm opposed to any plan that does not have

1  a voting age population of African-Americans above 55

2  percent.  History has shown that that is the only way

3  that we can guarantee that we have an opportunity to have

4  representation in Washington.  Just to say that we've got

5  black population does not guarantee black representation.

6  So I want to make sure that the committee understands

7  that the voting age population needs to be in excess of

8  55 percent in any district that is created.

9            Thank you very much.

10           MR. WALKER:  Mr. Turner, please don't leave.

11  Just to make sure that I was clear, I don't want to

12  misrepresent the League of Women Voter's plan.  The

13  percentages that I was talking about, 40.55 and 42.8

14  percent for their district plan, six and seven, those are

15  BVAPs, not total black population.  So if I misspoke on

16  that, I apologize.  I didn't mean to do that.

17           I'd like to ask you to expound, though, if you

18  can, because it's helpful to the committee on the

19  statement that at least 55 percent BVAP is required for a

20  successful Congressional district.  Anything else you can

21  tell the committee about why you believe it should be 55

22  would be very helpful.

23           MR. TURNER:  Well, 55 percent ensures that the

24  population base would be above 55 percent.  So the

25  population that would be represented would be an African-

1   American district with the general population being above

2   55 and the voting age being above 55, that would ensure

3   us that you have a nine-and-a-half out of 10 chance of

4   having an African-American to represent that particular

5   district.  And that should be the objective, to make

6   sure --

7           We want to skirt around the issue, but race and

8   politics go hand in hand.  Very few minority districts

9   are represented by majority people, and that goes

10  black/white, white/black.  So in dealing with

11  redistricting in the past and with my father, 55 percent

12  voting age population has always been guaranteed to make

13  sure that we have someone of African-American descent

14  representing that district.

15          And I heard her say something about Senator

16  Singleton is going to be supporting a plan.  Senator

17  Singleton is not going to be representing any plan that's

18  got 40-something percent voting age black population and

19  think that's going to pass.  That's not going to pass,

20  and blacks sure aren't supporting that.  I'll make sure

21  that blacks understand that 55 percent or somewhere in

22  that neighborhood is what's needed to ensure African-

23  Americans being represented in Congress.  If you take a

24  40 percent black voting age population in a district and

25  put in Congress, that district will be represented by a

1   white and most likely represented by a Republican, and

2   there's no way that anyone can understand or should

3   understand that our politics in Alabama is not issue

4   based, per se.

5           So we want to make sure that the committee

6   understands that we have to make sure that we have

7   African-American representation in Congress. We only

8   have one. We only have one Democrat, and it's because of

9   the way the district lines were drawn before. To say

10  you've got two districts with overall population being 50

11  or 51 percent African-American, the voting age

12  population -- which we are younger in our population. We

13  have more people under the age of 18 than any other. So

14  although you have a population of people amount, voting

15  age population, which (inaudible) determines who can cast

16  that vote should be the determination of 55 plus to

17  ensure -- and if someone gets to a 55 plus population,

18  you know, they deserve to win. We need to make sure that

19  the cards are not stacked against, one, African-Americans

20  and, two, Democrats in this upcoming redistricting

21  process.

22          I'm satisfied we don't have enough black people

23  in Alabama to create two 55 percent districts, but I'm

24  satisfied to make sure we have one African-American in

25  Congress that can speak on our behalf because we do have

Page 30

1   different issues that need to be addressed by our own

2   people.

3            Thank you.

4            MR. WALKER:  Thank you, Mr. Turner.  Is there --

5            MS. OVERTON:  There's a question from -- I'm not

6   sure of the name.  It says, "I'm not familiar with racial

7   makeup of the counties of Alabama, so does the LWV map

8   not address racial packing?"

9            MR. WALKER:  The question is does the League of

10  Women Voters' map address racial packing, and packing is

11  a term that's used, for those of you who are not

12  familiar -- You may have heard two terms being used by

13  speakers, "cracking" and "packing."  Packing is when --

14  and let's speak in terms of black populations, since

15  that's principally what we're dealing with in Alabama.

16           When more black voters are put into a district

17  than are necessary to elect a -- or to give blacks in

18  that district the opportunity to elect the candidate of

19  their choice and the, if you will, the excess black

20  voters could be combined with black voters in other

21  places to create another majority minority district, then

22  that's what's called packing because those are wasted

23  votes.

24           Cracking is where -- the opposite of packing, is

25  where the minority community is spread among a variety of

1  districts so that it never has the chance to have the

2  opportunity to elect the candidate of choice in the

3  presence of racially polarized voting.

4          And I can't speak for the League of Women

5  Voters' plan, but given that it's the League of Women

6  Voters, I'm sure that they have thought about cracking

7  and packing and have done their best to avoid that, but I

8  think you would have to ask them about that.

9          Anybody else?

10          Mr. Altman, you have your hand up again?

11          MR. ALTMAN:  Yes, just real fast.  I heard what

12  the gentleman said a second ago, and I just want to say

13  it's not just the 55 percent minimum.  That's like a

14  perfect line, but you don't want to get above 60 percent

15  because that's when you start getting into the packing

16  you were just describing.  The target would be between 55

17  and 60 percent for a successful district.  It doesn't

18  have to be African-American, but someone they chose in

19  that community is chosen.  Even in our county, currently

20  district 71 is over 50 percent African-American, hence my

21  statement about packing earlier.

22          MR. WALKER:  Thank you, Mr. Altman.

23          There's someone at the podium, if you want to

24  introduce yourself and speak.

