# PERMANENT LEGISLATIVE COMMITTEE ON REAPPORTIONMENT

**DATE:** 5-5-21

**MOTION:** to object voting Age Population to determine.

— Pancus motions —

**BY:** Smitherman

**2ND** Rep Hall

| NAME | YES | NO | ABSTAIN |
|---|---|---|---|
| Senator Allen | | | |
| Senator Holley | | | |
| Senator Livingston | | | |
| Senator McClendon | | | |
| Senator Melson | | | |
| Senator Orr | | | |
| Senator Scofield | | | |
| Senator Singleton | | | |
| Senator Smitherman | | | |
| Senator Roberts | | | |
| Senator Williams | | | |
| Representative Boyd | | | |
| Representative Clouse | | | |
| Representative Ellis | | | |
| Representative England | | | |
| Represntative Greer | | | |
| Representative Hall | | | |
| Representative Jones | | | |
| Representative Lovvorn | | | |
| Representative Poole | | | |
| Reprentative Pringle | | | |
| Representative Wood | | | |

**MOTION VOTE TOTAL:** YES ☐   NO ☐   VOICE VOTE ☑

PASSED ☐   FAILED ☑

REVISED: APRIL 28, 2021

RC 044495

# PERMANENT LEGISLATIVE COMMITTEE ON REAPPORTIONMENT

**DATE:** 5-5-2021
**MOTION:** To adopt guidelines

**BY:** Orr
**2ND:** Roberts

| NAME | YES | NO | ABSTAIN |
|---|---|---|---|
| Senator Allen | 1 | | |
| Senator Holley | 2 | | |
| Senator Livingston | 3 | | |
| Senator McClendon | 4 | | |
| Senator Melson | 5 | | |
| Senator Orr | 6 | | |
| Senator Scofield | 7 | | |
| Senator Singleton | 8 | | |
| Senator Smitherman | | 1 | |
| Senator Roberts | 10 | | |
| Senator Williams | 11 | | |
| Representative Boyd | | | 3 |
| Representative Clouse | | | |
| Representative Ellis | 12 | | |
| Representative England | | | |
| Represntative Greer | 13 | | 1 |
| Representative Hall | | | 2 |
| Representative Jones | | | |
| Representative Lovvorn | 14 | | |
| Representative Poole | | | |
| Reprentative Pringle | 15 | | |
| Representative Wood | 16 | | |

**MOTION VOTE TOTAL:** YES 16   NO 1   VOICE VOTE ☐   3 Abstain

**PASSED** ✓   **FAILED** ☐

REVISED: APRIL 28, 2021

RC 044496

# PERMANENT LEGISLATIVE COMMITTEE ON REAPPORTIONMENT

DATE: May 5, 2021

MOTION: To accept motion meetings

BY: Sen. Williams

2ND: Livingston

| NAME | YES | NO | ABSTAIN |
|---|---|---|---|
| Senator Allen | | | |
| Senator Holley | | | |
| Senator Livingston | | | |
| Senator McClendon | | | |
| Senator Melson | | | |
| Senator Orr | | | |
| Senator Scofield | | | |
| Senator Singleton | | | |
| Senator Smitherman | | | |
| Senator Roberts | | | |
| Senator Williams | | | |
| Representative Boyd | | | |
| Representative Clouse | | | |
| Representative Ellis | | | |
| Representative England | | | |
| Represntative Greer | | | |
| Representative Hall | | | |
| Representative Jones | | | |
| Representative Lovvorn | | | |
| Representative Poole | | | |
| Reprentative Pringle | | | |
| Representative Wood | | | |

MOTION VOTE TOTAL: YES [ ]   NO [ ]   VOICE VOTE [✓]

PASSED [✓]   FAILED [ ]

REVISED: APRIL 28, 2021

RC 044497