FILED
2021 Dec-23 PM 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-01291-AMM |
| ) | |
| JOHN MERRILL, in his official ) | THREE-JUDGE COURT |
| capacity as Alabama Secretary of State, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

**COMES NOW**, W. Tucker Brown of the law firm Whatley Kallas, LLP and hereby enters this Notice of Appearance as additional counsel on behalf of Plaintiffs in the above-styled case.

This 23rd day of December, 2021.

                                    Respectfully submitted,

                                    */s/ W. Tucker Brown*
                                    W. Tucker Brown
                                    WHATLEY KALLAS, LLP
                                    2001 Park Place North
                                    1000 Park Place Tower
                                    Birmingham, AL 35203
                                    Tel: (205) 488-1200
                                    Fax: (800) 922-4851
                                    Email: tbrown@whatleykallas.com