FILED
2021 Dec-27 AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| BOBBY SINGLETON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-01291-AMM |
| | ) | |
| JOHN MERRILL, in his official capacity as Alabama Secretary of State, *et al.*, | ) | THREE-JUDGE COURT |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' EXHIBIT LIST**

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br>PLAINTIFF<br>GOVERNMENT<br>DEFENDANT<br>COURT<br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1. | | | | | | | | | Stipulations of Fact |
| | 2. | | | | | | | | | Natalie Davis Report |
| | 3. | | | | | | | | | Natalie Davis Rebuttal Report |
| | 4. | | | | | | | | | Thomas Bryan Report |
| | 5. | | | | | | | | | Thomas Bryan CV |
| | 6. | | | | | | | | | Trey Hood Report |
| | 7. | | | | | | | | | Thomas Bryan Rebuttal Report |
| | 8. | | | | | | | | | Trey Hood Rebuttal Report |
| | 9. | | | | | | | | | Hinaman Deposition Transcript with Exhibits |
| | 10. | | | | | | | | | Pringle Deposition Transcript with Exhibits |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 11. | | | | | | | | | McClendon Deposition Transcript with Exhibits |
| | 12. | | | | | | | | | Alabama State House Hearing Transcript |
| | 13. | | | | | | | | | Coastal Alabama Community College–Fairhope Hearing Transcript |
| | 14. | | | | | | | | | Gadsden State Community College (Ayers) Hearing Transcript |
| | 15. | | | | | | | | | Jefferson State Community College–Hoover Hearing Transcript |
| | 16. | | | | | | | | | Lawson State Community College Hearing Transcript |
| | 17. | | | | | | | | | Lurleen B. Wallace Community College Hearing Transcript |
| | 18. | | | | | | | | | Northeast Alabama Community College Hearing Transcript |
| | 19. | | | | | | | | | Northwest Shoals Community College Hearing Transcript |
| | 20. | | | | | | | | | Dorman Walker Talking Points |
| | 21. | | | | | | | | | Redistricting Guidelines |
| | 22. | | | | | | | | | All Alabama Congressional Maps |
| | 23. | | | | | | | | | Enacted 2021 Plan Map (Letter Size) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 24. | | | | | | | | | Enacted 2021 Plan Population Summary |
| | 25. | | | | | | | | | Enacted 2021 Plan Population Summary (AP) |
| | 26. | | | | | | | | | Enacted 2021 Plan Population Summary (VAP) |
| | 27. | | | | | | | | | Enacted 2021 Plan District Statistics |
| | 28. | | | | | | | | | Enacted 2021 Plan Communities of Interest Splits |
| | 29. | | | | | | | | | Jefferson D7 Precincts |
| | 30. | | | | | | | | | MGM D7 Precincts |
| | 31. | | | | | | | | | Tuscaloosa D7 Precincts |
| | 32. | | | | | | | | | DRA About election data.pdf |
| | 33. | | | | | | | | | DRA D7 Act 2021-555 map.pdf |
| | 34. | | | | | | | | | DRA Act 2021-555 plan stats.pdf |
| | 35. | | | | | | | | | Singleton Plan 1 Map (Letter Size) |
| | 36. | | | | | | | | | Singleton Plan 1 Map (Large) |
| | 37. | | | | | | | | | Singleton Plan 1 Population Summary |
| | 38. | | | | | | | | | Singleton Plan 1 Population Summary (AP) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 39. | | | | | | | | | Singleton Plan 1 Population Summary (VAP) |
| | 40. | | | | | | | | | Singleton Plan 1 District Statistics |
| | 41. | | | | | | | | | Singleton Plan 1 Communities of Interest Splits |
| | 42. | | | | | | | | | DRA Whole County Plan map.pdf |
| | 43. | | | | | | | | | DRA Whole County Plan statistics.pdf |
| | 44. | | | | | | | | | Singleton Plan 2 (Smaller Deviation) Equivalency File |
| | 45. | | | | | | | | | Singleton Plan 2 Map (Letter Size) |
| | 46. | | | | | | | | | Singleton Plan 2 Population Summary |
| | 47. | | | | | | | | | Singleton Plan 2 Population Summary (AP) |
| | 48. | | | | | | | | | Singleton Plan 2 Population Summary (VAP) |
| | 49. | | | | | | | | | Singleton Plan 2 District Statistics |
| | 50. | | | | | | | | | Singleton Plan 2 Communities of Interest Splits |
| | 51. | | | | | | | | | DRA Singleton Congressional Plan 2 map.pdf |
| | 52. | | | | | | | | | DRA Singleton Congressional Plan 2 statistics.pdf |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 53. | | | | | | | | | Singleton Plan 3 (Zero Deviation) Equivalency File |
| | 54. | | | | | | | | | Singleton Plan 3 Map (Letter Size) |
| | 55. | | | | | | | | | Singleton Plan 3 Population Summary |
| | 56. | | | | | | | | | Singleton Plan 3 Population Summary (AP) |
| | 57. | | | | | | | | | Singleton Plan 3 Population Summary (VAP) |
| | 58. | | | | | | | | | Singleton Plan 3 District Statistics |
| | 59. | | | | | | | | | Singleton Plan 3 Communities of Interest Splits |
| | 60. | | | | | | | | | DRA Singleton Congressional Plan 3 map.pdf |
| | 61. | | | | | | | | | DRA Singleton Congressional Plan 3 statistics.pdf |
| | 62. | | | | | | | | | Coleman Plan 1 Communities of Interest Splits |
| | 63. | | | | | | | | | Hatcher Plan 1 Communities of Interest Splits |
| | 64. | | | | | | | | | 2002 Preclearance Submission (Without Exhibits) |
| | 65. | | | | | | | | | 2011 Preclearance Submission (Without Exhibits) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 66. | | | | | | | | | Secretary of State Merrill's Pre-Trial Brief, Chestnut v. Merrill |
| | 67. | | | | | | | | | Defendant's Exhibit 001, Chestnut v. Merrill (Congressional Maps) |
| | 68. | | | | | | | | | Trey Hood Report, Chestnut v. Merrill |
| | 69. | | | | | | | | | May 2021 Whole County Plan Draft |

Dated: December 27, 2021

Respectfully submitted,

*/s/ James Uriah Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com

*/s/ Henry C. Quillen*
Henry C. Quillen
(admitted *pro hac vice)*
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
ehare@dicellolevitt.com

*Counsel for Plaintiffs*