FILED
2021 Dec-27  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 10

## (Deposition Transcript Will Be Provided)