FILED
2021 Dec-27  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 12



Deposition of:
## September 8, 2021 6:00 Public Hearing

*September 8, 2021*

In the Matter of:

## Permanent Legislative Committee On Reapportionment Public Hearings

Veritext Legal Solutions
877.373.3660 | calendar-al@veritext.com | 800.808.4958

RC 044681

Page 1

ALABAMA PERMANENT COMMITTEE ON REAPPORTIONMENT

AND REDISTRICTING PUBLIC HEARING


HELD ON

WEDNESDAY, SEPTEMBER 8TH, 2021

BEGINNING AT 6:00 P.M.


LOCATION:

ALABAMA STATE HOUSE

11 SOUTH UNION STREET

MONTGOMERY, ALABAMA 36104

AND

ONLINE VIA MICROSOFT TEAMS MEETING



TRANSCRIBED REMOTELY BY:

KATHLEEN F. CAVAZOS, RPR,

COURT REPORTER

RC 044682

1                    I N D E X

2     OPENING REMARKS:                                    PAGE

3        BY SENATOR JIM MCCLENDON. . . . . . . . . . . . . 3

4        BY REPRESENTATIVE CHRIS PRINGLE . . . . . . . . . 5

5        BY MR. DORMAN WALKER  . . . . . . . . . . . . . . 6

6

7     TESTIMONY:

8        BY MS. CAROL MOSELEY. . . . . . . . . . . . . . .15

9        BY MR. CLEO GEORGE WASHINGTON, II . . . . . . . .17

10       BY MS. KATHLEEN KIRKPATRICK . . . . . . . . . . .20

11       BY MS. ACQUANETTA POOLE . . . . . . . . . . . . .25

12       BY MS. TABITHA ISNER. . . . . . . . . . . . . . .27

13       BY MS. ELIZABETH WOODSON. . . . . . . . . . . . .30

14       BY MR. KENNETH GLASGOW. . . . . . . . . . . . . .33

15

16    EXHIBIT:

17    Exhibit 1  WRITTEN TESTIMONY OF CLEO GEORGE WASHINGTON, II. 37

18    Exhibit 2  WRITTEN TESTIMONY OF ACQUANETTA POOLE. . . . . .37

19    Exhibit 3  WRITTEN TESTIMONY OF TABITHA ISNER . . . . . . .37

20    Exhibit 4  MAP PROVIDED BY TABITHA ISNER. . . . . . . . . .37

21    Exhibit 5 ALTERNATIVE CONGRESSIONAL MAP PROPOSAL. . . . . .37

22

23

24

25

1        SENATOR MCCLENDON:  Welcome, everybody.  For

2    everyone that's joining us online virtually, listening

3    with us, I'd appreciate it if you would mute your

4    microphones on your devices, your laptop or cell phone,

5    whatever you're using.  Mute your mic.  It gives us an

6    echo and a lot of feedback.  And, also, I ask that you

7    turn off your cameras on your personal devices, except

8    our court reporter who we see.  There's our court

9    reporter.  Everybody can see her.  Everything is going to

10   be taken down and will go into the record.

11        My name is Jim McClendon.  I am a senator from

12   St. Clair County, which is north central Alabama.  I am

13   Senate chair of the Committee on Redistricting and

14   Reapportionment.  I want to thank every one of you for

15   coming.  We've looked forward to this.  All of our

16   meetings up until now, and there's been quite a few of

17   them around the state, have been virtual, and now we have

18   live people, and we're glad to see you.  Of course, we

19   also have people with us virtually.

20        Representative Jones is here.  What other

21   representatives do we have?  Senator Singleton is over

22   here.  He's with us.  He's a member of the committee.

23   Chris Pringle is the counterpart in the House.  He is the

24   house chair.  Dorman Walker is to my immediate left.  He

25   is our attorney, and he is the hearing officer.  Senator

RC 044684

Page 4

1   Steve Livingston is with us.  He is a member of the

2   committee, and he's with us today.

3          Anybody out there I missed?  Okay.  I'm going to

4   let it ride.

5          Every 10 years, the census is taken to determine

6   the population.  The census does more than just count

7   people.  It locates people, and we use this when it's

8   time to redraw the districts.  Now, the districts we're

9   interested in are, of course, the House of

10  Representatives, the Alabama Senate, the Alabama State

11  Board of Education, and the Congressional districts.  So

12  we have all four of these, and we're developing the maps

13  for all four of these, and we're developing these maps

14  with the input of the public, you, and you're going to

15  have the opportunity to come make your suggestions about

16  how we do this.  We'll get more into the details in just

17  a minute.

18         Let me give you -- Where is my sheet?  Here it

19  is.  So when the population in the district drops or goes

20  down or decreases from the ideal district size -- which

21  by the way, the ideal district size under the new census

22  data for a Senate district is 143,551.  Now, we have a

23  five percent plus or minus latitude.  It doesn't have to

24  be exactly that number, but it needs to be within that 10

25  percent range, plus five, minus five.  That will satisfy

RC 044685

1    our criteria.

2              A House district is 47,850.  It also has plus or

3    minus five as does the state board of education

4    districts.  Congressional districts have the same number

5    of people, and that's by some rules and court cases

6    beyond our control.

7              Let me give you some samples of what's going on

8    with districts in the Montgomery area.  Of course, we've

9    got them for the entire state, but I'm trying to focus on

10   what might be your interests.  Senate district 25 has

11   gained 6,180, a round number, people, so that district is

12   going to have to shrink, probably.  District 26 has gone

13   down by 18,300.  These are round numbers I'm giving you,

14   but they're close enough for what we're doing.  Senate

15   district 30 has gone up by about 1,400.

16             Now, let's take that district, for example.  It

17   has gone up by 1,400.  That's within that plus or minus

18   five deviation.  You would think, well, we don't have to

19   mess with that district.  What happens is adjacent

20   districts go up or down, too, and they have to be

21   adjusted.  So it can affect other districts that are

22   close by.

23             Let's look at the House districts around this

24   area.  Here we go.  House 31, that's Representative Mike

25   Holmes' district, who is with us.  His district increased

RC 044686

Page 6

1    in population by about 1,700 people.  Let's see who else

2    we've got in the Montgomery area.  House district 69 lost

3    about 5,500 in population.  House district 74 went down

4    by about 2,800.  House district 75 went up by

5    12,300-and-something.  The late Representative McClammy's

6    district is 76.  It went down by about 4,400.  Tashina

7    Morris' -- or House district 77 went down by about 2,600,

8    and 78, which is vacant right now, decreased in

9    population by about 7,700.  And I've got one more for

10   you.  House district 90 went down by about 5,600.

11            So, you see, there's -- Our population shifts.

12   This has been going on for decades.  There's definitely a

13   trend, a migratory pattern from the rural areas to the

14   direction of the urban areas, and when that happens, the

15   committee has to get together and look at the map and see

16   how we're going to redraw them, and that's our job.

17   That's what we're doing.

18            Let me let Representative Pringle come forward

19   now and see what he has to say.

20            REPRESENTATIVE PRINGLE:  Thank you, Senator.  I

21   appreciate it.  My name is Chris Pringle.  I'm state

22   representative from House district 101 and the beautiful

23   City of Mobile, Alabama.  Today, I'd like to welcome you

24   to this hearing.

25            We will call you in the order in which you have

1    signed up to speak.  Each speaker will be limited to

2    three minutes.  Mr. Walker will keep time.  When called,

3    please come to the microphone, clearly state your name,

4    the community you represent and the district or districts

5    you want to speak about.  If you decide you want to speak

6    but have not signed up, we will recognize you at the end.

7    If you are participating remotely, send us your

8    questions, and we'll read it into the record at the end

9    of the meeting.

10           This hearing is being transcribed by a court

11   reporter working remotely.  If you have something you'd

12   like introduced into the record, bring it to the

13   microphone with you and leave it with us, and we will

14   have it put into the permanent record of the committee.

15           Remember, this meeting is on the issue of

16   redistricting only.  No subject before the legislature --

17   We're not here to discuss any other subject outside of

18   redistricting.

19           And I think I would be extremely remiss if I did

20   not recognize -- It looks like my dear friend, John

21   Knight, slipped into the room.  Welcome, John.  It's a

22   pleasure to see you always.  John and I served together.

23   He was a great representative in Montgomery.

24           I'm going to turn it over to Dorman Walker who

25   will be presiding.

RC 044688

1          MR. WALKER:  Hello.  I'm Dorman Walker, the

2     hearing officer, and welcome, and thank you for coming

3     today.  Whether you're participating here in person in

4     the auditorium or remotely, your participation is

5     important to the process, and the information that you

6     have for the legislature is valuable to the redistricting

7     process.

8          Before I open the floor for testimony, I'd like

9     to say a little bit of housekeeping first.  If you came

10    in and didn't have an opportunity to sign in because the

11    sign-in sheets had already been collected, I have them

12    here, and I'll put one right here, and if you want to

13    come in and sign in so we have a record of your

14    attendance, thank you very much for doing that after the

15    hearing is over.

16         The legislature cannot just draw districts any

17    way it wants.  It's bound by the obligation to comply

18    with the federal and state constitutions and statutes and

19    by the legislature's own guidelines for redistricting.

20    And what I want to do before I open the floor is explain

21    what those limitations are or rules are so that everybody

22    has an understanding of them.

23         First is the requirements -- Overarching

24    everything are the requirements for equal population and

25    nondiscrimination.

1            As to equal population, the Congressional

2    districts must be more or less equally populated after we

3    finish redistricting, and the state board of education

4    and the legislative districts, the House and Senate

5    districts must be populated within a range that is plus

6    or minus five percent above or below the ideal

7    population.  The ideal population is simply the new

8    census data for the state's population, which is

9    5,024,279 divided by the number of relevant districts.

10   In other words, the ideal population for the Senate

11   district would be 5,024,279 divided by 35, or for a House

12   district, the same number divided by 105, the number of

13   House districts we have, or Congressional by seven or

14   state board of education by eight.

15            So when the legislature is drawing maps for the

16   state offices, it can vary the population of districts in

17   order to accomplish other goals such as keeping counties

18   whole or protecting communities of interest and trying

19   not to split them.  That's not always possible.  There

20   will be some counties that will be split and communities

21   of interest split, but having that room for play allows

22   the legislature to do a better job of preserving whole

23   counties and communities of interest.

24            In the last redistricting cycle, that deviation

25   was narrowed to plus or minus one percent over the ideal

1    population, and that resulted in more county splits, more

2    splits of municipalities, I think, than you will see

3    probably in the new district maps.

4              So another overarching requirement that's

5    non-negotiable is that any plan must be

6    non-discriminatory and comply with the equal protection

7    clause and other constitutional provisions and with

8    section two of the Voting Rights Act, which is the

9    workhorse section of the Voting Rights Act.

10             In addition, no district will be drawn in a

11   manner that subordinates the legislature's race-neutral

12   districting criteria -- and I'll go over those in a

13   second -- to considerations of race, color or membership

14   in a language minority group, except that race, color or

15   membership in a language minority group may be considered

16   and may predominate over race-neutral districting

17   criteria in order to comply with section two of the

18   Voting Rights Act, provided that there is a strong basis

19   in evidence in support of such a race-based choice.  A

20   strong basis in evidence is defined by the United States

21   Supreme Court as good reason to believe that race must be

22   used in order to satisfy the Voting Rights Act.

