FILED
2021 Dec-27  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

Page 1

1          PERMANENT LEGISLATIVE COMMITTEE

2               ON REAPPORTIONMENT

3                 PUBLIC HEARING

4

5     DATE: SEPTEMBER 16TH, 2021

6     TIME: 2:00 PM CST

7     LOCATION: FAIRHOPE, ALABAMA

8

9

10    Senator Jim McClendon, State Representative

11    Chris Pringle, Attorney Dorman Walker are in

12    attendance virtually.

13

14

15

16

17

18

19

20

21

22

23

24

25

1          SENATOR MCCLENDON:  Welcome,

2     everybody.  Thank you for joining us today.

3     This is the 27th of 28 public hearings we

4     have held around the state of Alabama.  My

5     name is Jim McClendon, and I am the Senate

6     Chair of Redistricting.  On my right is

7     Representative Chris Pringle, who is the

8     House Chair of Redistricting.  And on my

9     left is Mr. Dorman Walker.  Mr. Walker is an

10    attorney and works for the Redistricting

11    Committee.  And Mr. Walker will be your

12    hearing officer today.  Every ten years the

13    census is done in order not only to count

14    people and find out what the numbers are in

15    each district but to find out where the

16    people are living in each district.  Ten

17    years ago we redistricted, and we had ideal

18    district sizes at that time.  And people

19    move.  They move in; they move out.  And we

20    get away from the concept of one person, one

21    vote.  And so the purpose of redistricting

22    is to go back and redraw the lines to

23    reestablish the ideal numbers for each

24    district.  This Committee, Redistricting

25    Committee will be concerned with, of course,

1     redistricting the Alabama Senate, Alabama

2     House, the State Board of Education, and the

3     Congressional districts.  You are here with

4     us, and we welcome your comments and your

5     testimony, and your suggestions on how we go

6     about doing this, and what you would like to

7     see done in your area.  We establish an

8     ideal number for House and Senate districts,

9     and the others as well.  On the House --

10    everybody coming online, please mute your

11    microphone and turn your camera off.  You'll

12    have a chance to participate in this after

13    folks in the audience speak to us live. An

14    ideal Senate district is 143,551, and an

15    ideal House district is 47,850. So, what

16    happens is districts change over time, and

17    it's our job to go back and make the lasso

18    bigger or smaller to get to the correct

19    number.  To give you an idea of some House

20    and Senate districts in your area and what

21    has happened with the population, for

22    example, Senate 22 has lost about -- it's

23    about 7,600 under the ideal amount.  Senate

24    32 is about 33,600 over.   Senate 34 is

25    about 5,500 over.  So, those districts where

Page 4

1    they've got more people than they need, we

2    have got to rearrange the lines.  Now, one

3    thing that can happen is a district can end

4    up after we do the census count and they

5    have about the right number of people in it,

6    and you would think we wouldn't have to mess

7    with that district, but what happens is that

8    the adjacent district might have a big

9    increase or decrease in population.  So,

10   when the lines shift on one district, it's

11   bound to affect an adjacent district.  As

12   far as the House districts in your area --

13   let's see here. 64, House 64 is up by 4,600.

14   66 -- that is yours, Representative Baker --

15   is down by about 1,600.  92, House District

16   92 is down by 3,200.  These are round

17   numbers.  3,200. 94, that is Representative

18   Faust, is up by 11,600. 95 is up by 14,600

19   people.  96 is up by 8,300. And 98 is down

20   by 5,300. So, you can see there is major

21   changes.  This is no surprise.  We saw it

22   coming, and you saw it coming, too.  There

23   is big, big changes down at that end of the

24   state, and our job is to get those back in

25   balance.  Let me introduce to you State

1   Representative Chris Pringle.  Chris?

2              REPRESENTATIVE PRINGLE:   Thank

3   you, Senator. It's a pleasure to be with

4   you. It's a pleasure to see so many

5   distinguished friends in the audience. I'm

6   glad you could join us.  Today we will call

7   you to speak in the order in which you

8   signed up.  Each speaker will be limited to

9   three minutes. If you need more time, at the

10  end, we'll come back and around and let you

11  speak.  When called, please come to the

12  microphone, clearly state your name and

13  spell it, and identify which community you

14  represent or which district or districts you

15  would like to speak about.  If you decide

16  you would like to speak but have not signed

17  up, at the end we will ask anybody who would

18  like to come forward and speak.  If you are

19  participating remotely, send your questions,

20  and we will read them into the record.  This

21  hearing is being transcribed by a court

22  reporter working remotely.  If you have

23  something you would like to introduce into

24  the record or an exhibit, bring it to the

25  microphone with you and leave it with the

```
1    hearing officer in the room.  They will get
2    that to us, and we will have it entered into
3    the permanent record of this Committee.
4    Today's public hearing is on the issue of
5    redistricting.  We're not here to discuss
6    any issue pending before the Legislature
7    outside of that one particular issue.  So,
8    please keep all your comments germane to
9    that. With that, I'm going to turn it over
10   to Mr. Dorman Walker, who will be your
11   hearing officer.  Thank you for attending.
12            MR. WALKER:  Thank you,
13   Representative Pringle, and thank you,
14   Coastal Alabama, Fairhope campus for hosting
15   this. Thank you for those of you who are
16   attending in the auditorium today and
17   attending online.  Your participation is
18   important.  It's important for the
19   Legislature to hear what you have to say
20   about how the lines should be drawn.  Before
21   we start taking testimony today, I want to
22   go over with you the process that the
23   Legislature is going through and also go
24   over with you some of the rules that the
25   Legislature has to follow as it draws
```

Page 7

```
 1    districts.  Senator McClendon talked about
 2    ideal population.  If you're not familiar
 3    with that term, it's simply the new state
 4    population, which I'm going to say is 5
 5    million.  It's a little more than that, but
 6    let's just round it to 5 million. Divided by
 7    the number of districts at issue.  So, if
 8    you're trying find the ideal population for
 9    the Senate, you divide 5 million by 35
10    because we have 35 Senate districts.  If you
11    want to find the ideal population for the
12    House, you do 105.  And, of course, 8 for
13    the State Board of Education, 7 for
14    Congress.  So, going back to the Senate, if
15    you divide the state's population by the 35
16    districts, you get the ideal population of
17    143,551.  So, ideally, after redistricting,
18    every Senate district should have 143,551
19    people in it, except, fortunately, the
20    Legislature has allowed itself a little
21    leeway.  And it can vary from that ideal
22    population for the House, Senate, and State
23    Board of Education districts by 5% either
24    above or below.  So, the Legislature can
25    populate a Senate district anywhere from
```

1   136,373 to 150,759. -729. Excuse me.  And

2   that leeway allows the Legislature the

3   ability to accommodate traditional

4   districting objectives, such as preserving

5   the integrity of political subdivisions,

6   maintaining communities of interest, and

7   creating geographically compact districts.

8   Congressional districts do not have the same

9   latitude.  They must be drawn as equally as

10  possible.  I'm not sure if it was Senator

11  McClendon or Representative Pringle that

12  said this is our next to the last hearing.

