FILED

2021 Dec-27  AM 9:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 14

1

2

3

4

5      ALABAMA PERMANENT COMMITTEE ON REAPPORTIONMENT

6          AND REDISTRICTING PUBLIC HEARING

7

8               HELD ON

9        THURSDAY, SEPTEMBER 9TH, 2021

10        BEGINNING AT 9:00 A.M.

11

12            LOCATION:

13      GADSDEN STATE COMMUNITY COLLEGE

14         1801 COLEMAN ROAD

15       ANNISTON, ALABAMA 36801

16             AND

17     ONLINE VIA MICROSOFT TEAMS MEETING

18

19

20        TRANSCRIBED REMOTELY BY:

21       KATHLEEN F. CAVAZOS, RPR,

22         COURT REPORTER

23

24

25

RC 044990

1                    I N D E X

2    OPENING REMARKS:                              PAGE

3      BY SENATOR JIM MCCLENDON. . . . . . . . . . . .  3

4      BY REPRESENTATIVE CHRIS PRINGLE . . . . . . . .  5

5      BY MR. DORMAN WALKER. . . . . . . . . . . . . .  6

6

7    TESTIMONY:

8      BY MS. MARTHA JORDAN. . . . . . . . . . . . . . 16

9      BY MR. RALPH BRADFORD, SR. . . . . . . . . . . 18

10     BY MS. CARLA SHACKLEFORD. . . . . . . . . . . . 23

11     BY MR. JAMES WILLIAMS . . . . . . . . . . . . . 26

12     BY MS. PAMELA HOWARD. . . . . . . . . . . . . . 28

13     BY MR. GLEN RAY . . . . . . . . . . . . . . . . 30

14     BY DR. ADIA WINFREY . . . . . . . . . . . . . . 31

15     BY MR. RICHARD JACKSON. . . . . . . . . . . . . 34

16     BY MS. SHIRLEY CARTER . . . . . . . . . . . . . 37

17     BY REPRESENTATIVE BARBARA BOYD. . . . . . . . . 44

18

19   EXHIBITS:

20     (NONE)

21

22

23

24

25

Page 3

1            SENATOR MCCLENDON:  Good morning, everybody.
2     We're certainly glad to see everyone attending this
3     public hearing on redistricting.
4            My name is Jim McClendon.  I'm a state senator
5     from St. Clair County where I live, and I am Senate chair
6     of the Redistricting and Reapportionment Committee.  On
7     my right is Representative Chris Pringle.  Chris is the
8     House chair of redistricting.  And on my left is Dorman
9     Walker, who is our attorney.  He works for the committee,
10    and he is the hearing officer.
11           Let me ask everyone that has come in online to
12    mute your microphones on your devices and turn your
13    cameras off.  That will make life better for us.
14           We also have with us here Senator Bobby
15    Singleton, who is a member of this committee and has
16    joined us this morning, and Senator Steve Livingston is
17    with us as well.
18           Every 10 years when the census is taken, the
19    purpose of the census is not only to count the number of
20    people we have in America but to also find out where
21    those people are located.  Over a 10-year period, there's
22    a migratory pattern that's pretty consistent throughout
23    the U.S. moving from the rural areas in the direction of
24    the urban areas and suburban areas.  So in order to honor
25    the concept of one person, one vote, we have to alter the

RC 044992

Page 4

1    district lines to capture the correct number of people.

2          Now, our task deals with four different maps

3    that we'll produce, and that will eventually go before

4    the entire Alabama legislature and then on to the

5    governor for her signature.  Those maps are the

6    Congressional maps, there's seven districts there, of

7    course, the Alabama Senate, the Alabama House of

8    Representatives and the state board of education.

9    There's eight state board of education districts.

10          To give you an idea how populations have changed

11    over the last 10 years in your area of the state -- and

12    by the way, I'm going to give you Senate districts first.

13    The ideal district size based -- Let me turn my phone

14    off.  On the 2020 census data, Senate district 10, for

15    example, has gone down.

16          This is a different map.  This is a different

17    list.

18          Senate district 10 has dropped by 7,201.  This

19    has got the information I need.  Senate 11, that's my

20    district, has increased by about 2,500 people.  Senate 12

21    has decreased by 9,200 in round numbers.  And 15 has gone

22    up by 11,800.

23          In your House districts, House district 29 has

24    dropped by about 18 -- 1,900.  Thirty-two has decreased

25    by about 4,200.  Thirty-five has dropped by about 1,500

Page 5

1    people.  Thirty-six, roughly 2,000 people lost in that
2    district.  It's gone down.  Thirty-nine has gone down by
3    3,300, and 40 has gone down by about 600 people.

4         So with those changes in the population, we have
5    to adjust the lines, and if the population has gone down,
6    we've got to expand those lines to capture and get within
7    plus or minus five percent of the ideal number.  If those
8    districts have increased in population, those districts
9    are going to have to shrink and come down in size and
10   reduce the number of people.  And what happens, when you
11   change one district, change the shape, you'll have an
12   impact on the adjacent districts, although they may have
13   had very little change in population.

14        With that being said, let me turn this over to
15   Representative Pringle now.

16        REPRESENTATIVE PRINGLE:  Thank you, Senator.
17   Again, my name is Chris Pringle.  I'm the state
18   representative from House district 101 in Mobile.

19        Today, we will call people to speak in the order
20   in which they have signed up.  Speakers are limited to
21   three minutes each.  When called, please come to the
22   microphone, clearly state your name and the community you
23   represent and the district or districts you want to speak
24   about.  If you decide you want to speak and did not sign
25   up, we'll ask at the end if there's anybody else who

1    would like to come forward.  If you are participating

2    remotely, send us your questions or comments, and we'll

3    read them into the record for you.

4            This hearing is being transcribed by a court

5    reporter working remotely.  If you have something you

6    would like to introduce into the record as an exhibit,

7    bring it to the microphone when you speak and let the

8    hearing officer know, and we'll have it attached to the

9    permanent record of the committee.

10           Let me remind you this hearing deals strictly

11   with the issue of redistricting.  No other issue before

12   the legislature -- We're not here to discuss any other

13   issue other than redistricting.

14           With that, I'll turn it over to Mr. Dorman

15   Walker.  Thank you.

16           MR. WALKER:  Hello, everyone, and welcome and

17   thank you to Gadsden State for hosting this hearing, and

18   thank you to those of you who are at Gadsden State in

19   person and those of you who are attending virtually.

20   Your participation is very important to the process, and

21   we appreciate the time that you've taken to come.

22           I want to explain, before we receive testimony,

23   a few of the terms that we've talked about and how the

24   process works so that you have some idea of that.

25           Ideal population, which is a guiding term for

1   redistricting, is simply the number of districts that

2   we're dealing with divided into the state population,

3   which the new state population is -- I think it's

4   5,024,000 and some-odd.  I'm just going to round that off

5   to five million.  So if you want to get the ideal

6   population which Senator McClendon gave you -- For

7   example, for a Senate district, you would divide five

8   million by 35 Senate districts, and you get 143,551.  And

9   the same process is used for getting the ideal population

10  for the Congressional districts and the House districts

11  and state board of education districts.  So that's how we

12  do that.

13          Senate and House, state board of education

14  districts can be populated within a range of populations

15  up to five percent above or five percent below the ideal

16  population.  We have less latitude with Congressional

17  districts.  And that's important for what the new

18  district maps are going to look like.

19          Throughout the hearings thus far, a lot of

20  people have complained about their counties being split

21  or their municipalities being split or even voting

22  precincts being split.  A lot of those splits were caused

23  last time because the allowable deviation, for reasons

24  that I won't go into, was only plus or minus one percent,

25  for a total range of two percent.  That didn't give the

Page 8

1  legislature much room -- much flexibility with populating

2  districts that is necessary in order to try and keep

3  counties whole or cities whole or, in some cases, voting

4  precincts whole.

5         So I think, although I can't tell you exactly

6  what the legislature will do, but I think, just because

7  they have more latitude this time, that the new plans

8  will have fewer county splits and perhaps even fewer

9  municipality splits and few or no precinct splits.

10        If one of the things that you want to say is

11  that your county is split or your municipality is split,

12  that's very important testimony for the legislature to

13  hear.  I want to explain why that sometimes happens, and

14  I'm not doing that to say that we don't want to hear that

15  testimony.  We do very much want to hear that testimony,

16  but I want to try to explain why even if you testify for

17  it, it might, nevertheless, happen, and it's just -- it

18  comes down to numbers.

19        I'll take, for example, the City of Tuscaloosa,

20  which is a highly concentrated area of population, and

21  it's surrounded by counties that have lost population and

22  are much, much more sparsely populated.  So in order

23  to -- And basically all the counties, except for

24  Jefferson County, will need population from somewhere

25  else in order to repopulate those districts.  So that's

Page 9

1   why a county -- why an urban area like Tuscaloosa or

2   Auburn or Montgomery tends to get, in the process, split

3   up, and that sometimes explains why counties get split.

4   So some of that, of necessity, will happen again because,

5   otherwise, those districts, if they couldn't take part of

6   the population from an urban area, would just be very,

7   very large.

8           And the legislature tries to make districts as

9   compact as possible.  Of course, that bumps up against

10  the guidelines that the legislature has for respecting

11  communities of interest.  So that's an illustration of

12  how those can sometimes conflict, and the legislature has

13  to make a choice.

14          The hearings will end on the 16th, and all of

15  the hearings are being transcribed by a court reporter,

16  and I suspect that we'll soon start receiving

17  transcriptions from the earlier hearings, I would expect,

18  by two weeks after the 16th.  All the hearings will be

19  posted online, and you can go and see those transcripts,

20  if you want to.  All you do is Google Alabama

21  legislature, and there will be a tab that says

22  redistricting.  Click on that, and you'll see a link for

23  each one of the hearings, and you'll be able to look at

24  the transcript and the exhibits that were put in.

25          If you come up to speak and you have paperwork

1   with you that you want to be put in as an exhibit, give

2   that, please, to the coordinator there at Gadsden State,

3   and she or he will pass that on to us, and we'll get it

4   included as an exhibit.

5           But, of course, the hearings are not the end of

6   the process.  The legislature and the committee will

7   consider the testimony and will meet with all of the

8   legislators, see what they can agree to or want to agree

9   to with regard to how their district must change, either

10  to add people or lose people, which of course you

11  understand has to happen in cooperation with what their

12  adjoining districts want to do as well.  But, ultimately,

13  there will be a bill introduced that is sort of a

14  committee recommendation for each of the districts, and

15  other legislators also may introduce competing bills.

16          Senator Singleton, who is here with us today,

17  has indicated he will sponsor a whole-county

18  Congressional plan by the League -- proposed by the

19  League of Women Voters, for example.  So if you want to

20  draw a plan, you're welcome to do that.  It has to be a

21  plan for the whole county -- I mean, for the whole state.

22  You can't just use your district or your county because

23  the plan has to be for the whole state.  And you can send

24  that in, and it will be looked at, but if you want it to

25  be introduced as a bill, you'll have to get a legislator

RC 044999

Page 11

1   to sponsor it.

2           And then at some point, we don't know when, or

3   at least I don't, the governor will call a special

4   session, and the legislature will, probably over five

5   work days, pass new legislation.  At that time, there

6   will be committee hearings on the various plans that the

7   legislature wants to consider, and it will move forward

8   to enactment of a bill and new districts from that

9   process.  So that may happen in the latter part of

10  October, but that's an overview of the process that we're

11  undergoing.

12          So the legislature is not free to draw districts

13  in any manner it wants.  It has to comply with federal

14  and state constitutional and statutory requirements, and

15  it also has to comply with its own race-neutral

16  districting guidelines, and I'll go over what these are.

17  Overarching everything are the requirements for equal

18  population, that is, one person, one vote.  One person,

19  one vote is synonymous with equal population.  It really

20  doesn't have anything to do with how many votes you have.

21  It has to do with the weight of your votes.  So

22  overarching everything is one person, one vote, i.e.,

23  equal population and also non-discrimination.

24          Any plan that's enacted has to comply with

25  section two of the Voting Rights Act, as well as the

Page 12

1    equal protection clause and other provisions of the

2    federal constitution and the state constitution.

3            No district can be drawn in a manner that

4    subordinates the race-neutral districting criteria that I

5    mentioned and that I'll explain later to considerations

6    of race, color or membership in a language minority group

7    except that race, color or membership in a language

8    minority group may predominate over race-neutral

9    districting criteria to comply with section two of the

10   Voting Rights Act, provided there is a strong basis in

11   evidence in support of such a race-based choice.  A

12   strong basis in evidence exists when there is good reason

13   to believe that race must be used in order to satisfy the

14   Voting Rights Act.

15           The criteria that the legislature has

16   established include, also, that districts should be

17   reasonably compact and should contain as few counties as

18   possible.  Districts should be drawn to reflect the

19   democratic will of the people, which is one of the

20   reasons we're having this hearing, so that we can -- so

21   that the legislature can receive testimony about the

22   democratic will of the people.

23           Districts are drawn on the basis of total

24   population.  The census bureau gives many different

25   populations for the state.  For example, I could ask the

1  census bureau for all the people in Alabama who have a

2  post-graduate degree or all the people in Alabama who are

3  engaged in agriculture, but we don't use any of those

4  subpopulations for districting.  We use total population,

5  which is literally everyone who is in the state on census

6  day, April 1, whether they're a citizen or not, whether

7  they can vote or not.  So, obviously, there are a lot of

8  people in total population who can't vote, but that is by

9  tradition, going way back, how redistricting is done.

