FILED

2021 Dec-27  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 15



Deposition of:
## September 7, 2021 2:00 Public Hearing

*September 7, 2021*

In the Matter of:

## Permanent Legislative Committee On Reapportionment Public Hearings

Veritext Legal Solutions

877.373.3660 | calendar-al@veritext.com  | 800.808.4958

RC 045074

Page 1

1

2

3

4

5          ALABAMA PERMANENT COMMITTEE ON REAPPORTIONMENT AND

6                    REDISTRICTING PUBLIC HEARING

7

8                              HELD ON

9                    TUESDAY, SEPTEMBER 7TH, 2021

10                     BEGINNING AT 2:00 P.M.

11

12                           LOCATION:

13     JEFFERSON STATE COMMUNITY COLLEGE - HOOVER CAMPUS

14                      4600 VALLEYDALE ROAD

15                    HOOVER, ALABAMA 35242

16                              AND

17            ONLINE VIA MICROSOFT TEAMS MEETING

18

19

20                  TRANSCRIBED REMOTELY BY:

21                  KATHLEEN F. CAVAZOS, RPR,

22                      COURT REPORTER

23

24

25

Page 2

1                     I N D E X

2    OPENING REMARKS:                                PAGE

3       BY SENATOR JIM MCCLENDON. . . . . . . . . . . .  3

4       BY REPRESENTATIVE CHRIS PRINGLE . . . . . . . .  5

5       BY MR. DORMAN WALKER. . . . . . . . . . . . . .  6

6

7    TESTIMONY:

8       BY MR. BILL MYERS. . . . . . . . . . . . . . . 11

9       BY MR. ADRIAN DUDLEY. . . . . . . . . . . . . . 13

10      BY MR. DOUG HOFFMAN . . . . . . . . . . . . . . 13

11      BY MR. PAT DEWEES . . . . . . . . . . . . . . . 15

12      BY REPRESENTATIVE KENNETH PASCHAL . . . . . . . 17

13      BY MS. FELICIA SCALZETTI. . . . . . . . . . . . 18

14      BY MR. MICHAEL MILLER . . . . . . . . . . . . . 21

15

16                   EXHIBIT INDEX

17

     EXHIBIT:

18

     Exhibit 1  WRITTEN TESTIMONY OF DANA ELLIS . . . . . . 24

19

     Exhibit 2  WRITTEN TESTIMONY OF BONNIE BLACK . . . . . 24

20

     Exhibit 3  WRITTEN TESTIMONY OF FELICIA SCALZETTI. . . 24

21

22

23

24

25

1          SENATOR MCCLENDON:  Welcome, everybody.  I'm Jim

2      McClendon.  I'm a state senator living in St. Clair

3      County.  I am also the Senate Chair of the Redistricting

4      Committee.

5          I would ask all of you that have called in and

6      that are online to please turn your cameras off except

7      for our court reporter.  Turn your cameras off and mute

8      your phones at home.  We get a bad echo when your phones

9      are not muted.

10          You'll have an opportunity later to speak, if

11      you wish to do so, and you can turn your cameras back on.

12      Let's see.  We've got one more to turn the camera off so

13      it makes room on our screen so we know who's coming in.

14          On my right is Representative Chris Pringle.

15      Representative Pringle is the House chairman of

16      redistricting.  And on my left is Dorman Walker.  Dorman

17      is an attorney, and he is the hearing officer for today,

18      and Dorman is employed by the Redistricting Committee.

19          Every 10 years, we have a census, and the census

20      is done in order to not only count the people but to find

21      out where the people are as they move, migrate, change.

22      We need to know where they are in order to reconstruct

23      the districts to get the population back so that it's

24      approximately equal in each district.  That is the one

25      person, one vote concept, and that's really the biggest

Page 4

1    part of our job.

2            In House and Senate districts and state board of

3    education districts, we have a leeway of plus or minus

4    five percent in that population.  However, in

5    Congressional districts, which we're also doing, it has

6    to be almost exactly the same number in each district.

7            An ideal -- The population in an ideal Senate

8    district is 143,551.  To stay within our guidelines, we

9    can be plus or minus five percent.  An ideal House

10   district , which is going to be about a third of that, is

11   47,850, plus or minus five percent.

12           I'll remind everybody again that's calling in

13   that's online to turn your cameras off and also mute your

14   microphones.

15           Let me give you some ideas about the sizes and

16   the changes in population -- Thank you for turning your

17   camera off -- that are in this area, this part of the

18   state where you are.  I've got a list here of Senate

19   districts.  There's three of them that apparently are

20   close by you.  Stand by.  Here we go.  Senate 11

21   district, which by the way, is my district, has gained

22   about 2,500 people.  Senate 14 has gained about 4,000

23   people.  Senate 15 has gained about 11,900 people, and

24   Senate 16 has gone up by about 3,400.

25           Keep in mind -- Let's take for example Senate 15

Page 5

1    that changed about 11,900.  It's adjacent to 14, which

2    has gone up by 4,000, but that just puts it 2.8 percent

3    over, but it's going -- Although 14 is within our

4    deviation, since it's adjacent to 15, it's going to be

5    affected because 15 is going to have to come down in

6    geographic size to do something about being over

7    populated by almost 12,000 people.

8           So let's take a look at House districts in your

9    area.  House 41 has gone up by 6,700.  43 has gone up by

10   244.  45 has gone up by a little over 3,000.  And that

11   amount in change in a House district puts it well outside

12   the deviation of what's allowed.  House 48 has gone up by

13   5,400.  House district 50 has gone up by 5,067.  I think

14   the last one I've got is 73.  House district 73 has had

15   an increase of about 3,700.

16          So our task -- our task on the Redistricting

17   Committee is to adjust the size of these districts to get

18   them back to the one person, one vote ratio that we're

19   looking for.  So I'm going to turn this over --

20          Oh, also with us today who I did not mention,

21   Senator Bobby Singleton, who is a member of this

22   committee, is here with us in the State House.

23          With that being said, Representative Pringle,

24   you're on.

25          REPRESENTATIVE PRINGLE:  Thank you, Senator.

1   And also joining us today is Representative Kyle South

2   sitting to my right.

3            I am Representative Chris Pringle from Mobile.

4   I represent the 101st district in the Alabama House of

5   Representatives.

6            Today, we will call on you in the order in which

7   you signed up to speak.  Please limit your remarks to

8   three minutes.  When called on, please come to the

9   microphone, state your name and the community you

10  represent and the district or districts you wish to speak

11  about.  If you decide you want to speak but did not sign

12  up, we'll ask at the end if anybody else would like to

13  speak.

14           If you are participating remotely, send us your

15  questions or comments and we'll read them into the record

16  and answer it.

17           This hearing is being transcribed by a court

18  reporter who is working remotely.  If you have something

19  you would like to introduce into the record as an

20  exhibit, bring it to the microphone when you speak and

21  let the hearing officer know.  We'll get a copy of it and

22  enter it into the permanent record of the committee.

