FILED

2021 Dec-27  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 16



Deposition of:

## September 2, 2021 4:00 Public Hearing

*September 2, 2021*

In the Matter of:

## Permanent Legislative Committee On Reapportionment Public Hearings

Veritext Legal Solutions

877.373.3660 | calendar-al@veritext.com | 800.808.4958

RC 045111

Page 1

1              Permanent Legislative Committee

2              On Reapportionment Public Hearings

3

4

5              Held via Zoom Video Conference

6                  And on location at:

7              Lawson State Community College

8                     4:00 p.m.

9                  September 2, 2021

10

11

12

13

14                   Commissioner:

15

16                   Lisa Bailey

17              Certified Court Reporter

18                   ACCR #289

19

20

21

22

23

24

25

RC 045112

```
 1                    * * * * *
 2           (Proceedings began, 4:03 p.m.)
 3                    * * * * *
 4           SENATOR MCCLENDON:  I'm Jim McClendon,
 5      and I'm Senate Chairman of the Redistricting
 6      and Reapportionment Committee.  On my right is
 7      Chris Pringle.  Chris is the House Chairman of
 8      Redistricting.  And on my left is Dorman
 9      Walker, who is the hearing officer.  He's an
10      attorney and he works for this committee.  It
11      just happens we also have with us here at the
12      state house in Montgomery, Senator Steve
13      Livingston and Senator Bobby Singleton are
14      sitting in with this.
15           I would ask each of you that are coming
16      in remotely to please mute your microphones.
17      Mute your mics and turn off your cameras.
18      Somebody has already told you to turn off the
19      cameras because a bunch of them are off.
20      Thank you very much.  What happens with the
21      mics, when the mics are on, we find we get a
22      very aggravating echo.
23           So the purpose of public hearings
24      dealing with redistricting is to get your
25      input into the process of redrawing maps for
```

RC 045113

Page 3

1      the congressional districts, the State Senate

2      districts, the state House of Representative

3      districts, and the State Board of Education

4      districts.  This committee's responsibility is

5      to have something prepared for when we expect

6      the governor to call a special session --

7      perhaps in October but that's up to the

8      governor -- at which time bills will be filed

9      that will go through the normal legislative

10     process just like any other piece of

11     legislation.  Hopefully go through the house,

12     the senate, and over to the governor so that

13     we will have the new districts ready for the

14     primaries May 24th of 2022.

15          Now, the reason we do this is to try to

16     maintain the One-person, One-vote ratio in all

17     of our districts, or close to that.  These

18     districts change over a ten-year period, the

19     last time we did a census.  People move.

20     Population of districts go down and some

21     districts go up.  And we have to go in and

22     adjust the geography of the district in order

23     to capture the appropriate number of people

24     that live there to stay with the One-person,

25     One-vote.  Let me give you some examples of

1        what we're having to work with.

2            Let's take the senate districts that are

3        in your area.  And I'll go over changes that

4        have been made there, changes in populations

5        that have been made and that this committee

6        will have to deal with.  And we're getting

7        your input on how to make changes.

8            Now, first, let me tell you an ideal

9        senate size population in the next -- on the

10       new maps we're drawing will be 143,551 people.

11        So that's what we're looking at.  Now, we can

12       go plus or minus 5 percent.  We do have that

13       latitude.  And we can do the same thing with

14       the house district and same thing with the

15       State Board of Education districts.  However,

16       the congressional districts have to be

17       essentially zero deviation.

18           So let's first look at Senate District

19       5, which has in fact lost 4,500 people over

20       the last ten years.  I'm going to drop down to

21       15, Senate District 15, which has gained

22       11,800 roughly, a very substantial gain.  And

23       there will have to be changes made to that

24       district to get it back where it needs to be.

25       District 16 has gained 3,370, and District 17

```
1        has about 1300 increase.  And then that brings

2        us to District 18 who has lost 7,000 people.

3        District 19, it was a loss of 13,700

4        approximately.  And in District 20, there was

5        a loss of population of about 11,600.  So

6        those are significant changes which puts them

7        outside the deviation.  So changes are going

8        to have to be made to the way those districts

9        appear, the geographic area, and the number of

10       people they capture.

11            So let's take a look then at some house

12       districts.  We have quite a few in this area.

13       I'll start out with House District 14 lost

14       4,400.  And the district next to it, District

15       15, gained 5,000.  So you can see how that

16       line is going to have to be adjusted.

17       District 16 lost 2,600.  These numbers -- I'm

18       kind of rounding them off, but they're close

19       enough for you to see the trends in any

20       district.  District 44 gained 2,700.  45

21       gained about 3,000 people.  46 gained about

22       2500 people.  47, District 47, lost 465.

23       District 48 gained 5,400.  District 51 gained

24       641.  54 lost 3,000.  55 lost 6800.  District

25       56 picked up 2,000.  District 57 went down by
```

Page 6

```
 1        4,900.  58 went down by 3,000.  59 went down
 2        by 6,000.  And 60 went down by about 4,300.
 3        So you can look at these numbers, and none of
 4        these districts stayed exactly the same.  Any
 5        district that had an increase in population
 6        enough to get them outside the allowed
 7        deviation, we're going to have to adjust that
 8        district down in size.  The geographic area
 9        will be -- districts that have lost population
10        that are outside that plus or minus 5 percent,
11        we'll have to increase the size of that or
12        capture some people.
13              Now, it is my pleasure to turn this
14        over, the next step, giving this to
15        Representative Chris Pringle, who is the House
16        Co-Chair of redistricting and reapportionment.
17              Chris.
18              STATE REPRESENTATIVE PRINGLE:  Thank
19        you, Senator.  Again, my name is Chris
20        Pringle.  I represent House District 101 in
21        Mobile, Alabama.  I'd like to welcome you.
22              We will call the people who have signed
23        up to speak in the order that they signed up.
24        You'll be limited to three minutes.  If we
25        have time at the end and you have more to say,
```

Page 7

1    we'll allow you to come back up and speak.

2    When you're called, please come to the

3    microphone, state your name and the community

4    you represent, and the district, or districts,

5    you want to talk about.  If you are

6    participating remotely, send us your questions

7    and we'll read them into the record and answer

8    them.

9         This hearing is being transcribed by a

10   court reporter working remotely.  If you have

11   something you'd like to introduce into the

12   record as an exhibit, bring it to the

13   microphone when you speak and let the hearing

14   officer know.  He will get it to us, and it

15   will be permanently attached to the record.

16   It will be put into the record permanently.

17        I'd like to remind you today's hearing

18   is strictly on the issue of redistricting, and

19   we are not here to discuss any other issue

20   pending before the legislature.  Thank you.

21        And, Mr. Walker, your turn.

22        MR. WALKER:  Hello, again, I'm Dorman

23   Walker.  I'm the hearing officer for this

24   hearing.

25        Some administrative matters first.  Will

```
 1        whomever is in charge of the Lawson State side
 2        e-mail to us, please, the sign-in sheet?  The
 3        e-mail address is Donna, D-O-N-N-A, dot,
 4        Overton, O-V-E-R-T-O-N, at alsenate dot gov,
 5        so we know who to -- who to call on.
 6              There we go.  Thank you.
 7              In addition, if there are any members of
 8        the media covering the hearing, we like to
 9        keep track of media coverage of these
10        hearings.  If you care to identify yourself,
11        we'd like to know who you are.  Anybody in the
12        media there at the auditorium?
13              Could you identify your station or come
14        to the mic, please?  Thank you, sir.
15              MR. MICHAELS:  Ryan Michael from the
16        Birmingham Times.
17              MR. WALKER:  Thank you very much,
18        Mr. Michaels.  And am I coming through clear?
19        There was a complaint earlier about the
20        microphone.  Is this okay?
21              All right.  The legislative can't just
22        draw districts any particular way.  It's done
23        by both the constitution and law and by the
24        guidelines that it itself adopts.  The first
25        of these requirements that binds the
```

1       legislature is, of course, the federal

2       Constitution, in particular the Equal

3       Protection Clause, and in addition to that, in

4       the context of redistricting, Section 2 of the

5       Voting Rights Act, which is the workhorse

6       section of the Voting Rights Act, and forbids

7       discrimination and vote dilution.  And both of

8       those prohibitions apply to redistricting.

