FILED
2021 Dec-27  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 17

Page 1

1

2

3

4

5          ALABAMA PERMANENT COMMITTEE ON REAPPORTIONMENT

6               AND REDISTRICTING PUBLIC HEARING

7

8                          HELD ON

9                THURSDAY, SEPTEMBER 9TH, 2021

10                BEGINNING AT 11:00 A.M.

11

12                        LOCATION:

13          LURLEEN B. WALLACE COMMUNITY COLLEGE

14                750 GREENVILLE BYPASS

15             GREENVILLE, ALABAMA 36037

16                          AND

17          ONLINE VIA MICROSOFT TEAMS MEETING

18

19

20               TRANSCRIBED REMOTELY BY:

21               KATHLEEN F. CAVAZOS, RPR,

22                    COURT REPORTER

23

24

25

RC 045156

Page 2

1                    I N D E X

2    OPENING REMARKS:                                      PAGE

3      BY SENATOR JIM MCCLENDON. . . . . . . . . . . . . . 3

4      BY REPRESENTATIVE CHRIS PRINGLE . . . . . . . . . 5

5      BY MR. DORMAN WALKER. . . . . . . . . . . . . . . 6

6

7    TESTIMONY:

8      BY MR. BROCK KELLY  . . . . . . . . . . . . . . . 15

9      BY MR. CHRISTOPHER BENNETT. . . . . . . . . . . . 15

10     BY MR. JACKIE MCWILLIAMS. . . . . . . . . . . . . 18

11     BY MR. JOE WEST . . . . . . . . . . . . . . . . . 20

12     BY MR. JACKIE WOODS . . . . . . . . . . . . . . . 22

13     BY MS. SYLVIA PATTON. . . . . . . . . . . . . . . 26

14

15   EXHIBIT:

16     Exhibit 1.  ONLINE ATTENDANCE LIST. . . . . . . . 30

17

18

19

20

21

22

23

24

25

1          SENATOR MCCLENDON:  Let me ask everybody that

2     came in online virtually today to please mute your

3     microphones on your devices, laptops, cell phone,

4     whatever you're using.  Mute your microphone and turn

5     your cameras off, please.  That will help us.  When those

6     mics are on, we get an echo.

7          My name is Jim McClendon.  I'm a state senator.

8     My home is in St. Clair County, and I am the Senate chair

9     of redistricting.  To my right is state Representative

10    Chris Pringle who is now joining.  He is the House chair

11    of redistricting.  And on my left is Mr. Dorman Walker,

12    an attorney that is employed by the Redistricting

13    Committee.  Also with us today is state Senator Bobby

14    Singleton, who is also a member of the committee.

15          Anybody coming in late, I'll remind you to

16    please turn off your mic, please turn off your camera and

17    we'll -- thank you -- and we'll get to you later.

18          Every 10 years, new census data is taken, and

19    there's two parts to this number.  Number one is not only

20    the numbers of people that we have but where they are,

21    where they're located.  And what happens over a 10-year

22    period, folks migrate, and there's a pattern here in

23    Alabama and across the nation.  Our population tends to

24    leave rural areas and move in a direction and closer to

25    urban areas.  So we have target numbers or ideal numbers

Page 4

1   of how many representatives, for example, should be in a

2   district.  So we have to redraw the districts to catch up

3   with the population so we get back to our ideal numbers.

4          Now, this committee will be drawing, we haven't

5   yet, but will be drawing Congressional maps, Senate maps

6   and the Alabama House of Representatives maps and state

7   board of education maps.  So our purpose is to get input

8   from around the state, hear what you have to say, any

9   suggestions you can make, ideas you can give us.  You'll

10  give those.  We have a court reporter that will be taking

11  down everything, and it will go in the record and be

12  reviewed by members of the committee.

13         I'll give you an idea of Senate district sizes

14  based on the new data, the new 2020 census data that we

15  received.  In your area, Senate district 23 lost 24,000

16  people.  The population has gone down.  Now, the target

17  and ideal district size for a Senate district is 143,551,

18  and we do have latitude of plus or minus five percent.

19  So we can see that Senate 23 has dropped substantially in

20  population, and we're going to have to adjust the size of

21  that district to capture the necessary people to bring it

22  up to respect the concept of one person, one vote.

23         Senate 25 in your area is up by 6,200.  These

24  are round numbers, about 6,200.  And 31 is down by about

25  2,700.  Your house districts in your area, House 69, lost

1    about 4,500 people.  House 90 lost 5,600, and 92 lost

2    3,200.  Again, those are round numbers.  So, as you can

3    see, these districts have had changes in population.

4    Now, one of the interesting things that can happen is a

5    district can lose or gain population, and the adjacent

6    district will be affected even if their population has

7    stayed about the same because you've got to go somewhere.

8            So with that being said, I'm going to turn this

9    over to Representative Pringle.  Sir, if you'll take

10   over.

11           REPRESENTATIVE PRINGLE:  Thank you, Senator.

12   Again, my name is Chris Pringle.  I'm the state

13   representative from House district 101, and I'm the House

14   chairman of the Reapportionment Committee.

15           Today, you will be called on to speak in the

16   order in which you signed up.  Speakers are limited to

17   three minutes each.  When called, please come to the

18   microphone, state your name clearly and as slowly as

19   possible and state the community you represent and the

20   district or districts you wish to speak about.  If you

21   decide you want to speak but did not sign up, we'll ask

22   at the end of this hearing if anyone who hasn't spoken

23   would like to.  If you are participating remotely, send

24   us your questions or comments, and we'll read them into

25   the record.

1          The hearing is being transcribed by a court

2    reporter working remotely.  If you have anything you'd

3    like to introduce into the record as an exhibit, bring it

4    to the microphone when you speak and let the hearing

5    officer have it.  We will then take it, put it into the

6    permanent record of the committee.

7          Today's hearing is to deal with redistricting.

8    We're not here to discuss any other matters that might be

9    pending before the legislature, so please keep your

10   comments germane to the issue of redistrict.

11         With that, I'd like to turn it over to Dorman

12   Walker.

13         MR. WALKER:  Hello.  Welcome to the hearing, and

14   thank you in particular to Lurleen B. Wallace Community

15   College of Greenville for hosting the hearing.  Thank you

16   to those of you in the auditorium who have come to the

17   hearing and those of you who are attending virtually.

18         Before I take testimony -- Before we take

19   testimony, I'd like to go over some explanations about

20   the redistricting process that may be helpful.  One of

21   those is the idea of ideal population.  Redistricting, as

22   Senator McClendon indicated, is all about equalizing

23   populations, and we have some play with that in terms of

24   the numbers that can be put into a district.

25         The state board of education and legislative

1   districts don't have to be exactly equal, but it all is

2   driven by what's called the ideal population, and that is

3   simply the new population of the state, which I'm going

4   to round off to five million, divided by the number of

5   districts we have.  So if you want to get the ideal

6   population of the Senate districts, you divide five

7   million by 35, and you'll get 143,551.  You won't

8   actually because I rounded off the state population, but

9   that's the ideal population, and that's how it's

10  calculated.  And you can do the same thing with eight

11  districts for the state board of education, 105 for the

12  House.  So that drives everything about redistricting.

13          A consequence of that is that a lot of people

14  who have spoken throughout the hearings have talked about

15  their counties being split or their cities being split,

16  and a number of you may wish to talk about that, too, and

17  if you do, good.  That's valuable testimony for the

18  committee to hear, but I want to explain because it might

19  be helpful to understand that the requirement for

20  population equality can bump up against the requirement

21  to protect communities of interest.  An example would be

22  what happens, I think, really, every 10 years to the

23  cities of Tuscaloosa and Auburn, which is that they are

24  population centers in the midst of fairly sparsely

25  populated areas, indeed, particularly in the case of

RC 045162

1  Tuscaloosa, in the counties to the west and south --

2  well, to the north of Tuscaloosa, they are all losing

3  population.  And districts in those counties have to be

4  repopulated back up to the ideal population or within

5  five percent of the ideal population, and the only place

6  to get that additional population -- Well, there's two

7  ways to get it.  One is you can expand into our rural

8  counties, in which case, you wind up having an enormous

9  district, and that violates the guideline that districts

10  should be as compact as possible, or you can go into a

11  municipality like Tuscaloosa or Montgomery or Auburn and

12  divide it among several other districts.  It's not

13  because of maliciousness, necessarily, that

14  municipalities and counties for the same reason get

15  divided.  Sometimes that happens because it's necessary

16  in order to achieve equal population, which, along with

17  non-discrimination, takes priority over everything.

18          These hearings will conclude on the 16th, and

19  they are being transcribed by a court reporter.  I expect

20  that fairly soon, the transcriptions of these hearings

21  will start to appear on the Redistricting Committee

22  website.  To get to that website, you Google Alabama

23  legislature.  One of the drop-down tabs is redistricting.

