FILED
2021 Dec-27 AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 18

PERMANENT LEGISLATIVE COMMITTEE ON

REAPPORTIONMENT PUBLIC HEARINGS

NORTHEAST ALABAMA COMMUNITY COLLEGE

REDISTRICTING PUBLIC HEARING

September 1, 2021

REPORTED BY:

Jan A. Mann, CSR

Veritext Legal Solutions

260 North Joachim Street

Mobile, Alabama 36603

A P P E A R A N C E S

HEARING OFFICER:

Mr. Dorman Walker

SENATE CHAIR OF REDISTRICTING:

Mr. Jim McClendon

HOUSE CHAIR OF REDISTRICTING:

Mr. Chris Pringle

September 1, 2021 4:00 p.m.

PROCEEDINGS

MR. MCCLENDON: We would ask that anyone that comes in by phone, over the net that's virtually accessing this meeting do two things for us. Turn your cameras off and mute your microphones on your phone or on your computer or whatever kind of device that you're using. Please mute it. We get a most aggravating echo when we have those on and if you -- that will do it. If you will turn your cameras off, that allows us -- that just gives us more room on the screen to catch you.

My name is Jim McClendon. I'm from St. Clair County. I am the Senate Chair of the Redistricting and Reapportionment Committee and I certainly want to welcome all of you and thank you for joining us today.

We have with us -- on my right is Representative Chris Pringle. Chris is the House Chair of Redistricting. And on my left is Dorman Walker, an attorney, and he is our hearing officer.

Every ten years -- the reason we have a census is to really track the people in our state to see where they live and how many of them live there. If

everybody stayed in the same place and nobody died and nobody was born, we wouldn't have to do this because populations would stay the same but that is not the case. We know that folks move around.

There is definitely a pattern from rural areas into urban areas. That's been going on for decades not only in Alabama but throughout the country.

The job of this committee is to draw the lines that is congressional districts, Alabama Senate districts, Alabama House of Representative districts, and state board of education districts. It's to draw the lines such that we equalize the number of people in each of these districts. And as these districts change, every ten years we get an opportunity to bring it back into balance.

Now, for example, I'll mention you've got three Senate districts in your area that I can tell. In Senate District 8 which is Senator Steve Livingston who is a member of this committee by the way and is with us here today, Senate District 8 gained -- over a ten year period gained a thousand and eighty-two people. That's still pretty close.

The target -- the ideal district size for a Senate district in Alabama is a hundred and forty-three thousand five hundred and fifty-one plus or

minus five percent. We have some latitude there. I have that same plus or minus five percent for House districts, for board of education districts. However, congressional districts have zero deviation. We have exactly the same number of people in every congressional district plus or minus one.

Okay. That's -- Senate District 8 is over by a thousand. Senate District 9 is down by four hundred and fifty-eight. That keeps it still within our plus or minus five percent. Senate District 10 is down by seven thousand two hundred people which it puts it just outside the margin which is going to mandate a change.

Now keep in mind -- let's take for example -- we'll take Senator Livingston's district. It has a change in population of a thousand. You would think, well, we're not going to have to change that district but the fact is there are adjacent districts that will go up or down and they all have an impact on (inaudible).

Now let's go to your house seats in your area. Twenty-two, House District 22 had an increase of about seven thousand people. That's going to take an adjustment obviously. Twenty-three had a loss of two thousand three hundred. Twenty-four, about fifteen

hundred loss. Twenty-six gained five oh seven. Twenty-seven lost six forty-four. Twenty-eight lost almost five thousand people which certainly will have an impact and it will impact adjacent districts. Number 29 lost eighteen, nineteen hundred people which would make a change.

So with that being said, that kind of gives you the overview of why we're doing this. We're not doing it because we want to do it. We're doing it because we have to do it. It's just a job that has to be done every ten years to try to keep your vote weighted with other votes.

So let me turn this over now to Representative Chris Pringle who is House chair.

MR. PRINGLE: Thank you, Senator McClendon. Again I am Representative Chris Pringle from the 101st district in Mobile. I'd like to announce that you will be called in the order in which you have signed up to speak. You will be limited to three minutes. If your time elapses, we'll come back around to you at the end. We want to make sure everybody has the opportunity to speak, but if you run out of time, looks like we'll be able to get back to you.

