FILED

2021 Dec-27  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 19

Page 1

1          PERMANENT LEGISLATIVE COMMITTEE ON

2

3          REAPPORTIONMENT PUBLIC HEARINGS

4

5

6

7

8

9

10          NORTHWEST SHOALS COMMUNITY COLLEGE

11           REDISTRICTING PUBLIC HEARING

12

13                  September 1, 2021

14

15

16

17

18

19

20

21

22   REPORTED BY:     Jan A. Mann, CSR

23                 Veritext Legal Solutions

24                 260 North Joachim Street

25                  Mobile, Alabama  36603

Page 2

1                    A P P E A R A N C E S

2

3    HEARING OFFICER:

4        Mr. Dorman Walker

5

6    SENATE CHAIR OF REDISTRICTING:

7        Mr. Jim McClendon

8

9    HOUSE CHAIR OF REDISTRICTING:

10        Mr. Chris Pringle

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1    September 1, 2021                        11:00 a.m.

2

3                          PROCEEDINGS

4

5                     MR. MCCLENDON:  I want to ask everyone

6    coming in online to please turn your cameras off and

7    mute your microphones if you're coming in.  When your

8    microphones are on back at home or work or wherever you

9    are, it creates an echo which is a little aggravating so

10   I'll ask you to turn your cameras off and mute your

11   mics.

12                     I want to say welcome to everyone.  We

13   are so glad to have you.  My name is Jim McClendon.  I'm

14   a senator from Senate District 11.  I live in St. Clair

15   County.  I am the Senate Chairman of Redistricting and

16   we are ever so pleased to have you here.  Why is

17   everybody sitting in the back of the room?  I can see

18   that much about it.

19                     Do you have any legislators present

20   there?  Are you a legislator waving your hand?  Who is

21   that?  Test the mic.  Make sure we can hear you.  Unmute

22   the mic.

23                     UNKNOWN SPEAKER:  Hello.

24                     MR. MCCLENDON:  Okay.  I've got it.  Very

25   good.  Okay.  No legislators there.  We have sitting

RC 045233

1    here at the desk with me on my right is Representative

2    Chris Pringle who is the House Chair of Redistricting.

3    And to my left is Mr. Dorman Walker who is our hearing

4    officer.

5         The purpose of this is to receive your

6    testimony, your comments, your suggestions on how these

7    four different maps will be drawn.  That's the

8    congressional maps.  There are seven seats.  The state

9    board of education maps.  There are eight seats.  The

10   Alabama Senate has thirty-five members and the Alabama

11   House of Representatives has a hundred and five.  And we

12   are interested in your opinion on what we should take in

13   consideration.

14        All of your testimony, everything you say

15   will be taken by a court reporter, put on the record and

16   submitted to the redistricting committee.  The

17   redistricting committee is actually composed of

18   twenty-two members of the legislature, eleven from the

19   House and eleven from the Senate.

20        Now we have to make these changes by law

21   every ten years.  That's why there is a census and it is

22   to find out where the people are compared with where

23   they were.  We have -- for example, we know that an

24   ideal Senate size under these new numbers is a hundred

25   and -- let's see.  The target size would be a hundred

Page 5

```
 1   and forty-three thousand five hundred and fifty-one.
 2   Well, in some Senate districts, folks who have moved in,
 3   and in some Senate districts, folks have moved out.
 4              A target -- ideal size for a House
 5   district in Alabama under the new numbers is forty-seven
 6   thousand eight hundred and fifty.  So with the census
 7   data, we can look and see whether the population shift
 8   has gone up or down and then we have to make (audio
 9   distortion) accordingly.
10              We were just -- let's go ahead.  In your
11   area, we are kind of highlighting for our information
12   three Senate districts.  Senate 1, which actually the
13   population changed very little in Senate District 1.
14   Fifty-three people increase.
15              In Senate District 4, that district
16   dropped by two thousand nine hundred roughly.  And in
17   Senate District 6, the population dropped by about five
18   thousand eight hundred.
19              By the way we've just been joined here in
20   Montgomery by state Senator Steve Livingston who is on
21   the redistricting committee.
22              Now on the House districts in your area
23   that we will be interested in, House District 1, the
24   population dropped by about two thousand four hundred.
25   Number 3, District 3 went up by nine hundred and
```

Page 6

1  thirty-nine so it's essentially the same as it was

2  before.

3           House District 7 dropped by three

4  thousand six hundred which is going to take some

5  adjustment.  Somebody is talking I don't know who but

6  I'm not through yet.  So 7 dropped by three thousand six

7  hundred.  Seventeen dropped by five thousand one

8  eighty-two.  That was a significant change in population

9  and that district is going to have to increase (audio

10 distortion).  And finally House District 18 dropped by

11 about two thousand people.

12          Now, for example, with the House

13 district, the ideal size is forty-seven thousand eight

14 hundred and fifty.  Our rules allow plus or minus five

15 percent so we have some latitude.  It does not have to

16 be exactly the same amount.  That plus or minus five

17 also applies to Senate districts and to state board of

18 education districts and it does not apply to

19 congressional districts.  We do not make those rules.

20 They are made at a federal level and a congressional

21 district has zero deviation.

22          So our job in drawing the maps is to get

23 each of the districts back within the range that is

24 proper to maintain the concept of one person, one vote.

25          So with that, let me introduce

Page 7

1    Representative Chris Pringle and Chris will take it from

2    here.

3                    MR. PRINGLE:  Thank you, Senator.  Again

4    my name is Chris Pringle.  I'm the state representative

5    from House District 101 and I'm the house chairman of

6    the reapportionment committee.

7                    Let me go over a few procedures with you.

8    First, you will be asked to speak in the order in which

9    you signed up.  You will be limited to three minutes.

10   If we have time at the end and you have more to say,

11   we'll come back around to you.

12                   When you come to the microphone, state

13   your name, the community you represent and the district

14   or districts you want to speak about.  If you decide you

15   want to speak but did not sign up, we'll ask at the end

16   if anyone else wants to speak.

17                   If you are participating remotely, send

18   your questions and we will read it into the record and

19   answer it.  Again if you are participating remotely,

20   please turn off your camera and mute your microphone.

21   It will help with the back feed that we hear.

22                   This hearing is being transcribed by a

23   court reporter working remotely.  If you have something

24   that you would like to introduce into the record as an

25   exhibit, bring it to the microphone when you speak and

Page 8

1   leave it with the hearing officer who they will get it

2   to us and it will be entered permanently into the

3   record.  Remember the court reporter is doing this

4   remotely so please speak into the microphone when you

5   talk and state your name clearly.

6            This hearing deals solely with

7   redistricting.  Please don't come and talk about other

8   issues outside of the redistricting process.  Thank you.

9            HEARING OFFICER:  Good morning.  I'm

10  Dorman Walker.  I'm the hearing officer.  I'd like to

11  ask first if any members of the media are present and

12  would care to introduce themselves.  We like to keep a

13  record of media coverage of the hearings.  Is anybody

14  from the media present?  Can I ask what medium you

15  represent, what station?

