FILED

2021 Dec-27  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 22

Case 2:21-cv-01291-AMM    Document 57-2    Filed 12/27/21    Page 2 of 43

# ALABAMA CONGRESSIONAL DISTRICTS
# 1822 - 1833



ALABAMA CONGRESSIONAL DISTRICTS

1822 –1833

1822

AN ACT
That this state shall be, and is hereby
divided into three districts.

Acts of Alabama, 1822

Case 2:21-cv-01291-AMM   Document 57-2   Filed 12/27/21   Page 4 of 43

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps/cd822_33.html
Updated: February 11, 2010

# ALABAMA CONGRESSIONAL DISTRICTS
# 1833 - 1843

Case 2:21-cv-01291-AMM    Document 73-2    Filed 12/27/21    Page 6 of 43



**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Case 2:21-cv-01291-AMM    Document 57-2    Filed 12/27/21    Page 7 of 43

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps/cd833_43.html
Updated: February 11, 2010

Case 2:21-cv-01291-AMM    Document 57-2    Filed 11/27/21    Page 8 of 43

# ALABAMA CONGRESSIONAL DISTRICTS
## 1843 - 1852



ALABAMA CONGRESSIONAL DISTRICTS
1843 – 1852

No. 47.          An Act.
That the state be, and is hereby divided into
seven Congressional Districts
Approved: February 13, 1843

Acts of Alabama, 1843,
Page 45.

---

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative
Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

---

Return to Alabama Congressional and Legislative Representation Maps

Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps/cd843_52.html
Updated: February 11, 2010

# ALABAMA CONGRESSIONAL DISTRICTS
# 1854 - 1861



ALABAMA CONGRESSIONAL DISTRICTS
1854 –1861

1854

No. 10          AN ACT
That the State of Alabama be, and is hereby
divided into seven congressional districts.

Acts of Alabama, 1853-54
Page 23.

---

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

---

Case 2:21-cv-01291-AMM    Document 75-2    Filed 12/27/21    Page 13 of 43

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.state.al.us/legislat/ala_maps/cd854_61.html
created: 7/17/97

# ALABAMA CONGRESSIONAL DISTRICTS
# CONFEDERATE STATES OF AMERICA
# 1861 - 1865

Case 2:21-cv-01291-AMM Document 757-2 Filed 12/27/21 Page 15 of 43



ALABAMA CONGRESSIONAL DISTRICTS
CONFEDERATE STATES OF AMERICA
1861 - 1865

No. 34.        AN ORDINANCE
To lay off the State of Alabama into nine
Congressional Districts.
Adopted, March 16, 1861.

Ordinances and Constitution, 1861
Page 45.

---

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Case 2:21-cv-01291-AMM    Document 57-2    Filed 12/27/21    Page 16 of 43

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.state.al.us/legislat/ala_maps/cd861_65.html
created: 7/17/97

# ALABAMA CONGRESSIONAL DISTRICTS
# UNDER CONSTITUTION OF 1867



**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps/cd_1867.html
Updated: February 1,2010

# ALABAMA CONGRESSIONAL DISTRICTS

# FEB. 13, 1875 - FEB. 13, 1891

Case 2:21-cv-01291-AMM    Document 57-2    Filed 12/27/21    Page 20 of 43



CONGRESSIONAL DISTRICTS
FEB. 13, 1875 - Feb. 13, 1891

No. 25      AN ACT
To divide the State into eight Congressional
Districts.

Acts of Alabama, 1874-75
Page 115.

---

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Case 2:21-cv-01291-AMM    Document 73-2    Filed 12/27/21    Page 21 of 43

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.asc.edu/legislat/archives/ala_maps/cd875_91.html
Updated: February 11, 2010

maps show changes by decennial periods: as affected by population figures      https://archives.alabama.gov/legislat/ala_maps/ed891_01.html

# ALABAMA CONGRESSIONAL DISTRICTS

# FEB. 13, 1891 - FEB. 14, 1901

Case 2:21-cv-01291-AMM   Document 57-2   Filed 12/27/21   Page 23 of 43



CONGRESSIONAL DISTRICTS
Feb. 13, 1891 – Feb. 14, 1901

ALABAMA

● Not created.

