FILED
2021 Dec-27 AM 9:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 23



2021 Alabama Congressional Plan

©2021 CALIPER

RC 000554