# Exhibit 28

User:
Plan Name: **2021 Alabama Congressional Plan**
Plan Type:

## Communities of Interest (Landscape, 11x8.5)

Monday, November 15, 2021                                                                                                                                                      10:37 AM

| County | District | Population | % |
|---|---|---|---|
| Chilton AL | 3 | 12,405 | 27.6 |
| Chilton AL | 6 | 32,609 | 72.4 |
| Escambia AL | 1 | 36,018 | 98.0 |
| Escambia AL | 2 | 739 | 2.0 |
| Jefferson AL | 6 | 380,694 | 56.4 |
| Jefferson AL | 7 | 294,027 | 43.6 |
| Lauderdale AL | 4 | 43,533 | 46.5 |
| Lauderdale AL | 5 | 50,031 | 53.5 |
| Montgomery AL | 2 | 166,435 | 72.7 |
| Montgomery AL | 7 | 62,519 | 27.3 |
| Tuscaloosa AL | 4 | 42,770 | 18.8 |
| Tuscaloosa AL | 7 | 184,266 | 81.2 |

**Communities of Interest (Landscape, 11x8.5)**                                                2021 Alabama Congressional

| County | -- Listed by District | | |
|---|---:|---:|---|
| | Population | % | |
| Escambia AL (part) | 36,018 | 98.0 | |
| **District 1 Totals** | **717,754** | | |
| Escambia AL (part) | 739 | 2.0 | |
| Montgomery AL (part) | 166,435 | 72.7 | |
| **District 2 Totals** | **717,755** | | |
| Chilton AL (part) | 12,405 | 27.6 | |
| **District 3 Totals** | **717,754** | | |
| Lauderdale AL (part) | 43,533 | 46.5 | |
| Tuscaloosa AL (part) | 42,770 | 18.8 | |
| **District 4 Totals** | **717,754** | | |
| Lauderdale AL (part) | 50,031 | 53.5 | |
| **District 5 Totals** | **717,754** | | |
| Chilton AL (part) | 32,609 | 72.4 | |
| Jefferson AL (part) | 380,694 | 56.4 | |
| **District 6 Totals** | **717,754** | | |

**Communities of Interest (Landscape, 11x8.5)**  2021 Alabama Congressional

|  | Population | % |
|---|---:|---:|
| Jefferson AL (part) | 294,027 | 43.6 |
| Montgomery AL (part) | 62,519 | 27.3 |
| Tuscaloosa AL (part) | 184,266 | 81.2 |
| **District 7 Totals** | **717,754** |  |

**Communities of Interest (Landscape, 11x8.5)**  2021 Alabama Congressional

## Summary Statistics

| | |
|---|---|
| Number of County not split | 61 |
| Number of County split | 6 |
| Number of County split in 2 | 6 |
| Total number of splits | 12 |