FILED

2021 Dec-27  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 35

## Singleton Congressional Plan 1

©2021 CALIPER

RC 022561