FILED
2021 Dec-27 AM 9:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 36

# Singleton Congressional Plan 1

CD1
CD2
CD3
CD4
CD5
CD6
CD7
Lauderdale
Limestone
Madison
Jackson
Colbert
Franklin
Lawrence
Morgan
Marshall
DeKalb
Marion
Winston
Cullman
Blount
Etowah
Cherokee
Lamar
Fayette
Walker
Jefferson
St. Clair
Calhoun
Cleburne
Pickens
Tuscaloosa
Shelby
Talladega
Clay
Randolph
Bibb
Greene
Hale
Perry
Chilton
Coosa
Tallapoosa
Chambers
Sumter
Autauga
Elmore
Lee
Marengo
Dallas
Macon
Russell
Montgomery
Lowndes
Bullock
Choctaw
Wilcox
Barbour
Pike
Butler
Crenshaw
Clarke
Monroe
Henry
Dale
Washington
Conecuh
Coffee
Covington
Escambia
Houston
Geneva
Mobile
Baldwin

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, (c) OpenStreetMap contributors, and the GIS User Community

