FILED
2021 Dec-27 AM 9:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 41

User:
Plan Name: **Singleton Congressional Plan 1**
Plan Type: **Congressional Plan**

## Communities of Interest (Landscape, 11x8.5)

Tuesday, November 16, 2021                                                                                                                9:45 AM

| County | District | Population | % |
|---|---|---|---|
| Autauga AL | 3 | 58,805 | 100.0 |
| Baldwin AL | 1 | 231,767 | 100.0 |
| Barbour AL | 2 | 25,223 | 100.0 |
| Bibb AL | 6 | 22,293 | 100.0 |
| Blount AL | 4 | 59,134 | 100.0 |
| Bullock AL | 7 | 10,357 | 100.0 |
| Butler AL | 7 | 19,051 | 100.0 |
| Calhoun AL | 3 | 116,441 | 100.0 |
| Chambers AL | 2 | 34,772 | 100.0 |
| Cherokee AL | 3 | 24,971 | 100.0 |
| Chilton AL | 3 | 45,014 | 100.0 |
| Choctaw AL | 7 | 12,665 | 100.0 |
| Clarke AL | 7 | 23,087 | 100.0 |
| Clay AL | 3 | 14,236 | 100.0 |
| Cleburne AL | 3 | 15,056 | 100.0 |
| Coffee AL | 2 | 53,465 | 100.0 |
| Colbert AL | 5 | 57,227 | 100.0 |
| Conecuh AL | 7 | 11,597 | 100.0 |
| Coosa AL | 3 | 10,387 | 100.0 |
| Covington AL | 1 | 37,570 | 100.0 |
| Crenshaw AL | 7 | 13,194 | 100.0 |

RC 022393

**Communities of Interest (Landscape, 11x8.5)**　　　　　　　　　　　　　　　　　　　Singleton Congressional Plan

| County | District | Population | % |
|---|---|---|---|
| Cullman AL | 4 | 87,866 | 100.0 |
| Dale AL | 2 | 49,326 | 100.0 |
| Dallas AL | 7 | 38,462 | 100.0 |
| DeKalb AL | 4 | 71,608 | 100.0 |
| Elmore AL | 2 | 87,977 | 100.0 |
| Escambia AL | 1 | 36,757 | 100.0 |
| Etowah AL | 3 | 103,436 | 100.0 |
| Fayette AL | 4 | 16,321 | 100.0 |
| Franklin AL | 5 | 32,113 | 100.0 |
| Geneva AL | 2 | 26,659 | 100.0 |
| Greene AL | 7 | 7,730 | 100.0 |
| Hale AL | 6 | 14,785 | 100.0 |
| Henry AL | 2 | 17,146 | 100.0 |
| Houston AL | 2 | 107,202 | 100.0 |
| Jackson AL | 5 | 52,579 | 100.0 |
| Jefferson AL | 6 | 674,721 | 100.0 |
| Lamar AL | 4 | 13,972 | 100.0 |
| Lauderdale AL | 5 | 93,564 | 100.0 |
| Lawrence AL | 4 | 33,073 | 100.0 |
| Lee AL | 2 | 174,241 | 100.0 |
| Limestone AL | 5 | 103,570 | 100.0 |
| Lowndes AL | 7 | 10,311 | 100.0 |
| Macon AL | 7 | 19,532 | 100.0 |
| Madison AL | 5 | 388,153 | 100.0 |
| Marengo AL | 7 | 19,323 | 100.0 |

**Communities of Interest (Landscape, 11x8.5)**     Singleton Congressional Plan

| County | District | Population | % |
|---|---|---|---|
| Marion AL | 4 | 29,341 | 100.0 |
| Marshall AL | 4 | 97,612 | 100.0 |
| Mobile AL | 1 | 414,809 | 100.0 |
| Monroe AL | 7 | 19,772 | 100.0 |
| Montgomery AL | 7 | 228,954 | 100.0 |
| Morgan AL | 4 | 123,421 | 100.0 |
| Perry AL | 6 | 8,511 | 100.0 |
| Pickens AL | 7 | 19,123 | 100.0 |
| Pike AL | 2 | 33,009 | 100.0 |
| Randolph AL | 3 | 21,967 | 100.0 |
| Russell AL | 2 | 59,183 | 100.0 |
| Shelby AL | 3 | 223,024 | 100.0 |
| St. Clair AL | 4 | 91,103 | 100.0 |
| Sumter AL | 7 | 12,345 | 100.0 |
| Talladega AL | 3 | 82,149 | 100.0 |
| Tallapoosa AL | 2 | 41,311 | 100.0 |
| Tuscaloosa AL | 7 | 227,036 | 100.0 |
| Walker AL | 4 | 65,342 | 100.0 |
| Washington AL | 7 | 15,388 | 100.0 |
| Wilcox AL | 7 | 10,600 | 100.0 |
| Winston AL | 4 | 23,540 | 100.0 |

