FILED
2021 Dec-27 AM 9:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 45



Singleton Congressional Plan 2
**Narrow Deviation

RC 030932