FILED
2021 Dec-27 AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 46

User:
Plan Name: **Singleton Congressional Plan 2**
Plan Type: **Congressional**

# Population Summary

Wednesday, October 27, 2021 — 2:20 PM

| District | Population | Deviation | % Devn. | White | [% White] | Black | [% Black] | [18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| 1 | 716,898 | -856 | -0.12% | 468,571 | 65.36% | 179,728 | 25.07% | 556,687 |
| 2 | 715,377 | -2,377 | -0.33% | 457,798 | 63.99% | 186,658 | 26.09% | 558,458 |
| 3 | 715,486 | -2,268 | -0.32% | 524,774 | 73.35% | 121,834 | 17.03% | 556,784 |
| 4 | 720,317 | 2,563 | 0.36% | 590,793 | 82.02% | 41,166 | 5.71% | 556,073 |
| 5 | 719,222 | 1,468 | 0.20% | 503,741 | 70.04% | 126,540 | 17.59% | 563,528 |
| 6 | 720,310 | 2,556 | 0.36% | 354,503 | 49.22% | 300,012 | 41.65% | 562,843 |
| 7 | 716,669 | -1,085 | -0.15% | 320,272 | 44.69% | 340,224 | 47.47% | 562,793 |

Total Population: 5,024,279
Ideal District Population: 717,754

**Summary Statistics:**

Population Range: 715,377 to 720,317
Ratio Range: 0.01
Absolute Range: -2,377 to 2,563
Absolute Overall Range: 4,940
Relative Range: 0.00% to 0.36%
Relative Overall Range: 0.69%
Absolute Mean Deviation: 1,881.86
Relative Mean Deviation: 0.26%
Standard Deviation: 1,998.61

RC 030982