FILED
2021 Dec-27 AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 50

User:
Plan Name: **Singleton Congressional Plan 2**
Plan Type: **Congressional**

## Communities of Interest (Landscape, 11x8.5)

Saturday, November 27, 2021  11:31 AM

| County | District | Population | % |
|---|---|---|---|
| Covington AL | 1 | 33,565 | 89.3 |
| Covington AL | 2 | 4,005 | 10.7 |
| Crenshaw AL | 2 | 1,858 | 14.1 |
| Crenshaw AL | 7 | 11,336 | 85.9 |
| Franklin AL | 4 | 7,984 | 24.9 |
| Franklin AL | 5 | 24,129 | 75.1 |

**Communities of Interest (Landscape, 11x8.5)**                                Singleton Congressional Plan

| County | -- Listed by District | | |
|---|---|---|---|
| | | Population | % |
| Covington AL (part) | | 33,565 | 89.3 |
| **District 1 Totals** | | **716,898** | |
| Covington AL (part) | | 4,005 | 10.7 |
| Crenshaw AL (part) | | 1,858 | 14.1 |
| **District 2 Totals** | | **715,377** | |
| **District 3 Totals** | | **715,486** | |
| Franklin AL (part) | | 7,984 | 24.9 |
| **District 4 Totals** | | **720,317** | |
| Franklin AL (part) | | 24,129 | 75.1 |
| **District 5 Totals** | | **719,222** | |
| **District 6 Totals** | | **720,310** | |
| Crenshaw AL (part) | | 11,336 | 85.9 |
| **District 7 Totals** | | **716,669** | |

RC 030746

**Communities of Interest (Landscape, 11x8.5)**                                                                 Singleton Congressional Plan

## Summary Statistics

| | |
|---|---|
| Number of County not split | 64 |
| Number of County split | 3 |
| Number of County split in 2 | 3 |
| Total number of splits | 6 |