FILED
2021 Dec-27 AM 9:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 52



RC 045553_Singleton Congressional Plan 2

| ID | Population | | Shapes | | Partisan Lean | | | Demographics (VAP) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | +/- | | | Dem | Rep | Oth | Total | White | Minority | Hispanic | Black | Asian | Native | Pacific |
| Un | 0 | | | | 0.00% | 0.00% | 0.00% | 0 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 1 | 716,898 | -0.12% | ✓ | ✓ | 37.56% | 61.12% | 1.32% | 556,687 | 67.08% | 32.92% | 3.26% | 24.63% | 1.87% | 2.94% | 0.12% |
| 2 | 715,377 | -0.33% | ✓ | ✓ | 34.45% | 64.29% | 1.25% | 558,458 | 65.26% | 34.74% | 3.94% | 26.20% | 2.48% | 2.22% | 0.16% |
| 3 | 715,486 | -0.32% | ✓ | ✓ | 29.51% | 69.21% | 1.27% | 556,784 | 74.50% | 25.50% | 4.13% | 17.36% | 1.55% | 2.36% | 0.12% |
| 4 | 720,317 | 0.36% | ✓ | ✓ | 18.73% | 80.00% | 1.27% | 556,073 | 83.22% | 16.78% | 6.23% | 6.12% | 0.71% | 3.66% | 0.10% |
| 5 | 719,222 | 0.20% | ✓ | ✓ | 38.92% | 59.22% | 1.86% | 563,528 | 71.23% | 28.77% | 4.87% | 18.31% | 2.51% | 3.16% | 0.17% |
| 6 | 720,310 | 0.36% | ✓ | ✓ | 57.39% | 41.13% | 1.48% | 562,843 | 50.75% | 49.25% | 4.13% | 41.44% | 2.21% | 1.65% | 0.10% |
| 7 | 716,669 | -0.15% | ✓ | ✓ | 56.32% | 42.83% | 0.84% | 562,793 | 46.56% | 53.44% | 3.26% | 46.88% | 2.04% | 1.55% | 0.11% |
| | 717,754 | 0.69% | ✓ | ✓ | 39.47% | 59.20% | 1.33% | 559,595 | 65.47% | 34.53% | 4.26% | 25.90% | 1.91% | 2.50% | 0.12% |

**Notes**

- The 0.69% population deviation is within the 0.75% threshold tolerated by the courts.
- Five districts lean Republican, two lean Democratic, and none fall in the 45–55% competitive range.
- There is one majority-minority district.