FILED
2021 Dec-27 AM 9:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 55

User:
Plan Name: **Singleton Congressional Plan 3**
Plan Type: **Congressional**

# Population Summary

Wednesday, October 27, 2021  3:00 PM

| District | Population | Deviation | % Devn. | White | [% White] | Black | [% Black] | [18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 469,375 | 65.39% | 179,740 | 25.04% | 557,363 |
| 2 | 717,754 | 0 | 0.00% | 458,881 | 63.93% | 187,746 | 26.16% | 560,557 |
| 3 | 717,753 | -1 | 0.00% | 527,539 | 73.5% | 121,142 | 16.88% | 558,417 |
| 4 | 717,753 | -1 | 0.00% | 589,087 | 82.07% | 40,440 | 5.63% | 553,825 |
| 5 | 717,752 | -2 | 0.00% | 502,530 | 70.01% | 126,518 | 17.63% | 562,459 |
| 6 | 717,759 | 5 | 0.00% | 352,068 | 49.05% | 300,002 | 41.8% | 560,905 |
| 7 | 717,754 | 0 | 0.00% | 320,972 | 44.72% | 340,574 | 47.45% | 563,640 |

Total Population: 5,024,279
Ideal District Population: 717,754

**Summary Statistics:**

Population Range: 717,752 to 717,759
Ratio Range: 0.00
Absolute Range: -2 to 5
Absolute Overall Range: 7
Relative Range: 0.00% to 0.00%
Relative Overall Range: 0.00%
Absolute Mean Deviation: 1.29
Relative Mean Deviation: 0.00%
Standard Deviation: 2.10

RC 039226