FILED
2021 Dec-27 AM 9:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 56

User:
Plan Name: **Singleton Congressional Plan 3**
Plan Type: **Congressional**

## Population Summary

Tuesday, November 30, 2021                                                                                                                    11:17 AM

| District | Population | Deviation | % Devn. | AP_Wht | [% AP_Wht] | AP_Blk | [% AP_Blk] |
|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 504,866 | 70.34% | 189,674 | 26.43% |
| 2 | 717,754 | 0 | 0.00% | 493,137 | 68.71% | 199,281 | 27.76% |
| 3 | 717,753 | -1 | 0.00% | 561,894 | 78.29% | 130,694 | 18.21% |
| 4 | 717,753 | -1 | 0.00% | 629,410 | 87.69% | 47,326 | 6.59% |
| 5 | 717,752 | -2 | 0.00% | 547,024 | 76.21% | 138,787 | 19.34% |
| 6 | 717,759 | 5 | 0.00% | 379,016 | 52.81% | 308,719 | 43.01% |
| 7 | 717,754 | 0 | 0.00% | 343,503 | 47.86% | 350,255 | 48.8% |

| | |
|---|---|
| Total Population: | 5,024,279 |
| Ideal District Population: | 717,754 |

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 717,752 to 717,759 |
| Ratio Range: | 0.00 |
| Absolute Range: | -2 to 5 |
| Absolute Overall Range: | 7 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 1.29 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 2.10 |

**Maptitude** For Redistricting

RC 039227