FILED
2021 Dec-27 AM 9:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 57

User:
Plan Name: **Singleton Congressional Plan 3**
Plan Type: **Congressional**

# Population Summary

Wednesday, October 27, 2021                                                                                                              3:01 PM

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [18+_Wht] | [% 18+_Wht] | [18+_Blk] | [% 18+_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 557,363 | 77.65% | 378,054 | 67.83% | 132,497 | 23.77% |
| 2 | 717,754 | 0 | 0.00% | 560,557 | 78.1% | 370,424 | 66.08% | 142,103 | 25.35% |
| 3 | 717,753 | -1 | 0.00% | 558,417 | 77.8% | 420,888 | 75.37% | 92,052 | 16.48% |
| 4 | 717,753 | -1 | 0.00% | 553,825 | 77.16% | 466,752 | 84.28% | 30,890 | 5.58% |
| 5 | 717,752 | -2 | 0.00% | 562,459 | 78.36% | 405,666 | 72.12% | 97,463 | 17.33% |
| 6 | 717,759 | 5 | 0.00% | 560,905 | 78.15% | 287,264 | 51.21% | 228,206 | 40.69% |
| 7 | 717,754 | 0 | 0.00% | 563,640 | 78.53% | 265,998 | 47.19% | 258,512 | 45.86% |

Total Population:            5,024,279
Ideal District Population:   717,754

## Summary Statistics:

Population Range:          717,752 to 717,759
Ratio Range:               0.00
Absolute Range:            -2 to 5
Absolute Overall Range:    7
Relative Range:            0.00% to 0.00%
Relative Overall Range:    0.00%
Absolute Mean Deviation:   1.29
Relative Mean Deviation:   0.00%
Standard Deviation:        2.10

RC 039228