FILED
2021 Dec-27  AM 9:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 58

User:
Plan Name: **Singleton Congressional Plan 3**
Plan Type: **Congressional**

# District Statistics

| Tuesday, November 30, 2021 | 11:00 AM |
|---|---|

## District 1

### Population Statistics

| Ideal Population: | 717,754 | Absolute Deviation: | -- |
|---|---|---|---|
| Actual Population: | 717,754 | Relative Deviation: | 0.00% |

**Total Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| | 469,375 | 179,740 | 0.00% | 65.39% | 25.04% |

**Voting Age Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| | 378,054 | 132,497 | | 67.83% | 23.77% |

**District 1 Counties (\* indicates the county is not entirely within the district)**

Mobile AL, Baldwin AL, Escambia AL, Covington AL\*

## District 2

### Population Statistics

| Ideal Population: | 717,754 | Absolute Deviation: | -- |
|---|---|---|---|
| Actual Population: | 717,754 | Relative Deviation: | 0.00% |

**Total Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| | 458,881 | 187,746 | 0.00% | 63.93% | 26.16% |

**Voting Age Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| | 370,424 | 142,103 | | 66.08% | 25.35% |

**District 2 Counties (\* indicates the county is not entirely within the district)**

Dale AL, Houston AL, Pike AL, Henry AL, Barbour AL, Russell AL, Tallapoosa AL, Lee AL, Chambers AL, Covington AL\*, Coffee AL, Crenshaw AL\*, Coosa AL\*, Elmore AL, Geneva AL

**Maptitude**
For Redistricting

RC 039137

# District Statistics

## District 3

### Population Statistics

| Ideal Population: | 717,754 | Absolute Deviation: | -1 |
| Actual Population: | 717,753 | Relative Deviation: | 0.00% |

**Total Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| -1 | 527,539 | 121,142 | 0.00% | 73.50% | 16.88% |

**Voting Age Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| | 420,888 | 92,052 | | 75.37% | 16.48% |

**District 3 Counties (* indicates the county is not entirely within the district)**

Clay AL, Randolph AL, St. Clair AL*, Etowah AL, Calhoun AL, Cleburne AL, Cherokee AL, Autauga AL, Chilton AL, Shelby AL, Coosa AL*, Talladega AL

## District 4

### Population Statistics

| Ideal Population: | 717,754 | Absolute Deviation: | -1 |
| Actual Population: | 717,753 | Relative Deviation: | 0.00% |

**Total Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| -1 | 589,087 | 40,440 | 0.00% | 82.07% | 5.63% |

**Voting Age Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| | 466,752 | 30,890 | | 84.28% | 5.58% |

**District 4 Counties (* indicates the county is not entirely within the district)**

Lamar AL, Fayette AL, Marion AL, Franklin AL*, Walker AL, Winston AL, Lawrence AL, Blount AL, Cullman AL, Morgan AL, St. Clair AL*, Marshall AL, DeKalb AL, Jefferson AL*

RC 039138

# District Statistics

## District 5

### Population Statistics

| Ideal Population: | 717,754 | Absolute Deviation: | -2 |
| Actual Population: | 717,752 | Relative Deviation: | 0.00% |

### Total Population

| Deviation | White | Black | % Deviation | % White | % Black |
| --- | --- | --- | --- | --- | --- |
| -2 | 502,530 | 126,518 | 0.00% | 70.01% | 17.63% |

### Voting Age Population

| Deviation | White | Black | % Deviation | % White | % Black |
| --- | --- | --- | --- | --- | --- |
| | 405,666 | 97,463 | | 72.12% | 17.33% |

### District 5 Counties (* indicates the county is not entirely within the district)

Franklin AL*, Colbert AL, Lauderdale AL, Limestone AL, Madison AL, Jackson AL

## District 6

### Population Statistics

| Ideal Population: | 717,754 | Absolute Deviation: | 5 |
| Actual Population: | 717,759 | Relative Deviation: | 0.00% |

### Total Population

| Deviation | White | Black | % Deviation | % White | % Black |
| --- | --- | --- | --- | --- | --- |
| 5 | 352,068 | 300,002 | 0.00% | 49.05% | 41.80% |

### Voting Age Population

| Deviation | White | Black | % Deviation | % White | % Black |
| --- | --- | --- | --- | --- | --- |
| | 287,264 | 228,206 | | 51.21% | 40.69% |

### District 6 Counties (* indicates the county is not entirely within the district)

Hale AL, Perry AL, Bibb AL, Jefferson AL*

RC 039139

# District Statistics

Singleton Congressional Plan

## District 7

### Population Statistics

| | | | | |
|---|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | -- | |
| Actual Population: | 717,754 | Relative Deviation: | 0.00% | |

### Total Population

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| | 320,972 | 340,574 | 0.00% | 44.72% | 47.45% |

### Voting Age Population

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| | 265,998 | 258,512 | | 47.19% | 45.86% |

**District 7 Counties (\* indicates the county is not entirely within the district)**

Bullock AL, Macon AL, Washington AL, Choctaw AL, Sumter AL, Pickens AL, Conecuh AL, Clarke AL, Marengo AL, Monroe AL, Wilcox AL, Dallas AL, Greene AL, Tuscaloosa AL, Butler AL, Lowndes AL, Crenshaw AL\*, Montgomery AL

RC 039140