FILED
2021 Dec-27  AM 9:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 59

Case 2:21-cv-01291-AMM   Document 73-59   Filed 12/27/21   Page 2 of 5

User:

Plan Name: **Singleton Congressional Plan 3**

Plan Type: **Congressional**

# Communities of Interest (Landscape, 11x8.5)

Saturday, November 27, 2021                                                                                    3:36 PM

| County | District | Population | % |
|--------|----------|-----------|-----|
| Coosa AL | 2 | 4,318 | 41.6 |
| Coosa AL | 3 | 6,069 | 58.4 |
| Covington AL | 1 | 34,421 | 91.6 |
| Covington AL | 2 | 3,149 | 8.4 |
| Crenshaw AL | 2 | 773 | 5.9 |
| Crenshaw AL | 7 | 12,421 | 94.1 |
| Franklin AL | 4 | 9,454 | 29.4 |
| Franklin AL | 5 | 22,659 | 70.6 |
| Jefferson AL | 4 | 2,551 | 0.4 |
| Jefferson AL | 6 | 672,170 | 99.6 |
| St. Clair AL | 3 | 6,585 | 7.2 |
| St. Clair AL | 4 | 84,518 | 92.8 |

RC 038970

## Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

| County | -- Listed by District | |
|---|---|---|
| | Population | % |
| Covington AL (part) | 34,421 | 91.6 |
| **District 1 Totals** | **717,754** | |
| Coosa AL (part) | 4,318 | 41.6 |
| Covington AL (part) | 3,149 | 8.4 |
| Crenshaw AL (part) | 773 | 5.9 |
| **District 2 Totals** | **717,754** | |
| Coosa AL (part) | 6,069 | 58.4 |
| St. Clair AL (part) | 6,585 | 7.2 |
| **District 3 Totals** | **717,753** | |
| Franklin AL (part) | 9,454 | 29.4 |
| Jefferson AL (part) | 2,551 | 0.4 |
| St. Clair AL (part) | 84,518 | 92.8 |
| **District 4 Totals** | **717,753** | |
| Franklin AL (part) | 22,659 | 70.6 |
| **District 5 Totals** | **717,752** | |
| **District 6 Totals** | **717,759** | |

RC 038971

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Crenshaw AL (part) | 12,421 | 94.1 |
| **District 7 Totals** | **717,754** |  |

RC 038972

## Summary Statistics

| | |
|---|---|
| Number of County not split | 61 |
| Number of County split | 6 |
| Number of County split in 2 | 6 |
| Total number of splits | 12 |

RC 038973