FILED
2021 Dec-27 AM 9:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 60

