FILED
2021 Dec-27 AM 9:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 62

User:
Plan Name: **COLEMAN CONGRESSIONAL PLAN 1**
Plan Type: **CONGRESSIONAL**

## Communities of Interest (Landscape, 11x8.5)

Monday, November 15, 2021                                                                                                                                           1:53 PM

| County | District | Population | % |
|---|---|---|---|
| Bibb AL | 1 | 9,037 | 40.5 |
| Bibb AL | 3 | 814 | 3.7 |
| Bibb AL | 6 | 0 | 0.0 |
| Bibb AL | 7 | 12,442 | 55.8 |
| Jefferson AL | 6 | 393,174 | 58.3 |
| Jefferson AL | 7 | 281,547 | 41.7 |
| Mobile AL | 1 | 378,793 | 91.3 |
| Mobile AL | 2 | 36,016 | 8.7 |
| Morgan AL | 4 | 119,188 | 96.6 |
| Morgan AL | 5 | 4,233 | 3.4 |
| Shelby AL | 6 | 223,019 | 100.0 |
| Shelby AL | 7 | 5 | 0.0 |

RC 009238

**Communities of Interest (Landscape, 11x8.5)**                                                                COLEMAN CONGRESSIONAL

| County | -- Listed by District | |
|---|---:|---:|
| | Population | % |
| Bibb AL (part) | 9,037 | 40.5 |
| Mobile AL (part) | 378,793 | 91.3 |
| **District 1 Totals** | **717,761** | |
| Mobile AL (part) | 36,016 | 8.7 |
| **District 2 Totals** | **717,754** | |
| Bibb AL (part) | 814 | 3.7 |
| **District 3 Totals** | **717,754** | |
| Morgan AL (part) | 119,188 | 96.6 |
| **District 4 Totals** | **717,796** | |
| Morgan AL (part) | 4,233 | 3.4 |
| **District 5 Totals** | **717,755** | |
| Bibb AL (part) | 0 | 0.0 |
| Jefferson AL (part) | 393,174 | 58.3 |
| **District 6 Totals** | **717,683** | |

RC 009239

**Communities of Interest (Landscape, 11x8.5)**  COLEMAN CONGRESSIONAL

|  | Population | % |
|---|---:|---:|
| Bibb AL (part) | 12,442 | 55.8 |
| Jefferson AL (part) | 281,547 | 41.7 |
| Shelby AL (part) | 5 | 0.0 |
| **District 7 Totals** | **717,776** | |

## Communities of Interest (Landscape, 11x8.5)

COLEMAN CONGRESSIONAL

### Summary Statistics

| | |
|---|---|
| Number of County not split | 62 |
| Number of County split | 5 |
| Number of County split in 2 | 4 |
| Number of County split in 3 | 0 |
| Number of County split in 4 | 1 |
| Total number of splits | 12 |