FILED
2021 Dec-27 AM 9:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 63

User:
Plan Name: **Hatcher Congressional Plan 1**
Plan Type: **Congressional**

## Communities of Interest (Landscape, 11x8.5)

Tuesday, November 16, 2021                                                                                                                                                   12:41 PM

| County | District | Population | % |
|---|---|---|---|
| Autauga AL | 3 | 54,977 | 93.5 |
| Autauga AL | 7 | 3,828 | 6.5 |
| Baldwin AL | 1 | 230,601 | 99.5 |
| Baldwin AL | 2 | 1,166 | 0.5 |
| DeKalb AL | 3 | 40,049 | 55.9 |
| DeKalb AL | 4 | 31,559 | 44.1 |
| Jefferson AL | 6 | 272,316 | 40.4 |
| Jefferson AL | 7 | 402,405 | 59.6 |
| Macon AL | 2 | 16,233 | 83.1 |
| Macon AL | 3 | 3,299 | 16.9 |
| Marengo AL | 2 | 2,428 | 12.6 |
| Marengo AL | 7 | 16,895 | 87.4 |
| Mobile AL | 1 | 159,028 | 38.3 |
| Mobile AL | 2 | 255,781 | 61.7 |
| Morgan AL | 4 | 43,532 | 35.3 |
| Morgan AL | 5 | 79,889 | 64.7 |
| Pickens AL | 4 | 9,266 | 48.5 |
| Pickens AL | 7 | 9,857 | 51.6 |
| Russell AL | 2 | 36,100 | 61.0 |
| Russell AL | 3 | 23,083 | 39.0 |
| Talladega AL | 3 | 65,373 | 79.6 |

**Communities of Interest (Landscape, 11x8.5)**  Hatcher Congressional Plan 1

| County | District | Population | % |
|---|---|---|---|
| Talladega AL | 6 | 16,776 | 20.4 |
| Tuscaloosa AL | 4 | 73,553 | 32.4 |
| Tuscaloosa AL | 7 | 153,483 | 67.6 |
| Washington AL | 2 | 892 | 5.8 |
| Washington AL | 7 | 14,496 | 94.2 |

RC 018042

**Communities of Interest (Landscape, 11x8.5)**                                        Hatcher Congressional Plan 1

| County | -- Listed by District | |
|---|---:|---:|
| | Population | % |
| Mobile AL (part) | 159,028 | 38.3 |
| **District 1 Totals** | **717,754** | |
| Baldwin AL (part) | 1,166 | 0.5 |
| Macon AL (part) | 16,233 | 83.1 |
| Marengo AL (part) | 2,428 | 12.6 |
| Mobile AL (part) | 255,781 | 61.7 |
| Russell AL (part) | 36,100 | 61.0 |
| Washington AL (part) | 892 | 5.8 |
| **District 2 Totals** | **717,755** | |
| Autauga AL (part) | 54,977 | 93.5 |
| DeKalb AL (part) | 40,049 | 55.9 |
| Macon AL (part) | 3,299 | 16.9 |
| Russell AL (part) | 23,083 | 39.0 |
| Talladega AL (part) | 65,373 | 79.6 |
| **District 3 Totals** | **717,753** | |
| DeKalb AL (part) | 31,559 | 44.1 |
| Morgan AL (part) | 43,532 | 35.3 |
| Pickens AL (part) | 9,266 | 48.5 |
| Tuscaloosa AL (part) | 73,553 | 32.4 |
| **District 4 Totals** | **717,753** | |

RC 018043

**Communities of Interest (Landscape, 11x8.5)**                                           Hatcher Congressional Plan 1

|  | Population | % |
|---|---:|---:|
| Morgan AL (part) | 79,889 | 64.7 |
| **District 5 Totals** | **717,755** |  |
| Jefferson AL (part) | 272,316 | 40.4 |
| Talladega AL (part) | 16,776 | 20.4 |
| **District 6 Totals** | **717,754** |  |
| Autauga AL (part) | 3,828 | 6.5 |
| Jefferson AL (part) | 402,405 | 59.6 |
| Marengo AL (part) | 16,895 | 87.4 |
| Pickens AL (part) | 9,857 | 51.6 |
| Tuscaloosa AL (part) | 153,483 | 67.6 |
| Washington AL (part) | 14,496 | 94.2 |
| **District 7 Totals** | **717,755** |  |

**Communities of Interest (Landscape, 11x8.5)**                                                                                                                Hatcher Congressional Plan 1

## Summary Statistics

| | |
|---|---|
| Number of County not split | 54 |
| Number of County split | 13 |
| Number of County split in 2 | 13 |
| Total number of splits | 26 |