FILED
2021 Dec-27  AM 9:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 64



STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL

BILL PRYOR
ATTORNEY GENERAL

February 1, 2002

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

Chief, Voting Section
Civil Rights Division
Room 7254 – NWB
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

RE:  **Submission under Section 5 of the Voting Rights Act of 1965**
     **Expedited Consideration Requested**

## CONTENTS

**Exhibit A**    A-1    Act No. 2002-57

             A-2    Map of congressional districts established by Act No. 2002-57

             A-3    Summary demographic data for Act No. 2002-57 including:

- Plan Statistics (1 page)
- All districts, total population ethnic breakout (1 page)
- All districts voting age population ethnic breakdown (1 page)
- Total population, ethnic breakout, county level (3 pages)
- Total population, ethnic breakout city-level data (9 pages)
- Total population, ethnic breakout precinct data (16 pages)

             A-4    District compactness measurement report for Act No. 2002-57

             A-5    Final Roll Call Votes on SB 22

**Exhibit B**    B-1    Text of 1992 *Wesch* court plan

             B-2    Map of congressional districts established in 1992 *Wesch* court plan.

             B-3    1992 *Wesch* plan with 2000 census data

             B-4    1992 *Wesch* plan with 1992 census data

**Exhibit C**    A compact disc containing:

- Compromise Congressional Plan 2 (2001 Redistricting Congressional) DOJ.ZIP
- Congressional 1990.DOJ.ZIP

RC 043723

MAR. 4.2002    4:43PM    OFC. OF THE HHG                                    NO.768    P.2/2



**U. S. Department of Justice**

Civil Rights Division

---

*Office of the Assistant Attorney General*                    *Washington, D.C. 20035*

March 4, 2002

The Honorable Bill Pryor
Attorney General
State of Alabama
11 South Union Street
Montgomery, Alabama 36130

Dear Mr. Attorney General:

This refers to Act No. 2002-57, which adopts the 2002
Congressional redistricting plan for the State of Alabama,
submitted to the Attorney General pursuant to Section 5 of the
Voting Rights Act, 42 U.S.C. 1973c. We received your submission
on February 1, 2002; supplemental information was received
through February 20, 2002.

The Attorney General does not interpose any objection to the
specified change. However, we note that Section 5 expressly
provides that the failure of the Attorney General to object does
not bar subsequent litigation to enjoin the enforcement of the
change. In addition, as authorized by Section 5, we reserve the
right to reexamine this submission if additional information that
would otherwise require an objection comes to our attention
during the remainder of the sixty-day review period. See the
Procedures for the Administration of Section 5 (28 C.F.R. 51.41
and 51.43).

Sincerely,

Ralph F. Boyd, Jr.
Assistant Attorney General
Civil Rights Division

RC 043724