FILED
2021 Dec-27 AM 9:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 67

Defendant's Exhibit 001
Case 2:18-cv-00907-KOB   Document 73467   Filed 12/04/19   Page 2 of 13

FILED
2019 Dec-04 PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA



2011 Congressional Districts

Chestnut Defense 3017

# 2002 Congressional Districts



2002 Congressional Districts 1-30-02
1/31/02 11:32 AM

Chestnut Defense 3018



Chestnut Defense 3019



ALABAMA CONGRESSIONAL DISTRICTS 1980

Chestnut Defense 3019.1

1970
ALABAMA'S CONGRESSIONAL DISTRICTS



Chestnut Defense 3020



Congressional Districts 1964

ALABAMA
Act #21
August 19, 1964
CONGRESS

Chestnut Defense 3021



Chestnut Defense 3022



Chestnut Defense 3023



CONGRESSIONAL DISTRICTS
Feb. 14, 1901 – Mar. 4, 1917

ALABAMA

No. 453   AN ACT   H. 1171
To detach the county of Hale from the ninth congressional district of Alabama, and attach it to the sixth congressional district.

⊙ Not created.

Acts of Alabama, 1900-01
Page 1156.

W. Letford,
Archives & History.
June 20, 1961.

Chestnut Defense 3024



Chestnut Defense 3025



Chestnut Defense 3026

CONGRESSIONAL DISTRICTS
UNDER CONSTITUTION OF 1867



ALABAMA

ARTICLE III
CONGRESSIONAL DISTRICTS

§34 (31) SIX DISTRICTS

Code of Alabama, 1867
Page 100

W. Letford
Archives & History
June 20, 1961.

Chestnut Defense 3027