FILED
2021 Dec-27 AM 9:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 69



FIGURE 8

## Population Summary Report   FIGURE 8 STATISTICS

### Whole County Plan -- 2020 estimates -- May 13, 2021 draft

| District | 2020 Census estimate | 2020 Est. Deviation | % 2019 Deviation | NH BCVAP* | LCVAP | March 2021 Black Registered # | March 2021 Latino Registered # | March 2021 NH White Registered # | % Biden | % Jones |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 715214 | 12138 | 1.73% | 25.11% | 2.07% | 24.7% | 1.0% | 71.8% | 34.69% | 38.07% |
| 2 | 695134 | -7942 | -1.13% | 48.38% | 1.12% | 50.7% | 0.6% | 46.7% | 54.40% | 56.32% |
| 3 | 690182 | -12894 | -1.83% | 26.23% | 2.44% | 26.2% | 1.3% | 69.9% | 33.12% | 35.84% |
| 4 | 705738 | 2662 | 0.38% | 16.97% | 1.91% | 17.0% | 1.1% | 79.8% | 27.29% | 29.87% |
| 5 | 694932 | -8144 | -1.16% | 18.65% | 2.53% | 18.8% | 1.9% | 75.9% | 37.65% | 40.90% |
| 6 | 719497 | 16421 | 2.34% | 5.34% | 2.38% | 5.5% | 1.6% | 91.5% | 15.81% | 18.92% |
| 7 | 700835 | -2241 | -0.32% | 42.71% | 1.23% | 41.7% | 1.0% | 54.6% | 56.02% | 58.00% |
| **Total** | 4921532 | | 3.47% | | | | | | | |

Sources:

* 2015-19 ACS Special Tabulation

# March 2021 Alabama SOS active registered voters
November 2020 SOS results -- Presidential percentages based on all candidates incl. wrtie-ins