# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-01291-AMM |
| ) | |
| JOHN MERRILL, in his official ) | THREE-JUDGE COURT |
| capacity as Alabama Secretary of State, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### *SINGLETON* PLAINTIFFS' NOTICE OF PERSONS PARTICIPATING IN HEARING

Pursuant to this Court's Order dated December 16, 2021 (Dkt. 59), the *Singleton* Plaintiffs give notice the following counsel of record will be participating in the Preliminary Injunction Hearing:

    James U. Blacksher
    Myron C. Penn
    Joe R. Whatley, Jr.
    Henry C. Quillen
    W. Tucker Brown
    Diandra "Fu" Debrosse Zimmermann
    Eli Hare

Dated: December 27, 2021        Respectfully submitted,

                                        */s/ Joe R. Whatley, Jr.*
                                        Joe R. Whatley, Jr.
                                        W. Tucker Brown
                                        WHATLEY KALLAS, LLP
                                        2001 Park Place North

      1000 Park Place Tower
      Birmingham, AL 35203
      Tel: (205) 488-1200
      Fax: (800) 922-4851
      Email: jwhatley@whatleykallas.com
            tbrown@whatleykallas.com

*/s/ Henry C. Quillen*
Henry C. Quillen
(admitted *pro hac vice*)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

*/s/ James Uriah Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

*/s/ Myron Cordell Penn*
Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

*/s/ Diandra "Fu" Debrosse Zimmmermann*
Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700

2

Email: fu@dicellolevitt.com
ehare@dicellolevitt.com

*Counsel for Plaintiffs*