FILED
2021 Dec-28  PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON**, *et al.*, ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:21-cv-1291-AMM** |
| ) | |
| **JOHN H. MERRILL,** *in his* ) | **THREE-JUDGE COURT** |
| *official capacity as Alabama* ) | |
| *Secretary of State*, *et al.*, ) | |
| ) | |
|     **Defendants.** ) | |

| | |
|---|---|
| **EVAN MILLIGAN**, *et al.*, ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:21-cv-1530-AMM** |
| ) | |
| **JOHN H. MERRILL,** *in his* ) | **THREE-JUDGE COURT** |
| *official capacity as Secretary of* ) | |
| *State of Alabama*, *et al.*, ) | |
| ) | |
|     **Defendants.** ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

The court has received an e-mail inquiry from the *Singleton* plaintiffs requesting permission to share their screens during the upcoming preliminary

injunction hearing in these cases. All counsel and their staff will have the ability to share their screens during that hearing. However, the court urges the parties to be mindful as they prepare for the hearing that (1) each member of the court will have ready access during the hearing to hard copies of all demonstratives and exhibits submitted by the parties, and (2) it is the court's preference to be able to see both the examining lawyer and the testifying witness while the witness is testifying about documents that are screen-shared. Accordingly, examining counsel may rely on other counsel or staff to screen-share the documents that a witness needs to see during his or her testimony. If counsel for any party has technical questions, they are encouraged to e-mail Judge Manasco's chambers, who will direct them to the appropriate IT staff.

DONE and ORDERED this 28th day of December, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the court