FILED

2022 Jan-03  PM 02:05
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOBBY SINGLETON,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:21-cv-1291-AMM** |
| | ) | |
| **JOHN H. MERRILL,** *in his* | ) | **THREE-JUDGE COURT** |
| *official capacity as Alabama* | ) | |
| *Secretary of State*, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **EVAN MILLIGAN,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:21-cv-1530-AMM** |
| | ) | |
| **JOHN H. MERRILL,** *in his* | ) | **THREE-JUDGE COURT** |
| *official capacity as Secretary of* | ) | |
| *State of Alabama*, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## <u>ORDER</u>

Due to the current pandemic circumstances, the three-judge court has decided

to make available to the public a livestream of the consolidated preliminary

injunction hearing in these cases. Any member of the press or interested citizen may

obtain the information necessary to access the livestream by following the

instructions that appear on the website for the Northern District of Alabama

(https://www.alnd.uscourts.gov/instructions-view-public-hearing).  The  livestream

also will be broadcast in the Jury Assembly Room of the Hugo Black Courthouse in

Birmingham, Alabama, until further notice, per the court's prior orders.

 **DONE** and **ORDERED** this 3rd day of January, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the court