UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BOBBY SINGLETON, et al.,

    Plaintiffs,

v.

JOHN H. MERRILL, in his official capacity as Alabama Secretary of State, et al.,

    Defendants.

Case No.: 2:21-cv-01291-AMM

Three-Judge Court

**PLAINTIFFS' NOTICE OF FILING SECOND AMENDED EXHIBIT LIST TO JOINT PRETRIAL REPORT**

The *Singleton* Plaintiffs give notice of filing the Second Amended Exhibit List to Joint Pretrial Report, filed at Dkt. 92 in the *Milligan* matter. The Exhibit List as filed is attached hereto as Exhibit 1.

Dated: January 4, 2022

Respectfully submitted,

*/s/ James Uriah Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203

1

Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com

*/s/ Henry C. Quillen*
Henry C. Quillen
(admitted *pro hac vice*)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH  03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
          ehare@dicellolevitt.com

*Counsel for Plaintiffs*

2