FILED
2022 Jan-08  AM 10:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1291-AMM** |
| ) | |
| **JOHN H. MERRILL,** *in his* ) | **THREE-JUDGE COURT** |
| *official capacity as Alabama* ) | |
| *Secretary of State*, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

---

| | |
|---|---|
| **EVAN MILLIGAN,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1530-AMM** |
| ) | |
| **JOHN H. MERRILL,** *in his* ) | **THREE-JUDGE COURT** |
| *official capacity as Secretary of* ) | |
| *State of Alabama*, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

Public access to the consolidated preliminary injunction hearing has been provided in the Jury Assembly Room of the Hugo Black Courthouse and by

livestream through the website for the Northern District of Alabama. As of the end of yesterday's proceedings, the three-judge court has decided to discontinue access in the Jury Assembly Room because it has not been used. Livestream will remain available per the court's prior order. Any member of the press or interested citizen may obtain the information necessary to access the livestream by following the instructions that appear on the website for the Northern District of Alabama (https://www.alnd.uscourts.gov/instructions-view-public-hearing).

**DONE** and **ORDERED** this 8th day of January, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the court