# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| v. ) | 2:21-cv-1291-AMM |
| ) | |
| JOHN H. MERRILL, *in his* ) | THREE-JUDGE COURT |
| *official capacity as Alabama* ) | |
| *Secretary of State, et al.* ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| v. ) | 2:21-cv-1530-AMM |
| ) | |
| JOHN H. MERRILL, *in his* ) | THREE-JUDGE COURT |
| *official capacity as Alabama* ) | |
| *Secretary of State, et al.* ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| MARCUS CASTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| v. ) | 2:21-cv-1536-AMM |
| ) | |
| JOHN H. MERRILL, *in his* ) | |
| *official capacity as Alabama* ) | |
| *Secretary of State*, ) | |
| ) | |
| Defendant. ) | |

# TABLE OF AUTHORITIES FOR DEFENDANTS'
# PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW[1]

---

[1] The table of authorities that follows corresponds to the Proposed Findings of Fact and Conclusions of Law that Defendants filed on January 14, 2022, in the above-captioned cases.

# TABLE OF AUTHORITIES

**Cases**

*Abbott v. Perez*,
　138 S. Ct. 2305 (2018) ............................................................................................. passim

*Abrams v. Johnson*,
　521 U.S. 74 (1997) .................................................................................................... passim

*Alabama Legislative Black Caucus v. Alabama*, (*ALBC I*)
　575 U.S. 254 (2015) ........................................................................................ 100, 203, 205

*Alabama Legislative Black Caucus v. Alabama*, (*ALBC II*)
　231 F. Supp. 3d 1026 (M.D. Ala. 2017) ........................................................... 89, 172

*Ala. St. Conf. of NAACP v. Alabama*, (*Alabama NAACP*)
　No. 2:16-CV-731-WKW, 2020 WL 583803 (M.D. Ala. Feb. 5, 2020) ........................ passim

*Alabama v. Dep't of Commerce*,
　Case No. 3:21-cv-211 (M.D. Ala.) ................................................................................ 24, 51

*Alexander v. Sandoval*,
　532 U.S. 275 (2001) ......................................................................... 212, 213, 214, 215

*Allen v. City of Evergreen*,
　2014 WL 12607819 (S.D. Ala. Jan. 13, 2014) ................................................................. 171

*American Legion v. American Humanist Ass'n*,
　139 S. Ct. 2067 (2019) ..................................................................................................... 84

*Ashcroft v. Iqbal*,
　556 U.S. 662 (2009) ......................................................................................................... 70

*Askew v. City of Rome*,
　127 F.3d 1355 (11th Cir. 1997) ................................................................ 162, 178, 182

*Baker v. Carr*,
　369 U.S. 186 (1962) .............................................................................................. 218, 219

*Balderas v. Texas*,
　No. 6:01-cv-158, 2001 WL 34104833 (E.D. Tex. Nov. 28, 2001) ........................................ 92

*Barnhart v. Ingalls*,
　275 So. 3d 1112 (Ala. 2018) ............................................................................................ 127

*Bartlett v. Strickland*,
  556 U.S. 1 (2009) ............................................................................................... passim

*Beer v. United States*,
  425 U.S. 130 (1976) .................................................................................................. 85

*Bethune-Hill Virginia State Bd. of Elections*,
  137 S. Ct. 788 (2017) .............................................................................................. 201

*Bouchard Transp. Co. v. Fla. Dep't of Envt'l Prot.*,
  91 F.3d 1445 (11th Cir. 1996) ................................................................................ 216

*Brnovich v. Dem. Nat'l Comm.*,
  141 S. Ct. 2321 (2021) ........................................................................... 78, 96, 162, 212

*Broom v. Shoop*,
  963 F.3d 500 (6th Cir. 2020) .................................................................................... 60

*Brown v. Sec'y, U.S. Dep't of Health & Human Servs.*,
  4 F.4th 1220 (11th Cir. 2021) ................................................................................... 66

