FILED
2022 Jan-26 PM 05:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **JOHN H. MERRILL,** *in his* ) <br> *official capacity as Alabama* ) <br> *Secretary of State*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1291-AMM** <br><br> **THREE-JUDGE COURT** |
| **EVAN MILLIGAN,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **JOHN H. MERRILL,** *in his* ) <br> *official capacity as Secretary of* ) <br> *State of Alabama*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1530-AMM** <br><br> **THREE-JUDGE COURT** |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

### ORDER ON MOTION TO CLARIFY

During the status conference on January 26, 2022, counsel for Defendant Alabama Secretary of State John H. Merrill requested clarification on whether the

preliminary injunction stays the January 28, 2022 qualification deadline for fourteen days for both congressional elections and other elections, or for congressional elections only. As the court stated during the status conference, the preliminary injunction stayed the qualification deadline for congressional elections only.

The only elections before this court are the congressional elections. Accordingly, the court could not have and did not stay the qualifying deadline applicable to any other elections. The preliminary injunction specifically defines "the Plan" as "Alabama's 2021 redistricting plan for its seven seats in the United States House of Representatives." *Singleton* Doc. 88 at 2; *Milligan* Doc. 107 at 2. It did not describe, consider, or make any findings of fact about the state legislative map, challenges to which are pending in another case before another three-judge court: *Thomas v. Merrill*, Case No. 2:21-cv-1531-AMM.

Accordingly, there should be no confusion, but if there is, we expressly clarify that the fourteen-day stay of the January 28, 2022 qualification deadline through February 11, 2022 applies to congressional elections only.

**DONE** and **ORDERED** this 26th day of January, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
   for the court