# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**BOBBY SINGLETON et al.,**

    **Plaintiffs,**

v.    **Case No.: 2:21-cv-01291-AMM**

**JOHN H. MERRILL, in his official**    **Three-Judge Court**
**capacity as Alabama Secretary of State,**
**et al.,**

    **Defendants.**

## *SINGLETON* PLAINTIFFS' POSITION STATEMENT

At the request of this Court, the *Singleton* Plaintiffs state that they have no objection to this Court's proposed remedial process. Further, the *Singleton* Plaintiffs respectfully suggest the following for consideration to be appointed as Special Master, should such action by the Court be necessary:

1. Retired Magistrate Judge and Dean John L. Carroll;

2. Retired Justice Ralph D. Cook;

3. Retired Judge Houston L. Brown.

Dated: January 28, 2022                    Respectfully submitted,

*/s/ James Uriah Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
           tbrown@whatleykallas.com

Henry C. Quillen

1

(admitted *pro hac vice)*
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
ehare@dicellolevitt.com

*Counsel for Plaintiffs*