| NOT OFFERED | SINGLETON NUMBER | JOINT NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | PLAINTIFF – Singleton 21-1291 |
| | | | | | | | | | | | GOVERNMENT |
| | | | | | | | | | | | DEFENDANT |
| | | | | | | | | | | | COURT |
| | | | | | | | | | | | JOINT |
| | | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| 1. | S1 | | ✓ | | | | | | | ✓ | Stipulations of Fact 1/4/22, 1/7/22 |
| 2. | S2 | | ✓ | | | | | | | ✓ | Natalie Davis Report 1/4/22, 1/11/22 |
| 3. | S3 | | ✓ | | | | | | | ✓ | Natalie Davis Rebuttal Report |
| 4. | | D1 | ✓ | | | | | | | ✓ | Thomas Bryan Report 1/4/22 |
| 5. | | D3 | ✓ | | | | | | | ✓ | Thomas Bryan CV |
| 6. | | D5 | ✓ | | | | | | | ✓ | Trey Hood Report |
| 7. | | D4 | ✓ | | | | | | | ✓ | Thomas Bryan Rebuttal Report |
| 8. | | D6 | ✓ | | | | | | | ✓ | Trey Hood Rebuttal Report |
| 9. | | M11 | ✓ | | | | | | | ✓ | Hinaman Deposition Transcript with Exhibits |
| 10. | | M12 | ✓ | | | | | | | ✓ | Pringle Deposition Transcript with |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Exhibits |
| 11. | M13 | ✓ | | | | | | | | ✓ | McClendon Deposition Transcript with Exhibits |
| 12. | S4 | ✓ | | | | | | | | ✓ | Alabama State House Hearing Transcript |
| 13. | S5 | ✓ | | | | | | | | ✓ | Coastal Alabama Community College–Fairhope Hearing Transcript |
| 14. | S6 | ✓ | | | | | | | | ✓ | Gadsden State Community College (Ayers) Hearing Transcript |
| 15. | S7 | ✓ | | | | | | | | ✓ | Jefferson State Community College–Hoover Hearing Transcript |
| 16. | S8 | ✓ | | | | | | | | ✓ | Lawson State Community College Hearing Transcript |
| 17. | S9 | ✓ | | | | | | | | ✓ | Lurleen B. Wallace Community College Hearing Transcript |
| 18. | S10 | ✓ | | | | | | | | ✓ | Northeast Alabama Community College Hearing Transcript |
| 19. | S11 | ✓ | | | | | | | | ✓ | Northwest Shoals Community College Hearing Transcript |
| 20. | M29 | ✓ | | | | | | | | ✓ | Dorman Walker Talking Points |
| 21. | M28 | ✓ | | | | | | | | ✓ | Redistricting Guidelines |
| 22. | S12 | ✓ | | | | | | | | ✓ | All Alabama Congressional Maps |

