FILED
2022 Feb-01 PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

BOBBY SINGLETON et al.,

    Plaintiffs,

v.

JOHN H. MERRILL, in his official capacity as Alabama Secretary of State, et al.,

    Defendants.

Case No.: 2:21-cv-01291-AMM

Three-Judge Court

## DECLARATION OF BOBBY SINGLETON

I, Bobby Singleton, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following information is true and correct:

I have been informed by members of the leadership in the Legislature that no attempt will be made to enact a remedial congressional redistricting plan so long as the appeal from the preliminary injunction issued January 24, 2022, is pending.

Dated: February 1, 2022.

Bobby Singleton

1