# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No.: 2:21-cv-1291-AMM |
| JOHN H. MERRILL, Secretary of State, et al., | ) **THREE-JUDGE COURT** |
| *Defendants*. | ) |

_____

| | |
|---|---|
| EVAN MILLIGAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 2:21-cv-01530-AMM |
| JOHN H. MERRILL, Secretary of State of Alabama, et al., | ) **THREE-JUDGE COURT** |
| *Defendants*. | ) |

_____

| | |
|---|---|
| MARCUS CASTER, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No.: 2:21-cv-01536-AMM |
| JOHN H. MERRILL, Secretary of State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## NOTICE REGARDING DEFENDANTS' POSITION ON ISSUES RAISED BY THE COURT

At a status conference on January 28, 2022, the Court asked the parties to report on their positions concerning the use of Richard Allen as a Special Master, and Dr. Nathaniel Persily as a demographer, in the event the Court retains such officials. Defendants respond as follows:

Defendants have no objection to Richard Allen serving as special master if needed. Defendants likewise have no objection to Dr. Persily serving as a demographer if needed, provided he is paired with a special master such as Mr. Allen who is familiar with Alabama and her communities of interest, and provided he has not discussed this case with counsel for any party or publicly taken a position on the preliminary injunction.

Defendants note that the district court has provided the Legislature until February 7 to pass a remedial plan and that Defendants on January 28, 2022, filed with the Supreme Court an emergency application for a stay of this Court's preliminary injunction order. *See Merrill v. Milligan*, No. 21A375; *Merrill v. Caster*, No. 21A376. The Supreme Court ordered responses from the Plaintiffs by Wednesday, February 2 at noon ET. The Court could issue a stay at any time thereafter, or an administrative stay before that time. Thus, because any special master or map-drawer hired by this Court will be paid for at Defendants' expense,

Defendants object to any Court-retained experts incurring costs until after February 7, 2022.

*Respectfully Submitted,*

Steve Marshall
 *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*
Thomas A. Wilson (ASB-1494-D25C)
 *Deputy Solicitor General*

/s/ James W. Davis
James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

A. Reid Harris (ASB-1624-D29X)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
 *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

*Counsel for Secretary Merrill*

        s/ *Dorman Walker* (with permission)

        Dorman Walker (ASB-9154-R81J)
        BALCH & BINGHAM LLP
        Post Office Box 78 (36101)
        105 Tallapoosa Street, Suite 200
        Montgomery, AL 36104
        Telephone: (334) 269-3138
        Email: dwalker@balch.com

        ***Counsel for Sen. McClendon and Rep. Pringle***

## CERTIFICATE OF SERVICE

I certify that on February 1, 2022, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

        /s/ James W Davis
        *Counsel for Secretary Merrill*

4