# Exhibit 2

1    SB161
2    216895-1
3    By Senators Singleton and Smitherman
4    RFD: Governmental Affairs
5    First Read: 01-FEB-22

1  216895-1:n:02/01/2022:PMG/tgw LSA2022-501
2
3
4
5
6
7
8  SYNOPSIS:          This bill would reapportion Alabama's United
9             States Congressional districts based on the 2020
10            federal census.
11
12                                A BILL
13                             TO BE ENTITLED
14                                AN ACT
15
16            To repeal and reenact Section 17-14-70, Code of
17  Alabama 1975, to provide for the reapportionment and
18  redistricting of the state's United States Congressional
19  districts based on the 2020 federal census.
20  BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:
21            Section 1. Section 17-14-70, Code of Alabama 1975,
22  relating to the existing congressional districts, is repealed.
23            Section 2. Section 17-14-70 is added to the Code of
24  Alabama 1975, to read as follows:
25            §17-14-70.
26            (a) The State of Alabama is divided into seven
27  congressional districts as provided in subsection (b).

1    (b) The numbers and boundaries of the districts are
2    designated and established by the map prepared by the
3    Permanent Legislative Committee on Reapportionment and
4    identified and labeled as Singleton Congressional Plan 1-2022,
5    including the corresponding boundary description provided by
6    the census tracts, blocks, and counties, and are incorporated
7    by reference as part of this section.
8    (c) The Legislature shall post for viewing on its
9    public website the map referenced in subsection (b), including
10   the corresponding boundary description provided by the census
11   tracts, blocks, and counties, and any alternative map,
12   including the corresponding boundary description provided by
13   the census tracts, blocks, and counties, introduced by any
14   member of the Legislature during the legislative session in
15   which this section is added or amended.
16   (d) Upon enactment of the act adding this section
17   and adopting the map identified in subsection (b), the Clerk
18   of the House of Representatives or the Secretary of the
19   Senate, as appropriate, shall transmit the map and the
20   corresponding boundary description provided by the census
21   tracts, blocks, and counties identified in subsection (b) for
22   certification and posting on the public website of the
23   Secretary of State.
24   (e) The boundary descriptions provided by the
25   certified map referenced in subsection (b) shall prevail over
26   the boundary descriptions provided by the census tracts,
27   blocks, and counties generated for the map.

```
1              Section 3. The provisions of this act are severable.
2       If any part of this act is declared invalid or
3       unconstitutional, that declaration shall not affect the part
4       which remains.
5              Section 4. This act shall become effective
6       immediately upon its passage and approval by the Governor, or
7       upon its otherwise becoming a law.
```