FILED
 2022 Feb-16 AM 08:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 3

