# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1291-AMM** |
| ) | |
| **JOHN H. MERRILL,** *in his* ) | **THREE-JUDGE COURT** |
| *official capacity as Alabama* ) | |
| *Secretary of State*, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

The plaintiffs in the *Milligan* and *Caster* actions filed a Motion for Status Conference. *Milligan* Doc. 142. Defendants are directed to file a response by **10:00 a.m.** Central Standard Time (CST) on **APRIL 12, 2022**, that addresses those plaintiffs' assertions about a potential "schedule under which fact and expert discovery ends this fall and briefing on any summary judgment motions or motions in limine is completed by this December." *Id*. at 3. This case is **SET** for a status conference at **10:00 a.m.** CST on **APRIL 14, 2022**. The status conference will be conducted via Zoom. The Zoom information will be provided to all parties at a later date. Any member of the press or interested citizen may obtain the information

necessary to access the livestream by following the instructions that appear on the website for the Northern District of Alabama (https://www.alnd.uscourts.gov/instructions-view-public-hearing).

**DONE** and **ORDERED** this 7th day of April, 2022.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE