# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, | ) |
| **Plaintiffs,** | ) |
| v. | ) Case No.: 2:21-cv-1291-AMM |
| **JOHN H. MERRILL,** *in his official capacity as Alabama Secretary of State*, *et al.*, | ) THREE-JUDGE COURT |
| **Defendants.** | ) |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

A status conference was held yesterday in this action and the *Milligan* and *Caster* actions. At the status conference, the Solicitor General was asked to identify the latest date by which the Secretary of State must have a map of congressional districts and a list of candidates in order to hold an election in 2024. Defendants are directed to file a response to that question by the close of business on Wednesday, **APRIL 20, 2022**.

**DONE** and **ORDERED** this 15th day of April, 2022.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE