# Administrative Calendar
## 2024 Statewide Election
Revised 02/07/2023

| |
|---|
| **Presidential Preference Primary Election - March 5, 2024** |
| **Alabama Statewide Primary Election - March 5, 2024** |
| **Primary Runoff Election - April 2, 2024** |
| **General Election - November 5, 2024** |

| Activity | Date |
|---|---|
| Candidates intending to participate in the 2024 primary election may begin soliciting and accepting contributions. [§ 17-5-7(b)(2)] | Sunday, March 5, 2023 |
| First day of regular session for Alabama legislature and the first day of the legislative blackout. | Tuesday, March 7, 2023 |
| Last day of regular session for Alabama legislature and last day of the legislative blackout, unless a special legislative session is called. | Tuesday, June 20, 2023 |
| Candidates intending to participate in the 2024 general election, but not in the primary election, may begin soliciting and accepting contributions. [§ 17-5-7(b)(2)] | Sunday, November 5, 2023 |
| Candidates seeking nomination by a party primary must file declaration of candidacy with state party chairman (if seeking federal, state, circuit, district, or legislative office) or county party chairman (if seeking county office) no later than this day by 5PM; 116 days before the election. [§ 17-13-5(a)] | Friday, November 10, 2023 |
| Petitions in support of presidential candidates shall be filed with the state party chair of appropriate political party by this date 116 days prior to the Presidential Preference Primary. (§ 17-13-102) | Friday, November 10, 2023 |
| Each political party authorized to hold a primary and wishing to hold such a presidential preference primary shall, not less than 116 days before such primary is to be held, adopt and file with the Secretary of State a resolution stating that intention, the method by which electors are to indicate one or more preferences, the method by which delegates are to be selected, elected, chose and replaced, and the pledge, if any, by which delegates are to be bound. (§ 17-13-105) | Friday, November 10, 2023 |
| **State Holiday - Thanksgiving** | **Thursday, November 23, 2023** |
| State party chairman must certify names of primary election candidates, except for candidates for county offices to Secretary of State no later than this day by 5PM; 82 days prior to the primary. [§ 17-13-5(b)] | Thursday, December 14, 2023 |
| County party chairman must certify names of primary candidates for county office to probate judge no later than this day by 5PM; 82 days prior to the primary. [§ 17-13-5(b)] | Thursday, December 14, 2023 |
| This is the last day for political parties to submit to the probate judge for county offices and the Secretary of State for state and federal offices any amendments or corrections to certifications of candidates for the primary election, 76 days prior to primary election. (§ 17-13-23) | Wednesday, December 20, 2023 |
| The deadline for persons who do not wish to accept nomination in a primary is 76 days before the date of the election. [§ 17-6-21(c)] | Wednesday, December 20, 2023 |
| The last day presidential candidates may withdraw their name from the ballot, 76 days before the primary. (§ 17-13-104) | Wednesday, December 20, 2023 |
| The Secretary of State must certify names of opposed candidates for federal and state offices to probate judge no later than 74 days prior to the primary. [§ 17-13-5(b)] | Friday, December 22, 2023 |
| **State Holiday - Christmas Day** | **Monday, December 25, 2023** |
| **State Holiday - New Year's Day** | **Monday, January 1, 2024** |
| Probate judge must issue public notice in each voting precinct of the requirement for and the availability of registration and voting aids for all handicapped and elderly individuals no later than 60 days before any state election. [§ 21-4-23(b)] | Friday, January 5, 2024 |
| The last day political parties can decline to accept and come under primary election law is 60 days prior to the election. (§ 17-13-42) | Friday, January 5, 2024 |

## Administrative Calendar
## 2024 Statewide Election
Revised 02/07/2023

| |
|---|
| **Presidential Preference Primary Election - March 5, 2024** |
| **Alabama Statewide Primary Election - March 5, 2024** |
| **Primary Runoff Election - April 2, 2024** |
| **General Election - November 5, 2024** |

