# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No. 2:21-cv-01291-AMM |
| EVAN MILLIGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No. 2:21-cv-01530-AMM |
| MARCUS CASTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No.:  2:21-cv-1536-AMM |

## MOTION TO WITHDRAW

COMES NOW the undersigned, Thomas A. Wilson, and files this Motion for Leave to Withdraw as counsel of record for Wes Allen. As grounds for said Motion, undersigned states that effective March 24, 2023, he will no longer be working for the State of Alabama. Defendant Allen will continue to be represented by Edmund G. LaCour Jr., A. Barrett Bowdre, James W. Davis, Misty S. Fairbanks Messick, Brenton M. Smith, A. Reid Harris, and Benjamin M. Seiss, and no party will be prejudiced by this withdrawal.

Respectfully submitted,

STEVE MARSHALL
Attorney General

/s/ Thomas A. Wilson
THOMAS A. WILSON
*Deputy Solicitor General*

**Counsel for Defendant**

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
Phone: 334.242.7300
Fax: 334.353.8400
Thomas.wilson@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Thomas A. Wilson
THOMAS A. WILSON
*Deputy Solicitor General*