FILED
2023 Jun-09  PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1291-AMM** |
| ) | |
| **WES ALLEN,** *in his official* ) | **THREE-JUDGE COURT** |
| *capacity as Alabama Secretary of* ) | |
| *State*, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

A status conference is **SET** for **8:00 a.m.** Central Standard Time on **JUNE 16, 2023**. The status conference will be held by Zoom.

**DONE** and **ORDERED** this 9th day of June, 2023.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
**UNITED STATES DISTRICT JUDGE**