FILED
2023 Jun-18 AM 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| BOBBY SINGLETON, et al.,<br>*Plaintiff*<br>v.<br>Wes ALLEN, Alabama Secretary of State, et al.,<br>*Defendant* | )<br>)<br>)  Case No.  2:21-cv-01291-AMM<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Singleton et al.

Date:  06/18/2023

Edward Still
*Attorney's signature*

Wilson Edward Still, Jr., 4786147W
*Printed name and bar number*

2501 Cobblestone Way
Birmingham AL 35226

*Address*

edwardstill@gmail.com
*E-mail address*

(205) 335-9652
*Telephone number*

(205) 320-2882
*FAX number*