FILED
2023 Jul-07 PM 04:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EVAN MILLIGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01530-AMM |
| | ) | |
| WES ALLEN, | ) | **THREE-JUDGE COURT** |
| Secretary of State of Alabama, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| MARCUS CASTER, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01536-AMM |
| | ) | |
| WES ALLEN, | ) | |
| Secretary of State of Alabama, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

| | | |
|---|---|---|
| BOBBY SINGLETON, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01291-AMM |
| | ) | |
| WES ALLEN, | ) | **THREE-JUDGE COURT** |
| Secretary of State of Alabama, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**DEFENDANTS' STATUS REPORT**

Pursuant to this Court's order (doc. 168 in *Milligan*, doc. 156 in *Caster,* and doc. 105 in *Singleton*), Defendants respectfully submit the following status report:

1. On June 27, 2023, Governor Kay Ivey issued a proclamation calling a special session of the Alabama Legislature to begin on July 17, 2023 for the purpose of "consider[ing] legislation pertaining to the reapportionment of the State, based on the 2020 federal census, into districts for electing members of the United States House of Representatives." *See* Exhibit 1, attached hereto.

2. On June 27, 2023, the Reapportionment Committee met and elected its co-chairs, Senator Steve Livingston and Representative Chris Pringle. Immediately after its meeting, the Committee held a public hearing where the public could comment on plans proposed by the Plaintiffs.

3. On July 13, 2023, the Reapportionment Committee has scheduled another meeting to prepare for the upcoming special session.

*Respectfully Submitted,*

Steve Marshall
 *Attorney General*

*James W. Davis*
Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*
James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

2

>OFFICE OF THE ATTORNEY GENERAL
>STATE OF ALABAMA
>501 Washington Avenue
>P.O. Box 300152
>Montgomery, Alabama 36130-0152
>Telephone: (334) 242-7300
>Edmund.LaCour@AlabamaAG.gov
>Jim.Davis@AlabamaAG.gov
>
>*Counsel for Secretary Allen*
>
>s/ *Dorman Walker* (with permission)
>Dorman Walker (ASB-9154-R81J)
>BALCH & BINGHAM LLP
>Post Office Box 78 (36101)
>105 Tallapoosa Street, Suite 200
>Montgomery, AL 36104
>Telephone: (334) 269-3138
>Email: dwalker@balch.com
>
>*Counsel for Sen. Livingston and Rep. Pringle*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I served the foregoing on all counsel of record via electronic mail.

>/s/ James W. Davis
>*Counsel for Secretary Allen*

3