FILED
2023 Jul-21  PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 2:21-CV-01530-AMM |
| ) | |
| WES ALLEN, ) | **THREE-JUDGE COURT** |
| Secretary of State of Alabama, *et al.*, ) | |
| ) | |
|     *Defendants*. ) | |
| | |
| MARCUS CASTER, et al., ) | |
| ) | |
|     *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01536-AMM |
| ) | |
| WES ALLEN, ) | |
| Secretary of State of Alabama, *et al.*, ) | |
| ) | |
|     *Defendants*. ) | |
| | |
| BOBBY SINGLETON, et al., ) | |
| ) | |
|     *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01291-AMM |
| ) | |
| WES ALLEN, ) | **THREE-JUDGE COURT** |
| Secretary of State of Alabama, *et al.*, ) | |
| ) | |
|     *Defendants*. ) | |

## **DEFENDANTS' STATUS REPORT**

Pursuant to this Court's order (doc. 168 in *Milligan*, doc. 156 in *Caster*, and doc. 105 in *Singleton*), Defendants respectfully submit the following status report:

The Alabama Legislature met July 17-21, 2023 in a special session for the purpose of redrawing Alabama's congressional districts. On July 21, 2023, the Legislature passed Senate Bill No. 5, which upon signature of the Governor[1] will enact the congressional districts depicted in the attached map.

*Respectfully Submitted,*

Steve Marshall
*Attorney General*

*James W. Davis*
Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*
James W. Davis (ASB-4063-I58J)
*Deputy Attorney General*

---

[1] SB5 will not be assigned an act number until after the Governor signs it.

OFFICE OF THE ATTORNEY
GENERAL STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov

*Counsel for Secretary Allen*

s/ *Dorman Walker (by permission)*
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue
Montgomery, Alabama 36106
Telephone: (334) 269-3138
Email: dwalker@balch.com

*Counsel for Sen. Livingston and Rep. Pringle*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on July 21, 2023 which will serve all counsel of record.

/s/ James W. Davis
*Counsel for Secretary Allen*

3