

User:
Plan Name: **Livingston Congressional PLan 3**
Plan Type:

# Population Summary

Thursday, July 20, 2023                                                                                                          7:14 PM

| District | Population | Deviation | % Devn. | [% White] | [% Black] | [% AP_Wht] | [% AP_Blk] | [% 18+_Blk] | [% 18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 65.36% | 25.07% | 70.31% | 26.46% | 23.8% | 24.63% |
| 2 | 717,755 | 1 | 0.00% | 50.86% | 39.93% | 54.97% | 41.63% | 38.83% | 39.93% |
| 3 | 717,754 | 0 | 0.00% | 70.79% | 20.39% | 75.16% | 21.76% | 19.93% | 20.7% |
| 4 | 717,754 | 0 | 0.00% | 81.53% | 6.93% | 86.55% | 7.9% | 6.74% | 7.22% |
| 5 | 717,754 | 0 | 0.00% | 69.02% | 17.59% | 75.72% | 19.29% | 17.33% | 18.33% |
| 6 | 717,754 | 0 | 0.00% | 70.23% | 19.36% | 75.03% | 20.51% | 18.58% | 19.26% |
| 7 | 717,754 | 0 | 0.00% | 40.89% | 51.32% | 44.15% | 52.59% | 49.68% | 50.65% |

Total Population:            5,024,279
Ideal District Population:   717,754

**Summary Statistics:**

Population Range:            717,754 to 717,755
Ratio Range:                 0.00
Absolute Range:              0 to 1
Absolute Overall Range:      1
Relative Range:              0.00% to 0.00%
Relative Overall Range:      0.00%
Absolute Mean Deviation:     0.14
Relative Mean Deviation:     0.00%
Standard Deviation:          0.35

Maptitude For Redistricting

Page 1 of 1