# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOBBY SINGLETON, RODGER SMITHERMAN, EDDIE BILLINGSLEY, LEONETTE W. SLAY, DARRYL ANDREWS, and ANDREW WALKER,** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action Number0 |
| v. | ) ) | **2:21-cv-01291-AMM** |
| | ) | **THREE-JUDGE COURT** |
| **WES ALLEN, in his official capacity as Alabama Secretary of State,** | ) ) ) | |
| Defendant. | ) | |

----------------------------------------

| | | |
|---|---|---|
| **EVAN MILLIGAN, *et al.*** | ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Civil Action Number |
| v. | ) ) | **2:21-cv-01536-AMM** |
| **WES ALLEN, *et al.*,** | ) ) | **THREE-JUDGE COURT** |
| Defendants. | ) ) | |

_____

| | | |
|---|---|---|
| **MARCUS CASTER, *et al.*,** | ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Civil Action Number |
| v. | ) ) | **2:21-cv-01536-AMM** |
| **WES ALLEN, *et al.*,** | ) ) | **THREE-JUDGE COURT** |
| Defendants. | ) ) | |

1

## NOTICE OF APPEARANCE

Comes now U.W. Clemon, a member of the Bar of this Court, and hereby enters his appearance as additional co-counsel for Plaintiffs Bobby Singleton, Rodger Smitherman, Eddie Billingsley, Leonette W. Slay, Darryl Andrews, and Andrew Walker.

        Respectfully submitted,

        */s/U.W. Clemon*
        U.W. Clemon    CLE045
        U.W. Clemon, LLC
        Renasant Bank Building
        2001 Park Place North, Tenth Floor
        Birmingham, AL 35203
        Telephone 205 506-4524
        Facsimile  205 538-5500
        uwclemon1@gmail.com