# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official* ) <br> *capacity as Secretary of State of* ) <br> *Alabama, et al.,* ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1291-AMM** <br><br> **THREE-JUDGE COURT** |
| **EVAN MILLIGAN,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official* ) <br> *capacity as Secretary of State of* ) <br> *Alabama, et al.,* ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1530-AMM** <br><br> **THREE-JUDGE COURT** |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

On February 7, 2022, the Court appointed Dr. Nathaniel Persily as a cartographer to assist in these redistricting cases. *See Singleton* Doc. 102; *Milligan*

1

Doc. 130; *Caster* Doc. 120. On July 21, 2023, the Alabama Legislature enacted and the Governor signed into law a new congressional map ("the Remedial Plan").

Any objections to the Remedial Plan are due on July 28, 2023, and any hearing on objections will commence on August 14, 2023. Dr. Persily today withdrew from his appointment as the Court's Cartographer. In light of the time sensitivity of these proceedings, the parties are **DIRECTED** to submit three to five names of proposed cartographers at or before **12:00 NOON CDT** on **FRIDAY, JULY 28, 2023.** This order does not alter the appointment of General Richard Allen as the Court's Special Master.

**DONE** and **ORDERED** this 24th day of July, 2023.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE