FILED
2023 Jul-27  AM 10:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official* ) <br> *capacity as Secretary of State of* ) <br> *Alabama, et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1291-AMM** <br><br> **THREE-JUDGE COURT** |
| **EVAN MILLIGAN,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official* ) <br> *capacity as Secretary of State of* ) <br> *Alabama, et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1530-AMM** <br><br> **THREE-JUDGE COURT** |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

1

## ORDER

These congressional redistricting cases are before the Court on the parties' jointly proposed scheduling orders. *See Singleton* Doc. 144; *Milligan* Doc. 193; *Caster* Doc. 170. After review of the parties' filing, the Court **ORDERS** as follows:

1. If any plaintiff objects to the congressional districting map enacted on July 21, 2023 ("the Remedial Plan"), the Court **WILL SET** a hearing **IN PERSON** on any such objections in the Special Proceedings Courtroom of the Hugo L. Black United States Courthouse in Birmingham, Alabama. The hearing will commence at **9:00 A.M. CDT** on **AUGUST 14, 2023**.

2. Consistent with this Court's June 20, 2023 order and the parties' jointly proposed scheduling order, the Plaintiffs are **DIRECTED** to file their objections in detail on or before **JULY 28, 2023**, including data, documents, and reports. The Defendants, in turn, are directed to file their response to any such filing, including any data, documents, and reports relied upon or referenced, no later than **AUGUST 4, 2023**. Plaintiffs shall have until the close of business on **AUGUST 7, 2023**, to file any reply and supporting materials.

The parties' jointly proposed scheduling order indicates substantial agreement between the parties. Based on this agreement, the Court **FURTHER ORDERS**:

1. The parties shall disclose hearing witnesses, if any, by **JULY 31, 2023**.

2. The parties shall serve any discovery requests by **AUGUST 2, 2023**.

3. Discovery shall close on **AUGUST 10, 2023**.

4. Parties shall file final witness lists, exhibit lists, and stipulated facts, if any, for the hearing by **AUGUST 10, 2023**. The parties shall also indicate whether they have stipulated to the admissibility of any exhibits.

5. The parties requested a status conference at the Court's earliest convenience. A status conference is **SET** for **JULY 31, 2023,** at **11:30 A.M. CDT, 12:30 P.M. EDT** by Zoom. The Court will provide Zoom information to the parties by separate email.

6. This order does not affect any other deadlines set out in the Court's prior orders. *See*, *e.g.*, *Singleton* Docs. 141, 142; *Milligan* Docs. 187, 189; *Caster* Docs. 166, 167.

**DONE** and **ORDERED** this 27th day of July, 2023.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE


_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

/s/ Terry F. Moorer
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE