# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, *et al.*, ) <br> ) <br> Defendants. ) | **Case No.: 2:21-cv-1291-AMM** <br><br> **THREE-JUDGE COURT** |

| | |
|---|---|
| **EVAN MILLIGAN,** *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, *et al.*, ) <br> ) <br> Defendants. ) | **Case No.: 2:21-cv-1530-AMM** <br><br> **THREE-JUDGE COURT** |

| | |
|---|---|
| **MARCUS CASTER,** *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official capacity as Secretary of State of Alabama, et al.*, ) <br> ) <br> Defendants. ) | **Case No.: 2:21-cv-1536-AMM** |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

At the parties' joint request, this Court held a status conference on July 31, 2023 to discuss next steps in these proceedings. After the status conference, this Court entered an order, advising the parties that the scope of remedial proceedings for the statutory claims of the *Milligan* and *Caster* Plaintiffs will be limited to whether the 2023 Plan complies with the order of this Court, affirmed by the Supreme Court, and with Section Two of the Voting Rights Act. *Milligan* Doc. 203; *Caster* Doc. 182. The Court then set the constitutional claims of the *Singleton* Plaintiffs for a separate hearing to commence immediately thereafter. *Singleton* Doc. 154.

The Defendants moved for clarification of this Court's order. *Singleton* Doc. 156; *Milligan* Doc. 205; *Caster* Doc. 186. Each set of Plaintiffs is **DIRECTED** to respond on or before **FRIDAY, AUGUST 4, 2023** at **12:00 P.M.** (noon) **CDT**. This order does not alter any other deadlines as set out in this Court's prior orders. *See, e.g.*, *Singleton* Docs. 135, 146, 154, 155; *Milligan* Docs. 168, 194, 203, 204; *Caster* Docs. 156, 171, 182, 185.

**DONE** and **ORDERED** this 3rd day of August, 2023.

2

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE


_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE


_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE