FILED
2023 Aug-04 AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WES ALLEN, )<br>Secretary of State of Alabama, *et al*., )<br>)<br>*Defendants*. ) | Case No.: 2:21-cv-01530-AMM<br><br>**THREE-JUDGE COURT** |
| MARCUS CASTER, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>WES ALLEN, )<br>Secretary of State of Alabama, *et al*., )<br>)<br>*Defendants*. ) | Case No.: 2:21-cv-01536-AMM |
| BOBBY SINGLETON, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>WES ALLEN, )<br>Secretary of State of Alabama, *et al*., )<br>)<br>*Defendants*. ) | Case No.: 2:21-cv-01291-AMM<br><br>**THREE-JUDGE COURT** |

## NOTICE OF APPEARANCE

Charles A. McKay hereby enters his notice of appearance as counsel of record for Secretary of State Wes Allen, who is sued in his official capacity.

> Respectfully submitted,
>
> Steve Marshall,
> *Attorney General*
>
> *s/* Charles A. McKay
> Charles A. McKay (ASB-7256-K18K)
> *Assistant Attorney General*
>
> STATE OF ALABAMA
> OFFICE OF THE ATTORNEY GENERAL
> 501 Washington Avenue
> Montgomery, Alabama 36130
> Telephone: (334) 242-7300
> Fax: (334) 353-8400
> Email: Charles.McKay@AlabamaAG.gov
>
> ***Counsel for Secretary of State Allen***

### CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on August 4, 2023 which will serve all counsel of record.

> /s/ Charles A. McKay
> *Counsel for Secretary Allen*