# Exhibit 1




Singleton 2023 Plan                                                              Act 2023-563 Plan