# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official* ) <br> *capacity as Alabama Secretary of* ) <br> *State*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1291-AMM** <br><br> **THREE-JUDGE COURT** |
| **EVAN MILLIGAN,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official* ) <br> *capacity as Alabama Secretary of* ) <br> *State*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1530-AMM** <br><br> **THREE-JUDGE COURT** |
| **MARCUS CASTER,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official* ) <br> *capacity as Secretary of State of* ) <br> *Alabama, et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1536-AMM** |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

### ORDER

To promote expeditious proceedings for the remedial hearing and preliminary injunction hearing in these three cases, the Court issues the following order.

The parties are **ORDERED** to do the following:

1. Prepare multiple hard copies of all exhibits and demonstratives that the parties intend to use during the preliminary injunction hearing for each Judge on this three-judge court, as specified below. The exhibits should be file-stamped, double-sided, tabbed, and securely bound (whether in a binder or with coil binding) with an index. Any depositions must include the entire deposition, in travel transcript format consisting of no more than four pages of deposition text per 8 ½ by 11-inch page, as well all exhibits to the depositions. Any demonstratives should be tabbed and securely bound with an index and should be exchanged among counsel for all parties before they are sent to the members of the court. The binders shall be sent to each judge at the addresses listed below as soon as practicable but to arrive no later than **11:00 a.m. CDT (12:00 p.m. EDT) on FRIDAY, AUGUST 11, 2023**.

    a. Hon. Stanley Marcus

       99 N.E. 4th Street
       Miami, Florida 33132
       (two copies)

    b.    Hon. Stanley Marcus

          United States District Court
          Northern District of Alabama
          Attn: Judge Stanley Marcus (visiting judge)
          1729 5th Ave. North, Suite 5B
          Birmingham, AL 35203
          (two copies)

    c.    Hon. Anna M. Manasco

          United States District Court
          Northern District of Alabama
          Attn: Judge Anna M Manasco
          1729 5th Avenue North, Suite 5B
          Birmingham, AL 35203
          (all three copies)

    d.    Hon. Terry F. Moorer

          United States District Court
          Northern District of Alabama
          Attn: Judge Terry F. Moorer (visiting judge)
          1729 5th Avenue North, Suite 4B
          Birmingham, AL 35203
          (two copies)

    e.    Hon. Terry F. Moorer

          United States District Court
          Southern District of Alabama
          155 St. Joseph Street
          Mobile, AL 36602
          (one copy)

2.    The parties shall file with the Court not later than **AUGUST 10, 2023** a list of all counsel who will attend and participate in the hearing so that the Court may arrange appropriate seating in the courtroom.

3.   Alert the Court not later than **AUGUST 10, 2023**, by an e-mail to Judge Manasco's chambers (Manasco_Chambers@alnd.uscourts.gov), with a copy to all counsel, if counsel intends to use any audio-visual equipment during the hearing other than the courtroom document camera.

**DONE** and **ORDERED** this 5th day of August, 2023.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE


_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE


_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE