# Exhibit 2



2002 Congressional Districts 1-30-02
1/31/02 11:32 AM

Chestnut Defense 3018