FILED

2023 Aug-09  PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 5

## Livingston Congressional Plan 3-2023



©2021 CALIPER; ©2020 HERE





**Livingston_Congressional_Plan_3**

Statistics   Notes

| | Population | | Shapes | | Partisan Lean | | | Demographics (VAP) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID ↑ | Total | +/- | ✉ | ◲ | Dem | Rep | Oth | Total | White | Minority | Hispanic | Black | Asian | Native | Pacific |
| Un | 0 | | | | 0% | 0% | 0% | 0 | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| 1 | 717,754 | -0% | ✅ | ✅ | 37.66% | 61.37% | 0.97% | 557,393 | 67.08% | 32.92% | 3.26% | 24.63% | 1.87% | 2.95% | 0.12% |
| 2 | 717,755 | 0% | ✅ | ✅ | 47.11% | 52.18% | 0.71% | 559,067 | 52.5% | 47.5% | 3.74% | 39.93% | 2.21% | 1.9% | 0.17% |
| 3 | 717,754 | -0% | ✅ | ✅ | 31.89% | 67.2% | 0.91% | 564,595 | 71.76% | 28.24% | 3.12% | 20.7% | 2.12% | 2.26% | 0.1% |
| 4 | 717,754 | -0% | ✅ | ✅ | 21.95% | 77.24% | 0.81% | 555,217 | 82.83% | 17.17% | 6.1% | 7.22% | 0.83% | 3.11% | 0.1% |
| 5 | 717,754 | -0% | ✅ | ✅ | 37.97% | 60.49% | 1.54% | 560,406 | 70.27% | 29.73% | 5.3% | 18.33% | 2.51% | 3.63% | 0.18% |
| 6 | 717,754 | -0% | ✅ | ✅ | 34.94% | 63.69% | 1.37% | 552,230 | 71.65% | 28.35% | 4.68% | 19.26% | 2.19% | 2.12% | 0.1% |
| 7 | 717,754 | -0% | ✅ | ✅ | 63.66% | 35.66% | 0.68% | 568,258 | 42.7% | 57.3% | 3.66% | 50.65% | 1.67% | 1.58% | 0.11% |
| | 717,754 | 0% | ✅ | ✅ | 39.62% | 59.38% | 1.01% | 559,595 | 65.47% | 34.53% | 4.26% | 25.9% | 1.91% | 2.5% | 0.12% |

**Notes**

- Precinct Shapes: Census 2020
- Total Population: Census 2020
- Voting Age Population: Census 2020
- Election Result: Composite of 2016 Pres, 2020 Pres, 2017 Sen, 2020 Sen, 2018 Gov, 2018 AG
- The 0% population deviation is within the 0.75% threshold tolerated by the courts.
- Five districts lean Republican, one leans Democratic, and one falls in the 45–55% competitive range.
- There is one majority-minority district.

Back to top