# Exhibit 6

# Singleton Congressional Plan 1-2023





| ID | Total | +/- | Dem | Rep | Oth | Total | White | Minority | Hispanic | Black | Asian | Native | Pacific |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Un | 0 | | 0% | 0% | 0% | 0 | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| 1 | 717,754 | -0% | 38.64% | 60.41% | 0.95% | 557,535 | 66% | 34% | 3.23% | 25.61% | 1.85% | 3.11% | 0.12% |
| 2 | 717,755 | 0% | 33.31% | 65.85% | 0.84% | 558,939 | 66.71% | 33.29% | 3.84% | 24.92% | 2.39% | 2.23% | 0.16% |
| 3 | 717,754 | -0% | 26.21% | 72.85% | 0.95% | 554,849 | 76.41% | 23.59% | 4.34% | 15.46% | 1.19% | 2.42% | 0.11% |
| 4 | 717,754 | -0% | 22.36% | 76.85% | 0.79% | 556,133 | 82.41% | 17.59% | 5.66% | 7.7% | 0.82% | 3.52% | 0.09% |
| 5 | 717,754 | -0% | 37.92% | 60.51% | 1.57% | 561,187 | 70.89% | 29.11% | 5.28% | 18.06% | 2.53% | 3.27% | 0.18% |
| 6 | 717,754 | -0% | 56.53% | 42.23% | 1.24% | 561,773 | 52.07% | 47.93% | 4.25% | 39.61% | 2.53% | 1.68% | 0.1% |
| 7 | 717,754 | -0% | 59.13% | 40.22% | 0.65% | 566,750 | 44.31% | 55.69% | 3.23% | 49.38% | 2.06% | 1.33% | 0.11% |
| | 717,754 | 0% | 39.62% | 59.38% | 1.01% | 559,595 | 65.47% | 34.53% | 4.26% | 25.9% | 1.91% | 2.5% | 0.12% |

**Notes**

- The 0% population deviation is within the 0.75% threshold tolerated by the courts.
- Five districts lean Republican, two lean Democratic, and none fall in the 45–55% competitive range.
- There is one majority-minority district.