FILED
2023 Aug-09 PM 3:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 7

# Smitherman Congressional Plan 1-2023







## RC 045555_Singleton Congressional Plan 3

| ID | Population Total | +/- | Shapes | | Partisan Lean Dem | Rep | Oth | Demographics (VAP) Total | White | Minority | Hispanic | Black | Asian | Native | Pacific |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Un | 0 | | | | 0% | 0% | 0% | 0 | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| 1 | 717,754 | -0% | ✓ | ✓ | 37.64% | 61.39% | 0.97% | 557,363 | 67.12% | 32.88% | 3.26% | 24.6% | 1.87% | 2.94% | 0.12% |
| 2 | 717,754 | -0% | ✗ | ✓ | 34.67% | 64.47% | 0.86% | 560,557 | 65.2% | 34.8% | 3.93% | 26.28% | 2.47% | 2.22% | 0.16% |
| 3 | 717,753 | -0% | ✓ | ✓ | 29.43% | 69.54% | 1.03% | 558,417 | 74.66% | 25.34% | 4.12% | 17.2% | 1.55% | 2.37% | 0.11% |
| 4 | 717,753 | -0% | ✓ | ✓ | 18.64% | 80.57% | 0.8% | 553,825 | 83.28% | 16.72% | 6.26% | 6.03% | 0.71% | 3.67% | 0.1% |
| 5 | 717,752 | -0% | ✓ | ✓ | 39.13% | 59.33% | 1.54% | 562,459 | 71.21% | 28.79% | 4.86% | 18.34% | 2.51% | 3.16% | 0.17% |
| 6 | 717,759 | 0% | ✓ | ✓ | 57.87% | 40.99% | 1.15% | 560,905 | 50.59% | 49.41% | 4.14% | 41.59% | 2.21% | 1.65% | 0.1% |
| 7 | 717,754 | -0% | ✓ | ✓ | 56.46% | 42.88% | 0.66% | 563,640 | 46.59% | 53.41% | 3.26% | 46.86% | 2.04% | 1.55% | 0.11% |
| | 717,754 | 0% | ✗ | ✓ | 39.62% | 59.38% | 1.01% | 559,595 | 65.47% | 34.53% | 4.26% | 25.9% | 1.91% | 2.5% | 0.12% |

### Notes

- Precinct Shapes: Census 2020
- Total Population: Census 2020
- Voting Age Population: Census 2020
- Election Result: Composite of 2016 Pres, 2020 Pres, 2017 Sen, 2020 Sen, 2018 Gov, 2018 AG
- District 2 may not be contiguous.
- The 0% population deviation is within the 0.75% threshold tolerated by the courts.
- Five districts lean Republican, two lean Democratic, and none fall in the 45–55% competitive range.
- There is one majority-minority district.

Back to top