FILED
2023 Aug-09 PM 3:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 8



Figures Congressional Plan 1-2023





## VRA Plaintiffs Remedial Map

Statistics  Notes

| ID ↑ | Population Total | +/- | Shapes | | Partisan Lean Dem | Rep | Oth | Demographics (VAP) Total | White | Minority | Hispanic | Black | Asian | Native | Pacific |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Un | 0 | | | | 0% | 0% | 0% | 0 | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| 1 | 717,754 | -0% | ✓ | ✓ | 26.34% | 72.71% | 0.94% | 558,142 | 75.87% | 24.13% | 4% | 14.92% | 1.98% | 2.98% | 0.15% |
| 2 | 717,754 | -0% | ✓ | ✓ | 58.07% | 41.23% | 0.7% | 557,855 | 43.23% | 56.77% | 2.91% | 50.08% | 2.06% | 2.05% | 0.13% |
| 3 | 717,754 | -0% | ✓ | ✓ | 31.7% | 67.41% | 0.89% | 565,115 | 71.14% | 28.86% | 2.95% | 21.56% | 2.1% | 2.15% | 0.11% |
| 4 | 717,754 | -0% | ✓ | ✓ | 22.36% | 76.85% | 0.79% | 556,133 | 82.41% | 17.59% | 5.66% | 7.7% | 0.82% | 3.52% | 0.09% |
| 5 | 717,754 | -0% | ✓ | ✓ | 37.92% | 60.51% | 1.57% | 561,187 | 70.89% | 29.11% | 5.28% | 18.06% | 2.53% | 3.27% | 0.18% |
| 6 | 717,754 | -0% | ✓ | ✓ | 31.55% | 67.02% | 1.43% | 554,731 | 76.15% | 23.85% | 4.99% | 14.13% | 2.34% | 2.23% | 0.1% |
| 7 | 717,755 | 0% | ✓ | ✓ | 67.68% | 31.66% | 0.67% | 564,003 | 38.89% | 61.11% | 4.04% | 54.5% | 1.56% | 1.35% | 0.11% |
| | 717,754 | 0% | ✓ | ✓ | 39.62% | 59.38% | 1.01% | 559,595 | 65.47% | 34.53% | 4.26% | 25.9% | 1.91% | 2.5% | 0.12% |

**Notes**

- Precinct Shapes: Census 2020
- Total Population: Census 2020
- Voting Age Population: Census 2020
- Election Result: Composite of 2016 Pres, 2020 Pres, 2017 Sen, 2020 Sen, 2018 Gov, 2018 AG
- The 0% population deviation is within the 0.75% threshold tolerated by the courts.
- Five districts lean Republican, two lean Democratic, and none fall in the 45–55% competitive range.
- There are two majority-minority districts.

Back to top