FILED
2023 Aug-09 PM 3:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 9

Case 2:21-cv-01291-AMM   Document 169-9   Filed 08/09/23   Page 2 of 2

