FILED
2023 Aug-09 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 10

