FILED
2023 Aug-09  PM 3:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 16

The following table shows the results of previous statewide races in Congressional Districts 6 and 7 of the proposed Singleton 3 Plan and CLC 1 Plan. For each race, two percentages are listed: the share of the two-party vote obtained by the candidate of choice of Black voters in Districts 6 and 7, respectively. Black candidates are noted with an asterisk.

| Race | Zero Deviation Plan | CLC 1 Plan |
|------|---------------------|------------|
| 2012 President: Obama (D)* v. Romney (R) | 53.2%, 55.7% | 51.2%, 57.9% |
| 2014 Governor: Griffith (D) v. Bentley (R) | 50.3%, 53.5% | 48.2%, 55.4% |
| 2014 Lieutenant Governor: Fields* (D) v. Ivey (R) | 50.2%, 52.5% | 48.1%, 54.2% |
| 2014 Auditor: Joseph* (D) v. Ziegler (R) | 50.5%, 53.6% | 48.4%, 55.5% |
| 2016 President: Clinton (D) v. Trump (R) | 53.6%, 53.9% | 52.1%, 56.1% |
| 2016 Senate: Crumpton (D) v. Shelby (R) | 52.0%, 52.5% | 50.4%, 54.7% |
| 2017 Senate: Jones (D) v. Moore (R) | 68.8%, 65.4% | 67.9%, 67.2% |
| 2018 Governor: Maddox (D) v. Ivey (R) | 58.7%, 56.0% | 57.4%, 57.8% |
| 2018 Lieutenant Governor: Boyd* (D) v. Ainsworth (R) | 56.2%, 55.1% | 54.6%, 57.5% |
| 2018 Auditor: Joseph* (D) v. Ziegler (R) | 56.6%, 55.9% | 55.2%, 58.2% |
| 2020 President: | 56.2%, 52.9% | 55.0%, 55.7% |

| | | |
|---|---|---|
| Biden (D) v. Trump (R) | | |
| 2020 Senate:<br><br>Jones (D) v. Tuberville (R) | 58.2%, 56.4% | 57.1%, 58.5% |
| 2022 Senate:<br><br>Boyd* (D) v. Britt (R) | 51.9%, 48.9% | 50.6%, 51.8% |
| 2022 Governor:<br><br>Flowers* (D) v. Ivey (R) | 50.6%, 47.8% | 49.1%, 50.7% |
| 2022 Attorney General:<br><br>Major* (D) v. Marshall (R) | 52.1%, 49.2% | 50.7%, 52.0% |
| 2022 Associate Justice (Place 5):<br><br>Kelly* (D) v. Cook (R) | 52.2%, 49.8% | 50.8%, 52.7% |
| 2022 Secretary of State:<br><br>Lafitte* (D) v. Allen (R) | 52.4%, 49.6% | 51.0%, 52.5% |