FILED
2023 Aug-09  PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 17

**AL.**COM

Advertisement

BIRMINGHAM REAL-TIME NEWS

# Disqualified Jefferson County judicial candidate still gets most votes

Updated: Nov. 07, 2018, 12:50 a.m. | Published: Nov. 06, 2018, 7:14 p.m.

**By Ivana Hrynkiw | ihrynkiw@al.com**

Linda Hall, a Jefferson County lawyer who was recently disqualified from holding a circuit court judgeship, still won the most votes in Tuesday's general election.

With 97 percent of the votes tallied, Hall, a Democrat, was ahead in the race with 131,981 votes, compared to Republican Teresa Pulliam's 115,403.

Although Hall was declared disqualified from holding the judgeship, votes were still being tallied Tuesday to see if Pulliam, the incumbent, could continue in the job she has held since 2006. Now, with Hall getting the most votes, it appears Gov. Kay Ivey will appoint someone to sit on the bench.

Jefferson County Circuit Court Place 16 has been one of the county's most contested judicial races, after Hall's disqualification from the race in October. It was too late to remove her name from the ballot.

Fayette County Circuit Judge Samuel Junkin ruled last month that Hall could not take the bench because she didn't meet residency requirements that say a candidate must live in the county in which they are campaigning in for at least 12 months prior to the election. He ordered that Hall's votes must be counted, but she won't be eligible to take office if she gets the most votes.

Advertisement

Gov. Kay Ivey will appoint someone to fill the open seat on the bench.

In a separate order, the judge said former candidate Peter Davis cannot claim Hall's spot as the Democratic nominee for the judicial seat. Davis was Hall's opponent in the

Case 2:21-cv-01291-AMM   Document 169-17   Filed 08/09/23   Page 4 of 11

Democratic primary earlier this year and after a county voter filed a lawsuit claiming Hall <u>should be barred from running</u> because of she had lived in Shelby County for the majority of the past 12 months, Davis said he was the rightful nominee.

Hall was disqualified from the race after Junkin <u>determined</u> she had not lived in Jefferson County for the required amount of time. Junkin was appointed to preside over the case after all Jefferson County judges recused themselves.

<u>During a day-long trial, Hall</u> testified about her living arrangements for the past 18 months and said she would not have ran if she was aware she had lived in Shelby County. During her testimony, Hall detailed several different Shelby County apartments she has lived in during the past year and also said she lived in St. Louis, MO, between August and December 2017.

Advertisement

Pulliam, a Huntsville native, graduated from Birmingham Southern College and the University of Alabama School of Law, and worked as a prosecutor in the Mobile District Attorney's Office before moving to the Jefferson County District Attorney's Office in 1986. Before taking the bench, Pulliam worked in private practice for 14 years.

## Votes for disqualified candidate won't count, but must be tallied

If you purchase a product or register for an account through one of the links on our site, we may receive compensation. By browsing this site, we may share your information with our social media partners in accordance with our <u>Privacy Policy.</u>

# Around the Web

## Here's How Much Gutter Guards Should Cost You In 2023

Try this instead of gutter cleaning

**LeafFilter Partner** | Sponsored

## Tommy Chong: The Horrifying Truth About CBD

It hit me right where I live...

Tommy Chong's CBD | Sponsored

Tommy Craig Scott | Sponsored

## This New Device Is Leaving Neuropathy Experts Speechless

**Health Insight Journal** | Sponsored

## 24/7 access to global insights - now $149/year.

**Bloomberg** | Sponsored

## NFL Star Rob Gronkowski Loves These Shoes

Former Adidas designer transforms street shoes with hybrid high performance sneaker technology. Industry-leading comfort from shoes zoned to provide comfort, flexibility and …

**Wolf & Shepherd** | Sponsored

## Alabama: Why Are People Snapping Up This This Weed Trimmers Head?

**Libiyi** | Sponsored

## Audi's First All-Electric Sedan. The E-Tron GT is Exhilarating!

**Audi E-Tron GT | Search Ads** | Sponsored

## Belk closing Alabama location

**AL.com**

## 3-star QB Davis Harsin, son of former Auburn coach Bryan Harsin, commits

**AL.com**



▼ **About Us**

About Alabama Media Group

Jobs at Alabama Media Group

Advertise with us

About AL.com

Frequently Asked Questions

Contact Us

Online Store

▼ **Subscriptions**

AL.com

The Birmingham News

The Huntsville Times

Press-Register

Newsletter

Disqualified Jefferson County judicial candidate still gets most votes - al.com    https://www.al.com/news/birmingham/2018/11/jefferson-county-judges...

▼ **Already a Subscriber**

Manage your Subscription

Place a Vacation Hold

Make a Payment

Delivery Feedback

---

▼ **AL.com Sections**

News

Business

Sports

High School Sports

Alabama Life & Culture

Opinion

Archives

Obituaries

Jobs

Autos

---

▼ **Your Regional News Pages**

Anniston/Gadsden

Birmingham

Huntsville

Mobile

Montgomery

Tuscaloosa

Gulf Coast Beaches

---

▼ **On the Go**

Mobile Apps

Tablet Apps

▼ **Follow Us**

Pinterest

Twitter

Facebook

Instagram

RSS

---

▼ **Customer Service**

Send us an email

Submit a news tip

Buy newspaper front pages, posters and more

---

▼ **More on AL.com**

Videos

Weather

Site Map & search

Sponsor Content

Post a job

---

ADVANCELOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 4/4/2023), Privacy Policy and Cookie Statement, and Your Privacy Choices and Rights (updated 7/1/2023).

Cookies Settings   

© 2023 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

Case 2:21-cv-01291-AMM   Document 169-17   Filed 08/09/23   Page 11 of 11

YouTube's privacy policy is available here and YouTube's terms of service is available here.

▶Ad Choices