FILED
2023 Aug-09 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 18



**Back to Lookup**  /  Registrant Detail

# DARRYL L ANDREWS

📍 3749 FIELDCREST DRIVE MONTGOMERY, AL 36111-3128  -  MONTGOMERY

Status
**Active**

## Election Details                                08/22/2023 MUNICIPAL ELECTION

We did not find an absentee or provisional ballot associated with the selected election.

## Polling Location

**5B - WHITFIELD UNITED METHODIST CHURCH**

📍 2673 FISK RD MONTGOMERY, AL 36111

Polls open from
**7:00 AM to 7:00 PM**



## Ballot Styles

**STYLE 5**

## Districts                                                                 Hide ⌄

**CITY**

CITY 05B

**COMMISSION**

COUNTY COM DIST 01

**CONGRESSIONAL**

CONGRESSIONAL DIST 02

**COUNTY SCHOOL**

COUNTY BOE 07

**MUNICIPALITY**

CITY OF MONTG 01

**SENATE**

STATE SENATE 26

**STATE HOUSE**

STATE HOUSE 74

**STATE SCHOOL**

STATE BOE DIST 05

© Copyright 2023 - ESSVR, LLC. All rights reserved.