FILED

2023 Aug-09 PM 3:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 19



**Back to Lookup**  /  **Registrant Detail**

# BOBBY D SINGLETON

📍 2368 CO RD 7 GREENSBORO, AL 36744  -  HALE

Status
**Active**

> **No upcoming elections found for this registrant's jurisdiction.**

## Default Polling Location

**NATIONAL GUARD ARMORY**

📍 515 GREENE STREET GREENSBORO, AL 36744

## Districts                                                           Hide ˅

**COMMISSION**

COUNTY COMMISSION DIST 03

**CONGRESSIONAL**

CONGRESSIONAL DIST 07

**COUNTY SCHOOL**

COUNTY SCHOOL DIST 02

**SENATE**

STATE SENATE 24

**STATE HOUSE**

STATE HOUSE 72

**STATE SCHOOL**

STATE BOE DIST 04

© Copyright 2023 - ESSVR, LLC. All rights reserved.