# Exhibit 20



**Back to Lookup**  /  Registrant Detail

# LEONETTE W SLAY

📍 320 ALBEMARLE DRIVE BIRMINGHAM, AL 35226-1503  -  JEFFERSON

Status
**Active**

> **No upcoming elections found for this registrant's jurisdiction.**

## Default Polling Location

**PREC 3130 - SHADES CREST BAPTIST CHURCH**

📍 452 PARK AVE BIRMINGHAM, AL 35226

## Districts                                                                 Hide ⌄

**CITY**
HOOVER PLACE 4

**COMMISSION**
COMM DIST 3 - JIMMIE STEPHENS

**CONGRESSIONAL**
CONGRESSIONAL DIST 06

**COUNTY SCHOOL**
COUNTY SCHOOL 05

**FIRE**
FIRE DIST NOT ASSIGNED

**JEFFERSON CO DIVISION**
BESSEMER DIVISION

**LOCAL SCHOOL**

NO LOCAL SCHOOL DIST

**MUNICIPALITY**

HOOVER

**SENATE**

STATE SENATE 16

**SPECIAL ELECTION DIST**

SPECIAL ELEC NOT ASSIGNED

**STATE HOUSE**

STATE HOUSE 46

**STATE SCHOOL**

STATE BOE DIST 03

© Copyright 2023 - ESSVR, LLC. All rights reserved.