FILED
2023 Aug-09 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 21

**Case 2:21-cv-01291-AMM   Document 169-21   Filed 08/09/23   Page 2 of 3**



[Back to Lookup](#)  /  Registrant Detail

# RODGER M SMITHERMAN

📍 224 16TH AVENUE SOUTHWEST BIRMINGHAM, AL 35211-3808  -  JEFFERSON

**Status**
**Active**

> **No upcoming elections found for this registrant's jurisdiction.**

## Default Polling Location

**PREC 2090 - HOLY FAMILY CRISTO REY SCHOOL**

📍 1832 CENTER WAY S BIRMINGHAM, AL 35205

## Districts                                                                 Hide ⌄

**CITY**
BIRMINGHAM DISTRICT 6

**COMMISSION**
COMM DIST 2 - SHEILA TYSON

**CONGRESSIONAL**
CONGRESSIONAL DIST 07

**COUNTY SCHOOL**
COUNTY SCHOOL 05

**FIRE**
FIRE DIST NOT ASSIGNED

**JEFFERSON CO DIVISION**
BIRMINGHAM DIVISION

**LOCAL SCHOOL**

LOCAL SCHOOL BH

**MUNICIPALITY**

BIRMINGHAM

**SENATE**

STATE SENATE 18

**SPECIAL ELECTION DIST**

SPECIAL ELEC NOT ASSIGNED

**STATE HOUSE**

STATE HOUSE 52

**STATE SCHOOL**

STATE BOE DIST 04

© Copyright 2023 - ESSVR, LLC. All rights reserved.