FILED
2023 Aug-09 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 22



[Back to Lookup](#)  /  Registrant Detail

# ANDREW LEE WALKER

 663 HOBBIE ROAD MONTGOMERY, AL 36105-6861  -  MONTGOMERY

**Status**
**Active**

> **No upcoming elections found for this registrant's jurisdiction.**

## Default Polling Location

**502 - SNOWDOUN VFD**

219 HOBBIE RD MONTGOMERY, AL 36105

## Districts                                                                 Hide ⌄

**CITY**
CITY 99

**COMMISSION**
COUNTY COM DIST 05

**CONGRESSIONAL**
CONGRESSIONAL DIST 02

**COUNTY SCHOOL**
COUNTY BOE 05

**MUNICIPALITY**
REMAINDER OF MONTG 03

**SENATE**
STATE SENATE 26

**STATE HOUSE**

STATE HOUSE 76

**STATE SCHOOL**

STATE BOE DIST 05

© Copyright 2023 - ESSVR, LLC. All rights reserved.