# Exhibit 23

# CLC Map 1



©2021 CALIPER; ©2020 HERE