FILED
2023 Aug-09 PM 3:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 24



# STATE OF ALABAMA

## Amended Canvass of Results
## General Election
## November 6, 2012

Pursuant to Chapter 14 of Title 17 of the Code of Alabama, 1975, we, the undersigned, hereby amend the canvass of results certified on November 28, 2012, for the General Election for the offices of President of the United States and Chief Justice of the Alabama Supreme Court held in Alabama on Tuesday, November 6, 2012, and to incorporate the write-in votes reported by Wilcox County in said election. The amended canvass shows the correct tabulation of votes to be as recorded on the following pages.

In Testimony Whereby, I have hereunto set my hand and affixed the Great and Principal Seal of the State of Alabama at the State Capitol, in the City of Montgomery, on this the 17th day of December, in the year 2012.

_____
Robert Bentley
Governor

_____
Luther Strange
Attorney General

_____
Beth Chapman
Secretary of State

## FOR PRESIDENT AND VICE-PRESIDENT OF THE UNITED STATES

| County | BARACK OBAMA / JOE BIDEN (D) Total Votes | MITT ROMNEY / PAUL RYAN (R) Total Votes | VIRGIL H. GOODE, JR. / JAMES CLYMER (I) Total Votes | GARY JOHNSON / JIM GRAY (I) Total Votes | JILL STEIN / CHERI HONKALA (I) Total Votes | WI Total Votes | Total Votes |
|---|---|---|---|---|---|---|---|
| Autauga | 6,363 | 17,379 | 31 | 137 | 22 | 41 | 23,973 |
| Baldwin | 18,424 | 66,016 | 122 | 607 | 169 | 153 | 85,491 |
| Barbour | 5,912 | 5,550 | 9 | 32 | 6 | 8 | 11,517 |
| Bibb | 2,202 | 6,132 | 13 | 38 | 9 | 26 | 8,420 |
| Blount | 2,970 | 20,757 | 59 | 170 | 50 | 54 | 24,060 |
| Bullock | 4,061 | 1,251 | 4 | 3 | 3 | | 5,322 |
| Butler | 4,374 | 5,087 | 9 | 20 | 6 | 6 | 9,502 |
| Calhoun | 15,511 | 30,278 | 85 | 291 | 92 | 107 | 46,364 |
| Chambers | 6,871 | 7,626 | 21 | 78 | 15 | 18 | 14,629 |
| Cherokee | 2,132 | 7,506 | 36 | 79 | 26 | 13 | 9,792 |
| Chilton | 3,397 | 13,932 | 29 | 66 | 38 | 23 | 17,485 |
| Choctaw | 3,786 | 4,152 | 4 | 19 | 7 | 8 | 7,976 |
| Clarke | 6,334 | 7,470 | 11 | 22 | 14 | 9 | 13,860 |
| Clay | 1,777 | 4,817 | 10 | 42 | 16 | 17 | 6,679 |
| Cleburne | 971 | 5,272 | 14 | 37 | 11 | 14 | 6,319 |
| Coffee | 4,925 | 14,666 | 35 | 111 | 33 | 51 | 19,821 |
| Colbert | 9,166 | 13,936 | 46 | 201 | 36 | 59 | 23,444 |
| Conecuh | 3,555 | 3,439 | 4 | 15 | 9 | 3 | 7,025 |
| Coosa | 2,191 | 3,049 | 2 | 19 | 8 | 13 | 5,282 |
| Covington | 3,158 | 12,153 | 26 | 66 | 20 | 16 | 15,439 |
| Crenshaw | 2,050 | 4,331 | 8 | 21 | 8 | 6 | 6,424 |
| Cullman | 5,052 | 28,999 | 94 | 223 | 89 | 98 | 34,555 |
| Dale | 5,286 | 13,108 | 35 | 101 | 27 | 44 | 18,601 |
| Dallas | 14,612 | 6,288 | 9 | 34 | 10 | 11 | 20,964 |
| DeKalb | 5,239 | 18,331 | 69 | 161 | 63 | 87 | 23,950 |
| Elmore | 8,954 | 26,253 | 53 | 191 | 34 | 61 | 35,546 |
| Escambia | 5,489 | 9,287 | 20 | 55 | 18 | 25 | 14,894 |

