FILED
2023 Aug-09 PM 3:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 25



# STATE OF ALABAMA

### Canvass of Results
### General Election
### November 4, 2014

Pursuant to Chapter 12 of Title 17 of the Code of Alabama, 1975, we, the undersigned, hereby certify that the results of the General Election for federal, state, and judicial offices and proposed constitutional amendments held in Alabama on Tuesday, November 4, 2014, were opened and counted by us and that the results so tabulated are recorded on the following pages with an appendix, organized by county, recording the write-in votes cast as certified by each county.



In Testimony Whereby, I have hereunto set my hand and affixed the Great and Principal Seal of the State of Alabama at the State Capitol, in the City of Montgomery, on this the 24th day of November, in the year 2014.

Robert Bentley
Governor

Luther Strange
Attorney General

Jim Bennett
Secretary of State

**Statewide Offices - General Election Results**
**November 4, 2014**

| | Governor | | | Lieutenant Governor | | | U.S. Senate | | Attorney General | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Griffith (D) | Bentley (R) | Write-In | Fields (D) | Ivey (R) | Write-In | Sessions (R) | Write-In | Hubbard (D) | Strange (R) | Write-In |
| Total | 427,787 | 750,231 | 2,395 | 428,007 | 738,090 | 1,146 | 795,606 | 22,484 | 483,771 | 681,973 | 2,157 |
| Autauga | 3,646 | 9,449 | 27 | 3,277 | 9,729 | 15 | 10,345 | 169 | 4,550 | 8,390 | 32 |
| Baldwin | 8,452 | 37,783 | 64 | 8,033 | 37,788 | 36 | 39,135 | 710 | 10,285 | 35,544 | 97 |
| Barbour | 3,657 | 3,114 | 3 | 3,449 | 3,267 | 2 | 3,475 | 80 | 3,909 | 2,810 | 3 |
| Bibb | 1,368 | 3,525 | 7 | 1,175 | 3,667 | 11 | 3,901 | 64 | 1,442 | 3,398 | 13 |
| Blount | 2,179 | 12,081 | 27 | 2,036 | 12,080 | 20 | 12,674 | 129 | 2,554 | 11,559 | 25 |
| Bullock | 2,444 | 747 | 2 | 2,409 | 767 | 0 | 852 | 47 | 2,554 | 621 | 2 |
| Butler | 2,750 | 3,155 | 7 | 2,565 | 3,296 | 4 | 3,391 | 59 | 3,060 | 2,774 | 5 |
| Calhoun | 9,095 | 17,702 | 32 | 8,330 | 18,094 | 31 | 19,264 | 536 | 10,238 | 16,259 | 50 |
| Chambers | 3,640 | 4,605 | 6 | 3,604 | 4,543 | 3 | 4,670 | 128 | 4,065 | 4,016 | 13 |
| Cherokee | 1,869 | 5,010 | 4 | 1,787 | 4,914 | 5 | 5,193 | 56 | 2,166 | 4,534 | 13 |
| Chilton | 2,424 | 9,036 | 16 | 2,229 | 9,078 | 5 | 9,546 | 88 | 2,801 | 8,519 | 6 |
| Choctaw | 1,949 | 2,381 | 2 | 1,892 | 2,214 | 3 | 2,428 | 44 | 2,048 | 2,041 | 4 |
| Clarke | 3,530 | 5,000 | | 3,398 | 4,945 | 1 | 5,083 | 80 | 3,808 | 4,587 | 2 |
| Clay | 1,223 | 3,214 | 3 | 1,173 | 3,157 | 1 | 3,394 | 59 | 1,448 | 2,907 | 6 |
| Cleburne | 717 | 3,129 | 4 | 602 | 3,141 | 3 | 3,222 | 36 | 887 | 2,873 | 4 |
| Coffee | 2,405 | 8,555 | 10 | 2,286 | 8,601 | 15 | 8,888 | 117 | 3,555 | 7,275 | 23 |
| Colbert | 6,119 | 9,551 | 41 | 6,347 | 8,961 | 15 | 10,065 | 263 | 6,781 | 8,672 | 27 |
| Conecuh | 2,344 | 2,373 | 2 | 2,244 | 2,340 | 3 | 2,372 | 48 | 2,571 | 2,060 | 3 |
| Coosa | 1,579 | 2,260 | 2 | 1,578 | 2,211 | 6 | 2,434 | 59 | 1,729 | 2,061 | 7 |
| Covington | 1,777 | 6,155 | 5 | 1,572 | 6,281 | 11 | 6,496 | 47 | 2,402 | 5,425 | 14 |
| Crenshaw | 1,767 | 2,956 | 6 | 1,519 | 3,105 | 4 | 3,159 | 44 | 2,156 | 2,468 | 7 |
| Cullman | 3,698 | 16,606 | 33 | 7,736 | 12,543 | 15 | 17,298 | 159 | 4,503 | 15,532 | 30 |
| Dale | 2,794 | 8,171 | 5 | 2,585 | 8,279 | 7 | 8,735 | 168 | 3,963 | 6,848 | 18 |
| Dallas | 8,456 | 4,116 | 18 | 8,289 | 4,223 | 8 | 4,825 | 325 | 8,895 | 3,610 | 7 |
| DeKalb | 3,682 | 12,593 | 26 | 3,949 | 11,834 | 15 | 12,445 | 117 | 5,126 | 10,628 | 42 |
| Elmore | 5,561 | 15,215 | 39 | 4,919 | 15,737 | 29 | 16,660 | 252 | 7,628 | 12,934 | 45 |
| Escambia | 3,032 | 6,013 | 9 | 2,923 | 5,931 | 6 | 6,323 | 87 | 3,762 | 5,150 | 10 |
| Etowah | 8,909 | 17,539 | 23 | 8,580 | 17,475 | 15 | 19,224 | 449 | 10,160 | 15,904 | 54 |
| Fayette | 1,966 | 4,849 | 9 | 2,053 | 4,469 | 6 | 5,166 | 47 | 2,466 | 4,114 | 4 |
| Franklin | 2,617 | 4,950 | 12 | 2,755 | 4,418 | 8 | 5,185 | 89 | 2,886 | 4,464 | 4 |
| Geneva | 1,219 | 6,119 | 5 | 1,228 | 5,958 | 6 | 6,143 | 73 | 2,187 | 4,975 | 6 |
| Greene | 2,857 | 538 | 0 | 2,867 | 502 | 1 | 629 | 34 | 2,942 | 436 | 2 |
| Hale | 3,168 | 2,002 | 2 | 3,112 | 1,999 | 2 | 2,142 | 66 | 3,301 | 1,806 | 3 |
| Henry | 1,780 | 3,333 | 3 | 1,714 | 3,338 | 3 | 3,437 | 70 | 2,411 | 2,634 | 5 |
| Houston | 6,257 | 17,302 | 31 | 5,711 | 17,684 | 8 | 18,212 | 327 | 9,615 | 13,663 | 37 |

