FILED

2023 Aug-09  PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 26



# STATE OF ALABAMA

*Canvass of Results
for the General Election held on
November 8, 2016*

Pursuant to Chapter 12 of Title 17 of the Code of Alabama, 1975, we, the undersigned, hereby certify that the results of the General Election for federal and state offices and for proposed constitutional amendments held in Alabama on Tuesday, November 8, 2016, were opened and counted by us and that the results so tabulated are recorded on the following pages with an appendix, organized by county, recording the write-in votes cast as certified by each applicable county for the office of Member of the U.S. House of Representatives for the 2nd Congressional District of the State of Alabama.

In Testimony Whereby, I have hereunto set my hand and affixed the Great and Principal Seal of the State of Alabama at the State Capitol, in the City of Montgomery, on this the 29th day of November, in the year 2016.



Robert Bentley
Governor

Luther Strange
Attorney General

John H. Merrill
Secretary of State

# General Election Results November 8, 2016

Statewide Offices …………………………………………………………………… 1-4

US House of Representatives……………………………………………………5-8

State Board of Education…………………………………………………………9-10

Office of Circuit Court Judge………………………………………………….11-46

Office of District Attorney……………………………………………………..47-66

Office of District Judge…………………………………………………………. 67-72

Proposed Constitutional Amendments………………………………………73-86

Appendix……………………………………………………………………………..87
Write-In Votes Cast in Contest for Second Congressional District

**Statewide Offices - General Election Results**
**November 8, 2016**

| | President | | | | | U.S. Senate | | | Supreme Court, Place 1 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Clinton (D) | Trump (R) | Johnson (I) | Stein (I) | Write-In | Crumpton (D) | Shelby (R) | Write-In | Bolin (R) | Write-In |
| Total | 729,547 | 1,318,255 | 44,467 | 9,391 | 21,712 | 748,709 | 1,335,104 | 3,631 | 1,388,414 | 36,365 |
| Autauga | 5,936 | 18,172 | 546 | 105 | 214 | 6,331 | 18,220 | 62 | 18,451 | 366 |
| Baldwin | 18,458 | 72,883 | 2,464 | 456 | 954 | 19,145 | 74,021 | 248 | 75,807 | 1,126 |
| Barbour | 4,871 | 5,454 | 93 | 18 | 33 | 4,777 | 5,436 | 16 | 5,222 | 188 |
| Bibb | 1,874 | 6,738 | 124 | 17 | 66 | 2,082 | 6,612 | 17 | 6,806 | 98 |
| Blount | 2,156 | 22,859 | 338 | 89 | 146 | 2,980 | 22,169 | 48 | 22,013 | 169 |
| Bullock | 3,530 | 1,140 | 22 | 10 | 8 | 3,364 | 1,167 | 6 | 1,199 | 87 |
| Butler | 3,726 | 4,901 | 65 | 13 | 27 | 3,663 | 4,840 | 7 | 4,629 | 109 |
| Calhoun | 13,242 | 32,865 | 1,116 | 262 | 379 | 14,152 | 32,976 | 69 | 34,455 | 871 |
| Chambers | 5,784 | 7,843 | 168 | 44 | 61 | 5,845 | 7,865 | 18 | 8,017 | 225 |
| Cherokee | 1,547 | 8,953 | 147 | 26 | 60 | 1,915 | 8,636 | 7 | 8,104 | 60 |
| Chilton | 2,911 | 15,081 | 228 | 52 | 97 | 3,327 | 14,582 | 25 | 14,344 | 140 |
| Choctaw | 3,109 | 4,106 | 52 | 6 | 19 | 2,992 | 4,035 | 8 | 3,541 | 83 |
| Clarke | 5,749 | 7,140 | 99 | 17 | 26 | 5,558 | 7,158 | 14 | 6,657 | 100 |
| Clay | 1,237 | 5,245 | 93 | 16 | 33 | 1,377 | 5,147 | 4 | 4,838 | 52 |
| Cleburne | 684 | 5,764 | 90 | 20 | 35 | 847 | 5,554 | 6 | 5,272 | 28 |
| Coffee | 4,221 | 15,875 | 396 | 104 | 171 | 4,498 | 15,745 | 49 | 15,495 | 230 |
| Colbert | 7,312 | 16,746 | 511 | 107 | 239 | 8,443 | 15,866 | 28 | 16,115 | 276 |
| Conecuh | 3,080 | 3,420 | 51 | 10 | 24 | 3,006 | 3,298 | 7 | 2,903 | 42 |
| Coosa | 1,782 | 3,381 | 53 | 14 | 22 | 1,788 | 3,378 | 8 | 3,390 | 91 |
| Covington | 2,387 | 13,267 | 183 | 36 | 67 | 2,740 | 12,690 | 36 | 11,834 | 119 |
| Crenshaw | 1,664 | 4,513 | 65 | 14 | 11 | 1,734 | 4,392 | 11 | 4,006 | 45 |
| Cullman | 3,798 | 32,989 | 687 | 134 | 265 | 5,207 | 32,001 | 57 | 32,236 | 261 |
| Dale | 4,413 | 13,808 | 350 | 62 | 116 | 4,625 | 13,652 | 58 | 13,953 | 308 |
| Dallas | 12,836 | 5,789 | 96 | 24 | 47 | 12,388 | 6,060 | 14 | 6,319 | 402 |
| DeKalb | 3,622 | 21,405 | 458 | 152 | 189 | 4,749 | 20,347 | 27 | 19,838 | 179 |
| Elmore | 8,443 | 27,634 | 738 | 112 | 333 | 8,833 | 27,591 | 102 | 27,516 | 545 |
| Escambia | 4,605 | 9,935 | 188 | 37 | 80 | 4,625 | 9,555 | 17 | 9,423 | 159 |
| Etowah | 10,442 | 32,353 | 835 | 164 | 370 | 11,981 | 31,441 | 84 | 32,403 | 668 |
| Fayette | 1,362 | 6,712 | 109 | 24 | 42 | 1,497 | 6,555 | 13 | 6,350 | 60 |
| Franklin | 2,197 | 9,466 | 238 | 54 | 85 | 2,850 | 8,670 | 14 | 8,173 | 105 |
| Geneva | 1,525 | 9,994 | 149 | 24 | 66 | 1,803 | 9,606 | 28 | 9,109 | 98 |
| Greene | 4,013 | 838 | 13 | 5 | 11 | 3,834 | 918 | 3 | 968 | 64 |
| Hale | 4,775 | 3,173 | 54 | 12 | 26 | 4,650 | 3,208 | 5 | 3,064 | 75 |
| Henry | 2,292 | 5,632 | 91 | 17 | 40 | 2,366 | 5,506 | 23 | 5,277 | 115 |
| Houston | 10,664 | 30,728 | 779 | 144 | 324 | 11,219 | 30,494 | 120 | 30,893 | 747 |

