FILED
2023 Aug-09 PM 3:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 27



# STATE OF ALABAMA

## Canvass of Results
## for the Special General Election held on
## December 12, 2017

Pursuant to Chapter 12 of Title 17 of the Code of Alabama, 1975, we, the undersigned, hereby certify that the results of the Special General Election for the office of United States Senator and for proposed constitutional amendments held in Alabama on Tuesday, December 12, 2017, were opened and counted by us and that the results so tabulated are recorded on the following pages with an appendix, organized by county, recording the write-in votes cast as certified by each applicable county for the office of United States Senator.

In Testimony Whereby, I have hereunto set my hand and affixed the Great and Principal Seal of the State of Alabama at the State Capitol, in the City of Montgomery, on this the 28th day of December, in the year 2017.

*Kay Ivey*
Kay Ivey
Governor

*Steve Marshall*
Steve Marshall
Attorney General

*John H. Merrill*
John H. Merrill
Secretary of State

**Special General Election Results**
**December 12, 2017**

|  | U.S. Senate | | | Geneva Amendment (Act 2017-313) | | Lamar, Amendment #1 (Act 2017-334) | | Lamar, Amendment #2 (Act 2017-339) | |
|---|---|---|---|---|---|---|---|---|---|
|  | Doug Jones (D) | Roy Moore (R) | Write-In | Yes | No | Yes | No | Yes | No |
| Total | 673,896 | 651,972 | 22,852 | 3,290 | 3,146 | 2,116 | 1,052 | 843 | 2,388 |
| Autauga | 5,615 | 8,762 | 253 | | | | | | |
| Baldwin | 22,261 | 38,566 | 1,703 | | | | | | |
| Barbour | 3,716 | 2,702 | 41 | | | | | | |
| Bibb | 1,567 | 3,599 | 66 | | | | | | |
| Blount | 2,408 | 11,631 | 180 | | | | | | |
| Bullock | 2,715 | 656 | 7 | | | | | | |
| Butler | 2,915 | 2,758 | 41 | | | | | | |
| Calhoun | 12,331 | 15,238 | 429 | | | | | | |
| Chambers | 4,257 | 3,312 | 67 | | | | | | |
| Cherokee | 1,529 | 4,006 | 109 | | | | | | |
| Chilton | 2,306 | 7,563 | 132 | | | | | | |
| Choctaw | 2,277 | 1,949 | 17 | | | | | | |
| Clarke | 4,363 | 3,995 | 43 | | | | | | |
| Clay | 990 | 2,589 | 19 | | | | | | |
| Cleburne | 600 | 2,468 | 30 | | | | | | |
| Coffee | 3,730 | 8,063 | 202 | | | | | | |
| Colbert | 6,881 | 7,771 | 171 | | | | | | |
| Conecuh | 2,259 | 1,815 | 18 | | | | | | |
| Coosa | 1,415 | 1,867 | 30 | | | | | | |
| Covington | 2,107 | 6,835 | 88 | | | | | | |
| Crenshaw | 1,320 | 2,347 | 56 | | | | | | |
| Cullman | 4,161 | 16,609 | 324 | | | | | | |
| Dale | 3,844 | 6,991 | 136 | | | | | | |
| Dallas | 10,503 | 3,487 | 60 | | | | | | |
| DeKalb | 3,559 | 10,097 | 234 | | | | | | |
| Elmore | 7,711 | 14,415 | 338 | | | | | | |
| Escambia | 3,642 | 4,987 | 87 | | | | | | |
| Etowah | 10,568 | 15,730 | 620 | | | | | | |
| Fayette | 1,143 | 3,491 | 50 | | | | | | |
| Franklin | 1,771 | 4,216 | 48 | | | | | | |
| Geneva | 1,290 | 5,433 | 93 | 3,290 | 3,146 | | | | |
| Greene | 3,345 | 462 | 9 | | | | | | |
| Hale | 3,902 | 1,691 | 32 | | | | | | |
| Henry | 1,899 | 3,015 | 38 | | | | | | |

**Special General Election Results**
**December 12, 2017**

| | U.S. Senate | | | Geneva Amendment (Act 2017-313) | | Lamar, Amendment #1 (Act 2017-334) | | Lamar, Amendment #2 (Act 2017-339) | |
|---|---|---|---|---|---|---|---|---|---|
| | Doug Jones (D) | Roy Moore (R) | Write-In | Yes | No | Yes | No | Yes | No |
| Houston | 9,198 | 14,846 | 285 | | | | | | |
| Jackson | 3,330 | 7,317 | 154 | | | | | | |
| Jefferson | 149,759 | 66,350 | 3,716 | | | | | | |
| Lamar | 779 | 2,847 | 29 | | | 2,116 | 1,052 | 843 | 2,388 |
| Lauderdale | 9,970 | 12,818 | 388 | | | | | | |
| Lawrence | 3,033 | 5,321 | 61 | | | | | | |
| Lee | 19,886 | 14,059 | 674 | | | | | | |
| Limestone | 9,660 | 14,339 | 515 | | | | | | |
| Lowndes | 3,783 | 988 | 13 | | | | | | |
| Macon | 5,783 | 759 | 20 | | | | | | |
| Madison | 65,997 | 46,381 | 3,447 | | | | | | |
| Marengo | 4,498 | 2,805 | 62 | | | | | | |
| Marion | 1,311 | 5,269 | 68 | | | | | | |
| Marshall | 5,145 | 13,842 | 450 | | | | | | |
| Mobile | 62,716 | 46,828 | 1,546 | | | | | | |
| Monroe | 3,266 | 3,280 | 40 | | | | | | |
| Montgomery | 48,374 | 17,739 | 745 | | | | | | |
| Morgan | 10,935 | 19,215 | 671 | | | | | | |
| Perry | 3,140 | 821 | 11 | | | | | | |
| Pickens | 3,064 | 2,965 | 46 | | | | | | |
| Pike | 4,015 | 4,165 | 97 | | | | | | |
| Randolph | 1,695 | 3,231 | 23 | | | | | | |
| Russell | 6,761 | 3,622 | 55 | | | | | | |
| St Clair | 6,212 | 15,889 | 459 | | | | | | |
| Shelby | 27,311 | 36,455 | 1,718 | | | | | | |
| Sumter | 3,533 | 814 | 18 | | | | | | |
| Talladega | 9,977 | 9,701 | 223 | | | | | | |
| Tallapoosa | 4,605 | 7,179 | 150 | | | | | | |
| Tuscaloosa | 30,869 | 22,067 | 1,007 | | | | | | |
| Walker | 4,330 | 11,938 | 259 | | | | | | |
| Washington | 1,805 | 3,325 | 48 | | | | | | |
| Wilcox | 3,345 | 1,000 | 16 | | | | | | |
| Winston | 911 | 4,681 | 67 | | | | | | |