# Exhibit 28



# STATE OF ALABAMA

*Canvass of Results*
*General Election*
*November 6, 2018*

Pursuant to Chapter 12 of Title 17 of the Code of Alabama, 1975, and without limitation, we, the undersigned, hereby certify that the results of the General Election for federal, state, and judicial offices and proposed constitutional amendments held in Alabama on Tuesday, November 6, 2018 were opened and counted by us and that the results so tabulated are recorded on the following pages.



In Testimony Whereby, I have hereunto set my hand and affixed the Great and Principal Seal of the State of Alabama at the State Capitol, in the City of Montgomery, on this the 27th day of November, in the year 2018.

*Kay Ivey*
Kay Ivey
Governor

*Steve Marshall*
Steve Marshall
Attorney General

*John Merrill*
John Merrill
Secretary of State

# General Election Results November 6, 2018

| Office | Pages |
|---|---|
| Statewide Offices | 1-16 |
| US House of Representatives | 17-20 |
| State Senate | 21-40 |
| State House | 41-96 |
| State Board of Education | 97-100 |
| Circuit Court Judge | 101-132 |
| District Court Judge | 133-152 |
| District Attorney | 153-154 |
| Circuit Clerk | 155-184 |
| Proposed Constitutional Amendments | 185-190 |

## Statewide Offices - General Election Results
## November 6, 2018

|  | Governor | | | Lieutenant Governor | | | Attorney General | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Maddox (D) | Ivey (R) | Write-In | Boyd (D) | Ainsworth (R) | Write-In | Siegelman (D) | Marshall (R) | Write-In |
| Total | 694,495 | 1,022,457 | 2,637 | 660,013 | 1,044,941 | 1,023 | 702,858 | 1,004,438 | 1,141 |
| Autauga | 5,734 | 13,994 | 21 | 5,450 | 14,183 | 13 | 6,262 | 13,397 | 9 |
| Baldwin | 20,464 | 57,415 | 118 | 18,465 | 58,996 | 48 | 20,532 | 56,956 | 52 |
| Barbour | 4,043 | 4,336 | 11 | 4,126 | 4,183 | 5 | 4,307 | 4,021 | 1 |
| Bibb | 1,799 | 5,082 | 15 | 1,615 | 5,240 | 2 | 1,784 | 5,082 | 3 |
| Blount | 2,479 | 16,984 | 40 | 2,082 | 17,348 | 10 | 2,516 | 16,917 | 15 |
| Bullock | 2,729 | 949 | 4 | 2,789 | 889 | 1 | 2,854 | 829 | - |
| Butler | 3,363 | 4,812 | 3 | 3,410 | 4,617 | 4 | 3,771 | 4,301 | 6 |
| Calhoun | 12,487 | 24,460 | 92 | 11,901 | 24,856 | 18 | 12,606 | 24,230 | 15 |
| Chambers | 4,625 | 6,687 | 20 | 4,688 | 6,463 | 10 | 4,873 | 6,310 | 7 |
| Cherokee | 1,552 | 6,974 | 15 | 1,390 | 6,995 | 2 | 1,673 | 6,750 | 2 |
| Chilton | 2,501 | 11,291 | 10 | 2,309 | 11,402 | 4 | 2,681 | 11,028 | 4 |
| Choctaw | 2,649 | 3,475 | 7 | 2,728 | 3,190 | 5 | 2,883 | 3,063 | 2 |
| Clarke | 4,889 | 6,344 | 7 | 4,794 | 6,279 | 6 | 5,068 | 6,021 | 3 |
| Clay | 1,241 | 4,164 | 9 | 1,077 | 4,248 | 2 | 1,265 | 4,089 | 1 |
| Cleburne | 508 | 3,902 | 14 | 453 | 3,913 | 5 | 530 | 3,844 | 2 |
| Coffee | 3,782 | 12,117 | 73 | 3,850 | 12,067 | 10 | 4,148 | 11,772 | 5 |
| Colbert | 7,692 | 13,180 | 34 | 7,296 | 13,264 | 11 | 8,234 | 12,343 | 16 |
| Conecuh | 2,444 | 2,473 | 7 | 2,435 | 2,422 | 3 | 2,594 | 2,273 | 2 |
| Coosa | 1,522 | 2,785 | 7 | 1,446 | 2,824 | 4 | 1,595 | 2,696 | 1 |
| Covington | 2,168 | 9,852 | 22 | 2,047 | 9,925 | 7 | 2,511 | 9,456 | 4 |
| Crenshaw | 1,522 | 3,873 | 6 | 1,492 | 3,820 | 2 | 1,818 | 3,517 | 3 |
| Cullman | 4,309 | 24,361 | 43 | 3,641 | 24,892 | 13 | 4,415 | 24,141 | 18 |
| Dale | 3,731 | 10,528 | 47 | 3,850 | 10,371 | 10 | 4,154 | 10,061 | 17 |
| Dallas | 10,295 | 4,917 | 8 | 10,439 | 4,621 | 8 | 10,729 | 4,387 | 14 |
| DeKalb | 4,087 | 17,316 | 87 | 3,569 | 17,593 | 14 | 4,070 | 17,123 | 13 |
| Elmore | 7,722 | 21,752 | 31 | 7,398 | 21,977 | 9 | 8,484 | 20,864 | 24 |
| Escambia | 4,035 | 8,098 | 19 | 3,869 | 8,043 | 5 | 4,273 | 7,692 | 7 |
| Etowah | 10,513 | 24,041 | 92 | 9,455 | 24,853 | 20 | 10,771 | 23,594 | 20 |
| Fayette | 2,025 | 5,455 | 9 | 1,574 | 5,660 | 4 | 1,967 | 5,290 | 11 |
| Franklin | 2,336 | 6,465 | 22 | 2,080 | 6,471 | 6 | 2,771 | 5,810 | 7 |
| Geneva | 1,220 | 7,784 | 15 | 1,184 | 7,753 | 7 | 1,413 | 7,517 | 6 |
| Greene | 3,506 | 661 | 1 | 3,465 | 670 | 1 | 3,524 | 616 | 1 |
| Hale | 4,206 | 2,361 | 5 | 4,030 | 2,439 | 3 | 4,185 | 2,306 | - |

