FILED
2023 Aug-09 PM 3:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 29



# STATE OF ALABAMA

### Canvass of Results
### General Election
### November 3, 2020

Pursuant to Chapter 12 of Title 17 of the Code of Alabama, 1975, and without limitation, we, the undersigned, hereby certify that the results of the General Election for federal, state, and judicial offices and proposed constitutional amendments held in Alabama on Tuesday, November 3, 2020 were opened and counted by us and that the results so tabulated are recorded on the following pages.

In Testimony Whereby, I have hereunto set my hand and affixed the Great and Principal Seal of the State of Alabama at the State Capitol, in the City of Montgomery, on this the 23rd day of November, in the year 2020.

_Kay Ivey_
Kay Ivey
Governor

_Steve Marshall_
Steve Marshall
Attorney General

_John Merrill_
John Merrill
Secretary of State

# General Election Results November 3, 2020

| Office | Pages |
|---|---|
| Statewide Offices | 1-8 |
| US House of Representatives | 9-16 |
| State Board of Education | 17-20 |
| Circuit Court Judge | 21-38 |
| District Court Judge | 39-68 |
| Proposed Constitutional Amendments | 69-100 |

Statewide Offices - General Election Results
November 3, 2020

| | President And Vice President Of The United States | | | | United States Senator | | |
|---|---|---|---|---|---|---|---|
| | Joseph R. Biden (D) | Donald J. Trump (R) | Jo Jorgensen (I) | Write-In | Doug Jones (D) | Tommy Tuberville (R) | Write-In |
| Total | 849,624 | 1,441,170 | 25,176 | 7,312 | 920,478 | 1,392,076 | 3,891 |
| Autauga | 7,503 | 19,838 | 350 | 79 | 8,277 | 19,387 | 43 |
| Baldwin | 24,578 | 83,544 | 1,229 | 328 | 28,925 | 80,200 | 225 |
| Barbour | 4,816 | 5,622 | 68 | 12 | 5,021 | 5,449 | 9 |
| Bibb | 1,986 | 7,525 | 74 | 10 | 2,244 | 7,320 | 17 |
| Blount | 2,640 | 24,711 | 209 | 28 | 3,290 | 24,163 | 53 |
| Bullock | 3,446 | 1,146 | 19 | 2 | 3,490 | 1,108 | 2 |
| Butler | 3,965 | 5,458 | 59 | 6 | 4,193 | 5,232 | 11 |
| Calhoun | 15,216 | 35,101 | 553 | 113 | 16,808 | 33,936 | 77 |
| Chambers | 6,365 | 8,753 | 141 | 25 | 6,908 | 8,312 | 14 |
| Cherokee | 1,624 | 10,583 | 82 | 12 | 2,112 | 10,122 | 17 |
| Chilton | 3,073 | 16,085 | 123 | 29 | 3,499 | 15,708 | 22 |
| Choctaw | 3,127 | 4,296 | 38 | 3 | 3,225 | 4,188 | 3 |
| Clarke | 5,755 | 7,324 | 49 | 7 | 6,017 | 7,061 | 9 |
| Clay | 1,267 | 5,601 | 53 | 9 | 1,441 | 5,454 | 8 |
| Cleburne | 675 | 6,484 | 60 | 8 | 843 | 6,321 | 5 |
| Coffee | 5,076 | 16,899 | 264 | 36 | 5,753 | 16,400 | 25 |
| Colbert | 8,343 | 19,203 | 272 | 68 | 9,408 | 18,320 | 53 |
| Conecuh | 2,966 | 3,442 | 32 | 1 | 3,098 | 3,294 | 4 |
| Coosa | 1,796 | 3,631 | 46 | 6 | 1,899 | 3,559 | 9 |
| Covington | 2,721 | 14,586 | 97 | 26 | 3,214 | 14,120 | 19 |
| Crenshaw | 1,700 | 4,864 | 44 | 9 | 1,910 | 4,671 | 8 |
| Cullman | 4,478 | 36,880 | 418 | 75 | 5,693 | 35,949 | 93 |
| Dale | 5,170 | 14,303 | 233 | 32 | 5,955 | 13,653 | 33 |
| Dallas | 12,230 | 5,524 | 90 | 20 | 12,503 | 5,298 | 15 |
| DeKalb | 4,281 | 24,767 | 250 | 58 | 5,253 | 23,940 | 53 |
| Elmore | 10,367 | 30,164 | 398 | 101 | 11,399 | 29,459 | 60 |
| Escambia | 4,918 | 10,869 | 94 | 29 | 5,400 | 10,417 | 14 |
| Etowah | 11,567 | 35,528 | 531 | 102 | 13,145 | 34,351 | 93 |
| Fayette | 1,395 | 7,300 | 56 | 15 | 1,651 | 7,088 | 12 |
| Franklin | 2,086 | 10,376 | 106 | 10 | 2,605 | 9,856 | 20 |
| Geneva | 1,595 | 10,848 | 90 | 12 | 2,122 | 10,382 | 18 |
| Greene | 3,884 | 875 | 8 | 8 | 3,962 | 816 | 1 |
| Hale | 4,663 | 3,192 | 37 | 8 | 4,786 | 3,090 | 4 |

