FILED
2023 Aug-09 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 30



# STATE OF ALABAMA

*Canvass of Results*
*General Election*
*November 8, 2022*

Pursuant to Chapter 12 of Title 17 of the Code of Alabama, 1975, and without limitation, we, the undersigned, hereby certify that the results of the General Election for federal, state, and judicial offices and proposed constitutional amendments held in Alabama on Tuesday, November 8, 2022 were opened and counted by us and that the results so tabulated are recorded on the following pages.

In Testimony Whereby, I have hereunto set my hand and affixed the Great and Principal Seal of the State of Alabama at the State Capitol, in the City of Montgomery, on this the 28th day of November, in the year 2022.

_____
Kay Ivey
Governor

_____
Steve Marshall
Attorney General

_____
John Merrill
Secretary of State



## Statewide Offices - General Election Results
## November 08, 2022

|  | Governor | | | |
|---|---|---|---|---|
|  | Yolanda Rochelle Flowers (D) | Kay Ivey (R) | James "Jimmy" Blake (L) | Write-In |
| Total | 412,961 | 946,932 | 45,958 | 9,432 |
| Autauga | 3,515 | 13,387 | 649 | 193 |
| Baldwin | 10,296 | 58,823 | 3,283 | 785 |
| Barbour | 2,549 | 3,888 | 93 | 18 |
| Bibb | 930 | 4,681 | 229 | 44 |
| Blount | 930 | 14,895 | 703 | 77 |
| Bullock | 1,806 | 802 | 45 |  |
| Butler | 1,937 | 3,856 | 122 | 17 |
| Calhoun | 6,912 | 22,158 | 901 | 151 |
| Chambers | 2,890 | 5,961 | 246 | 53 |
| Cherokee | 653 | 6,971 | 189 | 25 |
| Chilton | 1,268 | 10,541 | 350 | 58 |
| Choctaw | 1,841 | 3,300 | 102 | 2 |
| Clarke | 3,556 | 5,359 | 127 | 5 |
| Clay | 480 | 3,638 | 109 | 18 |
| Cleburne | 276 | 4,200 | 127 | 14 |
| Coffee | 2,221 | 11,267 | 407 | 109 |
| Colbert | 3,739 | 13,001 | 461 | 73 |
| Conecuh | 1,782 | 2,618 | 67 | 10 |
| Coosa | 1,001 | 2,685 | 135 | 8 |
| Covington | 1,193 | 9,735 | 262 | 84 |
| Crenshaw | 851 | 3,622 | 108 | 10 |
| Cullman | 1,662 | 23,277 | 1,074 | 161 |
| Dale | 2,222 | 9,363 | 345 | 76 |
| Dallas | 7,165 | 4,060 | 122 | 4 |
| DeKalb | 1,471 | 15,227 | 368 | 67 |
| Elmore | 4,508 | 20,189 | 861 | 215 |
| Escambia | 2,167 | 7,286 | 220 | 9 |
| Etowah | 4,593 | 20,685 | 752 | 88 |
| Fayette | 628 | 4,708 | 163 | 14 |
| Franklin | 646 | 6,592 | 196 | 18 |
| Geneva | 700 | 7,049 | 199 | 30 |
| Greene | 2,339 | 608 | 42 | 3 |
| Hale | 2,818 | 2,288 | 74 | 26 |

## Statewide Offices - General Election Results
## November 08, 2022

| | Governor | | | |
|---|---|---|---|---|
| | Yolanda Rochelle Flowers (D) | Kay Ivey (R) | James "Jimmy" Blake (L) | Write-In |
| Henry | 1,490 | 5,102 | 145 | 14 |
| Houston | 5,634 | 21,139 | 715 | 137 |
| Jackson | 1,386 | 11,630 | 322 | 45 |
| Jefferson | 96,175 | 92,583 | 7,066 | 1,743 |
| Lamar | 415 | 3,831 | 124 | 7 |
| Lauderdale | 4,761 | 20,235 | 723 | 182 |
| Lawrence | 1,707 | 8,629 | 423 | 39 |
| Lee | 11,803 | 27,242 | 1,171 | 377 |
| Limestone | 6,289 | 23,770 | 1,086 | 227 |
| Lowndes | 2,706 | 1,309 | 63 | 8 |
| Macon | 3,994 | 1,244 | 121 | 10 |
| Madison | 42,176 | 72,059 | 4,900 | 1,243 |
| Marengo | 3,317 | 3,851 | 108 | 17 |
| Marion | 528 | 7,625 | 219 | 37 |
| Marshall | 2,077 | 21,345 | 695 | 123 |
| Mobile | 38,910 | 63,593 | 3,968 | 664 |
| Monroe | 2,609 | 4,313 | 103 | 19 |
| Montgomery | 32,511 | 23,565 | 1,309 | 327 |
| Morgan | 5,362 | 25,484 | 1,062 | 227 |
| Perry | 2,187 | 942 | 53 | 3 |
| Pickens | 2,249 | 4,212 | 136 | 12 |
| Pike | 2,568 | 5,375 | 161 | 42 |
| Randolph | 925 | 5,462 | 170 | 30 |
| Russell | 5,146 | 6,144 | 251 | 28 |
| Shelby | 14,913 | 51,196 | 3,197 | 633 |
| St. Clair | 3,606 | 23,055 | 1,106 | 156 |
| Sumter | 2,656 | 1,176 | 50 | 2 |
| Talladega | 6,684 | 14,313 | 571 | 76 |
| Tallapoosa | 2,751 | 10,444 | 301 | 77 |
| Tuscaloosa | 17,937 | 31,841 | 1,495 | 326 |
| Walker | 1,905 | 15,217 | 628 | 86 |
| Washington | 1,206 | 4,584 | 126 | 13 |
| Wilcox | 2,489 | 1,371 | 41 | 2 |
| Winston | 344 | 6,331 | 218 | 35 |

