# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, | ) |
| Plaintiffs, | ) |
| WES ALLEN, *et al.* | ) No.: 2:21-cv-01291-AMM |
| Defendants. | ) |

## *SINGLETON* PLAINTIFFS' WITNESS LIST

The *Singleton* Plaintiffs disclose the following witnesses for the hearing in this case beginning on August 14, 2023:

- Bobby Singleton
- Rodger Smitherman
- Leonette Slay by Deposition Only

The *Singleton* Plaintiffs reserve the right to call rebuttal witnesses.

Dated: August 10, 2023              Respectfully submitted,

                                    */s/ Henry C. Quillen*
                                    Henry C. Quillen
                                    (admitted *pro hac vice*)
                                    WHATLEY KALLAS, LLP
                                    159 Middle Street, Suite 2C
                                    Portsmouth, NH  03801
                                    Tel: (603) 294-1591
                                    Fax: (800) 922-4851
                                    Email: hquillen@whatleykallas.com

1

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
 tbrown@whatleykallas.com

*/s/ James Uriah Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
 ehare@dicellolevitt.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203

>Tel.: (205) 506-4524
>Fax: (205) 538-5500
>Email: uwclemon1@gmail.com
>
>Edward Still
>2501 Cobblestone Way
>Birmingham, AL  35226
>Tel: (205) 335-9652
>Fax: (205) 320-2882
>Email: edwardstill@gmail.com
>
>***Counsel for Singleton Plaintiffs***