IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| WES ALLEN, *et al.* ) | No.: 2:21-cv-01291-AMM |
| ) | |
| **Defendants.** ) | |
| ) | |

### *SINGLETON* PLAINTIFFS' AMENDED EXHIBIT LIST

Pursuant to the Court's August 5, 2023 Order, *Singleton* Plaintiffs identify the following exhibits they plan to use during the remedial and preliminary injunction hearings:

| Ex. No. | Description |
|---|---|
| 1 | 1992 Plan Map |
| 2 | 2001 Plan Map |
| 3 | 2011 Plan Map |
| 4 | 2021 Plan Map |
| 5 | 2023 Plan Maps and Demographics |
| 6 | Singleton Plan Maps and Demographics |
| 7 | Smitherman Plan Maps and Demographics |
| 8 | Caster/Milligan Remedial Plan Maps and Demographics |
| 9 | Precinct-level Detail Map of the Southern Border of the 2023 Plan CD7 in Jefferson County |
| 10 | Precinct-level Detail Map of the Northern Border of the 2023 Plan CD7 in Jefferson County |

| Ex. No. | Description |
|---|---|
| 11 | Caster/Milligan Letter to Legislative Committee on Reapportionment and Dorman Walker dated June 26, 2023 |
| 12 | Caster/Milligan Letter to Dorman Walker dated July 11, 2023 |
| 13 | Jim Blacksher Letter to Dorman Walker dated July 12, 2023 |
| 14 | Steve Marshall Letter to Dorman Walker dated July 13, 2023 |
| 15 | Caster/Milligan Letter to Dorman Walker dated July 17, 2023 |
| 16 | Summary of Prior Election Results Submitted by Senator Smitherman at the Special Session |
| 17 | Article from al.com – Disqualified Jefferson County Judicial Candidate Still Gets Most Votes (November 7, 2018) |
| 18 | Andrews Voter Registration Information from Secretary of State |
| 19 | Singleton Voter Registration Information from Secretary of State |
| 20 | Slay Voter Registration Information from Secretary of State |
| 21 | Smitherman Voter Registration Information from Secretary of State |
| 22 | Walker Voter Registration Information from Secretary of State |
| 23 | CLC Map 1 from Legislature Website |
| 24 | 2012 Certified Election Results (Statewide Offices Only) |
| 25 | 2014 Certified Election Results (Statewide Offices Only) |
| 26 | 2016 Certified Election Results (Statewide Offices Only) |
| 27 | 2017 Certified Election Results (Statewide Offices Only) |
| 28 | 2018 Certified Election Results (Statewide Offices Only) |
| 29 | 2020 Certified Election Results (Statewide Offices Only) |
| 30 | 2022 Certified Election Results (Statewide Offices Only) |
| 31 | 2018 Certified Election Results for Shelby County |
| 32 | 2020 Certified Election Results for Shelby County |
| 33 | 2022 Certified Election Results for Shelby County |
| 34 | Defendants' Responses and Objections to *Singleton* Plaintiffs' First Requests for Admissions |

| Ex. No. | Description |
|---|---|
| 35 | Trial Deposition of Leonette Slay with Exhibits taken August 10, 2023 |

The parties have not had an opportunity to discuss stipulating to the admissibility of exhibits, but the *Singleton* Plaintiffs intend to resolve as many issues of admissibility as possible before the hearing begins.

Dated: August 10, 2023             Respectfully submitted,

/s/ *Henry C. Quillen*
Henry C. Quillen
(admitted *pro hac vice*)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH  03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
         tbrown@whatleykallas.com

/s/ *James Uriah Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395

Email: jublacksher@gmail.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
ehare@dicellolevitt.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
Email: uwclemon1@gmail.com

Edward Still
2501 Cobblestone Way
Birmingham, AL  35226
Tel: (205) 335-9652
Fax: (205) 320-2882
Email: edwardstill@gmail.com

*Counsel for Singleton Plaintiffs*