25          MS. WARD:  My name is Lisa Ward.  I am with

```
 1   Tuscaloosa County, and my comment is just basically for
 2   the powers that be who are out there making these
 3   decisions to consider something, the representation, when
 4   you are redrawing these lines, the distance of where
 5   these representatives have to go to get to these people
 6   to have town halls or to be able to speak to them, in my
 7   case, touched on how far it is for him to go.  I can only
 8   talk from experience, being somebody who is out in the
 9   field all of the time.  For example, and I'm just going
10   to give this one example right now because it's our most
11   recent, but if everybody would look at district four in
12   the U.S. Congressional district, it took us from sunup to
13   sundown just to get from one location to another.
14   There's no broadband.  There's no cell services.  There
15   is no GPSs in most of these areas.  So you spend a lot of
16   time getting lost when you're up here trying to serve
17   your community and do the things that you need to do.
18          And when you literally create these district
19   lines from Mississippi to Georgia, there's a problem
20   because there's only 24 hours in a day.  So, please, when
21   you're doing this, consider the representation, whoever
22   they are, how far they have to go and what they have to
23   do to get to their communities and their people that
24   they're supposed to be representing.  It was impossible
25   for us, literally.  I mean, there was some places it took
```

Page 33

1   me 17 minutes to get from one house to the next.  Can you

2   imagine being a representative and trying to get to

3   these?  So just be consciencous of the borders of our

4   state when you're doing this as well.

5          Packing and cracking and all of that is

6   relevant.  Population is relevant, but so is the funding.

7   When you're splitting these counties up, there's also

8   funding that goes up that way and how the representatives

9   are supposed to be delegating these discretionary funds

10  to their counties.  So consider that, too, if you would.

11          Thank you.

12          MR. WALKER:  Thank you.

13          Is there anyone else in the auditorium who

14  wishes to speak?  We don't have anybody who wants to

15  speak remotely.

16          Thank you for attending this hearing.  This

17  hearing is closed.

18          (Exhibits 1 through 5 were marked.)

19

20

21                         *****

22

23

24

25

Page 34

```
 1
 2                      C E R T I F I C A T E
 3
 4     STATE OF ALABAMA     )
 5     COUNTY OF MOBILE     )
 6
 7              I hereby certify that the above and foregoing
 8     was taken down remotely by me in stenotype and
 9     transcribed by means of computer-aided transcription, and
10     that the foregoing is a true and correct transcript to
11     the best of my ability.
12              I further certify that I am neither of counsel
13     nor of kin to any of the parties, nor am I in anywise
14     interested in the result of said cause.
15              I further certify that I am duly licensed by the
16     Alabama Board of Court Reporting as a Certified Court
17     Reporter as evidenced by the ACCR number following my
18     name found below.
19
20
21              Kathleen F. Cavazos
22                      KATHLEEN F. CAVAZOS, RPR, ACCR302
23                      NOTARY PUBLIC
24                      MY COMMISSION EXPIRES:  12/16/23
25
```

| 1 |
| --- |
| **1**   2:18 8:6 33:18 |
| **1,400**   5:3 |
| **10**   2:8 3:13 28:3 |
| **101**   5:11 |
| **105**   3:25 8:19 |
| **106**   8:20 |
| **107**   8:20 |
| **11**   22:17,17 |
| **12,600**   4:19 |
| **12/16/23**   34:24 |
| **143,000**   17:16 |
| **143,551**   4:9 |
| **15**   2:9 |
| **16**   2:10 4:23 |
| **17**   33:1 |
| **18**   29:13 |
| **18281**   34:21 |
| **1965**   10:3 |
| **1asnciqalqkvmk...** 13:11 |

| 2 |
| --- |
| **2**   2:19 |
| **2.46**   14:8 21:5 |
| **20**   2:11 25:9 |
| **2018**   25:9 |
| **2020**   8:7 |
| **2021**   1:9 |
| **21**   2:12 4:19 |
| **22**   21:24 |
| **23**   2:13 |
| **24**   4:20 32:20 |
| **2600**   4:24 |
| **29**   10:8 |

| 3 |
| --- |
| **3**   2:3,21 |
| **3,300**   4:25 5:4 |
| **31**   2:14 |
| **33**   2:18,19,21,22,23 |

| 35   3:24 8:18 |
| --- |
| **35405**   1:15 |
| **38**   10:19 |

| 4 |
| --- |
| **4**   2:22 |
| **4,500**   4:18 |
| **40**   26:4 28:18,24 |
| **40.55**   14:17 27:13 |
| **42.8**   27:13 |
| **45**   26:4 |
| **45.82**   14:14 |
| **47,850**   4:10 17:18 |

| 5 |
| --- |
| **5**   2:4,23 33:18 |
| **50**   25:17,18 29:10 31:20 |
| **51**   29:11 |
| **52**   25:18 |
| **55**   20:2 27:1,8,19 27:21,23,24 28:2,2 28:11,21 29:16,17 29:23 31:13,16 |

| 6 |
| --- |
| **6**   2:5 |
| **60**   31:14,17 |
| **61**   4:25 |
| **62**   5:1 |
| **63**   5:2 |
| **65**   20:4 |

| 7 |
| --- |
| **7,600**   5:1 |
| **7,900**   5:2 |
| **70**   5:3 |
| **7082**   13:11 |
| **70s**   21:21 |
| **71**   5:3 17:25 20:4 31:20 |
| **7th**   1:9 |

| 8 |
| --- |
| **8,000**   4:20 |
| **89**   21:21 |

| 9 |
| --- |
| **9500**   1:14 |
| **9:00**   1:10 |

| a |
| --- |
| **a.m.**   1:10 |
| **ability**   34:11 |
| **able**   32:6 |
| **absolutely**   17:6 |
| **accountable**   11:21 |
| **accr**   34:17 |
| **accr302**   34:22 |
| **accurate**   21:1 |
| **act**   7:7,13,16,21 8:16 10:3 25:4 |
| **additional**   8:20 |
| **additionally**   24:20 |
| **address**   15:23,24 30:8,10 |
| **addressed**   30:1 |
| **adequately**   24:11 26:21 |
| **adjacent**   26:8 |
| **adjusted**   4:22 |
| **adopted**   7:4 |
| **advised**   20:25 |
| **affect**   11:2 |
| **african**   20:3 23:21 23:23 24:10 26:22 27:1,25 28:4,13,22 29:7,11,19,24 31:18,20 |
| **age**   8:13,14 19:16 19:18 26:18 27:1,7 28:2,12,18,24 29:11,13,15 |
| **ago**   31:12 |