23             So, in other words, redistricting is done in as

24   race-neutral a manner as possible, although at the end,

25   it may be that race is considered in order to ensure that

RC 044691

Page 11

1   the Voting Rights Act is complied with.

2           The race-neutral districting criteria that the

3   legislature has adopted includes the obligation to draw

4   districts that are reasonably compact, which is a

5   relative term.  It depends on the size of the

6   jurisdictions overall, as well as contain as few counties

7   as possible.  All districts should reflect the will of

8   the people, which is one of the reasons why we're having

9   these hearings so that the legislature can receive

10  testimony about how districts should be drawn.

11          Districts are drawn on the basis of total

12  population.  The census bureau reports population in many

13  different forms, but the largest grouping the census

14  gives us is the total population, which is simply

15  everybody that was in the state and in subordinate units

16  of the state on census day, April 1, 2020.  So total

17  population, obviously, includes a lot of people who can't

18  vote such as children or people under 18, people who were

19  merely visiting the state, residing in the state but were

20  not citizens of the state, people who are not citizens of

21  the United States and maybe, in some instances, people

22  who are incarcerated and have lost the right to vote or

23  felons who have lost the right to vote.

24          Nevertheless, total population is the way that

25  districts have always been drawn, although in some

Page 12

1    circumstances voting age population, that is, what we

2    call BVAP, black voting age population, or white voting

3    age population, may be considered to ensure, again, that

4    we're complying with section two of the Voting Rights

5    Act.

6            The legislature has to draw 35 Senate districts

7    and 105 House districts, even though the Constitution

8    would allow for 106 House districts.  All districts are

9    single-member districts.  We don't have any multi-member

10   districts.  Only one person is elected from each

11   district.  In other parts of the country, you might see

12   multi-member districts.

13           Contests between incumbents are to be avoided

14   whenever possible as the legislature draws districts.  In

15   addition, the legislature should seek to preserve the

16   cores of existing districts when it draws districts.

17           Contiguity is required, which means that every

18   district must be, at every point on the boundary of a

19   district, in contact with either another district or one

20   of the boundaries of the state.  Contiguity across water,

21   such as the Alabama River or Mobile Bay or Lake Martin is

22   allowed.

23           Districts also must respect, to the extent

24   possible, communities of interest, neighborhoods and

25   political subdivisions to the extent practicable.  A

RC 044693

1    community of interest is defined as an area with

2    recognized similarities of interest, including, but not

3    limited to, ethnic, racial, economic, tribal, social,

4    geographic and historical identities.  The term

5    "communities of interest" may, in certain circumstances,

6    include political subdivisions such as counties, voting

7    precincts, municipalities, tribal lands and reservations,

8    and school districts.

9         The discernment, weighing and balancing of the

10   various factors that contribute to communities of

11   interest is an intensely political process best left to

12   the representatives of the people.

13         In establishing the legislative districts, the

14   Reapportionment Committee and the legislature give due

15   consideration to all of the race-neutral criteria herein.

16   However, priority is given to the compelling state

17   interest in requiring equality of population among

18   districts and compliance with the federal Constitution,

19   state Constitution and the Voting Rights Act.

20         In addition, these criteria that I've identified

21   for you are not listed in order of precedence, and in

22   each instance where they conflict, the legislature shall

23   at its discretion determine which one takes priority.

24         I'm going to call people in the order they

25   signed up.

Page 14

1           Before I call people, if there are any members

2    of the media here, would they please just identify

3    themselves for the record?  If you're a member of the

4    media, would you -- You can stay where you are but

5    announce what medium -- who you're reporting for.

6    Anybody?

7           (Inaudible.)

8           MR. WALKER:  Hey, Mike.  Okay.  Thank you.

9    Anybody else?  Thank y'all for your coverage.  It's very

10   important.

11          I will call you up in the order that you signed

12   up.  I've got two sign-in sheets.  I'll work through

13   those.  After that, we'll see if anybody who is

14   participating remotely wants to comment, and then I'll

15   come back and see again if there's anybody else who wants

16   to.

17          The court reporter has asked if the media will

18   repeat their names.  I'm sorry.  Mike Cason for AL.com

19   and Raymond Moseley for Alabama Political Reporter and --

20   Brandon, I'm sorry, Moseley for Alabama Political

21   Reporter -- and Karen Goldsmith, Alabama Public

22   Television.

23          Thank y'all.

24          Ms. Moseley, if you'll come up to the podium,

25   and I'm going to start the timer when you get there, and

1    you'll hear it if you go over your three minutes.

2           MS. MOSELEY:  Thank you and good evening.  My

3    name is Carol Moseley.  I am the president of the League

4    of Women Voters of Montgomery.

5           The League of Women Voters is a non-partisan

6    organization.  We do not endorse specific candidates or

7    parties, but we are strongly committed to ensuring that

8    all citizens have the right to vote, equitable access to

9    voting and voting in fairly drawn districts at all levels

10   of government.  Fair voting districts protect the

11   strength of each voter's vote.  The current

12   reapportionment is the time to rectify the unfairness in

13   our current maps.

14          Today I'm speaking about our federal

15   Congressional districts.  The League will submit comments

16   on the state legislative reapportionment at a later date.

17          Montgomery County is an easily understood

18   example of the kind of districting that is unfair.  The

19   county is split into three Congressional districts, and a

20   cursory look at the boundaries between the seventh

21   district and second district show a classic case of

22   packing voters, packing Democratic votes into a safe

23   democratic district in order to prevent those votes being

24   cast against a Republican candidate.

25          A more detailed look at the line between the

RC 044696

1   second and seventh district shows that the line is quite
2   irregular, splitting nine precincts.  So not only is the
3   county split, but in that part of the county, precincts
4   are also split.  Eight of those nine split precincts are
5   Democratic.  This strategy minimizes the Democratic votes
6   in district two.  The unfairness that results from this
7   packing is that it prevents Montgomery County citizens
8   from having representation that reflects the voices of
9   the entire county.
10          Districts, as you noted, are required to be
11   substantially equal in population and geographically
12   connected.  So those requirements are being met with
13   lines such as what we see between our second and our
14   seventh districts.  What is not being met is respect for
15   the integrity of our county, something that our state
16   Constitution and long tradition support.
17          The League of Women Voters of Montgomery
18   supports a reapportionment that does not split any county
19   in the state.
20          Thank you.
21          MR. WALKER:  Ms. Moseley, if you want to -- You
22   have written statements there.  I mean, you've given us
23   your testimony.  If you want, though, to put those
24   written statements into the record as an exhibit, you're
25   welcome to.  Just put them up here, and we'll see that

RC 044697

Page 17

1  they get to the court reporter.  I think you can submit

2  them electronically to the reapportionment office.  Okay.

3  Thank you.

4          And for those of you who don't know, the League

5  of Women Voters has -- I don't know if proposed is too

6  strong a word -- a whole county plan for Congressional

7  districts that has two black opportunity districts in it.

8          Thank you for your testimony.

9          Our next speaker is Cleo George Washington.

10  Okay.  Thank you.  Mr. Washington, I'll make sure that

11  one of these is attached to the record of this hearing.

12          MR. WASHINGTON:  Yes, sir.

13          MR. WALKER:  Okay.  When you're ready.

14          MR. WASHINGTON:  Good afternoon, Chairman

15  McClendon, Vice Chair Pringle and other distinguished

16  members of the joint commission.

17          My name is Cleo George Washington, II.  I reside

18  in Congressional district two, and I am a sophomore at

19  LAMP High School here in Montgomery.  I was five years

20  old when the Alabama legislature passed the Congressional

21  redistricting maps in June of 2011.  So this is my first

22  opportunity to speak before the joint commission.  Thank

23  you.

24          I encourage the committee to consider changing

25  the Congressional district lines to comply with the

1    intent and spirit of the Voting Rights Act of 1965, which

2    was to prohibit discrimination of voting by removing

3    barriers that were put in place after slavery ended and

4    provide greater opportunity for blacks to elect

5    representatives of their choice.  As you are aware,

6    section five of the law was validated by the Supreme

7    Court decision in Shelby County vs. Holder in 2013.  That

8    section dealt with the requirement of pre-clearance.

9            Today, I would urge the committee to focus on

10   the other important part of the Voting Rights Act,

11   section two.  A bipartisan Congress in 1982 amended

12   section two of the Voting Rights Act to allow a cause of

13   action when the voting process has the effect of diluting

14   a minority's voting power.  My reading of the law and

15   Supreme Court decision, Thornburg vs. Gingles in 1986 is

16   that proof of racial bias is not required to prove a

17   violation of section two.  Instead, if the district map

18   change has the effect of diluting the voting strength of

19   minorities, then it can be in violation of the Voting

20   Rights Act.

21           It is clear Congressional redistricting maps

22   passed after the 2010 census have had the effect of

23   diluting the impact of minority voters in CD2.  I will

24   refer you to Exhibit A which shows CD2 was competitive

25   between Democrats and Republicans prior to the new map.

Page 19

1   Democrat Bobby Bright won by one percent in 2008, and

2   Republican Marsha Roby won by two percent in 2010.  It is

3   equally clear CD2 is now non-competitive.

4         Exhibit B is the current map for CD7, which

5   includes Birmingham.  CD7 has 63 percent black residents,

6   which I recommend reducing to 53 percent, which would

7   allow it to maintain a status of a majority minority

8   district.

9         Exhibit C is the current map for CD2, which has

10   30 percent black residents, which I recommend increasing

11   by 10 percent, for a total of 40 percent black residents.

12         Effective proposal:  Republicans continue to

13   dominate 71 percent of Congressional districts, five out

14   of seven instead of six out of seven.  Today, Republicans

15   control 85 percent of CDs even though the combined

16   minority population has grown to 35 percent.  This change

17   will create a fairer opportunity for minority voters

18   under the principle of one person, one vote to elect a

19   candidate in a competitive CD2.  This proposal also is

20   consistent with the requirements of, one, contiguity;

21   two, compactness; and, three, communities of interest.

22         Lastly, Mr. Chairman, like most of America,

23   Alabama is going through a transformation.  It is

24   becoming more and more diverse.  As a result of the

25   growing diversity, Alabama added over a quarter million

Page 20

1  new residents over the last decade to bring our total

2  population to 5,024,000.  Most of the residents are

3  minority and deserving an opportunity to have a second

4  member in Congress.

5          Thank you.

6          MR. WALKER:  Thank you, Mr. Washington.

7          SENATOR MCCLENDON:  Mr. Washington, you made an

8  excellent presentation.  You came well prepared, and I

9  know your mama and daddy are proud of you, for I am.

10  Thank you so much for being with us.

11          REPRESENTATIVE PRINGLE:  I'd like to echo those

12  comments, best presentation we've had.

13          MR. WALKER:  Our next speaker is Kathleen

14  Kirkpatrick.

15          MS. KIRKPATRICK:  That's a very tough act to

16  follow, but I'll do my best.  Thank you.

17          I'm Kathleen Kirkpatrick, and I'm a resident of

18  the garden district here in Montgomery.  So I'm located

19  in Senate district 76, House district 77 and U.S.