13  We have been doing hearings since the 1st of

14  September.  All of the hearings are being

15  transcribed by a court reporter.   And those

16  transcripts will be posted online fairly

17  soon.  All you do if want to see them is

18  Google "Alabama Legislature,"  and there

19  will be a tab for reapportionment.  I know

20  what we are really doing is redistricting,

21  but the word "reapportionment" somehow got

22  in there long ago, and that is what we're

23  stuck with.  "Reapportionment," click that,

24  and you will get to a series of folders, one

25  for each hearing.  You can read the

Page 9

1   transcript of the testimony received at that

2   hearing, as well as look at any exhibits

3   that were received at that hearing.  In

4   addition, there will be a folder for other

5   comments that were received not in

6   connection with the hearing, and you can see

7   those comments, too.  I will just say that

8   if you're participating here today, if

9   you're in the auditorium or participating

10  remotely, now is the best time to give us

11  your comments.  However, if you want to

12  submit something separately, the sooner you

13  do that, the better, if you want somebody to

14  look at it.  Right now members of the State

15  Board of Education, the Congressional

16  staffers, and legislators are meeting with

17  our map drawer and talking about their

18  districts.  And that is something that

19  requires a high degree of coordination

20  because one district may need to lose

21  population, and there needs to be a

22  determination made of what makes sense for

23  that district to shed, and there are a lot

24  of factors that go into that, while some

25  adjoining districting may need to gain or

RC 044826

```
 1    may also need to shed.  No single district
 2    can act alone, if you will.  There has to be
 3    coordination among them that has to be
 4    worked out.  But, ultimately, there will
 5    come forth Congressional, State Board of
 6    Education, and legislative plans from the
 7    Committee.  And when Governor Kay Ivey calls
 8    a special sessional for redistricting, I
 9    imagine that those bills will be prefiled
10    and you can go -- once the special session
11    is called, you can go to the legislative
12    website and look at those prefiled bills if
13    you want to.  There will be other people,
14    other legislators also that will be
15    submitting bills.  We know that, for
16    example, Senator Singleton has said that he
17    is going to sponsor a draft bill for the
18    Congressional districts.  It's a bill that,
19    of course, has seven Congressional
20    districts, does not split any counties,
21    varies from ideal population by about 2.44%,
22    which is unusual, and does not have any
23    majority black districts, instead has
24    districts that one has about 40% black
25    voting age population, and the other a 45%
```

1    black voting age population.  So, it has the

2    opportunity for there to be two members of

3    the Alabama delegation who are the candidate

4    of choice of black voters, but it doesn't

5    necessarily guarantee that.  And there will

6    be other legislators who introduce other

7    plans, too.  If you have a plan that you

8    want to be considered, you're welcome to

9    submit it.  However, if you want it to be

10   considered by the Legislature as a whole,

11   you need to get a legislator to sponsor that

12   and introduce it as a bill.  When the

13   special session is called, the Legislature

14   will convene, and there will be committee

15   hearings about the bills.  My understanding

16   at the time is that those will be public.

17   People who are vaccinated will not need to

18   mask. People who are not vaccinated can

19   attend but must mask.  That, of course,

20   could change.  But in addition, those

21   hearings will be live streamed, as will the

22   legislative session itself.  So, that is the

23   process we're in.  Next, I would like to

24   talk about the rules that the Legislature

25   has for drawing districts.  It can't simply

Page 12

1    draw them any way it wants.  It has to

2    comply with the requirements of the federal

3    and state Constitution and federal and state

4    law, as well as it has to comply with

5    race-neutral redistricting criteria that the

6    Legislature has adopted for itself.   So,

7    let's go over what those are.  Foremost and

8    non negotiable are two: One is one person,

9    one vote, which is a fancy way of saying

10   that after redistricting all of the

11   districts must have identical population if

12   they're Congressional, or near identical

13   population if they're State Board of

14   Education or legislative.  And in addition,

15   the Legislature will not pass any

16   redistricting plan that it understands

17   discriminates on the basis of race, color,

18   or membership in a language minority group.

19   And if you wonder where that phrase comes

20   from, it comes from Section 2 of the Voting

21   Rights Act, which is the workhorse,

22   antidiscrimination provision of the Voting

23   Rights Act.  In addition, no district will

24   be drawn in a manner that subordinates

25   race-neutral criteria -- and I'll go over

```
 1   what those are in a second -- to
 2   considerations of race, color, or membership
 3   in a language minority group, except that
 4   race, color, or membership in a language
 5   minority group may predominate over
 6   race-neutral redistricting criteria if there
 7   is a strong basis in evidence to do so in
 8   order to comply with Section 2.  The Supreme
 9   Court has defined a strong basis in evidence
10   as a good reason to believe that race must
11   be used in order to satisfy the Voting
12   Rights Act.  Now, the race-neutral
13   districting criteria that the Legislature
14   has adopted are not really unique to
15   Alabama.  You can find almost all of these
16   in other states around the nation.  Some
17   states have slightly different versions or
18   have rules that are unique to those states
19   or the interest of those states.  But
20   generally, Alabama's version of guidelines
21   are what you would find in almost any other
22   state.  And they include a requirement that
23   districts be reasonably compact. That is a
24   relative term.  Obviously, a Congressional
25   district is going to be much larger than a
```

1    House district, but both have to be compact

2    within the context of their plans.    Another

3    is that all districts should be drawn to

4    reflect the democratic will of the people.

5    That is one of the reasons for these

6    hearings and why your participation is so

7    important, so that the Legislature can have

8    input from the people about how those

9    districts should be redrawn.    Districts are

10   drawn on the basis of total population.    The

11   census gives us lots of different ways of

12   reporting information about the population.

13   We could get, for example, the population of

14   all people who work in forestry or all

15   people who have graduate degrees or all

16   people who are of a certain age.    But we

17   don't use that.    We use the broadest

18   classification of population the census

19   gives us, which is the total population of

20   the state or of a district on census day,

21   April 1, 2020.    And that, obviously,

22   includes a lot of people who can't vote,

23   such as minors, or people who are not yet

24   eighteen, people who have lost the ability

25   to vote because they have committed certain

RC 044831

```
 1   crimes, people who are residing in Alabama
 2   but are not citizens, or people who are not
 3   citizens of the United States. So, even
 4   though many of these people can't vote, by
 5   long tradition, total population is used to
 6   draw districts, although at times we will
 7   look at voting age population, that is the
 8   population eighteen and older, as necessary
 9   to ensure compliance with the Voting Rights
10   Act.  The Legislature has to draw 35 Senate
11   districts, and it has to draw 105 House
12   districts, although the Constitution would
13   allow us to have 106 House districts.  All
14   districts are single-member districts.  That
15   means from each district only one person is
16   elected.  In other places in the country,
17   there are multi-member districts from which
18   multiple people can be elected from the same
19   district.  We don't have that.  Another one
20   of the criteria is that contests between
21   incumbents will be avoided whenever
22   possible, and contiguity among districts is
23   required, which means every point on the
24   boundary of a district must be tangent to a
25   point of another district or one of the
```

RC 044832

```
 1    Alabama boundaries.  Contiguity across water
 2    is allowed.  So, for example, if we have a
 3    district that spans Mobile Bey, the fact
 4    that it doesn't physically connect doesn't
 5    mean it's not contiguous, because contiguity
 6    across water is allowed.  Districts shall
 7    respect communities of interest,
 8    neighborhoods, and political subdivisions to
 9    the extent practicable.  A community of
10    interest is defined as an area with
11    recognized similarities of interest,
12    including but not limited to ethnic, racial,
13    economic, tribal, social, geographic, and
14    historical identities.  Under certain
15    cirucumstances, the term "communities of
16    interest" may also include political
17    subdivisions, such as counties, voting
18    precincts, municipalities, tribes, and
19    reservations -- tribal lands, and
20    reservations, and school districts.  The
21    discernment, weighing, and balancing of the
22    varied factors that contribute to
23    communities of interest is an intensely
24    political process best carried out by
25    elected representatives of the people.  Let
```

RC 044833

1   me just add that perhaps among the most

2   helpful testimony that the Committee can

3   receive is testimony that you might be able

4   to give about communities of interest that

5   need to be respected when lines are

6   redrawn.  Districts should be reasonably

7   compact, and districts should be drawn to

8   contain the minimum amount of counties.  In

9   addition, the Legislature will try to

10  preserve the core of existing districts.  In

11  establishing legislative districts, the

12  Reapportionment Committee and the

13  Legislature give due consideration to all of

14  these criteria, but as indicated, the two

15  overarching and non negotiable criteria are

16  equality of population and

17  nondiscrimination.  In addition, among the

18  race-neutral districting criteria, there may

19  be times when those conflicts, and the

20  Legislature will have to at its own

21  discretion determine which one takes

22  priority.  We're ready now to receive public

23  comments.  I will start first with the

24  people that are in the auditorium at Coastal

25  Alabama, Fairhope, and then I will see if

1   anyone who is online wants to make a

2   comment.  If you're online and you want to

3   make a comment, please raise your hand or

4   send in a comment by chat, and it will be

5   read into the record.  And then I will go

6   back again and see if anybody wants to speak

7   before closing the hearing.  The first

8   person who has indicated they want to speak

9   is -- I think it's Ms. Sonenstein. I can't

10  read the first name.  Forgive me. If you

11  would, come up to the -- before you speak,

12  let me ask, are there any members of the

13  media present in the auditorium?  If there

14  are, would you identify yourself?  We just

15  like to have some idea about coverage. Yes,

16  sir.  What media do you represent?