10         Under some circumstances, we'll also look at

11  voting age population, that is, population 18 and older

12  in a district, and principally we'll be looking at white

13  and black voting age population.

14         The legislature has to draw 35 Senate districts

15  and 105 House districts, although the constitution would

16  allow 106 districts.  All districts are single-member

17  districts, and some places in the country, there are

18  multi-member districts where multiple people are elected

19  from one district.  We don't have that in Alabama.  We

20  have single-member districts.

21         When the legislature draws districts, contests

22  between incumbents must be avoided, and the legislature

23  also tries to preserve the cores of existing districts.

24         Another requirement is that all districts must

25  be contiguous with all other districts.  That means that

Page 14

1   every point on the boundary of a district must either

2   touch another district or one of the state's outer

3   boarders.  Contiguity across water is allowed.  So if

4   your district is bisected by a river or a lake or Mobile

5   Bay -- not in this case, I think -- then that's okay.

6           Finally, districts should respect communities of

7   interest, neighborhoods and political divisions to the

8   extent practicable.  A community of interest is defined

9   as an area with recognized similarities of interest,

10  including, but not limited to, ethnic, racial, economic,

11  tribal, social, geographic or historical identities.  The

12  term "communities of interest" may, in certain

13  circumstances, include political subdivisions such as

14  counties, voting precincts, municipalities, tribal lands

15  and reservations or school districts.

16          The discernment, weighing and balancing of the

17  very factors that contribute to communities of interest

18  is an intensely political process best carried out by

19  elected representatives of the people.

20          Also, in establishing legislative districts, the

21  Reapportionment Committee and the legislature must give

22  due consideration to all criteria that I've mentioned,

23  but priority is given to the compelling state interest

24  requiring equality of population among districts and

25  compliance with the federal constitution, state

Page 15

1  constitution and the Voting Rights Act of 1965 if there's

2  any conflict between the criteria.

3          Finally, the race-neutral criteria that I

4  mentioned are not listed in order of precedence, and in

5  each instance where they conflict, the legislature will,

6  at its discretion, determine which one takes priority.

7          I'm going to call people to speak now.  I'll

8  call them, as Representative Pringle indicated, in the

9  order that you signed up.  If I mispronounce your name,

10  I'm sorry.  Sometimes it's hard to read the names.  And,

11  in addition, after I finish the sign-up sheet, I'll see

12  if there's anybody who is attending virtually who wants

13  to speak.  If you do, raise your hand or send in a

14  comment by chat.

15          But before I start, I'd like to ask anyone in

16  the media if they'll stand up and identify themselves and

17  who they're reporting for just so we can have some idea

18  of the media coverage for these hearings.  So if there's

19  anyone there who represents the media, will you please

20  stand and identify yourself.

21          (Inaudible.)

22          MR. WALKER:  Yes, sir.  I'm sorry.  We can't

23  hear you.  You might need to come to the mic.  The court

24  reporter said she doesn't understand it.  It came through

25  a little bit garbled, sir.  Would you give your name and

Page 16

1  your media again?

2          MR. SUDDUTH:  Montressor Sudduth, WHOG 93.5,

3  Anniston, Oxford, Hobson City.

4          MR. WALKER:  Would you mind spelling your name,

5  please, sir?

6          MR. SUDDUTH:  M-O-N-T-R-E-S-S-O-R S-U-D-D-U-T-H.

7          MR. WALKER:  Thank you, sir.  You've made our

8  court reporter happy.  Appreciate it.

9          All right.  The first person to sign up to speak

10  is Martha Jerdin (sic).  And could we ask that the camera

11  be canted just a little bit to the right?  We can't quite

12  see the person who is speaking.  Yes.  Thank you.

13          Welcome, Ms. Jerdin, and good morning.

14          MS. JORDAN:  Good morning, my name is Martha

15  Jordan, J-O-R-D-A-N.  I live in the 11th district,

16  specifically in the county seat of Talladega.  I make

17  these remarks to be entered into the record.

18      From the 2010 census, our district was extended far

19  beyond our county.  This gerrymandered split resulted in

20  diluted representation of Talladega by splitting or

21  sharing representatives with St. Clair and Shelby County

22  resulting in legislative representatives far removed from

23  the county they stand for and, in some instances, causes

24  a separation of community.  For Talladega County, this

25  split in representation resulted in state representation

Page 17

1    far removed from or near the heart of our county
2    government.  Perhaps the same is true of other affected
3    areas or counties.
4          Talladega County is being overlooked on some
5    matters specific to or that affect our county.  An
6    example being at least one attempt to use tax money
7    appropriated for county projects on a non-county project
8    with no consultation with our local county government,
9    limited input consultation sometimes with local
10   government.
11         The 2010 redistricting split communities in the
12   city of Lincoln separating at least one street down the
13   middle.  Determining your representative in that split
14   district was not easy.  It was sometimes confusing.
15   There is no valid reason to split neighborhoods or
16   communities.  Doing so is outside of the approved
17   redistricting guidelines.
18         Solutions:  We want fair maps not just for
19   Talladega County but for all 67 Alabama counties.
20   Talladega County has a population of over 80,000 people,
21   well above the 47,000-plus ideal size stated in a prior
22   committee hearing.  Having 87,000-plus people is
23   substantial enough for the county to warrant its own
24   representative.
25         Keep counties whole, as recommended by the

RC 045006

Page 18

```
 1    proposed League of Women Voters plan.  District lines
 2    should be based on the needs of the community not to
 3    elect or re-elect a politician.  The Alabama legislature
 4    should consider establishing or hiring an independent
 5    redistricting committee, as is done in some other states.
 6    Partisanship should not be a factor in redrawing district
 7    lines.  We are a diverse nation and state, so drawing
 8    district lines should be an inclusive non-partisan
 9    process.  Our citizens who pay and bear the brunt of
10    funding the government are from various ethnic, racial
11    and other diverse backgrounds.  An independent body or
12    impartial committee is needed to draw district lines that
13    are fair and unbiased, not only for Talladega County but
14    for the entire state.
15            I submit these comments for consideration by the
16    state legislature as you go through this process.
17            Thank you.
18            MR. WALKER:  Thank you, Ms. Jordan.  Our next
19    speaker is Mr. Ralph Bradford, Sr.
20            MR. BRADFORD, SR.:  Good morning.  I'm Ralph
21    Bradford, Sr., from Anniston, Alabama.  I'm here.  I
22    agree with everything from the speaker before me.
23            First, I want to know, where is district 32?
24    Secondly, I came here expecting to see at least a rough
25    drawing of the proposed districts, but all I see through
```

Page 19

1  the paperwork that I have here is the drawings of old

2  districts.  So when will the public get a chance to even

3  see the possibility of a new proposed district that's

4  being drawn?

5          Secondly, we'll talk about diversity, as the

6  speaker before me said.  Over the last 30 years,

7  according to recent U.S. census bureau data and

8  Washington Post research, here just in Calhoun County, we

9  have four tracks that have undergone a stark demographic

10 change.  (Inaudible.)  They are much less white and more

11 black/Hispanic than they were in the 1990s.  A majority

12 of the county here, census data explains similar

13 demographic changes that are minors that changed the face

14 of the American population all across America.

15 Diversity, diversity, diversity is the new word for

16 drawing these maps.

17         It is not surprising, said Nayia Black,

18 director of socio-economic analysis and demographics at

19 the University of Alabama, in Anniston the census track

20 between South Quintar Avenue and Kelly Lynn Drive just

21 north of Oxford is home to 3,503 white residents, but

22 this isn't a story of whole numbers.  Since 1990, the

23 share of white residents in that track has fallen 32

24 percent to 61 percent.  Black residents now comprise 25

25 percent of that area residents, a 20 percent increase.

Page 20

1   The Oxford tract just below the previous tract shows
2   similar changes, bounds on the west by Leon Smith Parkway
3   and on the east by Sonny Deek (phonetic) Road.  That
4   tract has seen its share of white residents fall 24
5   percent since 1990.  Blacks, Asians, Hispanics and
6   residents who identify as multi-cultural remain the
7   minority but makes up 26 percent of their tract.
8            To the west, the Oxford tract that surrounds
9   Oxford Lake and sits atop I-20 has seen its share of
10  white residents drop so persistently that racial minority
11  residents are now statistically the norm.  The percentage
12  of white residents in that tract has fallen 38 percent to
13  47 percent in the last 30 years, while the share of black
14  residents has risen 21 percent.  Directly south, the
15  Oxford tract below I-20 and west of Leon Parkway remain
16  overwhelmingly white, but white residents of that tract
17  population has dropped 26 percent.  It is one of the many
18  Calhoun County tracts in which black residents have seen
19  their population share post double digit percentage.
20           There are two things happening, Black said.
21  There is increased diversity across the country just
22  because younger generations are more diverse than older
23  generations.  Just as important, if not more, so she
24  said, is the census bureau's decision to allow
25  respondents to select more than just black or white.  Now

RC 045009

Page 21

```
 1   you can mark multi-cultured.
 2          MR. WALKER:  Reverend Bradford, excuse me, sir.
 3   You've exceeded your three minutes.  If you would, please
 4   wrap up.
 5          MR. BRADWELL, SR.:  Well, we intend to draw up
 6   our own proposed map and present it to the committee
 7   there, the Reapportionment Committee in Montgomery, and
 8   we also will be sending our map to Washington to the U.S.
 9   Justice Department because of Alabama's history of racial
10   discrimination against African-Americans and because the
11   majority of elected officials in this state are white
12   Republicans, and they just recently, the white
13   Republicans in Alabama, voted against the Voting Rights
14   Act.  So it is past time for African-Americans to have
15   their own district, and we want -- We want district 32
16   back like it were.  We want Talladega, Calhoun County to
17   be a whole county, which would give us an opportunity to
18   have an African-American Senator and an African-American
19   Congressman in Mike Rogers' district, district three.
20          Thank you.
21          MR. WALKER:  Thank you so much, sir.  I think
22   you asked me when would there be a map that you could
23   see.  Obviously, the purpose of these hearings is to
24   receive testimony about how those maps should be drawn,
25   and the maps are not drawn yet.  The legislators are just
```

Page 22

```
 1   beginning to meet with our topographer and talk with him
 2   about how they would like for their districts to change
 3   according to the change.  And, of course, the testimony
 4   that we receive here will be instrumental in that, too.
 5              So the plans -- some plans are available now.
 6   For example, the League of Women Voter whole-county
 7   Congressional plan is available now.  If you have a plan
 8   that you've indicated you want to do, you can make it
 9   available before the legislative session.  You can
10   certainly send it in to the Reapportionment Committee,
11   and we'll attach it to these proceedings, but the -- I
12   imagine that a number of legislative proposals will not
13   be made available for review until they're introduced as
14   bills, and that's a matter that's controlled by
15   individual legislators who decide when they want to make
16   their plans public and when they want to introduce them
17   as bills.
18              Was there a second question that you asked me?
19              MR. BRADFORD:  Yes, in reference to
20   Congressional district three.  Mr. McClendon, you said
21   that you're going to trim around Talladega County to get
22   a census, right?  You said that in Huntsville a few days
23   ago.
24              SENATOR MCCLENDON:  I don't recall making any
25   comments about -- I don't recall that at all.
```

1    MR. BRADFORD:  Well, I'm reading what I have in

2  the paper, but that's okay.  My point is that every step

3  you all make toward developing this map, gerrymandering

4  map, we will and want to be a part of it to ensure that

5  we as African-Americans in the State of Alabama have fair

6  and equal representation.  We only have one Congressman,

7  one Congressman out of Alabama.  Terri Sewell is the only

8  one we have.  Everyone else up in there is all white,

9  predominantly white males, and, by the way, I am a

10  Republican.

11    MR. WALKER:  Thank you, sir, and I'll say again

12  that it's likely that -- I don't know what will happen to

13  Talladega County, but I do think that it's likely that

14  there will be many more whole counties in the new plans

15  that we see.  I thank you for your testimony,

16  Mr. Bradford.

17    The next speaker is Carla Shackleford.

18  Ms. Shackleford.  Welcome, Ms. Shackleford.

19    MS. SHACKLEFORD:  Thank you.  I would like to

20  speak for just a moment about the argument for keeping

21  communities together.  My name is Carla Shackleford, and

22  I live in Lincoln in Talladega County for 16 years.

23    We are represented by Senate districts 11 and 12

24  and House districts 36, 33, sometimes 35, occasionally

25  32, I think.  It's confusing.

Page 24

1          And if you look at the map -- and I'm sorry

2     there is not a good one here -- what you can see is that

3     Lincoln is used as a connecting point between other areas

4     of constituents so that it's like a series of little

5     strips coming down the middle of Lincoln.  So Lincoln,

6     which has -- well, I don't know the exact population in

7     this census but around 6700 members living there, is far

8     from able to command a representative of its own.

9     Further, it's nestled into the corner of Talladega so

10    that it shares borders with both Calhoun and St. Clair

11    County.

12          I suspect as a little town, we'd be totally

13    ignored if we didn't have this one great employer there,

14    the Honda plant.  However, the community's representation

15    is reduced because it's split into so many different

16    House and Senate districts.  There's at least four

17    representatives and sometimes five.