23           Again, this is a public hearing on the issue of

24  legislative redistricting, and we're not here to discuss

25  any other legislative business or any other issues

Page 7

```
 1   pending before the Alabama legislature.
 2             Thank you for attending and now is Dorman
 3   Walker.
 4             MR. WALKER:  Hello, everyone.  Thank you for
 5   coming, and thank you to Jeff State for hosting this
 6   event.
 7             The purpose of this hearing is to receive public
 8   comment on how (inaudible) --
 9             Let me start over.
10             Welcome, everyone and thank you to Jeff State
11   for hosting this hearing.  The purpose of this hearing is
12   to receive public comments on how districts should be
13   redrawn.
14             And before we open the floor for comments on
15   that, I want to cover the rules that govern how the
16   legislature redraws districts.  They can't just draw them
17   in any manner that they wish.  The overarching and most
18   important rules are that the new districts must comply
19   with federal and state constitutions and federal and
20   state law, principally, the Voting Rights Act.  And there
21   are basically two manifestations of that.
22             One is that we have to comply with the principle
23   of one person, one vote, which means that all districts
24   must be equal or approximately equal in population
25   according to the amount of deviation that's allowed.  And
```

Page 8

1   the second is that the districts cannot discriminate on

2   the basis of race, ethnicity or membership in a language

3   minority.  We don't have much of that here, but we cannot

4   discriminate on those basis in the drawing of districts.

5   The Reapportionment Committee will not approve a

6   districting plan that does not comply with one person,

7   one vote or that it perceives is discriminatory.

8           No district will be drawn in a manner that

9   subordinates race-neutral districting criteria, and I'll

10  go over what those are in a second, to consideration of

11  race, color or membership in a language minority group

12  except that race, color or membership in a language

13  minority group may predominate over race-neutral

14  districting criteria to comply with section two of the

15  Voting Rights Act, provided there is a strong basis of

16  evidence in support of such a race-based choice.  A

17  strong basis of evidence exists when there's good reason

18  to believe that race must be used in order to comply with

19  the Voting Rights Act.

20          Now, the race-neutral redistricting criteria are

21  the following:  One, districts must be reasonably

22  compact.  Two, they should reflect the will of the

23  people.  Three, they're drawn on the basis of total

24  population.

25          The census bureau gives us several different

Page 9

1    types of population.  Total population is all of the

2    people that are in the state on a given day, census day,

3    April 1, 2020, and it may include a lot of people who

4    can't vote such as children or people who are in the

5    state but not residents of the state, people who are not

6    citizens, or certain people who are incarcerated cannot

7    vote.  Nonetheless, that has always traditionally been

8    used as the basis on which districts are drawn.

9           Under some circumstances, voting age population

10   may be considered principally in order to ensure we're

11   complying with the Voting Rights Act.  Voting age

12   population is just that portion of a district's

13   population that's 18 and over.  That doesn't necessarily

14   mean that those people are registered to vote or do vote,

15   but it's the number of people who are eligible to vote by

16   age.

17          Other race-neutral criteria:  The plan has to

18   include 35 Senate seats and 105 House seats.  The

19   Constitution would allow 106, but we only have 105.  All

20   districts are single-member districts, which means only

21   one person is elected from each district, and in drawing

22   of districts, contests between incumbents is avoided, and

23   the legislature seeks to preserve the cores of existing

24   districts.

25          Contiguity is required for all districts.  That

Page 10

1    means every point on the boundary of a district must be

2    in contact with either another district or the exterior

3    boundaries of the state.  Contiguity is allowed over

4    water.  For example, if your district is split by a river

5    or lake or Mobile Bay, contiguity is considered to cross

6    that water.

7              Districts shall respect communities of interest,

8    neighborhoods and political subdivisions to the extent

9    practicable.  Community of interest is defined as an area

10   with recognized similarities of interest, including, but

11   not limited to, ethnic, racial, economic, tribal, social,

12   geographic or historical identities.  The term

13   "communities of interest" may, in certain circumstances,

14   include political subdivisions such as counties, voting

15   precincts, municipalities, tribal lands and reservations

16   or school districts.

17             The discernment, weighing and balancing of the

18   very factors that contribute to communities of interest

19   is an intensely political process best carried out by

20   elected representatives of the people.  In other words,

21   sometimes, there will be conflicting considerations of

22   what is a community of interest, and the legislature

23   can't respect all of them, or in order to meet the

24   mandate for one person, one vote, it may have to

25   disregard a community of interest and split it.

1        In establishing legislative districts, the

2    Reapportionment Committee gives due consideration to its

3    race-neutral districting criteria.  However, priority is

4    given to the compelling state interest of achieving

5    equality of population among districts in compliance with

6    the Voting Rights Act of 1965.

7        I'm now going to open up the hearing for

8    comments.  First, I will go down the list of people who

9    signed up to speak.  When I call your names, please come

10   up to the podium and speak.  You have three minutes, and

11   if you run across that, I'll let you know.  And after

12   I've finished that, I will call on people who are

13   participating virtually.  Either raise your hand or send

14   a question in by chat, and we'll respond to it.  And then

15   I'll go back and see if anyone wants to speak at the

16   auditorium, and then I'll close the hearing.

17        The first person we have is -- It looks like it

18   might be Brian Members from Eagle Point HOA.  I'm not

19   sure if I'm reading this right.

20        MR. MYERS:  I'm Bill Myers, and I thank you for

21   having this hearing today and taking into consideration

22   our concerns.

23        (Inaudible) is a bedroom community of about 700

24   homes.  We are currently split in our House district

25   between 43 and 45.  As you know, we went through a

1  serious tornado a few months ago.  We're still recovering

2  from that.  From that, we've learned the importance of

3  being under one House district or having one person that

4  we can rely on.  I want to take the opportunity at this

5  point to put a special shout-out for Arnold Mooney for

6  his help during that time.  He was on site within an hour

7  after the storm came through and worked diligently to

8  help us get back to where we needed to be.

9          With that being said, I currently serve on the

10  Eagle Point Homeowner's Association.  I also serve on the

11  North Shelby fire district.  From that, I know the

12  importance of having this community under one leadership

13  or under one representative, rather.

14          I would ask that this committee take into

15  consideration that we currently -- House district 45 is

16  represented in a district that represents both Shelby and

17  Jefferson County, but, more importantly, Eagle Point is

18  zoned for Oak Mountain schools.  District 43 encompasses

19  those schools, and that's very important to our

20  neighborhood.  We have a high, high percentage of

21  families with children in those schools, and we just feel

22  like we would get better representation being all under

23  one district, and we would prefer district 43.

24          Thank you.

25          MR. WALKER:  Thank you.  I appreciate that very

1    helpful testimony.

2            Our next speaker is Adrian Dudley from Lake

3    View.

4            MR. DUDLEY:  Good afternoon.  I'm Adrian Dudley,

5    the mayor of Lake View, and we're represented by House

6    district 62 and 15 and Senate district 21 and 19.

7            Part of our issue is similar to what the

8    gentleman just spoke about.  First of all, compactness.

9    We'd like for -- because we live close together, being

10   represented by two separate House districts and two

11   separate Senate districts creates a problem when we're

12   trying to get things accomplished and move forward in our

13   city.  Lake View is in Jefferson and Tuscaloosa County

14   and we try to get assistance from both counties, but

15   there are times when we have difficulties, especially

16   when it comes to fire and things of that nature.  To me,

17   it just makes more sense for us to consolidate our

18   concerns so people know who they're voting for and who

19   represents people in the city.  We have a quarter of the

20   people in the city represented by one representative, one

21   senator, and three quarters of the city represented by

22   someone else.