9            So all districts have to comply with the

10      Equal Protection Clause and with Section 2 of

11      the Voting Rights Act.  With regard to

12      population, of course, the goal, as you've

13      heard, of redistricting is to equalize the

14      population of districts following demographic

15      changes that occurred over the last ten years

16      since the last census.  Congressional

17      districts in most cases, including Alabama,

18      can have minimal deviation.  We could have a

19      greater deviation in the other districts, the

20      House District, the Senate District, and the

21      State Board of Education districts.  So the

22      ideal population is the concept about you'd

23      take the state population and divide it by the

24      number of districts that you have.

25           For example, in the house, 105 house

1   districts divided into the new state

2   population of a little bit over $5 million --

3   I mean, 5 million people gives you the 47 and

4   whatever ideal population.  And we can vary

5   from that when we draw districts by 5 percent

6   above or 5 percent below that ideal

7   population.  And that variance gives the --

8   gives the legislature some flexibility to

9   differ populations among districts so that it

10  can keep counties whole, so it can respect

11  jurisdictions and communities of interest and

12  accomplish other interests that are

13  represented in the race-neutral criteria that

14  it has.

15      And districting is done in accordance

16  with the race crucial -- race-neutral, excuse

17  me, criteria with the exception that at times

18  the district -- the redistricting may look at

19  racial criteria as required to fulfill the

20  State's obligations under Section 2 of the

21  Voting Rights Act.  And that would be when

22  there is a strong basis of evidence to believe

23  there is -- weren't for such a race-based

24  choice.  Strong basis of evidence exists when

25  there's evidence -- good reason to believe

RC 045121

Page 11

1       that race must be considered in order to

2       satisfy the State's obligations under the

3       Voting Rights Act.

4            Districts have to be reasonably compact,

5       and we try to put as few counties into a

6       district as possible for that purpose.

7       Districts have been to be contiguous, which

8       means all parts of one district must be in

9       contact with either the outer borders of the

10      state or other districts.  Contiguity is

11      allowed across border.  For example, if you --

12      if your county is divided by a river or lake

13      or by Mobile Bay, you can have contiguity

14      across that.  Point-to-point does not count as

15      contiguity, but that's less an issue with

16      legislative districts.  Districts are drawn to

17      total population.  The Census Bureau reports

18      population in many different ways.  We can get

19      population, total population, which is simply

20      everybody who was in the state -- thank you --

21      on April 1 and regardless of whether they can

22      vote or not.  We can get voting age population

23      which is 18 plus.  We can get CVAP, which is

24      citizen voting age population, which really

25      comes from a different source than the census.

Page 12

1      And we can get population broken down by all

2      sorts of demographic standards.

3          For redistricting we typically use just

4      voting age population -- total population,

5      although voting age population may be used at

6      time to comply with the State's obligations

7      under the Voting Rights Act.  Other

8      requirements are that there must be 35 senate

9      districts and 105 house districts.  All of

10     those districts are single member districts.

11     That is, each district elects a single

12     representative or Senator.

13          When drawing districts, contests between

14     incumbents are avoided.  And the cores of

15     existing districts are to be respected and

16     protected to the extent possible.  Districts

17     also shall respect communities of interest,

18     neighborhoods, and political subdivisions to

19     the extent practicable.  A "community of

20     interest" is defined as an area with

21     recognized similarities of interest including

22     but not limited to ethnic, racial, economic,

23     tribal, social, geographic, and historical

24     identities.  The term "communities of

25     interest" may under some circumstances include

1      political subdivisions such as counties,

2      voting precincts, municipalities, tribal

3      lands, reservations, and school districts.

4           The discernment weighing and balancing

5      of the varied factors that contribute to

6      communities of interest is an intensely

7      political process best carried out by the

8      elected representatives of the people.

9           Having gone over those rules, I'm now

10     going to call on people to talk.  I'll call

11     first on everybody who signed up to talk.  And

12     I'll see if there's anybody else in the

13     auditorium who wants to talk.  And then I'll

14     see if we have any e-mail questions from the

15     people who are participating in the hearing

16     virtually.  And then, finally, I'll ask again

17     if there's anybody in the auditorium who wants

18     to speak.

19          First, we have David Russell who wants

20     to speak on looks like all of the districts.

21          Mr. Russell, would you please come to

22     the podium.

23          MR. RUSSELL:  First of all, let me say

24     good afternoon to everyone.  I think this is

25     the most crucial time of an election.  This is

1        the redistricting part.  This is why we

2        determine who can be representing us in our

3        district.

4             I really have three concerns -- I really

5        have three concerns.  My first concern is that

6        we shouldn't -- in Jefferson County, for

7        example, I think Jefferson County surrounds

8        themselves when they represent their House of

9        Representative and their Senate.  They go

10       outside the county and bring in -- bring in

11       voters or bring in citizens.  I wish that

12       Jefferson County could stay within the bound

13       area of Jefferson County, not go out to the

14       nearest next county for them in order to get

15       the number that they need.

16            My second question would be is that I

17       wish that each senator would have three house

18       members instead of having the house members

19       divided among all.  Some senators will have

20       four or five house members.  Back in the day,

21       that one senator would have three house

22       members would make up that particular

23       district.  Therefore, you would have to go

24       into the other part of the county to pick up

25       additional people.

1            And this might be a little contrary to
2       what we're here today to do.  You know that
3       in -- in the State of Alabama we have two
4       school board districts.  Now, we have no one
5       of minority have ever -- I shouldn't say
6       ever -- cannot win statewide in the way the
7       system is set up.  When we look at the supreme
8       court, I think we should relook at the supreme
9       court and have the supreme court to run an
10      eight district -- we have eight districts and
11      the presiding president of the supreme court
12      run statewide.  And I wish that would also
13      apply to the public service commission.  That
14      means that if we do it that way, we have two
15      African-Americans on the school board.  That
16      means we would pick up two African-Americans
17      on the public service commission, and we would
18      pick up two African-Americans on the supreme
19      court.
20            Those are my basic concerns that I have
21      today.  Thank you very much.
22            MR. WALKER:  Thank you very much,
23      Mr. Russell.  Of course, the scope of the
24      hearing today is on legislative redistricting.
25      This committee can't do anything about the

```
 1        composition or how we elect members to the

 2        public service commission or to the supreme

 3        court.  But thank you for your comments on

 4        those points.

 5             MR. RUSSELL:  Thank you.

 6             MR. WALKER:  Next we have Pat Dewees.

 7        Good afternoon, sir.

 8             Did I -- would you state your name

 9        correctly for the record?  I may have

10        mispronounced it.

11             MR. DEWEES:  You pronounced it

12        correctly.

13             MR. WALKER:  Okay.  Thank you.

14             MR. DEWEES:  I'm -- I live in Cahaba

15        Heights, which is in the Sixth Congressional

16        District for the record.  I propose that -- I

17        propose that a congressional district

18        containing all of Jefferson County be drawn.

19        According to the 2020 census, the State of

20        Alabama has a population of 5,024,279.  That,

21        when divided by seven, is 717,754, which is

22        43,033 more than the 2020 census population of

23        Jefferson County.  One of Alabama's seven

24        congressional districts should include all of

25        Jefferson County and about 43,000 from an
```

1     adjacent county.  Shelby County would be the

2     most appropriate county for that -- for this

3     purpose since it is more typical of the

4     Birmingham metro area than any of the other

5     counties adjoining Jefferson County.

6          Metro Birmingham has been divided

7     between two congressional districts for 30

8     years.  This was done to create a majority

9     black congressional district.  I certainly

10    understand a need for such a district in

11    Alabama.  However, a mostly black district

12    could be -- could likely be maintained by

13    extending the current Seventh Congressional

14    District further south and/or further east.

15    Throughout the county, urban areas have had

16    different voting patterns than rural areas --

17    I mean, throughout the country, urban areas

18    have had different voting area than rural

19    areas.  Alabama is no exception.