24  If you go there, you'll be able to find the transcripts

25  of all the hearings, and you can read those, if you want

Page 9

 1    to, and see what attachments they have to them.

 2            At the same time, various senators and House

 3    members and state board of education members and

 4    Congressional members or their staff are starting to meet

 5    with the map drawer and have preliminary talks about how

 6    the districts should change.  If it's a district that has

 7    lost population, where should it take population from?

 8    If it's an adjoining district that needs to lose

 9    population, what population should be taken from that

10    district?  What do the incumbents prefer?  What makes

11    sense in terms of communities of interest, that sort of

12    thing?  So it can be a fairly complex process that takes

13    some time to get through.

14            Ultimately, all of that information will be

15    distilled into a bill that will be introduced by the

16    committee when we have -- when the governor calls a

17    special session for redistricting.  This has to be done

18    in a special session because we have elections in 2022,

19    and we've already had the regular session for 2021.

20    Nobody knows exactly when the governor will call the

21    special session for redistricting.  It may be in the

22    latter part of October.

23            Assuming that's the case, sometime before the

24    session starts, I imagine that a bill proposed by the

25    committee with new districts will be prefiled, and other

Page 10

1   legislators may also want to draw bills or submit

2   different legislative plans.  So there will probably be

3   for -- at least for the state board of education -- well,

4   for all four plans, there are going to be alternative

5   plans submitted, I think, not just one, and the

6   individual legislators who sponsor those plans control

7   when those plans are made public.  They can make them

8   public at the time that they introduce them or prefile

9   them, or they can make them public before then, but

10  that's not controlled by the committee.

11          Nevertheless, once the special session is

12  called, there will be committee hearings at which the

13  various plans will be looked at and discussed, and those

14  hearings are open to the public, and the legislative

15  special session will be live streamed so that you can, if

16  you continue to have an interest in this matter,

17  participate in that way.

18          Now, also, I think before I draw the -- before

19  we take testimony, I'd like to give you some information

20  about how districts are drawn.  The legislature can't

21  just draw districts in just any manner that it wishes.

22  It's bound by federal and state constitutional and

23  statutory requirements and by the race-neutral guidelines

24  that the legislature has adopted for itself.

25          So what are those?  The first overarching

Page 11

1    requirements are one person, one vote or population

2    equality must be achieved in the new districts.  And in

3    addition, the new district must be non-discriminatory.

4    They must comply with, in particular, the equal

5    protection clause of the federal constitution and section

6    two of the Voting Rights Act.

7            Beyond that, the legislature is bound by the

8    race-neutral criteria that it has established, and I'll

9    go over those in just a second.  But no district shall be

10   drawn in a manner that subordinates race-neutral

11   districting criteria to considerations of race, color or

12   membership in a language minority group except that race,

13   color or membership in a language minority group may

14   predominate over race-neutral districting criteria to

15   comply with section two of the Voting Rights Act,

16   provided there is a strong basis in evidence to support

17   such a race-based choice.  A strong basis in evidence

18   exists when there is good reason to believe that race

19   must be used in order to satisfy the Voting Rights Act.

20           When the legislature draws districts, it should

21   make them reasonably compact, which is a relative term,

22   for each plan, and all districts should reflect the

23   democratic will of the people, which is one reason for

24   these hearings, so that the legislature can receive

25   testimony from the people about how districts should be

Page 12

1   drawn.

2        Districts are drawn on the basis of total

3   population.  The census bureau reports many different

4   types of population.  For example, I could ask for

5   population of all people who have graduate degrees or all

6   people who have two cars and color TVs in their house,

7   but what we use for drawing districts is total

8   population, which is simply everybody who was in the

9   state and everybody who was in a district on census day.

10  And that could include, or it does include a lot of

11  people who can't vote, children, people under 18, people

12  who have lost the right to vote, people who are residing

13  in the state but are not citizens of the state or

14  citizens of the country.  Nevertheless, total population

15  has traditionally been the basis for drawing districts

16  and that's what the legislature will continue to use.

17       There are times when the legislature looks at a

18  subset of total population called voting age population,

19  which is 18 and older.  It may at times look, under

20  certain circumstances, at the white voting age population

21  and the black voting age population of a district, again,

22  to ensure compliance with the equal protection clause of

23  the federal constitution and the Voting Rights Act.

24       The number of state Senate districts, the

25  legislature has to draw 35 Senate districts and 105 House

1 districts, although the constitution would allow 106.

2 All districts are single-member districts.  Only one

3 person is elected from each district.  In some parts of

4 the country, there are multi-member districts, but we

5 only have single-member districts in Alabama.  When the

6 legislature draws districts, contests between incumbents

7 should be avoided, and the cores of existing districts

8 should be preserved.

9        In addition, every district is required to be

10 contiguous, which means that each point on its border has

11 to be in contact with another district or one of the

12 outer borders of the state.  Contiguity across water is

13 allowed.  So if your district is divided by a river or a

14 lake, that doesn't defeat contiguity.

15        Finally, districts should respect communities of

16 interest, neighborhoods and political subdivisions to the

17 extent practicable.  A community of interest is defined

18 as an area with recognized similarities of interest,

19 including, but not limited to, ethnic, racial, economic,

20 tribal, social, geographical and historical identities.

21 The term "communities of interest" may, in certain

22 circumstances, include political subdivisions such as

23 counties, voting precincts, municipalities, tribal lands

24 and reservations and school districts.  The discernment,

25 weighing and balancing of the very factors that

RC 045168

Page 14

1    contribute to communities of interest is an intensely

2    political process best carried out by the elected

3    representatives of the people.

4             In establishing legislative districts, the

5    Reapportionment Committee and the legislature shall give

6    due consideration to all these criteria that I have

7    discussed.  However, priority is to be given to the

8    compelling state interest requiring equality of

9    population among districts in compliance with the equal

10   protection clause of the Voting Rights Act of 1965.

11            In addition, these criteria are not listed in

12   order of precedence, and in each instance where they may

13   conflict, the legislature shall, at its discretion,

14   determine which takes priority.

15            We're ready now to receive testimony, and the

16   first person who has signed up to speak is Brock Kelly.

17   And, Mr. Kelly, if you could come up to the podium,

18   please.

19            By the way, if any of the speakers have paper

20   notes or they have a map or anything like that that they

21   want to introduce into the record as an exhibit to their

22   testimony, just let the coordinator there at Lurleen B.

23   Wallace State know, and that will be forwarded to us and

24   included in the transcript.

25            Welcome, Mr. Kelly.

1        MR. KELLY:  Thank you.  My name is Brock Kelly.

2   I'm the president of Lurleen B. Wallace Community College

3   and, first and foremost, I wanted to welcome you guys to

4   the campus, welcome to the audience, welcome everyone

5   online.  This meeting me know is important for our

6   district.  It's important for our state, and we are just

7   honored to be able to host this meeting.  Thank you.

8        MR. WALKER:  Thank you.  Thank you again for

9   hosting the meeting.

10        The next person is Christopher -- and I'm sorry,

11   Christopher.  I can't quite read your last name.

12        MR. BENNETT:  Bennett.

13        MR. WALKER:  I'm sorry.  Christopher Bennett.

14   Mr. Bennett, please come up.

15        MR. BENNETT:  My name is Christopher Bennett,

16   and I'm the chairman of the Walker County Democratic

17   Committee, and I don't know whether this is a testimony

18   or not, but I do have a question.  I know we're dealing

19   with the Senate and the House plan for redistricting.  My

20   question is -- I have a question:  Would any information

21   be given for redistricting in the Butler County

22   Commissioner and board of education districts?  And my

23   second question is, where can we find this information or

24   where can this information be obtained?

25        MR. WALKER:  The Butler County -- and I'm

Page 16

1    thinking you were referring to Butler County Board of
2    Education districts -- will be handled by the Butler
3    County Commission and the Butler County School Board.  In
4    some counties, those districts are congruent, and the
5    same districts serve both bodies.  In other counties,
6    regardless of whether or not they have the same number of
7    districts, they're done differently, and I don't know how
8    Butler County does it, but that's a matter that will be
9    handled by them.
10             By state law, county boards of educations are
11   required to redistrict within six months after release of
12   the redistricting data.  So that would be six months from
13   August 12 would be the deadline for the Butler County
14   Board of Education to complete its redistricting.  So you
15   would have to go to the websites for those two bodies to
16   find out what their redistricting procedures are going to
17   be and when they're going to have hearings and that sort
18   of thing.
19             Did I answer your first question?
20             MR. BENNETT:  Pretty much, yes.
21             MR. WALKER:  And what, again, was your second
22   question?
23             MR. BENNETT:  My second question is where can
24   this information be obtained here in the county?
25             MR. WALKER:  The county commission and the state

Page 17

1   board of education, but you can also go to the census

2   bureau, and you can see -- you can get a lot of

3   information that is available online now about your

4   county, about the population of any municipality with

5   5,000 or more people within your county, and that may be

6   useful to you, too.  Just go to Quick Facts or google

7   Census Bureau Quick Facts and go to the tab Alabama and

8   then Butler County, and you can start from there.