When you come to speak, please come to the microphone, state your name and the community you

represent and the district or districts you want to speak about. If you decide you want to speak but did not sign up, we'll ask at the end if anyone wants to speak that had not signed up.

If you are participating remotely, send your questions and we'll read it into the record and answer it for you. This hearing is being transcribed by a court reporter who is working remotely. If you have something that you would like to introduce into the record as an exhibit, bring it to the microphone when you speak and let the hearing officer know. They will get the information to us and we will enter it into the record.

This hearing deals strictly with redistricting. We are not here to hear subjects outside of the redistricting process so please keep your remarks germane to that subject. Thank you. Oh, yeah. If you are joining us remotely, please mute your microphone. It helps on the back feed on everybody. Please make sure -- and turn your cameras off so we can see how many people are up but please mute and turn your cameras off. Thank you.

HEARING OFFICER: Hello. My name is Dorman Walker and I'm the hearing officer. Before we get started, I'd like to ask if there are any members of

the media present. We like to keep track of the media coverage of the hearing. If there are media members present and they would like to identify themselves, please do.

Okay. You'll have three minutes to speak. The scope of this hearing is what you can tell us about how to make the districts better, how would you like to see the districts changed given that some districts will grow smaller; that is, the districts that are overpopulated. Some districts will grow bigger; that is, the districts that are underpopulated.

Do we have -- do you have a speakers list yet? Okay. We need to wait just a second to get the speakers list so talk among yourselves for a moment.

I tell you what. While we're doing that, I'll go ahead and go over some of the criteria we have. The legislature can't just draw districts any particular way. It has to follow rules.

The first one is that the end result has to be that the districts have to have approximately equal population. The other rules that the legislature have are embedded in the guidelines to redistricting that you can find on the web at the redistricting office.

And in summary, they are that all

districts have to comply with the constitution and particularly the Equal Protection Clause of the federal constitution and with any applicable provisions of the Alabama Constitution and with state and federal law and in particular Section 2 of the Voting Rights Act which forbids discrimination and vote dilution.

In addition, the -- no district can be drawn that subordinates the race neutral districting criteria which I'll go over in a second to considerations of race, color or membership in a language minority unless race, color or membership in a language minority -- those may predominate over race neutral criteria if they're -- if doing so is necessary to comply with the Voting Rights Act and that would be -- in that case, there must be a strong basis of evidence for the committee to use race -- to use race conscious decisions before they can do that.

Districts must be contiguous and they must be reasonably compact. They should reflect the democratic will of the people which again is one of the reasons for these hearings. They must be drawn on the purpose of a basis of total population; that is, all the residents of a location regardless of whether they're citizens, whether they're just visiting, whether they can vote, whether they do vote doesn't matter. It's

total population although at times voting age population will be considered.

The number of Senate districts is set by statute at thirty-five. The number of House districts is set by statute at 105. The constitution would allow there to be 106.

All districts are single member and every part of every district shall touch -- must be in contact with districts at every point all the way around. Contiguity is allowed by water. So if you have a river that flows through a jurisdiction, it's not considered discontiguous. Contiguity is allowed across the water.

Districts shall respect communities of interest, neighborhoods and political subdivisions to the extent practicable. Communities of interest is defined as an area with recognized similarities of interests including but not limited to ethnic, racial, travel, social, geographic and historical entities -- identities. Excuse me.

The term communities of interest may under certain circumstances include political subdivisions such as counties, voting precincts, municipalities, travel lands and reservations or school districts.

The discernment of weighing and balancing

of the various factors that contribute to communities of interest is an intensely political process best carried out by the elected representatives of the people.

In plain language, sometimes the idea of communities of interest within a jurisdiction will overlap and one can be honored only at the expense of the other and it's left to the legislature to determine what the best response is under those circumstances.

The legislature tries to minimize the number of counties in each district. Smaller districts are preferred over larger districts where possible and the legislature tries to preserve the cores of existing districts and disfavors putting two incumbents in the same district.

In establishing legislative districts, the reapportionment committee gives due consideration to all these criteria, however priority to be given to -- is given to the compelling state interest in requiring equal population among districts and in compliance with the Voting Rights Act of 1965.

With that said -- ah, we do have the list of people who want to speak. There is only one person who signed up to speak and that is Toni McGriff. Toni McGriff, if you want to come up and speak, we will be glad to hear from you.