16           MR. DELINSKI:  Bernie Delinski with the

17  TimesDaily.

18           HEARING OFFICER:  Thank you very much.

19  Appreciate it.

20           MR. BUSEY:  Dan Busey with TimesDaily.

21           HEARING OFFICER:  What's that name again,

22  please?  I'm sorry.

23           MR. BUSEY:  Dan Busey, B-u-s-e-y

24           HEARING OFFICER:  With what medium?

25           MR. BUSEY:  TimesDaily.

RC 045238

1                   HEARING OFFICER:  Oh, TimesDaily.  Okay.

2     Thank you, sir.

3                   MR. BUSEY:  Yes, sir.

4                   HEARING OFFICER:  Okay.  The speaking

5     spots are limited to three minutes each.  I'll give you

6     a thirty second warning if you need it and a five second

7     warning if you need it.

8                   The scope of this hearing is narrow.

9     What -- how should new districts be drawn to better

10    reflect the communities of interest where you live or to

11    be better functioning districts?  It's not about such

12    things as whether or not we should have an impartial

13    redistricting committee or proposed constitutional

14    amendments or anything like that.

15                  It's just what can you tell the

16    committee -- what do you want to tell the committee

17    about drawing new districts for the coming ten years.

18    Anything outside of that narrow scope will be

19    disallowed.

20                  And with that, I will open the floor and

21    the first person I have -- oh, okay.  Thank you.  The

22    first person I have signed up is Mr. Chris Cox or maybe

23    Ms. Chris Cox.  I'm not sure.  Chris Cox.

24                  MR. COX:  I'll answer to any -- I'm just

25    here to welcome everybody and we have a good group here

Page 10

1    today, a large group.  I think Zach was telling me the
2    last one he went to was fifteen so this is fantastic.
3                    I'm Chris Cox, the interim president here
4    at Northwest Shoals Community College, and proud to be
5    here.  Proud you're on our campus.  Hence, community
6    college and we want to serve the community.
7                    I'm telling you you've got -- everybody
8    here is just fantastic.  We've got great people and just
9    remember we are here to serve.  So if we can ever help,
10   let us know.  Thank you.  I will turn it back over to
11   you.
12                    HEARING OFFICER:  And, Mr. Cox or Dr.
13   Cox, thank you very much for hosting us.  It's really
14   important and we appreciate it very much.  Next on the
15   list is Mayor Linda Peebles.
16                    MAYOR PEEBLES:  Yes.  I would like to
17   wait until later in the session, please.
18                    HEARING OFFICER:  Okay.  I'll come back
19   to you later.
20                    MAYOR PEEBLES:  Thank you.
21                    HEARING OFFICER:  Mayor Peoples, may I
22   ask what community you are mayor of?
23                    MAYOR PEEBLES:  Courtland, Alabama in
24   Lawrence County and it will be with Senator Garlan
25   Gudger's district.

```
 1                  HEARING OFFICER:  Okay.

 2                  MAYOR PEEBLES:  District 4.

 3                  HEARING OFFICER:  Thank you, ma'am.

 4                  MAYOR PEEBLES:  Thank you.

 5                  HEARING OFFICER:  Dana Charles.

 6                  MR. CHARLES:  I'm going to pass right

 7     now.

 8                  HEARING OFFICER:  Okay.  Do you want me

 9     to come back to you later, Mr. Charles?

10                  MR. CHARLES:  No, not necessarily.

11                  HEARING OFFICER:  Okay.  Danny Pettus.

12                  MR. PETTUS:  No.

13                  HEARING OFFICER:  No?  Okay.  Jamie Kiel.

14                  UNKNOWN SPEAKER:  He's not in the room.

15                  HEARING OFFICER:  That's state

16     representative Jamie Kiel.  I would like to recognize

17     members of the legislature.  What about Tom Osborne?

18                  MR. OSBORNE:  I didn't sign up to speak.

19                  HEARING OFFICER:  Oh, he didn't sign up

20     to speak?  You're on my list here.

21                  MR. COX:  I think the (unintelligible)

22     only ones that had signed up to speak.

23                  HEARING OFFICER:  I see.  Somebody gave

24     me a different list.  Now I understand.  Thank you.  Is

25     it Hall Jones?  Somebody Jones.  It's hard for me to
```

```
 1   read.  From Howell.  Something Jones.  Somebody Jones
 2   from Howell.  Did they want to speak?
 3                  UNKNOWN SPEAKER:  Sam Mashburn is the
 4   next one.
 5                  HEARING OFFICER:  We're going to start
 6   drafting people to speak.  Volunteers.  The next one I
 7   have is Deborah Bell Paseur.  Oh, yes, sir.  Go ahead.
 8   Who are you?
 9                  MR. MASHBURN:  Yes.  My name is Sam
10   Mashburn with the Shoals Chamber of Commerce.
11                  HEARING OFFICER:  Spell your last name,
12   please.
13                  MR. MASHBURN:  Excuse me?
14                  HEARING OFFICER:  Spell your last name,
15   please.
16                  MR. MASHBURN:  M-a-s-h-b-u-r-n.
17                  HEARING OFFICER:  Okay.  Thank you, sir.
18                  MR. MASHBURN:  Thank you.  So the Shoals
19   Chamber of Commerce represents over eight hundred
20   businesses and organizations in Colbert and Lauderdale
21   Counties and so the Shoals is the collective region we
22   call those communities.  Florence, Muscle Shoals,
23   Tuscumbia and Sheffield.
24                  And for our community, there's a lot of
25   integration between a lot of the economics and the
```

Page 13

1    culture of both Lauderdale and Colbert County.  So in

2    prior congressional makeups over the years, we've had

3    Colbert and Lauderdale County aligned in the same

4    congressional district.

5              And in 2010, Colbert and Lauderdale

6    County were divided into two separate congressional

7    districts with Lauderdale County going with Huntsville,

8    of course, and Colbert County staying in the 4th

9    congressional district.

10             And for our community and specifically

11   our business community, we'd like to see Colbert and

12   Lauderdale County realigned into the same congressional

13   district.  And for us, we believe that the most logical

14   choice is the 4th congressional district, the reason for

15   that being Colbert and Lauderdale County are aligned

16   with most of Northwest Alabama, kind of the economic

17   center of Northwest Alabama, whether it be with economic

18   development working with our partners at NACOLG.  All of

19   those counties are Northwest Alabama District 4

20   counties.  So the only 5th district county as part of

21   NACOG is Lauderdale County.  And so we have a variety

22   of --

23             HEARING OFFICER:  I'm sorry.  For the

24   court reporter, would you spell out NACOLG?

25             MR. MASHBURN:  Yes.  N-A-C-O-L-G.  That's

Page 14

1   the north --

2               HEARING OFFICER:  What is NACOLG?

3               MR. MASHBURN:  It's the Northwest Alabama

4   Council of Local Government.  It's our development

5   organization for the seven county area in the northwest

6   part of the state.