287         AN ACT         H. 1073
To divide the State of Alabama into Nine
Congressional Districts
Approved Feb. 13, 1891.

Acts of Alabama, 1890 –
Page 627

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative*

*Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps/cd891_01.html
Updated: February 11, 2010

Case 2:21-cv-01291-AMM    Document 57-2    Filed 12/25/21    Page 25 of 43

# ALABAMA CONGRESSIONAL DISTRICTS

# FEB. 14, 1901 - MAR. 4, 1917



CONGRESSIONAL DISTRICTS
Feb. 14, 1901 - Mar. 4, 1917

ALABAMA

● Not created.

No. 453  AN ACT  H. 1171
To detach the county of Hale from the ninth
congressional district of Alabama, and attach
it to the sixth congressional district.

Acts of Alabama, 1900-01
Page 1156.

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials

Case 2:21-cv-01291-AMM   Document 57-2   Filed 12/25/21   Page 27 of 43

[Return to Alabama History On-Line](#)
[Return to ADAH Homepage](#)



http://www.archives.alabama.gov/legislat/ala_maps/cd901_17.html
Updated: February 11, 2010

# ALABAMA CONGRESSIONAL DISTRICTS

# MAR. 4, 1917 - MAR. 4, 1933

CONGRESSIONAL DISTRICTS
March 4, 1917 - March 4, 1933



Case 2:21-cv-01291-AMM   Document 57-2   Filed 12/27/21   Page 29 of 43

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

---

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps/cd917_33.html
February 11, 2010

# ALABAMA CONGRESSIONAL DISTRICTS

## MARCH 4, 1933 -

Case 2:21-cv-01291-AMM   Document 757-2   Filed 12/25/21   Page 31 of 43



CONGRESSIONAL DISTRICTS
Mar. 4, 1933 to

ALABAMA

No. 59          AN ACT          H. 101
To Divide the State of Alabama into Nine
Congressional Districts.
Approved February 25, 1931.
To take effect on March 4, 1933.
                    Acts of Alabama, 1931
                    Page 98.

**Authority**:
The ADAH, Historical and Patriotic Series Number 17, *Alabama Congressional and Legislative Representation 1819 to 1960* (Montgomery: Walker Printing Co.,1961).

Return to Alabama Congressional and Legislative Representation Maps
Return to Alabama Government Officials
Return to Alabama History On-Line
Return to ADAH Homepage



http://www.archives.alabama.gov/legislat/ala_maps//cd_1933.html
Updated: February 11, 2010



Congressional Districts 1940

ALABAMA
1940 Code of Alabama
Title 17, Section 425
CONGRESS

Chestnut Defense 3023



Congressional Districts 1950

ALABAMA'S
CONGRESSIONAL DISTRICTS

CONGRESSIONAL DISTRICT LINES
COUNTY LINES
2    DISTRICT NUMBERS

Chestnut Defense 3022



Congressional Districts 1964

ALABAMA

Act # 21
August 19, 1964
CONGRESS

Chestnut Defense 3021



1965



Case 2:21-cv-01291-AMM-GMB Document 272-22 Filed 10/27/21 Page 37 of 43
Act No. 120 of 1972 WWW. Document No. 22 revised 1/27/1972

# Alabama's Congressional Districts



### POPULATION OF CONGRESSIONAL DISTRICTS

| Dist. | 1970 Census |
|---|---|
| 1st | 491,747 |
| 2nd | 491,676 |
| 3rd | 493,588 |
| 4th | 492,215 |
| 5th | 488,771 |
| 6th | 492,785 |
| 7th | 492,403 |