RC 022395

**Communities of Interest (Landscape, 11x8.5)**                                                           Singleton Congressional Plan

| County | -- Listed by District | | |
|---|---|---|---|
| | | Population | % |
| **District 1** | | | |
| Baldwin AL | | 231,767 | 100.0 |
| Covington AL | | 37,570 | 100.0 |
| Escambia AL | | 36,757 | 100.0 |
| Mobile AL | | 414,809 | 100.0 |
| **District 1 Totals** | | **720,903** | |
| **District 2** | | | |
| Barbour AL | | 25,223 | 100.0 |
| Chambers AL | | 34,772 | 100.0 |
| Coffee AL | | 53,465 | 100.0 |
| Dale AL | | 49,326 | 100.0 |
| Elmore AL | | 87,977 | 100.0 |
| Geneva AL | | 26,659 | 100.0 |
| Henry AL | | 17,146 | 100.0 |
| Houston AL | | 107,202 | 100.0 |
| Lee AL | | 174,241 | 100.0 |
| Pike AL | | 33,009 | 100.0 |
| Russell AL | | 59,183 | 100.0 |
| Tallapoosa AL | | 41,311 | 100.0 |
| **District 2 Totals** | | **709,514** | |

RC 022396

**Communities of Interest (Landscape, 11x8.5)**  Singleton Congressional Plan

|  | Population | % |
|---|---:|---:|
| **District 3** | | |
| Autauga AL | 58,805 | 100.0 |
| Calhoun AL | 116,441 | 100.0 |
| Cherokee AL | 24,971 | 100.0 |
| Chilton AL | 45,014 | 100.0 |
| Clay AL | 14,236 | 100.0 |
| Cleburne AL | 15,056 | 100.0 |
| Coosa AL | 10,387 | 100.0 |
| Etowah AL | 103,436 | 100.0 |
| Randolph AL | 21,967 | 100.0 |
| Shelby AL | 223,024 | 100.0 |
| Talladega AL | 82,149 | 100.0 |
| **District 3 Totals** | **715,486** | |
| **District 4** | | |
| Blount AL | 59,134 | 100.0 |
| Cullman AL | 87,866 | 100.0 |
| DeKalb AL | 71,608 | 100.0 |
| Fayette AL | 16,321 | 100.0 |
| Lamar AL | 13,972 | 100.0 |
| Lawrence AL | 33,073 | 100.0 |
| Marion AL | 29,341 | 100.0 |
| Marshall AL | 97,612 | 100.0 |
| Morgan AL | 123,421 | 100.0 |
| St. Clair AL | 91,103 | 100.0 |
| Walker AL | 65,342 | 100.0 |

RC 022397

**Communities of Interest (Landscape, 11x8.5)**                                    Singleton Congressional Plan

|  | Population | % |
|---|---:|---:|
| Winston AL | 23,540 | 100.0 |
| **District 4 Totals** | **712,333** | |
| *District 5* | | |
| Colbert AL | 57,227 | 100.0 |
| Franklin AL | 32,113 | 100.0 |
| Jackson AL | 52,579 | 100.0 |
| Lauderdale AL | 93,564 | 100.0 |
| Limestone AL | 103,570 | 100.0 |
| Madison AL | 388,153 | 100.0 |
| **District 5 Totals** | **727,206** | |
| *District 6* | | |
| Bibb AL | 22,293 | 100.0 |
| Hale AL | 14,785 | 100.0 |
| Jefferson AL | 674,721 | 100.0 |
| Perry AL | 8,511 | 100.0 |
| **District 6 Totals** | **720,310** | |

RC 022398

**Communities of Interest (Landscape, 11x8.5)**   Singleton Congressional Plan

|  | Population | % |
|---|---:|---:|
| *District 7* | | |
| Bullock AL | 10,357 | 100.0 |
| Butler AL | 19,051 | 100.0 |
| Choctaw AL | 12,665 | 100.0 |
| Clarke AL | 23,087 | 100.0 |
| Conecuh AL | 11,597 | 100.0 |
| Crenshaw AL | 13,194 | 100.0 |
| Dallas AL | 38,462 | 100.0 |
| Greene AL | 7,730 | 100.0 |
| Lowndes AL | 10,311 | 100.0 |
| Macon AL | 19,532 | 100.0 |
| Marengo AL | 19,323 | 100.0 |
| Monroe AL | 19,772 | 100.0 |
| Montgomery AL | 228,954 | 100.0 |
| Pickens AL | 19,123 | 100.0 |
| Sumter AL | 12,345 | 100.0 |
| Tuscaloosa AL | 227,036 | 100.0 |
| Washington AL | 15,388 | 100.0 |
| Wilcox AL | 10,600 | 100.0 |
| **District 7 Totals** | **718,527** | |

RC 022399

# Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

## Summary Statistics

Number of County not split                                        67