*Burton v. City of Belle Glade*,
  178 F.3d 1175 (11th Cir. 1999) ................................................................. 95, 97, 152

*Bush v. Vera*,
  517 U.S. 952 (1996) ........................................................................ 98, 103, 106, 144, 147

*Camp v. Wesch*,
  503 U.S. 954 (1992) .................................................................................................. 20

*Camp v. Wesch*,
  504 U.S. 902 (1992) ............................................................................................ 15, 20

*Chapman v. Meier*,
  420 U.S. 1 (1975) .................................................................................................... 217

*Chestnut v. Merrill*,
  446 F. Supp. 3d 908 (N.D. Ala. 2020) ............................................................... passim

*Chestnut v. Merrill*,
  No. 2:18-CV-00907-KOB (N.D. Ala. Oct. 28, 2019) ............................................... 86

*Chisom v. Roemer*,
  501 U.S. 380 (1991) ................................................................................................ 161

*City of Boerne v. Flores*,
  521 U.S. 507 (1997) .................................................................................................. 210, 211

*City of Carrollton Branch of the N.A.A.C.P. v. Stallings*,
  829 F.2d 1547 (11th Cir. 1987) ............................................................................................ 190

*City of Mobile v. Bolden*,
  446 U.S. 55 (1980) ............................................................................................ 166, 207, 212

*Clark v. Putnam County*,
  293 F.3d 1261 (11th Cir. 2002) ........................................................................................ 88, 89

*Concerned Citizens of Hardee Cnty. V. Hardee Cnty. Bd. of Comm'rs*,
  906 F.2d 524 (11th Cir. 1990) ............................................................................................... 155

*Cooper v. Harris*,
  137 S. Ct. 1455 (2017) ................................................................................................... passim

*Covington v. North Carolina*,
  No. 1:15CV399, 2018 WL 604732 (M.D.N.C. Jan. 26, 2018) .............................................. 88

*Covington v. North Carolina*,
  283 F. Supp. 3d 410 (M.D.N.C. 2018) ............................................................................. 87, 88

*Davis v. Chiles*,
  139 F.3d 1414 (11th Cir. 1998) ....................................................................................... 3, 101

*De La Fuente v. Merrill*,
  214 F. Supp. 3d 1241 (M.D. Ala. 2016) ................................................................................ 63

*DeKalb Cnty. Sch. Dist. v. Schrenko*,
  109 F.3d 680 (11th Cir. 1997) .................................................................................... 216, 217

*Diaz v. Silver*,
  978 F. Supp. 96 (E.D.N.Y.), *aff'd*, 522 U.S. 801 (1997) ............................................ 112, 222

*Easley v. Cromartie*,
  532 U.S. 234 (2001) ...................................................................................................... passim

*Edmonson v. Leesville Concrete Co.*,
  500 U.S. 614 (1991) ............................................................................................................ 138

*Engel v. Vitale*,
  370 U.S. 421 (1962) ............................................................................................................ 188

*Exhibitors Poster Exch. v. Nat'l Screen Serv. Corp.*,
  441 F.2d 560 (5th Cir. 1971) .................................................................. 67, 97, 185

*Favors v. Cuomo*,
  881 F. Supp. 2d 356 (E.D.N.Y. 2012) ............................................................ passim

*Figures v. Hunt*,
  507 U.S. 901 (1993) ........................................................................................ 15

*Fla. Ass'n of Rehab. Facilities v. Fla. Dep't of Health & Rehab. Servs.*,
  225 F.3d 1208 (11th Cir. 2000) ....................................................................... 216

*Fla. Prepaid Postsecondary Educ. Expense Bd. v College Sav. Bank*,
  119 S.Ct. 2199 (1999) ..................................................................................... 210

*GA St. Conf. of the NAACP v Fayette Co. Bd. of Com'rs*,
  118 F. Supp. 3d 1338 (N.D. GA 2015) ............................................................ 202

*Gill v. Whitford*,
  138 S. Ct. 1916 (2018) ..................................................................................... 91