1/4/22

|   |   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|
|   | 23. | S13 | ✓ |   |   |   |   |   |   | ✓ | Enacted 2021 Plan Map (Letter Size) |
|   | 24. | S14 | ✓ |   |   |   |   |   |   | ✓ | Enacted 2021 Plan Population Summary |
|   | 25. | S15 | ✓ |   |   |   |   |   |   | ✓ | Enacted 2021 Plan Population Summary (AP) |
|   | 26. | S16 | ✓ |   |   |   |   |   |   | ✓ | Enacted 2021 Plan Population Summary (VAP) |
|   | 27. | S17 | ✓ | ✓ |   |   |   |   |   | ✓ | Enacted 2021 Plan District Statistics |
|   | 28. | S18 | ✓ | ✓ |   |   |   |   |   | ✓ | Enacted 2021 Plan Communities of Interest Splits |
|   | 29. | S19 | ✓ | ✓ |   |   |   |   |   | ✓ | Jefferson D7 Precincts |
|   | 30. | S20 | ✓ | ✓ |   |   |   |   |   | ✓ | MGM D7 Precincts |
|   | 31. | S21 | ✓ | ✓ |   |   |   |   |   | ✓ | Tuscaloosa D7 Precincts |
| ✓ obj w/d | 32. | S32 |   |   |   |   |   |   |   |   | DRA About election data.pdf |
| ✓ obj w/d | 33. | S33 |   |   |   |   |   |   |   |   | DRA D7 Act 2021-555 map.pdf |
| ✓ obj w/d | 34. | S34 |   |   |   |   |   |   |   |   | DRA Act 2021-555 plan stats.pdf |
|   | 35. | D109 | ✓ |   |   |   |   |   |   | ✓ | Singleton Plan 1 Map (Letter Size) 1/4/22 |
|   | 36. | S22 | ✓ |   |   |   |   |   |   | ✓ | Singleton Plan 1 Map (Large) |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 37. | D111 | ✓ | | | | | | | ✓ | Singleton Plan 1 Population Summary |
| | 38. | D113 | ✓ | | | | | | | ✓ | Singleton Plan 1 Population Summary (AP) |
| | 39. | D112 | ✓ | | | | | | | ✓ | Singleton Plan 1 Population Summary (VAP) |
| | 40. | D110 | ✓ | | | | | | | ✓ | Singleton Plan 1 District Statistics |
| | 41. | S23 | ✓ | | | | | | | ✓ | Singleton Plan 1 Communities of Interest Splits |
| ✓ | 42. obj w/d | S42 | | | | | | | | | DRA Whole County Plan map.pdf |
| ✓ | 43. obj w/d | S43 | | | | | | | | | DRA Whole County Plan statistics.pdf |
| | 44. | S24 | ✓ | | | | | | | ✓ | Singleton Plan 2 (Smaller Deviation) Equivalency File 1/11/22 |
| | 45. | S25 | ✓ | | | | | | | ✓ | Singleton Plan 2 Map (Letter Size) |
| | 46. | S26 | ✓ | | | | | | | ✓ | Singleton Plan 2 Population Summary |
| | 47. | D121 | ✓ | | | | | | | ✓ | Singleton Plan 2 Population Summary (AP) |
| | 48. | D122 | ✓ | | | | | | | ✓ | Singleton Plan 2 Population Summary (VAP) |
| | 49. | S27 | ✓ | | | | | | | ✓ | Singleton Plan 2 District Statistics |

4

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50. | S28 | ✓ | | | | | | | ✓ | Singleton Plan 2 Communities of Interest Splits |
| ✓ obj w/d | 51. | S51 | | | | | | | | | DRA Singleton Congressional Plan 2 map.pdf |
| ✓ obj w/d | 52. | S52 | | | | | | | | | DRA Singleton Congressional Plan 2 statistics.pdf |
| | 53. | S29 | ✓ | | | | | | | ✓ | Singleton Plan 3 (Zero Deviation) Equivalency File |
| | 54. | D128 | ✓ | | | | | | | ✓ | Singleton Plan 3 Map (Letter Size) |
| | 55. | D131 | ✓ | | | | | | | ✓ | Singleton Plan 3 Population Summary |
| | 56. | S30 | ✓ | | | | | | | ✓ | Singleton Plan 3 Population Summary (AP) |
| | 57. | D130 | ✓ | | | | | | | ✓ | Singleton Plan 3 Population Summary (VAP) |
| | 58. | S31 | ✓ | | | | | | | ✓ | Singleton Plan 3 District Statistics |
| | 59. | S35 | ✓ | | | | | | | ✓ | Singleton Plan 3 Communities of Interest Splits |
| ✓ obj w/d | 60. | S60 | | | | | | | | | DRA Singleton Congressional Plan 3 map.pdf |
| ✓ obj w/d | 61. | S61 | | | | | | | | | DRA Singleton Congressional Plan 3 statistics.pdf |
| ✗ | 62. | S36 | ✓ | | | | | | | ✓ | Coleman Plan 1 Communities of |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Interest Splits |
| 63. | S37 | ✓ | | | | | | | ✓ | Hatcher Plan 1 Communities of Interest Splits |
| 64. | S38 | ✓ | | | | | | | ✓ | 2002 Preclearance Submission (Without Exhibits) |
| 65. | S39 | ✓ | | | | | | | ✓ | 2011 Preclearance Submission (Without Exhibits) |
| 66. | S40 | ✓ | | | | | | | ✓ | Secretary of State Merrill's Pre-Trial Brief, Chestnut v. Merrill |
| 67. | S41 | ✓ | | | | | | | ✓ | Defendant's Exhibit 001, Chestnut v. Merrill (Congressional Maps) 1/4/22 |
| 68. | S44 | ✓ | | | | | | | ✓ | Trey Hood Report, Chestnut v. Merrill |
| 69. | S45 | ✓ | | | | | | | ✓ | May 2021 Whole County Plan Draft 1/5/22 |

70. ✓

✓ Stipulation 1/12/22
  —2nd set
(doc 70 filed Dec 23)