| Activity | Date |
|---|---|
| Probate judge must furnish list of qualified voters to the absentee election manager 55 days prior to the primary election. [§ 17-11-5(b)] | Wednesday, January 10, 2024 |
| Absentee ballots and supplies must be delivered to absentee election manager no later than 55 days prior to the primary. (§ 17-11-12) | Wednesday, January 10, 2024 |
| **State Holiday - Robert E. Lee/Martin Luther King Jr. Birthday** | **Monday, January 15, 2024** |
| This is the last day to transmit absentee ballots to any UOCAVA voters whose absentee ballot request is received at least 45 days prior to the primary  (ballot transmittal 45 days prior to the primary) per 52 U.S.C. §  20302(a)(8). | Saturday, January 20, 2024 |
| This is the last day for candidates to present a list of desired election officers to their county executive committee at least 45 days before the election. (§ 17-13-48) | Saturday, January 20, 2024 |
| Probate judge must issue public notice in each voting precinct of the requirement for and the availability of registration and voting aids for all handicapped and elderly individuals no later than 60 days before any state election. [§ 21-4-23(b)] **This date is for the statewide primary runoff election.** | Friday, February 2, 2024 |
| First day of regular session for Alabama legislature and the first day of the legislative blackout. | Tuesday, February 6, 2024 |
| **Mardi Gras - Observed in Baldwin and Mobile County only** | **Tuesday, February 13, 2024** |
| The first day for probate judge, sheriff, and clerk of the circuit court to appoint poll workers is no more than 20 nor less than 15 days before the election. [§ 17-8-1(a)] | Wednesday, February 14, 2024 |
| Probate judge must publish an alphabetical list of qualified electors by precinct, district or subdivision in a newspaper of general circulation in county on or before the 20th day prior to the election. (§ 17-4-1) | Wednesday, February 14, 2024 |
| This is the last day to hand-deliver a voter registration form to the board of registrars for the primary election.[(§§ 17-3-50(a), 1-1-4] | Friday, February 16, 2024 |
| This is the last day to postmark a voter registration form for the primary election.  [§§ 17-3-50(a), 1-1-4] | Saturday, February 17, 2024 |
| **State Holiday - George Washington/Thomas Jefferson Birthday** | **Monday, February 19, 2024** |
| Last day to register to vote electronically until midnight for the primary election. [§ 17-3-50(a)]  (15th day before the election) | Monday, February 19, 2024 |
| The last day for probate judge, sheriff, and clerk of the circuit court to appoint poll workers no more than 20 days nor less than 15 days before an election. [§ 17-8-1(a)] | Monday, February 19, 2024 |
| Probate judge must notify inspectors, returning officers, and clerks of their appointment and publish a list of these appointments in a county newspaper. (§ 17-8-2) | Monday, February 19, 2024 |
| Probate judge must give notice of election, consisting of date of election and officers and subjects to be voted for and on at least 14 days before each election. (§ 17-9-5) | Tuesday, February 20, 2024 |
| First day election officials may begin testing automatic tabulating equipment for the primary election to accertain that equipment will correctly count votes cast.  (Adm. Rule 307-X-1-.04) | Tuesday, February 20, 2024 |
| First day probate judge may print poll lists or load registration data into electronic poll books for the primary election. [§§ 17-4-2, 17-4-2.1] | Saturday, February 24, 2024 |
| For any absentee application received on or after the 8th day prior to the election that does not contain a copy of an approved form of identification, the absentee election manager shall issue a provisional ballot to that voter. [§ 17-9-30(c)] | Monday, February 26, 2024 |

## Administrative Calendar
## 2024 Statewide Election
Revised 02/07/2023

| |
|---|
| **Presidential Preference Primary Election - March 5, 2024** |
| **Alabama Statewide Primary Election - March 5, 2024** |
| **Primary Runoff Election - April 2, 2024** |
| **General Election - November 5, 2024** |