## FOR PRESIDENT AND VICE-PRESIDENT OF THE UNITED STATES

| County | BARACK OBAMA / JOE BIDEN (D) Total Votes | MITT ROMNEY / PAUL RYAN (R) Total Votes | VIRGIL H. GOODE, JR. / JAMES CLYMER (I) Total Votes | GARY JOHNSON / JIM GRAY (I) Total Votes | JILL STEIN / CHERI HONKALA (I) Total Votes | WI Total Votes | Total Votes |
|---|---:|---:|---:|---:|---:|---:|---:|
| Etowah | 12,803 | 29,130 | 102 | 395 | 100 | 94 | 42,624 |
| Fayette | 1,817 | 6,054 | 24 | 43 | 8 | 12 | 7,958 |
| Franklin | 3,171 | 7,567 | 30 | 69 | 22 | 22 | 10,881 |
| Geneva | 2,039 | 9,175 | 28 | 63 | 15 | 11 | 11,331 |
| Greene | 4,521 | 804 | 5 | 8 | 2 | 3 | 5,343 |
| Hale | 5,411 | 3,210 | 3 | 13 | 6 | 4 | 8,647 |
| Henry | 3,083 | 5,628 | 9 | 33 | 7 | 6 | 8,766 |
| Houston | 12,367 | 29,270 | 40 | 210 | 31 | 66 | 41,984 |
| Jackson | 5,822 | 14,439 | 65 | 189 | 62 | 55 | 20,632 |
| Jefferson | 159,876 | 141,683 | 284 | 1,637 | 438 | 605 | 304,523 |
| Lamar | 1,646 | 5,457 | 20 | 34 | 9 | 10 | 7,176 |
| Lauderdale | 12,511 | 23,911 | 103 | 293 | 106 | 108 | 37,032 |
| Lawrence | 5,069 | 8,874 | 32 | 107 | 30 | 36 | 14,148 |
| Lee | 21,381 | 32,194 | 82 | 604 | 98 | 137 | 54,496 |
| Limestone | 9,829 | 25,295 | 63 | 218 | 54 | 81 | 35,540 |
| Lowndes | 5,747 | 1,756 | 2 | 15 | 1 | 2 | 7,523 |
| Macon | 9,045 | 1,331 | 1 | 14 | 3 | 2 | 10,396 |
| Madison | 62,015 | 90,884 | 248 | 1,531 | 381 | 369 | 155,428 |
| Marengo | 6,167 | 5,336 | 10 | 15 | 9 | 6 | 11,543 |
| Marion | 2,249 | 9,697 | 34 | 97 | 28 | 24 | 12,129 |
| Marshall | 6,299 | 25,867 | 78 | 228 | 94 | 78 | 32,644 |
| Mobile | 78,760 | 94,893 | 138 | 822 | 251 | 276 | 175,140 |
| Monroe | 4,914 | 5,741 | 12 | 28 | 13 | 9 | 10,717 |
| Montgomery | 63,085 | 38,332 | 68 | 339 | 100 | 143 | 102,067 |
| Morgan | 13,439 | 35,391 | 84 | 321 | 88 | 136 | 49,459 |
| Perry | 4,568 | 1,506 | 2 | 15 | 8 | 2 | 6,101 |
| Pickens | 4,455 | 5,124 | 11 | 16 | 5 | 10 | 9,621 |

| | FOR PRESIDENT AND VICE-PRESIDENT OF THE UNITED STATES | | | | | | |
|---|---|---|---|---|---|---|---|
| | BARACK OBAMA / JOE BIDEN (D) | MITT ROMNEY / PAUL RYAN (R) | VIRGIL H. GOODE, JR. / JAMES CLYMER (I) | GARY JOHNSON / JIM GRAY (I) | JILL STEIN / CHERI HONKALA (I) | WI | |
| Total Vote | | | | | | | |
| County | Total Votes | Total Votes | Total Votes | Total Votes | Total Votes | Total Votes | Total Votes |
| Pike | 6,035 | 7,963 | 15 | 76 | 18 | 16 | 14,123 |
| Randolph | 3,078 | 7,224 | 19 | 55 | 22 | 23 | 10,421 |
| Russell | 10,500 | 8,278 | 22 | 62 | 17 | 31 | 18,910 |
| Shelby | 20,051 | 71,436 | 124 | 725 | 171 | 235 | 92,742 |
| St Clair | 5,801 | 29,031 | 59 | 201 | 56 | 87 | 35,235 |
| Sumter | 5,421 | 1,586 | 0 | 18 | 2 | 3 | 7,030 |
| Talladega | 13,905 | 19,246 | 51 | 127 | 44 | 43 | 33,416 |
| Tallapoosa | 6,319 | 12,396 | 20 | 69 | 25 | 22 | 18,851 |
| Tuscaloosa | 32,048 | 45,748 | 111 | 553 | 130 | 182 | 78,772 |
| Walker | 6,557 | 21,651 | 79 | 165 | 69 | 64 | 28,585 |
| Washington | 2,976 | 5,761 | 10 | 22 | 9 | 9 | 8,787 |
| Wilcox | 4,868 | 1,679 | 1 | 2 | 1 | 4 | 6,555 |
| Winston | 1,286 | 8,312 | 34 | 57 | 25 | 14 | 9,728 |
| Totals: | 795,696 | 1,255,925 | 2,981 | 12,328 | 3,397 | 4,011 | 2,074,338 |