**Statewide Offices - General Election Results**
**November 4, 2014**

| | Governor | | | Lieutenant Governor | | | U.S. Senate | | Attorney General | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Griffith (D) | Bentley (R) | Write-In | Fields (D) | Ivey (R) | Write-In | Sessions (R) | Write-In | Hubbard (D) | Strange (R) | Write-In |
| Jackson | 3,234 | 8,258 | 34 | 3,246 | 7,885 | 10 | 8,413 | 179 | 4,005 | 7,212 | 25 |
| Jefferson | 82,865 | 83,147 | 259 | 82,695 | 82,612 | 150 | 91,243 | 4,938 | 85,908 | 79,437 | 269 |
| Lamar | 1,249 | 3,157 | 2 | 1,168 | 3,081 | 3 | 3,387 | 43 | 1,315 | 2,921 | 2 |
| Lauderdale | 7,431 | 15,782 | 89 | 8,136 | 14,699 | 25 | 16,508 | 520 | 8,540 | 14,392 | 47 |
| Lawrence | 3,300 | 5,867 | 25 | 3,574 | 5,281 | 13 | 6,091 | 99 | 3,735 | 5,259 | 18 |
| Lee | 10,139 | 16,315 | 49 | 9,649 | 16,669 | 66 | 17,514 | 614 | 11,573 | 14,396 | 142 |
| Limestone | 5,379 | 17,581 | 67 | 6,057 | 16,490 | 24 | 17,740 | 419 | 6,774 | 15,815 | 43 |
| Lowndes | 3,127 | 1,174 | 6 | 3,061 | 1,188 | 0 | 1,344 | 57 | 3,298 | 967 | 4 |
| Macon | 4,830 | 829 | 3 | 4,731 | 885 | 11 | 1,133 | 127 | 5,025 | 612 | 5 |
| Madison | 26,097 | 60,277 | 720 | 29,383 | 57,387 | 138 | 62,126 | 2,906 | 32,701 | 53,819 | 301 |
| Marengo | 3,762 | 3,152 | 4 | 3,655 | 3,202 | 4 | 3,408 | 57 | 3,987 | 2,870 | 4 |
| Marion | 2,099 | 6,061 | 12 | 2,093 | 5,729 | 11 | 6,467 | 76 | 2,379 | 5,506 | 10 |
| Marshall | 3,345 | 16,523 | 37 | 3,681 | 15,768 | 18 | 16,589 | 200 | 4,547 | 14,982 | 30 |
| Mobile | 34,835 | 48,651 | 82 | 34,451 | 48,457 | 50 | 51,264 | 1,481 | 36,880 | 46,104 | 98 |
| Monroe | 2,580 | 3,500 | 3 | 2,466 | 3,570 | 0 | 3,688 | 54 | 2,880 | 3,172 | 2 |
| Montgomery | 33,366 | 23,811 | 125 | 32,582 | 24,423 | 54 | 27,252 | 1,567 | 36,934 | 19,835 | 145 |
| Morgan | 6,708 | 22,428 | 76 | 7,663 | 21,216 | 24 | 23,008 | 420 | 7,900 | 20,903 | 73 |
| Perry | 2,633 | 962 | 1 | 2,584 | 988 | 2 | 1,079 | 35 | 2,699 | 863 | 2 |
| Pickens | 2,525 | 3,528 | 2 | 2,555 | 3,366 | 2 | 3,652 | 84 | 2,850 | 3,093 | 2 |
| Pike | 3,821 | 5,330 | 13 | 3,437 | 5,613 | 6 | 5,949 | 164 | 4,747 | 4,293 | 11 |
| Randolph | 1,917 | 4,076 | 11 | 1,800 | 3,963 | 7 | 4,119 | 57 | 2,075 | 3,667 | 8 |
| Russell | 4,758 | 4,440 | 4 | 4,742 | 4,396 | 5 | 4,756 | 205 | 5,009 | 4,078 | 10 |
| St Clair | 3,522 | 15,921 | 26 | 3,309 | 16,007 | 22 | 16,648 | 210 | 4,095 | 15,231 | 23 |
| Shelby | 10,324 | 40,297 | 95 | 9,881 | 40,443 | 68 | 42,275 | 906 | 11,597 | 38,654 | 104 |
| Sumter | 3,101 | 1,051 | 4 | 3,097 | 1,016 | 3 | 1,206 | 51 | 3,164 | 951 | 7 |
| Talladega | 7,877 | 11,335 | 19 | 7,665 | 11,466 | 8 | 12,465 | 318 | 8,538 | 10,556 | 20 |
| Tallapoosa | 4,041 | 8,002 | 10 | 3,659 | 8,274 | 4 | 8,552 | 114 | 4,732 | 7,153 | 18 |
| Tuscaloosa | 17,196 | 25,369 | 88 | 16,637 | 25,506 | 62 | 27,260 | 1,074 | 18,847 | 23,314 | 62 |
| Walker | 4,750 | 12,317 | 30 | 4,617 | 12,236 | 18 | 13,600 | 264 | 5,598 | 11,278 | 30 |
| Washington | 1,742 | 3,263 | 1 | 1,621 | 3,250 | 8 | 3,393 | 33 | 1,839 | 3,091 | 7 |
| Wilcox | 2,913 | 1,347 | 4 | 2,719 | 1,381 | 2 | 1,494 | 34 | 3,110 | 1,095 | 0 |
| Winston | 1,391 | 5,353 | 9 | 1,467 | 5,074 | 5 | 5,572 | 52 | 1,636 | 4,963 | 12 |