**Statewide Offices - General Election Results**
**November 8, 2016**

| | President | | | | | U.S. Senate | | | Supreme Court, Place 1 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Clinton (D) | Trump (R) | Johnson (I) | Stein (I) | Write-In | Crumpton (D) | Shelby (R) | Write-In | Bolin (R) | Write-In |
| Jackson | 3,673 | 16,672 | 393 | 90 | 156 | 4,538 | 15,742 | 21 | 15,022 | 171 |
| Jefferson | 156,873 | 134,768 | 6,645 | 1,554 | 4,351 | 156,574 | 144,136 | 453 | 168,086 | 6,854 |
| Lamar | 1,036 | 5,823 | 62 | 15 | 30 | 1,125 | 5,634 | 4 | 5,436 | 47 |
| Lauderdale | 9,952 | 27,899 | 987 | 222 | 465 | 11,652 | 27,092 | 43 | 27,747 | 444 |
| Lawrence | 3,627 | 10,833 | 250 | 31 | 88 | 4,171 | 10,254 | 16 | 10,077 | 142 |
| Lee | 21,230 | 34,617 | 2,030 | 364 | 950 | 21,475 | 36,684 | 135 | 39,735 | 1,167 |
| Limestone | 9,468 | 29,067 | 1,055 | 202 | 502 | 10,233 | 29,203 | 57 | 29,569 | 630 |
| Lowndes | 4,883 | 1,751 | 32 | 11 | 7 | 4,580 | 1,839 | 7 | 1,891 | 136 |
| Macon | 7,566 | 1,431 | 69 | 49 | 25 | 7,442 | 1,553 | 9 | 2,259 | 314 |
| Madison | 62,822 | 89,520 | 6,621 | 1,254 | 3,172 | 62,870 | 97,796 | 324 | 104,444 | 3,962 |
| Marengo | 5,615 | 5,233 | 104 | 13 | 29 | 5,419 | 5,294 | 5 | 4,862 | 108 |
| Marion | 1,432 | 11,274 | 181 | 26 | 71 | 1,961 | 10,753 | 27 | 10,533 | 89 |
| Marshall | 4,917 | 29,233 | 678 | 158 | 330 | 5,898 | 28,532 | 55 | 28,296 | 305 |
| Mobile | 72,186 | 95,116 | 3,291 | 791 | 1,353 | 71,602 | 97,911 | 379 | 102,923 | 4,245 |
| Monroe | 4,332 | 5,795 | 88 | 17 | 39 | 4,255 | 5,854 | 13 | 5,747 | 117 |
| Montgomery | 58,916 | 34,003 | 1,486 | 490 | 983 | 57,972 | 36,477 | 162 | 41,648 | 2,933 |
| Morgan | 11,254 | 37,486 | 1,168 | 218 | 518 | 12,325 | 37,448 | 57 | 38,207 | 584 |
| Perry | 3,824 | 1,407 | 23 | 6 | 18 | 3,656 | 1,496 | 2 | 1,501 | 58 |
| Pickens | 3,972 | 5,456 | 49 | 19 | 46 | 3,908 | 5,384 | 6 | 5,211 | 95 |
| Pike | 5,056 | 7,693 | 257 | 48 | 114 | 5,037 | 7,835 | 27 | 7,825 | 240 |
| Randolph | 2,291 | 7,705 | 124 | 19 | 48 | 2,424 | 7,454 | 9 | 6,888 | 77 |
| Russell | 9,579 | 9,210 | 281 | 68 | 118 | 9,487 | 9,408 | 26 | 10,372 | 417 |
| St Clair | 5,589 | 31,651 | 684 | 130 | 346 | 6,635 | 31,279 | 80 | 32,682 | 356 |
| Shelby | 22,977 | 73,020 | 2,965 | 480 | 1,812 | 24,483 | 75,344 | 205 | 80,057 | 1,365 |
| Sumter | 4,746 | 1,581 | 57 | 14 | 13 | 4,611 | 1,656 | 4 | 1,698 | 109 |
| Talladega | 12,121 | 20,614 | 411 | 106 | 155 | 12,632 | 20,446 | 29 | 21,738 | 604 |
| Tallapoosa | 5,519 | 13,594 | 233 | 52 | 88 | 5,804 | 13,401 | 17 | 13,192 | 222 |
| Tuscaloosa | 31,762 | 47,723 | 1,873 | 390 | 952 | 31,602 | 49,923 | 130 | 52,829 | 1,848 |
| Walker | 4,497 | 24,266 | 455 | 95 | 159 | 5,558 | 23,419 | 49 | 23,583 | 280 |
| Washington | 2,374 | 6,042 | 73 | 22 | 22 | 2,463 | 5,830 | 5 | 5,291 | 60 |
| Wilcox | 4,339 | 1,742 | 22 | 7 | 13 | 3,857 | 1,819 | 4 | 1,780 | 40 |
| Winston | 872 | 9,228 | 131 | 29 | 53 | 1,269 | 8,817 | 12 | 8,665 | 55 |