Certified by the State Canvassing Board
November 27, 2018

## Statewide Offices - General Election Results
## November 6, 2018

|  | Governor | | | Lieutenant Governor | | | Attorney General | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Maddox (D) | Ivey (R) | Write-In | Boyd (D) | Ainsworth (R) | Write-In | Siegelman (D) | Marshall (R) | Write-In |
| Henry | 2,045 | 4,655 | 14 | 1,988 | 4,620 | 2 | 2,283 | 4,343 | 3 |
| Houston | 9,062 | 23,112 | 53 | 9,075 | 23,016 | 19 | 9,904 | 22,203 | 28 |
| Jackson | 3,569 | 12,074 | 39 | 3,129 | 12,376 | 7 | 3,676 | 11,877 | 8 |
| Jefferson | 152,103 | 105,661 | 304 | 144,424 | 111,805 | 141 | 149,983 | 106,787 | 173 |
| Lamar | 974 | 4,399 | 4 | 880 | 4,444 | 1 | 960 | 4,362 | 3 |
| Lauderdale | 10,222 | 20,692 | 51 | 9,747 | 20,927 | 19 | 10,776 | 19,910 | 23 |
| Lawrence | 3,796 | 8,181 | 25 | 3,387 | 8,346 | 3 | 4,196 | 7,601 | 5 |
| Lee | 20,021 | 29,238 | 74 | 19,879 | 29,096 | 27 | 20,402 | 28,579 | 41 |
| Limestone | 10,421 | 23,213 | 53 | 9,736 | 23,647 | 16 | 10,747 | 22,637 | 18 |
| Lowndes | 3,487 | 1,555 | 4 | 3,613 | 1,399 | 1 | 3,704 | 1,320 | 1 |
| Macon | 5,882 | 1,376 | 2 | 6,044 | 1,176 | 3 | 6,147 | 1,078 | 6 |
| Madison | 65,522 | 75,874 | 244 | 63,118 | 77,469 | 81 | 65,259 | 75,292 | 139 |
| Marengo | 4,735 | 4,029 | 5 | 4,674 | 4,037 | 3 | 4,836 | 3,880 | 1 |
| Marion | 1,877 | 8,021 | 17 | 1,414 | 8,283 | 8 | 2,002 | 7,723 | 6 |
| Marshall | 5,193 | 22,031 | 70 | 4,362 | 22,832 | 29 | 4,328 | 22,952 | 26 |
| Mobile | 63,656 | 69,671 | 158 | 61,192 | 71,214 | 116 | 64,206 | 68,417 | 103 |
| Monroe | 3,881 | 5,038 | 5 | 3,856 | 4,897 | 5 | 4,251 | 4,567 | 3 |
| Montgomery | 48,722 | 28,491 | 62 | 48,856 | 27,912 | 60 | 50,796 | 26,120 | 68 |
| Morgan | 11,091 | 28,415 | 57 | 9,937 | 29,399 | 19 | 11,171 | 28,171 | 16 |
| Perry | 3,182 | 1,061 | 3 | 3,156 | 1,057 | 3 | 3,228 | 995 | 1 |
| Pickens | 3,672 | 4,636 | 8 | 3,484 | 4,742 | 5 | 3,650 | 4,587 | 6 |
| Pike | 4,176 | 6,226 | 11 | 4,269 | 6,084 | 5 | 4,680 | 5,684 | 3 |
| Randolph | 1,859 | 5,729 | 12 | 1,818 | 5,688 | 3 | 1,904 | 5,638 | 1 |
| Russell | 7,864 | 7,168 | 17 | 8,104 | 6,842 | 9 | 8,186 | 6,785 | 5 |
| Shelby | 26,928 | 56,989 | 125 | 23,859 | 59,717 | 53 | 25,519 | 58,136 | 54 |
| St_ Clair | 6,389 | 23,529 | 55 | 5,649 | 24,206 | 15 | 6,215 | 23,654 | 23 |
| Sumter | 4,151 | 1,289 | 3 | 4,106 | 1,252 | 2 | 4,136 | 1,224 | 1 |
| Talladega | 10,606 | 15,621 | 27 | 10,309 | 15,860 | 8 | 10,842 | 15,341 | 9 |
| Tallapoosa | 5,015 | 10,703 | 25 | 4,593 | 11,029 | 7 | 5,054 | 10,609 | 9 |
| Tuscaloosa | 34,336 | 34,335 | 122 | 30,507 | 37,639 | 50 | 32,024 | 36,184 | 38 |
| Walker | 5,468 | 17,671 | 38 | 4,342 | 18,524 | 20 | 5,559 | 17,362 | 18 |
| Washington | 2,172 | 4,729 | 7 | 2,031 | 4,698 | 3 | 2,529 | 4,226 | 1 |
| Wilcox | 3,138 | 1,577 | 4 | 3,224 | 1,439 | 4 | 3,320 | 1,360 | 2 |
| Winston | 1,102 | 6,580 | 25 | 854 | 6,802 | 4 | 1,124 | 6,538 | 8 |

Certified by the State Canvassing Board
**November 27, 2018**

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

|  | Chief Justice of the Supreme Court | | | Associate Justice, Place 1 | | Associate Justice, Place 2 | |
|---|---|---|---|---|---|---|---|
|  | Vance, Jr. (D) | Parker (R) | Write-In | Stewart (R) | Write-In | Bryan (R) | Write-In |
| Total | 723,149 | 975,564 | 1,073 | 1,098,344 | 36,256 | 1,088,817 | 35,234 |
| Autauga | 6,165 | 13,389 | 13 | 14,516 | 315 | 14,469 | 301 |
| Baldwin | 22,312 | 54,848 | 56 | 61,450 | 1,028 | 61,022 | 996 |
| Barbour | 4,278 | 3,976 | 6 | 4,236 | 119 | 4,197 | 119 |
| Bibb | 1,792 | 5,051 | 5 | 5,365 | 68 | 5,344 | 66 |
| Blount | 2,802 | 16,546 | 8 | 17,327 | 125 | 17,293 | 107 |
| Bullock | 2,795 | 851 | 2 | 909 | 42 | 889 | 46 |
| Butler | 3,616 | 4,341 | 3 | 4,658 | 83 | 4,637 | 82 |
| Calhoun | 13,129 | 23,468 | 23 | 26,059 | 752 | 25,867 | 712 |
| Chambers | 4,992 | 6,145 | 5 | 6,757 | 191 | 6,704 | 188 |
| Cherokee | 1,717 | 6,599 | 3 | 6,870 | 51 | 6,822 | 49 |
| Chilton | 2,771 | 10,841 | 4 | 11,361 | 81 | 11,340 | 83 |
| Choctaw | 2,746 | 3,117 | 4 | 3,101 | 67 | 3,076 | 62 |
| Clarke | 5,076 | 5,942 | 3 | 6,327 | 95 | 6,283 | 101 |
| Clay | 1,286 | 3,991 | 5 | 4,165 | 29 | 4,133 | 25 |
| Cleburne | 517 | 3,840 | 1 | 3,907 | 20 | 3,903 | 15 |
| Coffee | 3,989 | 11,893 | 4 | 12,365 | 196 | 12,332 | 191 |
| Colbert | 7,868 | 12,560 | 16 | 13,341 | 321 | 13,266 | 298 |
| Conecuh | 2,586 | 2,245 | 2 | 2,332 | 36 | 2,305 | 44 |
| Coosa | 1,590 | 2,656 | 2 | 2,839 | 49 | 2,823 | 45 |
| Covington | 2,309 | 9,611 | 3 | 9,826 | 52 | 9,811 | 45 |
| Crenshaw | 1,624 | 3,644 | 2 | 3,669 | 37 | 3,714 | 28 |
| Cullman | 4,703 | 23,737 | 12 | 25,090 | 153 | 25,004 | 149 |
| Dale | 3,915 | 10,244 | 12 | 10,718 | 230 | 10,676 | 225 |
| Dallas | 10,609 | 4,391 | 9 | 5,009 | 267 | 4,883 | 242 |
| DeKalb | 4,151 | 16,787 | 14 | 17,240 | 142 | 17,153 | 132 |
| Elmore | 8,422 | 20,851 | 14 | 22,255 | 326 | 22,187 | 316 |
| Escambia | 4,310 | 7,561 | 7 | 8,115 | 121 | 8,074 | 122 |
| Etowah | 11,286 | 22,811 | 28 | 25,075 | 524 | 24,925 | 502 |
| Fayette | 1,890 | 5,238 | 10 | 5,578 | 48 | 5,539 | 51 |
| Franklin | 2,357 | 6,052 | 11 | 6,193 | 76 | 6,135 | 70 |
| Geneva | 1,222 | 7,673 | 4 | 7,723 | 59 | 7,715 | 52 |
| Greene | 3,497 | 618 | - | 701 | 32 | 692 | 31 |
| Hale | 4,102 | 2,306 | 3 | 2,407 | 61 | 2,413 | 53 |