**Statewide Offices - General Election Results**
**November 3, 2020**

| | President And Vice President Of The United States | | | | United States Senator | | |
|---|---|---|---|---|---|---|---|
| | Joseph R. Biden (D) | Donald J. Trump (R) | Jo Jorgensen (I) | Write-In | Doug Jones (D) | Tommy Tuberville (R) | Write-In |
| Henry | 2,606 | 6,607 | 69 | 16 | 2,872 | 6,399 | 9 |
| Houston | 12,917 | 32,618 | 533 | 105 | 14,494 | 31,462 | 77 |
| Jackson | 3,717 | 19,670 | 208 | 41 | 4,587 | 18,888 | 29 |
| Jefferson | 181,688 | 138,843 | 3,578 | 1,739 | 190,644 | 134,314 | 552 |
| Lamar | 978 | 6,174 | 33 | 8 | 1,071 | 6,088 | 3 |
| Lauderdale | 11,915 | 31,721 | 537 | 166 | 13,874 | 30,071 | 88 |
| Lawrence | 3,562 | 12,322 | 126 | 21 | 4,211 | 11,710 | 33 |
| Lee | 27,860 | 42,221 | 1,019 | 349 | 29,986 | 41,154 | 114 |
| Limestone | 13,672 | 34,640 | 748 | 175 | 15,584 | 33,364 | 90 |
| Lowndes | 4,972 | 1,836 | 26 | 1 | 5,051 | 1,766 | 2 |
| Macon | 7,108 | 1,541 | 52 | 22 | 7,224 | 1,481 | 12 |
| Madison | 87,286 | 102,780 | 3,699 | 1,002 | 94,458 | 99,181 | 443 |
| Marengo | 5,488 | 5,343 | 59 | 10 | 5,687 | 5,166 | 9 |
| Marion | 1,463 | 12,205 | 115 | 24 | 1,847 | 11,897 | 16 |
| Marshall | 5,943 | 33,191 | 435 | 86 | 7,336 | 32,086 | 83 |
| Mobile | 79,474 | 101,243 | 1,938 | 509 | 86,034 | 96,320 | 315 |
| Monroe | 4,455 | 6,147 | 53 | 13 | 4,719 | 5,906 | 16 |
| Montgomery | 64,529 | 33,311 | 923 | 376 | 66,592 | 32,221 | 125 |
| Morgan | 13,234 | 39,664 | 705 | 119 | 15,108 | 38,280 | 111 |
| Perry | 3,860 | 1,339 | 24 | 7 | 3,943 | 1,274 | - |
| Pickens | 4,022 | 5,594 | 40 | 12 | 4,193 | 5,439 | 11 |
| Pike | 5,636 | 8,042 | 134 | 29 | 6,020 | 7,777 | 14 |
| Randolph | 2,203 | 8,559 | 61 | 14 | 2,362 | 8,400 | 10 |
| Russell | 11,228 | 9,864 | 198 | 39 | 11,853 | 9,383 | 19 |
| Shelby | 33,268 | 79,700 | 1,462 | 520 | 36,606 | 77,836 | 236 |
| St_ Clair | 7,744 | 36,166 | 446 | 85 | 8,844 | 35,426 | 76 |
| Sumter | 4,648 | 1,598 | 37 | 8 | 4,705 | 1,550 | 3 |
| Talladega | 13,138 | 22,235 | 247 | 43 | 13,855 | 21,726 | 44 |
| Tallapoosa | 5,859 | 14,963 | 130 | 39 | 6,255 | 14,668 | 20 |
| Tuscaloosa | 37,765 | 51,117 | 927 | 363 | 40,404 | 49,347 | 190 |
| Walker | 4,834 | 26,002 | 277 | 57 | 5,978 | 25,016 | 65 |
| Washington | 2,258 | 6,564 | 45 | 9 | 2,635 | 6,162 | 9 |
| Wilcox | 4,048 | 1,833 | 17 | 5 | 4,095 | 1,779 | 5 |
| Winston | 974 | 10,195 | 102 | 13 | 1,302 | 9,915 | 13 |