## Statewide Offices - General Election Results
## November 08, 2022

|  | Lieutenant Governor | | | United States Senator | | | |
|---|---|---|---|---|---|---|---|
|  | Will Ainsworth (R) | Ruth Page-Nelson (L) | Write-In | Will Boyd (D) | Katie Britt (R) | John Sophocleus (L) | Write-In |
| Total | 957,534 | 178,660 | 8,103 | 436,746 | 942,154 | 32,879 | 2,459 |
| Autauga | 13,558 | 1,941 | 71 | 3,814 | 13,359 | 532 | 35 |
| Baldwin | 59,569 | 7,702 | 234 | 11,478 | 59,501 | 2,092 | 126 |
| Barbour | 3,850 | 660 | 18 | 2,620 | 3,861 | 60 | 2 |
| Bibb | 4,799 | 461 | 19 | 971 | 4,694 | 188 | 16 |
| Blount | 15,146 | 973 | 17 | 1,130 | 14,904 | 519 | 33 |
| Bullock | 824 | 330 | 9 | 1,827 | 785 | 31 | 1 |
| Butler | 3,862 | 529 | 10 | 2,039 | 3,789 | 80 | 1 |
| Calhoun | 22,295 | 3,482 | 162 | 7,365 | 22,008 | 666 | 42 |
| Chambers | 5,970 | 1,019 | 48 | 2,997 | 5,917 | 176 | 9 |
| Cherokee | 6,970 | 431 | 17 | 761 | 6,947 | 121 | 6 |
| Chilton | 10,543 | 789 | 22 | 1,407 | 10,386 | 350 | 21 |
| Choctaw | 3,165 | 643 | 13 | 1,899 | 3,198 | 56 | 1 |
| Clarke | 5,377 | 585 | 24 | 3,613 | 5,348 | 57 | 1 |
| Clay | 3,666 | 254 | 11 | 505 | 3,628 | 92 | 8 |
| Cleburne | 4,170 | 242 | 6 | 308 | 4,212 | 77 | 7 |
| Coffee | 11,358 | 1,153 | 39 | 2,298 | 11,411 | 249 | 40 |
| Colbert | 12,927 | 1,652 | 47 | 4,181 | 12,748 | 310 | 17 |
| Conecuh | 2,593 | 358 | 7 | 1,830 | 2,564 | 39 | 2 |
| Coosa | 2,692 | 383 | 12 | 1,042 | 2,662 | 109 | 3 |
| Covington | 9,801 | 620 | 11 | 1,289 | 9,852 | 123 | 8 |
| Crenshaw | 3,619 | 300 | 7 | 895 | 3,607 | 58 | 2 |
| Cullman | 23,652 | 1,500 | 34 | 1,951 | 23,228 | 874 | 70 |
| Dale | 9,438 | 1,194 | 52 | 2,326 | 9,458 | 203 | 12 |
| Dallas | 4,118 | 1,650 | 78 | 7,312 | 3,888 | 108 | 3 |
| DeKalb | 15,242 | 867 | 24 | 1,679 | 15,200 | 228 | 27 |
| Elmore | 20,472 | 2,517 | 90 | 4,866 | 20,167 | 666 | 40 |
| Escambia | 7,278 | 777 | 19 | 2,247 | 7,284 | 116 | 5 |
| Etowah | 20,803 | 2,121 | 87 | 4,925 | 20,599 | 534 | 34 |
| Fayette | 4,751 | 297 | 4 | 690 | 4,697 | 109 | 5 |
| Franklin | 6,525 | 424 | 5 | 770 | 6,547 | 116 | 5 |
| Geneva | 7,056 | 405 | 6 | 763 | 7,113 | 100 | 2 |
| Greene | 656 | 271 | 9 | 2,337 | 597 | 30 | 2 |
| Hale | 2,350 | 532 | 12 | 2,790 | 2,298 | 81 | 4 |