| agree   15:19 22:10 |
| --- |
| **aided**   34:9 |
| **alabama**   1:5,15 3:25 8:17 10:20 11:10,17,23 15:9 15:11,21 18:22 21:9 23:12,22 24:2 29:3,23 30:7,15 34:4,16 |
| **alabama's**   12:16 |
| **albert**   2:13 23:10 |
| **albertville**   11:24 |
| **algorithm**   15:8,16 16:1,1,4,10 |
| **algorithms**   16:5,14 |
| **alleging**   25:10 |
| **allow**   8:19 11:18 |
| **allowed**   6:24 9:4 21:7 24:20 |
| **allows**   23:19 |
| **altman**   2:10,19 16:16,17,18 19:14 20:8 31:10,11,22 |
| **amended**   10:3 |
| **america**   26:22 |
| **american**   20:3 28:1 28:4,13 29:7,11,24 31:18,20 |
| **americans**   23:21,23 24:10 27:1 28:23 29:19 |
| **amount**   6:24 29:14 |
| **answer**   5:24 |
| **anybody**   10:10 13:7 31:9 33:14 |
| **anywise**   34:13 |
| **apologize**   27:16 |
| **apply**   21:9 |
| **appointed**   22:18 |
| **appointment**   22:22 |

appreciate  3:3
  19:14 20:12
april  8:6
area  4:17,23 9:8
areas  3:16,17 11:23
  17:11 18:11,24
  19:23 32:15
argument  21:3,6
  24:25
articles  15:10,21
asked  5:14 13:5
attachments  2:20
attendee  2:18
attending  15:6
  33:16
attention  11:20
attorney  3:11
auburn  18:23
auditorium  14:20
  23:2 33:13
avoid  31:7
avoided  8:23
aware  15:25 16:1,4
awe  20:13

**b**

back  4:3,22 5:17
  10:20 18:3,4,6
backing  13:24
balance  15:8,13
  20:17
balances  15:19
balancing  9:15
  15:14
ballot  11:21
barbour  26:7
barely  25:18
base  8:11 27:24
based  7:18 8:12
  25:6 29:4
basically  19:20
  26:6 32:1

basis  7:17,18 8:3
bay  9:4
began  12:7
beginning  1:10
behalf  29:25
believe  5:11 7:19
  13:14 21:24 27:21
belt  24:3 26:6,7,12
  26:12
best  9:17 15:16
  25:2 31:7 34:11
better  13:12 18:22
bibb  14:16 26:10
birmingham  11:25
bit  13:10,16
black  8:14 14:10,13
  14:17 19:20 24:3
  25:11,12,15,17,25
  26:3,6,7,10,12,12
  26:18 27:5,5,15
  28:10,10,18,24
  29:22 30:14,16,19
  30:20
blacks  28:20,21
  30:17
blacksher  13:5
  21:3
board  3:23 4:13
  6:22 34:16
bolstering  12:14
borders  33:3
bound  24:15
boundaries  9:3
boxes  11:21
bring  6:4 12:23
broadband  32:14
buddy  18:4
bureau  8:4
buries  11:22
bvap  8:14 14:13
  25:15,16,18 26:5

27:19
bvaps  27:15

**c**

c  34:2,2
call  10:9 24:3
called  5:18 15:21
  15:22 26:4 30:22
campus  1:13
candidate  30:18
  31:2
candidates  11:1
capture  4:5
cards  29:19
carol  2:8,21 10:16
  10:18
carried  9:18
carry  5:7
carved  16:20
case  32:7
cases  24:16
cast  29:15
catch  3:19
catherine  15:1,1
cause  34:14
cavazos  1:21 34:22
cell  32:14
census  3:13,14 8:4
  8:6
centers  19:24
central  24:2
certain  8:8 9:11
certified  34:16
certify  34:7,12,15
chair  3:6,10 22:1,2
  22:6
chance  12:24 28:3
  31:1
change  3:19 17:16
characteristics
  14:5

chat  2:22 13:15
  14:1 20:15,21
  21:10
children  8:8
choice  7:18 30:19
  31:2
chose  31:18
chosen  31:19
chris  2:4 3:8,8,9
  5:6,10,13
church  17:1
circumstances  9:11
  21:7,9
citizens  8:10 11:2
city  16:19 17:10,14
  17:17,22,23 18:10
  19:22
clair  3:6
clarke  26:8
clause  25:4
clear  27:11
click  19:16
close  10:14
closed  33:17
cluster  24:2
colleague  5:11
college  1:13
color  7:10,11,13
combined  30:20
come  5:17,18 10:17
  14:22 19:6 23:2
comes  24:19
comment  32:1
commenting  18:14
comments  3:4 6:9
  18:14,18 20:8
commission  34:24
commissions  16:6
committee  1:5 3:7
  3:12 9:24 15:7 16:9
  18:8 21:17,18,19

21:20,23,24 22:5,7
22:13 23:14 27:6
27:18,21 29:5
**committees** 18:10
22:23
**common** 18:10
**communities** 9:5
9:16 10:7 11:6,14
12:15 16:22 17:10
17:12,13 18:9
19:12 32:23
**community** 1:13
5:19 9:7,11 11:17
17:5,9 26:22 30:25
31:19 32:17
**compact** 4:2 7:22
9:19
**compare** 15:20
**compelling** 10:1
**competing** 25:5
**competitive** 20:1
**completely** 20:25
**compliance** 10:2
**complicated** 13:10
**comply** 6:16 7:6,16
7:20 19:3 25:3
**complying** 8:15
**computer** 16:11
34:9
**concept** 3:18
**concerning** 7:24
**concerns** 11:10,22
17:14 20:23
**concise** 13:16
**conecuh** 26:9
**conflict** 10:4
**congress** 12:17
23:21 28:23,25
29:7,25
**congressional** 3:23
4:14 6:24 7:1 10:23