20  Congressional district number two, and I'd like to

21  provide some comments primarily about the Senate

22  districts.

23          One of the things I love about Montgomery is our

24  deep history in the civil rights movement, and when I

25  moved back to Alabama originally to my hometown of

Page 21

1    Tuscaloosa about a decade ago, I was really attracted to

2    living in Montgomery, our state capital, for this reason,

3    because of the history and because of a pattern of

4    sustainable redevelopment in this region that I find is

5    really intriguing and looks to the future.

6           But, first, let's talk about Senate districts 25

7    and 26.  I think I misspoke earlier on the number.  So

8    I'm in Senate district 26.  It's relatively compact,

9    right, addresses that concern, but it's also a relatively

10   urban district that's predominantly black, about 76

11   percent, by the way.

12          By contrast, Senate district 25 is a very oddly

13   shaped district that reaches all the way from Elmore

14   County, swings down through and grabs these weird little

15   chunks of the City of Montgomery that are predominantly

16   white and runs all the way down to all of Crenshaw

17   County.  There is some balance that's needed for these

18   squiggly lines, and with the new census information, as

19   you noted earlier, there needs to be rebalancing to

20   accurately reflect that one person, one vote concern.

21   Right?

22          So I'm proposing redrawing those lines.  I

23   realize this is all going to need to take into

24   consideration neighboring districts, but I know that it's

25   possible, and personally I'm working with a number of

Page 22

1    friends and colleagues in redrawing maps and evaluating
2    the statewide maps with the new census data to address
3    these concerns, and I'm planning to submit those
4    comments, the specifics, along with maps no later than
5    the 16th of this month.
6              Since I'm not out of time quite yet, I'd also
7    like to talk about our state House districts.  There are
8    seven House districts in Montgomery County, weirdly
9    shaped, obviously pulling in from rural areas outside of
10   Montgomery to try to address some of the balance.  There
11   is a better way to do this.  I won't go into those
12   details now.
13             Last and certainly not least, again, I have a
14   very tough act to follow here talking about the
15   Congressional districts, but it is a disservice to the
16   people of Montgomery to not do a better job addressing a
17   balance and to split our city into three Congressional
18   districts, especially since we know there's a lot of
19   federal funding coming.  We need to be able to work
20   closely with our federal representatives to make sure
21   that that money is spent appropriately and that we can do
22   it in a consolidated manner to work for all of our city
23   and county.
24             MR. WALKER:  Thank you.
25             MS. KIRKPATRICK:  Thank you for the opportunity.

Page 23

1          MR. WALKER:  Thank you very much.

2          Our next speaker is Mike Holmes.

3          Oh, Okay.  If we had one, we'd give it to you.

4          The Reverend Rayford Mack.

5          REVEREND MACK:  Good evening to the

6     co-chairpersons, Senator McClendon and Representative

7     Pringle, and all of the other members of the

8     Redistricting Committee.

9          I'm Reverend Rayford Mack.  I'm president of the

10    metro Montgomery branch of the NAACP, and I'm here today

11    to go on record at this public hearing asking -- to ask,

12    to urge the committee to create fair and representative

13    maps.  I am tired of being the victim of partisan

14    gerrymandering, packing, cracking and a large election

15    system.

16          I was a sophomore attending Toulminville High

17    School in 1969 located in Mobile, Alabama when schools

18    really started the integration process.  As a

19    16-year-old, I watched our school enrollment drop from

20    1600 students to a thousand.  I witnessed how

21    systematically the best athletes from my school were

22    zoned to predominantly white schools, leaving just enough

23    male students to remain in that athletic class or

24    division.

25          You know, fast forward, and I was a candidate

RC 044704

Page 24

1    for House district 74 in 2018.  I have lived in district

2    74 since 1993.  I have seen the demographics of that

3    district evolve over the last 25 years.  When I relocated

4    to Montgomery in 1990, most of the residents living down

5    the Atlanta Highway were white.  Eastdale Mall was the

6    flagship for shopping in the Montgomery area, and there

7    were no businesses on Atlanta Highway once you passed

8    Bell Road except for Green Thumb and a Chevron station.

9            When we moved into the Copperfield subdivision

10   in '93, the neighborhood racial composition was about 90

11   percent white.  If we fast-forward today, that racial

12   composition is about 50 percent white, 50 percent other.

13   Most of the black population live in the city of

14   Montgomery.

15           Because of the way Senate district 25 and 26,

16   House district 78 -- 77 and 78 currently are drawn, it

17   packs black voters in ways that do not reflect

18   communities of interest and in numbers necessary to

19   comply with the voting rights.  And I know my time has

20   went off, but like I said earlier, I was a candidate for

21   House district 74 in 2018, but for some reason minority

22   candidates cannot win.

23           And I know the committee stated in y'all's

24   initial meeting that you wanted to -- the goal was to

25   draw the most constitutionally sound legal defensible

Page 25

```
 1    plan we can arrive at.  I suggest the following for black
 2    voters to have fair representation in the Alabama
 3    legislature:  Black voters should no longer be packed
 4    into districts in Montgomery and the Jefferson County
 5    areas in ways that unfairly dilute their political power.
 6    Communities of interest should no longer be split in the
 7    Huntsville area, and districts should not unnecessarily
 8    pull in parts of other counties, particularly in places
 9    like Jefferson, Montgomery and Madison County.
10              Thank you very much.
11              MR. WALKER:  Thank you, Reverend Mack.
12              Our next speaker is Acquanetta Poole.  Welcome,
13    Ms. Poole.
14              MS. POOLE:  Thank you so much for this
15    opportunity to speak with you, and thank you for taking
16    this meeting.
17              My name is Acquanetta Poole, and I live in state
18    Senate district 25.  I am here representing all
19    underserved children in all school districts.
20              My heart is very heavy this evening as I share a
21    living story.  I made it out, a product of Montgomery
22    Public School System.  However, all too often, I hear of
23    so many children that did not make it out, hundreds of
24    them.  They do not have a fighting chance to make it out.
25              The district representing the black and brown
```

Page 26

1  community maps are drawn with biased intentions.  They
2  are unequal when educating black and brown children.  I
3  ask that you change the currency of this slippery slope,
4  of this three-tier school system.  The traditional school
5  system funds are depleting.  The funds are going to the
6  charter schools with no possibility of returning.
7          The second oldest school system is the private
8  school system, and their survival is coined "at risk."
9  The traditional schools have been laboring at risk, and I
10  ask -- have been labored as at risk, and I ask, why are
11  you putting our children at risk in harm's way, cutting
12  off their life support?  Give our black and brown
13  children a chance to make it out of this designed plan
14  that has held them captive, the pipeline to the prison
15  system.  That's the direction that they're going.
16          A living map will be presented by September
17  16th, along with many supporting testimonies to validate
18  our concern.
19          Thank you for allowing me the opportunity to
20  share this testimony.  I am here not looking for a
21  handout, just asking you to give our children a chance to
22  make it out.
23          Again, thank you for your heartfelt
24  consideration.
25          MR. WALKER:  Thank you, Ms. Poole.

Page 27

1          Our next speaker is Mr. Bobby Mayes.  Okay.

2    Thank you, Mr. Mayes.

3          Next is Ms. Tabitha Isner.  Welcome, Ms. Isner.

4          MS. ISNER:  Thank you.  Good evening.  My name

5    is Tabitha Isner.  I live in Congressional district two,

6    state school board district three, state Senate district

7    26 and House district 77, and don't even get me started

8    on the locals.

9          If you look at where those four districts line

10   up, Congressional two, state school board three, state

11   Senate district 26, House district 77, you know exactly

12   where I live.  There aren't a lot of other people who can

13   say that they have that particular alignment of

14   districts.  My son's school isn't in that area.  The

15   church my husband pastors isn't in that area.  I don't

16   even know anyone else other than my immediate neighbors

17   who live in that area.

18         It's terribly confusing here in Montgomery that

19   the districts don't line up.  They don't line up within

20   precincts.  They don't line up amongst neighbors or

21   neighborhoods.  So tonight I want to testify on behalf of

22   the weary Montgomery voter who is exhausted by the way

23   Montgomery is continually divided into smaller and

24   smaller pieces.

25         First and perhaps most concerning is the

RC 044708

1  division of Montgomery County into three Congressional

2  districts, which has already been discussed, but I'm

3  going to say it again.  That division is not necessary

4  and serves no purpose other than racial gerrymandering.

5  Montgomery functions as a unified economy and a unified

6  community and culture.  We are a single media market, yet

7  on TV, we see ads for three different Congressional

8  races.  Local organizations that want to advocate for our

9  region must write letters, make phone calls and make

10  visits to three different Congressional representatives,

11  only one of whom even has an office in Montgomery,

12  despite it being one of the largest cities.

13        Racial divisions are already a huge problem in

14  our town.  So the fact that white voters are likely

15  represented by a different congressman than black voters

16  only serves to further the sense that we aren't really

17  living in the same town.

18        Moreover, no voter in Montgomery County is

19  voting in a competitive election for their Congressional

20  representative.  All three seats here in Montgomery

21  county are regularly won with a margin of over 20 points,

22  whether that's by a Democrat or a Republican.  There

23  clearly is enough diversity in this community to have

24  competitive races, and, yet, we don't.  And

25  non-competitive districts are bad for voters because when

Page 29

```
 1   a representative isn't worried about losing their seat,
 2   they don't have any reason to listen to their
 3   constituents.  The result is that decisions are being
 4   made in primaries, and we are getting representatives who
 5   are more and more extreme in their beliefs, less and less
 6   likely to look for bipartisan solutions.
 7           I will be submitting a proposed Congressional
 8   map that keeps Montgomery together in one district.  It
 9   wasn't hard to draw.  I can, in fact, show you many maps,
10   many different configurations of our Congressional map
11   that all result in a unified Montgomery.  In my preferred
12   map, we get a competitive second district.
13           MR. WALKER:  Would you wrap it up, Ms. Isner.
14           MS. ISNER:  I would.  I will also be submitting
15   comments in writing about the state board of education
16   which is also deeply dividing Montgomery.
17           Thank you for your time.
18           MR. WALKER:  Thank you for your comments.
19           I think we may have one question that's been
20   submitted remotely.  Just one second, please.
21           MS. OVERTON:  Yes.  This is from Catherine
22   Davies.  She wants to know --
23           MR. WALKER:  We can't hear you.
24           MS. OVERTON:  This is from Catherine Davies.
25   "We still need a citation for the, quote, only one
```

1    person, quote, deviation for the Congressional district.

2    The answer is deep in the case law is not good enough."

3              MR. WALKER:  Okay.  Well, I don't have case law

4    up here with me.  So, Ms. Davies, we'll answer that later

5    on.

6              Are there any other comments or questions from

7    the people attending virtually?

8              MS. OVERTON:  No, there were no other questions.

9              MR. WALKER:  Okay.  Anybody else who wants to

10   speak?

11             Yes, ma'am.

12             MS. WOODSON:  Thank you for your patience with

13   my approach.  Hello.  My name is Elizabeth Woodson.  I'm

14   a Montgomery resident in the garden district, which is

15   state Senate 26 and state House 77.  I've been here in

16   Montgomery for four years, and I love it, no plans to

17   leave.  It's a place I call home and a community I'm

18   really honored to be a part of.