17          FROM THE FLOOR: (Inaudible).

18          MR. WALKER:  We couldn't quite

19  hear you.

20          FROM THE FLOOR:  Al.com.

21          MR. WALKER:  Oh. Okay. Thank you.

22  All right.  Ms. Sonenstein?  Are any media

23  online?  If you are, please send in a

24  message by chat.  Yes, ma'am.  Would you

25  mind spelling your first and last name?

```
 1            MS. SONENSTEIN:  I would be happy
 2    to.  It's Freya, F-r-e-y-a, last name
 3    Sonenstein.
 4            MR. WALKER:  I'm so sorry.
 5            MS. SONENSTEIN:  No problem.
 6    It's something I experience all the time.
 7    Good afternoon.  I want to start by
 8    thanking the Coastal Community College and
 9    the Committee for hosting these hearings
10    where you will hear the concerns of our
11    residents regarding the redistricting
12    efforts following the release of the 2020 US
13    census.  I grew up in Baldwin County, and I
14    retired here close to a decade ago.  And I'm
15    speaking today for the League of Women
16    Voters of Baldwin County.  The League of
17    Women Voters is a non partisan organization
18    that does not endorse specific candidates or
19    political parties.  Our vision is to empower
20    all voters and to defend democracy. As
21    Alabama faces the challenges of
22    redistricting, we ask you to make sure that
23    the Congressional districts are fairly
24    drawn.  And we would ask you to have them
25    conform to the following mandated criteria:
```

1   That they're substantially equal in

2   population, geographaically connected, and

3   they respect communities of interest and the

4   integrity of municipalities and counties.

5   And I know you have already said that is

6   what you plan to do and are mandated to do.

7   And you have defined what communities of

8   interest are.  Over the past seventy years

9   since I first lived here in Baldwin County,

10  it's undergone a massive transformation.

11  Increasingly, many of the farms and orchards

12  have turned into housing for newcomers

13  attracted to the quality of life of Baldwin

14  County.  My own father and mother built one

15  of the first houses in the Spanish Fort

16  development that foretold what the future

17  would be here.  This trend has continued

18  unabated, and the headlines for the 2020

19  census are that Baldwin County has

20  experienced massive growth.  And you have

21  noted that in some of the growth of the

22  population in some of our legislative

23  districts.  Baldwin County was the fastest

24  growing county in Alabama, and the seventh

25  faster growing county in the US. Clearly,

1  these populations shifts will mean that you

2  will need to reconsider the boundaries for

3  our Congressional District Number 1.

4  Certainly, there will no longer be a need to

5  add a portion of Clark County to the

6  district.  As you propose a new

7  Congressional map for Alabama, we urge you

8  to correct the inequities in the current

9  map.  Our Congressional map districts are

10 not compact.  They do not follow county

11 boarders as Constitutionally prescribed, and

12 the strangely shaped District 7 appears to

13 have packed as many people of color into a

14 single district to ensure minority

15 representation in that district but weakens

16 minority and voting influence elsewhere in

17 the state.  Seven counties are split in the

18 Congressional map, and it doesn't seem to be

19 a coincidence they include two of the most

20 popular cities in Alabama:  Birmingham and

21 Montgomery.  Surely, residents of a single

22 city and its surrounding metropolitan area

23 are a community of interest that should not

24 be split up.  The League of Women Voters of

25 Baldwin County endorses a whole county

RC 044838

```
 1   approach to redrawing the Congressional
 2   map.  This approach will correct some of the
 3   current challenges to fair representation in
 4   our state and provide all Alabama citizens
 5   with better opportunity to participate fully
 6   in the democratic process.  Thank you for
 7   the opportunity to provide this testimony.
 8              MR. WALKER: Thank you, Ms.
 9   Sonenstein.  You've read your comments into
10   the record, but if you want to also to put
11   your written document there into the record,
12   give it to a coordinator there at the
13   auditorium, and it will be attached as an
14   exhibit to the transcript. You don't have to
15   do that, but just if you want to, you may.
16              MS. SONENSTEIN:  I will be happy
17   to do that.
18              MR. WALKER:  Thank you. Just to
19   follow up on your comments, I note that
20   Baldwin County's population increased over
21   the last ten years by just shy of 50,000
22   people and a little more than 25%, which is
23   a huge increase.  The next person to speak
24   is Representative Bradley Byrne.
25              REPRESENTATIVE Byrne: Thank you,
```

1    Chairman McClendon, Chairman Pringle.

2    Thanks for doing this across the state of

3    Alabama. Thanks for being with us today. So,

4    I have represented District 1 in the Alabama

5    State School Board, District 32 in the

6    Alabama State Senate, and District 1 in the

7    US House of Representatives. I would like to

8    speak to each one of those. Let me start

9    with the state Senate seat. I know that that

10   Senate district has grown dramatically.

11   Supposedly it's designed to keep a community

12   of interest together that involves people

13   that live along the Baldwin County coastline

14   from the eastern shore down to our beach

15   communities in the southern part of the

16   county. They do form a community of

17   interest, and as difficult as it's going to

18   be to try to keep that community of interest

19   together, I would ask that the Committee and

20   the Legislature do so. So many issues that

21   involve those areas are common.   Now, there

22   are some differences. I understand that.