18          Keeping communities together is a standard

19    philosophy of fair maps.  None of the members of the

20    state legislature and the state Senate who represent

21    Lincoln live in the city.  That's not essential, but

22    Lincoln, as it's currently sliced and diced, doesn't make

23    up a significant percentage of any representative's

24    voters.

25          When Lincoln needs adequacy or resources,

Page 25

1  citizens have to go to four or more different state

2  senators and representatives who may have more allegiance

3  to one county than another.  Of the four current

4  legislators, only one lives in Talladega County, and he's

5  at the other end of the county.  And I think, this has

6  been hard to verity, that of the four, he has the fewest

7  constituents in Lincoln.  This is a clear disadvantage to

8  the citizens of Lincoln and serves to dilute the votes of

9  everyone in the city.

10        It's only fair that the Redistricting Committee,

11  as you mentioned earlier, identify a configuration of

12  districts that will stop splitting our community and

13  diluting our votes.  We only have a chance once every 10

14  years.  I know we're a small town, but as the home of one

15  of the area's major employers, we are poised to grow and

16  deserve to be more than a (inaudible) in a gerrymandered

17  time.

18        We respectfully ask that you take the

19  opportunity before us to erase the gerrymandering of the

20  past and keep Lincoln and similar communities together.

21        Thank you.

22        MR. WALKER:  Thank you, Ms. Shackleford.

23        Next is James Williams.  Welcome, Mr. Williams.

24        MR. WILLIAMS:  Thank you very much.  I'm James

25  Williams, resident of Anniston, Calhoun County.  I urge

Page 26

1   the Redistricting Committee to draw maps that represent

2   communities of interest and keep them geographically

3   compact insofar as possible and prove fair representation

4   to minority groups.  Protecting incumbents should be a

5   secondary interest, at best.

6           Since 2015, I'm a resident of the City of

7   Anniston, and before that for 10 years, I lived on Lake

8   Logan Martin in rural Talladega County.  My focus is on

9   House and Senate districts.  Because of my moving from

10  rural Talladega County of Anniston in 2015, I've lived in

11  different districting situations.  In both cases, either

12  the House or Senate districts, or both, were confusing

13  and made little or no geographic sense.  Talladega

14  County, as others have already mentioned, was split

15  among several Senate districts.  I was in Senator

16  McClendon's district which stretched far west.  My House

17  representative was Ron Johnson in Sylacauga, about 35

18  miles away.  That district reached up, taking a finger

19  along the lake to take in the area where I lived.  It did

20  not represent my community at all.  My address was

21  Talladega, which was about 15 miles from my home.  Most

22  of my business and social contact was with Talladega.

23  Otherwise, most of my engagement for shopping was in

24  Lincoln or Pell City.

25           I now live in the eastern part of the city of

Page 27

```
 1   Anniston.  I'm in Randy Wood's House district that takes
 2   in part of Anniston but stretches all the way to take in
 3   part or all of Pell City, about 30 miles away.  My
 4   neighbor across the street is in Barbara Boyd's House
 5   district.  Neighbors about a mile away to the east but
 6   still part of Anniston are in K.L. Brown's district which
 7   takes in Jacksonville and wraps all the way around into
 8   Oxford several miles away.
 9           Barbara Boyd's district takes in part of
10   Talladega County and would be considered a minority
11   district and, thus, a community of interest.  It's very
12   hard to see how these other districts represent
13   communities of interest.
14           I understand the desire for incumbents and
15   political parties to avoid pitting incumbents against
16   each other.  However, the purpose of electing
17   representatives is to put the needs and interests of
18   residents and constituents first.  I urge the committee
19   to do that.
20           Thank you for your time.
21           MR. WALKER:  Thank you very much, Mr. Williams.
22           The next speaker is Pamela Howard.  Welcome,
23   Ms. Howard.
24           MS. HOWARD:  Good morning.  Thank you for having
25   us.  My name is Pamela Howard.  I am from the community
```

Page 28

1    of Jacksonville.  I live in Senate district 12 and

2    legislative district 40.

3            Today, I would like to talk for a minute about

4    Calhoun County and our legislative districts.  We have

5    one senator who geographically serves the community well.

6    In Calhoun County, we have six legislative districts,

7    district 29, district 32, district 35, district 36,

8    district 39, and district 40.  Having one county divided

9    into six legislative districts creates a real issue with

10   being able to have a relationship with your

11   representative, and that has resulted with many years of

12   having completely absent communications with most of our

13   representatives, and one of our representatives is here

14   today, and I want her to know that is not directed at her

15   in any way.  Representative Boyd, I see you everywhere

16   and I truly appreciate those efforts.

17           In your opening presentation, we talked about

18   the population changes in Calhoun County, and all six of

19   the districts that I have listed have lost populations.

20   You say you will move the lines to make them fair, but if

21   we lost in all six of those districts, I'm not sure how

22   you can do that other than to pull in communities in

23   other counties, which is only going to create more of a

24   problem.

25           I personally believe that it has an effect with

RC 045017

Page 29

 1   our county government because in order for them to get

 2   county issues addressed, they have to try to get support

 3   from so many different legislators.  I wish I could tell

 4   you that I could suggest an easy plan, but it is

 5   definitely something that needs to be addressed.  And I

 6   agree with Mr. Williams that keeping incumbents in office

 7   is not the first priority.

 8          Another thing I would like to be really looked

 9   at when you're drawing these maps is, if you were to take

10   the time to actually come and drive through our

11   community, you would know that these lines carefully are

12   drawn to keep minority populations in very segmented

13   places where they lose their ability to have influence on

14   government decisions.  If we don't have inclusive

15   districts that truly represent the people who live there,

16   I don't understand what the point of the government is

17   other than to control and not to work for the people who

18   elect them.

19          I hope you will take that into consideration.  I

20   look forward to seeing the proposed maps, and I hope that

21   you will do something to help keep our communities

22   together and keep our communities in a position of power

23   to be able to make the changes that we need to make to

24   make Alabama the best it can be.

25          Thank you.

Page 30

```
 1          MR. WALKER:  Thank you very much, Ms. Howard,
 2    for your comments.
 3          The next speaker is Gaylen Ray -- or Glen Ray.
 4    I'm sorry.  Welcome, Mr. Ray.
 5          MR. RAY:  Good morning, and thank you for giving
 6    me a new name.
 7          MR. WALKER:  Mr. Ray, we can barely hear you.
 8          MR. RAY:  This must be off or something.  Hello?
 9    Can you hear me?  It won't take me long because I have
10    one thing to say.  The one thing that I want to say is I
11    came here looking for a new map.  So that was a rumor
12    that got to me because I was concerned about district 32,
13    which I don't even see.  So it's hard for me to discuss
14    something that I don't even see but what I had heard.
15    And if the rumor is correct that you're trying to take
16    32, it's gonna make it hard for us to put a black down in
17    Montgomery.
18          So if that's -- If the point of drawing
19    districts, then -- You know, I think that's just not
20    right.  Mike Rogers has been up there so long that he
21    don't even have to come out and campaign because he knows
22    who's in his district, and that's how the lines have been
23    drawn.  Y'all draw blacks out of the district, and how
24    can we have a voice?  And so I'm not going to say too
25    much because, like I said, I'm not here -- I don't see
```

1   what I came here for.  So I'll just wait until you get

2   the new map, but I can tell you this:  It's time for you

3   to start drawing fair lines so nobody can just be

4   comfortable and don't even have to come out and campaign

5   anymore.

6          Thank you.

7          MR. WALKER:  Thank you, sir, for your comments.

8          The next speaker is -- I'm not sure what this

9   first name is.  Maybe it's Dr. Ada Winfrey.

10          DR. WINFREY:  Good morning.  It's Adia Winfrey.

11          MR. WALKER:  Dr. Adia Winfrey.  Thank you.  I'm

12   sorry.  Somebody wrote over your signature, and it made

13   it hard to see.

14          DR. WINFREY:  Okay.  You're not the first.  My

15   name gets chopped up a lot.

16          I want to say good morning to everyone.  It was

17   really encouraging to come in and see so many familiar

18   faces.  So I think that speaks highly of how important

19   this issue is.

20          I also appreciate the information that was

21   shared by the committee in the opening statements, and I

22   also want to shout out to Representative Boyd for

23   actually being present and listening to the constituents

24   and our concerns.

25          My name is Dr. Adia Winfrey.  I'm the mother of

Page 32

1    four children, and I live in Talladega, Alabama.  In
2    2018, I was home-schooling my oldest son.  He was in
3    middle school, and we had a home-school day in Montgomery
4    where all the children -- We were in the K-12 program,
5    and all the children throughout the State of Alabama
6    converged on our state capital so the children could
7    actually meet their legislators and talk to them about
8    how important home-schooling is to them.

9          My son was able to meet our state House
10   representative, who is Dr. Barbara Boyd.  And everybody
11   was at a loss to try to figure out who our state senator
12   was because Talladega County is so sliced and diced.
13   It's ironic that we have so much so-called representation
14   but no representation at all.  In the end, we were never
15   able to meet you, Senator McClendon, because nobody
16   really knew who our representative was, and when we
17   finally figured it out, you were unavailable.  And that
18   moment has stuck with me, and that moment has actually
19   stuck with my children.

20         So I stand here today, like so many of the other
21   speakers so eloquently stated, we as citizens of
22   Talladega County and Calhoun County deserve
23   representation regardless of political party, regardless
24   of incumbency.  We deserve representation.

25         So many of my peers have returned back home to

1   Alabama in the last 10 years.  Looking at the census

2   numbers for the City of Talladega, there was a slight

3   uptick in the city, and I now personally, I'm part of

4   that uptick because we got our degrees, we got our

5   experience, and we came on back home.  So just know that

6   there are others like me who are ready to demand change

7   and representation.  As another speaker said, it's not

8   about political parties.  It is really about

9   representation.

10           So I want to thank you guys for giving me the

11  opportunity to speak today.  Again, thank you to everyone

12  who came out and raised these concerns, and just know

13  that we are definitely watching.  I've never been so

14  engaged in redistricting in my life, but now is a crucial

15  moment, and I think the comments today really showcase

16  that.

17           So, again, thank you, and this is Dr. Adia

18  Winfrey.

19           MR. WALKER:  Dr. Winfrey, thank you for your

20  testimony and for your interest in redistricting.

21           The next speaker is Richard Jackson.

22  Mr. Jackson.  Welcome, Mr. Jackson.

23           MR. JACKSON:  Hello.  I don't have a lot written

24  down, and I don't have a lot that I can dedicate to

25  memory because in my lifetime, my district has been so

Page 34

1    many different districts that it's hard to keep them in

2    line.  I want to say this:  The way that things are done

3    here in Alabama and predominantly the southeast really

4    took shape during the civil rights movement, and it's

5    just an indication of just how far people will go to keep

6    other people in line.  And I want to say that, you know,

7    it depends on who's got the pencil, but more importantly

8    than that, it depends on who's got the eraser.  It's a

9    lot of people that's got control of the eraser that if we

10   get the new maps done in the next few weeks, I guarantee

11   that if the population of minorities increases, that the

12   eraser will come out before the next -- or after the next

13   census to keep people in line.

14           I don't know if you can see the people that's in

15   this audience right now, but for the minority people in

16   the State of Alabama and in this area, it's a majority of

17   minorities that are concerned about the way you guys with

18   the pencil and the eraser does business in our state.

19   And I want to tell you this:  I'll be 70 years old in a

20   little bit, and just about every 10 years in my lifetime

21   there's been redistricting since the civil rights

22   movement to keep our power down.  There's about 85

23   percent minorities in this room, and I'll bet you one

24   thing, Mr. Mike Rogers has never come to our area and

25   said nothing.  Just like Glen said a minute ago, he

1  didn't have to campaign.  He just goes and promises

2  things to people.  And I'm saying this out loud.  I'm not

3  saying it silently because there's some changes that need

4  to be made, and it needs to be made from the inside out.

5  It needs to be some changes made from people that's

6  sitting around the table with the pencils in hand and

7  with the erasers and with the White-Out that can change

8  the maps whenever they feel like they need to.  Maybe we

9  should go down to Talladega, down to the racetrack and

10  get those people involved in being fair.  Maybe we would

11  have nooses in the garage area.  I'm just saying this.

12  You know, you can bury your head in the sand and act like

13  it's not real, but there's a generation coming along like

14  you've never seen before, and they're not going to stand

15  for this.  I'm not going to stand for it.  I'll be 70

16  years old, and I'll just be damned if I go to my grave

17  with the things that I put up as a 12-year-old that I'm

18  still putting up with.

19          Thank you.

20          MR. WALKER:  Thank you, Mr. Jackson.  I'll point

21  out that the legislature is required to conduct

22  redistricting after the decennial census, and it cannot

23  do any further redistricting after that except by court

24  order.  So once the legislature draws these districts for

25  the next 10 years, unless a court orders the legislature

1  to change it, those are the districts that we will have.

2  Thank you for your comments.

3          There is no one who is attending virtually who

4  has raised their hand or submitted a comment by chat.

5  This is your -- Wait.  We just got one.  Thank you.

6          MS. TAYLOR:  Ms. Kendra Majors.  "Would you

7  please give the citation for the deviation of one person

8  on a Congressional district?  Several people have asked

9  over the last few days, and constituents would like this

10  answered.  Also, will the districting and mapping process

11  in Alabama be non-partisan?  Who specifically was

12  responsible for promoting the hearings to the public?