23           Thank you.

24           MR. WALKER:  Thank you.  Next up is Doug

25   Hoffman.

Page 14

1          MR. HOFFMAN:  Hi.  I kind of -- My interest is

2   in overall Congressional districting but, also, I'm

3   concerned about gerrymandering in our state.  You know,

4   we all know what gerrymandering is.  When an overall

5   population of, say, Democrats or Republicans is

6   underrepresented significantly in a branch of government

7   due to the drawing of the map, that's gerrymandering, and

8   Alabama has a serious problem in that respect.  Democrats

9   in 2018, Walt Maddox got 40 percent of the vote,

10  statewide vote.  Doug Jones in 2020, 40 percent of the

11  vote.  Joe Biden in 2020, 38 percent of the vote.

12  Generally speaking, Democrats comprise about 40 percent

13  of the vote in this state.  However, when we look at the

14  number of U.S. Congressional seats that Democrats are

15  represented by, it's one out of seven.  Only 14 percent

16  of representatives are Democrats compared to 40 percent

17  that consistently vote Democrat.  In the Alabama State

18  legislature, there's 28 seats, which is only 27 percent,

19  well below the 40 percent.  In the Senate, it's even

20  worse.  Twenty-three percent are represented by Democrats

21  with statewide 40 percent.

22          So in your redistricting process, I'd really

23  like for you to take this into consideration.  One fairly

24  simple fix for the U.S. Congressional seat is to use

25  Jefferson County as a primary base for one U.S.

Page 15

1   Congressional seat and then use Montgomery County and
2   some of the counties surrounding it, especially to the
3   west, as a second U.S. Congressional seat.  I think if
4   you did that, those two geographic areas would be a lot
5   more competitive, and it would give the Democrats a
6   chance to get closer to that 40 percent.
7           You know, the polarization in this country has
8   just gotten awful.  I have lived here for 30 years.  I
9   have neighbors for 30 years, and we can hardly talk to
10  each other anymore, and part of the reason for that is
11  everybody is so intrenched in opposite sides that there's
12  not any compromising.  There's no moderation.  And when
13  you draw --
14          MR. WALKER:  You've used your three minutes.
15          MR. HOFFMAN:  Okay.  When you draw districts so
16  that they're polarized, you get a polarized community.
17          Thank you.
18          MR. WALKER:  Thank you, sir.  I appreciate your
19  speaking.
20          Next up is Pat --
21          MR. DEWEES:  Dewees.  My comments are similar to
22  the man who spoke before me.  Can you hear me?
23          MR. WALKER:  Yes, sir.  What's your name,
24  please?
25          MR. DEWEES:  Dewees, D-E-W-E-E-S.

RC 045089

1          MR. WALKER:  Spell that more slowly for the
2     court reporter, please.
3          MR. DEWEES:  D-E-W-E-E-S.
4          MR. WALKER:  Okay.  Thank you.
5          MR. DEWEES:  I was not going to speak at first.
6     When I saw there was some state law makers that actually
7     draw these lines, I put my name on the list.  I was at a
8     similar meeting a few days ago also in the Birmingham
9     area, and my concern is that the Birmingham area for 30
10    years is split between two Congressional districts.
11    (Inaudible) Birmingham is what you may have discussed
12    before, a community of interest.  It has a unique
13    history.  There are political differences between urban
14    and rural in this county and (inaudible) --
15         MR. WALKER:  It's a little bit hard to
16    understand you.  You're kind of coming in and out.
17         MR. DEWEES:  (Inaudible) We're all aware of the
18    political difference between urban and rural, and I was
19    going to say that the Birmingham area has different
20    interests, values and cultures than more rural parts of
21    the state, but it's also different from other metro areas
22    in the state because of its unique history.  Its economy
23    has been different historically, and I feel like
24    Jefferson County and maybe part of Shelby County needs to
25    have a unified voice.  And one map that was slightly

Page 17

1    different from mine for Shelby County that I saw at the

2    last meeting was by the League of Women Voters which had

3    all counties all in the county lines for district

4    drawing.  (Inaudible.)

5              MR. WALKER:  We have in the record the League of

6    Women Voters' plan, but you had other papers there.  Was

7    there anything you wanted to put into the record as an

8    exhibit?

9              MR. DEWEES:  I just hope you will consider the

10   plan that they presented to me.  I'm sure you can find

11   that information online.  It's slightly different from

12   what I originally proposed, but it's something that --

13   Although I'm not affiliated at all with the League of

14   Women Voters, it's something I would consider.

15             MR. WALKER:  And just to clarify Mr. Dewees'

16   comments, the League of Women Voters has proposed a plan

17   that is a whole-county plan; that is, no counties are

18   split.  And that's what you're referring to, correct,

19   Mr. Dewees?  Okay.  Thank you very much.

20             Next is Mr. Kenneth Paschal, I think.

21   Representative Paschal.  Excuse me.

22             SENATOR MCCLENDON:  Glad to have you here.

23             REPRESENTATIVE PASCHAL:  It's a blessing to be

24   here.  I wanted to take a few minutes, Mr. Chairman,

25   Committee Members.  I just want to take time to say thank

Page 18

```
1    you.  I'm a newly elected House representative for the
2    State of Alabama, and I'm just excited to be a part of
3    this process.  I just wanted to highlight that.
4            I'm in district 73.  We have different Shelby
5    County delegation members here representing (inaudible)
6    and we just appreciate the hard work you guys have
7    already put in.  We're also excited to continue the
8    conversation as we look at the best way to continue to
9    properly represent each member of our state.  I just
10   wanted to take this time to say thank you and appreciate
11   what y'all do.
12           I want to applaud the people that are here.  I
13   think it's very important that the public be engaged.  I
14   understand you started these hearings last week.  I think
15   this is probably one of the bigger turnouts.  I want to
16   applaud the public for being part of that, and I'm very
17   excited to be part of this process and look forward to
18   seeing you in Montgomery here pretty soon.
19           MR. WALKER:  Thank you, sir.
20           Next is Felicia Scalzetti.
21           MS. SCALZETTI:  Hi.  My name is Felicia
22   Scalzetti.  I'm a resident of Congressional district --
23           MR. WALKER:  Would you spell your last name for
24   the court reporter, please?
25           MS. SCALZETTI:  Sure.  It's S-C-A-L-Z-E-T-T-I.
```

Page 19

1       MR. WALKER:  Thank you very much.

2       MS. SCALZETTI:  I am a resident of Congressional

3   district seven Senate district 18, House district 55 and

4   board of education district four.

5       I will not spend much time on the Congressional

6   map because I think we all are very aware of the problems

7   with it.  Congressional district seven is packed.  We are

8   very geometrically separated.  I live in Birmingham.  I

9   am in that little finger sort of protruding up.  I live

10  in district seven, but I get my groceries in

11  Congressional district six.  As far as I can tell, most

12  of the Walmarts in the area and other such stores are

13  actually all in Congressional district six where

14  everybody in Birmingham actually goes to get their

15  groceries.

16      I live in Senate district 18.  I shop in Senate

17  district 16.  We have enough population in Jefferson

18  County for 4.7 Senate districts.  So we would have to go

19  outside of Jefferson County to get enough population to

20  fill up.