20          I would also say the Birmingham area is

21    not only different from rural areas, but it is

22    also different than the other major metro

23    areas in the state.  The Birmingham area is

24    different from most of Alabama in its culture,

25    politics, value, history, and demographics.

Page 18

```
 1        Thus, it is no surprise that the
 2        powers-that-be want Birmingham divided in
 3        representation.  Gerrymandering has been a
 4        thorn in the side of politics ever since
 5        Massachusetts Governor Elbridge Gerry coined
 6        the phrase in 1812 upon seeing his
 7        congressional district which resembled a
 8        salamander.
 9             The Birmingham area needs a unified
10        voice in Congress.  Based on what I know about
11        politics, this Birmingham-based district would
12        be a competitive one.  Having a competitive
13        congressional election in Alabama, even if it
14        is just one, would make Alabama politics
15        healthier.
16             Thank you.  That's the balance of my
17        time.
18             MR. WALKER:  Thank you, Mr. Dewees.
19        You'll be glad to know that the League of
20        Women Voters has prepared a plan that does
21        create a district that is mostly Jefferson
22        County in terms of population, although it is
23        not Shelby County as you would prefer.  It is
24        Bibb, Hale, and Perry County.  And we'll see
25        where that plan goes.
```

RC 045129

Page 19

```
 1              Thank you for your comments.
 2              SENATOR SINGLETON:  Mr. Chairman, if you
 3      would, I would like to go on record to say
 4      that I will be introducing that plan on behalf
 5      of the League of Women Voters.
 6              MR. WALKER:  Senator Singleton says he
 7      will be introducing that plan on behalf of the
 8      League of Women Voters.
 9              So thank you, sir.
10              Next up we have Dana Echols (sic).
11              MS. ELLIS:  Good afternoon.  Clearly my
12      handwriting is not very good.  My name is Dana
13      Ellis.
14              MR. WALKER:  Oh, sorry.
15              MS. ELLIS:  That's quite all right.  I'm
16      the -- I live here in Jefferson County.  And
17      I'm the President of the League of Women
18      Voters of Greater Birmingham.  So it's
19      interesting that you've researched the map.  I
20      know you have seen it.  I will not spend a lot
21      of time on it.  But I wanted to explain why I
22      feel strongly that counties should be
23      considered a community of interest.
24              I've lived in Jefferson County since
25      1980.  I love this area.  My house where I
```

Page 20

```
 1        live, I reside in District Seven.  Where I
 2        worked before I retired, where my son went to
 3        school, shoot, where I do my grocery shopping,
 4        is all in District Seven.  The way the current
 5        map is drawn, which is that ugly finger
 6        sticking up into Jefferson County, has created
 7        that problem for me.  It's the responsibility
 8        of your committee to ensure the communities of
 9        interest are maintained intact and that all
10        communities are fairly represented.
11            The current map demonstrates
12        gerrymandering, as the person before me spoke,
13        where the many African American voters are
14        packed into one district, District Seven.
15        This racial gerrymandering is the reason that
16        Jefferson County is split into two districts.
17        This packing also serves to weaken minority
18        voting influence in other districts.  So it is
19        possible to correct the errors of the past.
20        We submit again the proposal you've already
21        seen from the League of Women Voters.  It
22        respects county lines making it easier for
23        voters to understand where their district is.
24        In addition, it creates two districts that
25        provide black citizens an equal opportunity to
```

RC 045131

```
 1        elect candidates of their choice.
 2             I won't talk any further.  Thank you for
 3        your time.
 4             MR. WALKER:  Thank you very much,
 5        Ms. Ellis.
 6             Roger Smitherman, Senate District 18, is
 7        signed up to speak next.
 8             Senator Smitherman.
 9             SENATOR SMITHERMAN:  How are you doing?
10             MR. WALKER:  Hello, sir.
11             SENATOR SMITHERMAN:  Hey, how are you
12        doing?
13             Good.  I wanted to extend that
14        conversation a little more to let my citizens
15        here know that I'm actually a member of the
16        committee that's sitting there.  I just happen
17        not to be there.  But I will be down when we
18        meet in Montgomery.  I just want everyone to
19        be aware of it.
20             I first wanted to say that Senator
21        Singleton, if you hear me, I appreciate you
22        doing that.  I'll be your first co-sponsor on
23        that.  I arise first to support what the lady
24        said from the League of Women Voters.  We
25        definitely want our county to be whole.  I
```

```
 1          just want to make clear.  We want it to be
 2          whole.  In fact, if you look at that map,
 3          it's -- that's 2011.  We understand it's
 4          behind us.  But if you look at that map, the
 5          congressional map, there are very few counties
 6          that are split.  And Jefferson County is the
 7          main one that's the case.  So I think that
 8          what you see proposed to you is a map that
 9          would keep us whole and keep us whole in the
10          county.  And so that I hope that we look at
11          the objective and goal as we go forward as the
12          committee because there is an opportunity to
13          do that.  The framework has been presented.
14              The second thing is I appreciate you
15          addressing those numbers even though I have
16          the paper, Mr. Chairman, Senator McClendon.  I
17          appreciate that.  What that shows, though, is
18          that there is a need for us to move out -- you
19          all can get me straight on the numbers.  I'm
20          going to call a former senator, and you all
21          tell me what that number is because I don't
22          have that roster here.  But the former Senator
23          Cam Ward, is that 15?  Is that Senate District
24          15?  Can anybody on the committee share that
25          with me?
```

```
 1              MR. WALKER:  14.
 2              SENATOR SMITHERMAN:  14, thank you.  I
 3         think that with the -- we have two districts
 4         that are jutting into Jefferson County, or
 5         partially, really not majorly.  And I think
 6         that if the one -- because Shelby County -- I
 7         didn't analyze the numbers, but I've got
 8         enough common sense to know Shelby County is
 9         growing.  And if the one that's coming out of
10         Shelby County, if it's backed back into Shelby
11         County, those citizens that they're reaching
12         in to get will make up these numbers that we
13         may need to adjust in the areas where we've
14         lost.
15              So I think it's pretty similar to help
16         us, to keep us whole where we may or may not
17         have to have one.  And I think our majority
18         leader, without having to call names, I think
19         that district probably would need to stay
20         because we've got to have one to take up that
21         access or either bring in whatever may be
22         necessary if that's the case.  But I think
23         that would solve that problem considerably.
24         And I would hope that we would look to those
25         ends as we look at those numbers and look at
```

RC 045134

Page 24

```
 1        the goals in which is stated to keep the
 2        counties as whole as possible to be able to do
 3        that.
 4              One good thing I will say about the
 5        minority districts in particular in Jefferson
 6        County is that we are located inside of the
 7        county.  So we -- you know, just a matter of
 8        us being able to move out to where we need to
 9        pick up the necessary population.  I will say
10        that -- I appreciate you all being here and
11        having the hearing.  And as I said earlier, I
12        look forward to seeing you in our hearing in
13        Montgomery.  And of course I look for when we
14        -- it's obvious we're going to have to come
15        down in special session.
16              So I look forward to working with you
17        all as we move forward.  Thank you all very
18        much.
19              MR. SINGLETON:  Mr. Chairman, if you
20        would, I would like to say to my senior member
21        of the committee, the ranking member, ranking
22        minority member, I will yield to you to allow
23        you to file that on behalf of Jefferson
24        County.
25              SENATOR SMITHERMAN:  All right.  We'll
```

1       work together hand in hand, and as we will

2       with the committee and with the majority, to

3       try to come up with a district that will

4       represent Alabama all the way around.

5               Thank you all very much.

6               MR. WALKER:  Thank you.

7               Thank you, Senator Smitherman.

8               Is there anyone else in the auditorium

9       who wishes to speak at this time?

10              All right.  We have one question which

11      is about whether or not these hearings are

12      being recorded.  Initially, the hearings were

13      recorded because we had a problem with the

14      court reporter and to assist the court

15      reporter.  But the official record of the

16      hearings is the transcripts that are being

17      prepared, not recordings of the hearings.