9   There's a huge amount of information available at the

10  county level.

11          But in terms of particular -- what the districts

12  are now and what the populations of those districts are,

13  that information would come from the county commission

14  and the board of education.

15          MR. BENNETT:  So you're saying that none of this

16  information has been sent to anyone in the county as it

17  relates to the commissioner districts?

18          MR. WALKER:  This is a hearing on legislature

19  redistricting.

20          MR. BENNETT:  Yeah.  I know it.

21          MR. WALKER:  Okay.  And I'm not sure if I

22  understand the question.  The census bureau data is

23  available to the county commission and to the board of

24  education.  Also, once the legislature completes its

25  redistricting, the reapportionment office is available to

Page 18

1  assist the boards of education and county commission and

2  other local governments with their redistricting.  In

3  addition, a number of other sources, such as Alabama

4  State University and some of the regional development

5  offices have redistricting software that can help with

6  redistricting, too.

7          MR. BENNETT:  Thank you.

8          MR. WALKER:  Yes, sir.

9          The next person who has asked to speak is Mr., I

10  think, McWilliams.  I can't quite read your first name,

11  and I apologize.

12          MR. MCWILLIAMS:  It's Jackie.  Good morning.

13          MR. WALKER:  Good morning, Mr. McWilliams.

14          MR. MCWILLIAMS:  Just call me Jackie.  Okay?

15  I'm on the county commission of district two, and excuse

16  my attire, but I own a barbecue place on I-65 and didn't

17  really feel like putting a suit on for y'all.  But if

18  you're ever looking for good barbecue --

19          MR. WALKER:  Wait a second.  Court reporter, can

20  you hear what he's saying?  You might need to move a

21  little closer to the microphone, sir.

22          MR. MCWILLIAMS:  Okay.  First of all, thank you

23  for coming here today and giving us the opportunity to

24  talk about these lines.

25          Certainly, we weren't aware that it was not

Page 19

```
 1   something that dealt with county commission lines or
 2   board of education lines, so we won't trouble you any
 3   further except to say that we have not received those
 4   numbers yet from the county or what they actually are and
 5   will go through the process of finding that out.
 6           But in looking at the Congressional lines and
 7   also looking at the state board of education lines from
 8   the map and realizing I've only had a few minutes to look
 9   at this since I've been here, certainly we're down in
10   population, and we're down in population with the
11   districts that we join, which would be seven in the
12   Congressional district and then five in the state board
13   of education.  So we're losing population in these areas.
14           I guess what I would take with me this morning
15   is that certainly we see those numbers went down, but we
16   don't want -- and you clarified some of it in some of
17   your topics about keeping numbers as relates to race
18   where it will be beneficial to both races.  We don't want
19   a race where one district is so predominant that either
20   section doesn't have a little bit of voice in this.  All
21   our sections here in Butler County, people are divided
22   because of the demographics that we have in Butler
23   County.  We're pretty much 52, 53.7, so we want to keep a
24   voting perspective to that.  So I'd like to put that in
25   our place in Butler County.
```

1         We know you have a tough task in front of you

2    trying to do this.  I've been on the county commission 22

3    years, so this is the third time that I have been

4    involved in this.  I realize it's very tedious, and

5    you're dealing with a lot of emotional factors from a lot

6    of different people, but we wanted to put that two cents

7    worth in and let you know that we just want to make sure

8    that we have good, fair representation on not only local

9    levels but also on state levels.

10            Thank you so much.

11            MR. WALKER:  Thank you very much,

12   Mr. McWilliams.

13            Is there anyone else present in the auditorium

14   who would like to speak?  If so, just come on up to --

15   Yes, sir.  Come on up to the podium -- rostrum.

16            (Inaudible.)

17            MR. WALKER:  I'm sorry.  Would you state your

18   name clearly and slowly for the court reporter?

19            MR. WEST:  George (phonetic) West, city council

20   (inaudible)

21            MR. WALKER:  Spell your last name, please.

22            (Inaudible.)

23            MR. WALKER:  I'm sorry.  We couldn't quite make

24   that out.

25            (Inaudible.)

RC 045175

Page 21

```
 1          MR. Walker:  W-E-S-T?  Joe West?
 2          MR. WEST:  Joe West (inaudible.)  Either one is
 3    fine.  Thank you for holding this seminar.  I guess my
 4    question is, as the Alabama legislature is getting ready
 5    to draw the lines and determine what the new
 6    Congressional lines will be and the state Senate lines
 7    will be and the state board of education lines will be, I
 8    think we're in a district now that lost population.  For
 9    instance, the first I'm looking at, we're minus 3.382,
10    and I guess my question to you is maybe a dumb question,
11    that if you lose population, does that mean that you're
12    maybe put in another district, or if you lose population,
13    will a district who gained come over into your district?
14          MR. WALKER:  No, it's a very good question, and
15    I'm not sure if you were talking about the Congressional
16    district or one of your legislative districts, but the
17    principle is the same for all.  We start with the ideal
18    population, whatever that is.  Let's say -- Let's just
19    say 47,820 for a house district, and if a district has
20    lost population, then, yes, it's got to get some
21    population from somewhere else.  So that means,
22    typically, that that district's boundaries are going to
23    expand into another area to pick up more citizens.
24    Conversely, if a district is overpopulated, it has to
25    shed population, and so it will contract in order to give
```

RC 045176

Page 22

```
 1   population to districts that need it.  And that's sort of
 2   the phenomenon I was talking about when earlier I
 3   referred to, by example, the city of Tuscaloosa being
 4   split up into a number of different districts so that it
 5   can give its excess population to districts that need it.
 6            So that was a good question.  Anyone else in the
 7   auditorium who would like to speak?
 8            MR. WEST:  Thank you very much.  That answered
 9   my question.
10            MR. WALKER:  Thank you, Mr. West.
11            Is there anyone participating remotely who --
12            MS. OVERTON:  I've been told Jackie Woods, who
13   is at the college, would like to speak.  Jackie.
14            MR. WALKER:  Is this Jackie Woods?
15            MR. WOODS:  Yes, I'm Dr. Woods and, first, I
16   would like to thank each of you for just giving us this
17   great opportunity to learn.
18            I have a question.  I'm just going to give it
19   and look at -- Our community is -- Let's just look at an
20   example.  If you have a population, let's say, 37,540,
21   whatever, I'm going to talk approximately, and that's
22   total population for a county, then you look at minority
23   representatives, minorities in that particular population
24   would be, let's say, 13 percent, so within a proximity of
25   about 4,880, somewhere within that area.  Don't hold me
```

Page 23

1   to that.  So if you're looking at -- And you mentioned

2   the fact in terms of race, 1965 voters.  And in looking

3   at how the districting itself, primarily, you have 13

4   particular counties in that area that the example is

5   coming from, and it's scattered.

6           So my question to you -- When I say "scattered,"

7   all over in terms of that 4,000 number that I have

8   mentioned.  So if you want to get what's fair for all,

9   some type of representation for the minorities, that

10  4,000 group, what would be the best method for fair

11  representation for all?

12          And I'll say this:  Over right at 200 years,

13  there has never been a minority on that particular set

14  that I'm speaking of, without saying too much.  So how

15  would you go about doing that?  And you could look at

16  packing, you could pack it, but you would have to look at

17  how you would go about redistricting that particular

18  section taken from a scattered and then look at the

19  minority representation where it does not have any type

20  of impact; whereas, they would get some type, some

21  type -- and I'm coming with this -- over 200 years there

22  has never been a minority in that particular section.

23          MR. WALKER:  I'm not quite sure that I

24  understand your question, but I'll make a stab at it, and

25  you can tell me if I've been helpful.

RC 045178

Page 24

```
 1            The Voting Rights Act, section two, requires the
 2      drawing of a majority minority district -- and I'll just
 3      say a minority black district is what it's going to be in
 4      Alabama -- if it's possible to do so.  And one of the
 5      first determinants of that is whether there is a
 6      sufficiently numerous and geographically compact black
 7      population.  And without knowing what jurisdiction you're
 8      talking about and how many districts there are under
 9      consideration, I couldn't go --
10            MR. WOODS:  Five districts, five.
11            MR. WALKER:  If there are five districts, then
12      you would -- In order to -- I guess, the first thing you
13      would look for is, is there a minority population here
14      that is sufficiently numerous to form a majority in one
15      of five districts or two of five districts, depending
16      upon whatever it is, and then is that population in a
17      relatively compact area so that it can be drawn into one
18      or two or whatever districts, or is it spread out
19      homogeneously throughout the county as a whole?  If it's
20      the latter, then you can't draw a majority black
21      district.  So that would be the first thing that you
22      would look at.
23            There are some other ways to skin the cat.
24      There are a few jurisdictions in Alabama that don't have
25      single-member districts.  They use alternative -- They
```

RC 045179

Page 25

1   have black and white population, but they don't have

2   single-member districts.  They use an alternative voting

3   system called cumulative voting, and that is a way where,

4   if there is a sufficient number of minority population,

5   everybody runs at large, but the voting system is such

6   that if the minority population -- For example, if there

7   are five seats on the county commission, each person gets

8   five votes and you can spend those votes any way you

9   want.  If the minority population spends all of its votes

10  on a preferred minority candidate under the cumulative

11  voting system, then they can elect someone at large.  And

12  that system is used in some counties and is particularly

13  helpful where there are not geographically compact

14  populations of minority members but there are

15  sufficiently large numbers of minority members in that

16  jurisdiction.