MR. MCGRIFF: Hi. Good afternoon. My name is Toni McGriff and I live in Dutton which is Senate District 8 and House District 23 but my question is about the congressional District Number 4.

Most of Jackson County, practically all of Jackson County is in congressional District 5 but there is a tiny little sliver of southern Jackson County that's in 4. And I understand about trying to get everything equalized in terms of population but the very few people who live there very frequently think they're in District 5 and do not know who to vote for.

And I would ask that you consider that when you are redistricting so that you don't have that tiny little sliver out of the county. It's in a section called Macedonia. Senator Livingston would know where I'm talking about I'm sure.

HEARING OFFICER: Thank you. Thank you. That's very helpful. Anything else?

MS. MCGRIFF: I don't think so. Not at this time.

HEARING OFFICER: Thank you very much. Very helpful.

MS. MCGRIFF: Thank you.

HEARING OFFICER: Is there anyone else that would like to speak? Okay. Senator Livingston has

asked me to explain the plus or minus. There are two different levels of deviation generally allowed for districts.

For the legislative districts and the state board of education district, the legislature gives itself room to give itself room to have more variation in population than with congressional districts.

Congressional districts generally must be equal in population or as equal as is practicable. House districts, state senate districts and state board of education districts can have population variance that ranges from five degrees -- five percent below the ideal population to five percent above the ideal population and the ideal population of course is simply the number of units you have divided into the total population of the state.

For example, the total population of the state divided by seven gives you the ideal population for each of the congressional districts and in fact each of the congressional districts will have that ideal population when we finish redistricting.

The same thing -- the total population of the state divided by eight would give you the ideal population of the state board of education districts but those districts can be populated either five degrees

below or five degrees above the ideal population. So -- five percent. Excuse me. So there's a little room for adjusting the population in order to ensure things like whole counties.

If there's no one in the lyceum who wishes to speak, is there anyone online who sent in a question? No one has sent in a question online so --

UNKNOWN SPEAKER: There is one coming in.

HEARING OFFICER: Oh, one coming in.

UNKNOWN SPEAKER: This is from Matt Sharp. DeKalb County is split into six House districts and three senators. Only one of these nine legislators live in DeKalb County. No disrespect to any of the legislators that represent DeKalb but six legislators are too many. District 23 and District 27 would be better served to not include part of DeKalb County.

HEARING OFFICER: Noted. That's a good comment and I think it will be very helpful to the redistrictors. Thank you for making it.

UNKNOWN SPEAKER: One more.

HEARING OFFICER: Oh.

UNKNOWN SPEAKER: From Melissa Russell. Are there any entities or people who advise the committee on where to place any of the district lines?

HEARING OFFICER: Yes. Yes, the -- you

do that through your comments here as well as the respective members of the House and the Senate advise on how the line should be placed. In addition to that, I provide advice to a legal extent as -- under some circumstances about where a line should be. That was Melissa.

UNKNOWN SPEAKER: Melissa Russell.

HEARING OFFICER: Anyone else? Okay. Last chance for anyone to speak. Hearing none, I declare this hearing closed and thank you very much for participating today. Have a good evening.

END OF PROCEEDINGS

C E R T I F I C A T E

STATE OF ALABAMA)
MOBILE COUNTY)

I hereby certify that the above proceedings were taken down by me and transcribed by me and that the above is a true and correct transcript of the said proceedings given by said witness.

I further certify that I am neither of counsel nor of kin to the parties nor in anywise financially interested in the outcome of this case.