7               HEARING OFFICER:  Thank you.  Go ahead.

8               MR. MASHBURN:  Yes.  So whether with our

9   development organization or our economic development

10  entity -- Shoals Economic Authority is the name of that

11  organization -- or other organizations as well, it makes

12  the most sense for Lauderdale County to be aligned with

13  Colbert County in the 4th congressional district.

14              For our community, historically that has

15  been the case that we've been aligned in the same

16  district and we believe that with the extreme growth in

17  Limestone and Madison County, there is room for

18  Lauderdale County to be taken out of the 5th district

19  and placed into the 4th.

20              So that is something we're advocating as

21  a chamber.  We have spoken with Congressman Aderholt's

22  staff and they agree and they have given indication that

23  they support that.  We've spoken with our local

24  delegation and they have given indication they support

25  that as well.  And so we think that is something we want

1   to see occur.

2              Our congressman, Congressman Aderholt,

3   would like to see that occur and our local delegation

4   would like to see that occur and so we just wanted to

5   make sure that that was mentioned at today's meeting and

6   that was entered into the record.  Thank you.

7              HEARING OFFICER:  Thank you very much.

8   Your presentation was really helpful, and in fact, it

9   was almost the same as the presentation made ten years

10  ago which helps to establish that there is a real

11  community of interest there.  Thank you.

12             MR. MASHBURN:  Yes, sir.  Thank you.

13             HEARING OFFICER:  Next up is it looks

14  like Deborah Bell Paseur.

15             MR. COX:  I've got a list here where they

16  signed in.  Do you mind if I just call them up?

17             HEARING OFFICER:  Why don't you do that?

18             MR. COX:  Okay.  I've got Keith Jones.

19             HEARING OFFICER:  Will you see that we

20  get a copy of that list, please, sir?

21             MR. COX:  Yes, sir.

22             HEARING OFFICER:  Yes, sir, Mr. Jones.

23             MR. JONES:  Good morning.  My name is

24  Keith Jones and I am the executive director of the

25  Northwest Alabama Council Local Governance.  We're one

Page 16

```
 1   of the twelve regional commissions.  We serve
 2   Lauderdale, Colbert, Franklin, Marion and Winston
 3   County.
 4                 A couple of our communities I would like
 5   you to humbly consider is the city of Haleyville.  They
 6   have asked if they could be placed in one house
 7   district.  They currently are separated.  They are
 8   looking at going into house District 17.
 9                 Also the town of Phil Campbell.  They are
10   virtually isolated from Representative Kiel.  He serves
11   the majority of Franklin County.  They are in Mr.
12   Proncey Robertson's district.  We hope you would look at
13   some continuguance (sic) of those -- look at those
14   counties, please.
15                 HEARING OFFICER:  (Simultaneous
16   crosstalk) Mr. Robertson's district?
17                 MR. JONES:  No.  They look to be in
18   Mr. Kiel's district, one representative of Franklin
19   County.  They are divided in Franklin County there
20   whereas Haleyville, their town is split.  The north is
21   in Proncey's district and the rest of the area is in
22   Mr. Tracy Estes' area.  They would like to be looked at
23   to be totally in Mr. Estes' district which would be
24   House District 17.
25                 HEARING OFFICER:  Thank you.
```

Page 17

1               MR. JONES:  Thank you.

2               HEARING OFFICER:  Yes, sir.

3               MR. COX:  Next on our list, Mr. Dave

4    Smith.

5               MR. SMITH:  Good morning.  I am the chair

6    of the Lauderdale County Democratic Ticket Committee and

7    I have a couple of questions to ask.  Will the

8    redistricting be by party or race?  And also I would

9    like to know the ideal number for the senate districts.

10   I didn't write that down.  And also for House District

11   3, I didn't get that number.

12              MR. MCCLENDON:  I'll give you the ideal

13   size for a senate district is one hundred and

14   forty-three thousand five five one.

15              MR. SMITH:  All right, sir.

16              MR. MCCLENDON:  Now what was your senate

17   district?

18              MR. SMITH:  Senate District 3.

19              MR. MCCLENDON:  Senate District 3,

20   Senator Orr picked up -- he gained fourteen thousand and

21   ten in senate District 3.

22              MR. SMITH:  How much?  Say that again,

23   please, sir.

24              MR. MCCLENDON:  Fourteen thousand and

25   ten.  One four oh one oh.

1               MR. SMITH:  Okay.  All right.  So an
2     ideal would be forty-seven fifty-two, correct?
3               MR. MCCLENDON:  Senate 3.  Are you asking
4     about Senate 3 or House?
5               MR. SMITH:  Senate -- I was talking about
6     House 3.
7               MR. MCCLENDON:  Let's go to House 3.
8     House 3 gained nine hundred and thirty-nine.
9               MR. SMITH:  So what is the total, sir?
10              MR. MCCLENDON:  Forty-eight thousand
11    seven hundred and eighty-nine.
12              MR. WALKER:  (Inaudible).
13              MR. MCCLENDON:  Not much.
14              MR. WALKER:  Oh, I see.  You were talking
15    about the overage.  Okay.  My apologies.
16              MR. MCCLENDON:  Did that answer your
17    question?
18              MR. SMITH:  Except for the by party or
19    race.
20              MR. WALKER:  We don't have that
21    information.
22              MR. SMITH:  Who will be able to get that
23    to me?  Can I give you some information so you can email
24    it or either text it, whichever way you can do it?
25              MR. WALKER:  Were you asking -- I'm

1   sorry.  Ask your question again, please, sir.

2              MR. SMITH:  Okay.  The other question was

3   will the redistricting be done by party or race?

4              HEARING OFFICER:  Districting will comply

5   with the federal and state constitutions and federal

6   laws, principally the Voting Rights Act which -- all of

7   which forbid redistricting on the basis of race except

8   where the state has a strong basis in evidence for

9   complying with Section 2 of the Voting Rights Act to

10  draw a majority black district.

11             And in those circumstances where the

12  state does have a strong basis in evidence, it will draw

13  majority blank districts.  Districts will be drawn

14  without looking at party affiliation or without looking

15  at race for the most part.  Only in narrow circumstances

16  allowed by the Supreme Court will race be considered but

17  after districts have been drawn.

18             MR. SMITH:  Okay.  Thank you.

19             HEARING OFFICER:  Thank you.  And I want

20  to say that I actually missed part of what I should have

21  said when I started out that there are guidelines that

22  are posted on the redistricting committee website that

23  tell you what the guidelines are for the committee to

24  draw districts.  And generally these are that all

25  districts must be contiguous; that is, every district

RC 045249

Page 20

```
 1    must be connected to every other district.  Districts,

 2    compact districts are favored over less compact

 3    districts.

 4                 We try to preserve the cores of existing

 5    districts when we draw new districts.  We try to protect

 6    and preserve communities' interests.  We also do not

 7    allow contests between incumbents and try to minimize

 8    the number of counties in each district.

 9                 Sometimes those various goals come into

10    conflict, and when they do, it's left up to the

11    legislative side which one to prioritize but overarching

12    all of this of course and not subject to being

13    prioritized because it's always overarching is

14    compliance with the federal constitution and with laws

15    such as the Voting Rights Act.  Anyone else who would

16    like to speak?

17                 MR. SMITH:  Excuse me.  I didn't get the

18    name of the person that's doing the talking in that

19    time.

20                 HEARING OFFICER:  Me are you saying?

21                 MR. SMITH:  Whoever is doing the talking,

22    what's your name and title?

23                 HEARING OFFICER:  My name is Dorman

24    Walker.  I'm a lawyer hired by the committee and serving

25    as the hearing officer.
```