POPULATION OF DISTRICTS BY COUNTY, 1970 CENSUS

Act No. 120, Third Special Session, 1971. Approved Jan. 19, 1972

**1ST DISTRICT**

| | |
|---|---|
| Baldwin | 59,382 |
| Clarke | 26,724 |
| Escambia | 34,907 |
| Mobile | 317,308 |
| Monroe | 20,883 |
| Washington | 16,241 |
| Wilcox | 16,303 |

Total ....... 491,747
(R) Jack Edwards, Congressman, Mobile

**2ND DISTRICT**

| | |
|---|---|
| Barbour | 22,543 |
| Bullock | 11,824 |
| Butler | 22,007 |
| Coffee | 34,872 |
| Conecuh | 15,645 |
| Covington | 34,079 |
| Crenshaw | 13,188 |
| Dale | 52,938 |
| Geneva | 21,924 |
| Henry | 13,254 |
| Houston | 56,574 |
| Montgomery | 167,790 |
| Pike | 25,038 |

Total ....... 491,676
(R) Wm. L. "Bill" Dickinson, Congressman, Montgomery

**3RD DISTRICT**

| | |
|---|---|
| Autauga | 24,460 |
| Calhoun | 103,092 |
| Chambers | 36,356 |
| Clay | 12,636 |
| Cleburne | 10,996 |
| Coosa | 10,662 |
| Elmore | 33,535 |
| Lee | 61,268 |
| Lowndes | 12,896 |
| Macon | 24,841 |
| Randolph | 18,331 |
| Russell | 45,394 |
| Talladega | 65,280 |
| Tallapoosa | 33,840 |

Total ....... 493,588
(D) Bill Nichols, Congressman, Sylacauga

**4TH DISTRICT**

| | |
|---|---|
| Blount | 26,853 |
| Cherokee | 15,606 |
| Cullman | 52,445 |
| DeKalb | 41,981 |
| Etowah | 94,144 |
| Fayette | 16,252 |
| Franklin | 23,933 |
| Lamar | 14,335 |
| Marion | 23,788 |
| Marshall | 54,211 |
| Pickens | 20,326 |
| St. Clair | 27,956 |
| Walker | 56,246 |
| Winston | 16,654 |
| Jefferson Prec. 12 (Leeds) | 7,483 |

Total ....... 492,215
(D) Tom Bevill, Congressman, Jasper

**5TH DISTRICT**

| | |
|---|---|
| Colbert | 49,632 |
| Jackson | 39,202 |
| Lauderdale | 68,111 |
| Lawrence | 27,281 |
| Limestone | 41,699 |
| Madison | 186,540 |
| Morgan | 77,306 |

Total ....... 488,771
Ronnie Flippo, Congressman, Florence

**6TH DISTRICT**

| | |
|---|---|
| Jefferson | 492,785 |

Total ....... 492,785
(R) Albert Lee Smith, Congressman, Birmingham

**7TH DISTRICT**

| | |
|---|---|
| Bibb | 13,812 |
| Chilton | 25,180 |
| Choctaw | 16,589 |
| Dallas | 55,296 |
| Greene | 10,650 |
| Hale | 15,888 |
| Marengo | 23,819 |
| Perry | 15,388 |
| Shelby | 38,037 |
| Sumter | 16,974 |
| Tuscaloosa | 116,029 |
| Jefferson Precincts 1, 2 & 4 | 144,741 |

Total ....... 492,403
(D) Richard C. Shelby, Congressman, Tuscaloosa

STATE OF ALABAMA
CONGRESSIONAL DISTRICTS 1980



Reapportionment Office
Alabama State House
11 South Union, Room 811
Montgomery, Alabama  36130
(205)242-7941

Act. 81-929

3



ALABAMA
CONGRESSIONAL DISTRICTS
1980



1992 Congressional

ALABAMA

Chestnut Defense 3019

# 2002 Congressional Districts



2002 Congressional Districts 1-30-02
1/31/02 11:32 AM

Chestnut Defense 3018

# 2011 Congressional Districts





Act 2021-555 map

©2021 CALIPER