*Gonzaga Univ. v. Doe*,
  536 U.S. 273 (2002) ....................................................................................... 213

*Gonzalez v. City of Aurora, Ill.*,
  535 F.3d 594 (7th Cir. 2008) ............................................................ 96, 101, 124

*Graves v. City of Montgomery,*
  807 F.Supp.2d 1096 (M.D. Ala. 2011) ........................................................... 228

*Griswold v. Connecticut*,
  381 U.S. 479 (1965) ....................................................................................... 188

*Growe v. Emison*,
  507 U.S. 25 (1993) ........................................................................................... 92

*Hall v. Secretary, Alabama*,
  902 F.3d 1294 (11th Cir. 2018) ........................................................................ 63

*Hereford v. United States*,
  2015 WL 13398941 (N.D. Ala. Apr. 21, 2015) .............................................. 171

*In re Wild*,
  994 F.3d 1244 (11th Cir. 2021) ...................................................... 213, 214, 215

*J.I. Case Co. v. Borak*,
    377 U.S. 426 (1964) .................................................................................... 213, 214

*Johnson v. Governor of State of Fla.*,
    405 F.3d 1214 (11th Cir. 2005) ............................................................................ 84

*Johnson v. Hamrick*,
    196 F.3d 1216 (11th Cir. 1999) .......................................................................... 157

*Johnson v. Miller*,
    922 F. Supp. 1556 (1995) ........................................................................... 124, 125

*Jones v. Jefferson Cnty. Bd. of Education*,
    No. 2:19-CV-1821-MHH  (N.D. Ala. Nov. 9, 2019) ........................................... 172

*Karcher v. Daggett*,
    462 U.S. 725 (1983) ...................................................................................... 99, 117

*League of United Latin Am. Citizens, Council No. 4434 v. Clements*, (*Clements*)
    999 F.2d 831 (5th Cir. 1993) ....................................................................... 162, 175

*League of United Latin American Citizens v. Perry*, (*LULAC*)
    548 U.S. 399 (2006) ...................................................................................... passim

*League of Women Voters of Fla. v. Detzner*,
    179 So. 3d 258 (Fla. 2015) .................................................................................. 159

*Mac Govern v. Connolly*,
    637 F. Supp. 111 (D. Mass. 1986) ....................................................................... 221

*Martinez v. Mathews*,
    544 F.2d 1233 (5th Cir. 1976) ........................................................ 1, 67, 156, 161

*McCulloch v. Maryland*,
    4 Wheat. 316 (1819) ............................................................................................ 208

*McMahon v. Presidential Airways, Inc.*,
    502 F.3d 1331 (11th Cir. 2007) ................................................................... 218, 219

*Miami Beach Fed. Sav. & Loan Ass'n v. Callander*,
    256 F.2d 410 (5th Cir. 1958) ................................................................................. 67

*Miller v. Johnson*,
    515 U.S. 900 (1995) ...................................................................................... passim

*Morse v. Republican Party of Va.*,
    517 U.S. 186 (1996) .................................................................................................... 215

*N.A.A.C.P., Jacksonville Branch v. Duval Cnty. Sch.*,
    273 F.3d 960 (11th Cir. 2001) ..................................................................................... 170

*Nat'l Ass'n of Bds. of Pharmacy v. Bd. of Regents of the Univ. Sys. of Ga.*,
    633 F.3d 1297 (11th Cir. 2011) ................................................................................... 216

*Ne. Fla. Chapter of Ass'n of Gen. Contractors of Am. v. City of Jacksonville*,
    896 F.2d 1283 (11th Cir. 1990) ..................................................................................... 66

*Nipper v Smith*,
    39 F.3d 1494 (11th Cir. 1994) ..................................................................... 97, 201, 209

*NFIB v. Sebelius*,
    567 U.S. 519 (2012) .................................................................................................... 210

*North Carolina v. Covington*,
    138 S. Ct. 2548 (2018) .................................................................................................. 87