| Activity | Date |
|---|---:|
| Absentee applications being returned by mail to the absentee election manager must be received no less than 7 days prior to the election. [§ 17-11-18(a)] | Tuesday, February 27, 2024 |
| Probate judge must publish a supplemental list of qualified electors by precinct, district or subdivision in a newspaper of general circulation in the county on or before the 7th day before the election. (§ 17-4-1) | Tuesday, February 27, 2024 |
| An application for a voter who requires emergency treatment by a licensed physician within 5 days before an election may be forwarded to the absentee election manager by the applicant or by his or her designee. | Thursday, February 29, 2024 |
| This is the last day for the authority charged to hold a school of instruction for poll workers. Probate judge must notify these election officials of time and place of instruction school and must publish notice at least 48 hours before instruction school takes place no less than 5 days prior to the election. [§ 17-8-9(a)] | Thursday, February 29, 2024 |
| This is the last day to make application for absentee ballot for primary election 5 days prior to the election. [§ 17-11-3(a)] | Thursday, February 29, 2024 |
| The last day probate judges can deliver election supplies to sheriffs is no less than 3 days before the election. (§ 17-13-9) | Saturday, March 2, 2024 |
| Absentee ballots being returned by hand to the absentee election manager must be received no later than the close of business on the day prior to the election. (§ 17-11-18) | Monday, March 4, 2024 |
| **Primary Election** | **Tuesday, March 5, 2024** |
| Absentee ballots being returned by mail to the absentee election manager must be received no later than noon on this day. [§ 17-11-18(a)] | Tuesday, March 5, 2024 |
| This is the last day for military and other UOCAVA voters in the primary to postmark an absentee ballot returned by mail to the absentee election manager. [§17-11-18(b)] | Tuesday, March 5, 2024 |
| The medical emergency designee must deliver absentee ballot to absentee election manager no later than noon on this day. [§ 17-11-18(a)] | Tuesday, March 5, 2024 |
| The inspector or returning officer must deliver the ballots and returns to the sheriff. (§ 17-12-8) | Tuesday, March 5, 2024 |
| The last day to file petitions with probate judge for county offices and with Secretary of State for other offices to obtain ballot access as an independent candidate is no later than 5PM on the day of the primary election. (§ 17-9-3) | Tuesday, March 5, 2024 |
| The last day to file petitions with the Secretary of State for minor/third parties to gain ballot access as a political party no later than 5PM on the day of the primary election. [§ 17-6-22(a)(1)] | Tuesday, March 5, 2024 |
| The sheriff must deliver certificate of returns to chairman of county executive committee of each political party participating in primary election by 10AM on the Wednesday following the election. [§ 17-13-14(a)] | Wednesday, March 6, 2024 |
| The written affirmations of provisional voters, inspector challenge statements, and voter reidentification forms must be delivered by the sheriff to the board of registrars by noon on the day following the election. [§ 17-10-2(d)] | Wednesday, March 6, 2024 |
| This is the last day candidates who would be eligible to be placed on primary runoff ballot can decline to have his/her name placed on ballot. (§ 17-13-19) | Friday, March 8, 2024 |
| Deadline for voters whose ballot became provisional due to lack of identification to provide identification (or provisional ballot and identification) including the address and telephone number of the voter to the board of registrars no later than 5PM [§ 17-10-2(a)(3)] | Friday, March 8, 2024 |

## Administrative Calendar
## 2024 Statewide Election
Revised 02/07/2023

| |
|---|
| **Presidential Preference Primary Election - March 5, 2024** |
| **Alabama Statewide Primary Election - March 5, 2024** |
| **Primary Runoff Election - April 2, 2024** |
| **General Election - November 5, 2024** |

| Activity | Date |
|---|---|
| Absentee ballots submitted by UOCAVA voters must be accepted until noon this day. The ballot must have been postmarked no later than election day and meet other absentee ballot requirements to be counted. [§ 17-11-18(b)] | Tuesday, March 12, 2024 |
| County executive committee must meet no later than noon and receive, canvass, and tabulate returns by precinct and publicly declare results Tuesday following the primary. (§ 17-13-17) | Tuesday, March 12, 2024 |
| The board of registrars must deliver the provisional voter affirmations and inspector challenge statements, with the certified findings attached, to the judge of probate no later than noon, 7 days after the election. [§ 17-10-2(e)] | Tuesday, March 12, 2024 |
| At noon, the canvassing board shall tabulate provisional ballots which have been certified by the board of registrars. The canvassing board must certify the results of the provisional votes cast and must post one copy in the courthouse and must seal one copy into a container designated for each political party, 7 days after the election. [§ 17-10-2(f)] | Tuesday, March 12, 2024 |
| The chairman of county executive committee must certify to chairman of state executive committee a statement and tabulation by precinct of results of the primary no later than 7 days after the election. (§ 17-13-17) | Tuesday, March 12, 2024 |
| State executive committee must meet and receive, canvass, and tabulate returns and provide Secretary of State with state primary election returns by precinct no later than noon, 8 days following the primary. (§ 17-13-17) | Wednesday, March 13, 2024 |
| Chairman of state executive committee must meet no later than noon this day to certify to Secretary of State and chairman of county executive committee must certify to probate judge names of candidates to be placed on primary run-off ballots. [§ 17-13-18(b)] | Wednesday, March 13, 2024 |
| The Secretary of State shall, within two business days from the date the certification is received from the chair of the state executive committee, certify to the probate judge of any county where a second primary election is to be held the name or names of the candidates certified. [§ 17-13-18(b)] | Friday, March 15, 2024 |
| This is the last day to register to vote for the primary runoff election. [§ 17-3-50(a)] | Monday, March 18, 2024 |
| No later than this day, the probate judge must give notice of election, consisting of date of election and officers and subjects to be voted for and on at least 14 days before each election. (§ 17-9-5) **This date for the primary runoff election.** | Tuesday, March 19, 2024 |
| Absentee ballots and supplies for primary runoff must be delivered to absentee election manager, 14 days after the primary. [§ 17-11-12] | Tuesday, March 19, 2024 |
| First day election officials may begin testing automatic tabulating equipment for the primary runoff election to ascertain that equipment will correctly count votes cast. (Adm. Rule 307-X-1-.04) | Tuesday, March 19, 2024 |
| First day judge of probate may print poll lists or load registration data into electronic poll books for the primary runoff election. [§§ 17-4-2, 17-4-2.1] | Saturday, March 23, 2024 |
| For any absentee application received on or after the 8th day prior to the election that does not contain a copy of an approved form of identification, the absentee election manager shall issue a provisional ballot to that voter. [§ 17-9-30(c)] | Monday, March 25, 2024 |
| Absentee applications being returned by mail to the absentee election manager must be received no less than 7 days prior to the election. [§ 17-11-18(a)] | Tuesday, March 26, 2024 |
| Governor, Secretary of State, and Attorney General must canvass election returns required by law to be sent to Secretary of State after the election within 22 days of the election. (§ 17-12-17) | Wednesday, March 27, 2024 |