| | FOR CHIEF JUSTICE OF THE SUPREME COURT | | |
|---|---|---|---|
| | BOB VANCE (D) | ROY MOORE (R) | WI |
| County | Total Votes | Total Votes | Total |
| Autauga | 9451 | 14012 | 25 |
| Baldwin | 29436 | 54063 | 118 |
| Barbour | 6349 | 4785 | 6 |
| Bibb | 2735 | 5581 | 1 |
| Blount | 5532 | 18180 | 33 |
| Bullock | 3980 | 1076 | |
| Butler | 5001 | 4319 | 7 |
| Calhoun | 20099 | 25391 | 48 |
| Chambers | 7212 | 6952 | 9 |
| Cherokee | 3227 | 6375 | 7 |
| Chilton | 5005 | 12069 | 17 |
| Choctaw | 3843 | 3466 | 5 |
| Clarke | 6806 | 6680 | 14 |
| Clay | 2349 | 4172 | 4 |
| Cleburne | 1416 | 4618 | 7 |
| Coffee | 6205 | 13178 | 15 |
| Colbert | 10740 | 12144 | 10 |
| Conecuh | 3847 | 2827 | 6 |
| Coosa | 2483 | 2649 | 3 |
| Covington | 4477 | 10604 | 18 |
| Crenshaw | 2650 | 3647 | 0 |
| Cullman | 8544 | 25608 | 42 |
| Dale | 6162 | 12037 | 22 |
| Dallas | 14676 | 5801 | 16 |
| DeKalb | 7551 | 15896 | 17 |
| Elmore | 13357 | 21620 | 44 |
| Escambia | 6243 | 8178 | 19 |
| Etowah | 19054 | 23088 | 48 |
| Fayette | 2581 | 5248 | 8 |
| Franklin | 3794 | 6835 | 8 |
| Geneva | 2333 | 8697 | 15 |
| Greene | 4474 | 732 | 3 |
| Hale | 5489 | 2678 | 2 |
| Henry | 3294 | 5202 | 10 |
| Houston | 14695 | 26191 | 29 |
| Jackson | 7780 | 12333 | 23 |
| Jefferson | 188916 | 110715 | 288 |
| Lamar | 2078 | 4735 | 6 |
| Lauderdale | 15804 | 20528 | 34 |
| Lawrence | 6099 | 7806 | 7 |
| Lee | 25075 | 28084 | 72 |

| | | | |
|---|---:|---:|---:|
| Limestone | 13416 | 21419 | 35 |
| Lowndes | 5657 | 1536 | 3 |
| Macon | 8734 | 1402 | 8 |
| Madison | 78993 | 72849 | 249 |
| Marengo | 6610 | 4591 | 7 |
| Marion | 3105 | 8851 | 10 |
| Marshall | 10420 | 21603 | 31 |
| Mobile | 91151 | 79427 | 187 |
| Monroe | 5042 | 5098 | 16 |
| Montgomery | 70994 | 29112 | 110 |
| Morgan | 18835 | 29654 | 51 |
| Perry | 4607 | 1358 | 4 |
| Pickens | 4811 | 4609 | 10 |
| Pike | 6924 | 6915 | 16 |
| Randolph | 3449 | 6197 | 16 |
| Russell | 10567 | 7637 | 25 |
| Shelby | 33476 | 57665 | 111 |
| St Clair | 9821 | 24947 | 37 |
| Sumter | 5449 | 1397 | 2 |
| Talladega | 16083 | 16817 | 37 |
| Tallapoosa | 7934 | 10536 | 16 |
| Tuscaloosa | 40333 | 36686 | 100 |
| Walker | 9798 | 18423 | 22 |
| Washington | 3339 | 5050 | 7 |
| Wilcox | 4873 | 1491 | 3 |
| Winston | 2038 | 7557 | 10 |
| Totals: | 977301 | 1051627 | 2189 |