**Statewide Offices - General Election Results**
**November 4, 2014**

|  | Associate Justice, Place 1 | | Court of Civil Appeals, Place 1 | | Court of Civil Appeals, Place 2 | | Court of Criminal Appeals, Place 1 | |
|---|---|---|---|---|---|---|---|---|
|  | Shaw (R) | Write-In | Thompson (R) | Write-In | Donaldson (R) | Write-In | Windom (R) | Write-In |
| Total | 749,479 | 16,290 | 745,374 | 15,465 | 741,514 | 15,156 | 740,908 | 14,808 |
| Autauga | 9,758 | 124 | 9,767 | 113 | 9,676 | 108 | 9,709 | 105 |
| Baldwin | 37,529 | 425 | 37,426 | 396 | 37,316 | 384 | 37,309 | 380 |
| Barbour | 3,214 | 79 | 3,176 | 79 | 3,134 | 79 | 3,144 | 73 |
| Bibb | 3,732 | 56 | 3,736 | 56 | 3,728 | 51 | 3,726 | 53 |
| Blount | 12,146 | 63 | 12,065 | 66 | 12,025 | 63 | 12,004 | 69 |
| Bullock | 745 | 47 | 736 | 49 | 724 | 48 | 715 | 52 |
| Butler | 2,917 | 59 | 2,907 | 52 | 2,871 | 50 | 2,888 | 52 |
| Calhoun | 18,237 | 412 | 18,091 | 388 | 17,988 | 376 | 17,992 | 360 |
| Chambers | 4,407 | 113 | 4,381 | 105 | 4,345 | 104 | 4,351 | 100 |
| Cherokee | 4,729 | 42 | 4,681 | 45 | 4,651 | 37 | 4,642 | 35 |
| Chilton | 8,980 | 59 | 8,890 | 54 | 8,864 | 47 | 8,834 | 50 |
| Choctaw | 2,028 | 35 | 2,034 | 38 | 2,013 | 32 | 1,983 | 33 |
| Clarke | 4,531 | 79 | 4,512 | 73 | 4,458 | 69 | 4,457 | 71 |
| Clay | 3,118 | 43 | 3,098 | 38 | 3,069 | 40 | 3,071 | 37 |
| Cleburne | 3,040 | 31 | 3,032 | 29 | 3,019 | 25 | 3,017 | 27 |
| Coffee | 8,250 | 105 | 8,213 | 94 | 8,192 | 88 | 8,207 | 86 |
| Colbert | 9,328 | 178 | 9,419 | 165 | 9,217 | 161 | 9,165 | 152 |
| Conecuh | 1,907 | 42 | 1,878 | 44 | 1,856 | 44 | 1,870 | 41 |
| Coosa | 2,266 | 51 | 2,243 | 54 | 2,217 | 52 | 2,219 | 50 |
| Covington | 6,047 | 30 | 6,008 | 26 | 5,981 | 27 | 5,976 | 27 |
| Crenshaw | 2,749 | 35 | 2,728 | 34 | 2,702 | 33 | 2,706 | 36 |
| Cullman | 16,259 | 101 | 16,126 | 100 | 16,078 | 92 | 16,048 | 85 |
| Dale | 8,257 | 133 | 8,229 | 121 | 8,165 | 123 | 8,187 | 114 |
| Dallas | 4,306 | 287 | 4,292 | 285 | 4,232 | 277 | 4,246 | 276 |
| DeKalb | 11,452 | 109 | 11,318 | 93 | 11,223 | 94 | 11,184 | 98 |
| Elmore | 15,744 | 175 | 15,678 | 158 | 15,575 | 157 | 15,564 | 155 |
| Escambia | 5,742 | 64 | 5,688 | 61 | 5,620 | 60 | 5,589 | 64 |
| Etowah | 17,853 | 328 | 17,730 | 313 | 17,586 | 305 | 17,548 | 309 |
| Fayette | 4,626 | 37 | 4,596 | 35 | 4,576 | 30 | 4,561 | 33 |
| Franklin | 4,501 | 64 | 4,452 | 55 | 4,399 | 62 | 4,380 | 57 |
| Geneva | 5,696 | 46 | 5,631 | 44 | 5,600 | 43 | 5,606 | 44 |
| Greene | 562 | 35 | 552 | 34 | 550 | 32 | 549 | 34 |
| Hale | 1,885 | 44 | 1,898 | 46 | 1,909 | 42 | 1,887 | 46 |
| Henry | 3,170 | 56 | 3,146 | 53 | 3,124 | 53 | 3,119 | 54 |
| Houston | 17,070 | 215 | 16,974 | 205 | 16,878 | 201 | 16,885 | 191 |