Certified by the State Canvassing Board
November 29, 2016

**Statewide Offices - General Election Results**
**November 8, 2016**

| | Supreme Court, Place 2 | | Supreme Court, Place 3 | | Public Service Commission President | |
|---|---|---|---|---|---|---|
| | Wise (R) | Write-In | Parker (R) | Write-In | Cavanaugh (R) | Write-In |
| Total | 1,381,732 | 34,260 | 1,375,534 | 34,961 | 1,372,948 | 39,407 |
| Autauga | 18,558 | 332 | 18,371 | 354 | 18,300 | 479 |
| Baldwin | 75,750 | 1,081 | 75,393 | 1,098 | 74,657 | 1,247 |
| Barbour | 5,220 | 181 | 5,191 | 186 | 5,209 | 176 |
| Bibb | 6,757 | 88 | 6,776 | 79 | 6,799 | 94 |
| Blount | 21,889 | 147 | 21,925 | 144 | 21,892 | 190 |
| Bullock | 1,203 | 88 | 1,176 | 90 | 1,262 | 83 |
| Butler | 4,605 | 110 | 4,607 | 105 | 4,796 | 118 |
| Calhoun | 34,359 | 810 | 34,268 | 806 | 34,493 | 853 |
| Chambers | 8,001 | 217 | 7,976 | 210 | 7,922 | 203 |
| Cherokee | 8,064 | 49 | 8,060 | 46 | 8,124 | 62 |
| Chilton | 14,284 | 131 | 14,262 | 123 | 14,366 | 148 |
| Choctaw | 3,521 | 80 | 3,516 | 65 | 3,435 | 74 |
| Clarke | 6,631 | 101 | 6,623 | 98 | 6,602 | 105 |
| Clay | 4,790 | 46 | 4,802 | 45 | 4,889 | 57 |
| Cleburne | 5,225 | 30 | 5,237 | 26 | 5,254 | 38 |
| Coffee | 15,521 | 214 | 15,484 | 207 | 15,623 | 242 |
| Colbert | 16,011 | 258 | 16,088 | 266 | 15,814 | 281 |
| Conecuh | 2,889 | 37 | 2,861 | 46 | 2,877 | 63 |
| Coosa | 3,378 | 82 | 3,370 | 82 | 3,404 | 91 |
| Covington | 11,812 | 103 | 11,780 | 101 | 11,970 | 124 |
| Crenshaw | 4,011 | 46 | 4,006 | 44 | 4,121 | 59 |
| Cullman | 32,108 | 224 | 32,192 | 224 | 31,974 | 312 |
| Dale | 13,949 | 281 | 13,943 | 287 | 14,081 | 312 |
| Dallas | 6,153 | 396 | 6,101 | 401 | 6,276 | 404 |
| DeKalb | 19,723 | 154 | 19,775 | 157 | 19,572 | 191 |
| Elmore | 27,577 | 493 | 27,376 | 525 | 27,366 | 766 |
| Escambia | 9,362 | 148 | 9,325 | 149 | 9,306 | 151 |
| Etowah | 32,344 | 583 | 32,372 | 592 | 32,310 | 652 |
| Fayette | 6,287 | 63 | 6,300 | 60 | 6,364 | 66 |
| Franklin | 8,057 | 105 | 8,098 | 100 | 7,960 | 112 |
| Geneva | 9,189 | 79 | 9,117 | 79 | 9,243 | 89 |
| Greene | 940 | 59 | 954 | 57 | 960 | 60 |
| Hale | 3,043 | 67 | 3,067 | 67 | 3,099 | 68 |
| Henry | 5,284 | 112 | 5,256 | 107 | 5,338 | 111 |
| Houston | 30,980 | 682 | 30,857 | 687 | 31,112 | 727 |