**Certified by the State Canvassing Board**
**November 27, 2018**

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

|  | Chief Justice of the Supreme Court | | | Associate Justice, Place 1 | | Associate Justice, Place 2 | |
|---|---|---|---|---|---|---|---|
|  | Vance, Jr. (D) | Parker (R) | Write-In | Stewart (R) | Write-In | Bryan (R) | Write-In |
| Henry | 2,020 | 4,541 | 5 | 4,470 | 75 | 4,448 | 72 |
| Houston | 9,297 | 22,666 | 23 | 23,773 | 579 | 23,676 | 557 |
| Jackson | 3,581 | 11,797 | 5 | 12,212 | 120 | 12,154 | 112 |
| Jefferson | 158,803 | 97,395 | 161 | 131,330 | 10,317 | 128,231 | 10,141 |
| Lamar | 921 | 4,362 | 1 | 4,489 | 36 | 4,468 | 31 |
| Lauderdale | 10,607 | 19,916 | 20 | 21,689 | 591 | 21,527 | 570 |
| Lawrence | 3,785 | 7,831 | 6 | 8,174 | 111 | 8,104 | 120 |
| Lee | 21,583 | 27,319 | 34 | 31,437 | 1,127 | 31,242 | 1,092 |
| Limestone | 10,717 | 22,536 | 13 | 24,331 | 709 | 24,192 | 689 |
| Lowndes | 3,642 | 1,324 | - | 1,484 | 67 | 1,449 | 69 |
| Macon | 6,072 | 1,113 | 1 | 1,508 | 174 | 1,481 | 172 |
| Madison | 67,674 | 72,332 | 101 | 84,355 | 4,549 | 83,526 | 4,408 |
| Marengo | 4,789 | 3,885 | 3 | 4,069 | 80 | 4,055 | 76 |
| Marion | 1,804 | 7,813 | 5 | 8,042 | 63 | 7,983 | 50 |
| Marshall | 5,445 | 21,453 | 20 | 22,708 | 212 | 22,589 | 203 |
| Mobile | 65,994 | 66,007 | 93 | 76,054 | 3,203 | 74,947 | 3,121 |
| Monroe | 4,165 | 4,549 | 6 | 4,839 | 94 | 4,786 | 90 |
| Montgomery | 51,978 | 24,685 | 57 | 31,350 | 2,249 | 31,165 | 2,182 |
| Morgan | 11,315 | 27,931 | 16 | 29,855 | 476 | 29,728 | 466 |
| Perry | 3,206 | 1,002 | 2 | 1,092 | 32 | 1,076 | 29 |
| Pickens | 3,623 | 4,556 | 3 | 4,962 | 103 | 4,922 | 101 |
| Pike | 4,540 | 5,745 | 5 | 6,237 | 171 | 6,212 | 164 |
| Randolph | 1,884 | 5,605 | 5 | 5,743 | 61 | 5,712 | 57 |
| Russell | 8,358 | 6,573 | 8 | 7,592 | 413 | 7,543 | 410 |
| Shelby | 28,587 | 54,705 | 65 | 62,956 | 1,624 | 62,630 | 1,563 |
| St_ Clair | 6,797 | 22,979 | 13 | 24,815 | 331 | 24,716 | 313 |
| Sumter | 4,101 | 1,211 | 1 | 1,362 | 63 | 1,370 | 58 |
| Talladega | 11,062 | 15,033 | 13 | 16,553 | 473 | 16,473 | 471 |
| Tallapoosa | 5,072 | 10,504 | 9 | 11,059 | 147 | 10,993 | 151 |
| Tuscaloosa | 32,971 | 35,007 | 54 | 40,430 | 1,891 | 40,104 | 1,840 |
| Walker | 5,677 | 17,094 | 19 | 18,980 | 191 | 18,863 | 191 |
| Washington | 2,284 | 4,381 | 6 | 4,687 | 58 | 4,640 | 55 |
| Wilcox | 3,267 | 1,369 | - | 1,455 | 30 | 1,431 | 28 |
| Winston | 1,104 | 6,522 | 6 | 6,768 | 40 | 6,755 | 34 |

Certified by the State Canvassing Board
**November 27, 2018**

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

| | Associate Justice, Place 3 | | Associate Justice, Place 4 | | | State Treasurer | |
|---|---|---|---|---|---|---|---|
| | Sellers (R) | Write-In | Smalley (D) | Mitchell (R) | Write-In | McMillan (R) | Write-In |
| **Total** | 1,086,368 | 34,216 | 661,034 | 1,014,761 | 1,302 | 1,085,054 | 31,968 |
| Autauga | 14,483 | 304 | 5,488 | 13,821 | 13 | 14,463 | 285 |
| Baldwin | 60,878 | 961 | 18,663 | 57,848 | 51 | 60,924 | 894 |
| Barbour | 4,184 | 112 | 4,054 | 4,080 | 6 | 4,176 | 107 |
| Bibb | 5,338 | 66 | 1,637 | 5,154 | 5 | 5,334 | 61 |
| Blount | 17,264 | 106 | 2,154 | 17,038 | 9 | 17,269 | 95 |
| Bullock | 899 | 43 | 2,713 | 874 | 2 | 889 | 40 |
| Butler | 4,620 | 75 | 3,317 | 4,403 | 9 | 4,651 | 67 |
| Calhoun | 25,786 | 706 | 11,799 | 24,327 | 29 | 25,727 | 649 |
| Chambers | 6,670 | 183 | 4,687 | 6,281 | 7 | 6,642 | 169 |
| Cherokee | 6,823 | 45 | 1,434 | 6,770 | 4 | 6,800 | 37 |
| Chilton | 11,301 | 82 | 2,329 | 11,106 | 4 | 11,342 | 75 |
| Choctaw | 3,070 | 56 | 2,687 | 3,055 | 4 | 3,073 | 64 |
| Clarke | 6,281 | 91 | 4,747 | 6,133 | 6 | 6,281 | 87 |
| Clay | 4,127 | 27 | 1,107 | 4,057 | 1 | 4,114 | 27 |
| Cleburne | 3,898 | 18 | 436 | 3,864 | 4 | 3,903 | 12 |
| Coffee | 12,308 | 194 | 3,838 | 11,864 | 5 | 12,305 | 180 |
| Colbert | 13,210 | 290 | 7,460 | 12,539 | 12 | 13,106 | 260 |
| Conecuh | 2,308 | 36 | 2,429 | 2,320 | 2 | 2,319 | 35 |
| Coosa | 2,821 | 43 | 1,454 | 2,751 | 1 | 2,817 | 44 |
| Covington | 9,808 | 45 | 2,064 | 9,715 | 1 | 9,769 | 48 |
| Crenshaw | 3,666 | 29 | 1,468 | 3,660 | 3 | 3,661 | 30 |
| Cullman | 24,971 | 135 | 3,779 | 24,355 | 11 | 24,956 | 140 |
| Dale | 10,662 | 216 | 3,814 | 10,188 | 14 | 10,678 | 206 |
| Dallas | 4,892 | 248 | 10,191 | 4,531 | 17 | 4,908 | 210 |
| DeKalb | 17,112 | 136 | 3,789 | 16,725 | 16 | 17,059 | 119 |
| Elmore | 22,208 | 303 | 7,452 | 21,512 | 19 | 22,222 | 304 |
| Escambia | 8,043 | 116 | 3,868 | 7,840 | 10 | 8,088 | 110 |
| Etowah | 24,856 | 501 | 9,701 | 23,834 | 19 | 24,779 | 477 |
| Fayette | 5,525 | 48 | 1,665 | 5,355 | 12 | 5,548 | 46 |
| Franklin | 6,098 | 67 | 2,125 | 5,997 | 5 | 6,057 | 58 |
| Geneva | 7,696 | 54 | 1,189 | 7,617 | 4 | 7,709 | 57 |
| Greene | 679 | 26 | 3,440 | 632 | - | 670 | 26 |
| Hale | 2,390 | 53 | 3,997 | 2,313 | 4 | 2,434 | 55 |