**Certified by the State Canvassing Board**
**November 23, 2020**                                     State of Alabama                                     Page 2 of 100

**Statewide Offices - General Election Results**

**November 3, 2020**

|  | Associate Justice Of The Supreme Court, Place 1 | | Associate Justice Of The Supreme Court, Place 2 | |
|---|---|---|---|---|
|  | **Greg Shaw (R)** | Write-In | **Brad Mendheim (R)** | Write-In |
| Total | 1,554,369 | 38,502 | 1,547,036 | 37,399 |
| Autauga | 21,012 | 371 | 20,911 | 363 |
| Baldwin | 88,201 | 1,156 | 87,924 | 1,093 |
| Barbour | 5,916 | 153 | 5,866 | 145 |
| Bibb | 7,689 | 88 | 7,674 | 87 |
| Blount | 24,638 | 126 | 24,578 | 119 |
| Bullock | 1,321 | 61 | 1,294 | 62 |
| Butler | 5,448 | 107 | 5,415 | 105 |
| Calhoun | 37,586 | 837 | 37,399 | 822 |
| Chambers | 9,488 | 294 | 9,413 | 275 |
| Cherokee | 10,438 | 54 | 10,389 | 51 |
| Chilton | 15,883 | 105 | 15,800 | 101 |
| Choctaw | 4,064 | 54 | 4,029 | 55 |
| Clarke | 7,322 | 98 | 7,257 | 103 |
| Clay | 5,543 | 59 | 5,521 | 56 |
| Cleburne | 6,360 | 27 | 6,343 | 28 |
| Coffee | 17,642 | 225 | 17,628 | 211 |
| Colbert | 19,955 | 319 | 19,849 | 314 |
| Conecuh | 3,333 | 48 | 3,301 | 45 |
| Coosa | 3,745 | 52 | 3,728 | 62 |
| Covington | 14,352 | 74 | 14,282 | 78 |
| Crenshaw | 4,809 | 42 | 4,783 | 40 |
| Cullman | 37,300 | 199 | 37,178 | 202 |
| Dale | 15,113 | 278 | 15,135 | 282 |
| Dallas | 6,380 | 283 | 6,230 | 297 |
| DeKalb | 24,768 | 167 | 24,666 | 158 |
| Elmore | 31,603 | 390 | 31,376 | 387 |
| Escambia | 11,253 | 178 | 11,221 | 173 |
| Etowah | 36,933 | 648 | 36,777 | 629 |
| Fayette | 7,263 | 52 | 7,199 | 55 |
| Franklin | 10,008 | 64 | 9,924 | 67 |
| Geneva | 10,796 | 68 | 10,793 | 72 |
| Greene | 1,039 | 48 | 1,001 | 46 |
| Hale | 3,272 | 86 | 3,234 | 89 |