## Statewide Offices - General Election Results
## November 08, 2022

| | Lieutenant Governor | | | United States Senator | | | |
|---|---|---|---|---|---|---|---|
| | Will Ainsworth (R) | Ruth Page-Nelson (L) | Write-In | Will Boyd (D) | Katie Britt (R) | John Sophocleus (L) | Write-In |
| Henry | 5,053 | 693 | 16 | 1,560 | 5,085 | 84 | 3 |
| Houston | 21,252 | 3,124 | 122 | 5,854 | 21,246 | 477 | 31 |
| Jackson | 11,613 | 790 | 31 | 1,518 | 11,617 | 214 | 23 |
| Jefferson | 95,778 | 34,412 | 1,983 | 100,792 | 91,802 | 4,873 | 365 |
| Lamar | 3,888 | 188 | 4 | 447 | 3,869 | 56 | 4 |
| Lauderdale | 20,181 | 2,523 | 122 | 5,453 | 19,893 | 494 | 48 |
| Lawrence | 8,524 | 942 | 19 | 1,916 | 8,573 | 225 | 14 |
| Lee | 27,410 | 5,709 | 278 | 12,458 | 26,966 | 1,107 | 51 |
| Limestone | 23,734 | 4,039 | 155 | 7,037 | 23,422 | 784 | 97 |
| Lowndes | 1,394 | 517 | 7 | 2,734 | 1,277 | 58 | 2 |
| Macon | 1,310 | 1,226 | 49 | 4,131 | 1,153 | 85 | 2 |
| Madison | 71,895 | 24,041 | 1,142 | 45,976 | 70,577 | 3,602 | 345 |
| Marengo | 3,863 | 754 | 22 | 3,375 | 3,807 | 81 | 1 |
| Marion | 7,654 | 420 | 8 | 591 | 7,636 | 152 | 8 |
| Marshall | 21,336 | 1,779 | 50 | 2,461 | 21,211 | 511 | 44 |
| Mobile | 65,148 | 16,761 | 841 | 40,266 | 64,378 | 2,338 | 118 |
| Monroe | 4,297 | 642 | 15 | 2,678 | 4,270 | 74 | 4 |
| Montgomery | 24,319 | 12,171 | 589 | 33,685 | 22,741 | 1,188 | 91 |
| Morgan | 25,592 | 3,011 | 106 | 5,879 | 25,310 | 813 | 103 |
| Perry | 925 | 372 | 8 | 2,224 | 898 | 52 | 2 |
| Pickens | 4,315 | 708 | 24 | 2,248 | 4,225 | 87 | 11 |
| Pike | 5,449 | 859 | 40 | 2,661 | 5,359 | 107 | 8 |
| Randolph | 5,472 | 370 | 8 | 991 | 5,471 | 111 | 4 |
| Russell | 6,121 | 1,925 | 77 | 5,398 | 5,967 | 174 | 6 |
| Shelby | 52,207 | 9,274 | 509 | 16,276 | 50,762 | 2,588 | 248 |
| St. Clair | 23,346 | 2,317 | 74 | 3,933 | 23,049 | 885 | 53 |
| Sumter | 1,163 | 334 | 10 | 2,684 | 1,163 | 28 | 1 |
| Talladega | 14,565 | 2,075 | 80 | 6,891 | 14,269 | 439 | 21 |
| Tallapoosa | 10,501 | 938 | 36 | 2,914 | 10,421 | 214 | 19 |
| Tuscaloosa | 32,370 | 6,629 | 399 | 18,591 | 31,879 | 1,065 | 91 |
| Walker | 15,476 | 1,102 | 31 | 2,083 | 15,206 | 499 | 33 |
| Washington | 4,533 | 326 | 14 | 1,267 | 4,557 | 54 | |
| Wilcox | 1,393 | 280 | 5 | 2,446 | 1,329 | 34 | 3 |
| Winston | 6,362 | 347 | 5 | 403 | 6,309 | 176 | 15 |

## Statewide Offices - General Election Results
## November 08, 2022

|  | Attorney General | | | Associate Justice Of The Supreme Court, Place 5 | | |
|---|---|---|---|---|---|---|
|  | Wendell Major (D) | Steve Marshall (R) | Write-In | Anita L. Kelly (D) | Greg Cook (R) | Write-In |
| Total | 450,543 | 955,425 | 1,220 | 454,878 | 943,177 | 1,271 |
| Autauga | 3,985 | 13,648 | 26 | 4,085 | 13,445 | 19 |
| Baldwin | 12,448 | 60,203 | 64 | 12,700 | 59,619 | 99 |
| Barbour | 2,652 | 3,850 |  | 2,691 | 3,752 | 3 |
| Bibb | 1,010 | 4,831 | 5 | 1,029 | 4,796 | 5 |
| Blount | 1,149 | 15,386 | 12 | 1,218 | 15,249 | 10 |
| Bullock | 1,840 | 795 |  | 1,840 | 775 | 1 |
| Butler | 2,060 | 3,836 | 1 | 2,098 | 3,695 |  |
| Calhoun | 7,521 | 22,426 | 29 | 7,688 | 22,121 | 29 |
| Chambers | 3,079 | 5,971 | 8 | 3,118 | 5,868 | 15 |
| Cherokee | 786 | 7,023 | 3 | 817 | 6,935 | 4 |
| Chilton | 1,423 | 10,729 | 6 | 1,457 | 10,619 | 10 |
| Choctaw | 1,944 | 3,120 | 3 | 1,949 | 3,074 | 1 |
| Clarke | 3,678 | 5,296 | 3 | 3,686 | 5,238 | 3 |
| Clay | 523 | 3,690 | 7 | 557 | 3,615 | 4 |
| Cleburne | 326 | 4,248 |  | 350 | 4,190 |  |
| Coffee | 2,443 | 11,458 | 6 | 2,530 | 11,279 | 28 |
| Colbert | 4,226 | 12,904 | 15 | 4,333 | 12,693 | 15 |
| Conecuh | 1,860 | 2,563 | 1 | 1,873 | 2,511 | 2 |
| Coosa | 1,076 | 2,726 | 5 | 1,095 | 2,692 | 3 |
| Covington | 1,344 | 9,876 | 5 | 1,385 | 9,794 | 5 |
| Crenshaw | 921 | 3,623 | 3 | 937 | 3,532 | 2 |
| Cullman | 2,035 | 23,985 | 13 | 2,187 | 23,691 | 21 |
| Dale | 2,454 | 9,472 | 15 | 2,487 | 9,379 | 17 |
| Dallas | 7,316 | 3,953 | 9 | 7,393 | 3,790 | 5 |
| DeKalb | 1,738 | 15,317 | 11 | 1,862 | 15,075 | 15 |
| Elmore | 5,048 | 20,615 | 17 | 5,144 | 20,411 | 22 |
| Escambia | 2,318 | 7,287 | 2 | 2,366 | 7,213 | 3 |
| Etowah | 5,074 | 20,906 | 19 | 5,216 | 20,645 | 18 |
| Fayette | 684 | 4,794 | 1 | 716 | 4,744 | 2 |
| Franklin | 800 | 6,563 | 4 | 865 | 6,456 | 6 |
| Geneva | 828 | 7,104 | 1 | 856 | 7,026 | 3 |
| Greene | 2,351 | 613 | 2 | 2,352 | 585 | 4 |
| Hale | 2,830 | 2,315 |  | 2,842 | 2,248 | 8 |