11:3,18,19 12:3,12
20:16,24 21:8
23:11,24 24:5,11
24:15,17,23 25:25
26:3 27:20 32:12
**congressperson**
17:4
**connect** 19:20
**connected** 11:5
**consciencous** 33:3
**consider** 32:3,21
33:10
**consideration** 9:24
**considerations**
7:10
**considered** 16:22
**considering** 11:9
**consisting** 26:10
**constitution** 6:16
6:18 8:19 12:13
19:3 23:19 25:3
**constitutional** 21:5
**contact** 9:1,2
**contests** 8:22
**contiguity** 9:3
**contiguous** 8:25
**continuing** 22:22
**contribute** 9:16
**corner** 18:2
**correct** 34:10
**counsel** 24:24
34:12
**count** 3:14
**counties** 9:12,21
11:8,15 12:2,11,14
14:16 18:23 19:5,8
26:8,13,20 30:7
33:7,10
**country** 15:13
**county** 3:6 5:13
10:19 11:15,24,25

12:5,9,16,18 15:18
18:21 21:3,15
23:11 24:4 26:7,24
31:19 32:1 34:5
**course** 6:15 26:11
**court** 1:22 6:1
24:16,19 25:12
34:16,16
**cover** 26:5
**crack** 19:19
**cracked** 16:23
**cracking** 30:13,24
31:6 33:5
**create** 29:23 30:21
32:18
**created** 21:20 27:8
**creates** 19:22
**creating** 11:3
**creed** 12:19
**criteria** 7:9,15 9:24
10:4
**crowd** 14:21
**curious** 13:4 22:21
23:13
**current** 11:12,18
**currently** 23:12,25
31:19
**cut** 19:25

## d

**d** 2:1 13:11
**data** 26:21
**date** 8:7
**day** 8:6 32:20
**dealing** 28:10
30:15
**deals** 6:7
**decades** 3:15
**decide** 5:20
**decisions** 12:21
32:3

**decrease** 4:24
**delegating** 33:9
**delegation** 23:12
23:13
**delegations** 23:24
**democrat** 23:13
24:1 29:8
**democratic** 7:23
25:9
**democrats** 29:20
**densely** 18:23
**depending** 17:21
**descent** 28:13
**describing** 31:16
**deserve** 29:18
**determination**
29:16
**determine** 15:8
**determines** 29:15
**deviation** 4:11,15
6:24 14:8,8,9 21:5
21:7 23:15,19,20
24:9,12,16,17,21
24:22
**difference** 20:24
**different** 8:5 11:23
16:8 17:4 21:16
24:24 30:1
**difficult** 12:21
**diluting** 7:5
**discernment** 9:15
**discretionary** 33:9
**discussing** 24:16
**discussion** 21:16
**distance** 32:4
**distant** 17:13
**district** 4:8,9,18,19
4:20,21,23,25 5:1,1
5:3,11,19 6:24 7:8
8:6,20,22 9:2,21
11:12 14:10,11,12

14:14,14,15,15
17:8,25,25 18:3,5,6
19:19,22,25 20:3,4
20:24 24:5 25:13
25:14,16,17 26:5,9
26:10,16,25 27:8
27:14,20 28:1,5,14
28:24,25 29:9
30:16,18,21 31:17
31:20 32:11,12,18
**districted**  17:11
**districting**  7:9,15
**districts**  3:19,23,24
3:24,25 4:1,2,4,13
4:14,17,23 5:19
6:14,20,22,25 7:1
7:22,23 8:2,3,17,18
8:21,21,24,25 9:1,5
9:14,19,22,23 10:2
11:3,18 12:3,12
14:11,11 15:9,20
16:20,24 17:23
19:4,8 20:2,16
23:25 24:8,15,17
24:21,23 25:1,2,11
25:12,16,25 26:3,4
26:5 28:8 29:10,23
31:1
**diverse**  11:16
**divided**  17:9
**divisions**  11:12
**doing**  16:15 32:21
33:4
**dorman**  2:5 3:10
3:11 6:12 24:14
**drake**  20:11
**draw**  6:14 18:9
25:12,15,24
**drawing**  6:14 8:24
12:3

**drawn**  7:8 8:3
15:13 25:1,7,10
29:9
**draws**  25:3
**drive**  18:2
**drive.google.com**
13:11
**due**  9:24
**duly**  34:15

**e**

**e**  2:1 34:2,2
**earlier**  23:17 31:21
**easy**  22:8
**economic**  9:9
**education**  3:24
4:13 6:22
**effect**  7:5
**eight**  3:23
**either**  7:5
**elect**  30:17,18 31:2
**elected**  8:22 9:18
12:17
**email**  13:19
**embodiment**  12:14
**endorse**  10:25
**energy**  11:16
**england**  5:12
**ensure**  8:15 28:2,22
29:17
**ensures**  23:20
27:23
**entire**  11:9
**equal**  6:21,23 11:4
19:4 25:3
**equality**  10:1 19:3
19:13
**equalization**  24:7
**equally**  11:5
**establishing**  9:22
**ethnic**  9:9

**everybody**  3:2
32:11
**evidence**  7:17,18
**evidenced**  34:17
**exactly**  4:12 19:18
22:14 25:14
**example**  4:8,18
32:9,10
**examples**  4:16
**excess**  27:7 30:19
**exclude**  6:25
**excuse**  8:20 20:6
**exhibit**  2:16,17,18
2:19,21,22,23 6:3
**exhibits**  33:18
**exists**  7:19
**expanded**  24:6
**experience**  22:6
32:8
**expert**  16:3
**expires**  34:24
**expound**  27:17
**expressing**  18:14
**extent**  9:6

**f**

**f**  1:21 34:2,22
**faces**  11:10
**factors**  9:16
**fair**  11:3
**familiar**  30:6,12
**family**  10:20
**far**  13:3 16:8 18:11
32:7,22
**farthest**  18:2
**fast**  31:11
**father**  28:11
**favor**  12:5
**featured**  15:11
**features**  13:9 14:18
**federal**  6:16 25:3
25:11