19             My question is for Committee Chairs McClendon

20   and Pringle.  Thank you so much for being here tonight.

21   It's great to see you.  I wanted to ask about the reality

22   that we exist in a partisan system.  Each of you were

23   elected in a partisan system, and as it's been mentioned

24   many times, our Constitution and federal legislature

25   requires that maps reflect the needs of actual

1   communities regardless of parties and that our maps are

2   not infected with partisan bias.  The people in a

3   democracy are supposed to choose our leaders, but our

4   history in our state and in our country has often

5   resulted in the opposite where our leaders are choosing

6   their voters.  And that is wrong, and I don't want that

7   to be happening in my community in 2021.

8           So my question is, if you can please explain

9   what specific measures you're implementing to ensure that

10  your committee's process in determining these maps is

11  nonpartisan and will result in fair and unbiased outcomes

12  and if you can explain why this process is not being led

13  by a nonpartisan and independent body which would give me

14  as a voter a lot more confidence in the outcome.

15          MR. WALKER:  I'll answer that.  The Constitution

16  requires the legislature to conduct redistricting.  We

17  don't have a process for a redistricting committee.  That

18  could be considered by the legislature and put to

19  amendment to the Constitution, but that hasn't happened.

20          MS. WOODSON:  Thank you.  I actually was

21  directing my question to Chairs McClendon and Pringle.

22          MR. WALKER:  But I'm the hearing officer and I

23  responded to your question.

24          MS. WOODSON:  The first part was the specific

25  measures that you're implementing in your committee to

1  ensure that the process is indeed nonpartisan.  I'd like

2  to hear from --

3          MR. WALKER:  It's actually not a nonpartisan

4  process.  It's an inherently political process.  Each

5  legislator knows the interest of his constituents, and

6  that is an inherently political consideration.  There is

7  a school of thought that says it should be nonpartisan,

8  but there's also a school of thought that says it is

9  partisan.  The Supreme Court has said that it doesn't

10 have any basis for articulating a standard for judicial

11 management of partisan gerrymandering and has left that

12 to the state Supreme Courts to decide.  So maybe we'll

13 get a chance to see, after the new plans are drawn,

14 whether or not our state Supreme Court regards it as a

15 partisan or nonpartisan activity.

16         MS. WOODSON:  Thank you.  I really would love to

17 hear -- I know that you both need time this evening to do

18 this, and I would just really love to hear from you both,

19 Chairs McClendon and Pringle.

20         MR. WALKER:  Ms. Woodson, this is a hearing to

21 collect testimony about how districts should be redrawn

22 and to hear the interests of voters such as yourself,

23 which I appreciate, but it's not an opportunity for you

24 to come here and put people on the spot, and I'm sorry if

25 you disagree with my interpretation of what this hearing

1   is for.

2           MS. WOODSON:  Well, hopefully we can hear from

3   you directly at some point.  You're who are leading us in

4   this process, and I'm not intending to be inappropriate

5   in any way.  I am eager to understand you as leaders and

6   where you're coming from in this really important and

7   challenging process, and I was hoping that that would be

8   possible.  I'm going to give you one last chance if it

9   is, but I hope at some point we will get to hear directly

10  from you.

11          MR. WALKER:  Thank you.  You're close in your

12  time.  Thank you for your testimony.  Thank you.  This is

13  an exhibit that will be added to the record as an

14  exhibit.  Thank you.

15          Is there anyone else who would like to speak?

16  Is there anyone else who has raised their hand or

17  submitted something by chat who is attending remotely?

18  Oh, good.  Hang on just one second.

19          Okay.  Yes, sir.  Please come up.  Would you

20  mind stating your name for the record?

21          MR. GLASGOW:  Kenneth Sharpton Glasgow.  I want

22  to pose a question and ask, you know, we've got the

23  voting where people in prison could vote and all that,

24  the first state in the country to ever do it, a lawsuit,

25  Glasgow versus Allen back in 2008.  And one of the

Page 34

1   questions I have for this committee, have y'all even

2   considered the fact of counting those that are

3   incarcerated from their home and not from where they are

4   incarcerated?  We've got 10 other states that's doing

5   that, and it's from the numbers that have been down

6   because of people's lack of participation in the system.

7          That's something I want to throw at y'all.  And

8   we will be putting something into effect to send to y'all

9   in a proposal before the 16th.  Is that something that

10  this committee would even consider, is what I wanted to

11  ask publicly.

12          MR. WALKER:  It's certainly something that, as

13  you indicate, some states do.  The majority of states do

14  not repatriate incarcerated persons.  It tends to be kind

15  of complicated, and there's questions about it, but

16  there's no reason why it can't be done technically,

17  ultimately.  I'm not sure that that proposal has been

18  made to the committee.  It hasn't been made at a meeting

19  that I was at.  So if you can get one of the members of

20  the committee to make it, I --

21          MR. GLASGOW:  I'll definitely be getting with

22  Senator Singleton with it because we've got 12 states

23  that's already doing it.  He knew I was coming, right?

24  We've got 12 states already doing it.  And one of the

25  things I want you to look at and consider is by my

Page 35

```
 1    lawsuit, being that one of the agreements, because of the
 2    Moral Turpitude Act and the Alabama State Constitution
 3    was that they vote from where they come from and not from
 4    where they're housed at, then by all rights, if they're
 5    counted in the census, they should be counted where they
 6    come from, not where they're housed at.
 7          Thank you.
 8          MR. WALKER:  Thank you.  For those who aren't
 9    familiar with that issue, just to expand it a little bit,
10    as I mentioned, we get total population from the census
11    bureau, and, for example, in Barbour County, we'll get
12    the total population of Barbour County -- or Elmore
13    County, we'll get the total population of Elmore County,
14    and that will include persons who are incarcerated in the
15    prisons there.  Not all of those people are
16    disenfranchised, and so the issue is should they be
17    included in the place where they're incarcerated or
18    should they be included in their home county if that's in
19    Alabama and we can determine where it is.
20          Some states, as Reverend Glasgow has indicated,
21    have taken the step of repatriating those voters for
22    census purposes, and they feel that's a fair way to do
23    it.  Most states have not yet done that, and so I
24    understand you're going to be proposing that for us to
25    do.  So thank you for your comments, sir.
```

Page 36

```
1            One last chance for anybody who would like to

2   speak.  Now is the time.  Thank you very much for coming

3   today, for participating by being here and --

4            MS. OVERTON:  Dorman?

5            MR. WALKER:  Yes?

6            MS. OVERTON:  We have one online comment and

7   question.

8            MR. WALKER:  Okay.

9            MS. OVERTON:  This is from Anna.  She said, "I

10  submitted comments electronically and was happy to hear

11  Mr. Washington and Ms. Kirkpatrick and Ms. Isner speak of

12  the three issues I find most important, the need for

13  competitiveness, the need for compactness and the need to

14  uphold section two of the voting rights.  My question is

15  about transparency.  Do you have a plan on communicating

16  the progress of this process, further opportunities for

17  public input and opportunities to ask questions of the

18  community representative or staff?"

19           MR. WALKER:  The purpose of these hearings,

20  which continue through the 16th, is to collect comments

21  from people around the state who want to comment on how

22  the districts should be drawn.  Everything that's said is

23  taken down by a court reporter, and those transcripts

24  will be posted within a week or two weeks after the

25  hearings conclude on the reapportionment website.  To get
```

Page 37

1    to the reapportionment website, just Google Alabama

2    legislature, and when you go there, you'll see a drop-

3    down menu or tab for redistricting.  Go there, and you

4    can read the transcripts of all of the hearings.

5            So those will be considered by the legislature

6    as districts are drawn.  In addition, once a special

7    session is called, and we don't know when that will be,

8    but there will need to be a special session on

9    redistricting, there will be committee hearings, and

10   those are certainly open to the public, and we hope --

11   Well, we don't know quite what the regime is going to be

12   because of COVID and where we are now with some new

13   variations, but, at any rate, they will be open, and

14   there ought to be some form that you can comment, even if

15   it's remotely.  You can also contact your legislator,

16   your Senate member and your House member and tell them

17   what you think.

18           So anybody else who wants to speak?

19           SENATOR MCCLENDON:  Thank you all for being

20   here.  We really appreciate you coming.

21           MR. WALKER:  Okay.  This hearing is closed.  If

22   you did not sign in and you'd like to, I'll put the sign-

23   in sheets up here.

24           (Exhibits 1 through 5 were marked.)

25                      *****

Page 38

1                    C E R T I F I C A T E

2

3    STATE OF ALABAMA      )

4    COUNTY OF MOBILE      )

5

6            I hereby certify that the above and foregoing

7    was taken down by me remotely in stenotype and

8    transcribed by means of computer-aided transcription, and

9    that the foregoing is a true and correct transcript to

10   the best of my ability.

11           I further certify that I am neither of counsel

12   nor of kin to any of the parties, nor am I in anywise

13   interested in the result of said cause.

14           I further certify that I am duly licensed by the

15   Alabama Board of Court Reporting as a Certified Court

16   Reporter as evidenced by the ACCR number following my

17   name found below.

18                         *Kathleen F. Cavazos*

19

20

21                         KATHLEEN F. CAVAZOS, RPR, ACCR302

22                         NOTARY PUBLIC

23                         MY COMMISSION EXPIRES:  12/16/23

24

25

RC 044719

**1**

**1**  2:17 11:16 37:24
**1,400**  5:15,17
**1,700**  6:1
**10**  4:5,24 19:11
  34:4
**101**  6:22
**105**  9:12 12:7
**106**  12:8
**11**  1:14
**12**  34:22,24
**12,300**  6:5
**12/16/23**  38:23
**143,551**  4:22
**15**  2:8
**16**  23:19
**1600**  23:20
**16th**  22:5 26:17
  34:9 36:20
**17**  2:9
**18**  11:18
**18,300**  5:13
**18281**  38:19
**1965**  18:1
**1969**  23:17
**1982**  18:11
**1986**  18:15
**1990**  24:4
**1993**  24:2

**2**

**2**  2:18
**2,600**  6:7
**2,800**  6:4
**20**  2:10 28:21
**2008**  19:1 33:25
**2010**  18:22 19:2
**2011**  17:21
**2013**  18:7
**2018**  24:1,21

**2020**  11:16
**2021**  1:9 31:7
**25**  2:11 5:10 21:6
  21:12 24:3,15
  25:18
**26**  5:12 21:7,8
  24:15 27:7,11
  30:15
**27**  2:12

**3**

**3**  2:3,19
**30**  2:13 5:15 19:10
**31**  5:24
**33**  2:14
**35**  9:11 12:6 19:16
**36104**  1:15
**37**  2:17,18,19,20,21

**4**

**4**  2:20
**4,400**  6:6
**40**  19:11
**47,850**  5:2

**5**

**5**  2:4,21 37:24
**5,024,000**  20:2
**5,024,279**  9:9,11
**5,500**  6:3
**5,600**  6:10
**50**  24:12,12
**53**  19:6

**6**

**6**  2:5
**6,180**  5:11
**63**  19:5
**69**  6:2
**6:00**  1:10

**7**

**7,700**  6:9
**71**  19:13
**74**  6:3 24:1,2,21
**75**  6:4
**76**  6:6 20:19 21:10
**77**  6:7 20:19 24:16
  27:7,11 30:15
**78**  6:8 24:16,16