23   But the commonalities far outweigh the

24   differences, and I hope that the Committee

25   and the Legislature will take those into

RC 044840

1  account.  Let me talk about the

2  Congressional district.  I understood what

3  the lady said before.  I love my old

4  Congressional district.  I hate to see any

5  part of it taken away, but I understand

6  there has been enough growth in Baldwin

7  County that it affects the Congressional

8  district, and there may have to be some

9  changes.  Let me plea for this:  Mobile and

10  Baldwin County need be kept together, and

11  they need to be kept whole.  It would be

12  very difficult for a Congressman from

13  another area, particularly someone that

14  might have to come from Birmingham, through

15  Tuscaloosa, through Selma, to stay on top of

16  the myriad of issues that are so important

17  down here in this part of the state.  So, I

18  ask the Committee and the Legislature to

19  keep District 1, Mobile and Baldwin County

20  in District 1, together and whole, and as

21  many of the present counties and places in

22  those counties kept in the district as

23  possible.  It's a good district.  There is a

24  genuine community of interest among those

25  areas as you represent somebody in the

Page 25

```
 1    United States House of Representatives. And
 2    I think if you could keep that as much
 3    together as you possibly can, that would
 4    serve the people of this area well.  Let me
 5    come to the third one, which is the 1st
 6    District on the State School Board.  If I
 7    had known the Legislature was going to make
 8    the changes they made to that district last
 9    time, I would have come to this hearing and
10    spoken out then.  I think the Legislature
11    made a tremendous mistake when they drew
12    District 1.  District 1 now has somebody
13    that represents part of it that comes from
14    Montgomery all the way into Mobile County.
15    Now, part of the job of being a State School
16    Board member is you have to stay in close
17    contact with each of your local school
18    districts and the schools in those
19    districts.  So, we now have more than one
20    person representing the Mobile County School
21    District on the Alabama State School Board.
22    The Mobile County School District is the
23    single largest school district in the state
24    when it comes to student population.  It
25    takes an enormous amount of time to stay in
```

```
 1    touch with that district. I know.  I did it
 2    for eight years.  And I think it's a
 3    tremendous mistake to have somebody from
 4    Montgomery trying to do that. I'm not
 5    picking on the person from Montgomery who is
 6    doing it.  I would say this about anybody.
 7    It's almost impossible to figure out how
 8    somebody can keep up with all that is going
 9    on in the Mobile County district and the
10    rest of the that district together.  So, I
11    would plead with the Committee, plea with
12    the Legislature to go back to the old
13    boundaries for District 1, which were all of
14    Mobile County together, all of Baldwin
15    County together, and all of Escambia County
16    together.  That district works.  There is a
17    true community of interest there.  I do not
18    think that there is a community of interest
19    there the way it is presently drawn. Once
20    again, gentlemen, I appreciate what you are
21    doing.  I think this is the right thing, to
22    let the people of this state speak out.  Mr.
23    Walker is well-known around the state as a
24    tremendous lawyer in this area.  He will
25    give you great advice.  I look forward to
```

```
 1    working with you in the days to come as you
 2    do this very important job.  Thank you.
 3              MR. WALKER:  Thank you,
 4    Representative Byrne.  There is no one else
 5    in the auditorium who has signed up to
 6    speak.  Is there anyone else who would like
 7    to speak at this time even if you didn't
 8    originally sign up to speak?  Okay. Come
 9    forward, sir.
10              MR. WAKELEY:  (Inaudible)  Good
11    afternoon, Representative Pringle, Senator
12    McClendon.  Good to see you both.  Can you
13    hear me (inaudible)?
14              MR. WALKER:  It might be better
15    you took off your mask.  You're a little
16    muffled.
17              MR. WAKELEY:  Is that a little
18    better?
19              REPRESENTATIVE PRINGLE: Take you
20    mask off.
21              MR. WALKER:  I think you should
22    remove your mask, if you don't mind.
23              MR. WAKELEY:  It's a
24    little contrary to organizational policy.
25    The reason I'm here is to talk about a
```

```
 1   couple of things, actually.  One of them
 2   is --  if you have the map in front of you,
 3   I would love to talk to you about a couple
 4   of districts specifically.  Districts 66 and
 5   64 on the House map are really elongated. I
 6   think they fall afoul of the compactness
 7   consideration.  And, actually, in District
 8   66, the quickest way to get from one end to
 9   the other to it is to drive two hours
10   through Florida. It is really, really
11   elongated.  And y'all are going to have
12   plenty of opportunity to sort of make that a
13   little more of a compact district as things
14   go on, and I would suggest that you do so.
15   The second part, you'll be less likely to
16   hear -- you'll be less likely to want to
17   hear.  And I would like to say that some of
18   the residents of Districts 66 and 64 would
19   probably be a little more likely to be able
20   to make this meeting -- this is mostly
21   Fairhope residents and a few folks from
22   Mobile, from my understanding.  But a lot of
23   those folks would be more likely to make
24   this meeting if it were after working hours.
25   So, I would encourage you -- I know you have
```

1  heard that many times already during these

2  hearings.  I would encourage you to take

3  that under further consideration for next

4  redistricting committee. Thank you.

5          MR. WALKER:  I think you stated

6  your name when you began, but we couldn't

7  understand it.  Would you mind stating your

8  name and spelling it for the court reporter?

9          MR. WAKELEY:  Sure.  Dev, D as in

10  delta, E as in echo, V as in Victor.

11  Wakeley, whiskey, alpha, kilo, echo, lima,

12  echo, yankee. Thank you.

13          MR. WALKER:  Thank you very much,

14  and thank you for your comments.  Is there

15  anyone else in the auditorium who would like

16  to speak at this time?  If so, please

17  come forward. Okay. I don't see anybody, but

18  we have a number of people who are attending

19  remotely. Is there anyone attending remotely

20  who would like to speak?

21          MS. OVERTON:  There are no

22  questions or comments, but we do have two

23  members of the media that have put in their

24  names in the chat.

25          MR. WALKER:  Okay.

```
 1              MS. OVERTON:  The first one is Guy
 2    Busby, editor of the Courier Gulf Coast
 3    Media.  The second one is Gabrielle
 4    (inaudible) and I will spell this rather
 5    than to butcher it. L-a-
 6              MR. WALKER:  Langan (phonetic.)
 7              MS. OVERTON: Langan.
 8              MR. WALKER:  Thank you for your
 9    coverage, you two media members, as well as
10    the person who is in the auditorium.  All
11    right. One last call for anybody who wants
12    to speak in the auditorium, Wave your
13    hand or stand up.  Yes, ma'am.  Please come
14    forward. Welcome.
15              MS. CADELL:  Thank you.
16              MR. WALKER:  Would you state your
17    name?
18              MS. CADELL:  My name is Barbara
19    Cadell.
20              MR. WALKER:  Okay. Could you --
21              MS. CADELL:  I live in Mobile
22    County.  And I spoke at the Mobile County
23    version of this hearing.  I want to thank
24    you all for extending yourselves to have
25    this many hearings. However, it's my
```

1  understanding and I want to be clear that

2  you are not going to have anymore hearings

3  specifically for school board, state school

4  board, or other state legislative districts

5  when you have the legislative session.  When

6  the special session is called, will it be a

7  three-in-one where all three maps will be

8  presented?

9          MR. WALKER:  When the session is

10  called, it will be for the purpose of

11  passing the Congressional plan, the State

12  Board of Education plan, the legislative

13  House plan, and the legislative Senate

14  plan.

15          MS. CADELL: It will be an

16  all-in-one special session?

17          MR. WALKER:  All four of those

18  maps have to be passed in this special

19  session in order to be ready for the

20  elections next year.

21          MS. CADELL: So, you're not

22  (inaudible).  These are kind of complicated

23  situations.

24          MR. WALKER:  I'm sorry, ma'am.

25  You're not -- you got cut off.

Page 32

```
 1              MS. CADELL:  I just want to be
 2    clear.  Thank you.
 3              MR. WALKER:  Thank you.  Is there
 4    anyone else who is attending remotely who
 5    would like to speak?  Last chance.
 6              MS. OVERTON:  Felicia says, "I
 7    know in prior meetings we were told that the
 8    special session would be broadcast online."
 9              MR. WALKER:  Yes.  As I said
10    earlier, it will be live streamed.
11              MS. OVERTON:  "Will there be
12    options for virtual comments?"
13              MR. WALKER:  Not for the session.
14    Anybody else?  Okay.  Thank you very much
15    for attending either in person and remotely.
16    Your participation is important to the
17    process. This hearing is closed.
18
19              (Hearing concluded.)
20
21
22
23
24
25
```

RC 044849

Page 33

CERTIFICATE

STATE OF ALABAMA

LAUDERDALE COUNTY


I hereby certify that the above and foregoing proceedings were taken down by me in stenotype, and the questions and answers thereto were reduced to computer print under my supervision, and that the foregoing represents a true and correct transcript of the testimony given by said witness upon said hearing.