13  Also, considering hearings were made to get public input,

14  is there a reason why only one of the 28 hearings was

15  planned after five p.m. which is accessible to many

16  working individuals?"

17          MR. WALKER:  I think that was -- Court reporter,

18  it's Kendra M-A-J-O-R-S, Kendra Majors.

19          Ms. Majors, I don't have that cite.  You can ask

20  Jim Blacksher for that.

21          There are different schools of thought about

22  whether redistricting should be partisan or non-partisan.

23  There is a healthy school that says it's an inherently

24  partisan activity, although perhaps you could have too

25  much partisanship, and that was an issue recently dealt

RC 045025

1    with by the Supreme Court.  The committee -- The

2    Reapportionment Committee has both Republicans and

3    Democrats on it.  Typically, states in which there is an

4    avowedly non-partisan redistricting do that by a

5    redistricting committee but, there again, the members of

6    the committee are appointed by politicians.  So I leave

7    it to you as to whether or not you can really get

8    politics out of redistricting.  I'm doubtful myself, but

9    if you want to pursue that as a goal, that's fine.

10              Was there another question?  Thank you very

11   much.

12              Somebody is raising their hand there.  Ma'am, in

13   the red dress, if you want to get up and speak, that

14   would be good.

15              MS. CARTER:  My name is Shirley Carter.  I live

16   in Anniston.

17              MR. WALKER:  Did you say Shirley Carter?

18              MS. CARTER:  Shirley, S-H-I-R-L-E-Y.

19              MR. WALKER:  Carter?

20              MS. CARTER:  Carter, C-A-R-T-E-R.

21              MR. WALKER:  Okay.  Thank you.  It's helpful to

22   our court reporter to get the spelling.

23              MS. CARTER:  Okay.  I'm a newbie to this

24   situation, to this redistricting.  So I am thinking,

25   procedurally-wise, since the information that we got as

Page 38

```
 1   we came in today is old, how long does it take you to
 2   make -- First, who will make the new redistricting
 3   guidelines?  Who is responsible for that?  How long will
 4   it take?  And once they are done, will it be presented
 5   back to the public to have input?  Could you please
 6   answer me that?  I can give you my email address and you
 7   can send me that information.
 8            MR. WALKER:  I can give it to you right now.
 9   The guidelines were adopted by the legislature back in
10   May or March -- May, and they're the ones who control the
11   choices -- or guide the choices the legislature makes in
12   drawing districts.
13            What was your next question?
14            MS. CARTER:  Okay.  Let me tag onto that one.
15   You said they were drawn back in May?
16            MR. WALKER:  No.  The guidelines are not the
17   maps.  Maybe I misunderstood your question.  The
18   race-neutral guidelines were adopted by the legislature
19   in May of '21, and those were, frankly, quite similar to
20   the guidelines that had been adopted by the legislature
21   in 2011 and also in 2000, i.e., through both Democratic
22   and Republican administrations.
23            The plans will be available as the legislators
24   who sponsor them decide to make them available.  That's
25   the prerogative of the legislator sponsoring each bill.
```

RC 045027

Page 39

```
 1   There is not time for hearings on those plans after
 2   they're drawn as comprehensive as what we're doing now.
 3   As you may be aware, we got the census data, for various
 4   reasons, several months later than had been anticipated.
 5   But there will, of course, be committee hearings on the
 6   plans, and those committee hearings are public, and if
 7   you're interested in attending those, then I would
 8   suggest that you pay attention to the Reapportionment
 9   Committee part of the legislative website which will say
10   when there are going to be committee meetings so that you
11   can attend those.
12           MS. CARTER:  So that answers my first question.
13   The legislators draw these plans.
14           MR. WALKER:  Yes, effectively.  They have some
15   help --
16           MS. CARTER:  There is no timeline for it?
17           MR. WALKER:  -- doing that, but it's the
18   legislators -- It's a bill, in other words, and therefore
19   it's the legislators.
20           MS. CARTER:  Okay.  And there is no timeline?
21           MR. WALKER:  Well, we don't know when, or at
22   least I don't know when -- Excuse me.  I'm running out of
23   time myself.  We don't know when Governor Ivey is going
24   to call a special session.  It will have to be done by
25   special session because of upcoming elections in 2022,
```

1  meaning that we have to have the districts drawn this

2  year, and, of course, the regular legislative session was

3  held back in the spring where it was required to be.  So

4  there will have to be a special session, and I keep

5  hearing it will be later in October, but I don't know.

6          MS. CARTER:  Okay.  So can you give me the

7  resource for me to be able to find out more about this?

8  You said you could give it to me now.

9          MR. WALKER:  I need a little bit more

10  specificity.

11          MS. CARTER:  Okay.  Give me somebody's email who

12  can give me some information as to when these legislators

13  will have submitted their guidelines, their maps.

14          MR. WALKER:  I can't tell you that because

15  that's up to each legislator.  They don't have any

16  obligation to tell me.  I can tell you that one map has

17  been proposed, the one from the League of Women Voters,

18  and that's going to be submitted as a bill, although it

19  hasn't been submitted as a bill yet, I don't think.  And

20  several other people have indicated that they're going to

21  propose bills, but I simply cannot tell you when that's

22  going to happen.  I can tell you that if bills are drawn

23  outside of the reapportionment office -- and every

24  legislator has the ability to come into the

25  reapportionment office and work with the staff to draw

```
 1   districts.  But if they prefer to use a different system
 2   rather than the legislature system, then those bills have
 3   to be introduced no less than 10 days -- they have to be
 4   given to the reapportionment office no less than 10 days
 5   before they're introduced.  I think all the legislators
 6   are aware of that rule and that before or right at the
 7   opening whenever a special session is called, that there
 8   will be a flurry of bills that are introduced, and a
 9   number of those -- most of the bills that will be
10   introduced for the special session will be redistricting
11   bills if the call is only for redistricting.
12          You'll be able to go on -- If you go to the
13   Alabama legislature website, that's Allison (phonetic),
14   you can go into the House or the Senate, look for the
15   current session and click on prefiled bills, and you'll
16   be able to pull down those bills and see what the plans
17   are.
18          Yes, sir?  Senator Singleton wants to speak.
19          MS. CARTER:  I have one other question before
20   you go.  You said all of the legislators -- How many
21   legislators present these maps?
22          MR. WALKER:  Well, there are 105 in the House
23   and 35 in the Senate, and all of them have the right to
24   present a bill, so I can't answer that question.  But
25   Senator Singleton wanted to address one of your
```

RC 045030

Page 42

```
 1   questions.  He's not on the camera, but you can hear his
 2   voice.
 3              SENATOR SINGLETON:  Ma'am, this is Senator
 4   Singleton.  You could email me at bsingle362@gmail.com,
 5   and I will get you the information that you need, and I
 6   will be presenting the map on behalf of the League of
 7   Women Voters.
 8              MS. CARTER:  All right.  Thank you so very much,
 9   sir.
10              SENATOR SINGLETON:  You're welcome.
11              MR. WALKER:  Thank you, Ms. Carter.
12              Yes?
13              MS. TAYLOR:  Gene Johnson.  "Who is Jim
14   Blacksher?"
15              MR. WALKER:  Jim Blacksher is the very able
16   attorney for the League of Women Voters and is the one
17   with whom they've worked to prepare the no-county split
18   Congressional plan.
19              MS. TAYLOR:  Kendra Majors again.  "I really
20   would like answers to these two questions:  Who
21   specifically was responsible for promoting the hearings
22   to the public?  Also, considering hearings were made to
23   get public input, is there a reason why only one of the
24   28 hearings was planned after five p.m., which is
25   essential to many working individuals?"
```

1    MR. WALKER:  The hearings were publicized

2  through all the state media.  They were posted on the

3  legislature's website.  They were posted on the secretary

4  of state website, and they were also sent to television,

5  radio and digital media sources throughout the state with

6  a request that they be publicized, and what happened

7  after that, the committee really has no control over

8  that.  There have been several persons who pointed out

9  that there should have been more hearings after -- at six

10  or not during the day, and perhaps that's something that

11  the committee will have to take into account next time.

12    MS. TAYLOR:  Kathy Jones, "Will the special

13  legislative session be live streamed?"

14    MR. WALKER:  Yes, it will.

15    MS. TAYLOR:  Kendra Majors again.  "Mr. Walker,

16  can you follow up with Mr. Blacksher regarding the

17  citation so you can be better prepared in the remaining

18  hearing to answer the question since you are using that

19  language in your opening statement?"

20    MR. WALKER:  Actually, Mr. Blacksher and I

21  disagree on what the case law is, but I believe he can

22  tell you the answer to your question.

23    Is there anybody else in the auditorium?  We

24  don't have anybody else attending remotely.  There's

25  somebody else.  Yes, sir.

                                                        Page 44

1           REPRESENTATIVE BOYD:  Thank you so much,

2   Committee, for being in my area today.

3           MR. WALKER:  Is this Representative Boyd?

4           REPRESENTATIVE BOYD:  Sir, you know my voice up

5   there.  Yes, this is she.

6           MR. WALKER:  I just wanted to make clear for the

7   record who is speaking.

8           REPRESENTATIVE BOYD:  Oh, come on.  First of

9   all, thank you so much, all of you who have shown up here

10  today and all of those who we cannot see.  I am a part of

11  that committee, and I also want to let you know I feel

12  very at home where we are today.  I am retired from

13  Gadsden State Community College.  You know, there are

14  some of my students among those who talked.  I want to --

15          I want you to listen and listen well.  I brought

16  my granddaughter with me today, who is a very political

17  student.  She's gone to Montgomery, paged and paged and

18  paged.  But you know what I miss most now?  As a

19  legislator, with COVID coming in, denying me the

20  opportunity to bring my fourth graders to Montgomery, and

21  this is what this is all about today.

22          A lot of you may look around and say diversity.

23  I'm going to stand here and say I represent that

24  diversity, and I want that committee to hear and

25  understand, in between Calhoun County and Talladega

Page 45

1   County, I have taught more students that look like my
2   fellow committee members up there than look like me.

3        So it's not about being so political today.
4   It's about doing the right thing, Committee, and make it
5   right.  But I understand the political process.  But to
6   those who are within the sound of my voice, God has been
7   good to me, but these are times that try men, women and
8   everybody's souls.  As my grandmother used to say,
9   (inaudible) anything, it's time to stand up and be
10  counted.

11       Do you realize there's a saying that say old
12  soldiers never die, they just, what?  Fade away.  So as
13  many of us are beginning to fade away, the challenge for
14  us is when you come to that fork in the middle of the
15  road, I believe as Robert Frost said, they chose that
16  road that was less traveled by, and it has made all the
17  difference.  So your presence here today, you're choosing
18  that role, and I have faith -- There was so much
19  diversity in here.  You taught me a lesson today to sit
20  still for this long in my seat and listen.  Come on and
21  laugh with me.  I'm proud of myself for that because
22  that's not a characteristic of mine.

23       But thank you so much, Committee, and I'll see
24  you at the special session, and to God be the glory for
25  the things he's going to allow us to do.  Be safe and

Page 46

1  follow the guidelines and rules as much as you can.

2  Thank you so much, Committee, for being here and thank

3  you all for sharing today.

4          MR. WALKER:  Thank you, Representative Boyd.

5          Is there -- One last call.  Anyone further who

6  would like to speak?  Now is your chance.  Okay.

7          Let me just say that this has been a really good

8  hearing.  The committee appreciates hearing from the

9  people in the community, and it's clear that the people

10  in Talladega are interested in the issue and have

11  something to say, and you've given us a good record.

12  Thank you very much for that.

13          There being no one else who wants to speak, this

14  hearing is closed.  Thank you again to Gadsden State for

15  hosting this hearing and for all of you coming and

16  participating.

17

18                      ******

19

20

21

22

23

24

25

RC 045035

Page 47

1                 C E R T I F I C A T E

2

3    STATE OF ALABAMA        )

4    COUNTY OF MOBILE        )

5

6          I hereby certify that the above and foregoing

7    deposition was taken down by me in stenotype and

8    transcribed by means of computer-aided transcription, and

9    that the foregoing is a true and correct transcript of

10   the testimony given by said witness upon said hearing.

11         I further certify that I am neither of counsel

12   nor of kin to any of the parties, nor am I in anywise

13   interested in the result of said cause.

14         I further certify that I am duly licensed by the

15   Alabama Board of Court Reporting as a Certified Court

16   Reporter as evidenced by the ACCR number following my

17   name found below.