21      Jefferson County is currently split to seven

22  different Senate seats, and four of those Senate seats go

23  outside of Jefferson County.  I'm not going to get into

24  (inaudible) and why that's important for our committee,

25  but we should have representation that represents our

Page 20

```
 1    interests, that represents the people that actually live
 2    in Jefferson County.  That fifth district that goes
 3    outside, I believe that it should be in Shelby.  Hoover,
 4    Alabama is split between Jefferson and Shelby County, and
 5    I believe that that should be where the fifth district
 6    comes from.
 7            In the House, we have 14 House seats -- We
 8    should have approximately 14 House seats in Jefferson
 9    County, but we actually have 17 right now, and five of
10    those come from outside of Jefferson County.
11            I just want to leave you with that
12    gerrymandering has a snowballing effect.  You cannot draw
13    a gerrymandered map in one corner and not have it affect
14    the rest of the state.  The lines are the lines are the
15    lines.  You can try to reduce the impact of certain
16    Alabamians, especially black Alabamians, but you mess up
17    your own district, you mess up your own constituents'
18    ability to hold y'all accountable.  You're hurting your
19    own people.  You're hurting the people of Alabama.  So
20    please, please take that under consideration.
21            Thank you for allowing me to speak.  I
22    appreciate the ability to come to this public hearing,
23    and I hope y'all will take that under consideration.
24            MR. WALKER:  Thank you.  Thank you to everyone
25    there in the auditorium who has spoken.
```

Page 21

1          We don't have anyone else signed up to speak in

2     the auditorium.  I'll come back in a little bit and see

3     if there's anyone else who want to speak.

4          Do we have anybody -- We don't have anybody who

5     is remotely present asked to speak.  So one last time,

6     anybody in the auditorium or anybody remotely who wants

7     to speak, please let me know.

8          We have somebody coming up.  Thank you.

9          MR. MILLER:  Good afternoon.  My name is Michael

10    Miller, and I live in Congressional district seven, state

11    Senate district 20, and House district 59.

12         I stand before you just so say that African-

13    Americans, we make up 27.2 percent of the state

14    population.  We make up 25.9 percent of the voting age

15    population in the State of Alabama, but, currently, we

16    only occupy one or 14 percent of the Congressional seats

17    in the State of Alabama.  In order for us to be on

18    equitable or equal footing in the state with our

19    population, we should at least have two of those

20    Congressional seats allocated toward the African-American

21    interest, meaning that we have one seat now, district

22    seven.  There is another possibility with using the

23    Mobile and Black Belt area that we could pick up a

24    seventh majority minority district, and if the members of

25    the legislature would take into consideration, we could

Page 22

1   seek equity (inaudible) of the state between African-
2   American population as well as our voting age population,
3   we have the ability to pick up that seat.  But our total
4   population in one of our districts that we're looking at,
5   we could have a population of 55 percent black with a
6   total voting age population of 52.8 percent, we could
7   have a second district, like I mentioned, that could give
8   us 48.3 percent of blacks in the district and a 42.2
9   percent voting age population of blacks in that district.

10          And the last thing I would point out is that I
11  understand the ability to do whole counties, and in this
12  case, using Jefferson County as a whole county would
13  disenfranchise blacks in that district because, as we
14  know, blacks in Jefferson County only make up
15  41-and-a-half percent.  So if we went outside of that and
16  get over to Tuscaloosa, we still have to go through areas
17  that are predominantly white, which would further take
18  away from that.  So what are gonna we do in that
19  scenario?  That would wind up being the second district
20  that would be up for grabs in the State of Alabama.  So
21  we're asking to keep district seven the way it is in
22  terms of letting that be the primary black district and
23  then giving us another district.
24          Yes, sir?  Oh, I thought you were gonna tell me
25  my time was up, but thank you very much.

1          MR. WALKER:  You're good.  You've got another 45

2     seconds if you want to keep talking.

3          MR. MILLER:  Okay.  Let me just say that I would

4     hope that this time around, when it comes to cutting our

5     state Senate districts in Jefferson County, that you

6     consider the fact that we have three African-American

7     Senate districts drawn completely within Jefferson

8     County.  We have another district drawn within Jefferson

9     County that is not (inaudible), and then you have one

10    district more that could be drawn almost completely in

11    Jefferson County with going out to Shelby County where

12    Birmingham and Hoover both make up Shelby County, and we

13    could pick up that other population that we need in order

14    to complete the fifth district in the state -- in

15    Jefferson County for us to have our state Senate district

16    represented by five instead of drawing in individuals

17    from outside of Jefferson County, being allowed to come

18    in and control Jefferson County, which is not good for

19    African-Americans or blacks.

20          Thank you.

21          MR. WALKER:  Thank you, Mr. Miller.  Thank you

22    very much.

23          Anyone else who would like to speak either in

24    the auditorium or remotely?

25          All right.  Seeing no one and no one has raised

1    their hand or sent in a chat, thank you all very much for

2    coming today.  Thank you for your valuable testimony.

3    This hearing is closed.

4               (Exhibits 1, 2 and 3 were marked.)

5

6                           *****

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RC 045098

Page 25

1                     C E R T I F I C A T E

2

3    STATE OF ALABAMA      )

4    COUNTY OF MOBILE      )

5

6           I hereby certify that the above and foregoing

7    was taken down by me in stenotype and transcribed by

8    means of computer-aided transcription, and that the

9    foregoing is a true and correct transcript to the best of

10   my ability.

11          I further certify that I am neither of counsel

12   nor of kin to any of the parties, nor am I in anywise

13   interested in the result of said cause.

14          I further certify that I am duly licensed by the

15   Alabama Board of Court Reporting as a Certified Court

16   Reporter as evidenced by the ACCR number following my

17   name found below.

18

19                          *Kathleen F. Cavazos*

20

21                          KATHLEEN F. CAVAZOS, RPR, ACCR302

22                          NOTARY PUBLIC

23                          MY COMMISSION EXPIRES:  12/16/23

24

25

RC 045099

**1**

**1** 2:18 9:3 24:4
**10** 3:19
**101st** 6:4
**105** 9:18,19
**106** 9:19
**11** 2:8 4:20
**11,900** 4:23 5:1
**12,000** 5:7
**12/16/23** 25:23
**13** 2:9,10
**14** 4:22 5:1,3 14:15
  20:7,8 21:16
**143,551** 4:8
**15** 2:11 4:23,25 5:4
  5:5 13:6
**16** 4:24 19:17
**17** 2:12 20:9
**18** 2:13 9:13 19:3
  19:16
**18281** 25:19
**19** 13:6
**1965** 11:6

**2**

**2** 2:19 24:4
**2,500** 4:22
**2.8** 5:2
**20** 21:11
**2018** 14:9
**2020** 9:3 14:10,11
**2021** 1:9
**21** 2:14 13:6
**24** 2:18,19,20
**244** 5:10
**25.9** 21:14
**27** 14:18
**27.2** 21:13
**28** 14:18
**2:00** 1:10

**3**

**3** 2:3,20 24:4
**3,000** 5:10
**3,400** 4:24
**3,700** 5:15
**30** 15:8,9 16:9
**35** 9:18
**35242** 1:15
**38** 14:11

**4**

**4,000** 4:22 5:2
**4.7** 19:18
**40** 14:9,10,12,16,19
  14:21 15:6
**41** 5:9 22:15
**42.2** 22:8
**43** 5:9 11:25 12:18
  12:23
**45** 5:10 11:25 12:15
  23:1
**4600** 1:14
**47,850** 4:11
**48** 5:12
**48.3** 22:8