18      And, henceforth, so long as we have a court

19      reporter present, the hearings are not

20      recorded.

21              Sir, do you have -- wish to speak?

22              MR. MILLER:  Yes.

23              MR. WALKER:  Would you state your name

24      for the record, please?

25              MR. MILLER:  Yes.  My name is Michael

RC 045136

```
 1      Miller.
 2           MR. WALKER:  Thank you.
 3           MR. MILLER:  First, let me start by
 4      saying that I agree with Senator Smitherman
 5      when he says that the county needs to be kept
 6      whole when we talk about our state, state
 7      representatives, and state senators.
 8      Jefferson County being the largest county, we
 9      know that with our current population we can
10      support 4.7 state senate seats.  So that means
11      we're going to have to go outside of our
12      district -- outside of our county in order to
13      be able to compose that fifth complete
14      district.  So what that means right now, we
15      have three minority senators that's elected
16      from wholly inside of Jefferson County.  So
17      that means that we'll have at least two other
18      districts, one of which that's going to have
19      to be drawn from outside and bring in voters
20      and residents from outside of Jefferson County
21      in order to make that district.
22           Now, with that being said, that gives
23      Jefferson County a chance to have some control
24      instead of having others voted in from outside
25      that have no stake in Jefferson County in
```

Page 27

```
 1          order to be able to take away our local
 2          rights, to be able to get with our local
 3          elected officials in terms of our state
 4          senators and house members.
 5               Now, with that being said, let me move
 6          on to the map of our congressional districts.
 7          I completely disagree with having a map drawn
 8          that includes whole counties simply because
 9          African Americans in that vote -- in a
10          district or districts like that, African
11          Americans would not have control of their own
12          destiny.  We would be at the control and the
13          destiny of others hoping that the communities
14          of interest come together and vote.
15               So with that being said, we have our own
16          maps that we've drawn.  And we're going to
17          submit those maps with the proper sponsorships
18          and get those maps in because we believe that
19          a fair amount with African Americans making up
20          25 -- 27.2 percent of this statement, we only
21          represent 14 percent of the congressional
22          seats.  So in order to bring us up to the
23          20 -- to bring us up to that quarter percent
24          that we represent or more of this state, we
25          need to have two of those house seats.  And
```

Page 28

```
 1        the only way we can do that is to draw seats
 2        that make sense that have blacks as the
 3        majority population as well as the majority of
 4        the voting age population.  And than can be
 5        accomplished by simply sitting down and
 6        looking at maps and drawing maps that favor
 7        those in the district.  Thank you.
 8               MR. WALKER:  Thank you.  Sir, you
 9        mentioned that -- I think if I understood -- I
10        don't want to put words in your mouth -- you
11        are a member of a group that has prepared
12        maps.  Do you want to say who the group is or
13        not at this point?
14               MR. MILLER:  Alabama Election Protection
15        Network.
16               MR. WALKER:  Alabama Election Protection
17        Network.  Thank you very much.
18               MR. MILLER:  Thank you.
19               MR. WALKER:  Anyone else at the
20        auditorium who wishes to speak?
21               We have some questions from the virtual
22        attendees, and we'll hear those now.
23               MS. OVERTON:  From Selene Washington,
24        she said, The Reapportionment Committee
25        redistricting guidelines say congressional
```

1    districts shall have minimum population

2    deviation.  I heard you say one person and

3    zero person, no deviation.  You also mentioned

4    a supreme court ruling.  What is the correct

5    deviation allowed for the congressional

6    districts?

7          MR. WALKER:  In most cases,

8    congressional districts are supposed to have

9    minimum deviation.  There are circumstances

10   that are fairly unique in which the supreme

11   court has approved larger deviations.  I don't

12   believe that those apply, myself, in Alabama.

13   I know that the plan submitted by the League

14   of Women Voters does have a larger than usual

15   congressional delegation -- deviation.  And I

16   think that's probably an issue that we'll have

17   to look at more carefully is whether or not we

18   believe that's in accordance with the law.

19   Right now I would say I don't think it is.

20         But let me say that the League of Women

21   Voters is represented by some very fine

22   attorneys.  I'm sure they've done their

23   homework and have a good argument.

24         MS. OVERTON:  Chris Mosely in

25   Birmingham.  What is the baseline number of

Page 30

1    persons being considered for a house district?

2    In other words, Senator McClendon, you

3    mentioned that the ideal senate district is

4    143,551 plus or minus 5 percent, but you did

5    not state what the number is for the house

6    district.

7         MR. WALKER:  The ideal house district is

8    47,850.  And a house district can be populated

9    up to 5 percent above or below that figure and

10   be acceptable.

11        Any others?

12        MS. OVERTON:  Yes.  A comment coming

13   from Karen Stanley, Urban and rural areas have

14   very different needs.  Stop gerrymandering in

15   Birmingham and in Huntsville.

16        MR. WALKER:  Anything else?  All right.

17        Is there anyone at Lawson State, one

18   last chance, who wishes to speak.

19        Thank you very much for coming today.

20   This hearing is closed.

21        There will be a transcript made of this

22   hearing that will be posted in approximately

23   two weeks on the site, on the web site for the

24   reapportionment committee.  I appreciate your

25   attending today and for your comments.

Page 31

1              Thank you.

2              (End of proceedings, 4:41 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 32

1               C E R T I F I C A T E

2

3    STATE OF ALABAMA   )

4    JEFFERSON COUNTY   )

5

6         I hereby certify that the above and

7    foregoing deposition was taken down by me in

8    stenotype, and the questions and answers thereto

9    were reduced to computer print under my

10   Supervision, and that the foregoing represents a

11   true and correct transcript of the deposition

12   given by said witness upon said hearing.

13        I further certify that I am neither of

14   counsel nor of kin to the parties to the action,

15   nor am I in anywise interested in the result of

16   said cause.

17

18

19                    Lisa Bailey, CCR #289

20                    CCR #289, Expires 9/30/21

21                    Commissioner for the

22                    State of Alabama at Large

23

24

25

RC 045143

| **1** |
| --- |
| **1**  11:21 |
| **101**  6:20 |
| **105**  9:25 12:9 |
| **11,600**  5:5 |
| **11,800**  4:22 |
| **13,700**  5:3 |
| **1300**  5:1 |
| **14**  5:13 23:1,2 27:21 |
| **143,551**  4:10 30:4 |
| **15**  4:21,21 5:15 22:23,24 |
| **16**  4:25 5:17 |
| **17**  4:25 |
| **18**  5:2 11:23 21:6 |
| **1812**  18:6 |
| **18385**  32:17 |
| **19**  5:3 |
| **1980**  19:25 |

| **2** |
| --- |
| **2**  1:9 9:4,10 10:20 |
| **2,000**  5:25 |
| **2,600**  5:17 |
| **2,700**  5:20 |
| **20**  5:4 27:23 |
| **2011**  22:3 |
| **2020**  16:19,22 |
| **2021**  1:9 |
| **2022**  3:14 |
| **24th**  3:14 |
| **25**  27:20 |
| **2500**  5:22 |
| **27.2**  27:20 |
| **289**  1:18 32:19,20 |

| **3** |
| --- |
| **3,000**  5:21,24 6:1 |
| **3,370**  4:25 |
| **30**  17:7 |

| **35**  12:8 |
| --- |

| **4** |
| --- |
| **4,300**  6:2 |
| **4,400**  5:14 |
| **4,500**  4:19 |
| **4,900**  6:1 |
| **4.7**  26:10 |
| **43,000**  16:25 |
| **43,033**  16:22 |
| **44**  5:20 |
| **45**  5:20 |
| **46**  5:21 |
| **465**  5:22 |
| **47**  5:22,22 10:3 |
| **47,850**  30:8 |
| **48**  5:23 |
| **4:00**  1:8 |
| **4:03**  2:2 |
| **4:41**  31:2 |

| **5** |
| --- |
| **5**  4:12,19 6:10 10:2 10:3,5,6 30:4,9 |
| **5,000**  5:15 |
| **5,024,279**  16:20 |
| **5,400**  5:23 |
| **51**  5:23 |
| **54**  5:24 |
| **55**  5:24 |
| **56**  5:25 |
| **57**  5:25 |
| **58**  6:1 |
| **59**  6:1 |