17          Is that a helpful answer to you?

18          MR. WOODS:  It is.  So how does one go about

19  implementing or asking for the cumulative vote?  How do

20  they go down that path?

21          MR. WALKER:  That would have to be done by a

22  local law by your delegation.  They could pass a local

23  law that would say in X, Y, Z county elections for the

24  county commission or whatever would be done by cumulative

25  voting.

Page 26

```
1            MR. WOODS:  Okay.  I thank you.

2            MR. WALKER:  Yes, sir.  Thank you for your

3    questions and comments.

4            MR. WOODS:  Have a great remaining afternoon.

5    Thank you.

6            MR. WALKER:  Thank you.

7            Anyone who wants to make a question or comment

8    remotely?

9            MS. OVERTON:  Yes.  We've got a couple of

10   comments and questions.

11           MS. PATTON:  Hello.  My name is Sylvia, and I

12   just have a couple of questions that I would like to ask.

13   Number one is --

14           MR. WALKER:  Last name?

15           MS. PATTON:  Patton.

16           MR. WALKER:  Patton?  Okay.  Thank you.  And if

17   you can speak closer into the microphone, we're having a

18   little bit of difficulty hearing y'all.

19           MS. PATTON:  Okay.  One of the questions that I

20   have, and I want you to hear me, is you were saying that

21   after the census, that we have six months before

22   redistricting is done, and by August the 12th we

23   should -- No.  I want to ask questions kind of like

24   locally for the county.  So you have six months before

25   you Do the state districts, but like the county, how long
```

RC 045181

Page 27

1  will they have before they do the county redistricting,

2  is one of the questions I wanted to know.

3          And the second question is getting back to what

4  Dr. Woods was saying, who determines on the county -- who

5  determines about redistricting the counties?  And let me

6  give you an example.  I'm a city councilwoman for the

7  city of (inaudible) Alabama, and district one is

8  predominantly black, and district one is the district

9  that I won in.  And another place in (inaudible) county

10  may be predominantly black in district one (inaudible)

11  was scattered.  And how could we -- When can we and how

12  can we go to the county commission and decide

13  redistricting by the use of numbers, because we have the

14  numbers of the blacks that are in the county, but when we

15  go to the county side, it's scattered.  How can we

16  correct that?  Who do we need to talk to in order to

17  change that?

18          And then the third question is, when you get

19  ready to vote on county commission, why can't -- Is there

20  two elections where, okay, you have one election where

21  you vote for the person that wins it.  And then later on

22  you come in, and is it legal for everyone to vote for

23  that district?  Because in Florala, when I run in

24  district one, that's who I'm competing against, somebody

25  in district one.  Everybody in district two, three, four

Page 28

```
 1   and five cannot vote for me because they're not in my
 2   district.  So where is that -- How can you -- If they're
 3   not in district one, they're not supposed to be voting
 4   for you and not somebody from district two, three, four,
 5   five.  That's how votes get scattered.
 6          MR. WALKER:  Your questions are a little bit
 7   outside the scope of the hearing, which is about
 8   redistricting for the state offices.  I just don't
 9   remember off the top of my head if there is a timeline
10   for county commissions to redistrict.  There is, of
11   course, a practical timeline in that redistricting has to
12   be completed before elections in 2022 or whenever the
13   next elections are for your county commission.
14          For the rest of your questions, I think you need
15   to take those up with your county commission attorney who
16   should be able to answer those.
17          MS. PATTON:  All right.  Thank you.
18          MR. WALKER:  Thank you, ma'am.
19          I'm going to see if we've got any questions from
20   people who are participating remotely now.
21          MS. OVERTON:  Yes.  We've got three.  The first
22   is from Tabitha Isner.  She just wanted some
23   clarification.
24          "Did you say that compactness would be
25   prioritized over communities of interest?"
```

1          MR. WALKER:  No, I did not say that compactness

2     was prioritized over communities of interest.  I think

3     what I said is that sometimes those two criteria can

4     conflict, and the legislature has to make a choice.

5          MS. OVERTON:  Okay.  The second question comes

6     from Felecia Scalzetti.

7          "Please repeat the timeline regarding draft

8     maps.  Does the committee already have maps drafted that

9     they are adjusting after hearing comments, or will they

10    wait until the end of the public comments on the 16th to

11    start drafting?"

12         MR. WALKER:  There are no existing maps at this

13    point that I know of.  I know that -- I mean, there may

14    be various legislators who are working on maps either not

15    on the reapportionment system or they're working on the

16    reapportionment system but they're confidential until

17    they're released by the legislature.  So if somebody were

18    coming in here and working on something, I would not know

19    it unless it was made public.

20         There is -- There are, however, conversations

21    ongoing with a map drawer and the members of the

22    legislature and the state board of education and the

23    Congressional delegation about how they want their maps

24    redrawn, and that's where we are right now as we're

25    receiving these comments.

1          But the transcripts of these hearing will be

2    made available to the map drawers and to the legislators.

3          MS. OVERTON:  We have a final comment from

4    Kendra Majors.

5          "In the earlier hearing, you vaguely touched on

6    the fact that redistricting in Alabama is not really

7    non-partisan.  How does that work to guarantee fair

8    districts and fair representation for all Alabamians

9    given that one party overwhelmingly controls the Alabama

10   legislature currently?"

11         MR. WALKER:  I'm not going to answer that

12   question.  Fairness is in the eyes of the beholder, and I

13   think that's where I'll leave it.

14         MS. OVERTON:  No other questions or comments.

15         MR. WALKER:  Is there anybody else in the

16   auditorium who wants to speak?

17         All right.  There being no one else who wants to

18   speak, thank you to everyone for participating either

19   remotely or by coming to the auditorium.  Your

20   participation is important to the process.

21         Thank you for Lurleen B. Wallace Community

22   College for allowing us to have the hearing at your

23   facility, and this hearing is now closed.

24         (Exhibit 1 marked.)

25                        ****

RC 045185

Page 31

1                    C E R T I F I C A T E

2

3    STATE OF ALABAMA      )

4    COUNTY OF MOBILE      )

5

6         I hereby certify that the above and foregoing

7    deposition was taken down by me in stenotype and

8    transcribed by means of computer-aided transcription, and

9    that the foregoing is a true and correct transcript of

10   the testimony given by said witness upon said hearing.

11        I further certify that I am neither of counsel

12   nor of kin to any of the parties, nor am I in anywise

13   interested in the result of said cause.

14        I further certify that I am duly licensed by the

15   Alabama Board of Court Reporting as a Certified Court

16   Reporter as evidenced by the ACCR number following my

17   name found below.

18

19

20                    _Kathleen F. Cavazos_

21                    KATHLEEN F. CAVAZOS, RPR, ACCR302

22                    NOTARY PUBLIC

23                    MY COMMISSION EXPIRES:  12/16/23

24

25

| 1 |
| --- |
| **1**   2:16 30:24 |
| **10**   3:18,21 7:22 |
| **101**   5:13 |
| **105**   7:11 12:25 |
| **106**   13:1 |
| **11:00**   1:10 |
| **12**   16:13 |
| **12/16/23**   31:23 |
| **12th**   26:22 |
| **13**   22:24 23:3 |
| **143,551**   4:17 7:7 |
| **15**   2:8,9 |
| **16th**   8:18 29:10 |
| **18**   2:10 12:11,19 |
| **18281**   31:20 |
| **1965**   14:10 23:2 |

| 2 |
| --- |
| **2,700**   4:25 |
| **20**   2:11 |
| **200**   23:12,21 |
| **2020**   4:14 |
| **2021**   1:9 9:19 |
| **2022**   9:18 28:12 |
| **22**   2:12 20:2 |
| **23**   4:15,19 |
| **24,000**   4:15 |
| **25**   4:23 |
| **26**   2:13 |

| 3 |
| --- |
| **3**   2:3 |
| **3,200**   5:2 |
| **3.382**   21:9 |
| **30**   2:16 |
| **31**   4:24 |
| **35**   7:7 12:25 |
| **36037**   1:15 |
| **37,540**   22:20 |

| 4 |
| --- |
| **4,000**   23:7,10 |
| **4,500**   5:1 |
| **4,880**   22:25 |
| **47,820**   21:19 |

| 5 |
| --- |
| **5**   2:4 |
| **5,000**   17:5 |
| **5,600**   5:1 |
| **52**   19:23 |
| **53.7**   19:23 |

| 6 |
| --- |
| **6**   2:5 |
| **6,200**   4:23,24 |
| **65**   18:16 |
| **69**   4:25 |

| 7 |
| --- |
| **750**   1:14 |

| 9 |
| --- |
| **90**   5:1 |
| **92**   5:1 |
| **9th**   1:9 |

| a |
| --- |
| **a.m.**   1:10 |
| **able**   8:24 15:7 |
| 28:16 |
| **accr**   31:16 |
| **accr302**   31:21 |
| **achieve**   8:16 |
| **achieved**   11:2 |
| **act**   11:6,15,19 |
| 12:23 14:10 24:1 |
| **addition**   11:3 13:9 |
| 14:11 18:3 |
| **additional**   8:6 |
| **adjacent**   5:5 |
| **adjoining**   9:8 |
| **adjust**   4:20 |