Jan A. Mann

JAN A. MANN
COMMISSIONER - NOTARY PUBLIC
ACCR NO. 321

**1**

**1** 1:15 3:1
**10** 5:10
**101st** 6:17
**105** 10:5
**106** 10:6
**18286** 16:18
**1965** 11:20

**2**

**2** 9:5
**2021** 1:15 3:1
**22** 5:22
**23** 12:3 14:15
**260** 1:24
**27** 14:15
**29** 6:4

**3**

**321** 16:21
**36603** 1:25

**4**

**4** 12:4,8
**4:00** 3:1

**5**

**5** 12:6,11

**8**

**8** 4:18,20 5:7 12:3

**9**

**9** 5:8

**a**

**able** 6:23
**accessing** 3:7
**accr** 16:21
**act** 9:5,14 11:20
**addition** 9:7 15:3
**adjacent** 5:18 6:4
**adjusting** 14:3
**adjustment** 5:24
**advice** 15:4
**advise** 14:23 15:2
**afternoon** 12:1
**age** 10:1
**aggravating** 3:10
**ah** 11:21
**ahead** 8:16
**alabama** 1:12,25 4:7,9,10,24 9:4 16:4
**allow** 10:5
**allowed** 10:10,12 13:2
**allows** 3:12
**announce** 6:17
**answer** 7:7
**anywise** 16:12
**applicable** 9:3
**approximately** 8:20
**area** 4:17 5:22 10:16
**areas** 4:6,6
**asked** 13:1
**attorney** 3:22

**b**

**back** 4:14 6:20,23 7:19
**balance** 4:15
**balancing** 10:25
**basis** 9:15,22
**best** 11:2,8
**better** 8:7 14:16
**bigger** 8:10
**board** 4:11 5:3 13:5 13:10,24
**born** 4:2
**bring** 4:14 7:10

**c**

**c** 2:1 16:1,1
**called** 6:18 12:15
**cameras** 3:8,12 7:20,21
**carried** 11:2
**case** 4:4 9:15 16:13
**catch** 3:13
**census** 3:24
**certain** 10:21
**certainly** 3:17 6:3
**certify** 16:7,11
**chair** 2:6,9 3:15,20 6:14
**chance** 15:9
**change** 4:13 5:13 5:16,17 6:6
**changed** 8:8
**chris** 2:10 3:20,20 6:14,16
**circumstances** 10:21 11:8 15:5
**citizens** 9:24
**clair** 3:15
**clause** 9:2
**close** 4:22
**closed** 15:10
**college** 1:12
**color** 9:10,11
**come** 6:20,24,24 11:24
**comes** 3:6
**coming** 14:8,9
**comment** 14:18
**comments** 15:1
**commissioner** 16:20
**committee** 1:1 3:16 4:8,19 9:16 11:16 14:24
**communities** 10:13 10:15,20 11:1,5
**community** 1:12 6:25
**compact** 9:19
**compelling** 11:18
**compliance** 11:19
**comply** 9:1,14
**computer** 3:9
**congressional** 4:9 5:4,5 12:4,6 13:7,8 13:19,20
**conscious** 9:17
**consider** 12:12
**consideration** 11:16
**considerations** 9:10
**considered** 10:2,11
**constitution** 9:1,3,4 10:5
**contact** 10:8
**contiguity** 10:10,12
**contiguous** 9:18
**contribute** 11:1
**cores** 11:12
**correct** 16:9
**counsel** 16:12
**counties** 10:22 11:10 14:4
**country** 4:7
**county** 3:15 12:5,6 12:7,14 14:11,13 14:16 16:5
**course** 13:14
**court** 7:8
**coverage** 8:2
**criteria** 8:16 9:9,13 11:17
**csr** 1:22

**d**

**deals** 7:14
**decades** 4:7
**decide** 7:2
**decisions** 9:17
**declare** 15:10
**defined** 10:16
**definitely** 4:5
**degrees** 13:12,25 14:1
**dekalb** 14:11,13,14 14:16
**democratic** 9:20
**determine** 11:7
**deviation** 5:4 13:2
**device** 3:9
**died** 4:1
**different** 13:2
**dilution** 9:6
**discernment** 10:25
**discontiguous** 10:12
**discrimination** 9:6
**disfavors** 11:13
**disrespect** 14:13
**district** 4:18,20,23 4:24 5:6,7,8,10,15 5:18,22 6:17 7:1 9:7 10:8 11:10,14 12:3,3,4,6,11 13:5 14:15,15,24
**districting** 9:8
**districts** 4:9,10,10 4:11,13,13,17 5:3,3 5:4,18 6:4 7:1 8:7,8 8:9,9,10,11,17,20 9:1,18 10:3,4,7,9 10:13,24 11:10,11 11:13,15,19 13:3,4 13:7,8,10,10,11,19 13:20,24,25 14:11
**divided** 13:15,18 13:23
**doing** 6:8,9,9 8:15 9:13
**dorman** 2:4 3:21 7:24
**draw** 4:8,11 8:17
**drawn** 9:8,21
**due** 11:16
**dutton** 12:2