Page 21

1                    MR. SMITH:  Norman Walker?

2                    HEARING OFFICER:  No.  Dorman Walker.

3                    MR. SMITH:  Spell that, please.

4                    HEARING OFFICER:  D-o-r-m-a-n.

5                    MR. SMITH:  All right, sir.  Thank you.

6                    HEARING OFFICER:  You're welcome.

7                    MR. COX:  Next we have Ms. Deborah

8      Paseur.

9                    MS. PASEUR:  Good morning.  Thank you for

10     the opportunity to be here.  My name is Deborah Bell

11     Paseur.  I am a resident of Lauderdale County, Alabama

12     and have been for more than or around forty years.  I

13     don't want to say that because it tells my age but I

14     am -- I've been a member of the Shoals Chamber of

15     Commerce for about that length of time and I am

16     currently on the board serving a second term after

17     having served a term back in the Eighties.

18                    So Sam -- you all heard from Sam Mashburn

19     who is our young governmental affairs person and who is

20     doing an excellent job but you can see there's a little

21     age difference between the two of us so I have a little

22     more institutional knowledge maybe than Sam.

23                    So the things that I wanted to emphasize,

24     first of all in the Shoals area for many years, which is

25     Colbert and Lauderdale counties, we have struggled with

Page 22

```
 1   fragmentation and getting our act together, being on the
 2   same page to be able to achieve maximum economic
 3   development, a viable economic community and grow.  And
 4   we're just far enough from the Huntsville area that, you
 5   know, we haven't enjoyed as much continuous growth as
 6   Limestone and Morgan have.
 7              So with that being said, two things.
 8   First of all regarding the congressional districts, we
 9   don't -- I want to just reiterate what Sam Mashburn
10   said.  We don't have really adequate representation for
11   the Shoals area.  And I'm not blaming anybody for that
12   but, you know, regarding Limestone County that is --
13   wait a minute.  I'm sorry.  That goes into the house
14   district.
15              But so I would like to reiterate what he
16   said, that we really feel like the Northwest Alabama
17   area would be best served if we could be redistricted
18   into Congressman Aderholt's district.
19              And regarding the state house and I guess
20   it's -- I think it's -- I'm sorry.  I'm not sure of the
21   district.  It might be District 1 but anyway we're --
22   there's -- partly we have representation in Limestone
23   County and that Limestone County and Morgan County and
24   Madison County literally have a -- they have a
25   formalized agreement between the three counties.  It's
```

```
 1    kind of a working cooperative agreement that covers
 2    different aspects of their economic development plan and
 3    we're not a part of that.
 4              And I just feel that our community is not
 5    best served by having any of our representatives
 6    represent part of Limestone County.  And so I would like
 7    for y'all -- I respectively ask that you consider that.
 8    We -- it's bad enough that we're way up here in the
 9    Northwest Alabama corner, sort of the stepchild of the
10    state when it comes to getting things done in Montgomery
11    and so we feel like this would -- I mean I certainly
12    feel like this would -- these actions would better serve
13    us and thank you for your time.
14              HEARING OFFICER:  Thank you.
15              MR. COX:  Next on the list is Marcel
16    Black.
17              MR. BLACK:  Good morning.
18              HEARING OFFICER:  Welcome, Representative
19    Black.  How are you?
20              MR. BLACK:  I know.  It's nice to see
21    both of you and I can appreciate the job y'all are --
22    it's a challenging job that you have before you as
23    always.
24              The only thing that I wanted to mention
25    is in the last time in District 3 -- and this is not for
```

Page 24

1    me.  I am not a candidate nor intend to be a candidate

2    or want to be a candidate but there were about twelve

3    hundred people that got crossed through the river in

4    Lauderdale County which gave that -- on District 3 which

5    really -- I want to say it was almost a mistake and my

6    fault because we were unable to get an amendment on the

7    district which had split Muscle Shoals, Tuscumbia and

8    Sheffield.

9               I think it's important that those three

10   are so connected to stay together and they are currently

11   in District 3.  I think bringing those folks and not

12   adding another county to District 3 with only about

13   twelve hundred people in it as it was last time would be

14   more beneficial not only to District 3 and the people of

15   Colbert County but would also benefit the people of

16   Lauderdale County, would have a representative that

17   would represent those people and would be listening to

18   them.

19              They were kind of on an island out there

20   and that was my comments but it is good to see you and I

21   wish you well in doing this, Senator McClendon and my

22   friend, Representative Pringle.  Thanks.

23              MR. COX:  Thank you, Representative

24   Black.  And I think last will be Ms. Linda Peebles and

25   she was first on the list and would like to speak.

Page 25

1            MS. PEEBLES:  Okay.  Thank you so much

2    for letting me have a chance again.  My name is Linda

3    Peebles.  I'm the mayor of Courtland, Alabama in

4    Lawrence County.

5            I guess basically what I would like to

6    speak on is my -- with the senate District 4, Garlan

7    Gudger.  He has all of Lawrence County except for just a

8    small part.  And actually the town of Courtland itself

9    is divided by road and half of my -- half of the town of

10   Courtland is in District 4, Senator Gudger, and the

11   other half is in Senator Stutts which just has a small

12   part of Lawrence County.

13           And I just think it would benefit my town

14   and the county itself as far as not being divided up

15   with the different senators and I would like to see if

16   you could -- since Garlan -- Senator Gudger has the most

17   of Lawrence County already that he would be provided the

18   chance to be my Senator for all of Courtland and the

19   rest of Lawrence County but I just want to state I have

20   no problem with Senator Stutts.  I've worked with him

21   also but I just think it would be better if you could

22   keep Lawrence County as a whole.  Thank you so much for

23   letting me speak again.

24           HEARING OFFICER:  Yes, ma'am.  Thank you.

25   Anyone else at the hearing?  I don't see anyone standing

Page 26

1   up.  If you decide you want to speak, let me know but I

2   want to congratulate the Shoals community for -- I

3   remember so clearly, Jim, ten years ago what an

4   organized presentation they gave us and you had all your

5   government officials there and you did everything just

6   right and were concise and very clear about what you

7   wanted and made it easy to understand.  It's -- not all

8   hearings go like this so thank you again for being on

9   top of the game.

10                  Do we have any -- we don't have any

11  online submissions so one last chance for anyone to

12  speak.  All right.  I think we've heard you.  Thank you

13  very much for giving us your time this morning and have

14  a good day.