*Nw. Austin Mun. Util. Dist. No. One v. Holder*,
    557 U.S. 193 (2009) .............................................................................................. 94, 209

*Pennhurst State Sch. & Hosp. v. Halderman*,
    465 U.S. 89 (1984) ................................................................................. 92, 93, 217, 218

*Personnel Adm'r of Mass. v. Feeney*,
    442 U.S. 256 (1979) ................................................................................................ 82, 83

*Pileggi v. Aichele*,
    843 F. Supp. 2d 584 (E.D. Pa. 2012) .......................................................................... 225

*Pope v. County of Albany*,
    687 F.3d 565 (2d Cir. 2012) ................................................................... 152, 154, 159, 160

*Purcell v. Gonzalez*,
    549 U.S. 1 (2006) .......................................................................................................... 67

*Reynolds v. Sims*,
    377 U.S. 533, 585 (1964) .................................................................................... 223, 225

*Rodriguez v. Popular Democratic Party*,
    457 U.S. 1 (1982) ........................................................................................................ 213

*Roe v. Wade*,
    410 U.S. 113 (1973) .................................................................................................. 188

*Roman v. Sincock*,
    377 U.S. 695 (1964) .................................................................................................. 223

*Rucho v. Common Cause*,
    139 S. Ct. 2484 (2019) ........................................................................................ passim

*S. Christian Leadership Conf. of Ala. v. Sessions* (*SCLC*),
    56 F.3d 1281 (11th Cir. 1995) ......................................................................... 178, 179

*School District of Abington v. Schempp*,
    374 U.S. 203 (1963) ............................................................................................ 84, 188

*Seminole Tribe of Fla. v. Fla. Dep't of Revenue*,
    750 F.3d 1238 (11th Cir. 2014) ............................................................................... 216

*Sensley v. Albritton*,
    385 F.3d 591 (5th Cir. 2004) ............................................................... 112, 115, 116, 145

*Shaw v. Hunt*, ("*Shaw I*")
    509 U.S. 647 (1993) ........................................................................................... passim

*Shaw v. Hunt*, ("*Shaw II*")
    517 U.S. 899 (1996) ........................................................................................... passim

*Shelby County v. Holder*,
    570 U.S. 529 (2013) ......................................................................................... 41, 199

*Solomon v Liberty County Com'rs,*
    221 F.3d 1218 (11th Cir. 2000) .................................................................. 162, 178, 179

*Stein v. Alabama Secretary of State,*
    774 F.3d 689 (11th Cir. 2014) ................................................................................... 63

*Stenger v. Kellett*,
    No. 4:11-cv-2230, 2012 WL 601017 (E.D. Mo. Feb. 23, 2012) ............................. 68

*Swain v. Junior*,
    958 F.3d 1081 (11th Cir. 2020) ................................................................................ 66

*Swanson v. Worley*,
    490 F.3d 894 (11th Cir. 2007) ................................................................................... 63

*Thornburg v. Gingles*,
   478 U.S. 30 (1986) ............................................................................................... passim

*Touche Ross & Co. v. Redington*,
   442 U.S. 560 (1979) ..................................................................................................... 214

*United States v. Alabama*,
   Case No. 2:12-cv-00179 (M.D. Ala.) ........................................................... 57, 58, 59

*United States v. Georgia*,
   546 U.S. 151 (2006) ..................................................................................................... 209

*United States v. Lambert*,
   695 F.2d 536 (11th Cir. 1983) ..................................................................................... 66

*United States v. Marengo Cnty. Comm'n*,
   731 F.2d 1546 (11th Cir. 1984) ................................................................................. 183

*Upham v. Seamon*,
   456 U.S. 37 (1982) ......................................................................................................... 92

*Vieth v. Jubelirer*,
   541 U.S. 267 (2004) ....................................................................................................... 68

*Vill. of Arlington Heights v. Metro. Hous. Dev. Corp.*,
   429 U.S. 252 (1977) ....................................................................................................... 69