## Administrative Calendar
## 2024 Statewide Election
Revised 02/07/2023

| |
|---|
| **Presidential Preference Primary Election - March 5, 2024** |
| **Alabama Statewide Primary Election - March 5, 2024** |
| **Primary Runoff Election - April 2, 2024** |
| **General Election - November 5, 2024** |

| Activity | Date |
|---|---|
| This is the last day for the authority charged to hold a school of instruction for poll workers. Probate judge must notify these election officials of time and place of instruction school and must publish notice at least 48 hours before instruction school; no less than 5 days prior to the election. [§ 17-8-9(a)] | Thursday, March 28, 2024 |
| Absentee applications returned by hand must be returned not less than 5 days prior to the election. [§ 17-11-3(a)] | Thursday, March 28, 2024 |
| An application for a voter who requires emergency treatment by a licensed physician within 5 days before an election may be forwarded to the absentee election manager by the applicant or by his or her designee. [§ 17-11-3(d)(2)] | Thursday, March 28, 2024 |
| The last day probate judges can deliver election supplies to sheriffs is no less than 3 days before the election. (§ 17-13-9) | Saturday, March 30, 2024 |
| Absentee ballots being returned by hand to the absentee election manager must be received no later than the close of business on the day prior to the election. [§ 17-11-18(a)] | Monday, April 1, 2024 |
| **Primary Runoff Election** | **Tuesday, April 2, 2024** |
| Absentee ballots being returned by mail to the absentee election manager must be received no later than noon on this day. [§ 17-11-18(a)] | Tuesday, April 2, 2024 |
| The inspector or returning officer must deliver the ballots and returns to the sheriff. (§ 17-12-8) | Tuesday, April 2, 2024 |
| This is the last day for military and other UOCAVA voters in the primary runoff to postmark an absentee ballot returned by mail to the absentee election manager. [§ 17-11-18(b)] | Tuesday, April 2, 2024 |
| The medical emergency designee must deliver absentee ballot to absentee election manager no later than noon on this day. [§ 17-11-18(a)] | Tuesday, April 2, 2024 |
| Sheriff must deliver certificate of returns to chairman of county executive committee of each political party participating in primary runoff election by 10AM on the Wednesday following the primary runoff election. [§ 17-13-14(a)] | Wednesday, April 3, 2024 |
| The written affirmations of provisional voters, inspector challenge statements, and voter reidentification forms must be delivered by the sheriff to the board of registrars by noon on the day following the election. [§ 17-10-2(d)] | Wednesday, April 3, 2024 |
| Deadline for voters whose ballot became provisional due to lack of identification to provide identification (or provisional ballot and identification) including the address and telephone number of the voter to the board of registrars no later than 5PM. [§ 17-10-2(a)(3)] | Friday, April 5, 2024 |
| Absentee ballots submitted by UOCAVA voters must be accepted until noon on this day. The ballot must have been postmarked no later than election day and meet other absentee ballot requirements to be counted. [§ 17-11-18(b)] | Tuesday, April 9, 2024 |
| The board of registrars must deliver the provisional voter affirmations and inspector challenge statements, with the certified findings attached, to the judge of probate no later than noon 7 days after the election. [§ 17-10-2(e)] | Tuesday, April 9, 2024 |
| At noon, the canvassing board shall tabulate provisional ballots which have been certified by the board of registrars. The canvassing board must certify the results of the provisional votes cast and must post one copy in the courthouse and must seal one copy into a container designated for each political party 7 days after the election. [§ 17-10-2(f)] | Tuesday, April 9, 2024 |
| Last day for county executive committee to meet and receive, canvass, and tabulate returns by precinct and publicly declare results of primary runoff election no later than second Friday following runoff election. [§ 17-13-18(d)] | Friday, April 12, 2024 |