**Statewide Offices - General Election Results**
**November 4, 2014**

|  | Associate Justice, Place 1 | | Court of Civil Appeals, Place 1 | | Court of Civil Appeals, Place 2 | | Court of Criminal Appeals, Place 1 | |
|---|---|---|---|---|---|---|---|---|
|  | Shaw (R) | Write-In | Thompson (R) | Write-In | Donaldson (R) | Write-In | Windom (R) | Write-In |
| Jackson | 7,661 | 131 | 7,605 | 115 | 7,537 | 112 | 7,483 | 113 |
| Jefferson | 88,901 | 3,546 | 88,226 | 3,348 | 87,940 | 3,308 | 87,949 | 3,198 |
| Lamar | 3,136 | 40 | 3,105 | 37 | 3,086 | 33 | 3,076 | 36 |
| Lauderdale | 15,308 | 370 | 15,215 | 336 | 15,070 | 338 | 15,097 | 313 |
| Lawrence | 5,513 | 86 | 5,458 | 79 | 5,399 | 70 | 5,375 | 68 |
| Lee | 16,928 | 384 | 16,883 | 357 | 16,814 | 346 | 16,844 | 331 |
| Limestone | 16,667 | 333 | 16,534 | 306 | 16,421 | 300 | 16,428 | 295 |
| Lowndes | 1,169 | 55 | 1,167 | 50 | 1,148 | 50 | 1,152 | 45 |
| Macon | 985 | 110 | 981 | 99 | 950 | 102 | 963 | 99 |
| Madison | 58,704 | 1,877 | 58,311 | 1,781 | 58,081 | 1,759 | 58,163 | 1,691 |
| Marengo | 3,056 | 47 | 3,037 | 51 | 3,017 | 51 | 3,022 | 47 |
| Marion | 5,850 | 50 | 5,764 | 48 | 5,722 | 47 | 5,687 | 52 |
| Marshall | 15,183 | 125 | 15,109 | 116 | 14,985 | 118 | 14,958 | 114 |
| Mobile | 48,699 | 1,152 | 48,506 | 1,126 | 48,248 | 1,096 | 48,387 | 1,095 |
| Monroe | 3,350 | 46 | 3,307 | 45 | 3,286 | 43 | 3,274 | 49 |
| Montgomery | 25,266 | 1,217 | 25,054 | 1,170 | 24,778 | 1,153 | 24,866 | 1,124 |
| Morgan | 21,872 | 253 | 21,809 | 258 | 21,596 | 250 | 21,567 | 255 |
| Perry | 948 | 33 | 947 | 34 | 938 | 32 | 944 | 32 |
| Pickens | 3,262 | 85 | 3,238 | 81 | 3,224 | 79 | 3,211 | 76 |
| Pike | 5,414 | 151 | 5,448 | 134 | 5,348 | 127 | 5,332 | 124 |
| Randolph | 3,691 | 54 | 3,674 | 52 | 3,638 | 50 | 3,623 | 45 |
| Russell | 4,625 | 176 | 4,616 | 166 | 4,603 | 166 | 4,595 | 160 |
| St Clair | 16,166 | 130 | 16,134 | 127 | 16,102 | 123 | 16,078 | 128 |
| Shelby | 41,201 | 546 | 41,119 | 528 | 41,053 | 529 | 41,094 | 504 |
| Sumter | 1,093 | 52 | 1,098 | 48 | 1,074 | 52 | 1,079 | 51 |
| Talladega | 11,973 | 260 | 11,943 | 252 | 11,854 | 243 | 11,864 | 243 |
| Tallapoosa | 7,993 | 101 | 7,945 | 97 | 7,867 | 100 | 7,867 | 95 |
| Tuscaloosa | 25,784 | 800 | 25,667 | 762 | 26,083 | 727 | 25,583 | 714 |
| Walker | 12,826 | 172 | 12,738 | 168 | 12,723 | 170 | 12,685 | 169 |
| Washington | 3,027 | 31 | 2,987 | 26 | 2,968 | 27 | 2,967 | 26 |
| Wilcox | 1,240 | 39 | 1,256 | 37 | 1,245 | 34 | 1,241 | 29 |
| Winston | 5,207 | 36 | 5,162 | 30 | 5,155 | 32 | 5,116 | 38 |