**Statewide Offices - General Election Results**
**November 8, 2016**

| | Supreme Court, Place 2 | | Supreme Court, Place 3 | | Public Service Commission President | |
|---|---|---|---|---|---|---|
| | Wise (R) | Write-In | Parker (R) | Write-In | Cavanaugh (R) | Write-In |
| Jackson | 14,895 | 145 | 14,934 | 135 | 14,815 | 158 |
| Jefferson | 165,648 | 6,762 | 163,240 | 7,060 | 161,897 | 8,095 |
| Lamar | 5,375 | 47 | 5,365 | 51 | 5,327 | 43 |
| Lauderdale | 27,557 | 405 | 27,593 | 399 | 27,215 | 457 |
| Lawrence | 10,016 | 97 | 10,080 | 98 | 10,025 | 126 |
| Lee | 39,730 | 1,059 | 39,553 | 1,078 | 39,541 | 1,248 |
| Limestone | 29,511 | 585 | 29,544 | 578 | 29,285 | 625 |
| Lowndes | 1,884 | 133 | 1,861 | 137 | 1,945 | 135 |
| Macon | 2,232 | 291 | 2,184 | 302 | 2,291 | 272 |
| Madison | 104,083 | 3,713 | 103,837 | 3,734 | 102,997 | 4,083 |
| Marengo | 4,813 | 106 | 4,817 | 99 | 4,865 | 112 |
| Marion | 10,407 | 86 | 10,417 | 81 | 10,452 | 87 |
| Marshall | 28,219 | 266 | 28,256 | 275 | 27,899 | 329 |
| Mobile | 102,589 | 4,085 | 101,813 | 4,181 | 102,080 | 4,234 |
| Monroe | 5,710 | 111 | 5,710 | 112 | 5,655 | 95 |
| Montgomery | 41,762 | 2,775 | 40,720 | 2,919 | 41,095 | 3,467 |
| Morgan | 38,065 | 539 | 38,157 | 548 | 37,975 | 590 |
| Perry | 1,492 | 53 | 1,479 | 48 | 1,517 | 55 |
| Pickens | 5,161 | 91 | 5,188 | 90 | 5,228 | 93 |
| Pike | 7,846 | 212 | 7,795 | 204 | 8,035 | 238 |
| Randolph | 6,827 | 76 | 6,792 | 69 | 6,727 | 85 |
| Russell | 10,314 | 401 | 10,243 | 414 | 10,105 | 422 |
| St Clair | 32,226 | 320 | 32,199 | 312 | 32,076 | 436 |
| Shelby | 79,680 | 1,244 | 79,302 | 1,254 | 78,819 | 1,682 |
| Sumter | 1,697 | 97 | 1,687 | 102 | 1,625 | 100 |
| Talladega | 21,567 | 587 | 21,526 | 593 | 21,584 | 638 |
| Tallapoosa | 13,123 | 196 | 13,088 | 207 | 13,135 | 265 |
| Tuscaloosa | 52,769 | 1,707 | 52,639 | 1,753 | 52,699 | 1,925 |
| Walker | 23,432 | 258 | 23,393 | 279 | 23,623 | 327 |
| Washington | 5,265 | 58 | 5,237 | 56 | 5,187 | 61 |
| Wilcox | 1,759 | 37 | 1,758 | 39 | 1,844 | 46 |
| Winston | 8,603 | 41 | 8,622 | 41 | 8,615 | 70 |

Certified by the State Canvassing Board
November 29, 2016

State of Alabama