**Certified by the State Canvassing Board**
**November 27, 2018**

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

|  | Associate Justice, Place 3 | | Associate Justice, Place 4 | | | State Treasurer | |
|---|---|---|---|---|---|---|---|
|  | Sellers (R) | Write-In | Smalley (D) | Mitchell (R) | Write-In | McMillan (R) | Write-In |
| Henry | 4,424 | 71 | 1,949 | 4,514 | 3 | 4,433 | 63 |
| Houston | 23,666 | 535 | 8,970 | 22,680 | 34 | 23,660 | 499 |
| Jackson | 12,127 | 110 | 3,269 | 11,823 | 8 | 12,085 | 104 |
| Jefferson | 127,473 | 9,744 | 143,559 | 109,520 | 221 | 127,835 | 9,393 |
| Lamar | 4,459 | 30 | 875 | 4,386 | 3 | 4,469 | 29 |
| Lauderdale | 21,480 | 554 | 9,780 | 20,162 | 14 | 21,340 | 486 |
| Lawrence | 8,084 | 110 | 3,434 | 7,860 | 5 | 8,080 | 97 |
| Lee | 31,194 | 1,055 | 19,926 | 28,341 | 48 | 31,127 | 964 |
| Limestone | 24,128 | 674 | 9,916 | 22,695 | 36 | 24,040 | 646 |
| Lowndes | 1,450 | 69 | 3,507 | 1,353 | 4 | 1,443 | 64 |
| Macon | 1,471 | 165 | 5,939 | 1,115 | 2 | 1,454 | 149 |
| Madison | 83,273 | 4,279 | 63,541 | 74,328 | 143 | 83,069 | 3,936 |
| Marengo | 4,057 | 75 | 4,629 | 3,942 | 5 | 4,048 | 72 |
| Marion | 7,967 | 57 | 1,476 | 7,887 | 7 | 7,979 | 49 |
| Marshall | 22,547 | 199 | 4,537 | 22,021 | 11 | 22,478 | 181 |
| Mobile | 74,778 | 3,037 | 60,757 | 69,889 | 113 | 74,554 | 2,841 |
| Monroe | 4,763 | 85 | 3,873 | 4,687 | 9 | 4,787 | 77 |
| Montgomery | 31,362 | 2,144 | 48,376 | 26,737 | 107 | 31,270 | 1,915 |
| Morgan | 29,693 | 457 | 10,305 | 28,320 | 14 | 29,564 | 420 |
| Perry | 1,076 | 28 | 3,147 | 1,018 | - | 1,095 | 26 |
| Pickens | 4,911 | 91 | 3,483 | 4,598 | 7 | 4,894 | 93 |
| Pike | 6,201 | 163 | 4,227 | 5,902 | 3 | 6,176 | 151 |
| Randolph | 5,710 | 51 | 1,776 | 5,623 | 2 | 5,704 | 49 |
| Russell | 7,515 | 393 | 8,045 | 6,752 | 11 | 7,473 | 373 |
| Shelby | 62,569 | 1,514 | 24,087 | 58,413 | 45 | 62,414 | 1,385 |
| St_ Clair | 24,692 | 309 | 5,685 | 23,861 | 21 | 24,652 | 277 |
| Sumter | 1,344 | 64 | 4,027 | 1,219 | 2 | 1,344 | 51 |
| Talladega | 16,454 | 470 | 10,286 | 15,625 | 15 | 16,421 | 440 |
| Tallapoosa | 10,991 | 146 | 4,607 | 10,753 | 8 | 10,981 | 138 |
| Tuscaloosa | 40,014 | 1,812 | 30,976 | 36,203 | 61 | 39,925 | 1,633 |
| Walker | 18,819 | 190 | 4,968 | 17,446 | 26 | 18,796 | 177 |
| Washington | 4,623 | 60 | 2,041 | 4,493 | 2 | 4,606 | 54 |
| Wilcox | 1,440 | 24 | 3,190 | 1,395 | 1 | 1,444 | 26 |
| Winston | 6,738 | 36 | 896 | 6,641 | 2 | 6,741 | 36 |

**Certified by the State Canvassing Board**
**November 27, 2018**

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

|  | Commissioner of Agriculture & Industries | | Secretary of State | | | State Auditor | | |
|---|---|---|---|---|---|---|---|---|
|  | Pate (R) | Write-In | Milam (D) | Merrill (R) | Write-In | Joseph (D) | Zeigler (R) | Write-In |
| Total | 1,081,431 | 31,312 | 658,537 | 1,032,425 | 1,064 | 665,679 | 1,018,466 | 1,362 |
| Autauga | 14,461 | 271 | 5,485 | 14,022 | 12 | 5,787 | 13,640 | 18 |
| Baldwin | 60,674 | 874 | 18,604 | 58,387 | 41 | 19,385 | 57,404 | 61 |
| Barbour | 4,141 | 104 | 4,069 | 4,147 | 4 | 4,068 | 4,126 | 5 |
| Bibb | 5,319 | 63 | 1,601 | 5,234 | 1 | 1,608 | 5,211 | 3 |
| Blount | 17,259 | 91 | 2,104 | 17,184 | 12 | 2,196 | 17,067 | 8 |
| Bullock | 876 | 40 | 2,732 | 887 | - | 2,744 | 871 | 2 |
| Butler | 4,603 | 70 | 3,374 | 4,498 | 4 | 3,399 | 4,423 | 7 |
| Calhoun | 25,719 | 640 | 11,645 | 24,906 | 26 | 11,872 | 24,480 | 31 |
| Chambers | 6,623 | 165 | 4,743 | 6,306 | 7 | 4,678 | 6,383 | 6 |
| Cherokee | 6,822 | 41 | 1,414 | 6,883 | 4 | 1,446 | 6,820 | 3 |
| Chilton | 11,329 | 67 | 2,318 | 11,269 | 5 | 2,362 | 11,156 | 11 |
| Choctaw | 3,040 | 59 | 2,662 | 3,150 | 6 | 2,656 | 3,145 | 5 |
| Clarke | 6,217 | 87 | 4,770 | 6,167 | 5 | 4,781 | 6,161 | 3 |
| Clay | 4,126 | 29 | 1,060 | 4,192 | - | 1,062 | 4,166 | 3 |
| Cleburne | 3,897 | 13 | 397 | 4,001 | 5 | 458 | 3,883 | 3 |
| Coffee | 12,291 | 176 | 3,865 | 11,966 | 15 | 3,895 | 11,911 | 9 |
| Colbert | 13,060 | 256 | 7,394 | 12,850 | 12 | 7,443 | 12,612 | 19 |
| Conecuh | 2,303 | 34 | 2,418 | 2,368 | 1 | 2,430 | 2,369 | 3 |
| Coosa | 2,824 | 43 | 1,453 | 2,779 | 1 | 1,466 | 2,764 | 2 |
| Covington | 9,747 | 50 | 2,061 | 9,821 | 4 | 2,108 | 9,738 | 6 |
| Crenshaw | 3,619 | 33 | 1,456 | 3,763 | 1 | 1,496 | 3,714 | 3 |
| Cullman | 24,894 | 135 | 3,678 | 24,702 | 7 | 3,772 | 24,541 | 14 |
| Dale | 10,662 | 198 | 3,851 | 10,241 | 15 | 3,868 | 10,238 | 8 |
| Dallas | 4,891 | 217 | 10,226 | 4,624 | 9 | 10,213 | 4,607 | 20 |
| DeKalb | 17,048 | 118 | 3,703 | 17,111 | 12 | 3,851 | 16,842 | 13 |
| Elmore | 22,134 | 304 | 7,453 | 21,734 | 19 | 7,765 | 21,344 | 23 |
| Escambia | 8,007 | 106 | 3,855 | 7,978 | 6 | 3,879 | 7,934 | 5 |
| Etowah | 24,707 | 455 | 9,553 | 24,345 | 24 | 9,700 | 24,102 | 28 |
| Fayette | 5,550 | 48 | 1,474 | 5,622 | 10 | 1,591 | 5,512 | 10 |
| Franklin | 6,022 | 60 | 1,986 | 6,468 | 4 | 2,104 | 6,131 | 5 |
| Geneva | 7,679 | 54 | 1,211 | 7,657 | 4 | 1,215 | 7,643 | 3 |
| Greene | 669 | 26 | 3,436 | 662 | 3 | 3,441 | 649 | - |
| Hale | 2,406 | 50 | 3,936 | 2,453 | 4 | 3,952 | 2,384 | 1 |