**Statewide Offices - General Election Results**
**November 3, 2020**

|  | Associate Justice Of The Supreme Court, Place 1 | | Associate Justice Of The Supreme Court, Place 2 | |
|---|---:|---:|---:|---:|
|  | **Greg Shaw (R)** | Write-In | **Brad Mendheim (R)** | Write-In |
| Henry | 6,738 | 81 | 6,820 | 84 |
| Houston | 34,743 | 767 | 35,391 | 732 |
| Jackson | 19,173 | 133 | 19,068 | 131 |
| Jefferson | 165,808 | 8,734 | 164,979 | 8,467 |
| Lamar | 6,167 | 38 | 6,156 | 32 |
| Lauderdale | 32,585 | 603 | 32,412 | 590 |
| Lawrence | 12,154 | 118 | 12,112 | 116 |
| Lee | 48,411 | 1,381 | 48,206 | 1,302 |
| Limestone | 36,853 | 972 | 36,690 | 942 |
| Lowndes | 2,031 | 74 | 1,984 | 76 |
| Macon | 2,381 | 236 | 2,302 | 251 |
| Madison | 120,027 | 4,657 | 119,319 | 4,512 |
| Marengo | 5,393 | 128 | 5,322 | 123 |
| Marion | 12,126 | 45 | 12,073 | 49 |
| Marshall | 33,765 | 297 | 33,681 | 285 |
| Mobile | 111,919 | 3,783 | 111,091 | 3,646 |
| Monroe | 6,302 | 103 | 6,270 | 98 |
| Montgomery | 41,884 | 2,543 | 41,230 | 2,465 |
| Morgan | 41,181 | 504 | 41,003 | 489 |
| Perry | 1,500 | 36 | 1,471 | 35 |
| Pickens | 5,869 | 93 | 5,838 | 96 |
| Pike | 8,851 | 236 | 8,805 | 228 |
| Randolph | 8,382 | 101 | 8,330 | 97 |
| Russell | 11,551 | 449 | 11,458 | 438 |
| Shelby | 87,552 | 1,948 | 87,340 | 1,876 |
| St_ Clair | 37,362 | 402 | 37,266 | 386 |
| Sumter | 1,836 | 61 | 1,798 | 62 |
| Talladega | 23,891 | 530 | 23,763 | 525 |
| Tallapoosa | 15,421 | 212 | 15,307 | 216 |
| Tuscaloosa | 57,374 | 2,098 | 57,037 | 2,044 |
| Walker | 26,409 | 204 | 26,254 | 213 |
| Washington | 6,272 | 55 | 6,228 | 53 |
| Wilcox | 1,901 | 35 | 1,870 | 36 |
| Winston | 10,084 | 34 | 10,044 | 32 |