## Statewide Offices - General Election Results
## November 08, 2022

| | Attorney General | | | Associate Justice Of The Supreme Court, Place 5 | | |
|---|---|---|---|---|---|---|
| | Wendell Major (D) | Steve Marshall (R) | Write-In | Anita L. Kelly (D) | Greg Cook (R) | Write-In |
| Henry | 1,633 | 5,028 | 5 | 1,646 | 4,935 | 5 |
| Houston | 6,149 | 21,293 | 33 | 6,282 | 21,039 | 27 |
| Jackson | 1,601 | 11,694 | 8 | 1,686 | 11,510 | 14 |
| Jefferson | 103,295 | 93,423 | 183 | 102,694 | 92,780 | 132 |
| Lamar | 435 | 3,916 | 3 | 448 | 3,895 | 3 |
| Lauderdale | 5,526 | 20,208 | 23 | 5,668 | 19,884 | 19 |
| Lawrence | 1,977 | 8,682 | 8 | 2,045 | 8,467 | 10 |
| Lee | 13,145 | 27,060 | 36 | 13,222 | 26,819 | 27 |
| Limestone | 7,486 | 23,587 | 28 | 7,408 | 23,462 | 23 |
| Lowndes | 2,690 | 1,334 | | 2,714 | 1,269 | 8 |
| Macon | 4,174 | 1,168 | 4 | 4,211 | 1,117 | 3 |
| Madison | 48,060 | 71,367 | 132 | 48,593 | 70,052 | 105 |
| Marengo | 3,401 | 3,806 | 3 | 3,444 | 3,734 | 3 |
| Marion | 603 | 7,763 | 6 | 656 | 7,645 | 3 |
| Marshall | 2,551 | 21,616 | 21 | 2,760 | 21,174 | 9 |
| Mobile | 41,652 | 64,716 | 128 | 42,268 | 63,706 | 113 |
| Monroe | 2,715 | 4,271 | 4 | 2,745 | 4,233 | 3 |
| Montgomery | 34,470 | 22,968 | 77 | 34,614 | 22,456 | 114 |
| Morgan | 6,147 | 25,779 | 26 | 6,257 | 25,497 | 28 |
| Perry | 2,247 | 915 | 1 | 2,273 | 876 | 2 |
| Pickens | 2,270 | 4,259 | 1 | 2,322 | 4,175 | 1 |
| Pike | 2,745 | 5,343 | 2 | 2,838 | 5,217 | 5 |
| Randolph | 1,003 | 5,531 | 4 | 1,036 | 5,481 | 1 |
| Russell | 5,465 | 6,008 | 11 | 5,492 | 5,953 | 15 |
| Shelby | 17,062 | 52,462 | 74 | 17,039 | 52,098 | 102 |
| St. Clair | 4,056 | 23,720 | 19 | 4,156 | 23,522 | 31 |
| Sumter | 2,713 | 1,150 | | 2,714 | 1,123 | 1 |
| Talladega | 6,992 | 14,579 | 17 | 7,128 | 14,369 | 11 |
| Tallapoosa | 2,980 | 10,537 | 10 | 3,070 | 10,395 | 7 |
| Tuscaloosa | 19,157 | 32,207 | 44 | 19,259 | 31,867 | 48 |
| Walker | 2,174 | 15,595 | 6 | 2,226 | 15,480 | 5 |
| Washington | 1,333 | 4,491 | 1 | 1,343 | 4,476 | 3 |
| Wilcox | 2,446 | 1,355 | 1 | 2,450 | 1,311 | 2 |
| Winston | 420 | 6,468 | 5 | 449 | 6,405 | 6 |

## Statewide Offices - General Election Results
## November 08, 2022

|  | Associate Justice Of The Supreme Court, Place 6 | | Secretary Of State | | | |
|---|---|---|---|---|---|---|
|  | Kelli Wise (R) | Write-In | Pamela J. Laffitte (D) | Wes Allen (R) | Jason "Matt" Shelby (L) | Write-In |
| Total | 998,043 | 25,490 | 436,862 | 925,267 | 41,611 | 663 |
| Autauga | 14,116 | 235 | 3,753 | 13,217 | 630 | 10 |
| Baldwin | 61,765 | 796 | 11,635 | 58,217 | 2,929 | 30 |
| Barbour | 3,933 | 64 | 2,603 | 3,762 | 120 | 1 |
| Bibb | 4,914 | 72 | 947 | 4,713 | 179 | 3 |
| Blount | 15,384 | 78 | 1,087 | 14,999 | 433 | 2 |
| Bullock | 848 | 39 | 1,800 | 760 | 56 |  |
| Butler | 3,918 | 52 | 2,012 | 3,689 | 123 | 1 |
| Calhoun | 23,239 | 482 | 7,257 | 21,807 | 806 | 14 |
| Chambers | 6,256 | 142 | 3,020 | 5,742 | 264 | 3 |
| Cherokee | 6,986 | 41 | 748 | 6,869 | 156 | 2 |
| Chilton | 10,748 | 70 | 1,361 | 10,434 | 319 | 3 |
| Choctaw | 3,259 | 49 | 1,888 | 3,023 | 119 | 2 |
| Clarke | 5,423 | 72 | 3,622 | 5,224 | 102 | 2 |
| Clay | 3,677 | 23 | 516 | 3,580 | 87 | 1 |
| Cleburne | 4,237 | 20 | 317 | 4,150 | 94 |  |
| Coffee | 11,722 | 114 | 2,349 | 11,189 | 351 | 18 |
| Colbert | 13,131 | 217 | 4,095 | 12,544 | 445 | 5 |
| Conecuh | 2,607 | 28 | 1,834 | 2,490 | 65 | 1 |
| Coosa | 2,793 | 39 | 1,020 | 2,643 | 130 | 1 |
| Covington | 9,915 | 43 | 1,300 | 9,715 | 182 | 5 |
| Crenshaw | 3,594 | 26 | 871 | 3,564 | 79 | 2 |
| Cullman | 23,859 | 117 | 1,884 | 23,334 | 759 | 6 |
| Dale | 9,849 | 170 | 2,336 | 9,297 | 317 | 4 |
| Dallas | 4,304 | 230 | 7,273 | 3,763 | 151 | 7 |
| DeKalb | 15,337 | 88 | 1,690 | 14,917 | 388 | 6 |
| Elmore | 21,131 | 273 | 4,807 | 20,049 | 778 | 5 |
| Escambia | 7,508 | 98 | 2,253 | 7,134 | 204 | 2 |
| Etowah | 21,159 | 293 | 4,858 | 20,419 | 663 | 12 |
| Fayette | 4,832 | 26 | 663 | 4,711 | 94 | 2 |
| Franklin | 6,557 | 31 | 766 | 6,411 | 173 | 2 |
| Geneva | 7,167 | 28 | 774 | 6,999 | 153 |  |
| Greene | 680 | 27 | 2,318 | 581 | 37 |  |
| Hale | 2,421 | 51 | 2,796 | 2,225 | 85 |  |