**feel**  18:22
**field**  32:9
**file**  13:11 25:23,24
**filed**  25:9
**filter**  19:17
**fine**  16:4
**first**  6:15 19:1
**five**  4:10,18 7:1
10:20 23:20 24:18
**following**  34:17
**forbes**  15:11
**force**  12:15
**foregoing**  34:7,10
**forms**  8:5
**fort**  11:24
**forth**  17:15 23:16
**forward**  3:4 10:17
**found**  13:6 34:18
**four**  17:21,23 32:11
**friend**  5:11 16:25
**full**  23:16
**fully**  21:6
**funding**  33:6,8
**funds**  33:9
**further**  34:12,15
**future**  12:16,20

**g**

**gained**  4:19
**general**  28:1
**generations**  10:20
**gentleman**  31:12
**geographic**  9:10
**geographically**
11:5
**georgia**  32:19
**germane**  6:10
**gerrymandered**
15:12
**gerrymandering**
15:9

getting 20:25 31:15
  32:16
give 4:16 5:7 9:24
  13:9 30:17 32:10
given 9:25 31:5
gives 5:5 8:4
glad 5:13
go 4:1,3,7 6:13
  10:20 17:1,1,2 18:5
  20:1 28:8 32:5,7,22
goals 11:13 12:10
goes 28:9 33:8
going 3:15 4:21 5:7
  13:6,24 15:7 18:5
  20:21 22:9,18
  23:15 24:5,10,13
  25:24 26:15 28:16
  28:17,19,19 32:9
good 3:2 6:12 7:19
  13:17 22:6
gosh 21:20
government 7:24
gpss 32:15
greater 10:22 12:8
  13:20 14:2
greensboro 1:14
group 7:11,12,14
guarantee 27:3,5
guaranteed 28:12
guess 19:14 23:6
guidelines 5:7

**h**

hale 14:16 26:11,12
half 17:19 20:1
  28:3
halls 32:6
hand 12:24 23:4
  26:1 28:8,8 31:10
happen 13:23
happening 20:5

happens 18:20,21
happy 17:25
harbor 24:18
hard 13:6
hear 8:1 10:6,6
  15:3,4 19:11
heard 28:15 30:12
  31:11
hearing 1:6 6:1,5,7
  8:1 10:15 12:25
  13:2 14:7 18:13,17
  33:16,17
hearings 5:8 12:7
  20:12
held 1:8 11:21 24:1
hello 10:18
help 15:8
helpful 18:16 27:18
  27:22
hi 20:10
historic 9:10
history 27:2
holding 20:12
homogenizing
  11:22
honor 3:18
hours 32:20
house 3:9,25 4:9,23
  4:23,24,25 5:3,10
  8:18 17:9,18,20,23
  19:25 21:25 22:2,5
  22:17,19 33:1
htpps 13:11
hub 11:16
huge 19:8
husband 15:5

**i**

idea 5:5
ideal 4:3,8,9,22 7:2
  7:3 14:9 24:22

identified 9:7
identify 21:12
identities 9:10
imagine 33:2
impact 4:17
importantly 11:13
impossible 32:24
inaudible 17:6
  18:12 19:25 20:3,5
  22:16 24:19 25:6
  29:15
incarcerated 8:9
include 9:12
included 26:20
includes 8:7
including 9:8 12:11
incumbents 8:23
index 2:16
information 13:13
  15:20 18:16 22:3
integrity 11:7 12:3
  12:11
intensely 9:17
interest 9:5,7,8,11
  9:17 10:1,7 11:7,14
  11:17 12:15 16:12
  16:22 19:12
interested 13:7
  23:11 34:14
interesting 13:9
  14:5,17
interests 9:16
  15:15
interpret 18:17
introduce 5:6 6:3
  31:24
introduction 22:1
issue 6:8,9,10 10:23
  11:11 28:7 29:3
issues 11:2,4 15:22
  15:23,24 30:1

identified 9:7

**j**

jefferson 14:16
  26:10
jim 2:3 3:5 13:5,12
job 22:9,11
joining 3:3
jones 2:11 20:9,10
  20:10 21:2 23:4,6
judy 2:12 21:14

**k**

katheryn 2:9
kathleen 1:21
  34:22
kathy 2:11 20:9,10
keep 6:9 15:14
  20:16
kids 17:1,2
kin 34:13
kinds 17:11
know 6:5 10:24
  14:23 15:7,17 16:5
  16:9 18:8 20:18,20
  21:6,6,25 22:3,5,12
  22:12 23:13,17,19
  23:25 24:9 25:8
  26:14 29:18

**l**

lakes 9:4
land 9:13
language 7:10,12
  7:14 11:6
large 11:16 21:23
larger 4:5
latitude 24:20
law 24:14
lawsuit 25:10,22,23
lawsuits 25:6
lawyer 16:9
leading 12:15

**league** 10:21,24
12:8 13:8,19 14:2
21:4 24:24 26:2
27:12 30:9 31:4,5
**league's** 11:10 12:1
**leave** 20:21 27:10
**leaving** 24:4
**lee** 18:21
**left** 3:10
**legislation** 12:2
**legislative** 6:8,9,22
9:22
**legislature** 6:13 7:4
9:20 10:6 11:9
13:25 16:2,7 19:2,9
21:21 23:16 25:1,2
**levels** 17:10
**licensed** 34:15
**life** 11:23
**limit** 5:15
**limited** 9:9
**limits** 17:24 19:21
**line** 18:14 19:19
25:19 31:14
**lines** 4:21 15:13
18:9 20:2 29:9 32:4
32:19
**link** 13:14,21 14:1
14:2
**lisa** 2:14,23 31:25
**list** 2:18
**literally** 32:18,25
**litigated** 25:21
**little** 13:10,15
18:10 21:16
**live** 3:6 17:22 18:1
**lived** 10:19
**livingston** 18:1
19:21
**locate** 3:14