**8**

**85**  19:15
**8th**  1:9

**9**

**90**  6:10 24:10
**93**  24:10

**a**

**ability**  38:10
**able**  22:19
**access**  15:8
**accomplish**  9:17
**accr**  38:16
**accr302**  38:21
**accurately**  21:20
**acquanetta**  2:11,18
  25:12,17
**act**  10:8,9,18,22
  11:1 12:5 13:19
  18:1,10,12,20
  20:15 22:14 35:2
**action**  18:13
**activity**  32:15
**actual**  30:25
**added**  19:25 33:13
**addition**  10:10
  12:15 13:20 37:6
**address**  22:2,10
**addresses**  21:9
**addressing**  22:16
**adjacent**  5:19

**adjusted**  5:21
**adopted**  11:3
**ads**  28:7
**advocate**  28:8
**affect**  5:21
**afternoon**  17:14
**age**  12:1,2,3
**ago**  21:1
**agreements**  35:1
**aided**  38:8
**al.com**  14:18
**alabama**  1:5,13,15
  3:12 4:10,10 6:23
  12:21 14:19,20,21
  17:20 19:23,25
  20:25 23:17 25:2
  35:2,19 37:1 38:3
  38:15
**alignment**  27:13
**allen**  33:25
**allow**  12:8 18:12
  19:7
**allowed**  12:22
**allowing**  26:19
**allows**  9:21
**alternative**  2:21
**amended**  18:11
**amendment**  31:19
**america**  19:22
**anna**  36:9
**announce**  14:5
**answer**  30:2,4
  31:15
**anybody**  4:3 14:6,9
  14:13,15 30:9 36:1
  37:18
**anywise**  38:12
**appreciate**  3:3 6:21
  32:23 37:20
**approach**  30:13

RC 044720

**appropriately**
22:21
**april** 11:16
**area** 5:8,24 6:2
13:1 24:6 25:7
27:14,15,17
**areas** 6:13,14 22:9
25:5
**arrive** 25:1
**articulating** 32:10
**asked** 14:17
**asking** 23:11 26:21
**athletes** 23:21
**athletic** 23:23
**atlanta** 24:5,7
**attached** 17:11
**attendance** 8:14
**attending** 23:16
30:7 33:17
**attorney** 3:25
**attracted** 21:1
**auditorium** 8:4
**avoided** 12:13
**aware** 18:5

**b**

**b** 19:4
**back** 14:15 20:25
33:25
**bad** 28:25
**balance** 21:17
22:10,17
**balancing** 13:9
**barbour** 35:11,12
**barriers** 18:3
**based** 10:19
**basis** 10:18,20
11:11 32:10
**bay** 12:21
**beautiful** 6:22
**becoming** 19:24

**beginning** 1:10
**behalf** 27:21
**beliefs** 29:5
**believe** 10:21
**bell** 24:8
**best** 13:11 20:12,16
23:21 38:10
**better** 9:22 22:11
22:16
**beyond** 5:6
**bias** 18:16 31:2
**biased** 26:1
**bipartisan** 18:11
29:6
**birmingham** 19:5
**bit** 8:9 35:9
**black** 12:2 17:7
19:5,10,11 21:10
24:13,17 25:1,3,25
26:2,12 28:15
**blacks** 18:4
**board** 4:11 5:3 9:3
9:14 27:6,10 29:15
38:15
**bobby** 19:1 27:1
**body** 31:13
**bound** 8:17
**boundaries** 12:20
15:20
**boundary** 12:18
**branch** 23:10
**brandon** 14:20
**bright** 19:1
**bring** 7:12 20:1
**brown** 25:25 26:2
26:12
**bureau** 11:12 35:11
**businesses** 24:7
**bvap** 12:2

**c**

**c** 19:9 38:1,1
**call** 6:25 12:2 13:24
14:1,11 30:17
**called** 7:2 37:7
**calls** 28:9
**cameras** 3:7
**candidate** 15:24
19:19 23:25 24:20
**candidates** 15:6
24:22
**capital** 21:2
**captive** 26:14
**carol** 2:8 15:3
**case** 15:21 30:2,3
**cases** 5:5
**cason** 14:18
**cast** 15:24
**catherine** 29:21,24
**cause** 18:12 38:13
**cavazos** 1:21 38:21
**cd2** 18:23,24 19:3,9
19:19
**cd7** 19:4,5
**cds** 19:15
**cell** 3:4
**census** 4:5,6,21 9:8
11:12,13,16 18:22
21:18 22:2 35:5,10
35:22
**central** 3:12
**certain** 13:5
**certainly** 22:13
34:12 37:10
**certified** 38:15
**certify** 38:6,11,14
**chair** 3:13,24 17:15
**chairman** 17:14
19:22
**chairpersons** 23:6

**chairs** 30:19 31:21
32:19
**challenging** 33:7
**chance** 25:24 26:13
26:21 32:13 33:8
36:1
**change** 18:18 19:16
26:3
**changing** 17:24
**charter** 26:6
**chat** 33:17
**chevron** 24:8
**children** 11:18
25:19,23 26:2,11
26:13,21
**choice** 10:19 18:5
**choose** 31:3
**choosing** 31:5
**chris** 2:4 3:23 6:21
**chunks** 21:15
**church** 27:15
**circumstances** 12:1
13:5
**citation** 29:25
**cities** 28:12
**citizens** 11:20,20
15:8 16:7
**city** 6:23 21:15
22:17,22 24:13
**civil** 20:24
**clair** 3:12
**class** 23:23
**classic** 15:21
**clause** 10:7
**clear** 18:21 19:3
**clearance** 18:8
**clearly** 7:3 28:23
**cleo** 2:9,17 17:9,17
**close** 5:14,22 33:11
**closed** 37:21

RC 044721

closely 22:20
coined 26:8
colleagues 22:1
collect 32:21 36:20
collected 8:11
color 10:13,14
combined 19:15
come 4:15 6:18 7:3
  8:13 14:15,24
  32:24 33:19 35:3,6
coming 3:15 8:2
  22:19 33:6 34:23
  36:2 37:20
comment 14:14
  36:6,21 37:14
comments 15:15
  20:12,21 22:4
  29:15,18 30:6
  35:25 36:10,20
commission 17:16
  17:22 38:23
committed 15:7
committee 1:5 3:13
  3:22 4:2 6:15 7:14
  13:14 17:24 18:9
  23:8,12 24:23
  30:19 31:17,25
  34:1,10,18,20 37:9
committee's 31:10
communicating
  36:15
communities 9:18
  9:20,23 12:24 13:5
  13:10 19:21 24:18
  25:6 31:1
community 7:4
  13:1 26:1 28:6,23
  30:17 31:7 36:18
compact 11:4 21:8
compactness 19:21
  36:13

compelling 13:16
competitive 18:24
  19:3,19 28:19,24
  28:25 29:12
competitiveness
  36:13
compliance 13:18
complicated 34:15
complied 11:1
comply 8:17 10:6
  10:17 17:25 24:19
complying 12:4
composition 24:10
  24:12
computer 38:8
concern 21:9,20
  26:18
concerning 27:25
concerns 22:3
conclude 36:25
conduct 31:16
confidence 31:14
configurations
  29:10
conflict 13:22
confusing 27:18
congress 18:11
  20:4
congressional 2:21
  4:11 5:4 9:1,13
  15:15,19 17:6,18
  17:20,25 18:21
  19:13 20:20 22:15
  22:17 27:5,10 28:1
  28:7,10,19 29:7,10
  30:1
congressman 28:15
connected 16:12
consider 17:24
  34:10,25

consideration
  13:15 21:24 26:24
  32:6
considerations
  10:13
considered 10:15
  10:25 12:3 31:18
  34:2 37:5
consistent 19:20
consolidated 22:22
constituents 29:3
  32:5
constitution 12:7
  13:18,19 16:16
  30:24 31:15,19
  35:2
constitutional 10:7
constitutionally
  24:25
constitutions 8:18
contact 12:19
  37:15
contain 11:6
contests 12:13
contiguity 12:17,20
  19:20
continually 27:23
continue 19:12
  36:20
contrast 21:12
contribute 13:10
control 5:6 19:15
copperfield 24:9
cores 12:16
correct 38:9
counsel 38:11
count 4:6
counted 35:5,5
counterpart 3:23
counties 9:17,20,23
  11:6 13:6 25:8

counting 34:2
country 12:11 31:4
  33:24
county 3:12 10:1
  15:17,19 16:3,3,7,9
  16:15,18 17:6 18:7
  21:14,17 22:8,23
  25:4,9 28:1,18,21
  35:11,12,13,13,18
  38:4
course 3:18 4:9 5:8
court 1:22 3:8,8 5:5
  7:10 10:21 14:17
  17:1 18:7,15 32:9
  32:14 36:23 38:15
  38:15
courts 32:12
coverage 14:9
covid 37:12
cracking 23:14
create 19:17 23:12
crenshaw 21:16
criteria 5:1 10:12
  10:17 11:2 13:15
  13:20
culture 28:6
currency 26:3
current 15:11,13
  19:4,9
currently 24:16
cursory 15:20
cutting 26:11
cycle 9:24

**d**

d 2:1
daddy 20:9
data 4:22 9:8 22:2
date 15:16
davies 29:22,24
  30:4

RC 044722

**day** 11:16
**dealt** 18:8
**dear** 7:20
**decade** 20:1 21:1
**decades** 6:12
**decide** 7:5 32:12
**decision** 18:7,15
**decisions** 29:3
**decreased** 6:8
**decreases** 4:20
**deep** 20:24 30:2
**deeply** 29:16
**defensible** 24:25
**defined** 10:20 13:1
**definitely** 6:12
   34:21
**democracy** 31:3
**democrat** 19:1
   28:22
**democratic** 15:22
   15:23 16:5,5
**democrats** 18:25
**demographics** 24:2
**depends** 11:5
**depleting** 26:5
**deserving** 20:3
**designed** 26:13
**despite** 28:12
**detailed** 15:25
**details** 4:16 22:12
**determine** 4:5
   13:23 35:19
**determining** 31:10
**developing** 4:12,13
**deviation** 5:18 9:24
   30:1
**devices** 3:4,7
**different** 11:13
   28:7,10,15 29:10
**dilute** 25:5

**diluting** 18:13,18
   18:23
**directing** 31:21
**direction** 6:14
   26:15
**directly** 33:3,9
**disagree** 32:25
**discernment** 13:9
**discretion** 13:23
**discrimination**
   18:2
**discriminatory**
   10:6
**discuss** 7:17
**discussed** 28:2
**disenfranchised**
   35:16
**disservice** 22:15
**distinguished**
   17:15
**district** 4:19,20,21
   4:22 5:2,10,11,12
   5:15,16,19,25,25
   6:2,3,4,6,7,10,22
   7:4 9:11,12 10:3,10
   12:11,18,19,19
   15:21,21,23 16:1,6
   17:18,25 18:17
   19:8 20:18,19,19
   20:20 21:8,10,12
   21:13 24:1,1,3,15
   24:16,21 25:18,25
   27:5,6,6,7,11,11
   29:8,12 30:1,14
**districting** 10:12
   10:16 11:2 15:18
**districts** 4:8,8,11
   5:4,4,8,20,21,23
   7:4 8:16 9:2,4,5,9
   9:13,16 11:4,7,10
   11:11,25 12:6,7,8,8