I further certify that I am neither of counsel, nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

Signed the 8th day of October, 2021

Stacy Mays

Alabama CCR #229. Expires 9/30/2022

**1**

**1** 14:21 21:3 23:4,6
  24:19,20 25:12,12
  26:13
**1,600** 4:15
**105** 7:12 15:11
**106** 15:13
**11,600** 4:18
**136,373** 8:1
**14,600** 4:18
**143,551** 3:14 7:17
  7:18
**150,759** 8:1
**16th** 1:5
**18336** 33:20
**1st** 8:13 25:5

**2**

**2** 12:20 13:8
**2.44** 10:21
**2020** 14:21 19:12
  20:18
**2021** 1:5 33:18
**22** 3:22
**229** 33:22
**25** 22:22
**27th** 2:3
**28** 2:3
**2:00** 1:6

**3**

**3,200** 4:16,17
**32** 3:24 23:5
**33,600** 3:24
**34** 3:24
**35** 7:9,10,15 15:10

**4**

**4,600** 4:13
**40** 10:24
**45** 10:25
**47,850** 3:15

**5**

**5** 7:4,6,9,23
**5,300** 4:20
**5,500** 3:25
**50,000** 22:21

**6**

**64** 4:13,13 28:5,18
**66** 4:14 28:4,8,18

**7**

**7** 7:13 21:12
**7,600** 3:23
**729** 8:1

**8**

**8** 7:12
**8,300** 4:19
**8th** 33:18

**9**

**9/30/2022** 33:22
**92** 4:15,16
**94** 4:17
**95** 4:18
**96** 4:19
**98** 4:19

**a**

**ability** 8:3 14:24
**able** 17:3 28:19
**accommodate** 8:3
**account** 24:1
**act** 10:2 12:21,23
  13:12 15:10
**action** 33:16
**add** 17:1 21:5
**addition** 9:4 11:20
  12:14,23 17:9,17
**adjacent** 4:8,11
**adjoining** 9:25
**adopted** 12:6 13:14
**advice** 26:25

**affect** 4:11
**afoul** 28:6
**afternoon** 19:7
  27:11
**age** 10:25 11:1
  14:16 15:7
**ago** 2:17 8:22 19:14
**al.com.** 18:20
**alabama** 1:7 2:4
  3:1,1 6:14 8:18
  11:3 13:15 15:1
  16:1 17:25 19:21
  20:24 21:7,20 22:4
  23:3,4,6 25:21 33:3
  33:22
**alabama's** 13:20
**allow** 15:13
**allowed** 7:20 16:2,6
**allows** 8:2
**alpha** 29:11
**amount** 3:23 17:8
  25:25
**answers** 33:8
**antidiscrimination**
  12:22
**anybody** 5:17 18:6
  26:6 29:17 30:11
  32:14
**anymore** 31:2
**anywise** 33:16
**appears** 21:12
**appreciate** 26:20
**approach** 22:1,2
**april** 14:21
**area** 3:7,20 4:12
  16:10 21:22 24:13
  25:4 26:24
**areas** 23:21 24:25
**attached** 22:13
**attend** 11:19

**attendance** 1:12
**attending** 6:11,16
  6:17 29:18,19 32:4
  32:15
**attorney** 1:11 2:10
**attracted** 20:13
**audience** 3:13 5:5
**auditorium** 6:16
  9:9 17:24 18:13
  22:13 27:5 29:15
  30:10,12
**avoided** 15:21

**b**

**back** 2:22 3:17 4:24
  5:10 7:14 18:6
  26:12
**baker** 4:14
**balance** 4:25
**balancing** 16:21
**baldwin** 19:13,16
  20:9,13,19,23
  21:25 22:20 23:13
  24:6,10,19 26:14
**barbara** 30:18
**basis** 12:17 13:7,9
  14:10
**beach** 23:14
**began** 29:6
**believe** 13:10
**best** 9:10 16:24
**better** 9:13 22:5
  27:14,18
**bey** 16:3
**big** 4:8,23,23
**bigger** 3:18
**bill** 10:17,18 11:12
**bills** 10:9,12,15
  11:15
**birmingham** 21:20
  24:14

RC 044851

**black** 10:23,24 11:1
11:4
**board** 3:2 7:13,23
9:15 10:5 12:13
23:5 25:6,16,21
31:3,4,12
**boarders** 21:11
**bound** 4:11
**boundaries** 16:1
21:2 26:13
**boundary** 15:24
**bradley** 22:24
**bring** 5:24
**broadcast** 32:8
**broadest** 14:17
**built** 20:14
**busby** 30:2
**butcher** 30:5
**byrne** 22:24,25
27:4

**c**

**cadell** 30:15,18,19
30:21 31:15,21
32:1
**call** 5:6 30:11
**called** 5:11 10:11
11:13 31:6,10
**calls** 10:7
**camera** 3:11
**campus** 6:14
**candidate** 11:3
**candidates** 19:18
**carried** 16:24
**cause** 33:17
**ccr** 33:22
**census** 2:13 4:4
14:11,18,20 19:13
20:19
**certain** 14:16,25
16:14

**certainly** 21:4
**certificate** 33:1
**certify** 33:6,14
**chair** 2:6,8
**chairman** 23:1,1
**challenges** 19:21
22:3
**chance** 3:12 32:5
**change** 3:16 11:20
**changes** 4:21,23
24:9 25:8
**chat** 18:4,24 29:24
**choice** 11:4
**chris** 1:11 2:7 5:1,1
**cirucmstances**
16:15
**cities** 21:20
**citizens** 15:2,3 22:4
**city** 21:22
**clark** 21:5
**classification** 14:18
**clear** 31:1 32:2
**clearly** 5:12 20:25
**click** 8:23
**close** 19:14 25:16
**closed** 32:17
**closing** 18:7
**coast** 30:2
**coastal** 6:14 17:24
19:8
**coastline** 23:13
**coincidence** 21:19
**college** 19:8
**color** 12:17 13:2,4
21:13
**come** 5:10,11,18
10:5 18:11 24:14
25:5,9 27:1,8 29:17
30:13
**comes** 12:19,20
25:13,24

**coming** 3:10 4:22
4:22
**comment** 18:2,3,4
**comments** 3:4 6:8
9:5,7,11 17:23 22:9
22:19 29:14,22
32:12
**committed** 14:25
**committee** 1:1 2:11
2:24,25 6:3 10:7
11:14 17:2,12 19:9
23:19,24 24:18
26:11 29:4
**common** 23:21
**commonalities**
23:23
**communities** 8:6
16:7,15,23 17:4
20:3,7 23:15
**community** 5:13
16:9 19:8 21:23
23:11,16,18 24:24
26:17,18
**compact** 8:7 13:23
14:1 17:7 21:10
28:13
**compactness** 28:6
**compliance** 15:9
**complicated** 31:22
**comply** 12:2,4 13:8
**computer** 33:9
**concept** 2:20
**concerned** 2:25
**concerns** 19:10
**concluded** 32:19
**conflicts** 17:19
**conform** 19:25
**congress** 7:14
**congressional** 3:3
8:8 9:15 10:5,18,19
12:12 13:24 19:23

21:3,7,9,18 22:1
24:2,4,7 31:11
**congressman** 24:12
**connect** 16:4
**connected** 20:2
**connection** 9:6
**consideration**
17:13 28:7 29:3
**considerations**
13:2
**considered** 11:8,10
**constitution** 12:3
15:12
**constitutionally**
21:11
**contact** 25:17
**contain** 17:8
**contests** 15:20
**context** 14:2
**contiguity** 15:22
16:1,5
**contiguous** 16:5
**continued** 20:17
**contrary** 27:24
**contribute** 16:22
**convene** 11:14
**coordination** 9:19
10:3
**coordinator** 22:12
**core** 17:10
**correct** 3:18 21:8
22:2 33:11
**counsel** 33:15
**count** 2:13 4:4
**counties** 10:20
16:17 17:8 20:4
21:17 24:21,22
**country** 15:16
**county** 19:13,16
20:9,14,19,23,24
20:25 21:5,10,25

RC 044852

21:25 23:13,16
24:7,10,19 25:14
25:20,22 26:9,14
26:15,15 30:22,22
33:4
**county's** 22:20
**couple** 28:1,3
**courier** 30:2
**course** 2:25 7:12
10:19 11:19
**court** 5:21 8:15
13:9 29:8
**coverage** 18:15
30:9
**creating** 8:7
**crimes** 15:1
**criteria** 12:5,25
13:6,13 15:20
17:14,15,18 19:25
**cst** 1:6
**current** 21:8 22:3
**cut** 31:25

**d**

**d** 29:9
**date** 1:5
**day** 14:20 33:18
**days** 27:1
**decade** 19:14
**decide** 5:15
**decrease** 4:9
**defend** 19:20
**defined** 13:9 16:10
20:7
**degree** 9:19
**degrees** 14:15
**delegation** 11:3
**delta** 29:10
**democracy** 19:20
**democratic** 14:4
22:6