18

19

20                        *Kathleen F. Cavazos*

21                        KATHLEEN F. CAVAZOS, RPR, ACCR302

22                        NOTARY PUBLIC

23                        MY COMMISSION EXPIRES:  12/16/23

24

25

**1**

**1** 13:6
**1,500** 4:25
**1,900** 4:24
**10** 3:18,21 4:11,14
 4:18 25:13 26:7
 33:1 34:20 35:25
 41:3,4
**101** 5:18
**105** 13:15 41:22
**106** 13:16
**11** 4:19 23:23
**11,800** 4:22
**11th** 16:15
**12** 4:20 23:23 28:1
 32:4 35:17
**12/16/23** 47:23
**143,551** 7:8
**15** 4:21 26:21
**16** 2:8 23:22
**16th** 9:14,18
**18** 2:9 4:24 13:11
**1801** 1:14
**18281** 47:20
**1965** 15:1
**1990** 19:22 20:5
**1990s** 19:11

**2**

**2,000** 5:1
**2,500** 4:20
**20** 19:25 20:9,15
**2000** 38:21
**2010** 16:18 17:11
**2011** 38:21
**2015** 26:6,10
**2018** 32:2
**2020** 4:14
**2021** 1:9
**2022** 39:25

**21** 20:14 38:19
**23** 2:10
**24** 20:4
**25** 19:24
**26** 2:11 20:7,17
**28** 2:12 36:14 42:24
**29** 4:23 28:7

**3**

**3** 2:3
**3,300** 5:3
**3,503** 19:21
**30** 2:13 19:6 20:13
 27:3
**31** 2:14
**32** 18:23 19:23
 21:15 23:25 28:7
 30:12,16
**33** 23:24
**34** 2:15
**35** 7:8 13:14 23:24
 26:17 28:7 41:23
**36** 23:24 28:7
**36801** 1:15
**37** 2:16
**38** 20:12
**39** 28:8

**4**

**4,200** 4:25
**40** 5:3 28:2,8
**44** 2:17
**47** 20:13
**47,000** 17:21

**5**

**5** 2:4
**5,024,000** 7:4

**6**

**6** 2:5
**600** 5:3

**61** 19:24
**67** 17:19
**6700** 24:7

**7**

**7,201** 4:18
**70** 34:19 35:15

**8**

**80,000** 17:20
**85** 34:22
**87,000** 17:22

**9**

**9,200** 4:21
**93.5** 16:2
**9:00** 1:10
**9th** 1:9

**a**

**a.m.** 1:10
**ability** 29:13 40:24
**able** 9:23 24:8
 28:10 29:23 32:9
 32:15 40:7 41:12
 41:16 42:15
**absent** 28:12
**accessible** 36:15
**account** 43:11
**accr** 47:16
**accr302** 47:21
**act** 11:25 12:10,14
 15:1 21:14 35:12
**activity** 36:24
**ada** 31:9
**add** 10:10
**addition** 15:11
**address** 26:20 38:6
 41:25
**addressed** 29:2,5
**adequacy** 24:25
**adia** 2:14 31:10,11
 31:25 33:17

**adjacent** 5:12
**adjoining** 10:12
**adjust** 5:5
**administrations** 38:22
**adopted** 38:9,18,20
**affect** 17:5
**african** 21:10,14,18
 21:18 23:5
**age** 13:11,13
**ago** 22:23 34:25
**agree** 10:8,8 18:22
 29:6
**agriculture** 13:3
**aided** 47:8
**alabama** 1:5,15 4:4
 4:7,7 9:20 13:1,2
 13:19 17:19 18:3
 18:21 19:19 21:13
 23:5,7 29:24 32:1,5
 33:1 34:3,16 36:11
 41:13 47:3,15
**alabama's** 21:9
**allegiance** 25:2
**allison** 41:13
**allow** 13:16 20:24
 45:25
**allowable** 7:23
**allowed** 14:3
**alter** 3:25
**america** 3:20 19:14
**american** 19:14
 21:18,18
**americans** 21:10,14
 23:5
**analysis** 19:18
**anniston** 1:15 16:3
 18:21 19:19 25:25
 26:7,10 27:1,2,6
 37:16

RC 045037

**answer** 38:6 41:24
  43:18,22
**answered** 36:10
**answers** 39:12
  42:20
**anticipated** 39:4
**anybody** 5:25
  15:12 43:23,24
**anymore** 31:5
**anywise** 47:12
**appointed** 37:6
**appreciate** 6:21
  16:8 28:16 31:20
**appreciates** 46:8
**appropriated** 17:7
**approved** 17:16
**april** 13:6
**area** 4:11 8:20 9:1
  9:6 14:9 19:25
  26:19 34:16,24
  35:11 44:2
**area's** 25:15
**areas** 3:23,24,24
  17:3 24:3
**argument** 23:20
**asians** 20:5
**asked** 21:22 22:18
  36:8
**atop** 20:9
**attach** 22:11
**attached** 6:8
**attempt** 17:6
**attend** 39:11
**attending** 3:2 6:19
  15:12 36:3 39:7
  43:24
**attention** 39:8
**attorney** 3:9 42:16
**auburn** 9:2
**audience** 34:15

**auditorium** 43:23
**available** 22:5,7,9
  22:13 38:23,24
**avenue** 19:20
**avoid** 27:15
**avoided** 13:22
**avowedly** 37:4
**aware** 39:3 41:6

**b**

**back** 13:9 21:16
  32:25 33:5 38:5,9
  38:15 40:3
**backgrounds** 18:11
**balancing** 14:16
**barbara** 2:17 27:4
  27:9 32:10
**barely** 30:7
**based** 4:13 12:11
  18:2
**basically** 8:23
**basis** 12:10,12,23
**bay** 14:5
**bear** 18:9
**beginning** 1:10
  22:1 45:13
**behalf** 42:6
**believe** 12:13 28:25
  43:21 45:15
**best** 14:18 26:5
  29:24
**bet** 34:23
**better** 3:13 43:17
**beyond** 16:19
**bill** 10:13,25 11:8
  38:25 39:18 40:18
  40:19 41:24
**bills** 10:15 22:14,17
  40:21,22 41:2,8,9
  41:11,15,16
**bisected** 14:4

**bit** 15:25 16:11
  34:20 40:9
**black** 13:13 19:11
  19:17,24 20:13,18
  20:20,25 30:16
**blacks** 20:5 30:23
**blacksher** 36:20
  42:14,15 43:16,20
**board** 4:8,9 7:11,13
  47:15
**boarders** 14:3
**bobby** 3:14
**body** 18:11
**borders** 24:10
**boundary** 14:1
**bounds** 20:2
**boyd** 2:17 28:15
  31:22 32:10 44:1,3
  44:4,8 46:4
**boyd's** 27:4,9
**bradford** 2:9 18:19
  18:20,21 21:2
  22:19 23:1,16
**bradwell** 21:5
**bring** 6:7 44:20
**brought** 44:15
**brown's** 27:6
**brunt** 18:9
**bsingle362** 42:4
**bumps** 9:9
**bureau** 12:24 13:1
  19:7
**bureau's** 20:24
**bury** 35:12
**business** 26:22
  34:18

**c**

**c** 37:20 47:1,1
**calhoun** 19:8 20:18
  21:16 24:10 25:25
  28:4,6,18 32:22

44:25
**call** 5:19 11:3 15:7
  15:8 39:24 41:11
  46:5
**called** 5:21 32:13
  41:7
**camera** 16:10 42:1
**cameras** 3:13
**campaign** 30:21
  31:4 35:1
**canted** 16:11
**capital** 32:6
**capture** 4:1 5:6
**carefully** 29:11
**carla** 2:10 23:17,21
**carried** 14:18
**carter** 2:16 37:15
  37:15,17,18,19,20
  37:20,23 38:14
  39:12,16,20 40:6
  40:11 41:19 42:8
  42:11
**case** 14:5 43:21
**cases** 8:3 26:11
**cause** 47:13
**caused** 7:22
**causes** 16:23
**cavazos** 1:21 47:21
**census** 3:18,19 4:14
  12:24 13:1,5 16:18
  19:7,12,19 20:24
  22:22 24:7 33:1
  34:13 35:22 39:3
**certain** 14:12
**certainly** 3:2 22:10
**certified** 47:15
**certify** 47:6,11,14
**chair** 3:5,8
**challenge** 45:13
**chance** 19:2 25:13
  46:6

RC 045038

change   5:11,11,13
  10:9 19:10 22:2,3
  33:6 35:7 36:1
changed   4:10 19:13
changes   5:4 19:13
  20:2 28:18 29:23
  35:3,5
characteristic
  45:22
chat   15:14 36:4
children   32:1,4,5,6
  32:19
choice   9:13 12:11
choices   38:11,11
choosing   45:17
chopped   31:15
chose   45:15
chris   2:4 3:7,7 5:17
circumstances
  13:10 14:13
citation   36:7 43:17
cite   36:19
cities   8:3
citizen   13:6
citizens   18:9 25:1,8
  32:21
city   8:19 16:3 17:12
  24:21 25:9 26:6,24
  26:25 27:3 33:2,3
civil   34:4,21
clair   3:5 16:21
  24:10
clause   12:1
clear   25:7 44:6
  46:9
clearly   5:22
click   9:22 41:15
closed   46:14
coleman   1:14
college   1:13 44:13

color   12:6,7
come   3:11 5:9,21
  6:1,21 9:25 15:23
  29:10 30:21 31:4
  31:17 34:12,24
  40:24 44:8 45:14
  45:20
comes   8:18
comfortable   31:4
coming   24:5 35:13
  44:19 46:15
command   24:8
comment   15:14
  36:4
comments   6:2
  18:15 22:25 30:2
  31:7 33:15 36:2
commission   47:23
committee   1:5 3:6
  3:9,15 6:9 10:6,14
  11:6 14:21 17:22
  18:5,12 21:6,7
  22:10 25:10 26:1
  27:18 31:21 37:1,2
  37:5,6 39:5,6,9,10
  43:7,11 44:2,11,24
  45:2,4,23 46:2,8
communications
  28:12
communities   9:11
  14:6,12,17 17:11
  17:16 23:21 24:18
  25:20 26:2 27:13
  28:22 29:21,22
community   1:13
  5:22 14:8 16:24
  18:2 25:12 26:20
  27:11,25 28:5
  29:11 44:13 46:9
community's   24:14

compact   9:9 12:17
  26:3
compelling   14:23
competing   10:15
complained   7:20
completely   28:12
compliance   14:25
comply   11:13,15,24
  12:9
comprehensive
  39:2
comprise   19:24
computer   47:8
concentrated   8:20
concept   3:25
concerned   30:12
  34:17
concerns   31:24
  33:12
conduct   35:21
configuration
  25:11
conflict   9:12 15:2,5
confusing   17:14
  23:25 26:12
congressional   4:6
  7:10,16 10:18 22:7
  22:20 36:8 42:18
congressman   21:19
  23:6,7
connecting   24:3
consider   10:7 11:7
  18:4
consideration
  14:22 18:15 29:19
considerations
  12:5
considered   27:10
considering   36:13
  42:22

consistent   3:22
constituents   24:4
  25:7 27:18 31:23
  36:9
constitution   12:2,2
  13:15 14:25 15:1
constitutional
  11:14
consultation   17:8,9
contact   26:22
contain   12:17
contests   13:21
contiguity   14:3
contiguous   13:25
contribute   14:17
control   29:17 34:9
  38:10 43:7
controlled   22:14
converged   32:6
cooperation   10:11
coordinator   10:2
cores   13:23
corner   24:9
correct   4:1 30:15
  47:9
counsel   47:11
count   3:19
counted   45:10
counties   7:20 8:3
  8:21,23 9:3 12:17
  14:14 17:3,19,25
  23:14 28:23
country   13:17
  20:21
county   3:5 8:8,11
  8:24 9:1 10:17,21
  10:22 16:16,19,21
  16:23,24 17:1,4,5,7
  17:7,8,19,20,23
  18:13 19:8,12
  20:18 21:16,17

22:6,21 23:13,22
24:11 25:3,4,5,25
26:8,10,14 27:10
28:4,6,8,18 29:1,2
32:12,22,22 42:17
44:25 45:1 47:4
**course** 4:7 9:9 10:5
10:10 22:3 39:5
40:2
**court** 1:22 6:4 9:15
15:23 16:8 35:23
35:25 36:17 37:1
37:22 47:15,15
**coverage** 15:18
**covid** 44:19
**create** 28:23
**creates** 28:9
**criteria** 12:4,9,15
14:22 15:2,3
**crucial** 33:14
**cultural** 20:6
**cultured** 21:1
**current** 25:3 41:15
**currently** 24:22

**d**

**d** 2:1 16:6,6,15
**damned** 35:16
**data** 4:14 19:7,12
39:3
**day** 13:6 32:3 43:10
**days** 11:5 22:22
36:9 41:3,4
**dealing** 7:2
**deals** 4:2 6:10
**dealt** 36:25
**decennial** 35:22
**decide** 5:24 22:15
38:24
**decision** 20:24
**decisions** 29:14

**decreased** 4:21,24
**dedicate** 33:24
**deek** 20:3
**defined** 14:8
**definitely** 29:5
33:13
**degree** 13:2
**degrees** 33:4
**demand** 33:6
**democratic** 12:19
12:22 38:21
**democrats** 37:3
**demographic** 19:9
19:13
**demographics**
19:18
**denying** 44:19
**department** 21:9
**depends** 34:7,8
**deposition** 47:7
**deserve** 25:16
32:22,24
**desire** 27:14
**determine** 15:6
**determining** 17:13
**developing** 23:3
**deviation** 7:23 36:7
**devices** 3:12
**diced** 24:22 32:12
**die** 45:12
**difference** 45:17
**different** 4:2,16,16
12:24 24:15 25:1
26:11 29:3 34:1
36:21 41:1
**digit** 20:19
**digital** 43:5
**dilute** 25:8
**diluted** 16:20
**diluting** 25:13