**5**

**5** 2:4
**5,067** 5:13
**5,400** 5:13
**50** 5:13
**52.8** 22:6
**55** 19:3 22:5
**59** 21:11

**6**

**6** 2:5
**6,700** 5:9
**62** 13:6

**7**

**700** 11:23

**73** 5:14,14 18:4
**7th** 1:9

**a**

**ability** 20:18,22
  22:3,11 25:10
**accomplished**
  13:12
**accountable** 20:18
**accr** 25:16
**accr302** 25:21
**achieving** 11:4
**act** 7:20 8:15,19
  9:11 11:6
**adjacent** 5:1,4
**adjust** 5:17
**adrian** 2:9 13:2,4
**affect** 20:13
**affiliated** 17:13
**african** 21:12,20
  22:1 23:6,19
**afternoon** 13:4
  21:9
**age** 9:9,11,16 21:14
  22:2,6,9
**ago** 12:1 16:8
**aided** 25:8
**alabama** 1:5,15 6:4
  7:1 14:8,17 18:2
  20:4,19 21:15,17
  22:20 25:3,15
**alabamians** 20:16
  20:16
**allocated** 21:20
**allow** 9:19
**allowed** 5:12 7:25
  10:3 23:17
**allowing** 20:21
**american** 21:20
  22:2 23:6
**americans** 21:13
  23:19

**amount** 5:11 7:25
**answer** 6:16
**anybody** 6:12 21:4
  21:4,6,6
**anymore** 15:10
**anywise** 25:12
**apparently** 4:19
**applaud** 18:12,16
**appreciate** 12:25
  15:18 18:6,10
  20:22
**approve** 8:5
**approximately**
  3:24 7:24 20:8
**april** 9:3
**area** 4:17 5:9 10:9
  16:9,9,19 19:12
  21:23
**areas** 15:4 16:21
  22:16
**arnold** 12:5
**asked** 21:5
**asking** 22:21
**assistance** 13:14
**association** 12:10
**attending** 7:2
**attorney** 3:17
**auditorium** 11:16
  20:25 21:2,6 23:24
**avoided** 9:22
**aware** 16:17 19:6
**awful** 15:8

**b**

**back** 3:11,23 5:18
  11:15 12:8 21:2
**bad** 3:8
**balancing** 10:17
**base** 14:25
**based** 8:16
**basically** 7:21

**basis**  8:2,4,15,17,23
  9:8
**bay**  10:5
**bedroom**  11:23
**beginning**  1:10
**believe**  8:18 20:3,5
**belt**  21:23
**best**  10:19 18:8
  25:9
**better**  12:22
**biden**  14:11
**bigger**  18:15
**biggest**  3:25
**bill**  2:8 11:20
**birmingham**  16:8,9
  16:11,19 19:8,14
  23:12
**bit**  16:15 21:2
**black**  2:19 20:16
  21:23 22:5,22
**blacks**  22:8,9,13,14
  23:19
**blessing**  17:23
**board**  4:2 19:4
  25:15
**bobby**  5:21
**bonnie**  2:19
**boundaries**  10:3
**boundary**  10:1
**branch**  14:6
**brian**  11:18
**bring**  6:20
**bureau**  8:25
**business**  6:25

**c**
**c**  18:25 25:1,1
**call**  6:6 11:9,12
**called**  3:5 6:8
**calling**  4:12
**camera**  3:12 4:17

**cameras**  3:6,7,11
  4:13
**campus**  1:13
**carried**  10:19
**case**  22:12
**cause**  25:13
**cavazos**  1:21 25:21
**census**  3:19,19 8:25
  9:2
**certain**  9:6 10:13
  20:15
**certified**  25:15
**certify**  25:6,11,14
**chair**  3:3
**chairman**  3:15
  17:24
**chance**  15:6
**change**  3:21 5:11
**changed**  5:1
**changes**  4:16
**chat**  11:14 24:1
**children**  9:4 12:21
**choice**  8:16
**chris**  2:4 3:14 6:3
**circumstances**  9:9
  10:13
**citizens**  9:6
**city**  13:13,19,20,21
**clair**  3:2
**clarify**  17:15
**close**  4:20 11:16
  13:9
**closed**  24:3
**closer**  15:6
**college**  1:13
**color**  8:11,12
**come**  5:5 6:8 11:9
  20:10,22 21:2
  23:17
**comes**  13:16 20:6
  23:4

**coming**  3:13 7:5
  16:16 21:8 24:2
**comment**  7:8
**comments**  6:15
  7:12,14 11:8 15:21
  17:16
**commission**  25:23
**committee**  1:5 3:4
  3:18 5:17,22 6:22
  8:5 11:2 12:14
  17:25 19:24
**communities**  10:7
  10:13,18
**community**  1:13
  6:9 10:9,22,25
  11:23 12:12 15:16
  16:12
**compact**  8:22
**compactness**  13:8
**compared**  14:16
**compelling**  11:4
**competitive**  15:5
**complete**  23:14
**completely**  23:7,10
**compliance**  11:5
**comply**  7:18,22 8:6
  8:14,18
**complying**  9:11
**comprise**  14:12
**compromising**
  15:12
**computer**  25:8
**concept**  3:25
**concern**  16:9
**concerned**  14:3
**concerns**  11:22
  13:18
**conflicting**  10:21
**congressional**  4:5
  14:2,14,24 15:1,3
  16:10 18:22 19:2,5

**19:**7,11,13 21:10
  21:16,20
**consider**  17:9,14
  23:6
**consideration**  8:10
  11:2,21 12:15
  14:23 20:20,23
  21:25
**considerations**
  10:21
**considered**  9:10
  10:5
**consistently**  14:17
**consolidate**  13:17
**constituents**  20:17
**constitution**  9:19
**constitutions**  7:19
**contact**  10:2
**contests**  9:22
**contiguity**  9:25
  10:3,5
**continue**  18:7,8
**contribute**  10:18
**control**  23:18
**conversation**  18:8
**copy**  6:21
**cores**  9:23
**corner**  20:13
**correct**  17:18 25:9
**counsel**  25:11
**count**  3:20
**counties**  10:14
  13:14 15:2 17:3,17
  22:11
**country**  15:7
**county**  3:3 12:17
  13:13 14:25 15:1
  16:14,24,24 17:1,3
  17:17 18:5 19:18
  19:19,21,23 20:2,4
  20:9,10 22:12,12

22:14 23:5,8,9,11
23:11,12,15,17,18
25:4
**court** 1:22 3:7 6:17
16:2 18:24 25:15
25:15
**cover** 7:15
**creates** 13:11
**criteria** 8:9,14,20
9:17 11:3
**cross** 10:5
**cultures** 16:20
**currently** 11:24
12:9,15 19:21
21:15
**cutting** 23:4

**d**

**d** 2:1 15:25 16:3
**dana** 2:18
**day** 9:2,2
**days** 16:8
**decide** 6:11
**defined** 10:9
**delegation** 18:5
**democrat** 14:17
**democrats** 14:5,8
14:12,14,16,20
15:5
**deviation** 5:4,12
7:25
**dewees** 2:11 15:21
15:21,25,25 16:3,5
16:17 17:9,15,19
**difference** 16:18
**differences** 16:13
**different** 8:25
16:19,21,23 17:1
17:11 18:4 19:22
**difficulties** 13:15
**diligently** 12:7