| **6** |
| --- |
| **6,000**  6:2 |
| **60**  6:2 |
| **641**  5:24 |
| **6800**  5:24 |

| **7** |
| --- |
| **7,000**  5:2 |
| **717,754**  16:21 |

| **9** |
| --- |
| **9/30/21**  32:20 |

| **a** |
| --- |
| **able**  24:2,8 26:13 27:1,2 |
| **acceptable**  30:10 |
| **access**  23:21 |
| **accomplish**  10:12 |
| **accomplished**  28:5 |
| **accr**  1:18 |
| **act**  9:5,6,11 10:21 11:3 12:7 |
| **action**  32:14 |
| **addition**  8:7 9:3 20:24 |
| **additional**  14:25 |
| **address**  8:3 |
| **addressing**  22:15 |
| **adjacent**  17:1 |
| **adjoining**  17:5 |
| **adjust**  3:22 6:7 23:13 |
| **adjusted**  5:16 |
| **administrative**  7:25 |
| **adopts**  8:24 |
| **african**  15:15,16,18 20:13 27:9,10,19 |
| **afternoon**  13:24 16:7 19:11 |
| **age**  11:22,24 12:4,5 28:4 |
| **aggravating**  2:22 |
| **agree**  26:4 |
| **alabama**  6:21 9:17 15:3 16:20 17:11 17:19,24 18:13,14 |

25:4 28:14,16 29:12 32:3,22
**alabama's**  16:23
**allow**  7:1 24:22
**allowed**  6:6 11:11 29:5
**alsenate**  8:4
**american**  20:13
**americans**  15:15,16 15:18 27:9,11,19
**amount**  27:19
**analyze**  23:7
**answer**  7:7
**answers**  32:8
**anybody**  8:11 13:12,17 22:24
**anywise**  32:15
**appear**  5:9
**apply**  9:8 15:13 29:12
**appreciate**  21:21 22:14,17 24:10 30:24
**appropriate**  3:23 17:2
**approved**  29:11
**approximately**  5:4 30:22
**april**  11:21
**area**  4:3 5:9,12 6:8 12:20 14:13 17:4 17:18,20,23 18:9 19:25
**areas**  17:15,16,17 17:19,21,23 23:13 30:13
**argument**  29:23
**assist**  25:14
**attached**  7:15
**attendees**  28:22

attending 30:25
attorney 2:10
attorneys 29:22
auditorium 8:12
    13:13,17 25:8
    28:20
avoided 12:14
aware 21:19

**b**

back 4:24 7:1 14:20
    23:10
backed 23:10
bailey 1:16 32:19
balance 18:16
balancing 13:4
based 10:23 18:10
    18:11
baseline 29:25
basic 15:20
basis 10:22,24
bay 11:13
began 2:2
behalf 19:4,7 24:23
believe 10:22,25
    27:18 29:12,18
best 13:7
bibb 18:24
bills 3:8
binds 8:25
birmingham 8:16
    17:4,6,20,23 18:2,9
    18:11 19:18 29:25
    30:15
bit 10:2
black 17:9,11 20:25
blacks 28:2
board 3:3 4:15 9:21
    15:4,15
bobby 2:13
border 11:11

borders 11:9
bound 14:12
bring 7:12 14:10,10
    14:11 23:21 26:19
    27:22,23
brings 5:1
broken 12:1
bunch 2:19
bureau 11:17

**c**

c 32:1,1
cahaba 16:14
call 3:6 6:22 8:5
    13:10,10 22:20
    23:18
called 7:2
cam 22:23
cameras 2:17,19
candidates 21:1
capture 3:23 5:10
    6:12
care 8:10
carefully 29:17
carried 13:7
case 22:7 23:22
cases 9:17 29:7
cause 32:16
ccr 32:19,20
census 3:19 9:16
    11:17,25 16:19,22
certainly 17:9
certified 1:17
certify 32:6,13
chair 6:16
chairman 2:5,7
    19:2 22:16 24:19
chance 26:23 30:18
change 3:18
changes 4:3,4,7,23
    5:6,7 9:15

charge 8:1
choice 10:24 21:1
chris 2:7,7 6:15,17
    6:19 29:24
circumstances
    12:25 29:9
citizen 11:24
citizens 14:11
    20:25 21:14 23:11
clause 9:3,10
clear 8:18 22:1
clearly 19:11
close 3:17 5:18
closed 30:20
coined 18:5
college 1:7
come 7:1,2 8:13
    13:21 24:14 25:3
    27:14
comes 11:25
coming 2:15 8:18
    23:9 30:12,19
comment 30:12
comments 16:3
    19:1 30:25
commission 15:13
    15:17 16:2
commissioner 1:14
    32:21
committee 1:1 2:6
    2:10 4:5 15:25 20:8
    21:16 22:12,24
    24:21 25:2 28:24
    30:24
committee's 3:4
common 23:8
communities 10:11
    12:17,24 13:6 20:8
    20:10 27:13
community 1:7 7:3
    12:19 19:23

compact 11:4
competitive 18:12
    18:12
complaint 8:19
complete 26:13
completely 27:7
comply 9:9 12:6
compose 26:13
composition 16:1
computer 32:9
concept 9:22
concern 14:5
concerns 14:4,5
    15:20
conference 1:5
congress 18:10
congressional 3:1
    4:16 9:16 16:15,17
    16:24 17:7,9,13
    18:7,13 22:5 27:6
    27:21 28:25 29:5,8
    29:15
considerably 23:23
considered 11:1
    19:23 30:1
constitution 8:23
    9:2
contact 11:9
containing 16:18
contests 12:13
context 9:4
contiguity 11:10,13
    11:15
contiguous 11:7
contrary 15:1
contribute 13:5
control 26:23 27:11
    27:12
conversation 21:14
cores 12:14

correct 20:19 29:4
32:11
correctly 16:9,12
counsel 32:14
count 11:14
counties 10:10 11:5
13:1 17:5 19:22
22:5 24:2 27:8
country 17:17
county 11:12 14:6
14:7,10,12,13,14
14:24 16:18,23,25
17:1,1,2,5,15 18:22
18:23,24 19:16,24
20:6,16,22 21:25
22:6,10 23:4,6,8,10
23:11 24:6,7,24
26:5,8,8,12,16,20
26:23,25 32:4
course 9:1,12 15:23
24:13
court 1:17 7:10
15:8,9,9,11,19 16:3
25:14,14,18 29:4
29:11
coverage 8:9
covering 8:8
create 17:8 18:21
created 20:6
creates 20:24
criteria 10:13,17
10:19
crucial 10:16 13:25
culture 17:24
current 17:13 20:4
20:11 26:9
cvap 11:23

**d**

d 8:3
dana 19:10,12

david 13:19
day 14:20
deal 4:6
dealing 2:24
defined 12:20
definitely 21:25
delegation 29:15
demographic 9:14
12:2
demographics
17:25
demonstrates
20:11
deposition 32:7,11
destiny 27:12,13
determine 14:2
deviation 4:17 5:7
6:7 9:18,19 29:2,3
29:5,9,15
deviations 29:11
dewees 16:6,11,14
18:18
differ 10:9
different 11:18,25
17:16,18,21,22,24
30:14
dilution 9:7
disagree 27:7
discernment 13:4
discrimination 9:7
discuss 7:19
district 3:22 4:14
4:18,21,24,25,25
5:2,3,4,13,14,14,17
5:20,20,22,23,23
5:24,25 6:5,8,20
7:4 9:20,20 10:18
11:6,8 12:11 14:3
14:23 15:10 16:16
16:17 17:9,10,11
17:14 18:7,11,21