**adjusting**   29:9
**adopted**   10:24
**afternoon**   26:4
**age**   12:18,20,21
**aided**   31:8
**alabama**   1:5,15
3:23 4:6 8:22 13:5
17:7 18:3 21:4 24:4
24:24 27:7 30:6,9
31:3,15
**alabamians**   30:8
**allow**   13:1
**allowed**   13:13
**allowing**   30:22
**alternative**   10:4
24:25 25:2
**amount**   17:9
**answer**   16:19 25:17
28:16 30:11
**answered**   22:8
**anybody**   3:15
30:15
**anywise**   31:12
**apologize**   18:11
**appear**   8:21
**approximately**
22:21
**area**   4:15,23,25
13:18 21:23 22:25
23:4 24:17
**areas**   3:24,25 7:25
19:13
**asked**   18:9
**asking**   25:19
**assist**   18:1
**assuming**   9:23
**attachments**   9:1
**attendance**   2:16
**attending**   6:17
**attire**   18:16

**attorney**   3:12
28:15
**auburn**   7:23 8:11
**audience**   15:4
**auditorium**   6:16
20:13 22:7 30:16
30:19
**august**   16:13 26:22
**available**   17:3,9,23
17:25 30:2
**avoided**   13:7
**aware**   18:25

| b |
| --- |
| **b**   1:13 6:14 14:22 |
| 15:2 30:21 |
| **back**   4:3 8:4 27:3 |
| **balancing**   13:25 |
| **barbecue**   18:16,18 |
| **based**   4:14 11:17 |
| **basis**   11:16,17 12:2 |
| 12:15 |
| **beginning**   1:10 |
| **beholder**   30:12 |
| **believe**   11:18 |
| **beneficial**   19:18 |
| **bennett**   2:9 15:12 |
| 15:12,13,14,15,15 |
| 16:20,23 17:15,20 |
| 18:7 |
| **best**   14:2 23:10 |
| **beyond**   11:7 |
| **bill**   9:15,24 |
| **bills**   10:1 |
| **bit**   19:20 26:18 |
| 28:6 |
| **black**   12:21 24:3,6 |
| 24:20 25:1 27:8,10 |
| **blacks**   27:14 |
| **board**   4:7 6:25 7:11 |
| 9:3 10:3 15:22 16:1 |
| 16:3,14 17:1,14,23 |

RC 045187

19:2,7,12 21:7
29:22 31:15
**boards** 16:10 18:1
**bobby** 3:13
**bodies** 16:5,15
**border** 13:10
**borders** 13:12
**bound** 10:22 11:7
**boundaries** 21:22
**bring** 4:21 6:3
**brock** 2:8 14:16
15:1
**bump** 7:20
**bureau** 12:3 17:2,7
17:22
**butler** 15:21,25
16:1,2,3,8,13 17:8
19:21,22,25
**bypass** 1:14

**c**

**c** 31:1,1
**calculated** 7:10
**call** 9:20 18:14
**called** 5:15,17 7:2
10:12 12:18 25:3
**calls** 9:16
**camera** 3:16
**cameras** 3:5
**campus** 15:4
**candidate** 25:10
**capture** 4:21
**carried** 14:2
**cars** 12:6
**case** 7:25 8:8 9:23
**cat** 24:23
**catch** 4:2
**cause** 31:13
**cavazos** 1:21 31:21
**cell** 3:3
**census** 3:18 4:14
12:3,9 17:1,7,22

26:21
**centers** 7:24
**cents** 20:6
**certain** 12:20 13:21
**certainly** 18:25
19:9,15
**certified** 31:15
**certify** 31:6,11,14
**chair** 3:8,10
**chairman** 5:14
15:16
**change** 9:6 27:17
**changes** 5:3
**children** 12:11
**choice** 11:17 29:4
**chris** 2:4 3:10 5:12
**christopher** 2:9
15:10,11,13,15
**circumstances**
12:20 13:22
**cities** 7:15,23
**citizens** 12:13,14
21:23
**city** 20:19 22:3 27:6
27:7
**clair** 3:8
**clarification** 28:23
**clarified** 19:16
**clause** 11:5 12:22
14:10
**clearly** 5:18 20:18
**closed** 30:23
**closer** 3:24 18:21
26:17
**college** 1:13 6:15
15:2 22:13 30:22
**color** 11:11,13 12:6
**come** 5:17 6:16
14:17 15:14 17:13
20:14,15 21:13
27:22

**comes** 29:5
**coming** 3:15 18:23
23:5,21 29:18
30:19
**comment** 26:7 30:3
**comments** 5:24
6:10 26:3,10 29:9
29:10,25 30:14
**commission** 16:3
16:25 17:13,23
18:1,15 19:1 20:2
25:7,24 27:12,19
28:13,15 31:23
**commissioner**
15:22 17:17
**commissions** 28:10
**committee** 1:5 3:13
3:14 4:4,12 5:14
6:6 7:18 8:21 9:16
9:25 10:10,12 14:5
15:17 29:8
**communities** 7:21
9:11 13:15,21 14:1
28:25 29:2
**community** 1:13
5:19 6:14 13:17
15:2 22:19 30:21
**compact** 8:10 11:21
24:6,17 25:13
**compactness** 28:24
29:1
**compelling** 14:8
**competing** 27:24
**complete** 16:14
**completed** 28:12
**completes** 17:24
**complex** 9:12
**compliance** 12:22
14:9
**comply** 11:4,15

**computer** 31:8
**concept** 4:22
**conclude** 8:18
**confidential** 29:16
**conflict** 14:13 29:4
**congressional** 4:5
9:4 19:6,12 21:6,15
29:23
**congruent** 16:4
**consequence** 7:13
**consideration** 14:6
24:9
**considerations**
11:11
**constitution** 11:5
12:23 13:1
**constitutional**
10:22
**contact** 13:11
**contests** 13:6
**contiguity** 13:12,14
**contiguous** 13:10
**continue** 10:16
12:16
**contract** 21:25
**contribute** 14:1
**control** 10:6
**controlled** 10:10
**controls** 30:9
**conversations**
29:20
**conversely** 21:24
**coordinator** 14:22
**cores** 13:7
**correct** 27:16 31:9
**council** 20:19
**councilwoman**
27:6
**counsel** 31:11
**counties** 7:15 8:1,3
8:8,14 13:23 16:4,5

RC 045188

23:4 25:12 27:5
**country** 12:14 13:4
**county** 3:8 15:16
  15:21,25 16:1,3,3,8
  16:10,13,24,25
  17:4,5,8,10,13,16
  17:23 18:1,15 19:1
  19:4,21,23,25 20:2
  22:22 24:19 25:7
  25:23,24 26:24,25
  27:1,4,9,12,14,15
  27:19 28:10,13,15
  31:4
**couple** 26:9,12
**course** 28:11
**court** 1:22 4:10 6:1
  8:19 18:19 20:18
  31:15,15
**criteria** 11:8,11,14
  14:6,11 29:3
**cumulative** 25:3,10
  25:19,24
**currently** 30:10

**d**

**d** 2:1
**data** 3:18 4:14,14
  16:12 17:22
**day** 12:9
**deadline** 16:13
**deal** 6:7
**dealing** 15:18 20:5
**dealt** 19:1
**decide** 5:21 27:12
**defeat** 13:14
**defined** 13:17
**degrees** 12:5
**delegation** 25:22
  29:23
**democratic** 11:23
  15:16

**demographics**
  19:22
**depending** 24:15
**deposition** 31:7
**determinants** 24:5
**determine** 14:14
  21:5
**determines** 27:4,5
**development** 18:4
**devices** 3:3
**different** 10:2 12:3
  20:6 22:4
**differently** 16:7
**difficulty** 26:18
**direction** 3:24
**discernment** 13:24
**discretion** 14:13
**discrimination**
  8:17
**discriminatory**
  11:3
**discuss** 6:8
**discussed** 10:13
  14:7
**distilled** 9:15
**district** 4:2,13,15
  4:17,17,21 5:5,6,13
  5:20 6:24 8:9 9:6,8
  9:10 11:3,9 12:9,21
  13:3,9,11,13 15:6
  18:15 19:12,19
  21:8,12,13,13,16
  21:19,19,24 24:2,3
  24:21 27:7,8,8,10
  27:23,24,25,25
  28:2,3,4
**district's** 21:22
**districting** 11:11
  11:14 23:3
**districts** 4:2,25 5:3
  5:20 7:1,5,6,11 8:3