**e**

**e** 2:1,1 16:1,1
**echo** 3:10
**education** 4:11 5:3 13:5,11,24
**eight** 5:9 6:2 13:23
**eighteen** 6:5
**eighty** 4:21
**either** 13:25
**elapses** 6:20
**elected** 11:3
**embedded** 8:22
**ensure** 14:3
**enter** 7:12
**entities** 10:18 14:23
**equal** 8:21 9:2 11:19 13:9,9
**equalize** 4:12
**equalized** 12:9
**establishing** 11:15
**ethnic** 10:17
**evening** 15:11
**everybody** 4:1 6:21 7:19
**evidence** 9:16
**exactly** 5:5
**example** 4:16 5:15 13:17
**excuse** 10:19 14:2
**exhibit** 7:10
**existing** 11:12
**expense** 11:6
**explain** 13:1
**extent** 10:15 15:4

**f**

**f** 16:1
**fact** 5:18 13:19
**factors** 11:1
**federal** 9:2,4
**feed** 7:19
**fifteen** 5:25
**fifty** 4:25 5:9
**financially** 16:13
**find** 8:23
**finish** 13:21
**first** 8:19
**five** 4:25 5:1,2,10 6:1,3 10:4 13:12,12 13:13,25 14:1,2
**flows** 10:11
**folks** 4:4
**follow** 8:18
**forbids** 9:6
**forty** 4:25 6:2
**four** 5:8,25 6:2
**frequently** 12:10
**further** 16:11

**g**

**gained** 4:20,21 6:1
**generally** 13:2,8
**geographic** 10:18
**germane** 7:17
**give** 13:6,23
**given** 8:8 11:17,18 16:10
**gives** 3:13 6:8 11:16 13:5,18
**glad** 11:25
**go** 5:19,21 8:16,16 9:9
**going** 4:6 5:12,17 5:23
**good** 12:1 14:17 15:11
**grow** 8:9,10
**guidelines** 8:22

**h**

**hear** 7:15 11:25
**hearing** 1:13 2:3 3:22 7:7,11,14,23 7:24 8:2,6 12:17,21 12:24 14:9,17,21 14:25 15:8,9,10
**hearings** 1:3 9:21
**hello** 7:23
**helpful** 12:18,22 14:18
**helps** 7:19
**hi** 12:1
**historical** 10:18
**honored** 11:6
**house** 2:9 3:20 4:10 5:2,21,22 6:14 10:4 12:3 13:10 14:11 15:2
**hundred** 4:24,25 5:9,11,25 6:1,5

**i**

**idea** 11:4
**ideal** 4:23 13:12,13 13:14,18,20,23 14:1
**identify** 8:3
**identities** 10:19
**impact** 5:19 6:4,4
**inaudible** 5:20
**include** 10:21 14:16
**including** 10:17

**increase** 5:22
**incumbents** 11:13
**information** 7:12
**intensely** 11:2
**interest** 10:14,15 10:20 11:2,5,18
**interested** 16:13
**interests** 10:17
**introduce** 7:9

**j**

**jackson** 12:5,6,7
**jan** 1:22 16:19
**jim** 2:7 3:14
**joachim** 1:24
**job** 4:8 6:10
**joining** 3:18 7:18
**jurisdiction** 10:11 11:5

**k**

**keep** 5:14 6:11 7:16 8:1
**keeps** 5:9
**kin** 16:12
**kind** 3:9 6:7
**know** 4:4 7:11 12:11,15

**l**

**lands** 10:23
**language** 9:11,12 11:4
**larger** 11:11
**latitude** 5:1
**law** 9:4
**left** 3:21 11:7
**legal** 1:23 15:4
**legislative** 1:1 11:15 13:4
**legislators** 14:12,14 14:14
**legislature** 8:17,21 11:7,9,12 13:5
**levels** 13:2
**limited** 6:19 10:17
**line** 15:3,5
**lines** 4:9,12 14:24
**list** 8:12,14 11:21
**little** 12:7,14 14:2
**live** 3:25,25 12:2,10 14:13
**livingston** 4:18 12:15,25
**livingston's** 5:15
**location** 9:23
**looks** 6:22
**loss** 5:24 6:1
**lost** 6:2,2,5
**lyceum** 14:5