15

16                  END OF PROCEEDINGS

17

18

19

20

21

22

23

24

25

RC 045256

Page 27

```
 1                 C E R T I F I C A T E

 2

 3

 4    STATE OF ALABAMA)

 5    MOBILE COUNTY)

 6

 7                 I hereby certify that the above

 8    proceedings were taken down by me and transcribed by me

 9    and that the above is a true and correct transcript of

10    the said proceedings.

11                 I further certify that I am neither of

12    counsel nor of kin to the parties nor in anywise

13    financially interested in the outcome of this case.

14

15

16

17

18

19                 JAN A. MANN

20                 COMMISSIONER - NOTARY PUBLIC

21                 ACCR NO. 321

22

23

24

25
```

[1 - college]                                                                    Page 28

**1**

**1**   1:13 3:1 5:12,13
  5:23 22:21
**101**   7:5
**11**   3:14
**11:00**   3:1
**17**   16:8,24
**18**   6:10
**18286**   27:18

**2**

**2**   19:9
**2010**   13:5
**2021**   1:13 3:1
**260**   1:24

**3**

**3**   5:25,25 17:11,18
  17:19,21 18:3,4,6,7
  18:8 23:25 24:4,11
  24:12,14
**321**   27:21
**36603**   1:25

**4**

**4**   5:15 11:2 13:19
  25:6,10
**4th**   13:8,14 14:13
  14:19

**5**

**5th**   13:20 14:18

**6**

**6**   5:17

**7**

**7**   6:3,6

**a**

**a.m.**   3:1
**able**   18:22 22:2
**accr**   27:21
**achieve**   22:2

**act**   19:6,9 20:15
  22:1
**actions**   23:12
**adding**   24:12
**adequate**   22:10
**aderholt**   15:2
**aderholt's**   14:21
  22:18
**adjustment**   6:5
**advocating**   14:20
**affairs**   21:19
**affiliation**   19:14
**age**   21:13,21
**aggravating**   3:9
**ago**   15:10 26:3
**agree**   14:22
**agreement**   22:25
  23:1
**ahead**   5:10 12:7
  14:7
**alabama**   1:25 4:10
  4:10 5:5 10:23
  13:16,17,19 14:3
  15:25 21:11 22:16
  23:9 25:3 27:4
**aligned**   13:3,15
  14:12,15
**allow**   6:14 20:7
**allowed**   19:16
**amendment**   24:6
**amendments**   9:14
**amount**   6:16
**answer**   7:19 9:24
  18:16
**anybody**   8:13
  22:11
**anyway**   22:21
**anywise**   27:12
**apologies**   18:15
**applies**   6:17

**apply**   6:18
**appreciate**   8:19
  10:14 23:21
**area**   5:11,22 14:5
  16:21,22 21:24
  22:4,11,17
**asked**   7:8 16:6
**asking**   18:3,25
**aspects**   23:2
**audio**   5:8 6:9
**authority**   14:10

**b**

**b**   8:23 12:16
**back**   3:8,17 6:23
  7:11,21 10:10,18
  11:9 21:17
**bad**   23:8
**basically**   25:5
**basis**   19:7,8,12
**believe**   13:13 14:16
**bell**   12:7 15:14
  21:10
**beneficial**   24:14
**benefit**   24:15 25:13
**bernie**   8:16
**best**   22:17 23:5
**better**   9:9,11 23:12
  25:21
**black**   19:10 23:16
  23:17,19,20 24:24
**blaming**   22:11
**blank**   19:13
**board**   4:9 6:17
  21:16
**bring**   7:25
**bringing**   24:11
**busey**   8:20,20,23
  8:23,25 9:3
**business**   13:11
**businesses**   12:20

**c**

**c**   2:1 13:25 27:1,1
**call**   12:22 15:16
**camera**   7:20
**cameras**   3:6,10
**campbell**   16:9
**campus**   10:5
**candidate**   24:1,1,2
**care**   8:12
**case**   14:15 27:13
**census**   4:21 5:6
**center**   13:17
**certainly**   23:11
**certify**   27:7,11
**chair**   2:6,9 4:2 17:5
**chairman**   3:15 7:5
**challenging**   23:22
**chamber**   12:10,19
  14:21 21:14
**chance**   25:2,18
  26:11
**change**   6:8
**changed**   5:13
**changes**   4:20
**charles**   11:5,6,9,10
**choice**   13:14
**chris**   2:10 4:2 7:1,1
  7:4 9:22,23,23 10:3
**circumstances**
  19:11,15
**city**   16:5
**clair**   3:14
**clear**   26:6
**clearly**   8:5 26:3
**colbert**   12:20 13:1
  13:3,5,8,11,15
  14:13 16:2 21:25
  24:15
**collective**   12:21
**college**   1:10 10:4,6

**come** 7:11,12 8:7
  10:18 11:9 20:9
**comes** 23:10
**coming** 3:6,7 9:17
**comments** 4:6
  24:20
**commerce** 12:10,19
  21:15
**commissioner**
  27:20
**commissions** 16:1
**committee** 1:1 4:16
  4:17 5:21 7:6 9:13
  9:16,16 17:6 19:22
  19:23 20:24
**communities** 9:10
  12:22 16:4 20:6
**community** 1:10
  7:13 10:4,5,6,22
  12:24 13:10,11
  14:14 15:11 22:3
  23:4 26:2
**compact** 20:2,2
**compared** 4:22
**compliance** 20:14
**comply** 19:4
**complying** 19:9
**composed** 4:17
**concept** 6:24
**concise** 26:6
**conflict** 20:10
**congratulate** 26:2
**congressional** 4:8
  6:19,20 13:2,4,6,9
  13:12,14 14:13
  22:8
**congressman** 14:21
  15:2,2 22:18
**connected** 20:1
  24:10

**consider** 16:5 23:7
**consideration** 4:13
**considered** 19:16
**constitution** 20:14
**constitutional** 9:13
**constitutions** 19:5
**contests** 20:7
**contiguous** 19:25
**continuguance**
  16:13
**continuous** 22:5
**cooperative** 23:1
**copy** 15:20
**cores** 20:4
**corner** 23:9
**correct** 18:2 27:9
**council** 14:4 15:25
**counsel** 27:12
**counties** 12:21
  13:19,20 16:14
  20:8 21:25 22:25
**county** 3:15 10:24
  13:1,3,6,7,8,12,15
  13:20,21 14:5,12
  14:13,17,18 16:3
  16:11,19,19 17:6
  21:11 22:12,23,23
  22:23,24 23:6 24:4
  24:12,15,16 25:4,7
  25:12,14,17,19,22
  27:5
**couple** 16:4 17:7
**course** 13:8 20:12
**court** 4:15 7:23 8:3
  13:24 19:16
**courtland** 10:23
  25:3,8,10,18
**coverage** 8:13
**covers** 23:1
**cox** 9:22,23,23,24
  10:3,12,13 11:21

  15:15,18,21 17:3
  21:7 23:15 24:23
**creates** 3:9
**crossed** 24:3
**crosstalk** 16:16
**csr** 1:22
**culture** 13:1
**currently** 16:7
  21:16 24:10