*Waldman v. Conway*,
   871 F.3d 1283 (11th Cir. 2017) ................................................................................... 93

*Weatherly v. Ala. State Univ.*,
   728 F.3d 1263 (11th Cir. 2013) ................................................................................. 169

*Weatherly v. Ala. State Univ.*,
   No. 2:10CV192-WHA, 2011 WL 6140917 (M.D. Ala. Dec. 8, 2011) ................. 169

*Wesberry v. Sanders*,
   376 U.S. 1 (1964) ........................................................................................................... 42

*Wesch v. Hunt*,
   785 F. Supp. 1491 (S.D. Ala. 1992) ..................................................................... passim

*White v. Weiser*,
   412 U.S. 783 (1973) ................................................................................... 48, 117, 146

*Winter v. Nat. Res. Def. Council*,
    555 U.S. 7 (2008) .................................................................................................. 66

*Wise v. Lipscomb*,
    437 U.S. 535 (1978) ............................................................................................ 223

*Wright v. Sumter County Board of Education and Registration*,
    979 F.3d 1282 (11th Cir. 2020) .................................................................. 182, 183

*Ziglar v. Abbasi*,
    137 S. Ct. 1843 (2017) ........................................................................................ 213

## Statutes

2 U.S.C. §2c ............................................................................................................ 180

13 U.S.C. § 141 ................................................................................................. 24, 50

13 U.S.C. § 141(a) ................................................................................................... 50

13 U.S.C. § 141(c) ................................................................................................... 50

42 U.S.C. § 1973(b) .............................................................................................. 161

52 U.S.C. §10301 ................................................................................... 93, 185, 196

52 U.S.C. §10301(a) ......................................................................................... passim

52 U.S.C. § 10301(b) ....................................................................................... passim

52 U.S.C. §10302 .................................................................................................. 214

52 U.S.C. § 10303(f)(2) .......................................................................................... 93

52 U.S.C. § 20302(a)(8) .................................................................................. 57, 227

Ala. Code § 1-3-8(c) .............................................................................................. 127

Ala. Code § 17-6-4(d) ............................................................................................. 56

Ala. Code § 17-6-22 ................................................................................................ 62

Ala. Code § 17-9-3(a) .............................................................................................. 62

Ala. Code § 17-13-1 .......................................................................................... 61, 64, 226

Ala. Code § 17-13-5 ................................................................................................ 57, 58

Ala. Code § 17-13-5(a) .................................................................................................. 57

Ala. Code § 29-2-51 ............................................................................................... 5, 6, 23

Ala. Code § 29-2-52 ........................................................................................................ 6

## Acts

Ala. Act No. 2002-57 .................................................................................................... 21

Ala. Act No. 2014-006 ............................................................................................ 58, 59

Ala. Act No. 2021-555 ................................................................................. 38, 51, 69, 70

Ala. Act No. 2021-556 .................................................................................................. 51

Ala. Act No. 2021-558 .................................................................................................. 51

Ala. Act No. 2021-559 .................................................................................................. 51

Securities Exchange Act of 1934 ................................................................................ 214

Uniformed and Overseas Citizens Absentee Voting Act .............................. 57, 58, 227

Voting Rights Act of 1965 ..................................................................................... passim

## Constitutional Provisions

U.S. Const. amend. XIV, § 5 ...................................................................................... 209

U.S. Const. amend. XV, § 1 ....................................................................................... 182

U.S. Const. amend. XV, § 2 ................................................................................ 209, 211

U.S. Const. art. I, § 2 ............................................................................................ 92, 219

## Other Authority

Administrative Calendar 2022 Statewide Elections ............................................................. 49, 60

*Alabama Democratic Conference Endorses Doug Jones for U.S. Senate*, CBS42
    (Aug. 3, 2017), https://perma.cc/9T7Q-SHBS........................................................ 158