## Administrative Calendar
## 2024 Statewide Election
Revised 02/07/2023

| |
|---|
| **Presidential Preference Primary Election - March 5, 2024** |
| **Alabama Statewide Primary Election - March 5, 2024** |
| **Primary Runoff Election - April 2, 2024** |
| **General Election - November 5, 2024** |

| Activity | Date |
|---|---|
| Last day for chairman of county executive committee to meet and certify to chairman of state executive committee a statement and tabulation by precincts of results of primary run-off no later than noon, second Monday following runoff. [§ 17-13-18(d)] | Monday, April 15, 2024 |
| State executive committee must meet at state capitol and receive, canvass, and tabulate returns and provide Secretary of State with state primary runoff election returns by precinct on third Wednesday following the primary runoff election. [§ 17-13-18(d)] | Wednesday, April 17, 2024 |
| Chairman of state executive committee must certify names of those who have been nominated in first or second primary election as candidates of his/her party for state offices to Secretary of State. Chairman of county executive committee must certify names of those who have been nominated in first or second primary election as candidates of his/her party for county offices to probate judge not later than noon, third Wednesday following the primary runoff election. [§ 17-13-18(d)] | Wednesday, April 17, 2024 |
| The state executive committee shall provide the Secretary of State with the second primary returns by precincts according to county on a form authorized by the Secretary of State on the third Wednesday following the primary runoff election. [§ 17-13-18(e)] | Wednesday, April 17, 2024 |
| **State Holiday - Confederate Memorial Day** | **Monday, April 22, 2024** |
| Governor, Secretary of State, and Attorney General must canvass election returns required by law to be sent to Secretary of State after the election within 22 days after the election. (§ 17-12-17) | Wednesday, April 24, 2024 |
| Absentee election manager must file list of applications for absentee ballots from primary election with probate judge 60 days after the primary. [§ 17-11-5(c)] | Saturday, May 4, 2024 |
| Any bill passed by the State Legislature that effects the general election will be enacted 6 months before the general election. (Act 2021-284) | Sunday, May 5, 2024 |
| Last day of regular session for Alabama legislature and last day of the legislative blackout, unless a special legislative session is called. | Tuesday, May 21, 2024 |
| **State Holiday - National Memorial Day** | **Monday, May 27, 2024** |
| Absentee election managers must file list of applications for absentee ballots from primary runoff election with probate judge 60 days after the primary runoff election. [§ 17-11-5(c)] | Saturday, June 1, 2024 |
| **State Holiday - Jefferson Davis' Birthday** | **Monday, June 3, 2024** |
| The last day candidates in primary election can accept contributions to retire a campaign debt is 120 days after the primary election. [§ 17-5-7(b)(3)] | Wednesday, July 3, 2024 |
| **State Holiday - Independence Day** | **Thursday, July 4, 2024** |
| The last day candidates in the primary runoff election can accept contributions to retire a campaign debt is 120 days after the primary runoff election. [§ 17-5-7(b)(2)] | Wednesday, July 31, 2024 |
| The deadline for state or county executive committees to decide contests for county offices is 90 days prior to general election. (§ 17-13-86) | Wednesday, August 7, 2024 |
| The deadline for state executive committee to decide contests for state offices is 83 days prior to general election. (§ 17-13-86) | Wednesday, August 14, 2024 |
| The last day for certificate of nomination by a political party convention and petitions for independent candidacy for President and Vice President to be filed with the Secretary of State no later than the 82nd day preceding the day fixed for the election. [§ 17-14-31(b)] | Thursday, August 15, 2024 |