**Statewide Offices - General Election Results**
**November 4, 2014**

| | Court of Criminal Appeals, Place 2 | | Secretary of State | | | Treasurer | |
|---|---|---|---|---|---|---|---|
| | Kellum (R) | Write-In | Albert-Kaigler (D) | Merrill (R) | Write-In | Boozer (R) | Write-In |
| Total | 739,008 | 14,667 | 406,373 | 733,298 | 1,271 | 748,876 | 15,224 |
| Autauga | 9,667 | 105 | 2,912 | 9,853 | 15 | 9,868 | 101 |
| Baldwin | 37,239 | 368 | 7,816 | 37,301 | 44 | 37,680 | 383 |
| Barbour | 3,122 | 70 | 3,400 | 3,164 | 10 | 3,207 | 70 |
| Bibb | 3,729 | 49 | 1,117 | 3,670 | 9 | 3,725 | 56 |
| Blount | 11,972 | 67 | 1,647 | 12,192 | 13 | 12,072 | 75 |
| Bullock | 717 | 47 | 2,366 | 735 | 2 | 740 | 49 |
| Butler | 2,864 | 54 | 2,464 | 3,148 | 5 | 2,957 | 51 |
| Calhoun | 17,957 | 366 | 7,792 | 18,105 | 28 | 18,130 | 369 |
| Chambers | 4,360 | 99 | 3,591 | 4,352 | 7 | 4,371 | 101 |
| Cherokee | 4,621 | 37 | 1,727 | 4,635 | 8 | 4,642 | 51 |
| Chilton | 8,828 | 47 | 1,904 | 9,090 | 12 | 8,950 | 56 |
| Choctaw | 1,983 | 36 | 1,817 | 2,094 | 2 | 2,007 | 38 |
| Clarke | 4,444 | 71 | 3,382 | 4,619 | 2 | 4,526 | 69 |
| Clay | 3,048 | 33 | 1,052 | 3,102 | 4 | 3,083 | 44 |
| Cleburne | 3,017 | 25 | 398 | 3,411 | 1 | 3,001 | 27 |
| Coffee | 8,163 | 77 | 2,244 | 8,361 | 11 | 8,282 | 91 |
| Colbert | 9,135 | 148 | 5,979 | 8,837 | 11 | 9,158 | 163 |
| Conecuh | 1,854 | 38 | 2,236 | 2,065 | 2 | 1,932 | 37 |
| Coosa | 2,210 | 49 | 1,451 | 2,229 | 7 | 2,250 | 48 |
| Covington | 5,964 | 24 | 1,291 | 6,414 | 7 | 6,056 | 28 |
| Crenshaw | 2,692 | 34 | 1,329 | 3,057 | 16 | 2,796 | 31 |
| Cullman | 15,994 | 91 | 3,096 | 16,316 | 19 | 16,154 | 109 |
| Dale | 8,161 | 108 | 2,595 | 8,002 | 7 | 8,274 | 126 |
| Dallas | 4,233 | 273 | 8,230 | 3,986 | 12 | 4,422 | 273 |
| DeKalb | 11,144 | 92 | 3,807 | 11,294 | 18 | 11,345 | 92 |
| Elmore | 15,503 | 149 | 4,348 | 15,977 | 22 | 15,885 | 164 |
| Escambia | 5,567 | 60 | 2,804 | 5,691 | 8 | 5,668 | 59 |
| Etowah | 17,509 | 294 | 8,351 | 16,859 | 36 | 17,711 | 292 |
| Fayette | 4,546 | 34 | 1,698 | 4,497 | 8 | 4,601 | 34 |
| Franklin | 4,346 | 61 | 2,375 | 4,540 | 9 | 4,383 | 62 |
| Geneva | 5,589 | 44 | 1,149 | 5,772 | 2 | 5,706 | 45 |
| Greene | 551 | 30 | 2,815 | 515 | 4 | 560 | 33 |
| Hale | 1,875 | 42 | 3,306 | 1,988 | 2 | 1,946 | 42 |
| Henry | 3,110 | 53 | 1,717 | 3,161 | 2 | 3,160 | 52 |
| Houston | 16,847 | 195 | 5,716 | 16,981 | 21 | 17,092 | 194 |