Certified by the State Canvassing Board
**November 27, 2018**

7 of 190

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

| | Commissioner of Agriculture & Industries | | Secretary of State | | | State Auditor | | |
|---|---|---|---|---|---|---|---|---|
| | Pate (R) | Write-In | Milam (D) | Merrill (R) | Write-In | Joseph (D) | Zeigler (R) | Write-In |
| Henry | 4,417 | 59 | 1,978 | 4,545 | 1 | 1,971 | 4,535 | 4 |
| Houston | 23,610 | 485 | 9,035 | 22,839 | 24 | 9,111 | 22,695 | 21 |
| Jackson | 12,041 | 98 | 3,213 | 12,052 | 5 | 3,278 | 11,915 | 5 |
| Jefferson | 126,773 | 8,953 | 144,226 | 110,506 | 192 | 143,949 | 109,160 | 273 |
| Lamar | 4,457 | 27 | 853 | 4,426 | 1 | 854 | 4,421 | 2 |
| Lauderdale | 21,295 | 476 | 9,761 | 20,498 | 17 | 9,946 | 20,186 | 15 |
| Lawrence | 8,040 | 101 | 3,443 | 8,095 | 8 | 3,506 | 7,963 | 3 |
| Lee | 31,112 | 1,214 | 20,161 | 28,528 | 38 | 20,177 | 28,326 | 37 |
| Limestone | 23,980 | 620 | 9,897 | 23,061 | 19 | 10,050 | 22,853 | 13 |
| Lowndes | 1,505 | 68 | 3,514 | 1,385 | 5 | 3,541 | 1,355 | 2 |
| Macon | 1,444 | 150 | 5,954 | 1,158 | 4 | 5,970 | 1,173 | 3 |
| Madison | 82,887 | 3,837 | 63,291 | 76,039 | 110 | 63,704 | 74,893 | 121 |
| Marengo | 4,046 | 72 | 4,642 | 3,997 | 5 | 4,625 | 4,003 | 7 |
| Marion | 7,957 | 44 | 1,352 | 8,226 | 3 | 1,412 | 8,096 | 8 |
| Marshall | 22,404 | 185 | 4,471 | 22,337 | 9 | 4,654 | 22,009 | 12 |
| Mobile | 74,261 | 2,785 | 60,821 | 70,466 | 86 | 61,585 | 69,593 | 143 |
| Monroe | 4,732 | 83 | 3,862 | 4,791 | 6 | 3,888 | 4,794 | 6 |
| Montgomery | 30,956 | 1,839 | 48,604 | 27,649 | 43 | 49,553 | 26,194 | 84 |
| Morgan | 29,523 | 422 | 10,165 | 28,802 | 12 | 10,386 | 28,454 | 19 |
| Perry | 1,072 | 24 | 3,142 | 1,047 | 1 | 3,146 | 1,042 | - |
| Pickens | 4,910 | 89 | 3,437 | 4,726 | 2 | 3,455 | 4,664 | 4 |
| Pike | 6,172 | 150 | 4,211 | 6,011 | 7 | 4,292 | 5,894 | 4 |
| Randolph | 5,698 | 49 | 1,780 | 5,715 | 4 | 1,766 | 5,697 | 2 |
| Russell | 7,435 | 374 | 8,090 | 6,774 | 8 | 8,079 | 6,778 | 9 |
| Shelby | 62,356 | 1,346 | 23,953 | 59,226 | 47 | 24,434 | 58,283 | 80 |
| St_ Clair | 24,644 | 264 | 5,677 | 24,061 | 9 | 5,688 | 23,959 | 17 |
| Sumter | 1,343 | 53 | 4,036 | 1,245 | 2 | 4,043 | 1,236 | 2 |
| Talladega | 16,395 | 436 | 10,329 | 15,712 | 12 | 10,245 | 15,777 | 18 |
| Tallapoosa | 10,934 | 136 | 4,630 | 10,871 | 4 | 4,658 | 10,805 | 6 |
| Tuscaloosa | 39,839 | 1,617 | 29,749 | 38,137 | 72 | 30,450 | 36,993 | 68 |
| Walker | 18,848 | 169 | 4,234 | 18,366 | 14 | 4,442 | 18,062 | 21 |
| Washington | 4,557 | 53 | 2,017 | 4,550 | 5 | 2,019 | 4,599 | 6 |
| Wilcox | 1,432 | 25 | 3,183 | 1,431 | 3 | 3,201 | 1,411 | 2 |
| Winston | 6,737 | 32 | 839 | 6,776 | 3 | 910 | 6,677 | 4 |