Statewide Offices - General Election Results

November 3, 2020

|  | Court Of Civil Appeals Judge, Place 1 | | Court Of Civil Appeals Judge, Place 2 | | Court Of Criminal Appeals Judge, Place 1 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | William C. "Bill" Thompson (R) | Write-In | Matt Fridy (R) | Write-In | Mary Windom (R) | Write-In |
| Total | 1,546,671 | 36,484 | 1,539,415 | 35,890 | 1,541,862 | 34,708 |
| Autauga | 20,917 | 393 | 20,798 | 361 | 20,881 | 354 |
| Baldwin | 87,862 | 1,050 | 87,549 | 1,025 | 87,880 | 985 |
| Barbour | 5,865 | 145 | 5,822 | 140 | 5,810 | 130 |
| Bibb | 7,672 | 79 | 7,671 | 87 | 7,673 | 83 |
| Blount | 24,544 | 112 | 24,488 | 108 | 24,520 | 103 |
| Bullock | 1,307 | 54 | 1,265 | 62 | 1,285 | 57 |
| Butler | 5,432 | 99 | 5,397 | 95 | 5,413 | 91 |
| Calhoun | 37,396 | 805 | 37,261 | 808 | 37,292 | 792 |
| Chambers | 9,452 | 272 | 9,393 | 277 | 9,384 | 270 |
| Cherokee | 10,357 | 50 | 10,305 | 50 | 10,339 | 49 |
| Chilton | 15,757 | 98 | 15,701 | 85 | 15,718 | 87 |
| Choctaw | 4,068 | 47 | 4,026 | 51 | 4,015 | 49 |
| Clarke | 7,319 | 101 | 7,231 | 91 | 7,256 | 92 |
| Clay | 5,515 | 51 | 5,497 | 53 | 5,507 | 58 |
| Cleburne | 6,321 | 30 | 6,321 | 26 | 6,331 | 23 |
| Coffee | 17,627 | 204 | 17,491 | 205 | 17,535 | 199 |
| Colbert | 19,919 | 297 | 19,717 | 296 | 19,758 | 279 |
| Conecuh | 3,286 | 46 | 3,253 | 48 | 3,262 | 55 |
| Coosa | 3,730 | 54 | 3,720 | 59 | 3,709 | 60 |
| Covington | 14,287 | 68 | 14,191 | 73 | 14,192 | 69 |
| Crenshaw | 4,777 | 40 | 4,754 | 44 | 4,765 | 44 |
| Cullman | 37,173 | 191 | 37,090 | 174 | 37,109 | 171 |
| Dale | 15,075 | 271 | 15,008 | 267 | 15,034 | 256 |
| Dallas | 6,250 | 293 | 6,114 | 300 | 6,106 | 291 |
| DeKalb | 24,659 | 165 | 24,518 | 156 | 24,555 | 149 |
| Elmore | 31,422 | 373 | 31,250 | 355 | 31,368 | 349 |
| Escambia | 11,228 | 172 | 11,168 | 184 | 11,165 | 179 |
| Etowah | 36,809 | 623 | 36,638 | 624 | 36,678 | 590 |
| Fayette | 7,217 | 50 | 7,195 | 44 | 7,191 | 39 |
| Franklin | 9,914 | 66 | 9,847 | 68 | 9,839 | 61 |
| Geneva | 10,765 | 58 | 10,700 | 57 | 10,728 | 56 |
| Greene | 1,004 | 48 | 991 | 45 | 986 | 42 |
| Hale | 3,240 | 86 | 3,229 | 77 | 3,226 | 76 |

Statewide Offices - General Election Results

November 3, 2020

| | Court Of Civil Appeals Judge, Place 1 | | Court Of Civil Appeals Judge, Place 2 | | Court Of Criminal Appeals Judge, Place 1 | |
|---|---|---|---|---|---|---|
| | William C. "Bill" Thompson (R) | Write-In | Matt Fridy (R) | Write-In | Mary Windom (R) | Write-In |
| Henry | 6,710 | 79 | 6,686 | 87 | 6,691 | 86 |
| Houston | 34,728 | 714 | 34,610 | 741 | 34,642 | 703 |
| Jackson | 19,068 | 123 | 18,983 | 119 | 18,974 | 109 |
| Jefferson | 164,995 | 8,324 | 164,393 | 8,188 | 164,193 | 7,953 |
| Lamar | 6,158 | 30 | 6,147 | 23 | 6,146 | 22 |
| Lauderdale | 32,400 | 533 | 32,157 | 537 | 32,251 | 535 |
| Lawrence | 12,105 | 112 | 12,068 | 108 | 12,075 | 109 |
| Lee | 48,230 | 1,274 | 48,170 | 1,245 | 48,225 | 1,191 |
| Limestone | 36,640 | 894 | 36,445 | 887 | 36,582 | 860 |
| Lowndes | 1,989 | 78 | 1,947 | 82 | 1,958 | 73 |
| Macon | 2,353 | 245 | 2,259 | 241 | 2,290 | 236 |
| Madison | 119,141 | 4,362 | 118,816 | 4,172 | 119,073 | 4,021 |
| Marengo | 5,338 | 120 | 5,262 | 127 | 5,268 | 114 |
| Marion | 12,066 | 48 | 12,050 | 51 | 12,048 | 44 |
| Marshall | 33,663 | 274 | 33,572 | 277 | 33,583 | 263 |
| Mobile | 111,348 | 3,604 | 110,306 | 3,499 | 111,059 | 3,375 |
| Monroe | 6,273 | 99 | 6,246 | 97 | 6,254 | 94 |
| Montgomery | 41,172 | 2,403 | 40,702 | 2,433 | 40,955 | 2,358 |
| Morgan | 41,064 | 479 | 40,789 | 464 | 40,846 | 450 |
| Perry | 1,473 | 37 | 1,457 | 38 | 1,459 | 38 |
| Pickens | 5,846 | 90 | 5,803 | 94 | 5,810 | 90 |
| Pike | 8,826 | 229 | 8,721 | 222 | 8,706 | 223 |
| Randolph | 8,342 | 97 | 8,307 | 98 | 8,326 | 92 |
| Russell | 11,440 | 431 | 11,418 | 427 | 11,379 | 410 |
| Shelby | 87,354 | 1,817 | 87,498 | 1,796 | 87,233 | 1,710 |
| St_ Clair | 37,247 | 370 | 37,187 | 359 | 37,183 | 334 |
| Sumter | 1,804 | 60 | 1,774 | 59 | 1,771 | 57 |
| Talladega | 23,797 | 518 | 23,733 | 518 | 23,727 | 508 |
| Tallapoosa | 15,304 | 211 | 15,255 | 210 | 15,332 | 213 |
| Tuscaloosa | 57,214 | 2,020 | 56,867 | 1,981 | 57,059 | 1,954 |
| Walker | 26,275 | 195 | 26,161 | 209 | 26,182 | 189 |
| Washington | 6,217 | 60 | 6,149 | 50 | 6,195 | 48 |
| Wilcox | 1,881 | 30 | 1,856 | 31 | 1,872 | 32 |
| Winston | 10,044 | 33 | 10,022 | 25 | 10,005 | 26 |