## Statewide Offices - General Election Results
## November 08, 2022

| | Associate Justice Of The Supreme Court, Place 6 | | Secretary Of State | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Kelli Wise (R) | Write-In | Pamela J. Laffitte (D) | Wes Allen (R) | Jason "Matt" Shelby (L) | Write-In |
| Henry | 5,102 | 73 | 1,554 | 4,913 | 161 | 1 |
| Houston | 22,153 | 407 | 5,880 | 20,826 | 713 | 16 |
| Jackson | 11,722 | 106 | 1,521 | 11,405 | 327 | 12 |
| Jefferson | 103,285 | 5,880 | 100,898 | 90,012 | 5,570 | 87 |
| Lamar | 3,934 | 17 | 430 | 3,870 | 55 | 1 |
| Lauderdale | 20,508 | 351 | 5,320 | 19,649 | 699 | 6 |
| Lawrence | 8,567 | 80 | 1,903 | 8,258 | 367 | 3 |
| Lee | 29,065 | 737 | 12,625 | 26,250 | 1,322 | 28 |
| Limestone | 24,603 | 526 | 6,961 | 22,920 | 1,142 | 11 |
| Lowndes | 1,413 | 52 | 2,677 | 1,249 | 49 | 2 |
| Macon | 1,531 | 159 | 4,115 | 1,082 | 107 | 2 |
| Madison | 77,812 | 3,716 | 46,067 | 67,974 | 5,257 | 75 |
| Marengo | 3,932 | 70 | 3,359 | 3,684 | 122 | 7 |
| Marion | 7,753 | 32 | 577 | 7,590 | 168 | 1 |
| Marshall | 21,612 | 164 | 2,391 | 21,052 | 625 | 8 |
| Mobile | 69,052 | 2,620 | 41,136 | 61,846 | 3,492 | 65 |
| Monroe | 4,381 | 72 | 2,685 | 4,199 | 103 | 2 |
| Montgomery | 26,625 | 1,926 | 33,970 | 21,832 | 1,394 | 43 |
| Morgan | 26,283 | 355 | 5,856 | 25,006 | 1,008 | 14 |
| Perry | 1,019 | 34 | 2,228 | 858 | 66 | 2 |
| Pickens | 4,497 | 58 | 2,239 | 4,145 | 115 | 2 |
| Pike | 5,565 | 124 | 2,590 | 5,329 | 169 | 5 |
| Randolph | 5,548 | 24 | 988 | 5,416 | 119 | 1 |
| Russell | 6,692 | 323 | 5,337 | 5,843 | 284 | 11 |
| Shelby | 54,795 | 1,341 | 16,064 | 50,759 | 2,764 | 41 |
| St. Clair | 24,054 | 276 | 3,834 | 23,029 | 894 | 15 |
| Sumter | 1,241 | 37 | 2,680 | 1,108 | 45 | |
| Talladega | 15,154 | 287 | 6,824 | 14,200 | 500 | 5 |
| Tallapoosa | 10,675 | 91 | 2,906 | 10,316 | 257 | 6 |
| Tuscaloosa | 34,044 | 1,182 | 18,583 | 31,349 | 1,421 | 28 |
| Walker | 15,753 | 134 | 2,088 | 15,176 | 465 | 4 |
| Washington | 4,547 | 39 | 1,295 | 4,345 | 156 | 2 |
| Wilcox | 1,406 | 38 | 2,429 | 1,288 | 49 | 2 |
| Winston | 6,451 | 25 | 399 | 6,318 | 155 | 3 |