**location** 1:12 32:13
**log** 2:22
**logical** 15:15
**long** 12:13 21:18
22:13,14
**look** 3:4 8:13 15:19
17:15 32:11
**looked** 15:18
**looking** 13:7 17:20
19:15
**losing** 18:25
**lost** 4:18,20 32:16
**lot** 8:7 20:18 32:15
**lovely** 17:25
**lunch** 17:2 18:3,4,5
**lwv** 30:7

**m**

**ma'am** 22:25
**maintaining** 12:11
**maintains** 12:2,4
**majority** 14:10
25:11,12,15,16,25
26:3,10,18 28:9
30:21
**makeup** 23:11
24:11 30:7
**making** 20:23
23:22 32:2
**mandated** 3:13
**manner** 7:8
**map** 13:7 17:21
19:15 30:7,10
**maps** 12:24 13:1
**marked** 33:18
**martin** 1:13
**match** 19:18
**mcclendon** 2:3 3:2
3:5 7:2 22:5
**meadows** 2:9 15:1
15:3,5 16:11

**mean** 6:25 27:16
32:25
**means** 8:21 14:13
17:12 34:9
**media** 15:22
**meet** 11:12 19:2
**meeting** 1:17 5:16
**meets** 21:5
**member** 8:21
**members** 17:20
21:19 22:12,19,19
**membership** 7:10
7:11,14 21:24
**mention** 13:18
**mentioned** 16:21
**mentioning** 13:25
**merely** 3:14
**microphone** 5:18
6:4
**microsoft** 1:17
**mid** 17:14 18:9
**middle** 15:10 18:24
19:23
**migratory** 3:16
**mike** 2:10,19 16:16
**minimal** 14:7 24:16
**minimize** 9:20
**minimum** 31:13
**minorities** 11:6
**minority** 7:5,11,12
7:14 19:16,17 20:3
28:8 30:21,25
**minus** 4:10 24:18
**minutes** 5:16 33:1
**misleading** 20:19
**mississippi** 32:19
**misspoke** 27:15
**missrepresent**
27:12
**mobile** 9:4 34:5

**monroe** 26:8
**morning** 3:2 6:13
**move** 3:20
**moving** 19:24
**municipalites**
16:21
**municipalities** 9:13
11:7,15

**n**

**n** 2:1
**name** 3:5 5:18
10:18 21:14 30:6
31:25 34:18
**necessary** 7:15
30:17
**need** 10:7 15:1,23
20:22 29:18 30:1
32:17
**needed** 28:22
**needs** 11:20 12:17
12:18 27:7
**negotiations** 13:22
**neighborhood**
28:22
**neighborhoods** 9:6
**neighbors** 16:25
**neither** 34:12
**neutral** 7:9,15
**never** 31:1
**nevertheless** 8:11
**new** 25:16
**nine** 28:3
**non** 21:22 24:17
**nondiscrimination**
6:18
**nonpartisan** 10:25
**north** 18:11
**northern** 11:23
**notary** 34:23
**noted** 19:15

november   25:8
number   4:3,5,6,7
  4:12,22  8:5,17,18
  9:20  16:23  17:16
  17:18  24:5,6  34:17
numbers   17:15
  19:18  26:21

**o**

object   26:17
objecting   26:15
objective   23:14
  28:5
obviously   4:21
officer   6:5  18:13
okay   13:17  16:11
  16:16  23:8
old   1:14
once   10:13
online   1:17  2:18,22
opening   2:2
opinion   14:6  15:17
  18:15,18
opportunity   14:11
  26:4  27:3  30:18
  31:2
opposed   20:4  26:23
  26:25
opposite   30:24
order   3:17  4:2,5
  5:14  7:20  8:14  19:2
  25:12,15
organization   10:25
outside   16:6
overall   29:10
overarching   19:1
oversees   21:17
overton   30:5

**p**

packing   20:5  30:8
  30:10,10,13,13,22

30:24  31:7,15,21
  33:5
page   2:2
parcel   19:7
parks   17:2
part   11:23,25  12:18
  13:3  17:5,8  20:21
  21:10,14
participating   5:23
  10:12  14:25  20:13
particular   8:14
  28:4
particularly   10:5
  18:20
parties   11:1  34:13
partisan   20:2
party   25:9
pass   28:19,19
pattern   3:16
payne   11:24
pens   13:10
people   3:14,15,20
  4:5,19,20,21  7:24
  8:1,8,9,9,10  9:18
  10:8,12  12:25
  13:25  14:25  15:17
  18:16  20:13  21:24
  22:4  24:7  25:23
  28:9  29:13,14,22
  30:2  32:5,23
percent   4:10  7:1
  14:14,17  20:3
  23:20  24:19  25:18
  26:5  27:2,8,14,19
  27:23,24  28:11,18
  28:21,24  29:11,23
  31:13,14,17,20
percentages   27:13
perfect   31:14
permanent   1:5  6:6

perry   14:16  23:10
  24:4  26:11,12,15
  26:24
person   3:18  4:14
  6:17,19  8:22  10:9
  10:10  20:17,24
  23:18
philosophy   12:6,18
place   13:5
places   30:21  32:25
plan   7:4  12:6,10
  14:5,18  15:19,25
  16:4,10  21:4  26:1,6
  26:17,24,25  27:12
  27:14  28:16,17
  31:5
plans   7:6  21:8
please   5:15,18  6:9
  10:17  14:22  16:17
  21:12  23:2  27:10
  32:20
plus   4:10  24:18
  29:16,17
podium   14:21
  21:11  23:3  31:23
point   9:1  14:4
pointed   15:12
polarized   31:3
political   9:6,12,17
politics   28:8  29:3
populated   18:23,24
  19:5
population   4:1,4,24
  4:25  6:21,23  7:2
  8:4,4,5,12,13,14
  10:2  11:4  14:9,13
  17:17  18:25  19:3,5
  19:7,13,17,18,24
  20:5  24:2,3,4,22
  26:18,19  27:1,5,7
  27:15,24,25  28:1