12:9,10,12,14,16
   12:16,23 13:8,13
   13:18 15:9,10,15
   15:19 16:10,14
   17:7,7 19:13 20:22
   21:6,24 22:7,8,15
   22:18 25:4,7,19
   27:9,14,19 28:2,25
   32:21 36:22 37:6
**diverse** 19:24
**diversity** 19:25
   28:23
**divided** 9:9,11,12
   27:23
**dividing** 29:16
**division** 23:24 28:1
   28:3
**divisions** 28:13
**doing** 5:14 6:17
   8:14 34:4,23,24
**dominate** 19:13
**dorman** 2:5 3:24
   7:24 8:1 36:4
**draw** 8:16 11:3
   12:6 24:25 29:9
**drawing** 9:15
**drawn** 10:10 11:10
   11:11,25 15:9
   24:16 26:1 32:13
   36:22 37:6
**draws** 12:14,16
**drop** 23:19 37:2
**drops** 4:19
**due** 13:14
**duly** 38:14

| e |
| --- |

**e** 2:1 38:1,1
**eager** 33:5
**earlier** 21:7,19
   24:20

**easily** 15:17
**eastdale** 24:5
**echo** 3:6 20:11
**economic** 13:3
**economy** 28:5
**educating** 26:2
**education** 4:11 5:3
   9:3,14 29:15
**effect** 18:13,18,22
   34:8
**effective** 19:12
**eight** 9:14 16:4
**either** 12:19
**elect** 18:4 19:18
**elected** 12:10 30:23
**election** 23:14
   28:19
**electronically** 17:2
   36:10
**elizabeth** 2:13
   30:13
**elmore** 21:13 35:12
   35:13
**encourage** 17:24
**ended** 18:3
**endorse** 15:6
**enrollment** 23:19
**ensure** 10:25 12:3
   31:9 32:1
**ensuring** 15:7
**entire** 5:9 16:9
**equal** 8:24 9:1 10:6
   16:11
**equality** 13:17
**equally** 9:2 19:3
**equitable** 15:8
**especially** 22:18
**establishing** 13:13
**ethnic** 13:3
**evaluating** 22:1

RC 044723

evening  15:2 23:5
  25:20 27:4 32:17
everybody  3:1,9
  8:21 11:15
evidence  10:19,20
evidenced  38:16
evolve  24:3
exactly  4:24 27:11
example  5:16 15:18
  35:11
excellent  20:8
exhausted  27:22
exhibit  2:16,17,18
  2:19,20,21 16:24
  18:24 19:4,9 33:13
  33:14
exhibits  37:24
exist  30:22
existing  12:16
expand  35:9
expires  38:23
explain  8:20 31:8
  31:12
extent  12:23,25
extreme  29:5
extremely  7:19

**f**

f  1:21 38:1,21
fact  28:14 29:9
  34:2
factors  13:10
fair  15:10 23:12
  25:2 31:11 35:22
fairer  19:17
fairly  15:9
familiar  35:9
fast  23:25 24:11
federal  8:18 13:18
  15:14 22:19,20
  30:24

feedback  3:6
feel  35:22
felons  11:23
fighting  25:24
find  21:4 36:12
finish  9:3
first  8:9,23 17:21
  21:6 27:25 31:24
  33:24
five  4:23,25,25 5:3
  5:18 9:6 17:19 18:6
  19:13
flagship  24:6
floor  8:8,20
focus  5:9 18:9
follow  20:16 22:14
following  25:1
  38:16
foregoing  38:6,9
form  37:14
forms  11:13
forward  3:15 6:18
  23:25 24:11
found  38:17
four  4:12,13 27:9
  30:16
friend  7:20
friends  22:1
functions  28:5
funding  22:19
funds  26:5,5
further  28:16
  36:16 38:11,14
future  21:5

**g**

gained  5:11
garden  20:18 30:14
geographic  13:4
geographically
  16:11

george  2:9,17 17:9
  17:17
gerrymandering
  23:14 28:4 32:11
getting  29:4 34:21
gingles  18:15
give  4:18 5:7 13:14
  23:3 26:12,21
  31:13 33:8
given  13:16 16:22
gives  3:5 11:14
giving  5:13
glad  3:18
glasgow  2:14 33:21
  33:21,25 34:21
  35:20
go  3:10 5:20,24
  10:12 15:1 22:11
  23:11 37:2,3
goal  24:24
goals  9:17
goes  4:19
going  3:9 4:3,14
  5:7,12 6:12,16 7:24
  13:24 14:25 19:23
  21:23 26:5,15 28:3
  33:8 35:24 37:11
goldsmith  14:21
good  10:21 15:2
  17:14 23:5 27:4
  30:2 33:18
google  37:1
government  15:10
grabs  21:14
great  7:23 30:21
greater  18:4
green  24:8
group  10:14,15
grouping  11:13
growing  19:25

grown  19:16
guidelines  8:19

**h**

hand  33:16
handout  26:21
hang  33:18
happened  31:19
happening  31:7
happens  5:19 6:14
happy  36:10
hard  29:9
harm's  26:11
hear  15:1 25:22
  29:23 32:2,17,18
  32:22 33:2,9 36:10
hearing  1:6 3:25
  6:24 7:10 8:2,15
  17:11 23:11 31:22
  32:20,25 37:21
hearings  11:9
  36:19,25 37:4,9
heart  25:20
heartfelt  26:23
heavy  25:20
held  1:8 26:14
hello  8:1 30:13
hey  14:8
high  17:19 23:16
highway  24:5,7
historical  13:4
history  20:24 21:3
  31:4
holder  18:7
holmes  5:25 23:2
home  30:17 34:3
  35:18
hometown  20:25
honored  30:18
hope  33:9 37:10
hopefully  33:2

RC 044724

hoping 33:7
house 1:13 3:23,24
  4:9 5:2,23,24 6:2,3
  6:4,7,10,22 9:4,11
  9:13 12:7,8 20:19
  22:7,8 24:1,16,21
  27:7,11 30:15
  37:16
housed 35:4,6
housekeeping 8:9
huge 28:13
hundreds 25:23
huntsville 25:7
husband 27:15

**i**

ideal 4:20,21 9:6,7
  9:10,25
identified 13:20
identify 14:2
identities 13:4
ii 2:9,17 17:17
immediate 3:24
  27:16
impact 18:23
implementing 31:9
  31:25
important 8:5
  14:10 18:10 33:6
  36:12
inappropriate 33:4
inaudible 14:7
incarcerated 11:22
  34:3,4,14 35:14,17
include 13:6 35:14
included 35:17,18
includes 11:3,17
  19:5
including 13:2
increased 5:25
increasing 19:10

incumbents 12:13
independent 31:13
indicate 34:13
indicated 35:20
infected 31:2
information 8:5
  21:18
inherently 32:4,6
initial 24:24
input 4:14 36:17
instance 13:22
instances 11:21
integration 23:18
integrity 16:15
intending 33:4
intensely 13:11
intent 18:1
intentions 26:1
interest 9:18,21,23
  12:24 13:1,2,5,11
  13:17 19:21 24:18
  25:6 32:5
interested 4:9
  38:13
interests 5:10
  32:22
interpretation
  32:25
intriguing 21:5
introduced 7:12
irregular 16:2
isner 2:12,19,20
  27:3,3,4,5 29:13,14
  36:11
issue 7:15 35:9,16
issues 36:12

**j**

jefferson 25:4,9
jim 2:3 3:11
job 6:16 9:22 22:16

john 7:20,21,22
joining 3:2
joint 17:16,22
jones 3:20
judicial 32:10
june 17:21
jurisdictions 11:6

**k**

karen 14:21
kathleen 1:21 2:10
  20:13,17 38:21
keep 7:2
keeping 9:17
keeps 29:8
kenneth 2:14 33:21
kin 38:12
kind 15:18 34:14
kirkpatrick 2:10
  20:14,15,17 22:25
  36:11
knew 34:23
knight 7:21
know 17:4,5 20:9
  21:24 22:18 23:25
  24:19,23 27:11,16
  29:22 32:17 33:22
  37:7,11
knows 32:5

**l**

labored 26:10
laboring 26:9
lack 34:6
lake 12:21
lamp 17:19
lands 13:7
language 10:14,15
laptop 3:4
large 23:14
largest 11:13 28:12

lastly 19:22
late 6:5
latitude 4:23
law 18:6,14 30:2,3
lawsuit 33:24 35:1
leaders 31:3,5 33:5
leading 33:3
league 15:3,5,15
  16:17 17:4
leave 7:13 30:17
leaving 23:22
led 31:12
left 3:24 13:11
  32:11
legal 24:25
legislative 9:4
  13:13 15:16
legislator 32:5
  37:15
legislature 7:16 8:6
  8:16 9:15,22 11:3,9
  12:6,14,15 13:14
  13:22 17:20 25:3
  30:24 31:16,18
  37:2,5
legislature's 8:19
  10:11
letters 28:9
levels 15:9
licensed 38:14
life 26:12
limitations 8:21
limited 7:1 13:3
line 15:25 16:1 27:9
  27:19,19,20
lines 16:13 17:25
  21:18,22
listed 13:21
listen 29:2
listening 3:2

RC 044725

**little** 8:9 21:14 35:9
**live** 3:18 24:13
  25:17 27:5,12,17
**lived** 24:1
**living** 21:2 24:4
  25:21 26:16 28:17
**livingston** 4:1
**local** 28:8
**locals** 27:8
**located** 20:18 23:17
**locates** 4:7
**location** 1:12
**long** 16:16
**longer** 25:3,6
**look** 5:23 6:15
  15:20,25 27:9 29:6
  34:25
**looked** 3:15
**looking** 26:20
**looks** 7:20 21:5
**losing** 29:1
**lost** 6:2 11:22,23
**lot** 3:6 11:17 22:18
  27:12 31:14
**love** 20:23 30:16
  32:16,18

**m**

**ma'am** 30:11
**mack** 23:4,5,9
  25:11
**madison** 25:9
**maintain** 19:7
**majority** 19:7
  34:13
**male** 23:23
**mall** 24:5
**mama** 20:9
**management** 32:11
**manner** 10:11,24
  22:22

**map** 2:20,21 6:15
  18:17,25 19:4,9
  26:16 29:8,10,12
**maps** 4:12,13 9:15
  10:3 15:13 17:21
  18:21 22:1,2,4
  23:13 26:1 29:9
  30:25 31:1,10
**margin** 28:21
**marked** 37:24
**market** 28:6
**marsha** 19:2
**martin** 12:21
**mayes** 27:1,2
**mcclammy's** 6:5
**mcclendon** 2:3 3:1
  3:11 17:15 20:7
  23:6 30:19 31:21
  32:19 37:19
**mean** 16:22
**means** 12:17 38:8
**measures** 31:9,25
**media** 14:2,4,17
  28:6
**medium** 14:5
**meeting** 1:17 7:9
  7:15 24:24 25:16
  34:18
**meetings** 3:16
**member** 3:22 4:1
  12:9,9,12 14:3 20:4
  37:16,16
**members** 14:1
  17:16 23:7 34:19
**membership** 10:13
  10:15
**mentioned** 30:23
  35:10
**menu** 37:3
**merely** 11:19