**designed** 23:11
**determination** 9:22
**determine** 17:21
**dev** 29:9
**development** 20:16
**differences** 23:22
23:24
**different** 13:17
14:11
**difficult** 23:17
24:12
**discernment** 16:21
**discretion** 17:21
**discriminates**
12:17
**discuss** 6:5
**distinguished** 5:5
**district** 2:15,16,18
2:24 3:14,15 4:3,7
4:8,10,11,15 5:14
7:18,25 9:20,23
10:1 12:23 13:25
14:1,20 15:15,19
15:24,25 16:3 21:3
21:6,12,14,15 23:4
23:5,6,10 24:2,4,8
24:19,20,22,23
25:6,8,12,12,21,22
25:23 26:1,9,10,13
26:16 28:7,13
**districting** 8:4 9:25
13:13 17:18
**districts** 3:3,8,16
3:20,25 4:12 5:14
7:1,7,10,16,23 8:7
8:8 9:18 10:18,20
10:23,24 11:25
12:11 13:23 14:3,9
14:9 15:6,11,12,13
15:14,14,17,22
16:6,20 17:6,7,10

17:11 19:23 20:23
21:9 25:18,19 28:4
28:4,18 31:4
**divide** 7:9,15
**divided** 7:6
**document** 22:11
**doing** 3:6 8:13,20
23:2 26:6,21
**dorman** 1:11 2:9
6:10
**draft** 10:17
**dramatically** 23:10
**draw** 12:1 15:6,10
15:11
**drawer** 9:17
**drawing** 11:25
**drawn** 6:20 8:9
12:24 14:3,10 17:7
19:24 26:19
**draws** 6:25
**drew** 25:11
**drive** 28:9
**due** 17:13

**e**

**e** 19:2 29:10
**earlier** 32:10
**eastern** 23:14
**echo** 29:10,11,12
**economic** 16:13
**editor** 30:2
**education** 3:2 7:13
7:23 9:15 10:6
12:14 31:12
**efforts** 19:12
**eight** 26:2
**eighteen** 14:24 15:8
**either** 7:23 32:15
**elected** 15:16,18
16:25
**elections** 31:20

**elongated** 28:5,11
**empower** 19:19
**encourage** 28:25
29:2
**endorse** 19:18
**endorses** 21:25
**enormous** 25:25
**ensure** 15:9 21:14
**entered** 6:2
**equal** 20:1
**equality** 17:16
**equally** 8:9
**escambia** 26:15
**establish** 3:7
**establishing** 17:11
**ethnic** 16:12
**everybody** 2:2 3:10
**evidence** 13:7,9
**example** 3:22 10:16
14:13 16:2
**excuse** 8:1
**exhibit** 5:24 22:14
**exhibits** 9:2
**existing** 17:10
**experience** 19:6
**experienced** 20:20
**expires** 33:22
**extending** 30:24
**extent** 16:9

**f**

**f** 19:2
**faces** 19:21
**fact** 16:3
**factors** 9:24 16:22
**fair** 22:3
**fairhope** 1:7 6:14
17:25 28:21
**fairly** 8:16 19:23
**fall** 28:6
**familiar** 7:2

RC 044853

| fancy | g | h | 7:21 10:21 |
|---|---|---|---|

**fancy** 12:9

**far** 4:12 23:23

**farms** 20:11

**faster** 20:25

**fastest** 20:23

**father** 20:14

**faust** 4:18

**federal** 12:2,3

**felicia** 32:6

**figure** 26:7

**find** 2:14,15 7:8,11
13:15,21

**first** 17:23 18:7,10
18:25 20:9,15 30:1

**floor** 18:17,20

**florida** 28:10

**folder** 9:4

**folders** 8:24

**folks** 3:13 28:21,23

**follow** 6:25 21:10
22:19

**following** 19:12,25

**foregoing** 33:7,10

**foremost** 12:7

**forestry** 14:14

**foretold** 20:16

**forgive** 18:10

**form** 23:16

**fort** 20:15

**forth** 10:5

**fortunately** 7:19

**forward** 5:18 26:25
27:9 29:17 30:14

**four** 31:17

**freya** 19:2

**friends** 5:5

**front** 28:2

**fully** 22:5

**further** 29:3 33:14

**future** 20:16

### g

**gabrielle** 30:3

**gain** 9:25

**generally** 13:20

**gentlemen** 26:20

**genuine** 24:24

**geographaically**
20:2

**geographic** 16:13

**geographically** 8:7

**germane** 6:8

**give** 3:19 9:10 17:4
17:13 22:12 26:25

**given** 33:12

**gives** 14:11,19

**glad** 5:6

**go** 2:22 3:5,17 6:22
6:23 9:24 10:10,11
12:7,25 18:5 26:12
28:14

**going** 6:9,23 7:4,14
10:17 13:25 23:17
25:7 26:8 28:11
31:2

**good** 13:10 19:7
24:23 27:10,12

**google** 8:18

**governor** 10:7

**graduate** 14:15

**great** 26:25

**grew** 19:13

**group** 12:18 13:3,5

**growing** 20:24,25

**grown** 23:10

**growth** 20:20,21
24:6

**guarantee** 11:5

**guidelines** 13:20

**gulf** 30:2

**guy** 30:1

### h

**hand** 18:3 30:13

**happen** 4:3

**happened** 3:21

**happens** 3:16 4:7

**happy** 19:1 22:16

**hate** 24:4

**headlines** 20:18

**hear** 6:19 18:19
19:10 27:13 28:16
28:17

**heard** 29:1

**hearing** 1:3 2:12
5:21 6:1,4,11 8:12
8:25 9:2,3,6 18:7
25:9 30:23 32:17
32:19 33:13

**hearings** 2:3 8:13
8:14 11:15,21 14:6
19:9 29:2 30:25
31:2

**held** 2:4

**helpful** 17:2

**high** 9:19

**historical** 16:14

**hope** 23:24

**hosting** 6:14 19:9

**hours** 28:9,24

**house** 2:8 3:2,8,9
3:15,19 4:12,13,15
7:12,22 14:1 15:11
15:13 23:7 25:1
28:5 31:13

**houses** 20:15

**housing** 20:12

**huge** 22:23

### i

**idea** 3:19 18:15

**ideal** 2:17,23 3:8,14
3:15,23 7:2,8,11,16

7:21 10:21

**ideally** 7:17

**identical** 12:11,12

**identify** 5:13 18:14

**identities** 16:14

**imagine** 10:9

**important** 6:18,18
14:7 24:16 27:2
32:16

**impossible** 26:7

**inaudible** 18:17
27:10,13 30:4
31:22

**include** 13:22
16:16 21:19

**includes** 14:22

**including** 16:12

**increase** 4:9 22:23

**increased** 22:20

**increasingly** 20:11

**incumbents** 15:21

**indicated** 17:14
18:8

**inequities** 21:8

**influence** 21:16

**information** 14:12

**input** 14:8

**integrity** 8:5 20:4

**intensely** 16:23

**interest** 8:6 13:19
16:7,10,11,16,23
17:4 20:3,8 21:23
23:12,17,18 24:24
26:17,18

**interested** 33:17

**introduce** 4:25
5:23 11:6,12

**involve** 23:21

**involves** 23:12

**issue** 6:4,6,7 7:7

RC 044854

**issues**  23:20 24:16
**ivey**  10:7

**j**

**jim**  1:10 2:5
**job**  3:17 4:24 25:15
  27:2
**join**  5:6
**joining**  2:2

**k**

**kay**  10:7
**keep**  6:8 23:11,18
  24:19 25:2 26:8
**kept**  24:10,11,22
**kilo**  29:11
**kin**  33:15
**kind**  31:22
**know**  8:19 10:15
  20:5 23:9 26:1
  28:25 32:7
**known**  25:7 26:23

**l**

**l**  30:5
**lady**  24:3
**lands**  16:19
**langan**  30:6,7
**language**  12:18
  13:3,4
**larger**  13:25
**largest**  25:23
**lasso**  3:17
**latitude**  8:9
**lauderdale**  33:4
**law**  12:4
**lawyer**  26:24
**league**  19:15,16
  21:24
**leave**  5:25
**leeway**  7:21 8:2
**left**  2:9