**directed** 28:14
**direction** 3:23
**directly** 20:14
**director** 19:18
**disadvantage** 25:7
**disagree** 43:21
**discernment** 14:16
**discretion** 15:6
**discrimination**
11:23 21:10
**discuss** 6:12 30:13
**district** 4:1,13,14
4:18,20,23 5:2,11
5:18,23 7:7,18 10:9
10:22 12:3 13:12
13:19 14:1,2,4
16:15,18 17:14
18:1,6,8,12,23 19:3
21:15,15,19,19
22:20 26:16,18
27:1,5,6,9,11 28:1
28:2,7,7,7,7,8,8
30:12,22,23 33:25
36:8
**districting** 11:16
12:4,9 13:4 26:11
36:10
**districts** 4:6,9,12
4:23 5:8,8,12,23
7:1,8,10,10,11,14
7:17 8:2,25 9:5,8
10:12,14 11:8,12
12:16,18,23 13:14
13:15,16,16,17,18
13:20,21,23,24,25
14:6,15,20,24
18:25 19:2 22:2
23:23,24 24:16
25:12 26:9,12,15
27:12 28:4,6,9,19
28:21 29:15 30:19

**34:1** 35:24 36:1
38:12 40:1 41:1
**diverse** 18:7,11
20:22
**diversity** 19:5,15
19:15,15 20:21
44:22,24 45:19
**divide** 7:7
**divided** 7:2 28:8
**divisions** 14:7
**doing** 8:14 17:16
39:2,17 45:4
**dorman** 2:5 3:8
6:14
**double** 20:19
**doubtful** 37:8
**dr** 2:14 31:9,10,11
31:14,25 32:10
33:17,19
**draw** 10:20 11:12
13:14 18:12 21:5
26:1 30:23 39:13
40:25
**drawing** 18:7,25
19:16 29:9 30:18
31:3 38:12
**drawings** 19:1
**drawn** 12:3,18,23
19:4 21:24,25
29:12 30:23 38:15
39:2 40:1,22
**draws** 13:21 35:24
**dress** 37:13
**drive** 19:20 29:10
**drop** 20:10
**dropped** 4:18,24,25
20:17
**due** 14:22
**duly** 47:14

RC 045040

**e**

e  2:1 16:6 37:18,20
  47:1,1
**earlier**  9:17 25:11
**east**  20:3 27:5
**eastern**  26:25
**easy**  17:14 29:4
**economic**  14:10
  19:18
**education**  4:8,9
  7:11,13
**effect**  28:25
**effectively**  39:14
**efforts**  28:16
**eight**  4:9
**either**  10:9 14:1
  26:11
**elect**  18:3,3 29:18
**elected**  13:18 14:19
  21:11
**electing**  27:16
**elections**  39:25
**eloquently**  32:21
**email**  38:6 40:11
  42:4
**employer**  24:13
**employers**  25:15
**enacted**  11:24
**enactment**  11:8
**encouraging**  31:17
**engaged**  13:3 33:14
**engagement**  26:23
**ensure**  23:4
**entered**  16:17
**entire**  4:4 18:14
**equal**  11:17,19,23
  12:1 23:6
**equality**  14:24
**erase**  25:19
**eraser**  34:8,9,12,18

**erasers**  35:7
**essential**  24:21
  42:25
**established**  12:16
**establishing**  14:20
  18:4
**ethnic**  14:10 18:10
**eventually**  4:3
**everybody**  3:1
  32:10
**everybody's**  45:8
**evidence**  12:11,12
**evidenced**  47:16
**exact**  24:6
**exactly**  8:5
**example**  4:15 7:7
  8:19 10:19 12:25
  17:6 22:6
**exceeded**  21:3
**excuse**  21:2 39:22
**exhibit**  6:6 10:1,4
**exhibits**  2:19 9:24
**existing**  13:23
**exists**  12:12
**expand**  5:6
**expect**  9:17
**expecting**  18:24
**experience**  33:5
**expires**  47:23
**explain**  6:22 8:13
  8:16 12:5
**explains**  9:3 19:12
**extended**  16:18
**extent**  14:8

**f**

f  1:21 47:1,21
**face**  19:13
**faces**  31:18
**factor**  18:6
**factors**  14:17

**fade**  45:12,13
**fair**  17:18 18:13
  23:5 24:19 25:10
  26:3 28:20 31:3
  35:10
**faith**  45:18
**fall**  20:4
**fallen**  19:23 20:12
**familiar**  31:17
**far**  7:19 16:18,22
  17:1 24:7 26:16
  34:5
**federal**  11:13 12:2
  14:25
**feel**  35:8 44:11
**fellow**  45:2
**fewer**  8:8,8
**fewest**  25:6
**figure**  32:11
**figured**  32:17
**finally**  14:6 15:3
  32:17
**find**  3:20 40:7
**fine**  37:9
**finger**  26:18
**finish**  15:11
**first**  4:12 16:9
  18:23 27:18 29:7
  31:9,14 38:2 39:12
  44:8
**five**  4:25 5:7 7:5,7
  7:15,15 11:4 24:17
  36:15 42:24
**flexibility**  8:1
**flurry**  41:8
**focus**  26:8
**follow**  43:16 46:1
**following**  47:16
**foregoing**  47:6,9
**fork**  45:14

**forward**  6:1 11:7
  29:20
**found**  47:17
**four**  4:2 19:9 24:16
  25:1,3,6 32:1
**fourth**  44:20
**frankly**  38:19
**free**  11:12
**frost**  45:15
**funding**  18:10
**further**  24:9 35:23
  46:5 47:11,14

**g**

**gadsden**  1:13 6:17
  6:18 10:2 44:13
  46:14
**garage**  35:11
**garbled**  15:25
**gaylen**  30:3
**gene**  42:13
**generation**  35:13
**generations**  20:22
  20:23
**geographic**  14:11
  26:13
**geographically**
  26:2 28:5
**gerrymandered**
  16:19 25:16
**gerrymandering**
  23:3 25:19
**getting**  7:9
**give**  4:10,12 7:25
  10:1 14:21 15:25
  21:17 36:7 38:6,8
  40:6,8,11,12
**given**  14:23 41:4
  46:11 47:10
**gives**  12:24
**giving**  30:5 33:10

RC 045041

glad   3:2
glen   2:13 30:3
  34:25
glory   45:24
gmail.com   42:4
go   4:3 7:24 9:19
  11:16 18:16 25:1
  34:5 35:9,16 41:12
  41:12,14,20
goal   37:9
god   45:6,24
goes   35:1
going   4:12 5:9 7:4
  7:18 13:9 15:7
  22:21 28:23 30:24
  35:14,15 39:10,23
  40:18,20,22 44:23
  45:25
gonna   30:16
good   3:1 12:12
  16:13,14 18:20
  24:2 27:24 30:5
  31:10,16 37:14
  45:7 46:7,11
google   9:20
government   17:2,8
  17:10 18:10 29:1
  29:14,16
governor   4:5 11:3
  39:23
graders   44:20
graduate   13:2
granddaughter
  44:16
grandmother   45:8
grave   35:16
great   24:13
group   12:6,8
groups   26:4
grow   25:15

guarantee   34:10
guide   38:11
guidelines   9:10
  11:16 17:17 38:3,9
  38:16,18,20 40:13
  46:1
guiding   6:25
guys   33:10 34:17

**h**

h   16:6 37:18
hand   15:13 35:6
  36:4 37:12
happen   8:17 9:4
  10:11 11:9 23:12
  40:22
happened   43:6
happening   20:20
happens   5:10 8:13
happy   16:8
hard   15:10 25:6
  27:12 30:13,16
  31:13 34:1
head   35:12
healthy   36:23
hear   8:13,14,15
  15:23 30:7,9 42:1
  44:24
heard   30:14
hearing   1:6 3:3,10
  6:4,8,10,17 12:20
  17:22 40:5 43:18
  46:8,8,14,15 47:10
hearings   7:19 9:14
  9:15,17,18,23 10:5
  11:6 15:18 21:23
  36:12,13,14 39:1,5
  39:6 42:21,22,24
  43:1,9
heart   17:1
held   1:8 40:3

hello   6:16 30:8
  33:23
help   29:21 39:15
helpful   37:21
highly   8:20 31:18
hiring   18:4
hispanic   19:11
hispanics   20:5
historical   14:11
history   21:9
hobson   16:3
home   19:21 25:14
  26:21 32:2,3,8,25
  33:5 44:12
honda   24:14
honor   3:24
hope   29:19,20
hosting   6:17 46:15
house   3:8 4:7,23,23
  5:18 7:10,13 13:15
  23:24 24:16 26:9
  26:12,16 27:1,4
  32:9 41:14,22
howard   2:12 27:22
  27:23,24,25 30:1
huntsville   22:22

**i**

i.e.   11:22 38:21
idea   4:10 6:24
  15:17
ideal   4:13 5:7 6:25
  7:5,9,15 17:21
identify   15:16,20
  20:6 25:11
identities   14:11
ignored   24:13
illustration   9:11
imagine   22:12
impact   5:12
impartial   18:12

important   6:20
  7:17 8:12 20:23
  31:18 32:8
importantly   34:7
inaudible   15:21
  19:10 25:16 45:9
include   12:16
  14:13
included   10:4
including   14:10
inclusive   18:8
  29:14
increase   19:25
increased   4:20 5:8
  20:21
increases   34:11
incumbency   32:24
incumbents   13:22
  26:4 27:14,15 29:6
independent   18:4
  18:11
indicated   10:17
  15:8 22:8 40:20
indication   34:5
individual   22:15
individuals   36:16
  42:25
influence   29:13
information   4:19
  31:20 37:25 38:7
  40:12 42:5
inherently   36:23
input   17:9 36:13
  38:5 42:23
inside   35:4
insofar   26:3
instance   15:5
instances   16:23
instrumental   22:4
intend   21:5

RC 045042

intensely  14:18

interest  9:11 14:7,8
  14:9,12,17,23 26:2
  26:5 27:11,13
  33:20

interested  39:7
  46:10 47:13

interests  27:17

introduce  6:6
  10:15 22:16

introduced  10:13
  10:25 22:13 41:3,5
  41:8,10

involved  35:10

ironic  32:13

issue  6:11,11,13
  28:9 31:19 36:25
  46:10

issues  29:2

ivey  39:23

**j**

j  16:15 36:18

jackson  2:15 33:21
  33:22,22,23 35:20

jacksonville  27:7
  28:1

james  2:11 25:23
  25:24

jefferson  8:24

jerdin  16:10,13

jim  2:3 3:4 36:20
  42:13,15

johnson  26:17
  42:13

joined  3:16

jones  43:12

jordan  2:8 16:14
  16:15 18:18

justice  21:9

**k**

k  32:4

k.l.  27:6

kathleen  1:21
  47:21

kathy  43:12

keep  8:2 17:25
  25:20 26:2 29:12
  29:21,22 34:1,5,13
  34:22 40:4

keeping  23:20
  24:18 29:6

kelly  19:20

kendra  36:6,18,18
  42:19 43:15

kin  47:12

knew  32:16

know  6:8 11:2
  18:23 23:12 24:6
  25:14 28:14 29:11
  30:19 33:5,12 34:6
  34:14 35:12 39:21
  39:22,23 40:5 44:4
  44:11,13,18

knows  30:21

**l**

l  37:18

lake  14:4 20:9 26:7
  26:19

lands  14:14

language  12:6,7
  43:19

large  9:7

latitude  7:16 8:7

laugh  45:21

law  43:21

league  10:18,19
  18:1 22:6 40:17
  42:6,16

leave  37:6

left  3:8

legislation  11:5

legislative  14:20
  16:22 22:9,12 28:2
  28:4,6,9 39:9 40:2
  43:13

legislator  10:25
  38:25 40:15,24
  44:19

legislators  10:8,15
  21:25 22:15 25:4
  29:3 32:7 38:23
  39:13,18,19 40:12
  41:5,20,21

legislature  4:4 6:12
  8:1,6,12 9:8,10,12
  9:21 10:6 11:4,7,12
  12:15,21 13:14,21
  13:22 14:21 15:5
  18:3,16 24:20
  35:21,24,25 38:9
  38:11,18,20 41:2
  41:13