**discernment** 10:17
**discriminate** 8:1,4
**discriminatory** 8:7
**discuss** 6:24
**discussed** 16:11
**disenfranchise**
22:13
**disregard** 10:25
**district** 3:24 4:6,8
4:10,21,21 5:11,13
5:14 6:4,10 8:8
9:21 10:1,2,4 11:24
12:3,11,15,16,18
12:23,23 13:6,6
17:3 18:4,22 19:3,3
19:3,4,7,10,11,13
19:16,17 20:2,5,17
21:10,11,11,21,24
22:7,8,9,13,19,21
22:22,23 23:8,10
23:14,15
**district's** 9:12
**districting** 8:6,9,14
11:3 14:2
**districts** 3:23 4:2,3
4:5,19 5:8,17 6:10
7:12,16,18,23 8:1,4
8:21 9:8,20,20,22
9:24,25 10:7,16
11:1,5 13:10,11
15:15 16:10 19:18
22:4 23:5,7
**doing** 4:5
**dorman** 2:5 3:16
3:16,18 7:2
**doug** 2:10 13:24
14:10
**draw** 7:16 15:13,15
16:7 20:12
**drawing** 8:4 9:21
14:7 17:4 23:16

**drawn** 8:8,23 9:8
23:7,8,10
**dudley** 2:9 13:2,4,4
**due** 11:2 14:7
**duly** 25:14

**e**

**e** 2:1 15:25,25,25
16:3,3,3 18:25 25:1
25:1
**eagle** 11:18 12:10
12:17
**echo** 3:8
**economic** 10:11
**economy** 16:22
**education** 4:3 19:4
**effect** 20:12
**either** 10:2 11:13
23:23
**elected** 9:21 10:20
18:1
**eligible** 9:15
**ellis** 2:18
**employed** 3:18
**encompasses** 12:18
**engaged** 18:13
**ensure** 9:10
**enter** 6:22
**equal** 3:24 7:24,24
21:18
**equality** 11:5
**equitable** 21:18
**equity** 22:1
**especially** 13:15
15:2 20:16
**establishing** 11:1
**ethnic** 10:11
**ethnicity** 8:2
**event** 7:6
**everybody** 3:1 4:12
15:11 19:14

**evidence** 8:16,17
**evidenced** 25:16
**exactly** 4:6
**example** 4:25 10:4
**excited** 18:2,7,17
**excuse** 17:21
**exhibit** 2:16,17,18
2:19,20 6:20 17:8
**exhibits** 24:4
**existing** 9:23
**exists** 8:17
**expires** 25:23
**extent** 10:8
**exterior** 10:2

**f**

**f** 1:21 25:1,21
**fact** 23:6
**factors** 10:18
**fairly** 14:23
**families** 12:21
**far** 19:11
**federal** 7:19,19
**feel** 12:21 16:23
**felicia** 2:13,20
18:20,21
**fifth** 20:2,5 23:14
**fill** 19:20
**find** 3:20 17:10
**finger** 19:9
**finished** 11:12
**fire** 12:11 13:16
**first** 11:8,17 13:8
16:5
**five** 4:4,9,11 20:9
23:16
**fix** 14:24
**floor** 7:14
**following** 8:21
25:16
**footing** 21:18

**foregoing** 25:6,9
**forward** 13:12
  18:17
**found** 25:17
**four** 19:4,22
**further** 22:17
  25:11,14

**g**

**gained** 4:21,22,23
**generally** 14:12
**gentleman** 13:8
**geographic** 5:6
  10:12 15:4
**geometrically** 19:8
**gerrymandered**
  20:13
**gerrymandering**
  14:3,4,7 20:12
**give** 4:15 15:5 22:7
**given** 9:2 11:4
**gives** 8:25 11:2
**giving** 22:23
**glad** 17:22
**go** 4:20 8:10 11:8
  11:15 19:18,22
  22:16
**goes** 19:14 20:2
**going** 4:10 5:3,4,5
  5:19 11:7 16:5,19
  19:23 23:11
**gonna** 22:18,24
**good** 8:17 13:4 21:9
  23:1,18
**gotten** 15:8
**govern** 7:15
**government** 14:6
**grabs** 22:20
**groceries** 19:10,15
**group** 8:11,13
**guidelines** 4:8

**guys** 18:6

**h**

**half** 22:15
**hand** 11:13 24:1
**hard** 16:15 18:6
**hear** 15:22
**hearing** 1:6 3:17
  6:17,21,23 7:7,11
  7:11 11:7,16,21
  20:22 24:3
**hearings** 18:14
**held** 1:8
**hello** 7:4
**help** 12:6,8
**helpful** 13:1
**hi** 14:1 18:21
**high** 12:20,20
**highlight** 18:3
**historical** 10:12
**historically** 16:23
**history** 16:13,22
**hoa** 11:18
**hoffman** 2:10 13:25
  14:1 15:15
**hold** 20:18
**home** 3:8
**homeowner's**
  12:10
**homes** 11:24
**hoover** 1:13,15
  20:3 23:12
**hope** 17:9 20:23
  23:4
**hosting** 7:5,11
**hour** 12:6
**house** 3:15 4:2,9
  5:8,9,11,12,13,14
  5:22 6:4 9:18 11:24
  12:3,15 13:5,10
  18:1 19:3 20:7,7,8
  21:11

**hurting** 20:18,19

**i**

**ideal** 4:7,7,9
**ideas** 4:15
**identities** 10:12
**impact** 20:15
**importance** 12:2,12
**important** 7:18
  12:19 18:13 19:24
**importantly** 12:17
**inaudible** 7:8 11:23
  16:11,14,17 17:4
  18:5 19:24 22:1
  23:9
**incarcerated** 9:6
**include** 9:3,18
  10:14
**including** 10:10
**increase** 5:15
**incumbents** 9:22
**index** 2:16
**individuals** 23:16
**information** 17:11
**intensely** 10:19
**interest** 10:7,9,10
  10:13,18,22,25
  11:4 14:1 16:12
  21:21
**interested** 25:13
**interests** 16:20
  20:1
**intrenched** 15:11
**introduce** 6:19
**issue** 6:23 13:7
**issues** 6:25

**j**

**jeff** 7:5,10
**jefferson** 1:13
  12:17 13:13 14:25
  16:24 19:17,19,21

19:23 20:2,4,8,10
  22:12,14 23:5,7,8
  23:11,15,17,18
**jim** 2:3 3:1
**job** 4:1
**joe** 14:11
**joining** 6:1
**jones** 14:10

**k**

**kathleen** 1:21
  25:21
**keep** 4:25 22:21
  23:2
**kenneth** 2:12 17:20
**kin** 25:12
**kind** 14:1 16:16
**know** 3:13,22 6:21
  11:11,25 12:11
  13:18 14:3,4 15:7
  21:7 22:14
**kyle** 6:1

**l**

**l** 18:25
**lake** 10:5 13:2,5,13
**lands** 10:15
**language** 8:2,11,12
**law** 7:20 16:6
**leadership** 12:12
**league** 17:2,5,13,16
**learned** 12:2
**leave** 20:11
**leeway** 4:3
**left** 3:16
**legislative** 6:24,25
  11:1
**legislature** 7:1,16
  9:23 10:22 14:18
  21:25
**letting** 22:22

RC 045103

**licensed** 25:14
**limit** 6:7
**limited** 10:11
**lines** 16:7 17:3
  20:14,14,15
**list** 4:18 11:8 16:7
**little** 5:10 16:15
  19:9 21:2
**live** 13:9 19:8,9,16
  20:1 21:10
**lived** 15:8
**living** 3:2
**location** 1:12
**look** 5:8 14:13 18:8
  18:17
**looking** 5:19 22:4
**looks** 11:17
**lot** 9:3 15:4