20:1,4,14,14,23
21:6 22:23 23:19
25:3 26:12,14,21
27:10 28:7 30:1,3,6
30:7,8
districting 10:15
districts 3:1,2,3,4
3:13,17,18,20,21
4:2,15,16 5:8,12
6:4,9 7:4 8:22 9:9
9:14,17,19,21,24
10:1,5,9 11:4,7,10
11:16,16 12:9,9,10
12:10,13,15,16
13:3,20 15:4,10
16:24 17:7 20:16
20:18,24 23:3 24:5
26:18 27:6,10 29:1
29:6,8
divide 9:23
divided 10:1 11:12
14:19 16:21 17:6
18:2
doing 21:9,12,22
donna 8:3
dorman 2:8 7:22
dot 8:3,4
draw 8:22 10:5
28:1
drawing 4:10 12:13
28:6
drawn 11:16 16:18
20:5 26:19 27:7,16
drop 4:20

**e**

e 8:2,3,4 13:14 32:1
32:1
earlier 8:19 24:11
easier 20:22
east 17:14

echo 2:22
echols 19:10
economic 12:22
education 3:3 4:15
9:21
eight 15:10,10
either 11:9 23:21
elbridge 18:5
elect 16:1 21:1
elected 13:8 26:15
27:3
election 13:25
18:13 28:14,16
elects 12:11
ellis 19:11,13,15
21:5
ends 23:25
ensure 20:8
equal 9:2,10 20:25
equalize 9:13
errors 20:19
essentially 4:17
ethnic 12:22
everybody 11:20
13:11
evidence 10:22,24
10:25
exactly 6:4
example 9:25 11:11
14:7
examples 3:25
exception 10:17
17:19
excuse 10:16
exhibit 7:12
existing 12:15
exists 10:24
expect 3:5
expires 32:20
explain 19:21

RC 045146

| | | | |
|---|---|---|---|
| **extend** 21:13 | **gained** 4:21,25 5:15 | **h** | **identify** 8:10,13 |
| **extending** 17:13 | 5:20,21,21,23,23 | | **identities** 12:24 |
| **extent** 12:16,19 | **geographic** 5:9 6:8 | **hale** 18:24 | **include** 12:25 |
| **f** | 12:23 | **hand** 25:1,1 | 16:24 |
| **f** 32:1 | **geography** 3:22 | **handwriting** 19:12 | **includes** 27:8 |
| **fact** 4:19 22:2 | **gerry** 18:5 | **happen** 21:16 | **including** 9:17 |
| **factors** 13:5 | **gerrymandering** | **happens** 2:11,20 | 12:21 |
| **fair** 27:19 | 18:3 20:12,15 | **healthier** 18:15 | **increase** 5:1 6:5,11 |
| **fairly** 20:10 29:10 | 30:14 | **hear** 21:21 28:22 | **incumbents** 12:14 |
| **favor** 28:6 | **getting** 4:6 | **heard** 9:13 29:2 | **influence** 20:18 |
| **federal** 9:1 | **give** 3:25 | **hearing** 2:9 7:9,13 | **initially** 25:12 |
| **feel** 19:22 | **given** 32:12 | 7:17,23,24 8:8 | **input** 2:25 4:7 |
| **fifth** 26:13 | **gives** 10:3,7,8 | 13:15 15:24 24:11 | **inside** 24:6 26:16 |
| **figure** 30:9 | 26:22 | 24:12 30:20,22 | **intact** 20:9 |
| **file** 24:23 | **giving** 6:14 | 32:12 | **intensely** 13:6 |
| **filed** 3:8 | **glad** 18:19 | **hearings** 1:2 2:23 | **interest** 10:11 |
| **finally** 13:16 | **go** 3:9,11,20,21,21 | 8:10 25:11,12,16 | 12:17,20,21,25 |
| **find** 2:21 | 4:3,12 8:6 14:9,13 | 25:17,19 | 13:6 19:23 20:9 |
| **fine** 29:21 | 14:23 19:3 22:11 | **heights** 16:15 | 27:14 |
| **finger** 20:5 | 26:11 | **held** 1:5 | **interested** 32:15 |
| **first** 4:8,18 7:25 | **goal** 9:12 22:11 | **hello** 7:22 21:10 | **interesting** 19:19 |
| 8:24 13:11,19,23 | **goals** 24:1 | **help** 23:15 | **interests** 10:12 |
| 14:5 21:20,22,23 | **goes** 18:25 | **henceforth** 25:18 | **introduce** 7:11 |
| 26:3 | **going** 4:20 5:7,16 | **hey** 21:11 | **introducing** 19:4,7 |
| **five** 14:20 | 6:7 13:10 22:20 | **historical** 12:23 | **issue** 7:18,19 11:15 |
| **flexibility** 10:8 | 24:14 26:11,18 | **history** 17:25 | 29:16 |
| **following** 9:14 | 27:16 | **homework** 29:23 | **j** |
| **forbids** 9:6 | **good** 10:25 13:24 | **hope** 22:10 23:24 | **jefferson** 14:6,7,12 |
| **foregoing** 32:7,10 | 16:7 19:11,12 | **hopefully** 3:11 | 14:13 16:18,23,25 |
| **former** 22:20,22 | 21:13 24:4 29:23 | **hoping** 27:13 | 17:5 18:21 19:16 |
| **forward** 22:11 | **gov** 8:4 | **house** 2:7,12 3:2,11 | 19:24 20:6,16 22:6 |
| 24:12,16,17 | **governor** 3:6,8,12 | 4:14 5:11,13 6:15 | 23:4 24:5,23 26:8 |
| **four** 14:20 | 18:5 | 6:20 9:20,25,25 | 26:16,20,23,25 |
| **framework** 22:13 | **greater** 9:19 19:18 | 12:9 14:8,17,18,20 | 32:4 |
| **fulfill** 10:19 | **grocery** 20:3 | 14:21 19:25 27:4 | **jim** 2:4 |
| **further** 17:14,14 | **group** 28:11,12 | 27:25 30:1,5,7,8 | **jurisdictions** 10:11 |
| 21:2 32:13 | **growing** 23:9 | **huntsville** 30:15 | **jutting** 23:4 |
| **g** | **guidelines** 8:24 | **i** | **k** |
| **gain** 4:22 | 28:25 | **ideal** 4:8 9:22 10:4 | **karen** 30:13 |
| | | 10:6 30:3,7 | |

| keep - okay | l | m | media - mute | n - okay |
|---|---|---|---|---|

**keep** 8:9 10:10 22:9
  22:9 23:16 24:1
**kept** 26:5
**kin** 32:14
**kind** 5:18
**know** 7:14 8:5,11
  15:2 18:10,19
  19:20 21:15 23:8
  24:7 26:9 29:13

**l**

**lady** 21:23
**lake** 11:12
**lands** 13:3
**large** 32:22
**larger** 29:11,14
**largest** 26:8
**latitude** 4:13
**law** 8:23 29:18
**lawson** 1:7 8:1
  30:17
**leader** 23:18
**league** 18:19 19:5,8
  19:17 20:21 21:24
  29:13,20
**left** 2:8
**legislation** 3:11
**legislative** 1:1 3:9
  8:21 11:16 15:24
**legislature** 7:20 9:1
  10:8
**limited** 6:24 12:22
**line** 5:16
**lines** 20:22
**lisa** 1:16 32:19
**little** 10:2 15:1
  21:14
**live** 3:24 16:14
  19:16 20:1
**lived** 19:24
**livingston** 2:13

**local** 27:1,2
**located** 24:6
**location** 1:6
**long** 25:18
**look** 4:18 5:11 6:3
  10:18 15:7 22:2,4
  22:10 23:24,25,25
  24:12,13,16 29:17
**looking** 4:11 28:6
**looks** 13:20
**loss** 5:3,5
**lost** 4:19 5:2,13,17
  5:22,24,24 6:9
  23:14
**lot** 19:20
**love** 19:25

**m**

**mail** 8:2,3 13:14
**main** 22:7
**maintain** 3:16
**maintained** 17:12
  20:9
**major** 17:22
**majority** 17:8
  23:17 25:2 28:3,3
**majorly** 23:5
**making** 20:22
  27:19
**map** 19:19 20:5,11
  22:2,4,5,8 27:6,7
**maps** 2:25 4:10
  27:16,17,18 28:6,6
  28:12
**massachusetts** 18:5
**matter** 24:7
**matters** 7:25
**mcclendon** 2:4,4
  22:16 30:2
**mean** 10:3 17:17
**means** 18:8 15:14
  15:16 26:10,14,17