8:9,12 9:6,25 10:20
10:21 11:2,20,22
11:25 12:2,7,15,24
12:25 13:1,2,2,4,5
13:6,7,15,24 14:4,9
15:22 16:2,4,5,7
17:11,12,17 19:11
21:16 22:1,4,5 24:8
24:10,11,15,15,18
24:25 25:2 26:25
30:8
**divide** 7:6 8:12
**divided** 7:4 8:15
  13:13 19:21
**doing** 23:15
**dorman** 2:5 3:11
  6:11
**dr** 22:15 27:4
**draft** 29:7
**drafted** 29:8
**drafting** 29:11
**draw** 10:1,18,21
  12:25 21:5 24:20
**drawer** 9:5 29:21
**drawers** 30:2
**drawing** 4:4,5 12:7
  12:15 24:2
**drawn** 10:20 11:10
  12:1,2 24:17
**draws** 11:20 13:6
**driven** 7:2
**drives** 7:12
**drop** 8:23
**dropped** 4:19
**due** 14:6
**duly** 31:14
**dumb** 21:10

**e**

**e** 2:1 21:1 31:1,1
**earlier** 22:2 30:5

**echo** 3:6
**economic** 13:19
**education** 4:7 6:25
  7:11 9:3 10:3 15:22
  16:2,14 17:1,14,24
  18:1 19:2,7,13 21:7
  29:22
**educations** 16:10
**eight** 7:10
**either** 19:19 21:2
  29:14 30:18
**elect** 25:11
**elected** 13:3 14:2
**election** 27:20
**elections** 9:18
  25:23 27:20 28:12
  28:13
**emotional** 20:5
**employed** 3:12
**enormous** 8:8
**ensure** 12:22
**equal** 7:1 8:16 11:4
  12:22 14:9
**equality** 7:20 11:2
  14:8
**equalizing** 6:22
**established** 11:8
**establishing** 14:4
**ethnic** 13:19
**everybody** 3:1 12:8
  12:9 25:5 27:25
**evidence** 11:16,17
**evidenced** 31:16
**exactly** 7:1 9:20
**example** 4:1 7:21
  12:4 22:3,20 23:4
  25:6 27:6
**excess** 22:5
**excuse** 18:15
**exhibit** 2:15,16 6:3
  14:21 30:24

**existing** 13:7 29:12
**exists** 11:18
**expand** 8:7 21:23
**expect** 8:19
**expires** 31:23
**explain** 7:18
**explanations** 6:19
**extent** 13:17
**eyes** 30:12

**f**

**f** 1:21 31:1,21
**facility** 30:23
**fact** 23:2 30:6
**factors** 13:25 20:5
**facts** 17:6,7
**fair** 20:8 23:8,10
    30:7,8
**fairly** 7:24 8:20
    9:12
**fairness** 30:12
**federal** 10:22 11:5
    12:23
**feel** 18:17
**felecia** 29:6
**final** 30:3
**finally** 13:15
**find** 8:24 15:23
    16:16
**finding** 19:5
**fine** 21:3
**first** 10:25 14:16
    15:3 16:19 18:10
    18:22 21:9 22:15
    24:5,12,21 28:21
**five** 4:18 7:4,6 8:5
    19:12 24:10,10,11
    24:15,15 25:7,8
    28:1,5
**florala** 27:23
**folks** 3:22

**following** 31:16
**foregoing** 31:6,9
**foremost** 15:3
**form** 24:14
**forwarded** 14:23
**found** 31:17
**four** 10:4 27:25
    28:4
**front** 20:1
**further** 19:3 31:11
    31:14

**g**

**gain** 5:5
**gained** 21:13
**geographical** 13:20
**geographically**
    24:6 25:13
**george** 20:19
**germane** 6:10
**getting** 21:4 27:3
**give** 4:9,10,13
    10:19 14:5 21:25
    22:5,18 27:6
**given** 14:7 15:21
    30:9 31:10
**giving** 18:23 22:16
**go** 4:11 5:7 6:19
    8:10,24 11:9 16:15
    17:1,6,7 19:5 23:15
    23:17 24:9 25:18
    25:20 27:12,15
**going** 4:20 5:8 7:3
    10:4 16:16,17
    21:22 22:18,21
    24:3 28:19 30:11
**good** 7:17 11:18
    18:12,13,18 20:8
    21:14 22:6
**google** 8:22 17:6
**governments** 18:2

**governor** 9:16,20
**graduate** 12:5
**great** 22:17 26:4
**greenville** 1:14,15
    6:15
**group** 11:12,13
    23:10
**guarantee** 30:7
**guess** 19:14 21:3,10
    24:12
**guideline** 8:9
**guidelines** 10:23
**guys** 15:3

**h**

**handled** 16:2,9
**happen** 5:4
**happens** 3:21 7:22
    8:15
**head** 28:9
**hear** 4:8 7:18 18:20
    26:20
**hearing** 1:6 5:22
    6:1,4,7,13,15,17
    17:18 26:18 28:7
    29:9 30:1,5,22,23
    31:10
**hearings** 7:14 8:18
    8:20,25 10:12,14
    11:24 16:17
**held** 1:8
**hello** 6:13 26:11
**help** 3:5 18:5
**helpful** 6:20 7:19
    23:25 25:13,17
**historical** 13:20
**hold** 22:25
**holding** 21:3
**home** 3:8
**homogeneously**
    24:19

**honored** 15:7
**host** 15:7
**hosting** 6:15 15:9
**house** 3:10 4:6,25
    4:25 5:1,13,13 7:12
    9:2 12:6,25 15:19
    21:19
**huge** 17:9

**i**

**idea** 4:13 6:21
**ideal** 3:25 4:3,17
    6:21 7:2,5,9 8:4,5
    21:17
**ideas** 4:9
**identities** 13:20
**imagine** 9:24
**impact** 23:20
**implementing**
    25:19
**important** 15:5,6
    30:20
**inaudible** 20:16,20
    20:22,25 21:2 27:7
    27:9,10
**include** 12:10,10
    13:22
**included** 14:24
**including** 13:19
**incumbents** 9:10
    13:6
**indicated** 6:22
**individual** 10:6
**information** 9:14
    10:19 15:20,23,24
    16:24 17:3,9,13,16
**input** 4:7
**instance** 14:12 21:9
**intensely** 14:1
**interest** 7:21 9:11
    10:16 13:16,17,18
    13:21 14:1,8 28:25

RC 045190

29:2
**interested** 31:13
**interesting** 5:4
**introduce** 6:3 10:8
   14:21
**introduced** 9:15
**involved** 20:4
**isner** 28:22
**issue** 6:10

**j**

**jackie** 2:10,12
   18:12,14 22:12,13
   22:14
**jim** 2:3 3:7
**joe** 2:11 21:1,2
**join** 19:11
**joining** 3:10
**jurisdiction** 24:7
   25:16
**jurisdictions** 24:24

**k**

**kathleen** 1:21
   31:21
**keep** 6:9 19:23
**keeping** 19:17
**kelly** 2:8 14:16,17
   14:25 15:1,1
**kendra** 30:4
**kin** 31:12
**kind** 26:23
**know** 14:23 15:5,17
   15:18 16:7 17:20
   20:1,7 27:2 29:13
   29:13,18
**knowing** 24:7
**knows** 9:20

**l**

**lake** 13:14
**lands** 13:23

**language** 11:12,13
**laptops** 3:3
**large** 25:5,11,15
**late** 3:15
**latitude** 4:18
**law** 16:10 25:22,23
**learn** 22:17
**leave** 3:24 30:13
**left** 3:11
**legal** 27:22
**legislative** 6:25
   10:2,14 14:4 21:16
**legislators** 10:1,6
   29:14 30:2
**legislature** 6:9 8:23
   10:20,24 11:7,20
   11:24 12:16,17,25
   13:6 14:5,13 17:18
   17:24 21:4 29:4,17
   29:22 30:10
**level** 17:10
**levels** 20:9,9
**licensed** 31:14
**limited** 5:16 13:19
**lines** 18:24 19:1,2,6
   19:7 21:5,6,6,7
**list** 2:16
**listed** 14:11
**little** 18:21 19:20
   26:18 28:6
**live** 10:15
**local** 18:2 20:8
   25:22,22
**locally** 26:24
**located** 3:21
**location** 1:12
**long** 26:25
**look** 12:19 19:8
   22:19,19,22 23:15
   23:16,18 24:13,22