**m**

**macedonia** 12:15
**making** 14:19
**mandate** 5:12
**mann** 1:22 16:19
**margin** 5:12
**matt** 14:10
**matter** 9:25
**mcclendon** 2:7 3:5 3:14 6:16
**mcgriff** 11:23,24 12:1,2,19,23
**media** 8:1,1,2
**meeting** 3:7
**melissa** 14:22 15:6 15:7
**member** 4:19 10:7
**members** 7:25 8:2 15:2
**membership** 9:10 9:11
**mention** 4:16
**microphone** 6:25 7:10,18
**microphones** 3:8
**mind** 5:14
**minimize** 11:9
**minority** 9:11,12
**minus** 5:1,2,6,10 13:1
**minutes** 6:19 8:5
**mobile** 1:25 6:17 16:5
**moment** 8:14
**move** 4:4
**municipalities** 10:23
**mute** 3:8,10 7:18 7:21

**n**

**n** 2:1
**name** 3:14 6:25 7:23 12:2
**necessary** 9:13
**need** 8:13
**neighborhoods** 10:14
**neither** 16:11
**net** 3:6
**neutral** 9:8,13
**nine** 14:12
**nineteen** 6:5
**north** 1:24
**northeast** 1:12
**notary** 16:20
**noted** 14:17
**number** 4:12 5:5 6:4 10:3,4 11:10 12:4 13:14

**o**

**obviously** 5:24
**office** 8:24
**officer** 2:3 3:22 7:11,23,24 12:17 12:21,24 14:9,17 14:21,25 15:8
**oh** 6:1 7:17 14:9,21
**okay** 5:7 8:5,13 12:25 15:8
**online** 14:6,7
**opportunity** 4:14 6:21
**order** 6:18 14:3
**outcome** 16:13
**outside** 5:12 7:15
**overlap** 11:6
**overpopulated** 8:10
**overview** 6:8

**p**

**p** 2:1,1
**p.m.** 3:1
**part** 10:8 14:16
**participating** 7:5 15:11
**particular** 8:17 9:5
**particularly** 9:2
**parties** 16:12
**pattern** 4:5
**people** 3:24 4:12,21 5:5,11,23 6:3,5 7:21 9:20 11:3,22 12:10 14:23
**percent** 5:1,2,10 13:12,13 14:2
**period** 4:21
**permanent** 1:1
**person** 11:22
**phone** 3:6,8
**place** 4:1 14:24
**placed** 15:3

**plain** 11:4
**please** 3:10 6:24 7:16,18,19,21 8:4
**plus** 4:25 5:2,6,10 13:1
**point** 10:9
**political** 10:14,21 11:2
**populated** 13:25
**population** 5:16 8:21 9:22 10:1,1 11:19 12:9 13:7,9 13:11,13,13,14,15 13:17,18,21,22,24 14:1,3
**populations** 4:3
**possible** 11:11
**practicable** 10:15 13:9
**practically** 12:5
**precincts** 10:22
**predominate** 9:12
**preferred** 11:11
**present** 8:1,3
**preserve** 11:12
**pretty** 4:22
**pringle** 2:10 3:20 6:14,15,16
**priority** 11:17
**proceedings** 3:3 15:13 16:8,10
**process** 7:16 11:2
**protection** 9:2
**provide** 15:4
**provisions** 9:3
**public** 1:3,13 16:20
**purpose** 9:22
**puts** 5:11
**putting** 11:13

**q**

**question** 12:3 14:7 14:7
**questions** 7:6

**r**

**r** 2:1 16:1
**race** 9:8,10,11,12 9:16,16
**racial** 10:17
**ranges** 13:12
**read** 7:6
**really** 3:24
**reapportionment** 1:3 3:16 11:16
**reason** 3:23
**reasonably** 9:19
**reasons** 9:21
**recognized** 10:16
**record** 7:6,10,13
**redistricting** 1:13 2:6,9 3:16,21 7:15 7:16 8:22,23 12:13 13:21
**redistrictors** 14:19
**reflect** 9:19
**regardless** 9:23
**remarks** 7:16
**remotely** 7:5,8,18
**reported** 1:21
**reporter** 7:8
**represent** 7:1 14:14
**representative** 3:20 4:10 6:14,16
**representatives** 11:3
**requiring** 11:18
**reservations** 10:23
**residents** 9:23
**respect** 10:13
**respective** 15:2
**response** 11:8
**result** 8:19
**right** 3:19
**rights** 9:5,14 11:20
**river** 10:10
**room** 3:13 13:6,6 14:2
**rules** 8:18,21
**run** 6:22
**rural** 4:5
**russell** 14:22 15:7