### d

**d** 21:4
**dan** 8:20,23
**dana** 11:5
**danny** 11:11
**data** 5:7
**dave** 17:3
**day** 26:14
**deals** 8:6
**deborah** 12:7 15:14
  21:7,10
**decide** 7:14 26:1
**delegation** 14:24
  15:3
**delinski** 8:16,16
**democratic** 17:6
**desk** 4:1
**development** 13:18
  14:4,9,9 22:3 23:2
**deviation** 6:21
**difference** 21:21
**different** 4:7 11:24
  23:2 25:15
**director** 15:24
**disallowed** 9:19
**distortion** 5:9 6:10
**district** 3:14 5:5,13
  5:15,15,17,23,25
  6:3,9,10,13,21 7:5
  7:13 10:25 11:2
  13:4,9,13,14,19,20
  14:13,16,18 16:7,8

  16:12,16,18,21,23
  16:24 17:10,13,17
  17:18,19,21 19:10
  19:25 20:1,8 22:14
  22:18,21,21 23:25
  24:4,7,11,12,14
  25:6,10
**districting** 19:4
**districts** 5:2,3,12
  5:22 6:17,18,19,23
  7:14 9:9,11,17 13:7
  17:9 19:13,13,17
  19:24,25 20:1,2,3,5
  20:5 22:8
**divided** 13:6 16:19
  25:9,14
**doing** 8:3 20:18,21
  21:20 24:21
**dorman** 2:4 4:3
  8:10 20:23 21:2
**dr** 10:12
**drafting** 12:6
**draw** 19:10,12,24
  20:5
**drawing** 6:22 9:17
**drawn** 4:7 9:9
  19:13,17
**dropped** 5:16,17,24
  6:3,6,7,10

### e

**e** 2:1,1 8:23 27:1,1
**easy** 26:7
**echo** 3:9
**economic** 13:16,17
  14:9,10 22:2,3 23:2
**economics** 12:25
**education** 4:9 6:18
**eight** 4:9 5:6,18
  6:13 12:19 18:10
**eighties** 21:17

RC 045259

**eighty**  6:8 18:11
**either**  18:24
**eleven**  4:18,19
**email**  18:23
**emphasize**  21:23
**enjoyed**  22:5
**entered**  8:2 15:6
**entity**  14:10
**essentially**  6:1
**establish**  15:10
**estes**  16:22,23
**everybody**  3:17
  9:25 10:7
**evidence**  19:8,12
**exactly**  6:16
**example**  4:23 6:12
**excellent**  21:20
**excuse**  12:13 20:17
**executive**  15:24
**exhibit**  7:25
**existing**  20:4
**extreme**  14:16

**f**

**f**  27:1
**fact**  15:8
**fantastic**  10:2,8
**far**  22:4 25:14
**fault**  24:6
**favored**  20:2
**federal**  6:20 19:5,5
  20:14
**feed**  7:21
**feel**  22:16 23:4,11
  23:12
**fifteen**  10:2
**fifty**  5:1,6,14 6:14
  18:2
**finally**  6:10
**financially**  27:13
**find**  4:22

**first**  7:8 8:11 9:21
  9:22 21:24 22:8
  24:25
**five**  4:10,11 5:1,17
  6:7,14,16 9:6 17:14
  17:14
**floor**  9:20
**florence**  12:22
**folks**  5:2,3 24:11
**forbid**  19:7
**formalized**  22:25
**forty**  5:1,5 6:13
  17:14 18:2,10
  21:12
**four**  4:7 5:24 17:25
**fourteen**  17:20,24
**fragmentation**  22:1
**franklin**  16:2,11,18
  16:19
**friend**  24:22
**functioning**  9:11
**further**  27:11

**g**

**g**  13:25
**gained**  17:20 18:8
**game**  26:9
**garlan**  10:24 25:6
  25:16
**generally**  19:24
**getting**  22:1 23:10
**give**  9:5 17:12
  18:23
**given**  14:22,24
**giving**  26:13
**glad**  3:13
**go**  5:10 7:7 12:7
  14:7 18:7 26:8
**goals**  20:9
**goes**  22:13
**going**  6:4,9 11:6
  12:5 13:7 16:8

**good**  3:25 8:9 9:25
  15:23 17:5 21:9
  23:17 24:20 26:14
**governance**  15:25
**government**  14:4
  26:5
**governmental**
  21:19
**great**  10:8
**group**  9:25 10:1
**grow**  22:3
**growth**  14:16 22:5
**gudger**  25:7,10,16
**gudger's**  10:25
**guess**  22:19 25:5
**guidelines**  19:21,23

**h**

**h**  12:16
**haleyville**  16:5,20
**half**  25:9,9,11
**hall**  11:25
**hand**  3:20
**hard**  11:25
**hear**  3:21 7:21
**heard**  21:18 26:12
**hearing**  1:11 2:3
  4:3 7:22 8:1,6,9,10
  8:18,21,24 9:1,4,8
  10:12,18,21 11:1,3
  11:5,8,11,13,15,19
  11:23 12:5,11,14
  12:17 13:23 14:2,7
  15:7,13,17,19,22
  16:15,25 17:2 19:4
  19:19 20:20,23,25
  21:2,4,6 23:14,18
  25:24,25
**hearings**  1:3 8:13
  26:8
**hello**  3:23

**help**  7:21 10:9
**helpful**  15:8
**helps**  15:10
**highlighting**  5:11
**hired**  20:24
**historically**  14:14
**home**  3:8
**hope**  16:12
**hosting**  10:13
**house**  2:9 4:2,11,19
  5:4,22,23 6:3,10,12
  7:5,5 16:6,8,24
  17:10 18:4,6,7,8
  22:13,19
**howell**  12:1,2
**humbly**  16:5
**hundred**  4:11,24
  4:25 5:1,6,16,18,24
  5:25 6:4,7,14 12:19
  17:13 18:8,11 24:3
  24:13
**huntsville**  13:7
  22:4

**i**

**ideal**  4:24 5:4 6:13
  17:9,12 18:2
**impartial**  9:12
**important**  10:14
  24:9
**inaudible**  18:12
**increase**  5:14 6:9
**incumbents**  20:7
**indication**  14:22,24
**information**  5:11
  18:21,23
**institutional**  21:22
**integration**  12:25
**intend**  24:1
**interest**  9:10 15:11
**interested**  4:12
  5:23 27:13

**interests** 20:6
**interim** 10:3
**introduce** 6:25
  7:24 8:12
**island** 24:19
**isolated** 16:10
**issues** 8:8

### j

**jamie** 11:13,16
**jan** 1:22 27:19
**jim** 2:7 3:13 26:3
**joachim** 1:24
**job** 6:22 21:20
  23:21,22
**joined** 5:19
**jones** 11:25,25 12:1
  12:1 15:18,22,23
  15:24 16:17 17:1

### k

**keep** 8:12 25:22
**keith** 15:18,24
**kiel** 11:13,16 16:10
**kiel's** 16:18
**kin** 27:12
**kind** 5:11 13:16
  23:1 24:19
**know** 4:23 6:5
  10:10 17:9 22:5,12
  23:20 26:1
**knowledge** 21:22

### l

**l** 13:25
**large** 10:1
**latitude** 6:15
**lauderdale** 12:20
  13:1,3,5,7,12,15,21
  14:12,18 16:2 17:6
  21:11,25 24:4,16
**law** 4:20