ALABAMA SECRETARY OF STATE, ELECTIONS DATA DOWNLOADS: VOTER REGISTRATION
    STATISTICS – 2021, https://www.sos.alabama.gov/alabama-votes/voter/election-data
    (last visited Jan. 13, 2021) ...................................................................................... 54

ALABAMA STATE DEPARTMENT OF EDUCATION, STATE BOARD OF EDUCATION,
    https://www.alabamaachieves.org/state-board-of-education/
    (last visited Dec. 20, 2021) ................................................................................... 191

ALABAMA STATE DEPARTMENT OF EDUCATION, STATE BOARD OF EDUCATION,
    https://www.alabamaachieves.org/state-board-of-education/
    (last visited Jan. 13, 2021) ................................................................................... 198

*Becoming Less Separate*, United States Commission on Civil Rights (Sept. 2007) .................. 170

Brandon Moseley, *Alabama Democratic Conference Endorses Michael Bloomberg for President*,
    Alabama Political Reporter (Feb. 12, 2020), https://perma.cc/89ZG-2LHK .......................... 158

Doug Bell for U.S. Congress, *Get Involved*, https://dbellforuscongress.com/get-involved/
    (last visited Jan. 7, 2022) ....................................................................................... 62

FEDERAL ELECTION COMMISSION, ALABAMA – HOUSE DISTRICT 05, CANDIDATE FINANCIAL
    TOTALS, https://www.fec.gov/data/elections/house/AL/05/2022/
    (last visited Jan. 7, 2022) ....................................................................................... 61

FEDERAL ELECTION COMMISSION, CANDIDATE PROFILES: FELIX BARRY MOORE, SPENDING,
    https://www.fec.gov/data/candidate/H8AL02171/?cycle=2022&election_full=true&tab=spen
    ding (last visited Jan. 7, 2022) ............................................................................... 60

FEDERAL ELECTION COMMISSION, CANDIDATE PROFILES: TERRI A. SEWELL, SPENDING,
    https://www.fec.gov/data/candidate/H0AL07086/?cycle=2022&election
    _full=true&tab=spending (last visited Jan. 7, 2022)................................................... 60

FEDERAL ELECTION COMMISSION, CANDIDATES,
    https://www.fec.gov/data/candidates/?election_year=2022&office=H&state=AL&is_active_c
    andidate=true&has_raised_funds=true (last visited Jan. 7, 2022).......................................... 60

Bradley Byrne for U.S. Senate, Dale (Jan. 6, 2020)
https://www.youtube.com/watch?v=31HHFy8JkoU ........................................................... 187

John Sharp, *Redistricting Alabama: How South Alabama could be split up due to Baldwin County's growth*, AL.com (Sep. 20, 2021), https://perma.cc/8PME-JA5W .......................................... 127

Josh Gauntt, *Alabama NAACP Hosts Vaccine Roundtable with State and Local Health Leaders*, WBRC (Mar. 4, 2021), https://www.wbrc.com/2021/03/05/alabama-naacp-hosts-vaccine-roundtable-with-state-local-health-leaders/ ................................................................................ 192

*Kenneth Paschal Wins House District 73 Special Election*, Alabama Political Reporter (Jul. 14, 2021), https://perma.cc/2CEJ-C37B ........................................................................................ 176

LEGISLATIVE REAPPORTIONMENT COMMITTEE PUBLIC HEARINGS SCHEDULE, https://perma.cc/4GFX-Z9TJ (last visited Dec. 20, 2021) ................................................................ 27

Mike Cason, *Alabama Republican Party Launches New Minority Outreach Effort*, AL.com (Oct. 21, 2021), https://perma.cc/3X2P-FRW4 ..................................................................... 198

Persily, *In Defense of Foxes Guarding Henhouses: The Case for Judicial Acquiescence to Incumbent-Protecting Gerrymanders*, 116 Harv. L. Rev. 649 (2002) .................... 68, 117, 146

Persily, *The Law of the Census*, 32 Cardozo L. Rev. 755 (2011) ............................................. 152