## Administrative Calendar
## 2024 Statewide Election
Revised 02/07/2023

| | |
|---|---|
| **Presidential Preference Primary Election - March 5, 2024** | |
| **Alabama Statewide Primary Election - March 5, 2024** | |
| **Primary Runoff Election - April 2, 2024** | |
| **General Election - November 5, 2024** | |

| Activity | Date |
|---|---|
| The last day for political parties to submit to the probate judge for county offices and the Secretary of State for state and federal offices any amendments or corrections to certifications of candidates is 76 days prior to general election. [§ 17-6-21(b)] | Wednesday, August 21, 2024 |
| The last day candidates can withdraw their name from ballot is 76 days before the date of the election. [§ 17-6-21(c)] | Wednesday, August 21, 2024 |
| The Secretary of State must certify names of opposed candidates for federal and state offices and for each candidate for office who has requested to be an independent candidate and has filed a written petition in accordance with section  and  to probate judge 74 days prior to the general election. [§§ 17-9-3(b), 17-13-22] | Friday, August 23, 2024 |
| **State Holiday - Labor Day** | **Monday, September 2, 2024** |
| Probate judge must issue public notice in each voting precinct of the requirement for and the availability of registration and voting aids for all handicapped and elderly individuals no later than 60 days before any state election. [§ 21-4-23(b)] **This date for the general election.** | Friday, September 6, 2024 |
| The last day for probate judge to furnish list of qualified voters to absentee election managers is 55 days prior to the general election. [§ 17-11-5(b)] | Wednesday, September 11, 2024 |
| The last day for absentee ballots and supplies to be delivered to the absentee election manager is 55 days prior to the general election. (§ 17-11-12) | Wednesday, September 11, 2024 |
| This is the last day to transmit absentee ballots to any UOCAVA voters whose absentee ballot request is received at least 45 days prior to the general  (ballot transmittal 45 days prior to the general) per 52 U.S.C. §  20302(a)(8). | Saturday, September 21, 2024 |
| **State Holiday - Columbus Day** | **Monday, October 14, 2024** |
| The first day for probate judge, sheriff, and clerk of the circuit court to appoint poll workers is no more than 20 nor less than 15 days before the election. [§ 17-8-1(a)] | Wednesday, October 16, 2024 |
| The last day is not more than 20 nor less than 15 days before the election for probate judge, sheriff, and clerk of the circuit court to appoint poll workers. [§ 17-8-1(a)] | Monday, October 21, 2024 |
| The probate judge must notify inspectors and returning officers of their appointment and publish a list of these appointments in a county newspaper not more than 20, nor less than 15 days before the election. (§ 17-8-2) | Monday, October 21, 2024 |
| This is the last day to register to vote for general election. [§ 17-3-50(a)] | Monday, October 21, 2024 |
| The last day for probate judge to give notice of general election, consisting of date of election and officers and subjects to be voted for and on is 14 days before each election. (§ 17-9-5) | Tuesday, October 22, 2024 |
| First day election officials may begin testing automatic tabulating equipment for the general election to ascertain that equipment will correctly count votes cast.  [Adm. Rule 307-X-1-.04] | Tuesday, October 22, 2024 |
| First day judge of probate may print poll lists or load registration data into electronic poll books for the general election. [§§ 17-4-2, 17-4-2.1] | Saturday, October 26, 2024 |
| For any absentee application received on or after the 8th day prior to the election that does not contain a copy of an approved form of identification, the absentee election manager shall issue a provisional ballot to that voter. [§ 17-9-3(c)] | Monday, October 28, 2024 |
| Absentee applications being returned by mail to the absentee election manager must be received no less than 7 days prior to the election. [§ 17-11-18(a)] | Tuesday, October 29, 2024 |

# Administrative Calendar
## 2024 Statewide Election
Revised 02/07/2023

| |
|---|
| **Presidential Preference Primary Election - March 5, 2024** |
| **Alabama Statewide Primary Election - March 5, 2024** |
| **Primary Runoff Election - April 2, 2024** |
| **General Election - November 5, 2024** |