**Statewide Offices - General Election Results**
**November 4, 2014**

|  | Court of Criminal Appeals, Place 2 | | Secretary of State | | | Treasurer | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | Kellum (R) | Write-In | Albert-Kaigler (D) | Merrill (R) | Write-In | Boozer (R) | Write-In |
| Jackson | 7,447 | 110 | 3,070 | 7,512 | 9 | 7,543 | 120 |
| Jefferson | 87,854 | 3,202 | 80,024 | 82,841 | 150 | 88,565 | 3,296 |
| Lamar | 3,069 | 34 | 1,016 | 3,086 | 3 | 3,069 | 31 |
| Lauderdale | 15,003 | 317 | 7,328 | 14,654 | 36 | 15,082 | 336 |
| Lawrence | 5,353 | 67 | 3,331 | 5,139 | 6 | 5,448 | 75 |
| Lee | 16,811 | 326 | 9,669 | 16,211 | 60 | 17,026 | 337 |
| Limestone | 16,400 | 298 | 5,749 | 16,111 | 22 | 16,529 | 304 |
| Lowndes | 1,143 | 42 | 2,995 | 1,131 | 3 | 1,195 | 46 |
| Macon | 941 | 106 | 4,728 | 788 | 12 | 1,004 | 101 |
| Madison | 58,018 | 1,669 | 28,806 | 56,099 | 86 | 58,548 | 1,764 |
| Marengo | 3,019 | 52 | 3,572 | 3,153 | 9 | 3,103 | 51 |
| Marion | 5,674 | 50 | 1,673 | 5,781 | 6 | 5,756 | 59 |
| Marshall | 14,932 | 111 | 3,307 | 15,317 | 18 | 15,176 | 129 |
| Mobile | 48,197 | 1,082 | 33,958 | 47,571 | 75 | 48,709 | 1,084 |
| Monroe | 3,262 | 50 | 2,471 | 3,386 | 2 | 3,343 | 51 |
| Montgomery | 24,703 | 1,130 | 31,896 | 24,016 | 99 | 26,326 | 1,074 |
| Morgan | 21,552 | 245 | 6,544 | 21,582 | 27 | 21,717 | 273 |
| Perry | 939 | 32 | 2,554 | 942 | 4 | 968 | 29 |
| Pickens | 3,197 | 77 | 2,465 | 3,334 | 2 | 3,280 | 84 |
| Pike | 5,328 | 129 | 3,377 | 5,423 | 8 | 5,458 | 126 |
| Randolph | 3,627 | 44 | 1,610 | 4,018 | 10 | 3,614 | 54 |
| Russell | 4,585 | 158 | 4,741 | 4,316 | 7 | 4,572 | 165 |
| St Clair | 16,081 | 128 | 2,949 | 16,063 | 26 | 16,159 | 143 |
| Shelby | 41,072 | 497 | 9,115 | 40,730 | 51 | 41,202 | 558 |
| Sumter | 1,074 | 49 | 3,064 | 996 | 3 | 1,103 | 48 |
| Talladega | 11,848 | 237 | 7,373 | 11,469 | 11 | 11,931 | 232 |
| Tallapoosa | 7,822 | 94 | 3,421 | 8,156 | 5 | 7,989 | 93 |
| Tuscaloosa | 25,551 | 710 | 16,132 | 25,703 | 108 | 25,929 | 767 |
| Walker | 12,647 | 159 | 4,111 | 12,218 | 13 | 12,731 | 179 |
| Washington | 2,963 | 29 | 1,638 | 3,046 | 5 | 3,035 | 30 |
| Wilcox | 1,233 | 29 | 2,702 | 1,267 | 1 | 1,290 | 27 |
| Winston | 5,102 | 34 | 1,062 | 5,226 | 8 | 5,136 | 43 |