Certified by the State Canvassing Board
November 27, 2018

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

| | Court of Civil Appeals Judge, Place 1 | | Court of Civil Appeals Judge, Place 2 | | Court of Civil Appeals Judge, Place 3 | |
|---|---|---|---|---|---|---|
| | Edwards (R) | Write-In | Hanson (R) | Write-In | Moore (R) | Write-In |
| Total | 1,084,931 | 33,510 | 1,081,480 | 33,277 | 1,082,533 | 33,269 |
| Autauga | 14,412 | 294 | 14,396 | 289 | 14,396 | 289 |
| Baldwin | 60,877 | 967 | 60,723 | 938 | 60,630 | 952 |
| Barbour | 4,179 | 113 | 4,157 | 112 | 4,167 | 109 |
| Bibb | 5,326 | 66 | 5,316 | 70 | 5,314 | 66 |
| Blount | 17,243 | 98 | 17,222 | 107 | 17,229 | 119 |
| Bullock | 880 | 43 | 883 | 41 | 886 | 42 |
| Butler | 4,575 | 76 | 4,558 | 71 | 4,612 | 67 |
| Calhoun | 25,789 | 685 | 25,762 | 670 | 25,774 | 669 |
| Chambers | 6,654 | 183 | 6,646 | 179 | 6,653 | 180 |
| Cherokee | 6,812 | 44 | 6,816 | 40 | 6,816 | 36 |
| Chilton | 11,287 | 81 | 11,268 | 81 | 11,287 | 75 |
| Choctaw | 3,067 | 62 | 3,054 | 60 | 3,074 | 65 |
| Clarke | 6,260 | 98 | 6,264 | 90 | 6,269 | 91 |
| Clay | 4,107 | 26 | 4,098 | 28 | 4,118 | 25 |
| Cleburne | 3,899 | 15 | 3,894 | 16 | 3,890 | 14 |
| Coffee | 12,329 | 187 | 12,312 | 180 | 12,316 | 181 |
| Colbert | 13,180 | 270 | 13,152 | 268 | 13,159 | 267 |
| Conecuh | 2,288 | 39 | 2,295 | 35 | 2,298 | 36 |
| Coosa | 2,815 | 42 | 2,809 | 43 | 2,825 | 43 |
| Covington | 9,768 | 48 | 9,770 | 48 | 9,779 | 52 |
| Crenshaw | 3,623 | 33 | 3,620 | 33 | 3,631 | 29 |
| Cullman | 24,952 | 140 | 24,908 | 139 | 24,925 | 132 |
| Dale | 10,672 | 212 | 10,658 | 213 | 10,664 | 211 |
| Dallas | 4,976 | 236 | 4,868 | 231 | 4,900 | 231 |
| DeKalb | 17,058 | 133 | 17,052 | 125 | 17,055 | 128 |
| Elmore | 22,141 | 301 | 22,095 | 293 | 22,128 | 294 |
| Escambia | 8,031 | 117 | 8,024 | 115 | 8,045 | 112 |
| Etowah | 24,779 | 477 | 24,727 | 484 | 24,736 | 480 |
| Fayette | 5,506 | 43 | 5,490 | 43 | 5,510 | 41 |
| Franklin | 6,087 | 66 | 6,075 | 60 | 6,139 | 66 |
| Geneva | 7,675 | 57 | 7,677 | 53 | 7,680 | 54 |
| Greene | 679 | 29 | 676 | 26 | 678 | 24 |
| Hale | 2,405 | 62 | 2,391 | 56 | 2,407 | 54 |

Certified by the State Canvassing Board
November 27, 2018

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

| | Court of Civil Appeals Judge, Place 1 | | Court of Civil Appeals Judge, Place 2 | | Court of Civil Appeals Judge, Place 3 | |
|---|---|---|---|---|---|---|
| | Edwards (R) | Write-In | Hanson (R) | Write-In | Moore (R) | Write-In |
| Henry | 4,414 | 70 | 4,411 | 70 | 4,418 | 72 |
| Houston | 23,654 | 530 | 23,609 | 527 | 23,640 | 511 |
| Jackson | 12,099 | 112 | 12,093 | 112 | 12,098 | 109 |
| Jefferson | 127,507 | 9,617 | 126,600 | 9,603 | 126,855 | 9,568 |
| Lamar | 4,454 | 31 | 4,446 | 31 | 4,454 | 31 |
| Lauderdale | 21,441 | 511 | 21,434 | 503 | 21,396 | 500 |
| Lawrence | 8,061 | 109 | 8,045 | 106 | 8,050 | 107 |
| Lee | 31,205 | 1,027 | 31,063 | 1,013 | 31,066 | 1,012 |
| Limestone | 24,087 | 659 | 24,025 | 658 | 24,020 | 659 |
| Lowndes | 1,425 | 68 | 1,416 | 69 | 1,440 | 66 |
| Macon | 1,450 | 159 | 1,447 | 156 | 1,458 | 160 |
| Madison | 83,456 | 4,167 | 83,085 | 4,158 | 82,958 | 4,182 |
| Marengo | 4,034 | 80 | 4,026 | 73 | 4,059 | 74 |
| Marion | 7,936 | 52 | 7,926 | 53 | 7,939 | 48 |
| Marshall | 22,502 | 194 | 22,453 | 187 | 22,445 | 188 |
| Mobile | 74,716 | 3,001 | 74,484 | 2,980 | 74,521 | 3,015 |
| Monroe | 4,749 | 85 | 4,736 | 88 | 4,750 | 85 |
| Montgomery | 30,893 | 2,035 | 30,616 | 2,043 | 30,783 | 2,020 |
| Morgan | 29,658 | 443 | 29,591 | 445 | 29,610 | 444 |
| Perry | 1,071 | 28 | 1,068 | 28 | 1,073 | 29 |
| Pickens | 4,904 | 93 | 4,898 | 89 | 4,920 | 95 |
| Pike | 6,185 | 164 | 6,151 | 163 | 6,176 | 156 |
| Randolph | 5,696 | 55 | 5,703 | 49 | 5,706 | 48 |
| Russell | 7,505 | 391 | 7,484 | 388 | 7,493 | 391 |
| Shelby | 62,534 | 1,451 | 62,370 | 1,455 | 62,371 | 1,449 |
| St_ Clair | 24,663 | 312 | 24,643 | 310 | 24,617 | 349 |
| Sumter | 1,346 | 58 | 1,343 | 57 | 1,360 | 58 |
| Talladega | 16,441 | 465 | 16,413 | 459 | 16,435 | 453 |
| Tallapoosa | 10,961 | 147 | 10,945 | 141 | 10,956 | 137 |
| Tuscaloosa | 40,031 | 1,739 | 39,841 | 1,729 | 39,949 | 1,727 |
| Walker | 18,760 | 196 | 18,724 | 185 | 18,747 | 181 |
| Washington | 4,601 | 59 | 4,592 | 54 | 4,605 | 55 |
| Wilcox | 1,425 | 27 | 1,421 | 25 | 1,438 | 25 |
| Winston | 6,736 | 32 | 6,722 | 33 | 6,737 | 31 |