Statewide Offices - General Election Results

November 3, 2020

|  | Court Of Criminal Appeals Judge, Place 2 | | President, Public Service Commission | | |
|---|---|---|---|---|---|
|  | Beth Kellum (R) | Write-In | Laura Casey (D) | Twinkle Andress Cavanaugh (R) | Write-In |
| Total | 1,537,451 | 34,128 | 858,054 | 1,403,790 | 2,726 |
| Autauga | 20,808 | 352 | 7,864 | 19,289 | 41 |
| Baldwin | 87,650 | 954 | 25,067 | 81,884 | 121 |
| Barbour | 5,802 | 133 | 4,803 | 5,379 | 12 |
| Bibb | 7,668 | 78 | 2,090 | 7,335 | 9 |
| Blount | 24,472 | 107 | 3,264 | 23,707 | 34 |
| Bullock | 1,261 | 60 | 3,329 | 1,114 | 7 |
| Butler | 5,395 | 85 | 4,046 | 5,175 | 3 |
| Calhoun | 37,250 | 778 | 15,553 | 34,112 | 56 |
| Chambers | 9,362 | 269 | 6,498 | 8,290 | 21 |
| Cherokee | 10,313 | 45 | 1,774 | 10,148 | 11 |
| Chilton | 15,699 | 89 | 3,359 | 15,341 | 26 |
| Choctaw | 4,006 | 50 | 3,216 | 3,821 | 6 |
| Clarke | 7,231 | 94 | 5,710 | 7,012 | 8 |
| Clay | 5,488 | 60 | 1,345 | 5,378 | 8 |
| Cleburne | 6,326 | 21 | 813 | 6,174 | 6 |
| Coffee | 17,484 | 207 | 5,251 | 16,415 | 22 |
| Colbert | 19,707 | 277 | 8,743 | 18,323 | 33 |
| Conecuh | 3,240 | 48 | 2,930 | 3,193 | 2 |
| Coosa | 3,695 | 55 | 1,798 | 3,551 | 5 |
| Covington | 14,191 | 67 | 2,871 | 14,042 | 9 |
| Crenshaw | 4,751 | 41 | 1,799 | 4,643 | 6 |
| Cullman | 37,045 | 173 | 5,141 | 35,831 | 48 |
| Dale | 14,993 | 249 | 5,311 | 13,821 | 35 |
| Dallas | 6,050 | 275 | 12,003 | 5,249 | 14 |
| DeKalb | 24,491 | 151 | 4,680 | 23,731 | 33 |
| Elmore | 31,260 | 348 | 10,649 | 29,492 | 47 |
| Escambia | 11,161 | 161 | 5,016 | 10,452 | 14 |
| Etowah | 36,621 | 583 | 12,247 | 34,401 | 67 |
| Fayette | 7,196 | 41 | 1,486 | 7,007 | 5 |
| Franklin | 9,838 | 64 | 2,363 | 9,629 | 10 |
| Geneva | 10,696 | 61 | 1,793 | 10,422 | 17 |
| Greene | 973 | 46 | 3,799 | 813 | 5 |
| Hale | 3,204 | 72 | 4,647 | 3,008 | 4 |