## Statewide Offices - General Election Results
## November 08, 2022

| | State Treasurer | | | State Auditor | | |
|---|---|---|---|---|---|---|
| | Young Boozer (R) | Scott Hammond (L) | Write-In | Andrew Sorrell (R) | Leigh Lachine (L) | Write-In |
| Total | 946,936 | 175,034 | 8,855 | 949,871 | 166,781 | 8,544 |
| Autauga | 13,487 | 1,884 | 70 | 13,472 | 1,816 | 68 |
| Baldwin | 59,024 | 7,842 | 224 | 59,168 | 7,522 | 207 |
| Barbour | 3,851 | 603 | 25 | 3,857 | 539 | 30 |
| Bibb | 4,721 | 473 | 31 | 4,762 | 428 | 28 |
| Blount | 14,941 | 1,083 | 15 | 15,085 | 928 | 15 |
| Bullock | 810 | 290 | 16 | 804 | 274 | 16 |
| Butler | 3,819 | 506 | 24 | 3,827 | 454 | 21 |
| Calhoun | 22,156 | 3,382 | 193 | 22,237 | 3,228 | 197 |
| Chambers | 5,887 | 984 | 72 | 5,951 | 902 | 70 |
| Cherokee | 6,890 | 441 | 14 | 6,918 | 400 | 13 |
| Chilton | 10,472 | 798 | 19 | 10,499 | 726 | 23 |
| Choctaw | 3,095 | 647 | 17 | 3,175 | 555 | 17 |
| Clarke | 5,305 | 587 | 23 | 5,345 | 520 | 26 |
| Clay | 3,586 | 278 | 5 | 3,623 | 230 | 10 |
| Cleburne | 4,152 | 239 | 5 | 4,167 | 214 | 5 |
| Coffee | 11,199 | 1,188 | 46 | 11,271 | 1,086 | 45 |
| Colbert | 12,637 | 1,772 | 55 | 12,681 | 1,838 | 56 |
| Conecuh | 2,543 | 364 | 12 | 2,584 | 317 | 7 |
| Coosa | 2,655 | 381 | 19 | 2,703 | 322 | 19 |
| Covington | 9,690 | 635 | 16 | 9,767 | 525 | 13 |
| Crenshaw | 3,563 | 294 | 11 | 3,576 | 252 | 12 |
| Cullman | 23,291 | 1,646 | 39 | 23,453 | 1,453 | 34 |
| Dale | 9,382 | 1,156 | 62 | 9,453 | 1,043 | 59 |
| Dallas | 4,066 | 1,431 | 109 | 4,086 | 1,330 | 108 |
| DeKalb | 14,999 | 975 | 28 | 15,089 | 852 | 25 |
| Elmore | 20,394 | 2,435 | 93 | 20,420 | 2,306 | 89 |
| Escambia | 7,228 | 774 | 33 | 7,263 | 693 | 36 |
| Etowah | 20,513 | 2,139 | 110 | 20,643 | 1,959 | 102 |
| Fayette | 4,709 | 297 | 8 | 4,742 | 257 | 8 |
| Franklin | 6,387 | 508 | 4 | 6,500 | 411 | 5 |
| Geneva | 6,981 | 464 | 11 | 7,034 | 378 | 9 |
| Greene | 631 | 246 | 12 | 646 | 232 | 10 |
| Hale | 2,289 | 524 | 21 | 2,327 | 448 | 18 |

## Statewide Offices - General Election Results
## November 08, 2022

| | State Treasurer | | | State Auditor | | |
|---|---|---|---|---|---|---|
| | Young Boozer (R) | Scott Hammond (L) | Write-In | Andrew Sorrell (R) | Leigh Lachine (L) | Write-In |
| Henry | 4,985 | 645 | 25 | 5,016 | 582 | 23 |
| Houston | 21,100 | 2,959 | 166 | 21,287 | 2,691 | 153 |
| Jackson | 11,408 | 893 | 33 | 11,488 | 787 | 31 |
| Jefferson | 95,370 | 32,019 | 2,189 | 94,879 | 31,465 | 2,040 |
| Lamar | 3,847 | 204 | 4 | 3,873 | 173 | 6 |
| Lauderdale | 19,718 | 2,728 | 133 | 19,952 | 2,508 | 121 |
| Lawrence | 8,255 | 1,069 | 24 | 8,500 | 837 | 24 |
| Lee | 27,291 | 5,488 | 296 | 27,064 | 5,449 | 288 |
| Limestone | 23,035 | 4,314 | 169 | 23,332 | 3,952 | 162 |
| Lowndes | 1,349 | 460 | 24 | 1,353 | 406 | 21 |
| Macon | 1,329 | 1,075 | 79 | 1,304 | 1,053 | 73 |
| Madison | 70,883 | 23,651 | 1,177 | 70,998 | 23,181 | 1,133 |
| Marengo | 3,817 | 738 | 25 | 3,839 | 664 | 27 |
| Marion | 7,594 | 423 | 9 | 7,669 | 328 | 7 |
| Marshall | 21,007 | 1,798 | 40 | 21,082 | 1,675 | 41 |
| Mobile | 64,227 | 16,640 | 929 | 64,383 | 15,996 | 905 |
| Monroe | 4,263 | 619 | 28 | 4,277 | 592 | 23 |
| Montgomery | 24,943 | 10,862 | 639 | 23,987 | 10,989 | 709 |
| Morgan | 25,042 | 3,301 | 110 | 25,393 | 2,885 | 112 |
| Perry | 904 | 355 | 15 | 909 | 333 | 9 |
| Pickens | 4,201 | 739 | 22 | 4,270 | 655 | 19 |
| Pike | 5,404 | 795 | 45 | 5,386 | 743 | 43 |
| Randolph | 5,419 | 376 | 10 | 5,458 | 312 | 9 |
| Russell | 6,005 | 1,908 | 99 | 6,103 | 1,776 | 102 |
| Shelby | 51,630 | 9,392 | 374 | 51,909 | 8,910 | 348 |
| St. Clair | 23,123 | 2,367 | 69 | 23,202 | 2,240 | 71 |
| Sumter | 1,155 | 300 | 11 | 1,155 | 288 | 10 |
| Talladega | 14,385 | 2,058 | 111 | 14,470 | 1,934 | 101 |
| Tallapoosa | 10,419 | 892 | 46 | 10,429 | 844 | 41 |
| Tuscaloosa | 32,251 | 6,371 | 454 | 32,249 | 6,153 | 431 |
| Walker | 15,124 | 1,326 | 28 | 15,332 | 1,086 | 29 |
| Washington | 4,437 | 379 | 13 | 4,478 | 327 | 11 |
| Wilcox | 1,360 | 249 | 12 | 1,359 | 228 | 12 |
| Winston | 6,303 | 375 | 5 | 6,358 | 301 | 8 |