28:12,18,24  29:10
  29:12,12,14,15,17
  33:6
populations   7:3
  30:14
possible   8:23  16:13
powers   32:2
practicable   9:7
precedent   20:18
precincts   9:13
precisely   6:23
predominate   7:14
presence   31:3
present   12:16
presented   23:17
preserves   12:10
pretty   19:18  24:15
prevent   15:9
prickett   2:8,21
  10:16,17,18,19
  12:23  13:1,14,18
principally   6:17
  30:15
pringle   2:4  3:8  5:6
  5:9,10
priority   9:25  19:12
prisoners   26:20
prisons   26:20
probably   16:3  19:9
problem   32:19
process   9:17  29:21
programer   16:12
properly   15:8
proposal   13:23
proposed   12:2  13:8
  21:4  23:15  26:1
protection   25:4
provided   7:17
providing   18:15
public   1:6  34:23

purpose 7:5
purposes 7:25
  16:23
put 6:5 12:6 13:15
  15:20 17:15 20:14
  23:15 28:25 30:16

**q**

question 5:24
  23:17 30:5,9
questions 10:12
  14:24 18:17
quickly 19:17

**r**

r 34:2
race 7:9,10,11,13
  7:15,18,19 28:7
racial 9:9 11:5
  15:14 30:6,8,10
racially 31:3
reach 4:5
read 5:24 13:13
ready 13:10
real 31:11
realize 16:2
really 9:23 20:11
  20:13,15
reapportionment
  1:5 3:11 9:23
reason 7:19
reasonably 7:22
  9:19
recall 25:14
receive 11:19
recognized 9:8
record 5:24 6:3,6
  12:7 13:3 20:22
  21:10 26:17,23
recorded 8:7
redistricted 6:21

redistricting 1:6
  3:7 6:7,10 8:11,12
  10:23 11:11 12:4
  12:10,19,21 16:3,6
  16:9,22 19:15
  21:17,22,23 22:16
  22:18 28:11 29:20
redrawing 32:4
redrawn 8:2
reference 13:5
referenced 11:8
references 20:15
refiled 25:22
reflect 7:23
regard 6:19
regularly 17:3
relevant 33:6,6
remarks 2:2 5:15
remember 19:1
remotely 1:20 5:23
  6:2 10:13 14:24,25
  15:6 33:15 34:8
repeatedly 15:22
repopulate 19:4
reporter 1:22 6:2
  34:17
reporting 34:16
represenatives
  17:12
represent 5:19 28:4
representation
  23:23 27:4,5 29:7
  32:3,21
representative 2:4
  3:9,25 5:6,10 11:21
  14:12 17:4 33:2
representatives 3:9
  9:18 32:5 33:8
represented 23:21
  24:11 27:25 28:9
  28:23,25 29:1

representing 11:5
  26:22 28:14,17
  32:24
represents 11:16
republican 29:1
republicans 24:1
require 11:20
required 9:19 24:7
  27:19
requirement 6:20
  19:2 20:6,19
requirements 6:18
  10:3 12:4 21:5
requiring 10:1
reservations 9:13
residents 8:10
respect 9:5
respected 10:7
respecting 11:6,14
  19:11
responding 18:17
restructured 7:25
result 3:17 34:14
right 3:8 5:2 16:16
  16:20 17:21 19:15
  20:4,7 32:10
rights 7:7,13,16,20
  8:16 10:3 25:4
rivers 9:4
road 1:14
room 5:12
roots 10:20
roughly 4:19 6:21
rpr 1:21 34:22
rule 6:15
rules 6:13 10:5
rural 3:16 17:11,13
  18:11 19:23

**s**

safe 24:18
satisfied 29:22,24
saying 19:11 20:16
says 20:18 30:6
school 9:14 15:11
  17:1
se 29:4
seated 21:18
second 14:15 16:19
  26:9 31:12
section 7:6,12,16
  8:15
see 10:10,11,13
  14:20,21 19:17
  23:6
senate 3:6,24 4:8
  4:17,18,19,20 5:1
  8:17 17:10,16
  21:25 22:1,17,20
senator 2:3 3:2,5
  5:9 7:2 17:20 22:5
  28:15,16
senators 17:6,22,23
send 5:23 16:13
sense 17:7
september 1:9
serve 22:20 32:16
served 21:19 22:4
  22:13,15
service 22:22
services 32:14
sessions 21:22,23
set 8:17,18 16:8
seven 3:23 14:12
  23:25 24:5 26:6
  27:14
seventh 26:16,24
sewell's 14:12
  25:14

shape 3:19
share 17:3,14 18:10
shelton 1:13 14:19
 23:1
show 26:23
shown 27:2
shows 26:17
side 19:20
sign 5:21
signature 34:21
signed 5:15 10:8,9
 10:16
similarities 9:8
single 8:21 17:3
singleton 13:23
 28:16,17
sir 23:9
sitting 22:1
six 14:15 24:1 26:9
 27:14
size 18:9
sized 17:14
skirt 28:7
slope 21:16
small 21:22
social 9:10
solely 6:7
solidly 11:1
somebody 18:6
 32:8
sorry 21:21 22:15
sounds 20:6
sources 16:13
southern 11:25
southwest 18:2,11
sparsely 18:24 19:5
speak 5:14,20,20
 5:22 6:4 10:9,11,14
 10:16 11:18 12:5
 12:17 14:20,22
 16:17 20:8 23:2