**mess** 5:19
**met** 16:12,14
**metro** 23:10
**mic** 3:5
**microphone** 7:3,13
**microphones** 3:4
**microsoft** 1:17
**migratory** 6:13
**mike** 5:24 14:8,18
  23:2
**million** 19:25
**mind** 33:20
**minimizes** 16:5
**minorities** 18:19
**minority** 10:14,15
  18:23 19:7,16,17
  20:3 24:21
**minority's** 18:14
**minus** 4:23,25 5:3
  5:17 9:6,25
**minute** 4:17
**minutes** 7:2 15:1
**missed** 4:3
**misspoke** 21:7
**mobile** 6:23 12:21
  23:17 38:4
**money** 22:21
**montgomery** 1:15
  5:8 6:2 7:23 15:4
  15:17 16:7,17
  17:19 20:18,23
  21:2,15 22:8,10,16
  23:10 24:4,6,14
  25:4,9,21 27:18,22
  27:23 28:1,5,11,18
  28:20 29:8,11,16
  30:14,16
**month** 22:5
**moral** 35:2
**morris** 6:7

**moseley** 2:8 14:19
  14:20,24 15:2,3
  16:21
**moved** 20:25 24:9
**movement** 20:24
**multi** 12:9,12
**municipalities** 10:2
  13:7
**mute** 3:3,5

**n**

**n** 2:1
**naacp** 23:10
**name** 3:11 6:21 7:3
  15:3 17:17 25:17
  27:4 30:13 33:20
  38:17
**names** 14:18
**narrowed** 9:25
**necessary** 24:18
  28:3
**need** 21:23 22:19
  29:25 32:17 36:12
  36:13,13 37:8
**needed** 21:17
**needs** 4:24 21:19
  30:25
**negotiable** 10:5
**neighborhood**
  24:10
**neighborhoods**
  12:24 27:21
**neighboring** 21:24
**neighbors** 27:16,20
**neither** 38:11
**neutral** 10:11,16,24
  11:2 13:15
**nevertheless** 11:24
**new** 4:21 9:7 10:3
  18:25 20:1 21:18
  22:2 32:13 37:12

RC 044726

**nine**  16:2,4
**non**  10:5,6 15:5
  19:3 28:25
**nondiscrimination**
  8:25
**nonpartisan**  31:11
  31:13 32:1,3,7,15
**north**  3:12
**notary**  38:22
**noted**  16:10 21:19
**number**  4:24 5:4
  5:11 9:9,12,12
  20:20 21:7,25
  38:16
**numbers**  5:13
  24:18 34:5

**o**

**obligation**  8:17
  11:3
**obviously**  11:17
  22:9
**oddly**  21:12
**office**  17:2 28:11
**officer**  3:25 8:2
  31:22
**offices**  9:16
**oh**  23:3 33:18
**okay**  4:3 14:8 17:2
  17:10,13 23:3 27:1
  30:3,9 33:19 36:8
  37:21
**old**  17:20 23:19
**oldest**  26:7
**once**  24:7 37:6
**online**  1:17 3:2
  36:6
**open**  8:8,20 37:10
  37:13
**opening**  2:2
**opportunities**
  36:16,17

**opportunity**  4:15
  8:10 17:7,22 18:4
  19:17 20:3 22:25
  25:15 26:19 32:23
**opposite**  31:5
**order**  6:25 9:17
  10:17,22,25 13:21
  13:24 14:11 15:23
**organization**  15:6
**organizations**  28:8
**originally**  20:25
**ought**  37:14
**outcome**  31:14
**outcomes**  31:11
**outside**  7:17 22:9
**overall**  11:6
**overarching**  8:23
  10:4
**overton**  29:21,24
  30:8 36:4,6,9

**p**

**p.m.**  1:10
**packed**  25:3
**packing**  15:22,22
  16:7 23:14
**packs**  24:17
**page**  2:2
**part**  16:3 18:10
  30:18 31:24
**participating**  7:7
  8:3 14:14 36:3
**participation**  8:4
  34:6
**particular**  27:13
**particularly**  25:8
**parties**  15:7 31:1
  38:12
**partisan**  15:5 23:13
  30:22,23 31:2 32:9
  32:11,15

**parts**  12:11 25:8
**passed**  17:20 18:22
  24:7
**pastors**  27:15
**patience**  30:12
**pattern**  6:13 21:3
**people**  3:18,19 4:7
  4:7 5:5,11 6:1 11:8
  11:17,18,18,20,21
  13:12,24 14:1
  22:16 27:12 30:7
  31:2 32:24 33:23
  35:15 36:21
**people's**  34:6
**percent**  4:23,25 9:6
  9:25 19:1,2,5,6,10
  19:11,11,13,15,16
  21:11 24:11,12,12
**permanent**  1:5
  7:14
**person**  8:3 12:10
  19:18 21:20 30:1
**personal**  3:7
**personally**  21:25
**persons**  34:14
  35:14
**phone**  3:4 28:9
**pieces**  27:24
**pipeline**  26:14
**place**  18:3 30:17
  35:17
**places**  25:8
**plan**  10:5 17:6 25:1
  26:13 36:15
**planning**  22:3
**plans**  30:16 32:13
**play**  9:21
**please**  7:3 14:2
  29:20 31:8 33:19
**pleasure**  7:22

**plus**  4:23,25 5:2,17
  9:5,25
**podium**  14:24
**point**  12:18 33:3,9
**points**  28:21
**political**  12:25 13:6
  13:11 14:19,20
  25:5 32:4,6
**poole**  2:11,18 25:12
  25:13,14,17 26:25
**populated**  9:2,5
**population**  4:6,19
  6:1,3,9,11 8:24 9:1
  9:7,7,8,10,16 10:1
  11:12,12,14,17,24
  12:1,2,3 13:17
  16:11 19:16 20:2
  24:13 35:10,12,13
**pose**  33:22
**possibility**  26:6
**possible**  9:19 10:24
  11:7 12:14,24
  21:25 33:8
**posted**  36:24
**power**  18:14 25:5
**practicable**  12:25
**pre**  18:8
**precedence**  13:21
**precincts**  13:7 16:2
  16:3,4 27:20
**predominantly**
  21:10,15 23:22
**predominate**  10:16
**preferred**  29:11
**prepared**  20:8
**presentation**  20:8
  20:12
**presented**  26:16
**preserve**  12:15
**preserving**  9:22

RC 044727

**president** 15:3 23:9
**presiding** 7:25
**prevent** 15:23
**prevents** 16:7
**primaries** 29:4
**primarily** 20:21
**principle** 19:18
**pringle** 2:4 3:23
    6:18,20,21 17:15
    20:11 23:7 30:20
    31:21 32:19
**prior** 18:25
**priority** 13:16,23
**prison** 26:14 33:23
**prisons** 35:15
**private** 26:7
**probably** 5:12 10:3
**problem** 28:13
**process** 8:5,7 13:11
    18:13 23:18 31:10
    31:12,17 32:1,4,4
    33:4,7 36:16
**product** 25:21
**progress** 36:16
**prohibit** 18:2
**proof** 18:16
**proposal** 2:21
    19:12,19 34:9,17
**proposed** 17:5 29:7
**proposing** 21:22
    35:24
**protect** 15:10
**protecting** 9:18
**protection** 10:6
**proud** 20:9
**prove** 18:16
**provide** 18:4 20:21
**provided** 2:20
    10:18
**provisions** 10:7

**public** 1:6 4:14
    14:21 23:11 25:22
    36:17 37:10 38:22
**publicly** 34:11
**pull** 25:8
**pulling** 22:9
**purpose** 28:4 36:19
**purposes** 35:22
**put** 7:14 8:12 16:23
    16:25 18:3 31:18
    32:24 37:22
**putting** 26:11 34:8

**q**

**quarter** 19:25
**question** 29:19
    30:19 31:8,21,23
    33:22 36:7,14
**questions** 7:8 30:6
    30:8 34:1,15 36:17
**quite** 3:16 16:1
    22:6 37:11
**quote** 29:25 30:1

**r**

**r** 38:1
**race** 10:11,13,14,16
    10:19,21,24,25
    11:2 13:15
**races** 28:8,24
**racial** 13:3 18:16
    24:10,11 28:4,13
**raised** 33:16
**range** 4:25 9:5
**rate** 37:13
**rayford** 23:4,9
**raymond** 14:19
**reaches** 21:13
**read** 7:8 37:4
**reading** 18:14
**ready** 17:13

**reality** 30:21
**realize** 21:23
**really** 21:1,5 23:18
    28:16 30:18 32:16
    32:18 33:6 37:20
**reapportionment**
    1:5 3:14 13:14
    15:12,16 16:18
    17:2 36:25 37:1
**reason** 10:21 21:2
    24:21 29:2 34:16
**reasonably** 11:4
**reasons** 11:8
**rebalancing** 21:19
**receive** 11:9
**recognize** 7:6,20
**recognized** 13:2
**recommend** 19:6
    19:10
**record** 3:10 7:8,12
    7:14 8:13 14:3
    16:24 17:11 23:11
    33:13,20
**rectify** 15:12
**redevelopment**
    21:4
**redistricting** 1:6
    3:13 7:16,18 8:6,19
    9:3,24 10:23 17:21
    18:21 23:8 31:16
    31:17 37:3,9
**redraw** 4:8 6:16
**redrawing** 21:22
    22:1
**redrawn** 32:21
**reducing** 19:6
**refer** 18:24
**reflect** 11:7 21:20
    24:17 30:25
**reflects** 16:8

**regardless** 31:1
**regards** 32:14
**regime** 37:11
**region** 21:4 28:9
**regularly** 28:21
**relative** 11:5
**relatively** 21:8,9
**relevant** 9:9
**relocated** 24:3
**remain** 23:23
**remarks** 2:2
**remember** 7:15
**remiss** 7:19
**remotely** 1:20 7:7
    7:11 8:4 14:14
    29:20 33:17 37:15
    38:7
**removing** 18:2
**repatriate** 34:14
**repatriating** 35:21
**repeat** 14:18
**reporter** 1:22 3:8,9
    7:11 14:17,19,21
    17:1 36:23 38:16
**reporting** 14:5
    38:15
**reports** 11:12
**represent** 7:4
**representation**
    16:8 25:2
**representative** 2:4
    3:20 5:24 6:5,18,20
    6:22 7:23 20:11
    23:6,12 28:20 29:1
    36:18
**representatives**
    3:21 4:10 13:12
    18:5 22:20 28:10
    29:4
**represented** 28:15