**legislative**  1:1 10:6
  10:11 11:22 12:14
  17:11 20:22 31:4,5
  31:12,13
**legislator**  11:11
**legislators**  9:16
  10:14 11:6
**legislature**  6:6,19
  6:23,25 7:20,24 8:2
  8:18 11:10,13,24
  12:6,15 13:13 14:7
  15:10 17:9,13,20
  23:20,25 24:18
  25:7,10 26:12
**life**  20:13
**lima**  29:11
**limited**  5:8 16:12
**lines**  2:22 4:2,10
  6:20 17:5
**little**  7:5,20 22:22
  27:15,17,24 28:13
  28:19
**live**  3:13 11:21
  23:13 30:21 32:10
**lived**  20:9
**living**  2:16
**local**  25:17
**location**  1:7
**long**  8:22 15:5
**longer**  21:4
**look**  9:2,14 10:12
  15:7 26:25
**lose**  9:20
**lost**  3:22 14:24
**lot**  9:23 14:22
  28:22
**lots**  14:11
**love**  24:3 28:3

**m**

**ma'am**  18:24 30:13
  31:24
**maintaining**  8:6
**major**  4:20
**majority**  10:23
**mandated**  19:25
  20:6
**manner**  12:24
**map**  9:17 21:7,9,9
  21:18 22:2 28:2,5
**maps**  31:7,18
**mask**  11:18,19
  27:15,20,22
**massive**  20:10,20
**mays**  33:21
**mcclendon**  1:10 2:1
  2:5 7:1 8:11 23:1
  27:12
**mean**  16:5 21:1
**means**  15:15,23
**media**  18:13,16,22
  29:23 30:3,9
**meeting**  9:16 28:20
  28:24
**meetings**  32:7
**member**  15:14,17
  25:16
**members**  9:14 11:2
  18:12 29:23 30:9
**membership**  12:18
  13:2,4
**mess**  4:6
**message**  18:24
**metropolitan**  21:22
**microphone**  3:11
  5:12,25
**million**  7:5,6,9
**mind**  18:25 27:22
  29:7

**minimum**  17:8
**minority**  12:18
  13:3,5 21:14,16
**minors**  14:23
**minutes**  5:9
**mistake**  25:11 26:3
**mobile**  16:3 24:9
  24:19 25:14,20,22
  26:9,14 28:22
  30:21,22
**montgomery**  21:21
  25:14 26:4,5
**mother**  20:14
**move**  2:19,19,19
**muffled**  27:16
**multi**  15:17
**multiple**  15:18
**municipalities**
  16:18 20:4
**mute**  3:10
**myriad**  24:16

**n**

**name**  2:5 5:12
  18:10,25 19:2 29:6
  29:8 30:17,18
**names**  29:24
**nation**  13:16
**near**  12:12
**necessarily**  11:5
**necessary**  15:8
**need**  4:1 5:9 9:20
  9:25 10:1 11:11,17
  17:5 21:2,4 24:10
  24:11
**needs**  9:21
**negotiable**  12:8
  17:15
**neighborhoods**
  16:8
**neither**  33:15

RC 044855

**neutral** 12:5,25 13:6,12 17:18
**new** 7:3 21:6
**newcomers** 20:12
**non** 12:8 17:15 19:17
**nondiscrimination** 17:17
**note** 22:19
**noted** 20:21
**number** 3:8,19 4:5 7:7 21:3 29:18
**numbers** 2:14,23 4:17

**o**

**objectives** 8:4
**obviously** 13:24 14:21
**october** 33:18
**officer** 2:12 6:1,11
**oh** 18:21
**okay** 18:21 27:8 29:17,25 30:20 32:14
**old** 24:3 26:12
**older** 15:8
**once** 10:10 26:19
**online** 3:10 6:17 8:16 18:1,2,23 32:8
**opportunity** 11:2 22:5,7 28:12
**options** 32:12
**orchards** 20:11
**order** 2:13 5:7 13:8 13:11 31:19
**organization** 19:17
**organizational** 27:24
**originally** 27:8
**outside** 6:7

**outweigh** 23:23
**overarching** 17:15
**overton** 29:21 30:1 30:7 32:6,11

**p**

**packed** 21:13
**part** 23:15 24:5,17 25:13,15 28:15
**participate** 3:12 22:5
**participating** 5:19 9:8,9
**participation** 6:17 14:6 32:16
**particular** 6:7
**particularly** 24:13
**parties** 19:19 33:16
**partisan** 19:17
**pass** 12:15
**passed** 31:18
**passing** 31:11
**pending** 6:6
**people** 2:14,16,18 4:1,5,19 7:19 10:13 11:17,18 14:4,8,14 14:15,16,22,23,24 15:1,2,4,18 16:25 17:24 21:13 22:22 23:12 25:4 26:22 29:18
**permanent** 1:1 6:3
**person** 2:20 12:8 15:15 18:8 22:23 25:20 26:5 30:10 32:15
**phonetic** 30:6
**phrase** 12:19
**physically** 16:4
**picking** 26:5
**places** 15:16 24:21

**plan** 11:7 12:16 20:6 31:11,12,13 31:14
**plans** 10:6 11:7 14:2
**plea** 24:9 26:11
**plead** 26:11
**please** 3:10 5:11 6:8 18:3,23 29:16 30:13
**pleasure** 5:3,4
**plenty** 28:12
**pm** 1:6
**point** 15:23,25
**policy** 27:24
**political** 8:5 16:8 16:16,24 19:19
**popular** 21:20
**populate** 7:25
**population** 3:21 4:9 7:2,4,8,11,15 7:16,22 9:21 10:21 10:25 11:1 12:11 12:13 14:10,12,13 14:18,19 15:5,7,8 17:16 20:2,22 22:20 25:24
**populations** 21:1
**portion** 21:5
**possible** 8:10 15:22 24:23
**possibly** 25:3
**posted** 8:16
**practicable** 16:9
**precincts** 16:18
**predominate** 13:5
**prefiled** 10:9,12
**prescribed** 21:11
**present** 18:13 24:21

**presented** 31:8
**presently** 26:19
**preserve** 17:10
**preserving** 8:4
**pringle** 1:11 2:7 5:1 5:2 6:13 8:11 23:1 27:11,19
**print** 33:9
**prior** 32:7
**priority** 17:22
**probably** 28:19
**problem** 19:5
**proceedings** 33:7
**process** 6:22 11:23 16:24 22:6 32:17
**propose** 21:6
**provide** 22:4,7
**provision** 12:22
**public** 1:3 2:3 6:4 11:16 17:22
**purpose** 2:21 31:10
**put** 22:10 29:23

**q**

**quality** 20:13
**questions** 5:19 29:22 33:8
**quickest** 28:8
**quite** 18:18

**r**

**r** 19:2
**race** 12:5,17,25 13:2,4,6,10,12 17:18
**racial** 16:12
**raise** 18:3
**read** 5:20 8:25 18:5 18:10 22:9
**ready** 17:22 31:19
**really** 8:20 13:14 28:5,10,10

RC 044856

**reapportionment**
1:2 8:19,21,23
17:12
**rearrange** 4:2
**reason** 13:10 27:25
**reasonably** 13:23
17:6
**reasons** 14:5
**receive** 17:3,22
**received** 9:1,3,5
**recognized** 16:11
**reconsider** 21:2
**record** 5:20,24 6:3
18:5 22:10,11
**redistricted** 2:17
**redistricting** 2:6,8
2:10,21,24 3:1 6:5
7:17 8:20 10:8 12:5
12:10,16 13:6
19:11,22 29:4
**redraw** 2:22
**redrawing** 22:1
**redrawn** 14:9 17:6
**reduced** 33:9
**reestablish** 2:23
**reflect** 14:4
**regarding** 19:11
**relative** 13:24
**release** 19:12
**remotely** 5:19,22
9:10 29:19,19 32:4
32:15
**remove** 27:22
**reporter** 5:22 8:15
29:8
**reporting** 14:12
**represent** 5:14
18:16 24:25
**representation**
21:15 22:3