legislature's  43:3

leon  20:2,15

lesson  45:19

licensed  47:14

life  3:13 33:14

lifetime  33:25
  34:20

limited  5:20 14:10
  17:9

lincoln  17:12 23:22
  24:3,5,5,21,22,25
  25:7,8,20 26:24

line  34:2,6,13

lines  4:1 5:5,6 18:1
  18:7,8,12 28:20
  29:11 30:22 31:3

link  9:22

list  4:17

listed  15:4 28:19

listen  44:15,15
  45:20

listening  31:23

literally  13:5

little  5:13 15:25
  16:11 24:4,12
  26:13 34:20 40:9

live  3:5 16:15 23:22
  24:21 26:25 28:1
  29:15 32:1 37:15
  43:13

lived  26:7,10,19

lives  25:4

living  24:7

livingston  3:16

local  17:8,9

located  3:21

location  1:12

logan  26:8

long  30:9,20 38:1,3
  45:20

look  7:18 9:23
  13:10 24:1 29:20
  41:14 44:22 45:1,2

looked  10:24 29:8

looking  13:12
  30:11 33:1

lose  10:10 29:13

loss  32:11

lost  5:1 8:21 28:19
  28:21

lot  7:19,22 13:7
  31:15 33:23,24
  34:9 44:22

loud  35:2

lynn  19:20

RC 045043

| m |
|---|
| **m**  16:6 36:18 |
| **ma'am**  37:12 42:3 |
| **major**  25:15 |
| **majority**  19:11 |
|    21:11 34:16 |
| **majors**  36:6,18,19 |
|    42:19 43:15 |
| **making**  22:24 |
| **males**  23:9 |
| **manner**  11:13 12:3 |
| **map**  4:16 21:6,8,22 |
|    23:3,4 24:1 30:11 |
|    31:2 40:16 42:6 |
| **mapping**  36:10 |
| **maps**  4:2,5,6 7:18 |
|    17:18 19:16 21:24 |
|    21:25 24:19 26:1 |
|    29:9,20 34:10 35:8 |
|    38:17 40:13 41:21 |
| **march**  38:10 |
| **mark**  21:1 |
| **martha**  2:8 16:10 |
|    16:14 |
| **martin**  26:8 |
| **matter**  22:14 |
| **matters**  17:5 |
| **mcclendon**  2:3 3:1 |
|    3:4 7:6 22:20,24 |
|    32:15 |
| **mcclendon's**  26:16 |
| **mean**  10:21 |
| **meaning**  40:1 |
| **means**  13:25 47:8 |
| **media**  15:16,18,19 |
|    16:1 43:2,5 |
| **meet**  10:7 22:1 32:7 |
|    32:9,15 |
| **meeting**  1:17 |
| **meetings**  39:10 |

| **member**  3:15 13:16 |
|---|
|    13:18,20 |
| **members**  24:7,19 |
|    37:5 45:2 |
| **membership**  12:6,7 |
| **memory**  33:25 |
| **men**  45:7 |
| **mentioned**  12:5 |
|    14:22 15:4 25:11 |
|    26:14 |
| **mic**  15:23 |
| **microphone**  5:22 |
|    6:7 |
| **microphones**  3:12 |
| **microsoft**  1:17 |
| **middle**  17:13 24:5 |
|    32:3 45:14 |
| **migratory**  3:22 |
| **mike**  21:19 30:20 |
|    34:24 |
| **mile**  27:5 |
| **miles**  26:18,21 27:3 |
|    27:8 |
| **million**  7:5,8 |
| **mind**  16:4 |
| **mine**  45:22 |
| **minorities**  34:11,17 |
|    34:23 |
| **minority**  12:6,8 |
|    20:7,10 26:4 27:10 |
|    29:12 34:15 |
| **minors**  19:13 |
| **minus**  5:7 7:24 |
| **minute**  28:3 34:25 |
| **minutes**  5:21 21:3 |
| **mispronounce**  15:9 |
| **misunderstood** |
|    38:17 |
| **mobile**  5:18 14:4 |
|    47:4 |

| **moment**  23:20 |
|---|
|    32:18,18 33:15 |
| **money**  17:6 |
| **montgomery**  9:2 |
|    21:7 30:17 32:3 |
|    44:17,20 |
| **months**  39:4 |
| **montressor**  16:2 |
| **morning**  3:1,16 |
|    16:13,14 18:20 |
|    27:24 30:5 31:10 |
|    31:16 |
| **mother**  31:25 |
| **move**  11:7 28:20 |
| **movement**  34:4,22 |
| **moving**  3:23 26:9 |
| **multi**  13:18 20:6 |
|    21:1 |
| **multiple**  13:18 |
| **municipalities**  7:21 |
|    14:14 |
| **municipality**  8:9 |
|    8:11 |
| **mute**  3:12 |

| n |
|---|
| **n**  2:1 16:6,15 |
| **name**  3:4 5:17,22 |
|    15:9,25 16:4,14 |
|    23:21 27:25 30:6 |
|    31:9,15,25 37:15 |
|    47:17 |
| **names**  15:10 |
| **nation**  18:7 |
| **nayia**  19:17 |
| **near**  17:1 |
| **necessary**  8:2 |
| **necessity**  9:4 |
| **need**  4:19 8:24 |
|    15:23 29:23 35:3,8 |
|    40:9 42:5 |

| **needed**  18:12 |
|---|
| **needs**  18:2 24:25 |
|    27:17 29:5 35:4,5 |
| **neighbor**  27:4 |
| **neighborhoods** |
|    14:7 17:15 |
| **neighbors**  27:5 |
| **neither**  47:11 |
| **nestled**  24:9 |
| **neutral**  11:15 12:4 |
|    12:8 15:3 38:18 |
| **never**  32:14 33:13 |
|    34:24 35:14 45:12 |
| **nevertheless**  8:17 |
| **new**  7:3,17 8:7 11:5 |
|    11:8 19:3,15 23:14 |
|    30:6,11 31:2 34:10 |
|    38:2 |
| **newbie**  37:23 |
| **nine**  5:2 |
| **non**  11:23 17:7 |
|    18:8 36:11,22 37:4 |
| **nooses**  35:11 |
| **norm**  20:11 |
| **north**  19:21 |
| **notary**  47:22 |
| **number**  3:19 4:1 |
|    5:7,10 7:1 22:12 |
|    41:9 47:16 |
| **numbers**  4:21 8:18 |
|    19:22 33:2 |

| o |
|---|
| **o**  16:6,6,15 36:18 |
| **obligation**  40:16 |
| **obviously**  13:7 |
|    21:23 |
| **occasionally**  23:24 |
| **october**  11:10 40:5 |
| **odd**  7:4 |
| **office**  29:6 40:23,25 |
|    41:4 |

**officer** 3:10 6:8
**officials** 21:11
**oh** 44:8
**okay** 14:5 23:2
  31:14 37:21,23
  38:14 39:20 40:6
  40:11 46:6
**old** 19:1 34:19
  35:16,17 38:1
  45:11
**older** 13:11 20:22
**oldest** 32:2
**once** 25:13 35:24
  38:4
**ones** 38:10
**online** 1:17 3:11
  9:19
**opening** 2:2 28:17
  31:21 41:7 43:19
**opportunity** 21:17
  25:19 33:11 44:20
**order** 3:24 5:19 8:2
  8:22,25 12:13 15:4
  15:9 29:1 35:24
**orders** 35:25
**outer** 14:2
**outside** 17:16 40:23
**overarching** 11:17
  11:22
**overlooked** 17:4
**overview** 11:10
**overwhelmingly**
  20:16
**oxford** 16:3 19:21
  20:1,8,9,15 27:8

**p**

**p.m.** 36:15 42:24
**page** 2:2
**paged** 44:17,17,18
**pamela** 2:12 27:22
  27:25

**paper** 23:2
**paperwork** 9:25
  19:1
**parkway** 20:2,15
**part** 9:5 11:9 23:4
  26:25 27:2,3,6,9
  33:3 39:9 44:10
**participating** 6:1
  46:16
**participation** 6:20
**parties** 27:15 33:8
  47:12
**partisan** 18:8 36:11
  36:22,22,24 37:4
**partisanship** 18:6
  36:25
**party** 32:23
**pass** 10:3 11:5
**pattern** 3:22
**pay** 18:9 39:8
**peers** 32:25
**pell** 26:24 27:3
**pencil** 34:7,18
**pencils** 35:6
**people** 3:20,21 4:1
  4:20 5:1,1,3,10,19
  7:20 10:10,10
  12:19,22 13:1,2,8
  13:18 14:19 15:7
  17:20,22 29:15,17
  34:5,6,9,13,14,15
  35:2,5,10 36:8
  40:20 46:9,9
**percent** 5:7 7:15,15
  7:24,25 19:24,24
  19:25,25 20:5,7,12
  20:13,14,17 34:23
**percentage** 20:11
  20:19 24:23
**period** 3:21

**permanent** 1:5 6:9
**persistently** 20:10
**person** 3:25 6:19
  11:18,18,22 16:9
  16:12 36:7
**personally** 28:25
  33:3
**persons** 43:8
**philosophy** 24:19
**phone** 4:13
**phonetic** 20:3
  41:13
**pitting** 27:15
**places** 13:17 29:13
**plan** 10:18,20,21
  10:23 11:24 18:1
  22:7,7 29:4 42:18
**planned** 36:15
  42:24
**plans** 8:7 11:6 22:5
  22:5,16 23:14
  38:23 39:1,6,13
  41:16
**plant** 24:14
**please** 5:21 10:2
  15:19 16:5 21:3
  36:7 38:5
**plus** 5:7 7:24 17:21
  17:22
**point** 11:2 14:1
  23:2 24:3 29:16
  30:18 35:20
**pointed** 43:8
**poised** 25:15
**political** 14:7,13,18
  27:15 32:23 33:8
  44:16 45:3,5
**politician** 18:3
**politicians** 37:6
**politics** 37:8

**populated** 7:14
  8:22
**populating** 8:1
**population** 5:4,5,8
  5:13 6:25 7:2,3,6,9
  7:16 8:20,21,24 9:6
  11:18,19,23 12:24
  13:4,8,11,11,13
  14:24 17:20 19:14
  20:17,19 24:6
  28:18 34:11
**populations** 4:10
  7:14 12:25 28:19
  29:12
**position** 29:22
**possibility** 19:3
**possible** 9:9 12:18
  26:3
**post** 13:2 19:8
  20:19
**posted** 9:19 43:2,3
**power** 29:22 34:22
**practicable** 14:8
**precedence** 15:4
**precinct** 8:9
**precincts** 7:22 8:4
  14:14
**predominantly**
  23:9 34:3
**predominate** 12:8
**prefer** 41:1
**prefiled** 41:15
**prepare** 42:17
**prepared** 43:17
**prerogative** 38:25
**presence** 45:17
**present** 21:6 31:23
  41:21,24
**presentation** 28:17
**presented** 38:4

RC 045045

presenting  42:6
preserve  13:23
pretty  3:22
previous  20:1
principally  13:12
pringle  2:4 3:7 5:15
  5:16,17 15:8
prior  17:21
priority  14:23 15:6
  29:7
probably  11:4
problem  28:24
procedurally  37:25
proceedings  22:11
process  6:20,24 7:9
  9:2 10:6 11:9,10
  14:18 18:9,16
  36:10 45:5
produce  4:3
program  32:4
project  17:7
projects  17:7
promises  35:1
promoting  36:12
  42:21
proposals  22:12
propose  40:21
proposed  10:18
  18:1,25 19:3 21:6
  29:20 40:17
protecting  26:4
protection  12:1
proud  45:21
prove  26:3
provided  12:10
provisions  12:1
public  1:6 3:3 19:2
  22:16 36:12,13
  38:5 39:6 42:22,23
  47:22

publicized  43:1,6
pull  28:22 41:16
purpose  3:19 21:23
  27:16
pursue  37:9
put  9:24 10:1 27:17
  30:16 35:17
putting  35:18

**q**

question  22:18
  37:10 38:13,17
  39:12 41:19,24
  43:18,22
questions  6:2 42:1
  42:20
quintar  19:20
quite  16:11 38:19

**r**

r  16:6,6,15 36:18
  37:18,20,20 47:1
race  11:15 12:4,6,7
  12:8,11,13 15:3
  38:18
racetrack  35:9
racial  14:10 18:10
  20:10 21:9
radio  43:5
raise  15:13
raised  33:12 36:4
raising  37:12
ralph  2:9 18:19,20
randy  27:1
range  7:14,25
ray  2:13 30:3,3,4,5
  30:7,8
reached  26:18
read  6:3 15:10
reading  23:1
ready  33:6

real  28:9 35:13
realize  45:11
really  11:19 29:8
  31:17 32:16 33:8
  33:15 34:3 37:7
  42:19 43:7 46:7
reapportionment
  1:5 3:6 14:21 21:7
  22:10 37:2 39:8
  40:23,25 41:4
reason  12:12 17:15
  36:14 42:23
reasonably  12:17
reasons  7:23 12:20
  39:4
recall  22:24,25
receive  6:22 12:21
  21:24 22:4
receiving  9:16
recognized  14:9
recommendation
  10:14
recommended
  17:25
record  6:3,6,9
  16:17 44:7 46:11
red  37:13
redistricting  1:6
  3:3,6,8 6:11,13 7:1
  9:22 13:9 17:11,17
  18:5 25:10 26:1
  33:14,20 34:21
  35:22,23 36:22
  37:4,5,8,24 38:2
  41:10,11
redrawing  18:6
reduce  5:10
reduced  24:15
reference  22:19
reflect  12:18

regard  10:9
regarding  43:16
regardless  32:23
  32:23
regular  40:2
relationship  28:10
remain  20:6,15
remaining  43:17
remarks  2:2 16:17
remind  6:10
remotely  1:20 6:2,5
  43:24
removed  16:22
  17:1
repopulate  8:25
reporter  1:22 6:5
  9:15 15:24 16:8
  36:17 37:22 47:16
reporting  15:17
  47:15
represent  5:23
  24:20 26:1,20
  27:12 29:15 44:23
representation
  16:20,25,25 23:6
  24:14 26:3 32:13
  32:14,23,24 33:7,9
representative  2:4
  2:17 3:7 5:15,16,18
  15:8 17:13,24 24:8
  26:17 28:11,15
  31:22 32:10,16
  44:1,3,4,8 46:4
representative's
  24:23
representatives  4:8
  14:19 16:21,22
  24:17 25:2 27:17
  28:13,13
represented  23:23