**m**

**maddox** 14:9
**majority** 21:24
**makers** 16:6
**man** 15:22
**mandate** 10:24
**manifestations**
  7:21
**manner** 7:17 8:8
**map** 14:7 16:25
  19:6 20:13
**marked** 24:4
**mayor** 13:5
**mcclendon** 2:3 3:1
  3:2 17:22
**mean** 9:14
**meaning** 21:21
**means** 7:23 9:20
  10:1 25:8
**meet** 10:23
**meeting** 1:17 16:8
  17:2

**member** 5:21 9:20
  18:9
**members** 11:18
  17:25 18:5 21:24
**membership** 8:2,11
  8:12
**mention** 5:20
**mentioned** 22:7
**mess** 20:16,17
**metro** 16:21
**michael** 2:14 21:9
**microphone** 6:9,20
**microphones** 4:14
**microsoft** 1:17
**migrate** 3:21
**miller** 2:14 21:9,10
  23:3,21
**mind** 4:25
**mine** 17:1
**minority** 8:3,11,13
  21:24
**minus** 4:3,9,11
**minutes** 6:8 11:10
  15:14 17:24
**mobile** 6:3 10:5
  21:23 25:4
**moderation** 15:12
**montgomery** 15:1
  18:18
**months** 12:1
**mooney** 12:5
**mountain** 12:18
**move** 3:21 13:12
**municipalities**
  10:15
**mute** 3:7 4:13
**muted** 3:9
**myers** 2:8 11:20,20

**n**

**n** 2:1
**name** 6:9 15:23
  16:7 18:21,23 21:9
  25:17
**names** 11:9
**nature** 13:16
**necessarily** 9:13
**need** 3:22 23:13
**needed** 12:8
**needs** 16:24
**neighborhood**
  12:20
**neighborhoods**
  10:8
**neighbors** 15:9
**neither** 25:11
**neutral** 8:9,13,20
  9:17 11:3
**new** 7:18
**newly** 18:1
**north** 12:11
**notary** 25:22
**number** 4:6 9:15
  14:14 25:16

**o**

**oak** 12:18
**occupy** 21:16
**officer** 3:17 6:21
**oh** 5:20 22:24
**okay** 15:15 16:4
  17:19 23:3
**online** 1:17 3:6
  4:13 17:11
**open** 7:14 11:7
**opening** 2:2
**opportunity** 3:10
  12:4
**opposite** 15:11

**order** 3:20,22 6:6
  8:18 9:10 10:23
  21:17 23:13
**originally** 17:12
**outside** 5:11 19:19
  19:23 20:3,10
  22:15 23:17
**overall** 14:2,4
**overarching** 7:17

**p**

**p.m.** 1:10
**packed** 19:7
**page** 2:2
**papers** 17:6
**part** 4:1,17 13:7
  15:10 16:24 18:2
  18:16,17
**participating** 6:14
  11:13
**parties** 25:12
**parts** 16:20
**paschal** 2:12 17:20
  17:21,23
**pat** 2:11 15:20
**pending** 7:1
**people** 3:20,21 4:22
  4:23,23 5:7 8:23
  9:2,3,4,5,6,14,15
  10:20 11:8,12
  13:18,19,20 18:12
  20:1,19,19
**perceives** 8:7
**percent** 4:4,9,11
  5:2 14:9,10,11,12
  14:15,16,18,19,20
  14:21 15:6 21:13
  21:14,16 22:5,6,8,9
  22:15
**percentage** 12:20
**permanent** 1:5
  6:22

RC 045104

person 3:25 5:18 7:23 8:6 9:21 10:24 11:17 12:3
phones 3:8,8
pick 21:23 22:3 23:13
plan 8:6 9:17 17:6 17:10,16,17
please 3:6 6:7,8 11:9 15:24 16:2 18:24 20:20,20 21:7
plus 4:3,9,11
podium 11:10
point 10:1 11:18 12:5,10,17 22:10
polarization 15:7
polarized 15:16,16
political 10:8,14,19 16:13,18
populated 5:7
population 3:23 4:4,7,16 7:24 8:24 9:1,1,9,12,13 11:5 14:5 19:17,19 21:14,15,19 22:2,2 22:4,5,6,9 23:13
portion 9:12
possibility 21:22
practicable 10:9
precincts 10:15
predominantly 22:17
predominate 8:13
prefer 12:23
present 21:5
presented 17:10
preserve 9:23
pretty 18:18
primary 14:25 22:22

principally 7:20 9:10
principle 7:22
pringle 2:4 3:14,15 5:23,25 6:3
priority 11:3
probably 18:15
problem 13:11 14:8
problems 19:6
process 10:19 14:22 18:3,17
properly 18:9
proposed 17:12,16
protruding 19:9
provided 8:15
public 1:6 6:23 7:7 7:12 18:13,16 20:22 25:22
purpose 7:7,11
put 12:5 16:7 17:7 18:7
puts 5:2,11

## q

quarter 13:19
quarters 13:21
question 11:14
questions 6:15

## r

r 25:1
race 8:2,9,11,12,13 8:16,18,20 9:17 11:3
racial 10:11
raise 11:13
raised 23:25
ratio 5:18
read 6:15
reading 11:19
really 3:25 14:22

reapportionment 1:5 8:5 11:2
reason 8:17 15:10
reasonably 8:21
receive 7:7,12
recognized 10:10
reconstruct 3:22
record 6:15,19,22 17:5,7
recovering 12:1
redistricting 1:6 3:3,16,18 5:16 6:24 8:20 14:22
redrawn 7:13
redraws 7:16
reduce 20:15
referring 17:18
reflect 8:22
registered 9:14
rely 12:4
remarks 2:2 6:7
remind 4:12
remotely 1:20 6:14 6:18 21:5,6 23:24
reporter 1:22 3:7 6:18 16:2 18:24 25:16
reporting 25:15
represent 6:4,10 18:9
representation 12:22 19:25
representative 2:4 2:12 3:14,15 5:23 5:25 6:1,3 12:13 13:20 17:21,23 18:1
representatives 6:5 10:20 14:16
represented 12:16 13:5,10,20,21

14:15,20 23:16
representing 18:5
represents 12:16 13:19 19:25 20:1
republicans 14:5
required 9:25
reservations 10:15
resident 18:22 19:2
residents 9:5
respect 10:7,23 14:8
respond 11:14
rest 20:14
result 25:13
right 3:14 6:2 11:19 20:9 23:25
rights 7:20 8:15,19 9:11 11:6
river 10:4
road 1:14
room 3:13
rpr 1:21 25:21
rules 7:15,18
run 11:11
rural 16:14,18,20