**media** 8:8,9,12
**meet** 21:18
**member** 12:10
  21:15 24:20,21,22
  28:11
**members** 8:7 14:18
  14:18,20,22 16:1
  27:4
**mentioned** 28:9
  29:3 30:3
**metro** 17:4,6,22
**mic** 8:14
**michael** 8:15 25:25
**michaels** 8:15,18
**microphone** 7:3,13
  8:20
**microphones** 2:16
**mics** 2:17,21,21
**miller** 25:22,25
  26:1,3 28:14,18
**million** 10:2,3
**minimal** 9:18
**minimum** 29:1,9
**minority** 15:5
  20:17 24:5,22
  26:15
**minus** 4:12 6:10
  30:4
**minutes** 6:24
**mispronounced**
  16:10
**mobile** 6:21 11:13
**montgomery** 2:12
  21:18 24:13
**mosely** 29:24
**mouth** 28:10
**move** 3:19 22:18
  24:8,17 27:5
**municipalities** 13:2
**mute** 2:16,17

**n**

**n** 8:3,3,4
**name** 6:19 7:3 16:8
  19:12 25:23,25
**names** 23:18
**nearest** 14:14
**necessary** 23:22
  24:9
**need** 14:15 17:10
  22:18 23:13,19
  24:8 27:25
**needs** 4:24 18:9
  26:5 30:14
**neighborhoods**
  12:18
**neither** 32:13
**network** 28:15,17
**neutral** 10:13,16
**new** 3:13 4:10 10:1
**normal** 3:9
**number** 3:23 5:9
  9:24 14:15 22:21
  29:25 30:5
**numbers** 5:17 6:3
  22:15,19 23:7,12
  23:25

**o**

**o** 8:3,4,4
**objective** 22:11
**obligations** 10:20
  11:2 12:6
**obvious** 24:14
**occurred** 9:15
**october** 3:7
**officer** 2:9 7:14,23
**official** 25:15
**officials** 27:3
**oh** 19:14
**okay** 8:20 16:13

**opportunity** 20:25
  22:12
**order** 3:22 6:23
  11:1 14:14 26:12
  26:21 27:1,22
**outer** 11:9
**outside** 5:7 6:6,10
  14:10 26:11,12,19
  26:20,24
**overton** 8:4 28:23
  29:24 30:12

**p**

**p.m.** 1:8 2:2 31:2
**packed** 20:14
**packing** 20:17
**paper** 22:16
**part** 14:1,24
**partially** 23:5
**participating** 7:6
  13:15
**particular** 8:22 9:2
  14:22 24:5
**parties** 32:14
**parts** 11:8
**pat** 16:6
**patterns** 17:16
**pending** 7:20
**people** 3:19,23 4:10
  4:19 5:2,10,21,22
  6:12,22 10:3 13:8
  13:10,15 14:25
**percent** 4:12 6:10
  10:5,6 27:20,21,23
  30:4,9
**period** 3:18
**permanent** 1:1
**permanently** 7:15
  7:16
**perry** 18:24
**person** 3:16,24
  20:12 29:2,3

**persons** 30:1
**phrase** 18:6
**pick** 14:24 15:16,18
  24:9
**picked** 5:25
**piece** 3:10
**plan** 18:20,25 19:4
  19:7 29:13
**please** 2:16 7:2 8:2
  8:14 13:21 25:24
**pleasure** 6:13
**plus** 4:12 6:10
  11:23 30:4
**podium** 13:22
**point** 11:14,14
  28:13
**points** 16:4
**political** 12:18 13:1
  13:7
**politics** 17:25 18:4
  18:11,14
**populated** 30:8
**population** 3:20
  4:9 5:5 6:5,9 9:12
  9:14,22,23 10:2,4,7
  11:17,18,19,19,22
  11:24 12:1,4,4,5
  16:20,22 18:22
  24:9 26:9 28:3,4
  29:1
**populations** 4:4
  10:9
**possible** 11:6 12:16
  20:19 24:2
**posted** 30:22
**powers** 18:2
**practicable** 12:19
**precincts** 13:2
**prefer** 18:23
**prepared** 3:5 18:20
  25:17 28:11

**present** 25:19
**presented** 22:13
**president** 15:11
  19:17
**presiding** 15:11
**pretty** 23:15
**primaries** 3:14
**pringle** 2:7 6:15,18
  6:20
**print** 32:9
**probably** 23:19
  29:16
**problem** 20:7 23:23
  25:13
**proceedings** 2:2
  31:2
**process** 2:25 3:10
  13:7
**prohibitions** 9:8
**pronounced** 16:11
**proper** 27:17
**proposal** 20:20
**propose** 16:16,17
**proposed** 22:8
**protected** 12:16
**protection** 9:3,10
  28:14,16
**provide** 20:25
**public** 1:2 2:23
  15:13,17 16:2
**purpose** 2:23 11:6
  17:3
**put** 7:16 11:5 28:10
**puts** 5:6

**q**

**quarter** 27:23
**question** 14:16
  25:10
**questions** 7:6 13:14
  28:21 32:8

**quite** 5:12 19:15

**r**

**r** 8:4 32:1
**race** 10:13,16,16,23
  11:1
**racial** 10:19 12:22
  20:15
**ranking** 24:21,21
**ratio** 3:16
**reaching** 23:11
**read** 7:7
**ready** 3:13
**really** 11:24 14:4,4
  23:5
**reapportionment**
  1:2 2:6 6:16 28:24
  30:24
**reason** 3:15 10:25
  20:15
**reasonably** 11:4
**recognized** 12:21
**record** 7:7,12,15,16
  16:9,16 19:3 25:15
  25:24
**recorded** 25:12,13
  25:20
**recordings** 25:17
**redistricting** 2:5,8
  2:24 6:16 7:18 9:4
  9:8,13 10:18 12:3
  14:1 15:24 28:25
**redrawing** 2:25
**reduced** 32:9
**regard** 9:11
**regardless** 11:21
**relook** 15:8
**remind** 7:17
**remotely** 2:16 7:6
  7:10
**reporter** 1:17 7:10
  25:14,15,19

RC 045149

**reports** 11:17
**represent** 6:20 7:4
  14:8 25:4 27:21,24
**representation**
  18:3
**representative** 3:2
  6:15,18 12:12 14:9
**representatives**
  13:8 26:7
**represented** 10:13
  20:10 29:21
**representing** 14:2
**represents** 32:10
**required** 10:19
**requirements** 8:25
  12:8
**researched** 19:19
**resembled** 18:7
**reservations** 13:3
**reside** 20:1
**residents** 26:20
**respect** 10:10 12:17
**respected** 12:15
**respects** 20:22
**responsibility** 3:4
  20:7
**result** 32:15
**retired** 20:2
**right** 2:6 8:21
  19:15 24:25 25:10
  26:14 29:19 30:16
**rights** 9:5,6,11
  10:21 11:3 12:7
  27:2
**river** 11:12
**roger** 21:6
**roster** 22:22
**roughly** 4:22
**rounding** 5:18
**rules** 13:9

**ruling** 29:4
**run** 15:9,12
**rural** 17:16,18,21
  30:13
**russell** 13:19,21,23
  15:23 16:5
**ryan** 8:15

**s**

**salamander** 18:8
**satisfy** 11:2
**saying** 26:4
**says** 19:6 26:5
**school** 13:3 15:4,15
  20:3
**scope** 15:23
**seats** 26:10 27:22
  27:25 28:1
**second** 14:16 22:14
**section** 9:4,6,10
  10:20
**see** 5:15,19 13:12
  13:14 18:24 22:8
**seeing** 18:6 24:12
**seen** 19:20 20:21
**selene** 28:23
**senate** 2:5 3:1,12
  4:2,9,18,21 9:20
  12:8 14:9 21:6
  22:23 26:10 30:3
**senator** 2:4,12,13
  6:19 12:12 14:17
  14:21 19:2,6 21:8,9
  21:11,20 22:16,20
  22:22 23:2 24:25
  25:7 26:4 30:2
**senators** 14:19 26:7
  26:15 27:4
**send** 7:6
**senior** 24:20
**sense** 23:8 28:2