**looked** 10:13
**looking** 18:18 19:6
   19:7 21:9 23:1,2
**looks** 12:17
**lose** 5:5 9:8 21:11
   21:12
**losing** 8:2 19:13
**lost** 4:15,25 5:1,1
   9:7 12:12 21:8,20
**lot** 7:13 12:10 17:2
   20:5,5
**lurleen** 1:13 6:14
   14:22 15:2 30:21

**m**

**ma'am** 28:18
**majority** 24:2,14
   24:20
**majors** 30:4
**maliciousness** 8:13
**manner** 10:21
   11:10
**map** 9:5 14:20 19:8
   29:21 30:2
**maps** 4:5,5,6,7 29:8
   29:8,12,14,23
**marked** 30:24
**matter** 10:16 16:8
**matters** 6:8
**mcclendon** 2:3 3:1
   3:7 6:22
**mcwilliams** 2:10
   18:10,12,13,14,22
   20:12
**mean** 21:11 29:13
**means** 13:10 21:21
   31:8
**meet** 9:4
**meeting** 1:17 15:5
   15:7,9
**member** 3:14 13:2
   13:4,5 24:25 25:2

**members** 4:12 9:3
   9:3,4 25:14,15
   29:21
**membership** 11:12
   11:13
**mentioned** 23:1,8
**method** 23:10
**mic** 3:16
**microphone** 3:4
   5:18 6:4 18:21
   26:17
**microphones** 3:3
**microsoft** 1:17
**mics** 3:6
**midst** 7:24
**migrate** 3:22
**million** 7:4,7
**minorities** 22:23
   23:9
**minority** 11:12,13
   22:22 23:13,19,22
   24:2,3,13 25:4,6,9
   25:10,14,15
**minus** 4:18 21:9
**minutes** 5:17 19:8
**mobile** 31:4
**montgomery** 8:11
**months** 16:11,12
   26:21,24
**morning** 18:12,13
   19:14
**move** 3:24 18:20
**multi** 13:4
**municipalities** 8:14
   13:23
**municipality** 8:11
   17:4
**mute** 3:2,4

RC 045191

**n**

n  2:1
name  3:7 5:12,18
    15:1,11,15 18:10
    20:18,21 26:11,14
    31:17
nation  3:23
necessarily  8:13
necessary  4:21
    8:15
need  18:20 22:1,5
    27:16 28:14
needs  9:8
neighborhoods
    13:16
neither  31:11
neutral  10:23 11:8
    11:10,14
never  23:13,22
nevertheless  10:11
    12:14
new  3:18 4:14,14
    7:3 9:25 11:2,3
    21:5
non  8:17 11:3 30:7
north  8:2
notary  31:22
notes  14:20
number  3:19,19
    7:4,16 12:24 16:6
    18:3 22:4 23:7 25:4
    26:13 31:16
numbers  3:20,25
    3:25 4:3,24 5:2
    6:24 19:4,15,17
    25:15 27:13,14
numerous  24:6,14

**o**

obtained  15:24
    16:24

october  9:22
office  17:25
officer  6:5
offices  18:5 28:8
okay  17:21 18:14
    18:22 26:1,16,19
    27:20 29:5
older  12:19
once  10:11 17:24
ongoing  29:21
online  1:17 2:16
    3:2 15:5 17:3
open  10:14
opening  2:2
opportunity  18:23
    22:17
order  5:16 8:16
    11:19 14:12 21:25
    24:12 27:16
outer  13:12
outside  28:7
overarching  10:25
overpopulated
    21:24
overton  22:12 26:9
    28:21 29:5 30:3,14
overwhelmingly
    30:9

**p**

pack  23:16
packing  23:16
page  2:2
paper  14:19
part  9:22
participate  10:17
participating  5:23
    22:11 28:20 30:18
participation  30:20
particular  6:14
    11:4 17:11 22:23
    23:4,13,17,22

particularly  7:25
    25:12
parties  31:12
partisan  30:7
parts  3:19 13:3
party  30:9
pass  25:22
path  25:20
pattern  3:22
patton  2:13 26:11
    26:15,15,16,19
    28:17
pending  6:9
people  3:20 4:16,21
    5:1 7:13 11:23,25
    12:5,6,11,11,11,12
    14:3 17:5 19:21
    20:6 28:20
percent  4:18 8:5
    22:24
period  3:22
permanent  1:5 6:6
person  4:22 11:1
    13:3 14:16 15:10
    18:9 25:7 27:21
perspective  19:24
phenomenon  22:2
phone  3:3
phonetic  20:19
pick  21:23
place  8:5 18:16
    19:25 27:9
plan  11:22 15:19
plans  10:2,4,5,6,7
    10:13
play  6:23
please  3:2,5,16,16
    5:17 6:9 14:18
    15:14 20:21 29:7
plus  4:18

podium  14:17
    20:15
point  13:10 29:13
political  13:16,22
    14:2
populated  7:25
population  3:23
    4:3,16,20 5:3,5,6
    6:21 7:2,3,6,8,9,20
    7:24 8:3,4,5,6,16
    9:7,7,9,9 11:1 12:3
    12:4,5,8,14,18,18
    12:20,21 14:9 17:4
    19:10,10,13 21:8
    21:11,12,18,20,21
    21:25 22:1,5,20,22
    22:23 24:7,13,16
    25:1,4,6,9
populations  6:23
    17:12 25:14
possible  5:19 8:10
    24:4
practicable  13:17
practical  28:11
precedence  14:12
precincts  13:23
predominant  19:19
predominantly
    27:8,10
predominate  11:14
prefer  9:10
preferred  25:10
prefile  10:8
prefiled  9:25
preliminary  9:5
present  20:13
preserved  13:8
president  15:2
pretty  16:20 19:23
primarily  23:3

**principle** 21:17
**pringle** 2:4 3:10 5:9
  5:11,12
**prioritized** 28:25
  29:2
**priority** 8:17 14:7
  14:14
**probably** 10:2
**procedures** 16:16
**process** 6:20 9:12
  14:2 19:5 30:20
**proposed** 9:24
**protect** 7:21
**protection** 11:5
  12:22 14:10
**provided** 11:16
**proximity** 22:24
**public** 1:6 10:7,8,9
  10:14 29:10,19
  31:22
**purpose** 4:7
**put** 6:5,24 19:24
  20:6 21:12
**putting** 18:17

**q**

**question** 15:18,20
  15:20,23 16:19,22
  16:23 17:22 21:4
  21:10,10,14 22:6,9
  22:18 23:6,24 26:7
  27:3,18 29:5 30:12
**questions** 5:24 26:3
  26:10,12,19,23
  27:2 28:6,14,19
  30:14
**quick** 17:6,7
**quite** 15:11 18:10
  20:23 23:23

**r**

**r** 31:1
**race** 10:23 11:8,10
  11:11,12,14,17,18
  19:17,19 23:2
**races** 19:18
**racial** 13:19
**read** 5:24 8:25
  15:11 18:10
**ready** 14:15 21:4
  27:19
**realize** 20:4
**realizing** 19:8
**really** 7:22 18:17
  30:6
**reapportionment**
  1:5 5:14 14:5 17:25
  29:15,16
**reason** 8:14 11:18
  11:23
**reasonably** 11:21
**receive** 11:24 14:15
**received** 4:15 19:3
**receiving** 29:25
**recognized** 13:18
**record** 4:11 5:25
  6:3,6 14:21
**redistrict** 6:10
  16:11 28:10
**redistricting** 1:6
  3:9,11,12 6:7,20,21
  7:12 8:21,23 9:17
  9:21 15:19,21
  16:12,14,16 17:19
  17:25 18:2,5,6
  23:17 26:22 27:1,5
  27:13 28:8,11 30:6
**redraw** 4:2
**redrawn** 29:24
**referred** 22:3

**referring** 16:1
**reflect** 11:22
**regarding** 29:7
**regardless** 16:6
**regional** 18:4
**regular** 9:19
**relates** 17:17 19:17
**relative** 11:21
**relatively** 24:17
**release** 16:11
**released** 29:17
**remaining** 26:4
**remarks** 2:2
**remember** 28:9
**remind** 3:15
**remotely** 1:20 5:23
  6:2 22:11 26:8
  28:20 30:19
**repeat** 29:7
**repopulated** 8:4
**reporter** 1:22 4:10
  6:2 8:19 18:19
  20:18 31:16
**reporting** 31:15
**reports** 12:3
**represent** 5:19
**representation**
  20:8 23:9,11,19
  30:8
**representative** 2:4
  3:9 5:9,11,13
**representatives** 4:1
  4:6 14:3 22:23
**required** 13:9
  16:11
**requirement** 7:19
  7:20
**requirements**
  10:23 11:1
**requires** 24:1