**s**

**s** 2:1
**school** 10:23
**scope** 8:6
**screen** 3:13
**seats** 5:21
**second** 8:13 9:9
**section** 9:5 12:14
**see** 3:24 7:20 8:8
**senate** 2:6 3:15 4:9 4:17,18,20,24 5:7,8 5:10 10:3 12:3 13:10 15:2
**senator** 4:18 5:15 6:15 12:15,25
**senators** 14:12
**send** 7:5
**sent** 14:6,7
**september** 1:15 3:1
**served** 14:16
**set** 10:3,5
**seven** 5:11,23 6:1,2 13:18
**sharp** 14:11
**sign** 7:3
**signature** 16:18
**signed** 6:18 7:4 11:23
**similarities** 10:16
**simply** 13:14
**single** 10:7
**six** 6:1,2 14:11,14
**size** 4:23
**sliver** 12:7,14
**smaller** 8:9 11:10
**social** 10:18
**solutions** 1:23
**southern** 12:7
**speak** 6:19,22,24 7:2,2,4,11 8:6 11:22,23,24 12:25 14:6 15:9
**speaker** 14:8,10,20 14:22 15:7
**speakers** 8:12,14
**split** 14:11
**st** 3:14
**started** 7:25
**state** 3:24 4:11 6:25 9:4 11:18 13:5,10 13:10,16,18,23,24 16:4
**statute** 10:4,5
**stay** 4:3
**stayed** 4:1
**steve** 4:18
**street** 1:24
**strictly** 7:14
**strong** 9:15
**subdivisions** 10:14 10:22
**subject** 7:17
**subjects** 7:15
**subordinates** 9:8
**summary** 8:25
**sure** 6:21 7:20 12:16

**t**

**t** 16:1,1
**take** 5:14,15,23
**taken** 16:8
**talk** 8:14
**talking** 12:16
**target** 4:23
**tell** 4:17 8:6,15
**ten** 3:23 4:14,20 6:11
**term** 10:20
**terms** 12:9
**thank** 3:17 6:15 7:17,22 12:17,17 12:21,23 14:19 15:10
**thing** 13:22
**things** 3:7 14:3
**think** 5:17 12:10,19 14:18
**thirty** 10:4
**thousand** 4:21,25 5:8,11,16,23,25 6:3
**three** 4:17,25 5:24 5:25 6:19 8:5 14:12
**time** 6:20,22 12:20
**times** 10:1
**tiny** 12:7,14
**today** 3:18 4:20 15:11
**toni** 11:23,23 12:2
**total** 9:22 10:1 13:15,17,22
**touch** 10:8
**track** 3:24 8:1
**transcribed** 7:7 16:8
**transcript** 16:9
**travel** 10:18,23
**tries** 11:9,12
**true** 16:9
**try** 6:11
**trying** 12:8
**turn** 3:7,12 6:13 7:20,21
**twenty** 5:22,24,25 6:1,2,2
**two** 3:7 4:21 5:11 5:22,24 11:13 13:1

**u**

**underpopulated** 8:11
**understand** 12:8
**units** 13:15
**unknown** 14:8,10 14:20,22 15:7
**urban** 4:6
**use** 9:16,16

**v**

**variance** 13:11
**variation** 13:6
**various** 11:1
**veritext** 1:23
**virtually** 3:6
**visiting** 9:24
**vote** 6:11 9:6,25,25 12:11
**votes** 6:12
**voting** 9:5,14 10:1 10:22 11:20

**w**

**wait** 8:13
**walker** 2:4 3:21 7:24
**want** 3:17 6:9,21 7:1,2 11:22,24
**wants** 7:3
**water** 10:10,12
**way** 4:19 8:18 10:9
**web** 8:23
**weighing** 10:25
**weighted** 6:12
**welcome** 3:17
**wishes** 14:6
**witness** 16:10
**working** 7:8

**y**

**yeah** 7:17
**year** 4:20
**years** 3:23 4:14 6:11

**z**

**zero** 5:4