**lawrence** 10:24
  25:4,7,12,17,19,22
**laws** 19:6 20:14
**lawyer** 20:24
**leave** 8:1
**left** 4:3 20:10
**legal** 1:23
**legislative** 1:1
  20:11
**legislator** 3:20
**legislators** 3:19,25
**legislature** 4:18
  11:17
**length** 21:15
**letting** 25:2,23
**level** 6:20
**limestone** 14:17
  22:6,12,22,23 23:6
**limited** 7:9 9:5
**linda** 10:15 24:24
  25:2
**list** 10:15 11:20,24
  15:15,20 17:3
  23:15 24:25
**listening** 24:17
**literally** 22:24
**little** 3:9 5:13 21:20
  21:21
**live** 3:14 9:10
**livingston** 5:20
**local** 14:4,23 15:3
  15:25
**logical** 13:13
**look** 5:7 16:12,13
  16:17
**looked** 16:22
**looking** 16:8 19:14
  19:14
**looks** 15:13
**lot** 12:24,25

### m

**m** 12:16 21:4
**ma'am** 11:3 25:24
**madison** 14:17
  22:24
**maintain** 6:24
**majority** 16:11
  19:10,13
**makeups** 13:2
**mann** 1:22 27:19
**maps** 4:7,8,9 6:22
**marcel** 23:15
**marion** 16:2
**mashburn** 12:3,9
  12:10,13,16,18
  13:25 14:3,8 15:12
  21:18 22:9
**maximum** 22:2
**mayor** 10:15,16,20
  10:21,22,23 11:2,4
  25:3
**mcclendon** 2:7 3:5
  3:13,24 17:12,16
  17:19,24 18:3,7,10
  18:13,16 24:21
**mean** 23:11
**media** 8:11,13,14
**medium** 8:14,24
**meeting** 15:5
**member** 21:14
**members** 4:10,18
  8:11 11:17
**mention** 23:24
**mentioned** 15:5
**mic** 3:21,22
**microphone** 7:12
  7:20,25 8:4
**microphones** 3:7,8
**mics** 3:11
**mind** 15:16

**minimize** 20:7
**minus** 6:14,16
**minute** 22:13
**minutes** 7:9 9:5
**missed** 19:20
**mistake** 24:5
**mobile** 1:25 27:5
**montgomery** 5:20
  23:10
**morgan** 22:6,23
**morning** 8:9 15:23
  17:5 21:9 23:17
  26:13
**moved** 5:2,3
**muscle** 12:22 24:7
**mute** 3:7,10 7:20

### n

**n** 2:1 12:16 13:25
  21:4
**nacog** 13:21
**nacolg** 13:18,24
  14:2
**name** 3:13 7:4,13
  8:5,21 12:9,11,14
  14:10 15:23 20:18
  20:22,23 21:10
  25:2
**narrow** 9:8,18
  19:15
**necessarily** 11:10
**need** 9:6,7
**neither** 27:11
**new** 4:24 5:5 9:9,17
  20:5
**nice** 23:20
**nine** 5:16,25 6:1
  18:8,8,11
**norman** 21:1
**north** 1:24 14:1
  16:20

RC 045261

**northwest** 1:10
  10:4 13:16,17,19
  14:3,5 15:25 22:16
  23:9
**notary** 27:20
**number** 5:25 17:9
  17:11 20:8
**numbers** 4:24 5:5

**o**

**o** 13:25 21:4
**occur** 15:1,3,4
**officer** 2:3 4:4 8:1,9
  8:10,18,21,24 9:1,4
  10:12,18,21 11:1,3
  11:5,8,11,13,15,19
  11:23 12:5,11,14
  12:17 13:23 14:2,7
  15:7,13,17,19,22
  16:15,25 17:2 19:4
  19:19 20:20,23,25
  21:2,4,6 23:14,18
  25:24
**officials** 26:5
**oh** 9:1,21 11:19
  12:7 17:25,25
  18:14
**okay** 3:24,25 9:1,4
  9:21 10:18 11:1,8
  11:11,13 12:17
  15:18 18:1,15 19:2
  19:18 25:1
**ones** 11:22
**online** 3:6 26:11
**open** 9:20
**opinion** 4:12
**opportunity** 21:10
**order** 7:8
**organization** 14:5
  14:9,11
**organizations**
  12:20 14:11

**organized** 26:4
**orr** 17:20
**osborne** 11:17,18
**outcome** 27:13
**outside** 8:8 9:18
**overage** 18:15
**overarching** 20:11
  20:13

**p**

**p** 2:1,1
**page** 22:2
**part** 13:20 14:6
  19:15,20 23:3,6
  25:8,12
**participating** 7:17
  7:19
**parties** 27:12
**partly** 22:22
**partners** 13:18
**party** 17:8 18:18
  19:3,14
**paseur** 12:7 15:14
  21:8,9,11
**pass** 11:6
**peebles** 10:15,16,20
  10:23 11:2,4 24:24
  25:1,3
**people** 4:22 5:14
  6:11 10:8 12:6 24:3
  24:13,14,15,17
**peoples** 10:21
**percent** 6:15
**permanent** 1:1
**permanently** 8:2
**person** 6:24 9:21
  9:22 20:18 21:19
**pettus** 11:11,12
**phil** 16:9
**picked** 17:20
**placed** 14:19 16:6

**plan** 23:2
**please** 3:6 7:20 8:4
  8:7,22 10:17 12:12
  12:15 15:20 16:14
  17:23 19:1 21:3
**pleased** 3:16
**plus** 6:14,16
**population** 5:7,13
  5:17,24 6:8
**posted** 19:22
**present** 3:19 8:11
  8:14
**presentation** 15:8,9
  26:4
**preserve** 20:4,6
**president** 10:3
**principally** 19:6
**pringle** 2:10 4:2 7:1
  7:3,4 24:22
**prior** 13:2
**prioritize** 20:11
**prioritized** 20:13
**problem** 25:20
**procedures** 7:7
**proceedings** 3:3
  26:16 27:8,10
**process** 8:8
**proncey** 16:12
**proncey's** 16:21
**proper** 6:24
**proposed** 9:13
**protect** 20:5
**proud** 10:4,5
**provided** 25:17
**public** 1:3,11 27:20
**purpose** 4:5
**put** 4:15

**q**

**question** 18:17
  19:1,2

**questions** 7:18 17:7

**r**

**r** 2:1 12:16 21:4
  27:1
**race** 17:8 18:19
  19:3,7,15,16
**range** 6:23
**read** 7:18 12:1
**real** 15:10
**realigned** 13:12
**really** 10:13 15:8
  22:10,16 24:5
**reapportionment**
  1:3 7:6
**reason** 13:14
**receive** 4:5
**recognize** 11:16
**record** 4:15 7:18,24
  8:3,13 15:6
**redistricted** 22:17
**redistricting** 1:11
  2:6,9 3:15 4:2,16
  4:17 5:21 8:7,8
  9:13 17:8 19:3,7,22
**reflect** 9:10
**regarding** 22:8,12
  22:19
**region** 12:21
**regional** 16:1
**reiterate** 22:9,15
**remember** 8:3 10:9
  26:3
**remotely** 7:17,19
  7:23 8:4
**reported** 1:22
**reporter** 4:15 7:23
  8:3 13:24
**represent** 7:13 8:15
  23:6 24:17
**representation**
  22:10,22