Persily, *When Judges Carve Democracies: A Primer on Court-Drawn Redistricting Plans*, 73 Geo. Wash. L. Rev. 1131 (2005) ................................................................................. 223, 228

S. Rep. No. 97-417, 97th Cong.2nd Sess. 28 (1982) ....................................................... 163, 194

Secretary of State's 2022 Voter Guide is available on the Secretary's website at https://www.sos.alabama.gov/sites/default/files/election-2022/2022%20Voter%20Guide.pdf ............................................................................................................................................ 64

U.S. CENSUS BUREAU, ALABAMA, https://data.census.gov/cedsci/profile?g=0400000US01 (last visited Dec. 22, 2021) ....................................................................................................... 168

U.S. CENSUS BUREAU, AMERICAN COMMUNITY SURVEY DATABASE, https://perma.cc/4LCA-W796 (last visited Dec. 22, 2021) .................................................................................... 184

U.S. CENSUS BUREAU, VOTING AND REGISTRATION IN THE ELECTION OF NOVEMBER 2016, TABLE 4B: REPORTED VOTING AND REGISTRATION BY SEX, RACE AND HISPANIC ORIGIN, FOR STATES: NOVEMBER 2016, https://www2.census.gov/programs-surveys/cps/tables/p20/580/table04b.xlsx ............................................................................ 197

U.S. CENSUS BUREAU, VOTING AND REGISTRATION IN THE ELECTION OF NOVEMBER 2018, TABLE 4B: REPORTED VOTING AND REGISTRATION BY SEX, RACE AND HISPANIC ORIGIN, FOR STATES: NOVEMBER 2018, https://www2.census.gov/programs-surveys/cps/tables/p20/583/table04b.xlsx ...................................................................... 196, 197

U.S. CENSUS BUREAU, VOTING AND REGISTRATION IN THE ELECTION OF NOVEMBER 2020, TABLE 4B: REPORTED VOTING AND REGISTRATION BY SEX, RACE AND HISPANIC ORIGIN, FOR STATES: NOVEMBER 2020, https://www2.census.gov/programs-surveys/cps/tables/p20/585/table04b.xlsx ............................................................................. 198

| | Respectfully submitted, |
|---|---|
| | Steve Marshall<br>  *Attorney General* |
| Dorman Walker (ASB-9154-R81J)<br>BALCH & BINGHAM LLP<br>Post Office Box 78 (36101)<br>105 Tallapoosa Street, Suite 200<br>Montgomery, AL 36104<br>Telephone: (334) 269-3138<br>Email: dwalker@balch.com | */s/ Edmund G. LaCour Jr.*<br>Edmund G. LaCour Jr. (ASB-9182-U81L)<br>  *Solicitor General*<br><br>A. Barrett Bowdre (ASB-2087-K29V)<br>Thomas A. Wilson (ASB-1494-D25C)<br>  *Deputy Solicitors General*<br><br>James W. Davis (ASB-4063-I58J)<br>  *Deputy Attorney General* |
| **Counsel for Sen. McClendon and Rep. Pringle** | Misty S. Fairbanks Messick (ASB-1813-T71F)<br>A. Reid Harris (ASB-1624-D29X)<br>Brenton M. Smith (ASB-1656-X27Q)<br>Benjamin M. Seiss (ASB-2110-O00W)<br>  *Assistant Attorneys General* |
| | OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, Alabama 36130-0152<br>Telephone: (334) 242-7300<br>Fax: (334) 353-8400<br>Edmund.LaCour@AlabamaAG.gov<br>Jim.Davis@AlabamaAG.gov<br>Ben.Seiss@AlabamaAG.gov<br>Reid.Harris@AlabamaAG.gov<br>Brenton.Smith@AlabamaAG.gov |
| | **Counsel for Secretary Merrill** |

1

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on January 16, 2021, which will serve all counsel of record.

/s/Edmund G. LaCour Jr.
Edmund G. LaCour
*Counsel for Secretary Merrill*