| Activity | Date |
|---|---|
| An application for a voter who requires emergency treatment by a licensed physician within 5 days before an election may be forwarded to the absentee election manager by the applicant or by his or her designee. | Thursday, October 31, 2024 |
| This is the last day for authority charged to hold a school of instruction for poll workers. The probate judge must notify these election officials of time and place of instruction school and must publish notice at least 48 hours before instruction school takes place not less than 5 days before an election. [§ 17-8-9(a)] | Thursday, October 31, 2024 |
| Absentee applications returned by hand must be returned not less than 5 days prior to the election. [§ 17-11-3(a)] | Thursday, October 31, 2024 |
| The last day probate judges can deliver election supplies to sheriffs is not less than 3 days before the election. (§ 17-13-9) | Saturday, November 2, 2024 |
| If delivered by hand, absentee ballot for the general election must be returned to the absentee election manager no later than the close of business day prior to the election. [§ 17-11-18(a)] | Monday, November 4, 2024 |
| The chair of each local political party as defined in Section 17-13-40, any person whose name is on the ballot as an independent, and any announced or known write-in candidates shall be given a minimum of 24 hours notice of the time and place where the canvassing board will meet to determine the number of write-in votes cast for each office on the ballot, ballot image, results tape, or other media prescribed by the Secretary of State by administrative rule and shall be permitted to be present when the determination is made. [§ 17-6-28(c)] | Monday, November 4, 2024 |
| **General Election** | **Tuesday, November 5, 2024** |
| Absentee ballots being returned by mail to the absentee election manager must be received no later than noon on this day. [§ 17-11-18(a)] | Tuesday, November 5, 2024 |
| This is the last day for military and other UOCAVA voters in the general election to postmark an absentee ballot returned by mail to the absentee election manager. [§ 17-11-18(b)] | Tuesday, November 5, 2024 |
| The medical emergency designee must deliver absentee ballot to absentee election manager no later than noon on this day. [§ 17-11-18(a)] | Tuesday, November 5, 2024 |
| The inspectors or returning officer must deliver ballots and returns to sheriff. (§ 17-12-12) | Tuesday, November 5, 2024 |
| Upon the closing of the polls, all write-in votes, which may be in the form of a ballot or, if an electronic voting system is utilized in the polling place, a ballot image, results tape, or other media as prescribed by the Secretary of State by administrative rule, from each polling place in the county shall be returned to a central location in the county as determined by the judge of probate where the canvassing board shall determine the number of write-in votes cast for each office on the ballot, ballot image, results tape, or other media as prescribed by the Secretary of State by administrative rule. [§ 17-6-28(c)] | Tuesday, November 5, 2024 |
| The written affirmations of provisional voters, inspector challenge statements, and voter reidentification forms must be delivered by the sheriff to the board of registrars by noon on the day following the election. [§ 17-10-2(d)] | Wednesday, November 6, 2024 |
| Deadline for voters whose ballot became provisional due to lack of identification to provide identification (or provisional ballot and identification) including the address and telephone number of the voter to the board of registrars no later than 5PM. [§ 17-10-2(a)(3)] | Friday, November 8, 2024 |

## Administrative Calendar
## 2024 Statewide Election
Revised 02/07/2023

| |
|---|
| **Presidential Preference Primary Election - March 5, 2024** |
| **Alabama Statewide Primary Election - March 5, 2024** |
| **Primary Runoff Election - April 2, 2024** |
| **General Election - November 5, 2024** |

| Activity | Date |
|---|---|
| The county canvassing board must prepare and transmit to the Secretary of State a written report itemizing the number of write-in votes cast for each separate federal or state office and the total votes cast for each of the candidates (top two) receiving the greatest number of votes for that office.  [§ 17-6-28(c)] | Friday, November 8, 2024 |
| **State Holiday - Veterans Day** | **Monday, November 11, 2024** |
| The county canvassing board must post a notice stating the number of write-in votes cast in each office on the ballot and, for each specific county office on the ballot, stating whether the number of write-in votes cast for the office is greater than or equal to the difference in votes between the candidates receiving the greatest number of votes for the specific county office.  The notice shall be posted on the door of the courthouse and any other place deemed appropriate by the canvassing board including, but not limited to, a county website.   [§ 17-6-28(c)] | Monday, November 11, 2024 |
| The county canvassing board must determine whether the number of write-in votes cast is greater than or equal to the difference in votes between the candidates receiving the greatest number of votes for the specific county office.  [§ 17-6-28(c)] | Monday, November 11, 2024 |
| Upon receipt of all county reports setting out the number of write-in votes for each federal or state office, the Secretary of State shall determine whether the number of write-in votes cast statewide for any specific federal or state office is greater than or equal to the difference in votes between the candidates receiving the greatest number of votes for that office.  In the event the Secretary of State determines that the number of write-in votes cast statewide for any federal or state office is greater than or equal to the difference in votes between the candidates receiving the greatest number of votes for that office, not later than noon on the first Monday following the election, the Secretary of State shall notify each judge of probate from a county where write-in votes for that office were cast that the write-in votes for that office shall be counted and reported as provided in this section.   [§ 17-6-28(c)] | Monday, November 11, 2024 |
| Upon determining the number of write-in votes as required, all ballots, ballot images, or results tapes with write-in votes shall be delivered to the sheriff who shall securely keep them in the same manner as provisional ballots are kept. [§ 17-10-2(d)] | Tuesday, November 12, 2024 |
| When the number of write-in votes for any specific office is greater than or equal to the difference in votes between the candidates receiving the greatest number of votes for that office write-in votes shall be counted at the same time and in the same manner as provisional ballots are counted. [§ 17-6-28(f)] | Tuesday, November 12, 2024 |
| Absentee ballots submitted by UOCAVA voters must be accepted until noon this day.  The ballot must have been postmarked no later than election day and meet other absentee ballot requirements to be counted. [§ 17-11-18(b)] | Tuesday, November 12, 2024 |
| The absentee election manager must report, for the general election, the number of military and overseas ballots mailed out and the number of ballots received to the secretary of state within 7 days after the election. [§ 17-11-5(d)] | Tuesday, November 12, 2024 |
| The board of registrars must deliver the provisional voter affirmations and inspector challenge statements, with the certified findings attached, to the probate judge no later than noon 7 days after the election. [§ 17-10-2(e)] | Tuesday, November 12, 2024 |