**Statewide Offices - General Election Results**
**November 4, 2014**

|  | Auditor | | | Commissioner of Agriculture & Industries | | |
|---|---|---|---|---|---|---|
|  | Joseph (D) | Zeigler (R) | Write-In | Smith (D) | McMillan (R) | Write-In |
| Total | 420,843 | 716,122 | 1,010 | 400,299 | 734,428 | 970 |
| Autauga | 3,111 | 9,634 | 10 | 2,868 | 9,887 | 8 |
| Baldwin | 8,603 | 36,539 | 36 | 7,563 | 37,724 | 35 |
| Barbour | 3,383 | 3,153 | 4 | 3,359 | 3,198 | 2 |
| Bibb | 1,130 | 3,646 | 7 | 1,082 | 3,671 | 2 |
| Blount | 1,812 | 12,018 | 7 | 1,602 | 12,203 | 8 |
| Bullock | 2,370 | 728 | 3 | 2,348 | 752 | 2 |
| Butler | 2,525 | 3,079 | 8 | 2,430 | 3,217 | 3 |
| Calhoun | 8,318 | 17,382 | 27 | 7,806 | 17,762 | 32 |
| Chambers | 3,597 | 4,343 | 12 | 3,525 | 4,405 | 6 |
| Cherokee | 1,784 | 4,568 | 8 | 1,695 | 4,639 | 7 |
| Chilton | 2,048 | 8,956 | 5 | 1,870 | 9,106 | 4 |
| Choctaw | 1,778 | 2,096 | 0 | 1,791 | 2,095 | 3 |
| Clarke | 3,375 | 4,649 | 3 | 3,295 | 4,716 | 0 |
| Clay | 1,086 | 3,069 | 6 | 1,021 | 3,109 | 6 |
| Cleburne | 554 | 3,073 | 5 | 533 | 3,101 | 3 |
| Coffee | 2,366 | 8,282 | 4 | 2,178 | 8,431 | 9 |
| Colbert | 6,340 | 8,459 | 10 | 5,879 | 8,866 | 11 |
| Conecuh | 2,225 | 2,094 | 1 | 2,190 | 2,127 | 1 |
| Coosa | 1,480 | 2,217 | 4 | 1,411 | 2,268 | 1 |
| Covington | 1,466 | 6,173 | 1 | 1,346 | 6,299 | 2 |
| Crenshaw | 1,426 | 2,945 | 6 | 1,322 | 3,075 | 6 |
| Cullman | 3,302 | 16,182 | 16 | 3,022 | 16,438 | 9 |
| Dale | 2,680 | 7,939 | 13 | 2,522 | 8,081 | 13 |
| Dallas | 8,200 | 3,970 | 6 | 8,149 | 4,024 | 9 |
| DeKalb | 4,118 | 10,895 | 14 | 3,670 | 11,356 | 15 |
| Elmore | 4,698 | 15,516 | 15 | 4,272 | 16,008 | 11 |
| Escambia | 2,878 | 5,611 | 7 | 2,749 | 5,808 | 5 |
| Etowah | 8,683 | 16,603 | 14 | 8,261 | 16,884 | 23 |
| Fayette | 1,797 | 4,394 | 4 | 1,730 | 4,414 | 6 |
| Franklin | 2,655 | 4,079 | 6 | 2,386 | 4,388 | 9 |
| Geneva | 1,190 | 5,760 | 3 | 1,103 | 5,886 | 3 |
| Greene | 2,811 | 506 | 0 | 2,816 | 498 | 1 |
| Hale | 3,014 | 1,925 | 1 | 2,989 | 1,957 | 3 |
| Henry | 1,754 | 3,132 | 2 | 1,682 | 3,215 | 4 |
| Houston | 5,912 | 16,784 | 19 | 5,521 | 17,168 | 12 |

**Statewide Offices - General Election Results**
**November 4, 2014**

|  | Auditor | | | Commissioner of Agriculture & Industries | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Joseph (D) | Zeigler (R) | Write-In | Smith (D) | McMillan (R) | Write-In |
| Jackson | 3,159 | 7,451 | 11 | 3,009 | 7,546 | 8 |
| Jefferson | 82,003 | 80,962 | 157 | 79,492 | 82,898 | 137 |
| Lamar | 1,043 | 3,044 | 4 | 958 | 3,136 | 3 |
| Lauderdale | 8,126 | 13,851 | 21 | 7,253 | 14,574 | 24 |
| Lawrence | 3,509 | 4,968 | 2 | 3,276 | 5,207 | 6 |
| Lee | 9,867 | 16,046 | 24 | 9,374 | 16,443 | 36 |
| Limestone | 6,022 | 15,806 | 23 | 5,566 | 16,193 | 24 |
| Lowndes | 2,967 | 1,115 | 4 | 2,946 | 1,158 | 2 |
| Macon | 4,711 | 797 | 6 | 4,690 | 827 | 6 |
| Madison | 30,242 | 54,285 | 80 | 28,216 | 55,814 | 90 |
| Marengo | 3,567 | 3,115 | 5 | 3,517 | 3,167 | 4 |
| Marion | 1,805 | 5,608 | 2 | 1,713 | 5,664 | 7 |
| Marshall | 3,621 | 14,972 | 9 | 3,094 | 15,474 | 11 |
| Mobile | 34,905 | 46,666 | 73 | 33,595 | 47,840 | 56 |
| Monroe | 2,489 | 3,364 | 2 | 2,425 | 3,449 | 5 |
| Montgomery | 32,843 | 22,653 | 78 | 31,260 | 24,442 | 48 |
| Morgan | 7,267 | 20,846 | 26 | 6,364 | 21,623 | 24 |
| Perry | 2,559 | 926 | 4 | 2,539 | 958 | 3 |
| Pickens | 2,479 | 3,278 | 6 | 2,437 | 3,299 | 6 |
| Pike | 3,458 | 5,314 | 6 | 3,302 | 5,471 | 10 |
| Randolph | 1,683 | 3,827 | 10 | 1,623 | 3,902 | 9 |
| Russell | 4,746 | 4,274 | 7 | 4,693 | 4,294 | 5 |
| St Clair | 3,182 | 15,860 | 12 | 2,994 | 15,978 | 17 |
| Shelby | 10,013 | 39,741 | 52 | 9,045 | 40,582 | 50 |
| Sumter | 3,066 | 977 | 4 | 3,019 | 1,010 | 5 |
| Talladega | 7,377 | 11,486 | 10 | 7,258 | 11,504 | 7 |
| Tallapoosa | 3,545 | 8,040 | 3 | 3,383 | 8,194 | 4 |
| Tuscaloosa | 16,410 | 24,921 | 49 | 15,898 | 25,169 | 51 |
| Walker | 4,198 | 12,120 | 14 | 4,025 | 12,228 | 24 |
| Washington | 1,635 | 3,056 | 7 | 1,619 | 3,078 | 4 |
| Wilcox | 2,701 | 1,223 | 5 | 2,700 | 1,250 | 2 |
| Winston | 1,176 | 5,131 | 7 | 1,030 | 5,280 | 8 |