**Certified by the State Canvassing Board**
**November 27, 2018**

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

|  | Court of Criminal Appeals Judge, Place 1 | | Court of Criminal Appeals Judge, Place 2 | |
|---|---|---|---|---|
|  | Minor (R) | Write-In | McCool (R) | Write-In |
| Total | 1,080,637 | 32,927 | 1,079,559 | 32,504 |
| Autauga | 14,379 | 295 | 14,367 | 285 |
| Baldwin | 60,518 | 921 | 60,528 | 896 |
| Barbour | 4,151 | 108 | 4,144 | 109 |
| Bibb | 5,312 | 65 | 5,313 | 66 |
| Blount | 17,241 | 99 | 17,222 | 98 |
| Bullock | 888 | 44 | 872 | 36 |
| Butler | 4,558 | 76 | 4,522 | 67 |
| Calhoun | 25,736 | 681 | 25,630 | 669 |
| Chambers | 6,641 | 181 | 6,601 | 182 |
| Cherokee | 6,800 | 42 | 6,770 | 37 |
| Chilton | 11,269 | 79 | 11,260 | 77 |
| Choctaw | 3,051 | 60 | 3,041 | 60 |
| Clarke | 6,248 | 93 | 6,219 | 100 |
| Clay | 4,107 | 30 | 4,081 | 28 |
| Cleburne | 3,889 | 15 | 3,880 | 11 |
| Coffee | 12,306 | 179 | 12,275 | 175 |
| Colbert | 13,134 | 275 | 13,021 | 262 |
| Conecuh | 2,281 | 36 | 2,276 | 35 |
| Coosa | 2,806 | 46 | 2,798 | 45 |
| Covington | 9,763 | 54 | 9,728 | 49 |
| Crenshaw | 3,601 | 34 | 3,594 | 33 |
| Cullman | 24,912 | 132 | 24,884 | 125 |
| Dale | 10,653 | 211 | 10,632 | 215 |
| Dallas | 4,859 | 230 | 4,824 | 224 |
| DeKalb | 17,060 | 128 | 17,015 | 122 |
| Elmore | 22,096 | 299 | 22,054 | 311 |
| Escambia | 8,027 | 111 | 7,981 | 109 |
| Etowah | 24,696 | 483 | 24,649 | 466 |
| Fayette | 5,500 | 44 | 5,766 | 58 |
| Franklin | 6,053 | 66 | 6,006 | 65 |
| Geneva | 7,676 | 52 | 7,655 | 56 |
| Greene | 677 | 27 | 680 | 27 |
| Hale | 2,386 | 55 | 2,411 | 55 |

**Certified by the State Canvassing Board**
**November 27, 2018**

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

|  | Court of Criminal Appeals Judge, Place 1 | | Court of Criminal Appeals Judge, Place 2 | |
| --- | --- | --- | --- | --- |
|  | Minor (R) | Write-In | McCool (R) | Write-In |
| Henry | 4,413 | 67 | 4,402 | 62 |
| Houston | 23,593 | 529 | 23,576 | 523 |
| Jackson | 12,080 | 111 | 12,029 | 106 |
| Jefferson | 126,512 | 9,417 | 126,606 | 9,365 |
| Lamar | 4,445 | 35 | 4,516 | 42 |
| Lauderdale | 21,393 | 506 | 21,271 | 495 |
| Lawrence | 8,033 | 105 | 7,988 | 109 |
| Lee | 31,077 | 1,029 | 31,016 | 976 |
| Limestone | 24,001 | 662 | 23,950 | 653 |
| Lowndes | 1,420 | 67 | 1,398 | 69 |
| Macon | 1,455 | 159 | 1,440 | 151 |
| Madison | 82,723 | 4,034 | 82,718 | 3,980 |
| Marengo | 4,020 | 75 | 4,020 | 75 |
| Marion | 7,934 | 46 | 7,967 | 58 |
| Marshall | 22,467 | 187 | 22,391 | 182 |
| Mobile | 74,228 | 2,923 | 74,138 | 2,890 |
| Monroe | 4,736 | 89 | 4,715 | 84 |
| Montgomery | 30,614 | 2,013 | 30,668 | 2,019 |
| Morgan | 29,575 | 446 | 29,496 | 440 |
| Perry | 1,079 | 26 | 1,082 | 26 |
| Pickens | 4,905 | 96 | 5,133 | 117 |
| Pike | 6,159 | 158 | 6,127 | 155 |
| Randolph | 5,693 | 55 | 5,687 | 52 |
| Russell | 7,481 | 387 | 7,465 | 391 |
| Shelby | 62,377 | 1,447 | 62,276 | 1,418 |
| St_ Clair | 24,830 | 333 | 24,615 | 294 |
| Sumter | 1,336 | 56 | 1,348 | 54 |
| Talladega | 16,453 | 459 | 16,361 | 457 |
| Tallapoosa | 10,939 | 143 | 10,920 | 139 |
| Tuscaloosa | 39,916 | 1,719 | 40,126 | 1,665 |
| Walker | 18,734 | 181 | 18,733 | 191 |
| Washington | 4,588 | 56 | 4,541 | 53 |
| Wilcox | 1,428 | 27 | 1,424 | 24 |
| Winston | 6,726 | 33 | 6,717 | 36 |

**Certified by the State Canvassing Board**
**November 27, 2018**

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

|  | Court of Criminal Appeals Judge, Place 3 | | Public Service Commissioner, Place 1 | | |
|---|---|---|---|---|---|
|  | Cole (R) | Write-In | McClure (D) | Oden (R) | Write-In |
| Total | 1,077,733 | 32,076 | 662,581 | 1,013,072 | 940 |
| Autauga | 14,340 | 281 | 5,522 | 13,774 | 9 |
| Baldwin | 60,408 | 891 | 18,652 | 57,806 | 35 |
| Barbour | 4,129 | 108 | 4,085 | 4,068 | 3 |
| Bibb | 5,303 | 63 | 1,610 | 5,178 | 4 |
| Blount | 17,188 | 96 | 2,101 | 17,137 | 9 |
| Bullock | 876 | 37 | 2,752 | 860 | 2 |
| Butler | 4,513 | 70 | 3,386 | 4,348 | 5 |
| Calhoun | 25,577 | 659 | 11,929 | 24,241 | 28 |
| Chambers | 6,594 | 166 | 4,754 | 6,225 | 2 |
| Cherokee | 6,772 | 38 | 1,420 | 6,761 | 4 |
| Chilton | 11,258 | 76 | 2,311 | 11,140 | 4 |
| Choctaw | 3,024 | 59 | 2,700 | 3,058 | 2 |
| Clarke | 6,208 | 86 | 4,800 | 6,085 | 1 |
| Clay | 4,078 | 24 | 1,085 | 4,059 | 1 |
| Cleburne | 3,879 | 12 | 457 | 3,856 | 2 |
| Coffee | 12,263 | 178 | 3,890 | 11,833 | 7 |
| Colbert | 13,001 | 250 | 7,408 | 12,510 | 20 |
| Conecuh | 2,274 | 34 | 2,435 | 2,306 | 2 |
| Coosa | 2,796 | 43 | 1,452 | 2,742 | 3 |
| Covington | 9,729 | 50 | 2,090 | 9,673 | 4 |
| Crenshaw | 3,571 | 32 | 1,505 | 3,605 | 2 |
| Cullman | 24,848 | 120 | 3,592 | 24,768 | 22 |
| Dale | 10,618 | 205 | 3,877 | 10,135 | 12 |
| Dallas | 4,817 | 217 | 10,290 | 4,509 | 14 |
| DeKalb | 17,001 | 123 | 3,808 | 16,726 | 10 |
| Elmore | 22,015 | 303 | 7,564 | 21,395 | 10 |
| Escambia | 7,987 | 106 | 3,836 | 7,858 | 6 |
| Etowah | 24,602 | 482 | 9,669 | 23,724 | 19 |
| Fayette | 5,481 | 42 | 1,572 | 5,392 | 11 |
| Franklin | 5,984 | 59 | 2,138 | 6,010 | 8 |
| Geneva | 7,645 | 54 | 1,236 | 7,548 | 1 |
| Greene | 666 | 23 | 3,434 | 633 | 1 |
| Hale | 2,403 | 51 | 3,967 | 2,346 | 5 |