**Statewide Offices - General Election Results**
**November 3, 2020**

|  | Court Of Criminal Appeals Judge, Place 2 | | President, Public Service Commission | | |
|---|---|---|---|---|---|
|  | Beth Kellum (R) | Write-In | Laura Casey (D) | Twinkle Andress Cavanaugh (R) | Write-In |
| Henry | 6,683 | 84 | 2,599 | 6,343 | 11 |
| Houston | 34,580 | 681 | 13,142 | 31,897 | 67 |
| Jackson | 18,934 | 111 | 3,991 | 18,572 | 18 |
| Jefferson | 163,704 | 7,801 | 180,954 | 138,091 | 386 |
| Lamar | 6,139 | 21 | 1,050 | 5,951 | 2 |
| Lauderdale | 32,143 | 526 | 12,593 | 30,138 | 45 |
| Lawrence | 12,034 | 103 | 3,761 | 11,711 | 17 |
| Lee | 48,105 | 1,164 | 27,848 | 41,775 | 98 |
| Limestone | 36,512 | 866 | 14,056 | 33,692 | 86 |
| Lowndes | 1,934 | 75 | 4,827 | 1,726 | 3 |
| Macon | 2,257 | 233 | 6,943 | 1,580 | 7 |
| Madison | 118,751 | 3,930 | 85,608 | 102,002 | 303 |
| Marengo | 5,227 | 110 | 5,456 | 4,979 | 6 |
| Marion | 12,035 | 47 | 1,684 | 11,734 | 13 |
| Marshall | 33,539 | 261 | 6,570 | 32,115 | 45 |
| Mobile | 110,427 | 3,328 | 79,569 | 99,231 | 180 |
| Monroe | 6,244 | 95 | 4,527 | 5,901 | 9 |
| Montgomery | 40,567 | 2,316 | 63,864 | 33,222 | 107 |
| Morgan | 40,798 | 433 | 13,499 | 38,767 | 51 |
| Perry | 1,444 | 40 | 3,787 | 1,282 | 3 |
| Pickens | 5,796 | 90 | 3,998 | 5,429 | 12 |
| Pike | 8,678 | 225 | 5,566 | 7,897 | 12 |
| Randolph | 8,280 | 90 | 2,357 | 8,047 | 10 |
| Russell | 11,352 | 403 | 11,440 | 9,428 | 22 |
| Shelby | 87,092 | 1,679 | 34,059 | 78,220 | 147 |
| St_ Clair | 37,147 | 341 | 8,283 | 35,290 | 46 |
| Sumter | 1,767 | 53 | 4,588 | 1,473 | 5 |
| Talladega | 23,675 | 502 | 13,348 | 21,797 | 40 |
| Tallapoosa | 15,228 | 213 | 5,969 | 14,500 | 12 |
| Tuscaloosa | 56,923 | 1,917 | 37,787 | 50,362 | 158 |
| Walker | 26,122 | 191 | 5,434 | 25,005 | 45 |
| Washington | 6,148 | 53 | 2,513 | 5,906 | 7 |
| Wilcox | 1,859 | 29 | 3,974 | 1,731 | 3 |
| Winston | 10,000 | 23 | 1,152 | 9,814 | 5 |