## Statewide Offices - General Election Results
## November 08, 2022

|  | Commissioner Of Agriculture And Industries | | | Public Service Commission, Place 1 | | |
|---|---|---|---|---|---|---|
|  | Rick Pate (R) | Jason Clark (L) | Write-In | Jeremy H. Oden (R) | Ron Bishop (L) | Write-In |
| Total | 946,155 | 168,529 | 8,265 | 937,114 | 173,287 | 8,976 |
| Autauga | 13,500 | 1,790 | 66 | 13,286 | 1,924 | 62 |
| Baldwin | 59,180 | 7,418 | 192 | 58,324 | 7,988 | 307 |
| Barbour | 3,818 | 603 | 28 | 3,794 | 589 | 33 |
| Bibb | 4,754 | 434 | 23 | 4,733 | 439 | 27 |
| Blount | 15,044 | 954 | 17 | 15,000 | 1,017 | 19 |
| Bullock | 791 | 294 | 16 | 781 | 300 | 12 |
| Butler | 3,815 | 467 | 19 | 3,749 | 493 | 20 |
| Calhoun | 22,169 | 3,307 | 188 | 22,088 | 3,310 | 193 |
| Chambers | 5,909 | 942 | 72 | 5,874 | 947 | 71 |
| Cherokee | 6,913 | 417 | 11 | 6,888 | 413 | 12 |
| Chilton | 10,476 | 765 | 22 | 10,385 | 816 | 24 |
| Choctaw | 3,124 | 606 | 16 | 3,107 | 577 | 16 |
| Clarke | 5,298 | 566 | 24 | 5,274 | 571 | 22 |
| Clay | 3,600 | 264 | 7 | 3,578 | 271 | 8 |
| Cleburne | 4,155 | 235 | 3 | 4,153 | 220 | 7 |
| Coffee | 11,197 | 1,150 | 44 | 11,188 | 1,119 | 52 |
| Colbert | 12,726 | 1,617 | 47 | 12,613 | 1,694 | 51 |
| Conecuh | 2,576 | 333 | 8 | 2,553 | 332 | 10 |
| Coosa | 2,675 | 356 | 22 | 2,670 | 349 | 20 |
| Covington | 9,728 | 561 | 16 | 9,691 | 577 | 19 |
| Crenshaw | 3,553 | 276 | 12 | 3,527 | 280 | 10 |
| Cullman | 23,401 | 1,510 | 24 | 23,375 | 1,607 | 47 |
| Dale | 9,391 | 1,095 | 61 | 9,342 | 1,123 | 62 |
| Dallas | 3,990 | 1,408 | 112 | 3,952 | 1,385 | 114 |
| DeKalb | 15,032 | 903 | 25 | 14,994 | 901 | 32 |
| Elmore | 20,335 | 2,404 | 85 | 20,134 | 2,506 | 92 |
| Escambia | 7,244 | 715 | 31 | 7,223 | 714 | 34 |
| Etowah | 20,543 | 2,038 | 103 | 20,503 | 2,052 | 96 |
| Fayette | 4,727 | 284 | 9 | 4,703 | 284 | 8 |
| Franklin | 6,441 | 439 | 4 | 6,424 | 448 | 6 |
| Geneva | 7,013 | 407 | 8 | 6,966 | 415 | 7 |
| Greene | 627 | 237 | 9 | 614 | 246 | 12 |
| Hale | 2,321 | 470 | 21 | 2,280 | 485 | 18 |

## Statewide Offices - General Election Results
## November 08, 2022

| | Commissioner Of Agriculture And Industries | | | Public Service Commission, Place 1 | | |
|---|---|---|---|---|---|---|
| | Rick Pate (R) | Jason Clark (L) | Write-In | Jeremy H. Oden (R) | Ron Bishop (L) | Write-In |
| Henry | 4,987 | 622 | 22 | 4,929 | 638 | 26 |
| Houston | 21,177 | 2,792 | 145 | 20,956 | 2,908 | 147 |
| Jackson | 11,416 | 862 | 28 | 11,416 | 842 | 28 |
| Jefferson | 94,611 | 31,124 | 1,952 | 93,056 | 32,171 | 2,024 |
| Lamar | 3,845 | 208 | 5 | 3,852 | 186 | 5 |
| Lauderdale | 19,814 | 2,479 | 121 | 19,718 | 2,507 | 119 |
| Lawrence | 8,256 | 1,037 | 20 | 8,332 | 959 | 27 |
| Lee | 27,245 | 5,332 | 265 | 26,823 | 5,515 | 299 |
| Limestone | 23,141 | 4,034 | 147 | 23,059 | 4,002 | 172 |
| Lowndes | 1,405 | 408 | 20 | 1,307 | 453 | 16 |
| Macon | 1,258 | 1,118 | 66 | 1,220 | 1,109 | 64 |
| Madison | 70,788 | 22,885 | 1,086 | 69,877 | 23,451 | 1,186 |
| Marengo | 3,808 | 718 | 25 | 3,760 | 720 | 25 |
| Marion | 7,639 | 361 | 8 | 7,582 | 398 | 9 |
| Marshall | 21,037 | 1,687 | 38 | 20,931 | 1,726 | 53 |
| Mobile | 63,886 | 16,207 | 863 | 63,191 | 16,614 | 934 |
| Monroe | 4,258 | 610 | 23 | 4,238 | 606 | 26 |
| Montgomery | 23,987 | 11,085 | 638 | 23,080 | 11,510 | 714 |
| Morgan | 25,144 | 3,091 | 110 | 25,211 | 3,017 | 142 |
| Perry | 904 | 352 | 15 | 900 | 344 | 14 |
| Pickens | 4,253 | 689 | 19 | 4,220 | 684 | 19 |
| Pike | 5,357 | 761 | 41 | 5,303 | 782 | 42 |
| Randolph | 5,449 | 348 | 8 | 5,416 | 361 | 11 |
| Russell | 6,052 | 1,827 | 98 | 6,034 | 1,827 | 97 |
| Shelby | 51,747 | 8,868 | 453 | 51,054 | 9,390 | 515 |
| St. Clair | 23,184 | 2,215 | 69 | 23,028 | 2,343 | 71 |
| Sumter | 1,152 | 305 | 10 | 1,141 | 298 | 11 |
| Talladega | 14,382 | 2,007 | 102 | 14,333 | 2,023 | 108 |
| Tallapoosa | 10,398 | 871 | 41 | 10,336 | 905 | 42 |
| Tuscaloosa | 32,124 | 6,218 | 425 | 31,800 | 6,412 | 437 |
| Walker | 15,321 | 1,138 | 30 | 15,186 | 1,220 | 35 |
| Washington | 4,400 | 406 | 13 | 4,428 | 359 | 14 |
| Wilcox | 1,335 | 262 | 8 | 1,330 | 257 | 11 |
| Winston | 6,329 | 337 | 6 | 6,301 | 358 | 10 |