29:25 30:14 31:4
 31:24 32:6 33:14
 33:15
speakers 30:13
speaking 10:22
 13:15 14:22
specific 11:1
spend 32:15
splitting 33:7
spoke 20:10
spoken 5:22
spokesperson
 10:21
spread 30:25
st 3:6
stacked 29:19
stand 11:1 12:9
standing 21:17
start 4:16 14:22
 31:15
state 1:13 3:5,8,23
 4:13 5:18 6:25 8:10
 9:3 10:1 12:13 14:5
 14:19 16:7 17:3,9,9
 17:16,20,22,22,23
 20:11 23:1,22
 25:10,24 33:4 34:4
statement 18:18
 23:18 27:19 31:21
statements 20:23
 21:9
states 15:12 16:5,5
statute 8:18,19
stenotype 34:8
streams 7:6
strict 24:21
strong 7:17,18
student 15:11
subdivisions 9:6,12
submitted 10:12
 13:2 14:24 21:10

subordinates 7:9
substantially 11:4
successful 27:20
 31:17
sufficient 25:20
suggest 16:2
suggestions 16:13
sundown 32:13
sunup 32:12
support 7:17 12:9
 12:14
supporting 28:16
 28:20
supposed 32:24
 33:9
supreme 24:16,19
sure 10:24 13:20
 20:16,22 21:8
 22:10 23:22 24:6
 24:10 25:2,21
 26:14,16 27:6,11
 28:6,13,20,20 29:5
 29:6,18,24 30:6
 31:6

t

t 34:2,2
take 16:19 17:2
 21:15 28:23
taken 7:12 25:17
 26:15 34:8
takes 26:24
talk 6:8 16:19 32:8
talking 3:21,22
 15:14 19:23,25
 26:19 27:13
target 4:6,7 24:12
 31:16
task 5:5 22:8
taylor 2:12 21:14
 21:14 22:9,21

teams 1:17
technology 16:12
tell 21:12,18 22:14
 27:21
tend 16:5
tenure 22:4
term 7:11 9:10
 30:11
terms 16:20,20
 20:2 24:21 30:12
 30:14
terri 25:14
testimony 2:7,19
 2:21,23
thank 3:3 5:9 6:11
 12:22 13:25 15:4
 16:15,18 20:8 21:2
 22:24,25 23:7,8
 27:9 30:3,4 31:22
 33:11,12,16
thankless 22:9,11
theoretically 17:19
thing 14:9 18:21
 20:14
things 11:9 16:21
 32:17
think 13:6 14:8
 15:15 21:21 24:25
 25:5 26:4 28:19
 31:8
third 4:9
thought 31:6
three 5:16 17:22
 22:19,19 26:11
time 5:17 18:3,7
 22:6,13,16 32:9,16
times 8:13
today 3:22,22 5:14
 8:1 10:8,21
told 25:6

**total** 8:3,5,12 14:8
15:18 27:15
**touched** 32:7
**town** 32:6
**traditions** 12:13
**transcribed** 1:20
6:1 34:9
**transcript** 34:10
**transcription** 34:9
**tread** 18:14
**trenches** 18:1
**trend** 3:15
**tribal** 9:9,13
**tried** 25:11
**true** 4:12 34:10
**trust** 22:7
**try** 3:17 9:20 18:13
**trying** 20:20 32:16
33:2
**tuesday** 1:9
**turn** 6:11
**turner** 2:13 23:10
23:10 25:8 26:14
27:10,23 30:4
**tuscaloosa** 1:15
5:12 10:17,19,22
11:15 12:9,16
13:20 14:3 16:18
16:23 17:10,14,21
18:20 19:6,6,21
21:15 32:1
**two** 7:7,12,16 8:15
14:4,11,17 17:6,20
25:5,10,12,15,17
25:24 26:3 29:10
29:20,23 30:12
**typically** 24:22

**u**

**u.s.** 17:6 32:12
**underscoring** 11:8

**understand** 13:3
13:22,24 21:2
24:23 28:21 29:2,3
**understanding**
12:1 24:14 25:22
**understands** 27:6
29:6
**unfortunately** 19:7
**unified** 11:19
**unique** 11:20
**unmute** 15:2 16:17
**upcoming** 29:20
**urban** 3:17 11:25
**use** 15:7,16,25 16:4
16:5,10

**v**

**vacant** 5:2
**variety** 30:25
**view** 13:12
**voice** 11:19 12:17
**vote** 3:18 6:17,19
8:8 29:16
**voter's** 27:12
**voters** 10:22,24
12:8 13:8,19 14:2
14:13 19:20,21
21:4 24:24 26:2
30:10,16,20,20
31:5,6
**votes** 30:23
**voting** 7:6,7,13,16
7:20 8:13,14,16
9:12 10:2 11:2
19:16,18 25:4
26:18 27:1,7 28:2
28:12,18,24 29:11
29:14 31:3

**w**

**walker** 2:5 3:10
6:12,12 12:23 13:4

13:17 14:4 15:4,25
16:15 18:13 20:7
21:2,20 22:10,25
23:8 27:10 30:4,9
31:22 33:12
**walker's** 6:11
**want** 5:20 6:15
16:1 18:15 20:14
21:15 23:5 25:23
26:16,23 27:6,11
28:7 29:5 31:12,14
31:23
**wanted** 15:7 16:19
26:14
**wants** 5:22 10:11
10:14 13:19 14:22
20:7 33:14
**ward** 2:14,23 31:25
31:25
**washington** 26:8
27:4
**wasted** 30:22
**water** 9:3
**way** 6:15 13:12
14:6 15:16 16:7,8
18:1,18 19:4 20:1
27:2 29:2,9 33:8
**ways** 15:24 19:19
**we've** 13:12 17:21
27:4
**website** 13:9
**wednesday** 20:11
**week** 12:8
**weighing** 9:15
**welcome** 5:13
**went** 4:23,25 5:1,2
5:3,3
**west** 11:16 12:16
19:20
**white** 28:10,10 29:1

**win** 29:18
**wish** 3:22
**wishes** 14:20 23:2
33:14
**women** 10:22,24
12:8 13:8,19 14:2
21:4 24:24 26:2
27:12 30:10 31:4,5
**work** 18:4,6 24:10
**working** 3:21 6:2
**works** 3:11
**worse** 18:25
**worst** 15:12
**written** 2:19,21,23
**wvaqx** 13:12

**x**

**x** 2:1

**y**

**years** 3:13 10:19
22:18
**younger** 29:12

**z**

**zero** 24:9
**zve** 13:12