RC 044728

representing 25:18 25:25
republican 15:24 19:2 28:22
republicans 18:25 19:12,14
required 12:17 16:10 18:16
requirement 10:4 18:8
requirements 8:23 8:24 16:12 19:20
requires 30:25 31:16
requiring 13:17
reservations 13:7
reside 17:17
resident 20:17 30:14
residents 19:5,10 19:11 20:1,2 24:4
residing 11:19
respect 12:23 16:14
responded 31:23
result 19:24 29:3 29:11 31:11 38:13
resulted 10:1 31:5
results 16:6
returning 26:6
reverend 23:4,5,9 25:11 35:20
ride 4:4
right 6:8 8:12 11:22,23 15:8 21:9 21:21 34:23
rights 10:8,9,18,22 11:1 12:4 13:19 18:1,10,12,20 20:24 24:19 35:4 36:14

risk 26:8,9,10,11
river 12:21
road 24:8
roby 19:2
room 7:21 9:21
round 5:11,13
rpr 1:21 38:21
rules 5:5 8:21
runs 21:16
rural 6:13 22:9

**s**

safe 15:22
samples 5:7
satisfy 4:25 10:22
says 32:7,8
school 13:8 17:19 23:17,19,21 25:19 25:22 26:4,4,7,8 27:6,10,14 32:7,8
schools 23:17,22 26:6,9
seat 29:1
seats 28:20
second 10:13 15:21 16:1,13 20:3 26:7 29:12,20 33:18
section 10:8,9,17 12:4 18:6,8,11,12 18:17 36:14
see 3:8,9,18 6:1,11 6:15,19 7:22 10:2 12:11 14:13,15 16:13,25 28:7 30:21 32:13 37:2
seek 12:15
seen 24:2
senate 3:13 4:10,22 5:10,14 9:4,10 12:6 20:19,21 21:6,8,12 24:15 25:18 27:6 27:11 30:15 37:16

senator 2:3 3:1,11 3:21,25 6:20 20:7 23:6 34:22 37:19
send 7:7 34:8
sense 28:16
september 1:9 26:16
served 7:22
serves 28:4,16
session 37:7,8
seven 9:13 19:14,14 22:8
seventh 15:20 16:1 16:14
shaped 21:13 22:9
share 25:20 26:20
sharpton 33:21
sheet 4:18
sheets 8:11 14:12 37:23
shelby 18:7
shifts 6:11
shopping 24:6
show 15:21 29:9
shows 16:1 18:24
shrink 5:12
sign 8:10,11,13 14:12 37:22,22
signature 38:19
signed 7:1,6 13:25 14:11
similarities 13:2
simply 9:7 11:14
single 12:9 28:6
singleton 3:21 34:22
sir 17:12 33:19 35:25
six 19:14
size 4:20,21 11:5

slavery 18:3
slipped 7:21
slippery 26:3
slope 26:3
smaller 27:23,24
social 13:3
solutions 29:6
son's 27:14
sophomore 17:18 23:16
sorry 14:18,20 32:24
sound 24:25
south 1:14
speak 7:1,5,5 17:22 25:15 30:10 33:15 36:2,11 37:18
speaker 7:1 17:9 20:13 23:2 25:12 27:1
speaking 15:14
special 37:6,8
specific 15:6 31:9 31:24
specifics 22:4
spent 22:21
spirit 18:1
split 9:19,20,21 15:19 16:3,4,4,18 22:17 25:6
splits 10:1,2
splitting 16:2
spot 32:24
squiggly 21:18
st 3:12
staff 36:18
standard 32:10
start 14:25
started 23:18 27:7
state 1:13 3:17 4:10 5:3,9 6:21 7:3 8:18

RC 044729

9:3,14,16 11:15,16
11:19,19,20 12:20
13:16,19 15:16
16:15,19 21:2 22:7
25:17 27:6,6,10,10
29:15 30:15,15
31:4 32:12,14
33:24 35:2 36:21
38:3
state's 9:8
stated 24:23
statements 16:22
16:24
states 10:20 11:21
34:4,13,13,22,24
35:20,23
statewide 22:2
stating 33:20
station 24:8
status 19:7
statutes 8:18
stay 14:4
stenotype 38:7
step 35:21
steve 4:1
story 25:21
strategy 16:5
street 1:14
strength 15:11
18:18
strong 10:18,20
17:6
strongly 15:7
students 23:20,23
subdivision 24:9
subdivisions 12:25
13:6
subject 7:16,17
submit 15:15 17:1
22:3

submitted 29:20
33:17 36:10
submitting 29:7,14
subordinate 11:15
subordinates 10:11
substantially 16:11
suggest 25:1
suggestions 4:15
support 10:19
16:16 26:12
supporting 26:17
supports 16:18
supposed 31:3
supreme 10:21
18:6,15 32:9,12,14
sure 17:10 22:20
34:17
survival 26:8
sustainable 21:4
swings 21:14
system 23:15 25:22
26:4,5,7,8,15 30:22
30:23 34:6
systematically
23:21

t

t 38:1,1
tab 37:3
tabitha 2:12,19,20
27:3,5
take 5:16 21:23
taken 3:10 4:5
35:21 36:23 38:7
takes 13:23
talk 21:6 22:7
talking 22:14
tashina 6:6
teams 1:17
technically 34:16
television 14:22

tell 37:16
tends 34:14
term 11:5 13:4
terribly 27:18
testify 27:21
testimonies 26:17
testimony 2:7,17
2:18,19 8:8 11:10
16:23 17:8 26:20
32:21 33:12
thank 3:14 6:20 8:2
8:14 14:8,9,23 15:2
16:20 17:3,8,10,22
20:5,6,10,16 22:24
22:25 23:1 25:10
25:11,14,15 26:19
26:23,25 27:2,4
29:17,18 30:12,20
31:20 32:16 33:11
33:12,12,14 35:7,8
35:25 36:2 37:19
things 20:23 34:25
think 5:18 7:19
10:2 17:1 21:7
29:19 37:17
thornburg 18:15
thought 32:7,8
thousand 23:20
three 7:2 15:1,19
19:21 22:17 26:4
27:6,10 28:1,7,10
28:20 36:12
throw 34:7
thumb 24:8
tier 26:4
time 4:8 7:2 15:12
22:6 24:19 29:17
32:17 33:12 36:2
timer 14:25
times 30:24

tired 23:13
today 4:2 6:23 8:3
15:14 18:9 19:14
23:10 24:11 36:3
tonight 27:21 30:20
total 11:11,14,16
11:24 19:11 20:1
35:10,12,13
tough 20:15 22:14
toulminville 23:16
town 28:14,17
tradition 16:16
traditional 26:4,9
transcribed 1:20
7:10 38:8
transcript 38:9
transcription 38:8
transcripts 36:23
37:4
transformation
19:23
transparency
36:15
trend 6:13
tribal 13:3,7
true 38:9
try 22:10
trying 5:9 9:18
turn 3:7 7:24
turpitude 35:2
tuscaloosa 21:1
tv 28:7
two 10:8,17 12:4
14:12 16:6 17:7,18
18:11,12,17 19:2
19:21 20:20 27:5
27:10 36:14,24

u

u.s. 20:19
ultimately 34:17

unbiased 31:11
underserved 25:19
understand 33:5
  35:24
understanding
  8:22
understood 15:17
unequal 26:2
unfair 15:18
unfairly 25:5
unfairness 15:12
  16:6
unified 28:5,5
  29:11
union 1:14
united 10:20 11:21
units 11:15
unnecessarily 25:7
uphold 36:14
urban 6:14 21:10
urge 18:9 23:12
use 4:7

**v**

vacant 6:8
validate 26:17
validated 18:6
valuable 8:6
variations 37:13
various 13:10
vary 9:16
versus 33:25
vice 17:15
victim 23:13
violation 18:17,19
virtual 3:17
virtually 3:2,19
  30:7
visiting 11:19
visits 28:10
voices 16:8

vote 11:18,22,23
  15:8,11 19:18
  21:20 33:23 35:3
voter 27:22 28:18
  31:14
voter's 15:11
voters 15:4,5,22
  16:17 17:5 18:23
  19:17 24:17 25:2,3
  28:14,15,25 31:6
  32:22 35:21
votes 15:22,23 16:5
voting 10:8,9,18,22
  11:1 12:1,2,2,4
  13:6,19 15:9,9,10
  18:1,2,10,12,13,14
  18:18,19 24:19
  28:19 33:23 36:14
vs 18:7,15

**w**

walker 2:5 3:24 7:2
  7:24 8:1,1 14:8
  16:21 17:13 20:6
  20:13 22:24 23:1
  25:11 26:25 29:13
  29:18,23 30:3,9
  31:15,22 32:3,20
  33:11 34:12 35:8
  36:5,8,19 37:21
want 3:14 7:5,5
  8:12,20 16:21,23
  27:21 28:8 31:6
  33:21 34:7,25
  36:21
wanted 24:24
  30:21 34:10
wants 8:17 14:14
  14:15 29:22 30:9
  37:18
washington 2:9,17
  17:9,10,12,14,17

20:6,7 36:11
watched 23:19
water 12:20
way 4:21 8:17
  11:24 21:11,13,16
  22:11 24:15 26:11
  27:22 33:5 35:22
ways 24:17 25:5
we've 3:15 5:8 6:2
  20:12 33:22 34:4
  34:22,24
weary 27:22
website 36:25 37:1
wednesday 1:9
week 36:24
weeks 36:24
weighing 13:9
weird 21:14
weirdly 22:8
welcome 3:1 6:23
  7:21 8:2 16:25
  25:12 27:3
went 6:3,4,6,7,10
  24:20
white 12:2 21:16
  23:22 24:5,11,12
  28:14
win 24:22
witnessed 23:20
women 15:4,5
  16:17 17:5
won 19:1,2 28:21
woodson 2:13
  30:12,13 31:20,24
  32:16,20 33:2
word 17:6
words 9:10 10:23
work 14:12 22:19
  22:22
workhorse 10:9

working 7:11 21:25
worried 29:1
wrap 29:13
write 28:9
writing 29:15
written 2:17,18,19
  16:22,24
wrong 31:6

**x**

x 2:1

**y**

y'all 14:9,23 34:1,7
  34:8
y'all's 24:23
year 23:19
years 4:5 17:19
  24:3 30:16

**z**

zoned 23:22

RC 044731

Alabama Rules of Civil Procedure

Part V. Depositions and Discovery

Rule 30

(e) Submission to witness; changes; signing. When the testimony is fully transcribed the deposition shall be submitted to the witness for examination and shall be read to or by the witness, unless such examination and reading are waived by the witness and by the parties. Any changes in form or substance which the witness desires to make shall be entered upon the deposition by the officer with a statement of the reasons given by the witness for making them. The deposition shall then be signed by the witness, unless the parties by stipulation waive the signing or the witness is ill or cannot be found or refuses to sign. If the deposition is not signed by the witness within thirty (30) days of its submission to the witness, the officer shall sign it and state on the record the fact of the waiver or of the illness or absence of the witness or the fact of the refusal to sign together with the reason, if any, given therefor; the deposition may then be used as fully as though signed unless on a motion to suppress under Rule 32(d)(4) the

court holds that the reasons given for the refusal
to sign require rejection of the deposition in
whole or in part.


(F) Certification and filing by officer; exhibits;
copies; notice of filing.
(1) The officer shall certify on the deposition
that the witness was duly sworn by the officer and
that the deposition is a true record of the
testimony given by the witness. Unless otherwise
ordered by the court, the officer shall then
securely seal the deposition in an envelope
indorsed with the title of the action and marked
"Deposition of [here insert name of witness]" and
shall promptly file it with the court in which the
action is pending or send it by registered or
certified mail to the clerk thereof for filing.




DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.