**representative** 1:10
2:7 4:14,17 5:1,2
6:13 8:11 22:24,25
27:4,11,19
**representatives**
16:25 23:7 25:1
**represented** 23:4
**representing** 25:20
**represents** 25:13
33:11
**required** 15:23
**requirement** 13:22
**requirements** 12:2
**requires** 9:19
**reservations** 16:19
16:20
**residents** 19:11
21:21 28:18,21
**residing** 15:1
**respect** 16:7 20:3
**respected** 17:5
**rest** 26:10
**result** 33:17
**retired** 19:14
**right** 2:6 4:5 9:14
18:22 26:21 30:11
**rights** 12:21,23
13:12 15:9
**room** 6:1
**round** 4:16 7:6
**rules** 6:24 11:24
13:18

---
**s**
---

**satisfy** 13:11
**saw** 4:21,22
**saying** 12:9
**says** 32:6
**school** 16:20 23:5
25:6,15,17,20,21
25:22,23 31:3,3

**schools** 25:18
**seat** 23:9
**second** 13:1 28:15
30:3
**section** 12:20 13:8
**see** 3:7 4:13,20 5:4
8:17 9:6 17:25 18:6
24:4 27:12 29:17
**selma** 24:15
**senate** 2:5 3:1,8,14
3:20,22,23,24 7:9
7:10,14,18,22,25
15:10 23:6,9,10
31:13
**senator** 1:10 2:1
5:3 7:1 8:10 10:16
27:11
**send** 5:19 18:4,23
**sense** 9:22
**separately** 9:12
**september** 1:5 8:14
**series** 8:24
**serve** 25:4
**session** 10:10 11:13
11:22 31:5,6,9,16
31:19 32:8,13
**sessional** 10:8
**seven** 10:19 21:17
**seventh** 20:24
**seventy** 20:8
**shaped** 21:12
**shed** 9:23 10:1
**shift** 4:10
**shifts** 21:1
**shore** 23:14
**shy** 22:21
**sign** 27:8
**signature** 33:20
**signed** 5:8,16 27:5
33:18

**similarities** 16:11
**simply** 7:3 11:25
**single** 10:1 15:14
21:14,21 25:23
**singleton** 10:16
**sir** 18:16 27:9
**situations** 31:23
**sizes** 2:18
**slightly** 13:17
**smaller** 3:18
**social** 16:13
**somebody** 9:13
24:25 25:12 26:3,8
**sonenstein** 18:9,22
19:1,3,5 22:9,16
**soon** 8:17
**sooner** 9:12
**sorry** 19:4 31:24
**sort** 28:12
**southern** 23:15
**spanish** 20:15
**spans** 16:3
**speak** 3:13 5:7,11
5:15,16,18 18:6,8
18:11 22:23 23:8
26:22 27:6,7,8
29:16,20 30:12
32:5
**speaker** 5:8
**speaking** 19:15
**special** 10:8,10
11:13 31:6,16,18
32:8
**specific** 19:18
**specifically** 28:4
31:3
**spell** 5:13 30:4
**spelling** 18:25 29:8
**split** 10:20 21:17,24
**spoke** 30:22

RC 044857

spoken 25:10
sponsor 10:17
  11:11
stacy 33:21
staffers 9:16
stand 30:13
start 6:21 17:23
  19:7 23:8
state 1:10 2:4 3:2
  4:24,25 5:12 7:3,13
  7:22 9:14 10:5 12:3
  12:3,13 13:22
  14:20 21:17 22:4
  23:2,5,6,9 24:17
  25:6,15,21,23
  26:22,23 30:16
  31:3,4,11 33:3
state's 7:15
stated 29:5
states 13:16,17,18
  13:19 15:3 25:1
stating 29:7
stay 24:15 25:16,25
stenotype 33:8
strangely 21:12
streamed 11:21
  32:10
strong 13:7,9
stuck 8:23
student 25:24
subdivisions 8:5
  16:8,17
submit 9:12 11:9
submitting 10:15
subordinates 12:24
substantially 20:1
suggest 28:14
suggestions 3:5
supervision 33:10
supposedly 23:11

supreme 13:8
sure 8:10 19:22
  29:9
surely 21:21
surprise 4:21
surrounding 21:22

**t**

tab 8:19
take 23:25 27:19
  29:2
taken 24:5 33:7
takes 17:21 25:25
talk 11:24 24:1
  27:25 28:3
talked 7:1
talking 9:17
tangent 15:24
ten 2:12,16 22:21
term 7:3 13:24
  16:15
testimony 3:5 6:21
  9:1 17:2,3 22:7
  33:12
thank 2:2 5:2 6:11
  6:12,13,15 18:21
  22:6,8,18,25 27:2,3
  29:4,12,13,14 30:8
  30:15,23 32:2,3,14
thanking 19:8
thanks 23:2,3
thereto 33:9
thing 4:3 26:21
things 28:1,13
think 4:6 18:9 25:2
  25:10 26:2,18,21
  27:21 28:6 29:5
third 25:5
three 5:9 31:7,7
time 1:6 2:18 3:16
  5:9 9:10 11:16 19:6
  25:9,25 27:7 29:16

times 15:6 17:19
  29:1
today 2:2,12 5:6
  6:16,21 9:8 19:15
  23:3
today's 6:4
told 32:7
top 24:15
total 14:10,19 15:5
touch 26:1
tradition 15:5
traditional 8:3
transcribed 5:21
  8:15
transcript 9:1
  22:14 33:11
transcripts 8:16
transformation
  20:10
tremendous 25:11
  26:3,24
trend 20:17
tribal 16:13,19
tribes 16:18
true 26:17 33:11
try 17:9 23:18
trying 7:8 26:4
turn 3:11 6:9
turned 20:12
tuscaloosa 24:15
two 11:2 12:8 17:14
  21:19 28:9 29:22
  30:9

**u**

ultimately 10:4
unabated 20:18
undergone 20:10
understand 23:22
  24:5 29:7
understanding
  11:15 28:22 31:1

understands 12:16
understood 24:2
unique 13:14,18
united 15:3 25:1
unusual 10:22
urge 21:7
use 14:17,17

**v**

v 29:10
vaccinated 11:17
  11:18
varied 16:22
varies 10:21
vary 7:21
version 13:20
  30:23
versions 13:17
victor 29:10
virtual 32:12
virtually 1:12
vision 19:19
vote 2:21 12:9
  14:22,25 15:4
voters 11:4 19:16
  19:17,20 21:24
voting 10:25 11:1
  12:20,22 13:11
  15:7,9 16:17 21:16

**w**

wakeley 27:10,17
  27:23 29:9,11
walker 1:11 2:9,9
  2:11 6:10,12 18:18
  18:21 19:4 22:8,18
  26:23 27:3,14,21
  29:5,13,25 30:6,8
  30:16,20 31:9,17
  31:24 32:3,9,13
want 6:21 7:11
  8:17 9:11,13 10:13

RC 044858

11:8,9 18:2,8 19:7
22:10,15 28:16
30:23 31:1 32:1
**wants** 12:1 18:1,6
30:11
**water** 16:1,6
**wave** 30:12
**way** 12:1,9 25:14
26:19 28:8
**ways** 14:11
**weakens** 21:15
**website** 10:12
**weighing** 16:21
**welcome** 2:1 3:4
11:8 30:14
**whiskey** 29:11
**witness** 33:12
**women** 19:15,17
21:24
**wonder** 12:19
**word** 8:21
**work** 14:14
**worked** 10:4
**workhorse** 12:21
**working** 5:22 27:1
28:24
**works** 2:10 26:16
**written** 22:11

**y**

**y** 19:2
**y'all** 28:11
**yankee** 29:12
**year** 31:20
**years** 2:12,17 20:8
22:21 26:2