RC 045046

**represents** 15:19
**republican** 23:10
  38:22
**republicans** 21:12
  21:13 37:2
**request** 43:6
**required** 35:21
  40:3
**requirement** 13:24
**requirements**
  11:14,17
**requiring** 14:24
**research** 19:8
**reservations** 14:15
**resident** 25:25 26:6
**residents** 19:21,23
  19:24,25 20:4,6,10
  20:11,12,14,16,18
  27:18
**resource** 40:7
**resources** 24:25
**respect** 14:6
**respectfully** 25:18
**respecting** 9:10
**respondents** 20:25
**responsible** 36:12
  38:3 42:21
**result** 47:13
**resulted** 16:19,25
  28:11
**resulting** 16:22
**retired** 44:12
**returned** 32:25
**reverend** 21:2
**review** 22:13
**richard** 2:15 33:21
**right** 3:7 16:9,11
  22:22 30:20 34:15
  38:8 41:6,23 42:8
  45:4,5

**rights** 11:25 12:10
  12:14 15:1 21:13
  34:4,21
**risen** 20:14
**river** 14:4
**road** 1:14 20:3
  45:15,16
**robert** 45:15
**rogers** 21:19 30:20
  34:24
**role** 45:18
**ron** 26:17
**room** 8:1 34:23
**rough** 18:24
**roughly** 5:1
**round** 4:21 7:4
**rpr** 1:21 47:21
**rule** 41:6
**rules** 46:1
**rumor** 30:11,15
**running** 39:22
**rural** 3:23 26:8,10

**s**

**s** 16:6,6,6 36:18
  37:18
**safe** 45:25
**sand** 35:12
**satisfy** 12:13
**saying** 35:2,3,11
  45:11
**says** 9:21 36:23
**school** 14:15 32:3,3
  36:23
**schooling** 32:2,8
**schools** 36:21
**seat** 16:16 45:20
**second** 22:18
**secondary** 26:5
**secondly** 18:24
  19:5

**secretary** 43:3
**section** 11:25 12:9
**see** 3:2 9:19,22 10:8
  15:11 16:12 18:24
  18:25 19:3 21:23
  23:15 24:2 27:12
  28:15 30:13,14,25
  31:13,17 34:14
  41:16 44:10 45:23
**seeing** 29:20
**seen** 20:4,9,18
  35:14
**segmented** 29:12
**select** 20:25
**senate** 3:5 4:7,12
  4:14,18,19,20 7:7,8
  7:13 13:14 23:23
  24:16,20 26:9,12
  26:15 28:1 41:14
  41:23
**senator** 2:3 3:1,4
  3:14,16 5:16 7:6
  10:16 21:18 22:24
  26:15 28:5 32:11
  32:15 41:18,25
  42:3,3,10
**senators** 25:2
**send** 6:2 10:23
  15:13 22:10 38:7
**sending** 21:8
**sense** 26:13
**sent** 43:4
**separating** 17:12
**separation** 16:24
**september** 1:9
**series** 24:4
**serves** 25:8 28:5
**session** 11:4 22:9
  39:24,25 40:2,4
  41:7,10,15 43:13
  45:24

**seven** 4:6
**sewell** 23:7
**shackleford** 2:10
  23:17,18,18,19,21
  25:22
**shape** 5:11 34:4
**share** 19:23 20:4,9
  20:13,19
**shared** 31:21
**shares** 24:10
**sharing** 16:21 46:3
**sheet** 15:11
**shelby** 16:21
**shirley** 2:16 37:15
  37:17,18
**shopping** 26:23
**shout** 31:22
**showcase** 33:15
**shown** 44:9
**shows** 20:1
**shrink** 5:9
**sic** 16:10
**sign** 5:24 15:11
  16:9
**signature** 4:5 31:12
  47:20
**signed** 5:20 15:9
**significant** 24:23
**silently** 35:3
**similar** 19:12 20:2
  25:20 38:19
**similarities** 14:9
**simply** 7:1 40:21
**single** 13:16,20
**singleton** 3:15
  10:16 41:18,25
  42:3,4,10
**sir** 15:22,25 16:5,7
  21:2,21 23:11 31:7
  41:18 42:9 43:25
  44:4

RC 045047

sit  45:19
sits  20:9
sitting  35:6
situation  37:24
situations  26:11
six  5:1 28:6,9,18,21
  43:9
size  4:13 5:9 17:21
sliced  24:22 32:12
slight  33:2
small  25:14
smith  20:2
social  14:11 26:22
socio  19:18
soldiers  45:12
solutions  17:18
somebody  31:12
  37:12 43:25
somebody's  40:11
son  32:2,9
sonny  20:3
soon  9:16
sorry  15:10,22 24:1
  30:4 31:12
sort  10:13
souls  45:8
sound  45:6
sources  43:5
south  19:20 20:14
southeast  34:3
sparsely  8:22
speak  5:19,23,24
  6:7 9:25 15:7,13
  16:9 23:20 33:11
  37:13 41:18 46:6
  46:13
speaker  18:19,22
  19:6 23:17 27:22
  30:3 31:8 33:7,21
speakers  5:20
  32:21

speaking  16:12
  44:7
speaks  31:18
special  11:3 39:24
  39:25 40:4 41:7,10
  43:12 45:24
specific  17:5
specifically  16:16
  36:11 42:21
specificity  40:10
spelling  16:4 37:22
split  7:20,21,22
  8:11,11 9:2,3 16:19
  16:25 17:11,13,15
  24:15 26:14 42:17
splits  7:22 8:8,9,9
splitting  16:20
  25:12
sponsor  10:17 11:1
  38:24
sponsoring  38:25
spring  40:3
sr  2:9 18:19,20,21
  21:5
st  3:5 16:21 24:10
staff  40:25
stand  15:16,20
  16:23 32:20 35:14
  35:15 44:23 45:9
standard  24:18
stark  19:9
start  9:16 15:15
  31:3
state  1:13 3:4 4:8,9
  4:11 5:17,22 6:17
  6:18 7:2,3,11,13
  10:2,21,23 11:14
  12:2,25 13:5 14:23
  14:25 16:25 18:7
  18:14,16 21:11
  23:5 24:20,20 25:1

32:5,6,9,11 34:16
  34:18 43:2,4,5
  44:13 46:14 47:3
state's  14:2
stated  17:21 32:21
statement  43:19
statements  31:21
states  18:5 37:3
statistically  20:11
statutory  11:14
stenotype  47:7
step  23:2
steve  3:16
stop  25:12
story  19:22
streamed  43:13
street  17:12 27:4
stretched  26:16
stretches  27:2
strictly  6:10
strips  24:5
strong  12:10,12
stuck  32:18,19
student  44:17
students  44:14 45:1
subdivisions  14:13
submit  18:15
submitted  36:4
  40:13,18,19
subordinates  12:4
subpopulations
  13:4
substantial  17:23
suburban  3:24
sudduth  16:2,2,6
suggest  29:4 39:8
support  12:11 29:2
supreme  37:1
sure  28:21 31:8
surprising  19:17

surrounded  8:21
surrounds  20:8
suspect  9:16 24:12
sylacauga  26:17
synonymous  11:19
system  41:1,2

                t

t  16:6,6 37:20 47:1
  47:1
tab  9:21
table  35:6
tag  38:14
take  8:19 9:5 25:18
  26:19 27:2 29:9,19
  30:9,15 38:1,4
  43:11
taken  3:18 6:21
  47:7
takes  15:6 27:1,7,9
talk  19:5 22:1 28:3
  32:7
talked  6:23 28:17
  44:14
talladega  16:16,20
  16:24 17:4,19,20
  18:13 21:16 22:21
  23:13,22 24:9 25:4
  26:8,10,13,21,22
  27:10 32:1,12,22
  33:2 35:9 44:25
  46:10
task  4:2
taught  45:1,19
tax  17:6
taylor  36:6 42:13
  42:19 43:12,15
teams  1:17
television  43:4
tell  8:5 29:3 31:2
  34:19 40:14,16,16
  40:21,22 43:22

tends   9:2
term   6:25 14:12
terms   6:23
terri   23:7
testify   8:16
testimony   2:7 6:22
   8:12,15,15 10:7
   12:21 21:24 22:3
   23:15 33:20 47:10
thank   5:16 6:15,17
   6:18 16:7,12 18:17
   18:18 21:20,21
   23:11,15,19 25:21
   25:22,24 27:20,21
   27:24 29:25 30:1,5
   31:6,7,11 33:10,11
   33:17,19 35:19,20
   36:2,5 37:10,21
   42:8,11 44:1,9
   45:23 46:2,2,4,12
   46:14
thing   29:8 30:10,10
   34:24 45:4
things   8:10 20:20
   34:2 35:2,17 45:25
think   7:3 8:5,6 14:5
   21:21 23:13,25
   25:5 30:19 31:18
   33:15 36:17 40:19
   41:5
thinking   37:24
thirty   4:24,25 5:1,2
thought   36:21
three   5:21 21:3,19
   22:20
thursday   1:9
time   6:21 7:23 8:7
   11:5 21:14 25:17
   27:20 29:10 31:2
   39:1,23 43:11 45:9

timeline   39:16,20
times   45:7
today   5:19 10:16
   28:3,14 32:20
   33:11,15 38:1 44:2
   44:10,12,16,21
   45:3,17,19 46:3
topographer   22:1
total   7:25 12:23
   13:4,8
totally   24:12
touch   14:2
town   24:12 25:14
track   19:19,23
tracks   19:9
tract   20:1,1,4,7,8
   20:12,15,16
tracts   20:18
tradition   13:9
transcribed   1:20
   6:4 9:15 47:8
transcript   9:24
   47:9
transcription   47:8
transcriptions   9:17
transcripts   9:19
traveled   45:16
tribal   14:11,14
tries   9:8 13:23
trim   22:21
true   17:2 47:9
truly   28:16 29:15
try   8:2,16 29:2
   32:11 45:7
trying   30:15
turn   3:12 4:13 5:14
   6:14
tuscaloosa   8:19 9:1
two   4:24 7:25 9:18
   11:25 12:9 20:20
   42:20

typically   37:3

**u**

u   16:6,6
u.s.   3:23 19:7 21:8
ultimately   10:12
unavailable   32:17
unbiased   18:13
undergoing   11:11
undergone   19:9
understand   10:11
   15:24 27:14 29:16
   44:25 45:5
university   19:19
upcoming   39:25
uptick   33:3,4
urban   3:24 9:1,6
urge   25:25 27:18
use   10:22 13:3,4
   17:6 41:1

**v**

valid   17:15
various   11:6 18:10
   39:3
verity   25:6
virtually   6:19
   15:12 36:3
voice   30:24 42:2
   44:4 45:6
vote   3:25 11:18,19
   11:22 13:7,8
voted   21:13
voter   22:6
voters   10:19 18:1
   24:24 40:17 42:7
   42:16
votes   11:20,21 25:8
   25:13
voting   7:21 8:3
   11:25 12:10,14
   13:11,13 14:14

15:1 21:13

**w**

wait   31:1 36:5
walker   2:5 3:9 6:15
   6:16 15:22 16:4,7
   18:18 21:2,21
   23:11 25:22 27:21
   30:1,7 31:7,11
   33:19 35:20 36:17
   37:17,19,21 38:8
   38:16 39:14,17,21
   40:9,14 41:22
   42:11,15 43:1,14
   43:15,20 44:3,6
   46:4
want   5:23,24 6:22
   7:5 8:10,13,14,15
   8:16 9:20 10:1,8,12
   10:19,24 17:18
   18:23 21:15,15,16
   22:8,15,16 23:4
   28:14 30:10 31:16
   31:22 33:10 34:2,6
   34:19 37:9,13
   44:11,14,15,24
wanted   41:25 44:6
wants   11:7,13
   15:12 41:18 46:13
warrant   17:23
washington   19:8
   21:8
watching   33:13
water   14:3
way   4:12 13:9 23:9
   27:2,7 28:15 34:2
   34:17
we've   5:6 6:23
website   39:9 41:13
   43:3,4
weeks   9:18 34:10

| | x |
|---|---|
| **x**   2:1 | |
| | **y** |

**weighing**   14:16
**weight**   11:21
**welcome**   6:16
  10:20 16:13 23:18
  25:23 27:22 30:4
  33:22 42:10
**west**   20:2,8,15
  26:16
**white**   13:12 19:10
  19:21,23 20:4,10
  20:12,16,16,25
  21:11,12 23:8,9
  35:7
**whog**   16:2
**williams**   2:11 25:23
  25:23,24,25 27:21
  29:6
**winfrey**   2:14 31:9
  31:10,10,11,14,25
  33:18,19
**wise**   37:25
**wish**   29:3
**witness**   47:10
**women**   10:19 18:1
  22:6 40:17 42:7,16
  45:7
**wood's**   27:1
**word**   19:15
**words**   39:18
**work**   11:5 29:17
  40:25
**worked**   42:17
**working**   6:5 36:16
  42:25
**works**   3:9 6:24
**wrap**   21:4
**wraps**   27:7
**written**   33:23
**wrote**   31:12

**y**   37:18
**y'all**   30:23
**year**   3:21 35:17
  40:2
**years**   3:18 4:11
  19:6 20:13 23:22
  25:14 26:7 28:11
  33:1 34:19,20
  35:16,25
**younger**   20:22