## s

s 15:25 16:3 18:25
saw 16:6 17:1
scalzetti 2:13,20 18:20,21,22,25 19:2
scenario 22:19
school 10:16
schools 12:18,19,21
screen 3:13
seat 14:24 15:1,3 21:21 22:3
seats 9:18,18 14:14 14:18 19:22,22 20:7,8 21:16,20

second   8:1,10 15:3
  22:7,19
seconds   23:2
section   8:14
see   3:12 11:15 21:2
seeing   18:18 23:25
seek   22:1
seeks   9:23
senate   3:3 4:2,7,18
  4:20,22,23,24,25
  9:18 13:6,11 14:19
  19:3,16,16,18,22
  19:22 21:11 23:5,7
  23:15
senator   2:3 3:1,2
  5:21,25 13:21
  17:22
send   6:14 11:13
sense   13:17
sent   24:1
separate   13:10,11
separated   19:8
september   1:9
serious   12:1 14:8
serve   12:9,10
seven   14:15 19:3,7
  19:10,21 21:10,22
  22:21
seventh   21:24
shelby   12:11,16
  16:24 17:1 18:4
  20:3,4 23:11,12
shop   19:16
shout   12:5
sides   15:11
sign   6:11
signature   25:19
signed   6:7 11:9
  21:1
significantly   14:6

similar   13:7 15:21
  16:8
similarities   10:10
simple   14:24
single   9:20
singleton   5:21
sir   15:18,23 18:19
  22:24
site   12:6
sitting   6:2
six   19:11,13
size   5:6,17
sizes   4:15
slightly   16:25
  17:11
slowly   16:1
snowballing   20:12
social   10:11
somebody   21:8
soon   18:18
sort   19:9
south   6:1
speak   3:10 6:7,10
  6:11,13,20 11:9,10
  11:15 16:5 20:21
  21:1,3,5,7 23:23
speaker   13:2
speaking   14:12
  15:19
special   12:5
spell   16:1 18:23
spend   19:5
split   10:4,25 11:24
  16:10 17:18 19:21
  20:4
spoke   13:8 15:22
spoken   20:25
st   3:2
stand   4:20 21:12
start   7:9

started   18:14
state   1:13 3:2 4:2
  4:18 5:22 6:9 7:5
  7:10,19,20 9:2,5,5
  10:3 11:4 14:3,13
  14:17 16:6,21,22
  18:2,9 20:14 21:10
  21:13,15,17,18
  22:1,20 23:5,14,15
  25:3
statewide   14:10,21
stay   4:8
stenotype   25:7
stores   19:12
storm   12:7
strong   8:15,17
subdivisions   10:8
  10:14
subordinates   8:9
support   8:16
sure   11:19 17:10
  18:25
surrounding   15:2

**t**

t   18:25,25 25:1,1
take   4:25 5:8 12:4
  12:14 14:23 17:24
  17:25 18:10 20:20
  20:23 21:25 22:17
taken   25:7
talk   15:9
talking   23:2
task   5:16,16
teams   1:17
tell   19:11 22:24
term   10:12
terms   22:22
testimony   2:7,18
  2:19,20 13:1 24:2
thank   4:16 5:25 7:2
  7:4,5,10 11:20

12:24,25 13:23,24
  15:17,18 16:4
  17:19,25 18:10,19
  19:1 20:21,24,24
  21:8 22:25 23:20
  23:21,21 24:1,2
thing   22:10
things   13:12,16
think   5:13 15:3
  17:20 18:13,14
  19:6
third   4:10
thought   22:24
three   4:19 6:8 8:23
  11:10 13:21 14:20
  15:14 23:6
time   12:6 17:25
  18:10 19:5 21:5
  22:25 23:4
times   13:15
today   3:17 5:20 6:1
  6:6 11:21 24:2
tornado   12:1
total   8:23 9:1 22:3
  22:6
traditionally   9:7
transcribed   1:20
  6:17 25:7
transcript   25:9
transcription   25:8
tribal   10:11,15
true   25:9
try   13:14 20:15
trying   13:12
tuesday   1:9
turn   3:6,7,11,12
  4:13 5:19
turning   4:16
turnouts   18:15
tuscaloosa   13:13
  22:16

[twenty - zoned]                                                  Page 33

| | |
|---|---|
| **twenty**  14:20 | **walmarts**  19:12 |
| **two**  7:21 8:14,22 | **walt**  14:9 |
| 13:10,10 15:4 | **want**  6:11 7:15 |
| 16:10 21:19 | 12:4 17:25 18:12 |
| **types**  9:1 | 18:15 20:11 21:3 |
| **u** | 23:2 |
| **u.s.**  14:14,24,25 | **wanted**  17:7,24 |
| 15:3 | 18:3,10 |
| **underrepresented** | **wants**  11:15 21:6 |
| 14:6 | **water**  10:4,6 |
| **understand**  16:16 | **way**  4:21 18:8 |
| 18:14 22:11 | 22:21 |
| **unified**  16:25 | **we've**  3:12 12:2 |
| **unique**  16:12,22 | **week**  18:14 |
| **urban**  16:13,18 | **weighing**  10:17 |
| **use**  14:24 15:1 | **welcome**  3:1 7:10 |
| **v** | **went**  11:25 22:15 |
| **valleydale**  1:14 | **west**  15:3 |
| **valuable**  24:2 | **white**  22:17 |
| **values**  16:20 | **wind**  22:19 |
| **view**  13:3,5,13 | **wish**  3:11 6:10 7:17 |
| **virtually**  11:13 | **women**  17:2,6,14 |
| **voice**  16:25 | 17:16 |
| **vote**  3:25 5:18 7:23 | **words**  10:20 |
| 8:7 9:4,7,14,14,15 | **work**  18:6 |
| 10:24 14:9,10,11 | **worked**  12:7 |
| 14:11,13,17 | **working**  6:18 |
| **voters**  17:2,6,14,16 | **worse**  14:20 |
| **voting**  7:20 8:15,19 | **written**  2:18,19,20 |
| 9:9,11,11 10:14 | **x** |
| 11:6 13:18 21:14 | **x**  2:1 |
| 22:2,6,9 | **y** |
| **w** | **y'all**  18:11 20:18,23 |
| **w**  15:25 16:3 | **years**  3:19 15:8,9 |
| **walker**  2:5 3:16 7:3 | 16:10 |
| 7:4 12:25 13:24 | **z** |
| 15:14,18,23 16:1,4 | **z**  18:25 |
| 16:15 17:5,15 | **zoned**  12:18 |
| 18:19,23 19:1 | |
| 20:24 23:1,21 | |

Alabama Rules of Civil Procedure

Part V. Depositions and Discovery

Rule 30

(e) Submission to witness; changes; signing. When
the testimony is fully transcribed the deposition
shall be submitted to the witness for examination
and shall be read to or by the witness, unless such
examination and reading are waived by the witness
and by the parties. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness, unless the parties by stipulation
waive the signing or the witness is ill or cannot
be found or refuses to sign. If the deposition is
not signed by the witness within thirty (30) days
of its submission to the witness, the officer shall
sign it and state on the record the fact of the
waiver or of the illness or absence of the witness
or the fact of the refusal to sign together with
the reason, if any, given therefor; the deposition
may then be used as fully as though signed unless
on a motion to suppress under Rule 32(d)(4) the

court holds that the reasons given for the refusal
to sign require rejection of the deposition in
whole or in part.

(F) Certification and filing by officer; exhibits;
copies; notice of filing.

(1) The officer shall certify on the deposition
that the witness was duly sworn by the officer and
that the deposition is a true record of the
testimony given by the witness. Unless otherwise
ordered by the court, the officer shall then
securely seal the deposition in an envelope
indorsed with the title of the action and marked
"Deposition of [here insert name of witness]" and
shall promptly file it with the court in which the
action is pending or send it by registered or
certified mail to the clerk thereof for filing.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.