**september** 1:9
**serves** 20:17
**service** 15:13,17
  16:2
**session** 3:6 24:15
**set** 15:7
**seven** 16:21,23 20:1
  20:4,14
**seventh** 17:13
**share** 22:24
**sheet** 8:2
**shelby** 17:1 18:23
  23:6,8,10,10
**shoot** 20:3
**shopping** 20:3
**shows** 22:17
**sic** 19:10
**side** 8:1 18:4
**sign** 8:2
**signature** 32:17
**signed** 6:22,23
  13:11 21:7
**significant** 5:6
**similar** 23:15
**similarities** 12:21
**simply** 11:19 27:8
  28:5
**single** 12:10,11
**singleton** 2:13 19:2
  19:6 21:21 24:19
**sir** 8:14 16:7 19:9
  21:10 25:21 28:8
**site** 30:23,23
**sitting** 2:14 21:16
  28:5
**sixth** 16:15
**size** 4:9 6:8,11
**smitherman** 21:6,8
  21:9,11 23:2 24:25
  25:7 26:4

**social** 12:23
**solve** 23:23
**somebody** 2:18
**son** 20:2
**sorry** 19:14
**sorts** 12:2
**source** 11:25
**south** 17:14
**speak** 6:23 7:1,13
  13:18,20 21:7 25:9
  25:21 28:20 30:18
**special** 3:6 24:15
**spend** 19:20
**split** 20:16 22:6
**spoke** 20:12
**sponsor** 21:22
**sponsorships** 27:17
**stake** 26:25
**standards** 12:2
**stanley** 30:13
**start** 5:13 26:3
**state** 1:7 2:12 3:1,2
  3:3 4:15 6:18 7:3
  8:1 9:21,23 10:1
  11:10,20 15:3 16:8
  16:19 17:23 25:23
  26:6,6,7,10 27:3,24
  30:5,17 32:3,22
**state's** 10:20 11:2
  12:6
**stated** 24:1
**statement** 27:20
**statewide** 15:6,12
**station** 8:13
**stay** 3:24 14:12
  23:19
**stayed** 6:4
**stenotype** 32:8
**step** 6:14
**steve** 2:12

**sticking** 20:6
**stop** 30:14
**straight** 22:19
**strictly** 7:18
**strong** 10:22,24
**strongly** 19:22
**subdivisions** 12:18
  13:1
**submit** 20:20 27:17
**submitted** 29:13
**substantial** 4:22
**supervision** 32:10
**support** 21:23
  26:10
**supposed** 29:8
**supreme** 15:7,8,9
  15:11,18 16:2 29:4
  29:10
**sure** 29:22
**surprise** 18:1
**surrounds** 14:7
**system** 15:7

**t**

**t** 8:4 32:1,1
**take** 4:2 5:11 9:23
  23:20 27:1
**taken** 32:7
**talk** 7:5 13:10,11
  13:13 21:2 26:6
**tell** 4:8 22:21
**ten** 3:18 4:20 9:15
**term** 12:24
**terms** 18:22 27:3
**thank** 2:20 6:18
  7:20 8:6,14,17
  11:20 15:21,22
  16:3,5,13 18:16,18
  19:1,9 21:2,4 23:2
  24:17 25:5,6,7 26:2
  28:7,8,17,18 30:19
  31:1

**thereto** 32:8
**thing** 4:13,14 22:14
  24:4
**think** 13:24 14:7
  15:8 22:7 23:3,5,15
  23:17,18,22 28:9
  29:16,19
**thorn** 18:4
**three** 6:24 14:4,5
  14:17,21 26:15
**time** 3:8,19 6:25
  12:6 13:25 18:17
  19:21 21:3 25:9
**times** 8:16 10:17
**today** 15:2,21,24
  30:19,25
**today's** 7:17
**told** 2:18
**total** 11:17,19 12:4
**track** 8:9
**transcribed** 7:9
**transcript** 30:21
  32:11
**transcripts** 25:16
**trends** 5:19
**tribal** 12:23 13:2
**true** 32:11
**try** 3:15 11:5 25:3
**turn** 2:17,18 6:13
  7:21
**two** 15:3,14,16,18
  17:7 20:16,24 23:3
  26:17 27:25 30:23
**typical** 17:3
**typically** 12:3

**u**

**ugly** 20:5
**understand** 17:10
  20:23 22:3
**understood** 28:9

**unified** 18:9
**unique** 29:10
**urban** 17:15,17
  30:13
**use** 12:3
**usual** 29:14

**v**

**v** 8:4
**value** 17:25
**variance** 10:7
**varied** 13:5
**vary** 10:4
**video** 1:5
**virtual** 28:21
**virtually** 13:16
**voice** 18:10
**vote** 3:16,25 9:7
  11:22 27:9,14
**voted** 26:24
**voters** 14:11 18:20
  19:5,8,18 20:13,21
  20:23 21:24 26:19
  29:14,21
**voting** 9:5,6,11
  10:21 11:3,22,24
  12:4,5,7 13:2 17:16
  17:18 20:18 28:4

**w**

**walker** 2:9 7:21,22
  7:23 8:17 15:22
  16:6,13 18:18 19:6
  19:14 21:4,10 23:1
  25:6,23 26:2 28:8
  28:16,19 29:7 30:7
  30:16
**want** 7:5 18:2
  21:18,25 22:1,1
  28:10,12
**wanted** 19:21
  21:13,20

**wants** 13:13,17,19
**ward** 22:23
**washington** 28:23
**way** 5:8 8:22 15:6
  15:14 20:4 25:4
  28:1
**ways** 11:18
**we've** 23:13,20
  27:16
**weaken** 20:17
**web** 30:23
**weeks** 30:23
**weighing** 13:4
**welcome** 6:21
**went** 5:25 6:1,1,2
  20:2
**wholly** 26:16
**win** 15:6
**wish** 14:11,17
  15:12 25:21
**wishes** 25:9 28:20
  30:18
**witness** 32:12
**women** 18:20 19:5
  19:8,17 20:21
  21:24 29:14,20
**words** 28:10 30:2
**work** 4:1 25:1
**worked** 20:2
**workhorse** 9:5
**working** 7:10 24:16
**works** 2:10

**y**

**year** 3:18
**years** 4:20 9:15
  17:8
**yield** 24:22

**z**

**zero** 4:17 29:3

RC 045151

**[zoom - zoom]**

**zoom**   1:5

RC 045152

Alabama Rules of Civil Procedure

Part V. Depositions and Discovery

Rule 30

(e) Submission to witness; changes; signing. When
the testimony is fully transcribed the deposition
shall be submitted to the witness for examination
and shall be read to or by the witness, unless such
examination and reading are waived by the witness
and by the parties. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness, unless the parties by stipulation
waive the signing or the witness is ill or cannot
be found or refuses to sign. If the deposition is
not signed by the witness within thirty (30) days
of its submission to the witness, the officer shall
sign it and state on the record the fact of the
waiver or of the illness or absence of the witness
or the fact of the refusal to sign together with
the reason, if any, given therefor; the deposition
may then be used as fully as though signed unless
on a motion to suppress under Rule 32(d)(4) the

court holds that the reasons given for the refusal
to sign require rejection of the deposition in
whole or in part.

(F) Certification and filing by officer; exhibits;
copies; notice of filing.

(1) The officer shall certify on the deposition
that the witness was duly sworn by the officer and
that the deposition is a true record of the
testimony given by the witness. Unless otherwise
ordered by the court, the officer shall then
securely seal the deposition in an envelope
indorsed with the title of the action and marked
"Deposition of [here insert name of witness]" and
shall promptly file it with the court in which the
action is pending or send it by registered or
certified mail to the clerk thereof for filing.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

RC 045154

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

RC 045155