**requiring** 14:8
**reservations** 13:24
**residing** 12:12
**respect** 4:22 13:15
**rest** 28:14
**result** 31:13
**reviewed** 4:12
**right** 3:9 12:12
  23:12 28:17 29:24
  30:17
**rights** 11:6,15,19
  12:23 14:10 24:1
**river** 13:13
**rostrum** 20:15
**round** 4:24 5:2 7:4
**rounded** 7:8
**rpr** 1:21 31:21
**run** 27:23
**runs** 25:5
**rural** 3:24 8:7

**s**

**s** 21:1
**satisfy** 11:19
**saying** 17:15 18:20
  23:14 26:20 27:4
**scalzetti** 29:6
**scattered** 23:5,6,18
  27:11,15 28:5
**school** 13:24 16:3
**scope** 28:7
**seats** 25:7
**second** 11:9 15:23
  16:21,23 18:19
  27:3 29:5
**section** 11:5,15
  19:20 23:18,22
  24:1
**sections** 19:21
**see** 4:19 5:3 9:1
  17:2 19:15 28:19

RC 045193

| | | | |
|---|---|---|---|
| **seminar** 21:3 | **sorry** 15:10,13 | **stayed** 5:7 | **talks** 9:5 |
| **senate** 3:8 4:5,13 | 20:17,23 | **stenotype** 31:7 | **target** 3:25 4:16 |
| 4:15,17,19,23 7:6 | **sort** 9:11 16:17 | **streamed** 10:15 | **task** 20:1 |
| 12:24,25 15:19 | 22:1 | **strong** 11:16,17 | **teams** 1:17 |
| 21:6 | **sources** 18:3 | **subdivisions** 13:16 | **tedious** 20:4 |
| **senator** 2:3 3:1,7 | **south** 8:1 | 13:22 | **tell** 23:25 |
| 3:13 5:11 6:22 | **sparsely** 7:24 | **submit** 10:1 | **tends** 3:23 |
| **senators** 9:2 | **speak** 5:15,20,21 | **submitted** 10:5 | **term** 11:21 13:21 |
| **send** 5:23 | 6:4 14:16 18:9 | **subordinates** 11:10 | **terms** 6:23 9:11 |
| **sense** 9:11 | 20:14 22:7,13 | **subset** 12:18 | 17:11 23:2,7 |
| **sent** 17:16 | 26:17 30:16,18 | **substantially** 4:19 | **testimony** 2:7 6:18 |
| **september** 1:9 | **speakers** 5:16 | **sufficient** 25:4 | 6:19 7:17 10:19 |
| **serve** 16:5 | 14:19 | **sufficiently** 24:6,14 | 11:25 14:15,22 |
| **session** 9:17,18,19 | **speaking** 23:14 | 25:15 | 15:17 31:10 |
| 9:21,24 10:11,15 | **special** 9:17,18,21 | **suggestions** 4:9 | **thank** 3:17 5:11 |
| **set** 23:13 | 10:11,15 | **suit** 18:17 | 6:14,15 15:1,7,8,8 |
| **seven** 19:11 | **spell** 20:21 | **support** 11:16 | 18:7,22 20:10,11 |
| **shed** 21:25 | **spend** 25:8 | **supposed** 28:3 | 21:3 22:8,10,16 |
| **side** 27:15 | **spends** 25:9 | **sure** 17:21 20:7 | 26:1,2,5,6,16 28:17 |
| **sign** 5:21 | **split** 7:15,15 22:4 | 21:15 23:23 | 28:18 30:18,21 |
| **signature** 31:20 | **spoken** 5:22 7:14 | **sylvia** 2:13 26:11 | **thing** 7:10 9:12 |
| **signed** 5:16 14:16 | **sponsor** 10:6 | **system** 25:3,5,11 | 16:18 24:12,21 |
| **similarities** 13:18 | **spread** 24:18 | 25:12 29:15,16 | **things** 5:4 |
| **simply** 7:3 12:8 | **st** 3:8 | | **think** 7:22 10:5,18 |
| **single** 13:2,5 24:25 | **stab** 23:24 | **t** | 18:10 21:8 28:14 |
| 25:2 | **staff** 9:4 | | 29:2 30:13 |
| **singleton** 3:14 | **start** 8:21 17:8 | **t** 21:1 31:1,1 | **thinking** 16:1 |
| **sir** 5:9 18:8,21 | 21:17 29:11 | **tab** 17:7 | **third** 20:3 27:18 |
| 20:15 26:2 | **starting** 9:4 | **tabitha** 28:22 | **three** 5:17 27:25 |
| **six** 16:11,12 26:21 | **starts** 9:24 | **tabs** 8:23 | 28:4,21 |
| 26:24 | **state** 3:7,9,13 4:6,8 | **take** 5:9 6:5,18,18 | **thursday** 1:9 |
| **size** 4:17,20 | 5:12,18,19 6:25 7:3 | 9:7 10:19 19:14 | **time** 9:2,13 10:8 |
| **sizes** 4:13 | 7:8,11 9:3 10:3,22 | 28:15 | 20:3 |
| **skin** 24:23 | 12:9,13,13,24 | **taken** 3:18 9:9 | **timeline** 28:9,11 |
| **slowly** 5:18 20:18 | 13:12 14:8,23 15:6 | 23:18 31:7 | 29:7 |
| **social** 13:20 | 16:10,25 18:4 19:7 | **takes** 8:17 9:12 | **times** 12:17,19 |
| **software** 18:5 | 19:12 20:9,17 21:6 | 14:14 | **today** 3:2,13 5:15 |
| **somebody** 27:24 | 21:7 26:25 28:8 | **talk** 7:16 18:24 | 18:23 |
| 28:4 29:17 | 29:22 31:3 | 22:21 27:16 | **today's** 6:7 |
| **soon** 8:20 | **statutory** 10:23 | **talked** 7:14 | **told** 22:12 |
| | | **talking** 21:15 22:2 | |
| | | 24:8 | |

RC 045194

**top** 28:9
**topics** 19:17
**total** 12:2,7,14,18
  22:22
**touched** 30:5
**tough** 20:1
**traditionally** 12:15
**transcribed** 1:20
  6:1 8:19 31:8
**transcript** 14:24
  31:9
**transcription** 31:8
**transcriptions** 8:20
**transcripts** 8:24
  30:1
**tribal** 13:20,23
**trouble** 19:2
**true** 31:9
**trying** 20:2
**turn** 3:4,16,16 5:8
  6:11
**tuscaloosa** 7:23 8:1
  8:2,11 22:3
**tvs** 12:6
**two** 3:19 8:6 11:6
  11:15 12:6 16:15
  18:15 20:6 24:1,15
  24:18 27:20,25
  28:4 29:3
**type** 23:9,19,20,21
**types** 12:4
**typically** 21:22

**u**

**ultimately** 9:14
**understand** 7:19
  17:22 23:24
**university** 18:4
**urban** 3:25
**use** 12:7,16 24:25
  25:2 27:13

**useful** 17:6

**v**

**vaguely** 30:5
**valuable** 7:17
**various** 9:2 10:13
  29:14
**violates** 8:9
**virtually** 3:2 6:17
**voice** 19:20
**vote** 4:22 11:1
  12:11,12 25:19
  27:19,21,22 28:1
**voters** 23:2
**votes** 25:8,8,9 28:5
**voting** 11:6,15,19
  12:18,20,21,23
  13:23 14:10 19:24
  24:1 25:2,3,5,11,25
  28:3

**w**

**w** 21:1
**wait** 18:19 29:10
**walker** 2:5 3:11
  6:12,13 15:8,13,16
  15:25 16:21,25
  17:18,21 18:8,13
  18:19 20:11,17,21
  20:23 21:1,14
  22:10,14 23:23
  24:11 25:21 26:2,6
  26:14,16 28:6,18
  29:1,12 30:11,15
**wallace** 1:13 6:14
  14:23 15:2 30:21
**want** 5:21 7:5,18
  8:25 10:1 14:21
  19:16,18,23 20:7
  23:8 25:9 26:20,23
  29:23

**wanted** 15:3 20:6
  27:2 28:22
**wants** 26:7 30:16
  30:17
**water** 13:12
**way** 10:17 14:19
  25:3,8
**ways** 8:7 24:23
**we've** 9:19 26:9
  28:19,21
**website** 8:22,22
**websites** 16:15
**weighing** 13:25
**welcome** 6:13
  14:25 15:3,4,4
**went** 19:15
**west** 2:11 8:1 20:19
  20:19 21:1,2,2 22:8
  22:10
**white** 12:20 25:1
**wind** 8:8
**wins** 27:21
**wish** 5:20 7:16
**wishes** 10:21
**witness** 31:10
**won** 27:9
**woods** 2:12 22:12
  22:14,15,15 24:10
  25:18 26:1,4 27:4
**work** 30:7
**working** 6:2 29:14
  29:15,18
**worth** 20:7

**x**

**x** 2:1 25:23

**y**

**y** 25:23
**y'all** 18:17 26:18
**yeah** 17:20

**year** 3:21
**years** 3:18 7:22
  20:3 23:12,21

**z**

**z** 25:23