RC 045262

**representative** 4:1 7:1,4 11:16 16:10 16:18 23:18 24:16 24:22,23
**representatives** 4:11 23:5
**represents** 12:19
**resident** 21:11
**respectively** 23:7
**rest** 16:21 25:19
**right** 4:1 11:6 17:15 18:1 21:5 26:6,12
**rights** 19:6,9 20:15
**river** 24:3
**road** 25:9
**robertson's** 16:12 16:16
**room** 3:17 11:14 14:17
**roughly** 5:16
**rules** 6:14,19

**s**

**s** 2:1 8:23 12:16
**sam** 12:3,9 21:18 21:18,22 22:9
**saying** 20:20
**scope** 9:8,18
**seats** 4:8,9
**second** 9:6,6 21:16
**section** 19:9
**see** 3:17 4:25 5:7 11:23 13:11 15:1,3 15:4,19 18:14 21:20 23:20 24:20 25:15,25
**senate** 2:6 3:14,15 4:10,19,24 5:2,3,12 5:12,13,15,17 6:17 17:9,13,16,18,19 17:21 18:3,4,5 25:6

**senator** 3:14 5:20 7:3 10:24 17:20 24:21 25:10,11,16 25:18,20
**senators** 25:15
**send** 7:17
**sense** 14:12
**separate** 13:6
**separated** 16:7
**september** 1:13 3:1
**serve** 10:6,9 16:1 23:12
**served** 21:17 22:17 23:5
**serves** 16:10
**serving** 20:24 21:16
**session** 10:17
**seven** 4:8 5:5 6:13 14:5 18:2,11
**seventeen** 6:7
**sheffield** 12:23 24:8
**shift** 5:7
**shoals** 1:10 10:4 12:10,18,21,22 14:10 21:14,24 22:11 24:7 26:2
**sic** 16:13
**side** 20:11
**sign** 7:15 11:18,19
**signature** 27:18
**signed** 7:9 9:22 11:22 15:16
**significant** 6:8
**simultaneous** 16:15
**sir** 9:2,3 12:7,17 15:12,20,21,22 17:2,15,23 18:9 19:1 21:5

**sitting** 3:17,25
**six** 6:4,6
**size** 4:24,25 5:4 6:13 17:13
**small** 25:8,11
**smith** 17:4,5,15,18 17:22 18:1,5,9,18 18:22 19:2,18 20:17,21 21:1,3,5
**solely** 8:6
**solutions** 1:23
**somebody** 6:5 11:23,25 12:1
**sorry** 8:22 13:23 19:1 22:13,20
**sort** 23:9
**speak** 7:8,14,15,16 7:25 8:4 11:18,20 11:22 12:2,6 20:16 24:25 25:6,23 26:1 26:12
**speaker** 3:23 11:14 12:3
**speaking** 9:4
**specifically** 13:10
**spell** 12:11,14 13:24 21:3
**split** 16:20 24:7
**spoken** 14:21,23
**spots** 9:5
**st** 3:14
**staff** 14:22
**standing** 25:25
**start** 12:5
**started** 19:21
**state** 4:8 5:20 6:17 7:4,12 8:5 11:15 14:6 19:5,8,12 22:19 23:10 25:19 27:4

**station** 8:15
**stay** 24:10
**staying** 13:8
**stepchild** 23:9
**steve** 5:20
**street** 1:24
**strong** 19:8,12
**struggled** 21:25
**stutts** 25:11,20
**subject** 20:12
**submissions** 26:11
**submitted** 4:16
**suggestions** 4:6
**support** 14:23,24
**supreme** 19:16
**sure** 3:21 9:23 15:5 22:20

**t**

**t** 27:1,1
**take** 4:12 6:4 7:1
**taken** 4:15 14:18 27:8
**talk** 8:5,7
**talking** 6:5 18:5,14 20:18,21
**target** 4:25 5:4
**tell** 9:15,16 19:23
**telling** 10:1,7
**tells** 21:13
**ten** 4:21 9:17 15:9 17:21,25 26:3
**term** 21:16,17
**test** 3:21
**testimony** 4:6,14
**text** 18:24
**thank** 7:3 8:8,18 9:2,21 10:10,13,20 11:3,4,24 12:17,18 14:7 15:6,7,11,12 16:25 17:1 19:18 19:19 21:5,9 23:13

RC 045263

23:14 24:23 25:1
25:22,24 26:8,12
**thanks**  24:22
**thing**  23:24
**things**  9:12 21:23
22:7 23:10
**think**  10:1 11:21
14:25 22:20 24:9
24:11,24 25:13,21
26:12
**thirty**  4:10 6:1 9:6
18:8
**thousand**  5:1,6,16
5:18,24 6:4,6,7,11
6:13 17:14,20,24
18:10
**three**  5:1,12,14 6:3
6:6 7:9 9:5 17:14
22:25 24:9
**ticket**  17:6
**time**  7:10 20:19
21:15 23:13,25
24:13 26:13
**timesdaily**  8:17,20
8:25 9:1
**title**  20:22
**today**  10:1
**today's**  15:5
**tom**  11:17
**top**  26:9
**total**  18:9
**totally**  16:23
**town**  16:9,20 25:8
25:9,13
**tracy**  16:22
**transcribed**  7:22
27:8
**transcript**  27:9
**true**  27:9
**try**  20:4,5,7

**turn**  3:6,10 7:20
10:10
**tuscumbia**  12:23
24:7
**twelve**  16:1 24:2,13
**twenty**  4:18
**two**  4:18 5:16,24
6:8,11 13:6 18:2
21:21 22:7

**u**

**u**  8:23 12:16
**unable**  24:6
**understand**  11:24
26:7
**unintelligible**  11:21
**unknown**  3:23
11:14 12:3
**unmute**  3:21

**v**

**variety**  13:21
**various**  20:9
**veritext**  1:23
**viable**  22:3
**virtually**  16:10
**volunteers**  12:6
**vote**  6:24
**voting**  19:6,9 20:15

**w**

**wait**  10:17 22:13
**walker**  2:4 4:3 8:10
18:12,14,20,25
20:24 21:1,2
**want**  3:5,12 7:14
7:15 9:16 10:6 11:8
12:2 14:25 19:19
21:13 22:9 24:2,5
25:19 26:1,2
**wanted**  15:4 21:23
23:24 26:7

**wants**  7:16
**warning**  9:6,7
**waving**  3:20
**way**  5:19 18:24
23:8
**we've**  5:19 10:8
13:2 14:15,23
26:12
**website**  19:22
**welcome**  3:12 9:25
21:6 23:18
**went**  5:25 10:2
**whichever**  18:24
**winston**  16:2
**wish**  24:21
**work**  3:8
**worked**  25:20
**working**  7:23 13:18
23:1
**write**  17:10

**y**

**y**  8:23
**y'all**  23:7,21
**years**  4:21 9:17
13:2 15:9 21:12,24
26:3
**young**  21:19

**z**

**zach**  10:1
**zero**  6:21

RC 045264