## Administrative Calendar
## 2024 Statewide Election
Revised 02/07/2023

| |
|---|
| **Presidential Preference Primary Election - March 5, 2024** |
| **Alabama Statewide Primary Election - March 5, 2024** |
| **Primary Runoff Election - April 2, 2024** |
| **General Election - November 5, 2024** |

| Activity | Date |
|---|---|
| At noon, the canvassing board for poll workers shall tabulate provisional ballots which have been certified by the board of registrars. The canvassing board must certify the results of the provisional votes cast and must post one copy in the courthouse and must seal one copy into a container designated for each political party 7 days after the election. [§ 17-10-2(f)] | Tuesday, November 12, 2024 |
| The county canvassing board must canvass returns from county. Board of supervisors must make in writing a public declaration of results - noon, second Friday after the election. (§ 17-12-15) | Friday, November 15, 2024 |
| The county canvassing board must file the original canvass of returns for county offices, including state House and state Senate, in the probate office, post a copy of the returns at the courthouse door, and immediately transmit a copy of the returns by fax to the Secretary of State. (§ 17-12-16) | Friday, November 15, 2024 |
| The county canvassing board must file the county certificate of results for constitutional officers with the judge of probate. The judge of probate must immediately forward the certificate of results to the Secretary of State. (§ 17-12-16) | Friday, November 15, 2024 |
| The Secretary of State must furnish certificates of election to members of the legislature and members of Congress within 10 days of receiving returns from the judge of probate of each county. (§ 17-12-21) | Monday, November 25, 2024 |
| The last day for the Governor, Secretary of State, and Attorney General to canvass election returns required by law to be sent to Secretary of State is within 22 days after the election. [§ 17-12-17] | Wednesday, November 27, 2024 |
| **State Holiday - Thanksgiving** | **Thursday, November 28, 2024** |
| Presidential electors of the Electoral College meet in their state capitals and cast their votes for President and Vice President on the first Monday after the second Wednesday in December. (3 USC § 7) | Monday, December 16, 2024 |
| **State Holiday - Christmas Day Recognized** | **Tuesday, December 24, 2024** |
| **State Holiday - New Year's Day** | **Wednesday, January 1, 2025** |
| Absentee election manager must file list of applications for absentee ballots from the general election with probate judge 60 days after the election. [§ 17-11-5(c)] | Saturday, January 4, 2025 |
| Inauguration Day for certain non-federal offices is on the first Monday after the second Tuesday in January after the election. [§§ 36-3-1, 36-3-2, 36-3-3] | Monday, January 20, 2025 |
| **State Holiday - Robert E. Lee/Martin Luther King Birthday** | **Monday, January 20, 2025** |
| Inauguration Day for President and Vice President is at noon on the 20th day of January. [Constitution of the United States, Amendment XX, Sec. 1] | Monday, January 20, 2025 |
| The last day for Secretary of State to report information on the number of military and overseas ballots mailed out and the number of ballots received to the Federal Election Assistance Commission within 90 days of each regularly scheduled general election for federal office. [§ 17-11-5(d)] | Monday, February 3, 2025 |
| The last day candidates in the general election can accept contributions to retire a campaign debt is 120 days after the general election. [§ 17-5-7(b)(3)] | Wednesday, March 5, 2025 |
| The sheriff can destroy ballots 22 months after general election unless there is notification that election has been contested. (52 USC § 20701). | Saturday, September 5, 2026 |