**Statewide Offices - General Election Results**
**November 4, 2014**

|  | Public Service Commissioner, Place 1 | | Public Service Commissioner, Place 2 | |
|---|---|---|---|---|
|  | Oden (R) | Write-In | Beeker (R) | Write-In |
| Total | 735,298 | 15,043 | 735,957 | 15,094 |
| Autauga | 9,624 | 116 | 9,653 | 112 |
| Baldwin | 37,033 | 403 | 37,090 | 368 |
| Barbour | 3,104 | 66 | 3,102 | 66 |
| Bibb | 3,695 | 53 | 3,724 | 49 |
| Blount | 12,081 | 74 | 12,019 | 67 |
| Bullock | 710 | 49 | 709 | 50 |
| Butler | 2,839 | 52 | 2,850 | 56 |
| Calhoun | 17,805 | 378 | 17,815 | 375 |
| Chambers | 4,334 | 97 | 4,311 | 97 |
| Cherokee | 4,594 | 34 | 4,592 | 35 |
| Chilton | 8,836 | 58 | 8,895 | 54 |
| Choctaw | 1,975 | 33 | 1,993 | 33 |
| Clarke | 4,417 | 76 | 4,452 | 69 |
| Clay | 3,032 | 37 | 3,051 | 40 |
| Cleburne | 3,003 | 25 | 3,017 | 25 |
| Coffee | 8,121 | 87 | 8,133 | 85 |
| Colbert | 9,034 | 155 | 9,013 | 156 |
| Conecuh | 1,852 | 43 | 1,848 | 37 |
| Coosa | 2,195 | 49 | 2,227 | 50 |
| Covington | 5,946 | 27 | 5,953 | 29 |
| Crenshaw | 2,674 | 33 | 2,683 | 32 |
| Cullman | 16,489 | 143 | 16,096 | 100 |
| Dale | 8,127 | 117 | 8,148 | 114 |
| Dallas | 4,224 | 269 | 4,223 | 281 |
| DeKalb | 11,106 | 98 | 11,061 | 97 |
| Elmore | 15,426 | 163 | 15,441 | 159 |
| Escambia | 5,528 | 57 | 5,532 | 52 |
| Etowah | 17,430 | 282 | 17,431 | 292 |
| Fayette | 4,544 | 42 | 4,569 | 40 |
| Franklin | 4,296 | 68 | 4,292 | 64 |
| Geneva | 5,574 | 43 | 5,589 | 45 |
| Greene | 541 | 34 | 589 | 37 |
| Hale | 1,855 | 43 | 1,995 | 41 |
| Henry | 3,081 | 53 | 3,107 | 54 |
| Houston | 16,763 | 190 | 16,810 | 191 |

**Statewide Offices - General Election Results**
**November 4, 2014**

|  | Public Service Commissioner, Place 1 | | Public Service Commissioner, Place 2 | |
|---|---:|---:|---:|---:|
|  | Oden (R) | Write-In | Beeker (R) | Write-In |
| Jackson | 7,455 | 101 | 7,443 | 105 |
| Jefferson | 87,179 | 3,255 | 87,288 | 3,366 |
| Lamar | 3,046 | 29 | 3,041 | 30 |
| Lauderdale | 14,898 | 312 | 14,857 | 310 |
| Lawrence | 5,342 | 68 | 5,329 | 63 |
| Lee | 16,708 | 336 | 16,696 | 345 |
| Limestone | 16,289 | 307 | 16,266 | 301 |
| Lowndes | 1,131 | 45 | 1,126 | 51 |
| Macon | 931 | 100 | 939 | 101 |
| Madison | 57,464 | 1,695 | 57,368 | 1,709 |
| Marengo | 3,024 | 51 | 3,104 | 51 |
| Marion | 5,662 | 50 | 5,676 | 49 |
| Marshall | 14,882 | 128 | 14,870 | 121 |
| Mobile | 47,922 | 1,148 | 48,058 | 1,106 |
| Monroe | 3,259 | 49 | 3,271 | 46 |
| Montgomery | 24,334 | 1,118 | 24,346 | 1,145 |
| Morgan | 21,658 | 276 | 21,457 | 246 |
| Perry | 920 | 29 | 939 | 30 |
| Pickens | 3,179 | 73 | 3,230 | 75 |
| Pike | 5,270 | 126 | 5,278 | 128 |
| Randolph | 3,577 | 51 | 3,610 | 53 |
| Russell | 4,546 | 159 | 4,545 | 160 |
| St Clair | 16,028 | 121 | 16,053 | 135 |
| Shelby | 40,875 | 532 | 40,962 | 540 |
| Sumter | 1,079 | 49 | 1,124 | 52 |
| Talladega | 11,782 | 228 | 11,769 | 228 |
| Tallapoosa | 7,782 | 90 | 7,792 | 91 |
| Tuscaloosa | 25,313 | 719 | 25,563 | 745 |
| Walker | 12,580 | 166 | 12,631 | 166 |
| Washington | 2,937 | 28 | 2,949 | 27 |
| Wilcox | 1,234 | 21 | 1,236 | 28 |
| Winston | 5,124 | 36 | 5,128 | 39 |