**Certified by the State Canvassing Board**
**November 27, 2018**

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

| | Court of Criminal Appeals Judge, Place 3 | | Public Service Commissioner, Place 1 | | |
|---|---|---|---|---|---|
| | Cole (R) | Write-In | McClure (D) | Oden (R) | Write-In |
| Henry | 4,387 | 63 | 1,990 | 4,447 | 1 |
| Houston | 23,513 | 516 | 9,159 | 22,493 | 18 |
| Jackson | 12,001 | 103 | 3,241 | 11,813 | 4 |
| Jefferson | 127,525 | 9,331 | 144,286 | 108,248 | 120 |
| Lamar | 4,447 | 29 | 863 | 4,382 | 2 |
| Lauderdale | 21,235 | 475 | 9,816 | 20,015 | 14 |
| Lawrence | 7,959 | 109 | 3,403 | 7,910 | 6 |
| Lee | 30,953 | 969 | 20,066 | 28,227 | 35 |
| Limestone | 23,883 | 645 | 9,942 | 22,708 | 19 |
| Lowndes | 1,392 | 67 | 3,563 | 1,331 | - |
| Macon | 1,421 | 151 | 5,994 | 1,122 | 3 |
| Madison | 82,474 | 3,941 | 63,550 | 74,353 | 104 |
| Marengo | 4,013 | 68 | 4,636 | 3,963 | 4 |
| Marion | 7,886 | 47 | 1,434 | 7,925 | 4 |
| Marshall | 22,353 | 182 | 4,498 | 21,954 | 12 |
| Mobile | 73,995 | 2,854 | 61,127 | 69,498 | 93 |
| Monroe | 4,698 | 85 | 3,902 | 4,670 | 3 |
| Montgomery | 30,622 | 2,005 | 49,028 | 26,490 | 55 |
| Morgan | 29,459 | 430 | 10,069 | 28,674 | 16 |
| Perry | 1,080 | 24 | 3,152 | 1,024 | 2 |
| Pickens | 4,865 | 90 | 3,495 | 4,606 | 2 |
| Pike | 6,121 | 157 | 4,303 | 5,835 | 5 |
| Randolph | 5,679 | 51 | 1,802 | 5,606 | 2 |
| Russell | 7,439 | 391 | 8,123 | 6,723 | 7 |
| Shelby | 62,212 | 1,381 | 24,110 | 58,259 | 32 |
| St_ Clair | 24,583 | 299 | 5,660 | 23,904 | 9 |
| Sumter | 1,334 | 53 | 4,069 | 1,205 | 1 |
| Talladega | 16,354 | 441 | 10,357 | 15,562 | 10 |
| Tallapoosa | 10,908 | 137 | 4,637 | 10,728 | 5 |
| Tuscaloosa | 39,749 | 1,655 | 30,377 | 36,719 | 56 |
| Walker | 18,676 | 177 | 4,444 | 17,852 | 18 |
| Washington | 4,536 | 54 | 2,073 | 4,461 | 4 |
| Wilcox | 1,420 | 25 | 3,213 | 1,389 | 2 |
| Winston | 6,713 | 33 | 872 | 6,667 | 4 |

Certified by the State Canvassing Board
**November 27, 2018**

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

|  | Public Service Commissioner, Place 2 | | |
|---|---|---|---|
|  | Powell (D) | Beeker, Jr. (R) | Write-In |
| Total | 668,620 | 1,006,713 | 1,029 |
| Autauga | 5,623 | 13,657 | 13 |
| Baldwin | 18,856 | 57,653 | 56 |
| Barbour | 4,070 | 4,074 | 5 |
| Bibb | 1,637 | 5,162 | 1 |
| Blount | 2,200 | 16,968 | 7 |
| Bullock | 2,736 | 877 | 1 |
| Butler | 3,389 | 4,356 | 9 |
| Calhoun | 12,066 | 24,060 | 25 |
| Chambers | 4,768 | 6,218 | 7 |
| Cherokee | 1,470 | 6,701 | 3 |
| Chilton | 2,363 | 11,069 | 6 |
| Choctaw | 2,706 | 3,067 | 6 |
| Clarke | 4,822 | 6,069 | 3 |
| Clay | 1,109 | 4,031 | 1 |
| Cleburne | 462 | 3,850 | 2 |
| Coffee | 3,898 | 11,841 | 7 |
| Colbert | 7,539 | 12,322 | 21 |
| Conecuh | 2,449 | 2,291 | 5 |
| Coosa | 1,475 | 2,723 | 5 |
| Covington | 2,131 | 9,633 | 3 |
| Crenshaw | 1,529 | 3,599 | 3 |
| Cullman | 3,918 | 24,227 | 10 |
| Dale | 3,886 | 10,142 | 9 |
| Dallas | 10,329 | 4,492 | 15 |
| DeKalb | 3,938 | 16,552 | 10 |
| Elmore | 7,656 | 21,307 | 15 |
| Escambia | 3,872 | 7,821 | 4 |
| Etowah | 9,883 | 23,599 | 20 |
| Fayette | 1,588 | 5,364 | 12 |
| Franklin | 2,222 | 5,854 | 6 |
| Geneva | 1,247 | 7,537 | 6 |
| Greene | 3,423 | 680 | 1 |
| Hale | 3,983 | 2,383 | - |

**Certified by the State Canvassing Board**
**November 27, 2018**

State of Alabama

## Statewide Offices - General Election Results
## November 6, 2018

|  | Public Service Commissioner, Place 2 | | |
|---|---|---|---|
|  | Powell (D) | Beeker, Jr. (R) | Write-In |
| Henry | 1,994 | 4,457 | 1 |
| Houston | 9,172 | 22,505 | 16 |
| Jackson | 3,288 | 11,731 | 4 |
| Jefferson | 145,232 | 107,552 | 104 |
| Lamar | 885 | 4,355 | 3 |
| Lauderdale | 10,002 | 19,738 | 21 |
| Lawrence | 3,589 | 7,623 | 8 |
| Lee | 20,271 | 28,037 | 36 |
| Limestone | 10,164 | 22,456 | 20 |
| Lowndes | 3,559 | 1,333 | - |
| Macon | 5,996 | 1,120 | 5 |
| Madison | 64,396 | 73,451 | 110 |
| Marengo | 4,639 | 3,992 | 6 |
| Marion | 1,482 | 7,856 | 5 |
| Marshall | 4,632 | 21,773 | 11 |
| Mobile | 61,225 | 69,498 | 121 |
| Monroe | 3,912 | 4,659 | 2 |
| Montgomery | 49,157 | 26,338 | 61 |
| Morgan | 10,385 | 28,149 | 13 |
| Perry | 3,161 | 1,022 | 3 |
| Pickens | 3,494 | 4,630 | 1 |
| Pike | 4,309 | 5,816 | 10 |
| Randolph | 1,820 | 5,583 | 2 |
| Russell | 8,102 | 6,736 | 6 |
| Shelby | 24,382 | 57,985 | 34 |
| St_ Clair | 5,727 | 23,829 | 7 |
| Sumter | 4,044 | 1,252 | 1 |
| Talladega | 10,389 | 15,506 | 20 |
| Tallapoosa | 4,681 | 10,697 | 5 |
| Tuscaloosa | 30,558 | 36,664 | 59 |
| Walker | 4,534 | 17,731 | 22 |
| Washington | 2,076 | 4,451 | 7 |
| Wilcox | 3,221 | 1,385 | 2 |
| Winston | 899 | 6,624 | 6 |

**Certified by the State Canvassing Board**
**November 27, 2018**

State of Alabama