## Statewide Offices - General Election Results
## November 08, 2022

|  | Public Service Commission, Place 2 | | |
|---|---|---|---|
|  | Chip Beeker (R) | Laura Lane (L) | Write-In |
| Total | 931,354 | 179,883 | 8,624 |
| Autauga | 13,219 | 1,964 | 73 |
| Baldwin | 58,181 | 8,158 | 296 |
| Barbour | 3,789 | 598 | 27 |
| Bibb | 4,719 | 450 | 27 |
| Blount | 14,937 | 1,042 | 18 |
| Bullock | 781 | 288 | 14 |
| Butler | 3,742 | 515 | 18 |
| Calhoun | 21,882 | 3,488 | 193 |
| Chambers | 5,832 | 984 | 67 |
| Cherokee | 6,857 | 445 | 12 |
| Chilton | 10,394 | 809 | 22 |
| Choctaw | 3,077 | 606 | 19 |
| Clarke | 5,288 | 568 | 22 |
| Clay | 3,563 | 284 | 7 |
| Cleburne | 4,130 | 245 | 8 |
| Coffee | 11,095 | 1,200 | 62 |
| Colbert | 12,461 | 1,825 | 51 |
| Conecuh | 2,533 | 350 | 9 |
| Coosa | 2,651 | 359 | 20 |
| Covington | 9,678 | 591 | 14 |
| Crenshaw | 3,523 | 288 | 11 |
| Cullman | 23,229 | 1,639 | 28 |
| Dale | 9,306 | 1,165 | 61 |
| Dallas | 3,899 | 1,451 | 112 |
| DeKalb | 14,938 | 951 | 31 |
| Elmore | 20,020 | 2,627 | 89 |
| Escambia | 7,190 | 750 | 34 |
| Etowah | 20,385 | 2,169 | 93 |
| Fayette | 4,700 | 287 | 10 |
| Franklin | 6,383 | 475 | 4 |
| Geneva | 6,945 | 439 | 11 |
| Greene | 686 | 247 | 10 |
| Hale | 2,313 | 488 | 18 |

## Statewide Offices - General Election Results
## November 08, 2022

|  | Public Service Commission, Place 2 | | |
|---|---|---|---|
|  | Chip Beeker (R) | Laura Lane (L) | Write-In |
| Henry | 4,919 | 654 | 23 |
| Houston | 20,868 | 3,006 | 150 |
| Jackson | 11,383 | 879 | 28 |
| Jefferson | 92,350 | 33,193 | 2,012 |
| Lamar | 3,841 | 196 | 4 |
| Lauderdale | 19,619 | 2,598 | 120 |
| Lawrence | 8,181 | 1,039 | 29 |
| Lee | 26,637 | 5,762 | 280 |
| Limestone | 22,746 | 4,309 | 171 |
| Lowndes | 1,304 | 461 | 19 |
| Macon | 1,210 | 1,127 | 66 |
| Madison | 68,696 | 24,820 | 1,166 |
| Marengo | 3,762 | 749 | 23 |
| Marion | 7,556 | 414 | 8 |
| Marshall | 20,797 | 1,850 | 52 |
| Mobile | 62,832 | 17,102 | 898 |
| Monroe | 4,206 | 628 | 25 |
| Montgomery | 22,725 | 11,944 | 631 |
| Morgan | 24,965 | 3,173 | 141 |
| Perry | 890 | 357 | 12 |
| Pickens | 4,237 | 695 | 28 |
| Pike | 5,293 | 794 | 41 |
| Randolph | 5,421 | 351 | 10 |
| Russell | 5,982 | 1,877 | 99 |
| Shelby | 50,914 | 9,649 | 381 |
| St. Clair | 22,991 | 2,384 | 72 |
| Sumter | 1,149 | 307 | 11 |
| Talladega | 14,275 | 2,082 | 107 |
| Tallapoosa | 10,312 | 932 | 39 |
| Tuscaloosa | 31,777 | 6,565 | 424 |
| Walker | 15,158 | 1,239 | 33 |
| Washington | 4,403 | 379 | 14 |
| Wilcox | 1,319 | 272 | 8 |
| Winston | 6,310 | 351 | 8 |