FILED
2023 Aug-10 PM 12:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 31

# ELECTION HELD ON 6TH DAY OF NOVEMBER, 2018

## SHELBY COUNTY, ALABAMA

We, the undersigned, constituting the Canvassing Board of the above county aforesaid hereby certify that the foregoing is a correct return of the votes cast for and against the candidates and/or questions in the above Election which were voted on at the election on the day and date first above set out.

Dated this 16th day of November, 2018

CANVASSING BOARD

_____
JOHN SAMANIEGO, SHERIFF

_____
KIMBERLY MELTON, CANVASSING BOARD MEMBER

_____
REGINALD N. HOLLOWAY, CANVASSING BOARD MEMBER

_____
CAROL MOORE

_____
KEM BRYANT

_____
CAROLE MARKS

```
NAME HEADING CANVASS                    GENERAL ELECTION                        OFFICIAL REPORT
                                        SHELBY COUNTY, ALABAMA
                                        NOVEMBER 6, 2018
RUN DATE:11/14/18 10:38 AM                                                      REPORT-EL111      PAGE 0001

                                         WITH 45 OF 45 PRECINCTS REPORTING
```

|  | Registered Voters | Ballots Cast | Voter Turnout |
|---|---:|---:|---:|
| 0001 DUNNAVANT COMM. CTR. | 577 | 358 | 62.05 |
| 0002 VANDIVER-STERETT SR. CTR. | 1017 | 553 | 54.38 |
| 0003 TURNER HOLLIS LEGION #195 | 453 | 248 | 54.75 |
| 0004 VINCENT REVIVAL CTR. | 1719 | 904 | 52.59 |
| 0005 HARPERSVILLE TOWN HALL | 1364 | 706 | 51.76 |
| 0006 NEW LIFE ASSEMBLY OF GOD | 3873 | 2140 | 55.25 |
| 0007 CHELSEA CHURCH OF GOD | 3859 | 2219 | 57.50 |
| 0008 NORTH SHELBY BAPTIST | 3117 | 1696 | 54.41 |
| 0009 ASBURY UNITED METHODIST | 3997 | 2273 | 56.87 |
| 0010 BLACKWATCH SPORTS | 5705 | 3176 | 55.67 |
| 0011 SHOAL CREEK TOWN HALL | 2158 | 1244 | 57.65 |
| 0012 GREYSTONE FARMS CLUBHOUSE | 1117 | 689 | 61.68 |
| 0013 HOOVER FIRE STATION #8 | 1806 | 1054 | 58.36 |
| 0014 THE CHURCH AT BROOKHILLS | 6357 | 3429 | 53.94 |
| 0015 MEADOWBROOK BAPTIST | 5115 | 2571 | 50.26 |
| 0016 NEW HOPE CUMBERLAND PRSBY | 2535 | 1563 | 61.66 |
| 0017 1ST CHRISTIAN CHURCH | 4416 | 2276 | 51.54 |
| 0018 VALLEYDALE BAPTIST | 6094 | 3763 | 61.75 |
| 0019 RIVERCHASE CHURCH CHRIST | 4567 | 2656 | 58.16 |
| 0020 PELHAM CIVIC COMPLEX | 7376 | 4244 | 57.54 |
| 0021 HELENA COMMUNITY CENTER | 11054 | 6112 | 55.29 |
| 0022 SOUTHCREST BAPTIST CHURCH | 3352 | 1971 | 58.80 |
| 0023 CHURCH OF JESUS CHRIST | 4438 | 2390 | 53.85 |
| 0024 RESTORE-1ST UNITED METHOD | 7084 | 3517 | 49.65 |
| 0025 ALABASTER LIBERTY BAPTIST | 1529 | 693 | 45.32 |
| 0026 EVANGEL PRESBY. CHURCH | 5367 | 3029 | 56.44 |
| 0027 1ST PRESBYTERIAN CHURCH | 4541 | 2469 | 54.37 |
| 0028 CHELSEA COMMUNITY CENTER | 2182 | 1230 | 56.37 |
| 0029 PELHAM PARK & REC. | 6737 | 3623 | 53.78 |
| 0030 STEWART STUDENT RETREAT | 2733 | 1372 | 50.20 |
| 0031 PEA RIDGE COMMUNITY CTR. | 556 | 274 | 49.28 |
| 0032 RIVERCHASE BAPTIST | 2643 | 1621 | 61.33 |
| 0033 MONTEVALLO PARKS & REC. | 2312 | 1067 | 46.15 |
| 0034 ROY DOWNS MEMORIAL LIBRAR | 5452 | 2687 | 49.28 |
| 0035 CONCORD BAPTIST CHURCH | 5729 | 2964 | 51.74 |
| 0036 CAMP BRANCH CIVIC CENTER | 1283 | 788 | 61.42 |
| 0037 COLUMBIANA REC. BUILDING | 3868 | 1910 | 49.38 |
| 0038 FOURMILE VOL. FIRE/RESCUE | 1104 | 644 | 58.33 |
| 0039 WILSONVILLE UN. METHODIST | 2064 | 1143 | 55.38 |
| 0040 SHELBY IRON WORKS PARK | 1429 | 735 | 51.43 |
| 0041 BAY SPRINGS BAPTIST | 1212 | 603 | 49.75 |
| 0042 CHRIST UNITED METHODIST | 1931 | 1214 | 62.87 |
| 0043 FAITH PRESBYTERIAN CHURCH | 3165 | 1883 | 59.49 |
| 0044 ABSENTEE | 0 | 2389 |  |
| 0045 PROVISIONAL | 0 | 213 |  |
| CANDIDATE TOTALS | 148987 | 84303 | 56.58 |

```
NAME HEADING CANVASS                          GENERAL ELECTION                      OFFICIAL REPORT
                                              SHELBY COUNTY, ALABAMA
                                              NOVEMBER 6, 2018
RUN DATE:11/14/18 10:38 AM                                                          REPORT-EL111    PAGE 0002

  STRAIGHT PARTY VOTING                                       WITH 45 OF 45 PRECINCTS REPORTING

                               A D P    A R P
                               L E A    L E A
                               A M R    A P R
                               B O T    B U T
                               A C Y    A B Y
                                M R      M L      O V       U V
                                A A      A I      V O       N O
                                 T        C       E T       D T
                                 I        A       R E       E E
                                 C        N        S        R S
                               (DEM)    (REP)
                               -----    -----    -----    -----
0001 DUNNAVANT COMM. CTR.         11      261        2       84
0002 VANDIVER-STERETT SR. CTR.    38      376        1      138
0003 TURNER HOLLIS LEGION #195    36      153        0       59
0004 VINCENT REVIVAL CTR.        234      462        0      208
0005 HARPERSVILLE TOWN HALL      201      354        0      151
0006 NEW LIFE ASSEMBLY OF GOD    210     1225        1      704
0007 CHELSEA CHURCH OF GOD       217     1320        0      682
0008 NORTH SHELBY BAPTIST        265      870        0      561
0009 ASBURY UNITED METHODIST     285     1098        0      890
0010 BLACKWATCH SPORTS           430     1653        1     1092
0011 SHOAL CREEK TOWN HALL       149      691        0      404
0012 GREYSTONE FARMS CLUBHOUSE    67      371        0      251
0013 HOOVER FIRE STATION #8      164      539        0      351
0014 THE CHURCH AT BROOKHILLS    491     1767        2     1169
0015 MEADOWBROOK BAPTIST         498     1081        2      990
0016 NEW HOPE CUMBERLAND PRSBY   140      874        0      549
0017 1ST CHRISTIAN CHURCH        381     1023        2      870
0018 VALLEYDALE BAPTIST          421     1846        0     1496
0019 RIVERCHASE CHURCH CHRIST    492     1106        0     1058
0020 PELHAM CIVIC COMPLEX        624     2045        1     1574
0021 HELENA COMMUNITY CENTER     994     2858        1     2259
0022 SOUTHCREST BAPTIST CHURCH   256      998        0      717
0023 CHURCH OF JESUS CHRIST      418     1152        0      820
0024 RESTORE-1ST UNITED METHOD   631     1667        0     1219
0025 ALABASTER LIBERTY BAPTIST   351      165        1      176
0026 EVANGEL PRESBY. CHURCH      507     1455        1     1066
0027 1ST PRESBYTERIAN CHURCH     402     1235        0      832
0028 CHELSEA COMMUNITY CENTER    108      790        1      331
0029 PELHAM PARK & REC.          827     1360        1     1435
0030 STEWART STUDENT RETREAT     396      466        0      510
0031 PEA RIDGE COMMUNITY CTR.     14      170        0       90
0032 RIVERCHASE BAPTIST          269      716        0      636
0033 MONTEVALLO PARKS & REC.     407      365        1      294
0034 ROY DOWNS MEMORIAL LIBRAR   732     1139        0      816
0035 CONCORD BAPTIST CHURCH      750     1203        1     1010
0036 CAMP BRANCH CIVIC CENTER     66      484        0      238
0037 COLUMBIANA REC. BUILDING    275     1077        1      557
0038 FOURMILE VOL. FIRE/RESCUE    23      450        0      171
0039 WILSONVILLE UN. METHODIST    94      747        1      301
0040 SHELBY IRON WORKS PARK       65      513        0      157
0041 BAY SPRINGS BAPTIST          32      402        0      169
0042 CHRIST UNITED METHODIST     148      608        0      458
0043 FAITH PRESBYTERIAN CHURCH   174     1006        1      702
0044 ABSENTEE                    350     1299        2      738
0045 PROVISIONAL                  55      100        0       58
```

```
NAME HEADING CANVASS                    GENERAL ELECTION                        OFFICIAL REPORT
                                        SHELBY COUNTY, ALABAMA
                                        NOVEMBER 6, 2018
RUN DATE:11/14/18 10:38 AM                                                      REPORT-EL111      PAGE 0003

STRAIGHT PARTY VOTING                                          WITH 45 OF 45 PRECINCTS REPORTING
```

## STRAIGHT PARTY VOTING

| | ADP LEA AMR BOT ACY MR AA T I C (DEM) | ARP LEA APR BUT ABY ML AI C A N (REP) | OVER VOTES | UNDER VOTES |
|---|---|---|---|---|
| (CONTINUED FROM PREVIOUS PAGE) | | | | |
| CANDIDATE TOTALS | 13698 | 41540 | 24 | 29041 |
| CANDIDATE PERCENT | 24.79 | 75.20 | | |

## GOVERNOR

WITH 45 OF 45 PRECINCTS REPORTING

| | WALT MADDOX (DEM) | KAY IVEY (REP) | WRITE-IN (NON) | OVER VOTES | UNDER VOTES |
|---|---|---|---|---|---|
| 0001 DUNNAVANT COMM. CTR. | 44 | 313 | 0 | 1 | 0 |
| 0002 VANDIVER-STERETT SR. CTR. | 74 | 478 | 1 | 0 | 0 |
| 0003 TURNER HOLLIS LEGION #195 | 60 | 188 | 0 | 0 | 0 |
| 0004 VINCENT REVIVAL CTR. | 295 | 605 | 1 | 0 | 3 |
| 0005 HARPERSVILLE TOWN HALL | 259 | 444 | 1 | 0 | 2 |
| 0006 NEW LIFE ASSEMBLY OF GOD | 466 | 1664 | 1 | 0 | 9 |
| 0007 CHELSEA CHURCH OF GOD | 490 | 1720 | 3 | 0 | 6 |
| 0008 NORTH SHELBY BAPTIST | 517 | 1171 | 3 | 1 | 4 |
| 0009 ASBURY UNITED METHODIST | 664 | 1595 | 6 | 0 | 8 |
| 0010 BLACKWATCH SPORTS | 863 | 2298 | 6 | 0 | 9 |
| 0011 SHOAL CREEK TOWN HALL | 312 | 929 | 2 | 0 | 1 |
| 0012 GREYSTONE FARMS CLUBHOUSE | 187 | 501 | 0 | 0 | 1 |
| 0013 HOOVER FIRE STATION #8 | 310 | 742 | 0 | 0 | 2 |
| 0014 THE CHURCH AT BROOKHILLS | 1020 | 2387 | 6 | 2 | 14 |
| 0015 MEADOWBROOK BAPTIST | 1038 | 1518 | 8 | 0 | 7 |
| 0016 NEW HOPE CUMBERLAND PRSBY | 374 | 1180 | 3 | 0 | 6 |
| 0017 1ST CHRISTIAN CHURCH | 849 | 1418 | 3 | 1 | 5 |
| 0018 VALLEYDALE BAPTIST | 1088 | 2655 | 9 | 0 | 11 |
| 0019 RIVERCHASE CHURCH CHRIST | 1058 | 1585 | 6 | 1 | 6 |
| 0020 PELHAM CIVIC COMPLEX | 1320 | 2900 | 8 | 1 | 15 |
| 0021 HELENA COMMUNITY CENTER | 2032 | 4049 | 4 | 3 | 24 |
| 0022 SOUTHCREST BAPTIST CHURCH | 546 | 1413 | 2 | 1 | 9 |
| 0023 CHURCH OF JESUS CHRIST | 809 | 1574 | 3 | 0 | 4 |
| 0024 RESTORE-1ST UNITED METHOD | 1214 | 2283 | 4 | 1 | 15 |
| 0025 ALABASTER LIBERTY BAPTIST | 445 | 243 | 2 | 1 | 2 |
| 0026 EVANGEL PRESBY. CHURCH | 1028 | 1990 | 6 | 2 | 3 |
| 0027 1ST PRESBYTERIAN CHURCH | 774 | 1685 | 2 | 1 | 7 |
| 0028 CHELSEA COMMUNITY CENTER | 215 | 1010 | 1 | 1 | 3 |
| 0029 PELHAM PARK & REC. | 1605 | 1995 | 8 | 2 | 13 |
| 0030 STEWART STUDENT RETREAT | 669 | 693 | 4 | 1 | 5 |
| 0031 PEA RIDGE COMMUNITY CTR. | 40 | 234 | 0 | 0 | 0 |
| 0032 RIVERCHASE BAPTIST | 616 | 1002 | 1 | 0 | 2 |

```
NAME HEADING CANVASS                    GENERAL ELECTION                      OFFICIAL REPORT
                                        SHELBY COUNTY, ALABAMA
                                        NOVEMBER 6, 2018

RUN DATE:11/14/18 10:38 AM                                                    REPORT-EL111    PAGE 0004

   GOVERNOR                                                   WITH 45 OF 45 PRECINCTS REPORTING
```

## GOVERNOR

|  | WALT MADDOX (DEM) | KAY IVEY (REP) | WRITE-IN (NON) | OVER VOTES | UNDER VOTERS |
|---|---|---|---|---|---|
| (CONTINUED FROM PREVIOUS PAGE) | | | | | |
| 0033 MONTEVALLO PARKS & REC. | 538 | 527 | 1 | 0 | 1 |
| 0034 ROY DOWNS MEMORIAL LIBRAR | 1122 | 1558 | 3 | 3 | 1 |
| 0035 CONCORD BAPTIST CHURCH | 1300 | 1655 | 2 | 1 | 6 |
| 0036 CAMP BRANCH CIVIC CENTER | 149 | 636 | 1 | 0 | 2 |
| 0037 COLUMBIANA REC. BUILDING | 468 | 1429 | 3 | 1 | 9 |
| 0038 FOURMILE VOL. FIRE/RESCUE | 73 | 571 | 0 | 0 | 0 |
| 0039 WILSONVILLE UN. METHODIST | 170 | 965 | 5 | 0 | 3 |
| 0040 SHELBY IRON WORKS PARK | 105 | 627 | 1 | 0 | 2 |
| 0041 BAY SPRINGS BAPTIST | 90 | 511 | 1 | 0 | 1 |
| 0042 CHRIST UNITED METHODIST | 360 | 851 | 0 | 0 | 3 |
| 0043 FAITH PRESBYTERIAN CHURCH | 482 | 1392 | 2 | 0 | 7 |
| 0044 ABSENTEE | 708 | 1674 | 2 | 1 | 4 |
| 0045 PROVISIONAL | 82 | 131 | 0 | 0 | 0 |
| CANDIDATE TOTALS | 26928 | 56989 | 125 | 26 | 235 |
| CANDIDATE PERCENT | 32.04 | 67.81 | .14 | | |

## LIEUTENANT GOVERNOR    WITH 45 OF 45 PRECINCTS REPORTING

|  | WILL BOYD (DEM) | WILL AINSWORTH (REP) | WRITE-IN (NON) | OVER VOTES | UNDER VOTERS |
|---|---|---|---|---|---|
| 0001 DUNNAVANT COMM. CTR. | 34 | 320 | 0 | 1 | 3 |
| 0002 VANDIVER-STERETT SR. CTR. | 59 | 491 | 0 | 0 | 3 |
| 0003 TURNER HOLLIS LEGION #195 | 55 | 192 | 0 | 0 | 1 |
| 0004 VINCENT REVIVAL CTR. | 292 | 604 | 1 | 1 | 6 |
| 0005 HARPERSVILLE TOWN HALL | 249 | 454 | 0 | 1 | 2 |
| 0006 NEW LIFE ASSEMBLY OF GOD | 390 | 1733 | 0 | 0 | 17 |
| 0007 CHELSEA CHURCH OF GOD | 405 | 1799 | 2 | 0 | 13 |
| 0008 NORTH SHELBY BAPTIST | 460 | 1225 | 0 | 0 | 11 |
| 0009 ASBURY UNITED METHODIST | 542 | 1703 | 5 | 1 | 22 |
| 0010 BLACKWATCH SPORTS | 742 | 2408 | 2 | 1 | 23 |
| 0011 SHOAL CREEK TOWN HALL | 262 | 973 | 1 | 0 | 8 |
| 0012 GREYSTONE FARMS CLUBHOUSE | 143 | 538 | 0 | 0 | 8 |
| 0013 HOOVER FIRE STATION #8 | 262 | 785 | 0 | 0 | 7 |
| 0014 THE CHURCH AT BROOKHILLS | 872 | 2524 | 1 | 2 | 30 |
| 0015 MEADOWBROOK BAPTIST | 910 | 1634 | 2 | 1 | 24 |
| 0016 NEW HOPE CUMBERLAND PRSBY | 313 | 1233 | 1 | 0 | 16 |
| 0017 1ST CHRISTIAN CHURCH | 718 | 1535 | 2 | 1 | 20 |
| 0018 VALLEYDALE BAPTIST | 854 | 2868 | 3 | 0 | 38 |
| 0019 RIVERCHASE CHURCH CHRIST | 925 | 1702 | 2 | 0 | 27 |
| 0020 PELHAM CIVIC COMPLEX | 1141 | 3067 | 3 | 2 | 31 |

```
NAME HEADING CANVASS                    GENERAL ELECTION                           OFFICIAL REPORT
                                        SHELBY COUNTY, ALABAMA
                                        NOVEMBER 6, 2018

RUN DATE:11/14/18 10:38 AM                                                         REPORT-EL111     PAGE 0005

    LIEUTENANT GOVERNOR                                    WITH 45 OF 45 PRECINCTS REPORTING

                                    W A
                                    I I      W
                                    L N      R
                                      L S    I
                                         W   T      O V     U V
                                W B      O   E      V O     N O
                                I O      R          E T     D T
                                L Y      T   I      R E     E E
                                L D      H   N      S       R S
(CONTINUED FROM PREVIOUS PAGE) (DEM)   (REP) (NON)
                                -----  ----- -----  -----   -----
0021 HELENA COMMUNITY CENTER    1802   4248    2      0      60
0022 SOUTHCREST BAPTIST CHURCH   473   1483    0      0      15
0023 CHURCH OF JESUS CHRIST      729   1646    3      0      12
0024 RESTORE-1ST UNITED METHOD  1110   2377    1      3      26
0025 ALABASTER LIBERTY BAPTIST   453    235    0      0       5
0026 EVANGEL PRESBY. CHURCH      935   2064    2      3      25
0027 1ST PRESBYTERIAN CHURCH     706   1750    0      2      11
0028 CHELSEA COMMUNITY CENTER    186   1033    1      1       9
0029 PELHAM PARK & REC.         1478   2116    3      0      26
0030 STEWART STUDENT RETREAT     650    700    1      0      21
0031 PEA RIDGE COMMUNITY CTR.     31    241    0      0       2
0032 RIVERCHASE BAPTIST          524   1078    1      0      18
0033 MONTEVALLO PARKS & REC.     541    517    1      1       7
0034 ROY DOWNS MEMORIAL LIBRAR  1090   1585    3      0       9
0035 CONCORD BAPTIST CHURCH     1210   1739    4      0      11
0036 CAMP BRANCH CIVIC CENTER    125    659    0      0       4
0037 COLUMBIANA REC. BUILDING    414   1478    0      0      18
0038 FOURMILE VOL. FIRE/RESCUE    51    588    1      0       4
0039 WILSONVILLE UN. METHODIST   150    990    0      0       3
0040 SHELBY IRON WORKS PARK       93    641    0      0       1
0041 BAY SPRINGS BAPTIST          62    537    0      0       4
0042 CHRIST UNITED METHODIST     293    904    1      0      16
0043 FAITH PRESBYTERIAN CHURCH   394   1466    1      0      22
0044 ABSENTEE                    656   1717    3      1      12
0045 PROVISIONAL                  75    137    0      1       0
            CANDIDATE TOTALS   23859  59717   53     23     651
            CANDIDATE PERCENT  28.52  71.40  .06

    UNITED STATES REPRESENTATIVE, 6TH CONGRESSIONAL DISTRICT        WITH 45 OF 45 PRECINCTS REPORTING

                                          W
                                          R
                             D K   G P    I
                             A L   A A    T      O V     U V
                             N I   R L    E      V O     N O
                             N N   Y M    -      E T     D T
                             E E       E  I      R E     E E
                             R     R      N      S       R S
                            (DEM) (REP) (NON)
                            -----  ----- -----  -----   -----
0001 DUNNAVANT COMM. CTR.      32    322    0      1       3
0002 VANDIVER-STERETT SR. CTR. 57    496    0      0       0
0003 TURNER HOLLIS LEGION #195 57    189    0      0       2
0004 VINCENT REVIVAL CTR.     289    606    1      0       8
0005 HARPERSVILLE TOWN HALL   245    457    0      0       4
0006 NEW LIFE ASSEMBLY OF GOD 385   1739    0      0      16
0007 CHELSEA CHURCH OF GOD    393   1811    1      0      14
0008 NORTH SHELBY BAPTIST     446   1241    0      0       9
```

```
NAME HEADING CANVASS                          GENERAL ELECTION                    OFFICIAL REPORT
                                              SHELBY COUNTY, ALABAMA
                                              NOVEMBER 6, 2018
RUN DATE:11/14/18 10:38 AM                                                        REPORT-EL111    PAGE 0006

   UNITED STATES REPRESENTATIVE, 6TH CONGRESSIONAL DISTRICT         WITH 45 OF 45 PRECINCTS REPORTING
```

| (CONTINUED FROM PREVIOUS PAGE) | DKALNNEER (DEM) | GPAARLYME R (REP) | WRITE-IN (NON) | OVVOETRES | UVNODTEERS |
|---|---|---|---|---|---|
| 0009 ASBURY UNITED METHODIST | 532 | 1716 | 3 | 0 | 22 |
| 0010 BLACKWATCH SPORTS | 726 | 2431 | 1 | 0 | 18 |
| 0011 SHOAL CREEK TOWN HALL | 251 | 987 | 2 | 0 | 4 |
| 0012 GREYSTONE FARMS CLUBHOUSE | 135 | 546 | 0 | 0 | 8 |
| 0013 HOOVER FIRE STATION #8 | 254 | 795 | 0 | 0 | 5 |
| 0014 THE CHURCH AT BROOKHILLS | 840 | 2553 | 4 | 2 | 30 |
| 0015 MEADOWBROOK BAPTIST | 893 | 1651 | 2 | 0 | 25 |
| 0016 NEW HOPE CUMBERLAND PRSBY | 299 | 1252 | 0 | 0 | 12 |
| 0017 1ST CHRISTIAN CHURCH | 711 | 1548 | 0 | 1 | 16 |
| 0018 VALLEYDALE BAPTIST | 829 | 2898 | 1 | 0 | 35 |
| 0019 RIVERCHASE CHURCH CHRIST | 909 | 1720 | 2 | 0 | 25 |
| 0020 PELHAM CIVIC COMPLEX | 1117 | 3095 | 3 | 0 | 29 |
| 0021 HELENA COMMUNITY CENTER | 1761 | 4289 | 4 | 0 | 58 |
| 0022 SOUTHCREST BAPTIST CHURCH | 463 | 1490 | 0 | 0 | 18 |
| 0023 CHURCH OF JESUS CHRIST | 713 | 1658 | 1 | 0 | 18 |
| 0024 RESTORE-1ST UNITED METHOD | 1082 | 2402 | 2 | 2 | 29 |
| 0025 ALABASTER LIBERTY BAPTIST | 448 | 239 | 1 | 0 | 5 |
| 0026 EVANGEL PRESBY. CHURCH | 905 | 2101 | 1 | 2 | 20 |
| 0027 1ST PRESBYTERIAN CHURCH | 688 | 1771 | 1 | 1 | 8 |
| 0028 CHELSEA COMMUNITY CENTER | 184 | 1039 | 1 | 1 | 5 |
| 0029 PELHAM PARK & REC. | 1438 | 2159 | 1 | 0 | 25 |
| 0030 STEWART STUDENT RETREAT | 645 | 706 | 2 | 0 | 19 |
| 0031 PEA RIDGE COMMUNITY CTR. | 28 | 245 | 0 | 0 | 1 |
| 0032 RIVERCHASE BAPTIST | 511 | 1099 | 0 | 0 | 11 |
| 0033 MONTEVALLO PARKS & REC. | 539 | 521 | 1 | 0 | 6 |
| 0034 ROY DOWNS MEMORIAL LIBRAR | 1064 | 1608 | 1 | 2 | 12 |
| 0035 CONCORD BAPTIST CHURCH | 1188 | 1753 | 3 | 0 | 20 |
| 0036 CAMP BRANCH CIVIC CENTER | 119 | 662 | 1 | 0 | 6 |
| 0037 COLUMBIANA REC. BUILDING | 402 | 1480 | 1 | 1 | 26 |
| 0038 FOURMILE VOL. FIRE/RESCUE | 46 | 592 | 0 | 0 | 6 |
| 0039 WILSONVILLE UN. METHODIST | 145 | 995 | 0 | 0 | 3 |
| 0040 SHELBY IRON WORKS PARK | 89 | 641 | 0 | 0 | 5 |
| 0041 BAY SPRINGS BAPTIST | 56 | 541 | 0 | 0 | 6 |
| 0042 CHRIST UNITED METHODIST | 291 | 916 | 0 | 0 | 7 |
| 0043 FAITH PRESBYTERIAN CHURCH | 373 | 1491 | 3 | 0 | 16 |
| 0044 ABSENTEE | 639 | 1737 | 3 | 1 | 9 |
| 0045 PROVISIONAL | 72 | 140 | 1 | 0 | 0 |
| CANDIDATE TOTALS | 23289 | 60328 | 48 | 14 | 624 |
| CANDIDATE PERCENT | 27.83 | 72.10 | .05 | | |

```
NAME HEADING CANVASS                    GENERAL ELECTION                          OFFICIAL REPORT
                                        SHELBY COUNTY, ALABAMA
                                        NOVEMBER 6, 2018
RUN DATE:11/14/18 10:38 AM                                                        REPORT-EL111    PAGE 0007

    ATTORNEY GENERAL                                        WITH 45 OF 45 PRECINCTS REPORTING
```

|  | JOSEPH SIEGELMAN (DEM) | STEVE MARSHALL (REP) | WRITE-IN (NON) | OVER VOTES | UNDER VOTERS |
|---|---:|---:|---:|---:|---:|
| 0001 DUNNAVANT COMM. CTR. | 45 | 310 | 0 | 1 | 2 |
| 0002 VANDIVER-STERETT SR. CTR. | 72 | 479 | 0 | 0 | 2 |
| 0003 TURNER HOLLIS LEGION #195 | 62 | 185 | 0 | 0 | 1 |
| 0004 VINCENT REVIVAL CTR. | 298 | 596 | 2 | 1 | 7 |
| 0005 HARPERSVILLE TOWN HALL | 262 | 442 | 0 | 0 | 2 |
| 0006 NEW LIFE ASSEMBLY OF GOD | 414 | 1708 | 0 | 1 | 17 |
| 0007 CHELSEA CHURCH OF GOD | 434 | 1771 | 0 | 0 | 14 |
| 0008 NORTH SHELBY BAPTIST | 499 | 1187 | 1 | 0 | 9 |
| 0009 ASBURY UNITED METHODIST | 607 | 1639 | 3 | 0 | 24 |
| 0010 BLACKWATCH SPORTS | 793 | 2365 | 1 | 0 | 17 |
| 0011 SHOAL CREEK TOWN HALL | 293 | 943 | 0 | 0 | 8 |
| 0012 GREYSTONE FARMS CLUBHOUSE | 166 | 520 | 0 | 0 | 3 |
| 0013 HOOVER FIRE STATION #8 | 282 | 764 | 0 | 0 | 8 |
| 0014 THE CHURCH AT BROOKHILLS | 937 | 2458 | 5 | 1 | 28 |
| 0015 MEADOWBROOK BAPTIST | 972 | 1574 | 3 | 0 | 22 |
| 0016 NEW HOPE CUMBERLAND PRSBY | 337 | 1211 | 1 | 0 | 14 |
| 0017 1ST CHRISTIAN CHURCH | 788 | 1473 | 0 | 1 | 14 |
| 0018 VALLEYDALE BAPTIST | 963 | 2761 | 4 | 1 | 34 |
| 0019 RIVERCHASE CHURCH CHRIST | 995 | 1635 | 0 | 0 | 26 |
| 0020 PELHAM CIVIC COMPLEX | 1244 | 2971 | 4 | 1 | 24 |
| 0021 HELENA COMMUNITY CENTER | 1923 | 4135 | 3 | 1 | 50 |
| 0022 SOUTHCREST BAPTIST CHURCH | 511 | 1449 | 2 | 0 | 9 |
| 0023 CHURCH OF JESUS CHRIST | 785 | 1589 | 1 | 0 | 15 |
| 0024 RESTORE-1ST UNITED METHOD | 1163 | 2327 | 1 | 1 | 25 |
| 0025 ALABASTER LIBERTY BAPTIST | 459 | 230 | 0 | 0 | 4 |
| 0026 EVANGEL PRESBY. CHURCH | 980 | 2019 | 4 | 1 | 25 |
| 0027 1ST PRESBYTERIAN CHURCH | 745 | 1712 | 0 | 2 | 10 |
| 0028 CHELSEA COMMUNITY CENTER | 197 | 1022 | 0 | 1 | 10 |
| 0029 PELHAM PARK & REC. | 1542 | 2057 | 2 | 1 | 21 |
| 0030 STEWART STUDENT RETREAT | 671 | 681 | 2 | 0 | 18 |
| 0031 PEA RIDGE COMMUNITY CTR. | 42 | 232 | 0 | 0 | 0 |
| 0032 RIVERCHASE BAPTIST | 575 | 1038 | 1 | 0 | 7 |
| 0033 MONTEVALLO PARKS & REC. | 550 | 507 | 1 | 0 | 9 |
| 0034 ROY DOWNS MEMORIAL LIBRAR | 1117 | 1555 | 0 | 1 | 14 |
| 0035 CONCORD BAPTIST CHURCH | 1269 | 1679 | 2 | 0 | 14 |
| 0036 CAMP BRANCH CIVIC CENTER | 147 | 638 | 0 | 0 | 3 |
| 0037 COLUMBIANA REC. BUILDING | 458 | 1433 | 3 | 1 | 15 |
| 0038 FOURMILE VOL. FIRE/RESCUE | 69 | 571 | 1 | 0 | 3 |
| 0039 WILSONVILLE UN. METHODIST | 172 | 968 | 1 | 1 | 1 |
| 0040 SHELBY IRON WORKS PARK | 102 | 632 | 0 | 0 | 1 |
| 0041 BAY SPRINGS BAPTIST | 73 | 525 | 0 | 0 | 5 |
| 0042 CHRIST UNITED METHODIST | 329 | 873 | 0 | 2 | 10 |
| 0043 FAITH PRESBYTERIAN CHURCH | 427 | 1436 | 2 | 0 | 18 |
| 0044 ABSENTEE | 671 | 1702 | 4 | 1 | 11 |
| 0045 PROVISIONAL | 79 | 134 | 0 | 0 | 0 |
| CANDIDATE TOTALS | 25519 | 58136 | 54 | 20 | 574 |
| CANDIDATE PERCENT | 30.48 | 69.45 | .06 | | |

```
NAME HEADING CANVASS              GENERAL ELECTION                    OFFICIAL REPORT
                                  SHELBY COUNTY, ALABAMA
                                  NOVEMBER 6, 2018

RUN DATE:11/14/18 10:38 AM                                            REPORT-EL111    PAGE 0014

CHIEF JUSTICE OF THE SUPREME COURT                  WITH 45 OF 45 PRECINCTS REPORTING
```

|  | BOB VANCE JR. (DEM) | TOM PARKER (REP) | WRITE-IN (NON) | OVER VOTES | UNDER VOTES |
|---|---|---|---|---|---|
| 0001 DUNNAVANT COMM. CTR. | 54 | 303 | 0 | 0 | 1 |
| 0002 VANDIVER-STERETT SR. CTR. | 80 | 470 | 0 | 0 | 3 |
| 0003 TURNER HOLLIS LEGION #195 | 68 | 179 | 0 | 0 | 1 |
| 0004 VINCENT REVIVAL CTR. | 310 | 586 | 2 | 1 | 5 |
| 0005 HARPERSVILLE TOWN HALL | 268 | 434 | 0 | 0 | 4 |
| 0006 NEW LIFE ASSEMBLY OF GOD | 486 | 1625 | 0 | 3 | 26 |
| 0007 CHELSEA CHURCH OF GOD | 486 | 1711 | 2 | 2 | 18 |
| 0008 NORTH SHELBY BAPTIST | 562 | 1118 | 2 | 0 | 14 |
| 0009 ASBURY UNITED METHODIST | 710 | 1526 | 3 | 0 | 34 |
| 0010 BLACKWATCH SPORTS | 910 | 2231 | 1 | 5 | 29 |
| 0011 SHOAL CREEK TOWN HALL | 351 | 881 | 0 | 0 | 12 |
| 0012 GREYSTONE FARMS CLUBHOUSE | 213 | 467 | 0 | 0 | 9 |
| 0013 HOOVER FIRE STATION #8 | 334 | 705 | 2 | 0 | 13 |
| 0014 THE CHURCH AT BROOKHILLS | 1101 | 2277 | 6 | 1 | 44 |
| 0015 MEADOWBROOK BAPTIST | 1090 | 1442 | 2 | 3 | 34 |
| 0016 NEW HOPE CUMBERLAND PRSBY | 426 | 1111 | 2 | 0 | 24 |
| 0017 1ST CHRISTIAN CHURCH | 887 | 1366 | 2 | 1 | 20 |
| 0018 VALLEYDALE BAPTIST | 1212 | 2496 | 4 | 0 | 51 |
| 0019 RIVERCHASE CHURCH CHRIST | 1117 | 1508 | 0 | 3 | 28 |
| 0020 PELHAM CIVIC COMPLEX | 1424 | 2770 | 5 | 0 | 45 |
| 0021 HELENA COMMUNITY CENTER | 2131 | 3893 | 3 | 8 | 77 |
| 0022 SOUTHCREST BAPTIST CHURCH | 570 | 1372 | 2 | 3 | 24 |
| 0023 CHURCH OF JESUS CHRIST | 840 | 1529 | 0 | 0 | 21 |
| 0024 RESTORE-1ST UNITED METHOD | 1280 | 2195 | 2 | 7 | 33 |
| 0025 ALABASTER LIBERTY BAPTIST | 471 | 217 | 0 | 0 | 5 |
| 0026 EVANGEL PRESBY. CHURCH | 1075 | 1912 | 4 | 4 | 34 |
| 0027 1ST PRESBYTERIAN CHURCH | 821 | 1627 | 1 | 1 | 19 |
| 0028 CHELSEA COMMUNITY CENTER | 227 | 988 | 1 | 2 | 12 |
| 0029 PELHAM PARK & REC. | 1651 | 1917 | 0 | 6 | 49 |
| 0030 STEWART STUDENT RETREAT | 714 | 635 | 2 | 1 | 20 |
| 0031 PEA RIDGE COMMUNITY CTR. | 42 | 230 | 0 | 0 | 2 |
| 0032 RIVERCHASE BAPTIST | 671 | 932 | 1 | 3 | 14 |
| 0033 MONTEVALLO PARKS & REC. | 570 | 489 | 2 | 0 | 6 |
| 0034 ROY DOWNS MEMORIAL LIBRAR | 1164 | 1497 | 2 | 5 | 19 |
| 0035 CONCORD BAPTIST CHURCH | 1327 | 1615 | 0 | 0 | 22 |
| 0036 CAMP BRANCH CIVIC CENTER | 181 | 599 | 1 | 0 | 7 |
| 0037 COLUMBIANA REC. BUILDING | 499 | 1389 | 2 | 1 | 19 |
| 0038 FOURMILE VOL. FIRE/RESCUE | 90 | 550 | 0 | 0 | 4 |
| 0039 WILSONVILLE UN. METHODIST | 195 | 940 | 1 | 1 | 6 |
| 0040 SHELBY IRON WORKS PARK | 113 | 619 | 0 | 1 | 2 |
| 0041 BAY SPRINGS BAPTIST | 98 | 498 | 0 | 0 | 7 |
| 0042 CHRIST UNITED METHODIST | 400 | 791 | 4 | 0 | 19 |
| 0043 FAITH PRESBYTERIAN CHURCH | 537 | 1321 | 3 | 1 | 21 |
| 0044 ABSENTEE | 754 | 1610 | 1 | 1 | 23 |
| 0045 PROVISIONAL | 77 | 134 | 0 | 1 | 1 |
| CANDIDATE TOTALS | 28587 | 54705 | 65 | 65 | 881 |
| CANDIDATE PERCENT | 34.29 | 65.62 | .07 |  |  |

```
                                     B V
                                     O A
                                      B N             W
                                       C              R
                                       E    T P       I
                                       .    O A       T    O V    U V
                                            M R       E    V O    N O
                                          J    K      .    E T    D T
                                          R    E      I    R E    E E
                                          .    R      N       S   R S
                                        (DEM)  (REP)  (NON)
                                        -----  -----  -----  -----  -----
0001 DUNNAVANT COMM. CTR.                  54    303      0      0      1
0002 VANDIVER-STERETT SR. CTR.             80    470      0      0      3
0003 TURNER HOLLIS LEGION #195             68    179      0      0      1
0004 VINCENT REVIVAL CTR.                 310    586      2      1      5
0005 HARPERSVILLE TOWN HALL               268    434      0      0      4
0006 NEW LIFE ASSEMBLY OF GOD             486   1625      0      3     26
0007 CHELSEA CHURCH OF GOD                486   1711      2      2     18
0008 NORTH SHELBY BAPTIST                 562   1118      2      0     14
0009 ASBURY UNITED METHODIST              710   1526      3      0     34
0010 BLACKWATCH SPORTS                    910   2231      1      5     29
0011 SHOAL CREEK TOWN HALL                351    881      0      0     12
0012 GREYSTONE FARMS CLUBHOUSE            213    467      0      0      9
0013 HOOVER FIRE STATION #8               334    705      2      0     13
0014 THE CHURCH AT BROOKHILLS            1101   2277      6      1     44
0015 MEADOWBROOK BAPTIST                 1090   1442      2      3     34
0016 NEW HOPE CUMBERLAND PRSBY            426   1111      2      0     24
0017 1ST CHRISTIAN CHURCH                 887   1366      2      1     20
0018 VALLEYDALE BAPTIST                  1212   2496      4      0     51
0019 RIVERCHASE CHURCH CHRIST            1117   1508      0      3     28
0020 PELHAM CIVIC COMPLEX                1424   2770      5      0     45
0021 HELENA COMMUNITY CENTER             2131   3893      3      8     77
0022 SOUTHCREST BAPTIST CHURCH            570   1372      2      3     24
0023 CHURCH OF JESUS CHRIST               840   1529      0      0     21
0024 RESTORE-1ST UNITED METHOD           1280   2195      2      7     33
0025 ALABASTER LIBERTY BAPTIST            471    217      0      0      5
0026 EVANGEL PRESBY. CHURCH              1075   1912      4      4     34
0027 1ST PRESBYTERIAN CHURCH              821   1627      1      1     19
0028 CHELSEA COMMUNITY CENTER             227    988      1      2     12
0029 PELHAM PARK & REC.                  1651   1917      0      6     49
0030 STEWART STUDENT RETREAT              714    635      2      1     20
0031 PEA RIDGE COMMUNITY CTR.              42    230      0      0      2
0032 RIVERCHASE BAPTIST                   671    932      1      3     14
0033 MONTEVALLO PARKS & REC.              570    489      2      0      6
0034 ROY DOWNS MEMORIAL LIBRAR           1164   1497      2      5     19
0035 CONCORD BAPTIST CHURCH              1327   1615      0      0     22
0036 CAMP BRANCH CIVIC CENTER             181    599      1      0      7
0037 COLUMBIANA REC. BUILDING             499   1389      2      1     19
0038 FOURMILE VOL. FIRE/RESCUE             90    550      0      0      4
0039 WILSONVILLE UN. METHODIST            195    940      1      1      6
0040 SHELBY IRON WORKS PARK               113    619      0      1      2
0041 BAY SPRINGS BAPTIST                   98    498      0      0      7
0042 CHRIST UNITED METHODIST              400    791      4      0     19
0043 FAITH PRESBYTERIAN CHURCH            537   1321      3      1     21
0044 ABSENTEE                             754   1610      1      1     23
0045 PROVISIONAL                           77    134      0      1      1
          CANDIDATE TOTALS              28587  54705     65     65    881
          CANDIDATE PERCENT              34.29  65.62    .07
```

```
NAME HEADING CANVASS                    GENERAL ELECTION                      OFFICIAL REPORT
                                        SHELBY COUNTY, ALABAMA
                                        NOVEMBER 6, 2018
RUN DATE:11/14/18 10:38 AM                                                   REPORT-EL111    PAGE 0018

    ASSOCIATE JUSTICE OF THE SUPREME COURT, PLACE NO. 4        WITH 45 OF 45 PRECINCTS REPORTING

                                       J M      W
                                 D W S  A I      R
                                 O E M   Y T     I
                                 N S A     C     T      O V      U V
                                 N S L     H     E      V O      N O
                                 A O L     E     -      E T      D T
                                   N E     L     I      R E      E E
                                     Y     L     N       S       R S
                                   (DEM)  (REP) (NON)
                                   -----  ----- -----   -----   -----
 0001 DUNNAVANT COMM. CTR.            35    316     0       0       7
 0002 VANDIVER-STERETT SR. CTR.        63    483     0       0       7
 0003 TURNER HOLLIS LEGION #195        55    186     0       0       7
 0004 VINCENT REVIVAL CTR.           300    595     1       0       8
 0005 HARPERSVILLE TOWN HALL         250    446     0       0      10
 0006 NEW LIFE ASSEMBLY OF GOD       392   1711     0       0      37
 0007 CHELSEA CHURCH OF GOD          424   1763     0       0      32
 0008 NORTH SHELBY BAPTIST           464   1205     1       2      24
 0009 ASBURY UNITED METHODIST        548   1657     3       1      64
 0010 BLACKWATCH SPORTS              742   2373     1       2      58
 0011 SHOAL CREEK TOWN HALL          274    950     0       0      20
 0012 GREYSTONE FARMS CLUBHOUSE      156    522     0       0      11
 0013 HOOVER FIRE STATION #8         266    769     0       0      19
 0014 THE CHURCH AT BROOKHILLS       881   2470     4       0      74
 0015 MEADOWBROOK BAPTIST            905   1603     2       4      57
 0016 NEW HOPE CUMBERLAND PRSBY      319   1213     0       2      29
 0017 1ST CHRISTIAN CHURCH           730   1484     1       2      59
 0018 VALLEYDALE BAPTIST             859   2797     3       0     104
 0019 RIVERCHASE CHURCH CHRIST       931   1650     1       2      72
 0020 PELHAM CIVIC COMPLEX          1157   2999     3       5      80
 0021 HELENA COMMUNITY CENTER       1819   4141     4       3     145
 0022 SOUTHCREST BAPTIST CHURCH     470   1457     2       2      40
 0023 CHURCH OF JESUS CHRIST        759   1589     0       1      41
 0024 RESTORE-1ST UNITED METHOD    1121   2339     0       4      53
 0025 ALABASTER LIBERTY BAPTIST    446    227     0       2      18
 0026 EVANGEL PRESBY. CHURCH       935   2021     3       5      65
 0027 1ST PRESBYTERIAN CHURCH      720   1708     1       7      33
 0028 CHELSEA COMMUNITY CENTER     187   1028     1       1      13
 0029 PELHAM PARK & REC.          1470   2049     4       7      93
 0030 STEWART STUDENT RETREAT      650    679     1       2      40
 0031 PEA RIDGE COMMUNITY CTR.      35    233     0       0       6
 0032 RIVERCHASE BAPTIST           534   1050     1       2      34
 0033 MONTEVALLO PARKS & REC.      539    518     0       1       9
 0034 ROY DOWNS MEMORIAL LIBRAR   1081   1557     3       5      41
 0035 CONCORD BAPTIST CHURCH      1219   1689     2       6      48
 0036 CAMP BRANCH CIVIC CENTER     140    630     0       1      17
 0037 COLUMBIANA REC. BUILDING     412   1462     1       2      33
 0038 FOURMILE VOL. FIRE/RESCUE     59    570     0       0      15
 0039 WILSONVILLE UN. METHODIST    160    972     0       1      10
 0040 SHELBY IRON WORKS PARK        97    630     0       0       8
 0041 BAY SPRINGS BAPTIST           59    533     0       0      11
 0042 CHRIST UNITED METHODIST      307    868     1       0      38
 0043 FAITH PRESBYTERIAN CHURCH    389   1441     0       0      53
 0044 ABSENTEE                     650   1697     1       0      41
 0045 PROVISIONAL                   78    133     0       1       1
            CANDIDATE TOTALS     24087  58413    45      73    1685
            CANDIDATE PERCENT    29.18  70.76   .05
```

```
NAME HEADING CANVASS                   GENERAL ELECTION                    OFFICIAL REPORT
                                       SHELBY COUNTY, ALABAMA
                                       NOVEMBER 6, 2018
RUN DATE:11/14/18 10:38 AM                                                 REPORT-EL111    PAGE 0025

   SECRETARY OF STATE                                      WITH 45 OF 45 PRECINCTS REPORTING

                                                W
                                HM     JHM      R
                                EI     O.E      I
                                AL     H R      T        O V       U V
                                TA     N R      E        V O       N O
                                HM       I      .        E T       D T
                                 E       L      I        R E       E E
                                 R       L      N          S       R S
                                (DEM)  (REP)  (NON)
                                -----  -----  -----      -----     -----
0001 DUNNAVANT COMM. CTR.          34    323      0          0         1
0002 VANDIVER-STERETT SR. CTR.     61    485      0          0         7
0003 TURNER HOLLIS LEGION #195     57    188      0          0         3
0004 VINCENT REVIVAL CTR.         296    597      1          0        10
0005 HARPERSVILLE TOWN HALL       248    451      0          0         7
0006 NEW LIFE ASSEMBLY OF GOD     403   1708      0          1        28
0007 CHELSEA CHURCH OF GOD        409   1788      0          2        20
0008 NORTH SHELBY BAPTIST         463   1214      2          2        15
0009 ASBURY UNITED METHODIST      546   1682      1          3        41
0010 BLACKWATCH SPORTS            747   2400      0          2        27
0011 SHOAL CREEK TOWN HALL        268    965      0          0        11
0012 GREYSTONE FARMS CLUBHOUSE    145    534      0          0        10
0013 HOOVER FIRE STATION #8       266    779      0          0         9
0014 THE CHURCH AT BROOKHILLS     867   2512      3          1        46
0015 MEADOWBROOK BAPTIST          921   1614      4          1        31
0016 NEW HOPE CUMBERLAND PRSBY    322   1224      0          1        16
0017 1ST CHRISTIAN CHURCH         730   1511      0          0        35
0018 VALLEYDALE BAPTIST           852   2842      5          1        63
0019 RIVERCHASE CHURCH CHRIST     927   1685      1          2        41
0020 PELHAM CIVIC COMPLEX        1149   3044      1          3        47
0021 HELENA COMMUNITY CENTER     1822   4178      7          2       103
0022 SOUTHCREST BAPTIST CHURCH    461   1483      3          1        23
0023 CHURCH OF JESUS CHRIST       740   1626      0          2        22
0024 RESTORE-1ST UNITED METHOD   1106   2380      0          4        27
0025 ALABASTER LIBERTY BAPTIST    446    234      0          2        11
0026 EVANGEL PRESBY. CHURCH       921   2060      3          5        40
0027 1ST PRESBYTERIAN CHURCH      710   1739      1          3        16
0028 CHELSEA COMMUNITY CENTER     188   1028      1          0        13
0029 PELHAM PARK & REC.          1473   2098      2          6        44
0030 STEWART STUDENT RETREAT      670    676      2          0        24
0031 PEA RIDGE COMMUNITY CTR.      28    241      0          0         5
0032 RIVERCHASE BAPTIST           535   1068      0          0        18
0033 MONTEVALLO PARKS & REC.      543    517      1          0         6
0034 ROY DOWNS MEMORIAL LIBRAR   1084   1571      2          6        24
0035 CONCORD BAPTIST CHURCH      1225   1695      2          3        39
0036 CAMP BRANCH CIVIC CENTER     129    648      0          0        11
0037 COLUMBIANA REC. BUILDING     408   1473      2          0        27
0038 FOURMILE VOL. FIRE/RESCUE     54    583      0          0         7
0039 WILSONVILLE UN. METHODIST    149    984      0          1         9
0040 SHELBY IRON WORKS PARK        90    639      0          2         4
0041 BAY SPRINGS BAPTIST           58    536      0          0         9
0042 CHRIST UNITED METHODIST      290    902      1          0        21
0043 FAITH PRESBYTERIAN CHURCH    387   1469      1          2        24
0044 ABSENTEE                     650   1717      1          1        20
0045 PROVISIONAL                   75    135      0          2         1
         CANDIDATE TOTALS       23953  59226     47         61      1016
         CANDIDATE PERCENT      28.78  71.16    .05
```

```
NAME HEADING CANVASS                    GENERAL ELECTION                       OFFICIAL REPORT
                                        SHELBY COUNTY, ALABAMA
                                        NOVEMBER 6, 2018

RUN DATE:11/14/18 10:38 AM                                                     REPORT-EL111      PAGE 0027

STATE AUDITOR                                                 WITH 45 OF 45 PRECINCTS REPORTING
```

|  | MIRANDA ASHCRAFT (DEM) | KJZ JOE ZEIGLER (REP) | WRITE-IN (NON) | OVER VOTES | UNDER VOTERS |
|---|---:|---:|---:|---:|---:|
| 0001 DUNNAVANT COMM. CTR. | 34 | 320 | 0 | 0 | 4 |
| 0002 VANDIVER-STERETT SR. CTR. | 64 | 484 | 0 | 0 | 5 |
| 0003 TURNER HOLLIS LEGION #195 | 54 | 190 | 0 | 0 | 4 |
| 0004 VINCENT REVIVAL CTR. | 302 | 590 | 1 | 1 | 10 |
| 0005 HARPERSVILLE TOWN HALL | 249 | 445 | 1 | 0 | 11 |
| 0006 NEW LIFE ASSEMBLY OF GOD | 395 | 1700 | 1 | 1 | 43 |
| 0007 CHELSEA CHURCH OF GOD | 428 | 1755 | 1 | 0 | 35 |
| 0008 NORTH SHELBY BAPTIST | 475 | 1194 | 0 | 2 | 25 |
| 0009 ASBURY UNITED METHODIST | 550 | 1660 | 3 | 1 | 59 |
| 0010 BLACKWATCH SPORTS | 771 | 2356 | 0 | 1 | 48 |
| 0011 SHOAL CREEK TOWN HALL | 283 | 944 | 0 | 0 | 17 |
| 0012 GREYSTONE FARMS CLUBHOUSE | 154 | 523 | 0 | 0 | 12 |
| 0013 HOOVER FIRE STATION #8 | 268 | 774 | 0 | 0 | 12 |
| 0014 THE CHURCH AT BROOKHILLS | 899 | 2462 | 5 | 1 | 62 |
| 0015 MEADOWBROOK BAPTIST | 923 | 1595 | 5 | 1 | 47 |
| 0016 NEW HOPE CUMBERLAND PRSBY | 321 | 1211 | 0 | 1 | 30 |
| 0017 1ST CHRISTIAN CHURCH | 735 | 1493 | 3 | 2 | 43 |
| 0018 VALLEYDALE BAPTIST | 888 | 2782 | 4 | 2 | 87 |
| 0019 RIVERCHASE CHURCH CHRIST | 950 | 1653 | 2 | 2 | 49 |
| 0020 PELHAM CIVIC COMPLEX | 1181 | 2989 | 2 | 1 | 71 |
| 0021 HELENA COMMUNITY CENTER | 1841 | 4131 | 6 | 2 | 132 |
| 0022 SOUTHCREST BAPTIST CHURCH | 472 | 1458 | 3 | 2 | 36 |
| 0023 CHURCH OF JESUS CHRIST | 761 | 1586 | 6 | 1 | 36 |
| 0024 RESTORE-1ST UNITED METHOD | 1106 | 2356 | 2 | 3 | 50 |
| 0025 ALABASTER LIBERTY BAPTIST | 454 | 228 | 0 | 0 | 11 |
| 0026 EVANGEL PRESBY. CHURCH | 949 | 2011 | 4 | 1 | 64 |
| 0027 1ST PRESBYTERIAN CHURCH | 729 | 1709 | 2 | 3 | 26 |
| 0028 CHELSEA COMMUNITY CENTER | 200 | 1009 | 1 | 1 | 19 |
| 0029 PELHAM PARK & REC. | 1501 | 2043 | 3 | 1 | 75 |
| 0030 STEWART STUDENT RETREAT | 649 | 686 | 2 | 0 | 35 |
| 0031 PEA RIDGE COMMUNITY CTR. | 31 | 238 | 1 | 0 | 4 |
| 0032 RIVERCHASE BAPTIST | 555 | 1034 | 3 | 1 | 28 |
| 0033 MONTEVALLO PARKS & REC. | 542 | 512 | 4 | 0 | 9 |
| 0034 ROY DOWNS MEMORIAL LIBRAR | 1097 | 1560 | 0 | 0 | 30 |
| 0035 CONCORD BAPTIST CHURCH | 1230 | 1688 | 3 | 0 | 43 |
| 0036 CAMP BRANCH CIVIC CENTER | 126 | 647 | 1 | 0 | 14 |
| 0037 COLUMBIANA REC. BUILDING | 427 | 1445 | 3 | 1 | 34 |
| 0038 FOURMILE VOL. FIRE/RESCUE | 58 | 574 | 0 | 0 | 12 |
| 0039 WILSONVILLE UN. METHODIST | 156 | 975 | 0 | 0 | 12 |
| 0040 SHELBY IRON WORKS PARK | 92 | 631 | 1 | 0 | 11 |
| 0041 BAY SPRINGS BAPTIST | 64 | 527 | 0 | 0 | 12 |
| 0042 CHRIST UNITED METHODIST | 323 | 864 | 1 | 0 | 26 |
| 0043 FAITH PRESBYTERIAN CHURCH | 410 | 1429 | 2 | 1 | 41 |
| 0044 ABSENTEE | 662 | 1688 | 4 | 0 | 35 |
| 0045 PROVISIONAL | 75 | 134 | 0 | 0 | 4 |
| CANDIDATE TOTALS | 24434 | 58283 | 80 | 33 | 1473 |
| CANDIDATE PERCENT | 29.51 | 70.39 | .09 | | |

```
NAME HEADING CANVASS                    GENERAL ELECTION                       OFFICIAL REPORT
                                        SHELBY COUNTY, ALABAMA
                                        NOVEMBER 6, 2018
RUN DATE:11/14/18 10:38 AM                                                     REPORT-EL111    PAGE 0029

PUBLIC SERVICE COMMISSION, PLACE NO. 1                      WITH 45 OF 45 PRECINCTS REPORTING
```

| | CYM A.c RCE. ALR U R E (DEM) | W JHO E.D R E N M Y (REP) | W R I T E - I N (NON) | OV VO ET RE S | UV NO DT EE RS |
|---|---:|---:|---:|---:|---:|
| 0001 DUNNAVANT COMM. CTR.        |    37 |   316 | 0 | 0 |    5 |
| 0002 VANDIVER-STERETT SR. CTR.   |    58 |   484 | 0 | 0 |   11 |
| 0003 TURNER HOLLIS LEGION #195   |    59 |   183 | 0 | 0 |    6 |
| 0004 VINCENT REVIVAL CTR.        |   296 |   597 | 1 | 0 |   10 |
| 0005 HARPERSVILLE TOWN HALL      |   248 |   446 | 0 | 0 |   12 |
| 0006 NEW LIFE ASSEMBLY OF GOD    |   395 |  1703 | 0 | 0 |   42 |
| 0007 CHELSEA CHURCH OF GOD       |   424 |  1760 | 1 | 0 |   34 |
| 0008 NORTH SHELBY BAPTIST        |   470 |  1197 | 1 | 1 |   27 |
| 0009 ASBURY UNITED METHODIST     |   542 |  1653 | 1 | 2 |   75 |
| 0010 BLACKWATCH SPORTS           |   755 |  2364 | 0 | 0 |   57 |
| 0011 SHOAL CREEK TOWN HALL       |   272 |   944 | 0 | 0 |   28 |
| 0012 GREYSTONE FARMS CLUBHOUSE   |   151 |   521 | 0 | 0 |   17 |
| 0013 HOOVER FIRE STATION #8      |   265 |   764 | 0 | 0 |   25 |
| 0014 THE CHURCH AT BROOKHILLS    |   885 |  2463 | 5 | 1 |   75 |
| 0015 MEADOWBROOK BAPTIST         |   909 |  1589 | 2 | 1 |   70 |
| 0016 NEW HOPE CUMBERLAND PRSBY   |   316 |  1203 | 0 | 0 |   44 |
| 0017 1ST CHRISTIAN CHURCH        |   729 |  1483 | 1 | 0 |   63 |
| 0018 VALLEYDALE BAPTIST          |   865 |  2774 | 0 | 0 |  124 |
| 0019 RIVERCHASE CHURCH CHRIST    |   947 |  1635 | 3 | 0 |   71 |
| 0020 PELHAM CIVIC COMPLEX        |  1171 |  2993 | 2 | 2 |   76 |
| 0021 HELENA COMMUNITY CENTER     |  1817 |  4129 | 3 | 1 |  162 |
| 0022 SOUTHCREST BAPTIST CHURCH   |   463 |  1466 | 0 | 2 |   40 |
| 0023 CHURCH OF JESUS CHRIST      |   743 |  1600 | 1 | 0 |   46 |
| 0024 RESTORE-1ST UNITED METHOD   |  1124 |  2329 | 2 | 2 |   60 |
| 0025 ALABASTER LIBERTY BAPTIST   |   454 |   227 | 0 | 0 |   12 |
| 0026 EVANGEL PRESBY. CHURCH      |   930 |  2026 | 1 | 2 |   70 |
| 0027 1ST PRESBYTERIAN CHURCH     |   720 |  1713 | 0 | 0 |   36 |
| 0028 CHELSEA COMMUNITY CENTER    |   192 |  1015 | 1 | 1 |   21 |
| 0029 PELHAM PARK & REC.          |  1481 |  2041 | 2 | 4 |   95 |
| 0030 STEWART STUDENT RETREAT     |   651 |   681 | 0 | 0 |   40 |
| 0031 PEA RIDGE COMMUNITY CTR.    |    32 |   237 | 0 | 0 |    5 |
| 0032 RIVERCHASE BAPTIST          |   541 |  1035 | 0 | 1 |   44 |
| 0033 MONTEVALLO PARKS & REC.     |   538 |   515 | 1 | 1 |   12 |
| 0034 ROY DOWNS MEMORIAL LIBRAR   |  1105 |  1549 | 0 | 0 |   33 |
| 0035 CONCORD BAPTIST CHURCH      |  1221 |  1689 | 0 | 0 |   54 |
| 0036 CAMP BRANCH CIVIC CENTER    |   124 |   643 | 0 | 0 |   21 |
| 0037 COLUMBIANA REC. BUILDING    |   412 |  1450 | 0 | 2 |   46 |
| 0038 FOURMILE VOL. FIRE/RESCUE   |    58 |   565 | 1 | 0 |   20 |
| 0039 WILSONVILLE UN. METHODIST   |   158 |   972 | 0 | 0 |   13 |
| 0040 SHELBY IRON WORKS PARK      |    94 |   631 | 1 | 0 |    9 |
| 0041 BAY SPRINGS BAPTIST         |    58 |   528 | 0 | 1 |   16 |
| 0042 CHRIST UNITED METHODIST     |   294 |   884 | 0 | 0 |   36 |
| 0043 FAITH PRESBYTERIAN CHURCH   |   383 |  1434 | 1 | 0 |   65 |
| 0044 ABSENTEE                    |   646 |  1695 | 1 | 0 |   47 |
| 0045 PROVISIONAL                 |    77 |   133 | 0 | 0 |    3 |
| CANDIDATE TOTALS                 | 24110 | 58259 | 32 | 24 | 1878 |
| CANDIDATE PERCENT                | 29.25 | 70.70 | .03 | | |

```
NAME HEADING CANVASS                    GENERAL ELECTION                         OFFICIAL REPORT
                                        SHELBY COUNTY, ALABAMA
                                        NOVEMBER 6, 2018
RUN DATE:11/14/18 10:38 AM                                                       REPORT-EL111    PAGE 0030

PUBLIC SERVICE COMMISSION, PLACE NO. 2                      WITH 45 OF 45 PRECINCTS REPORTING
```

|  | KARA KENNEDY "PAW" (DEM) | CHIP BEEKER, JR. (REP) | WHITE ROSE WRITE-IN (NON) | OVE OVERVOTES | UV UNDERVOTERS |
|---|---|---|---|---|---|
| 0001 DUNNAVANT COMM. CTR. | 36 | 318 | 0 | 0 | 4 |
| 0002 VANDIVER-STERETT SR. CTR. | 62 | 480 | 0 | 0 | 11 |
| 0003 TURNER HOLLIS LEGION #195 | 58 | 184 | 0 | 0 | 6 |
| 0004 VINCENT REVIVAL CTR. | 298 | 595 | 1 | 0 | 10 |
| 0005 HARPERSVILLE TOWN HALL | 254 | 439 | 0 | 0 | 13 |
| 0006 NEW LIFE ASSEMBLY OF GOD | 392 | 1707 | 0 | 1 | 40 |
| 0007 CHELSEA CHURCH OF GOD | 431 | 1752 | 2 | 1 | 33 |
| 0008 NORTH SHELBY BAPTIST | 474 | 1191 | 2 | 0 | 29 |
| 0009 ASBURY UNITED METHODIST | 556 | 1645 | 2 | 0 | 70 |
| 0010 BLACKWATCH SPORTS | 760 | 2357 | 0 | 3 | 56 |
| 0011 SHOAL CREEK TOWN HALL | 277 | 942 | 0 | 0 | 25 |
| 0012 GREYSTONE FARMS CLUBHOUSE | 146 | 523 | 0 | 0 | 20 |
| 0013 HOOVER FIRE STATION #8 | 264 | 766 | 0 | 0 | 24 |
| 0014 THE CHURCH AT BROOKHILLS | 897 | 2450 | 4 | 4 | 74 |
| 0015 MEADOWBROOK BAPTIST | 909 | 1585 | 2 | 1 | 74 |
| 0016 NEW HOPE CUMBERLAND PRSBY | 334 | 1189 | 0 | 0 | 40 |
| 0017 1ST CHRISTIAN CHURCH | 728 | 1485 | 0 | 1 | 62 |
| 0018 VALLEYDALE BAPTIST | 877 | 2759 | 0 | 0 | 127 |
| 0019 RIVERCHASE CHURCH CHRIST | 956 | 1625 | 1 | 2 | 72 |
| 0020 PELHAM CIVIC COMPLEX | 1190 | 2974 | 3 | 3 | 74 |
| 0021 HELENA COMMUNITY CENTER | 1843 | 4101 | 2 | 5 | 161 |
| 0022 SOUTHCREST BAPTIST CHURCH | 483 | 1446 | 0 | 2 | 40 |
| 0023 CHURCH OF JESUS CHRIST | 757 | 1583 | 2 | 2 | 46 |
| 0024 RESTORE-1ST UNITED METHOD | 1123 | 2330 | 0 | 4 | 60 |
| 0025 ALABASTER LIBERTY BAPTIST | 449 | 228 | 0 | 4 | 12 |
| 0026 EVANGEL PRESBY. CHURCH | 939 | 2018 | 1 | 5 | 66 |
| 0027 1ST PRESBYTERIAN CHURCH | 728 | 1703 | 0 | 3 | 35 |
| 0028 CHELSEA COMMUNITY CENTER | 192 | 1016 | 3 | 0 | 19 |
| 0029 PELHAM PARK & REC. | 1495 | 2026 | 1 | 9 | 92 |
| 0030 STEWART STUDENT RETREAT | 663 | 669 | 1 | 1 | 38 |
| 0031 PEA RIDGE COMMUNITY CTR. | 31 | 238 | 0 | 0 | 5 |
| 0032 RIVERCHASE BAPTIST | 538 | 1038 | 0 | 1 | 44 |
| 0033 MONTEVALLO PARKS & REC. | 544 | 508 | 1 | 0 | 14 |
| 0034 ROY DOWNS MEMORIAL LIBRAR | 1103 | 1548 | 0 | 4 | 32 |
| 0035 CONCORD BAPTIST CHURCH | 1233 | 1677 | 1 | 0 | 53 |
| 0036 CAMP BRANCH CIVIC CENTER | 131 | 639 | 0 | 1 | 17 |
| 0037 COLUMBIANA REC. BUILDING | 415 | 1449 | 1 | 2 | 43 |
| 0038 FOURMILE VOL. FIRE/RESCUE | 58 | 570 | 1 | 0 | 15 |
| 0039 WILSONVILLE UN. METHODIST | 160 | 970 | 0 | 0 | 13 |
| 0040 SHELBY IRON WORKS PARK | 98 | 630 | 1 | 0 | 6 |
| 0041 BAY SPRINGS BAPTIST | 64 | 520 | 0 | 0 | 19 |
| 0042 CHRIST UNITED METHODIST | 312 | 867 | 0 | 0 | 35 |
| 0043 FAITH PRESBYTERIAN CHURCH | 388 | 1427 | 1 | 1 | 66 |
| 0044 ABSENTEE | 658 | 1686 | 1 | 0 | 44 |
| 0045 PROVISIONAL | 78 | 132 | 0 | 0 | 3 |
| CANDIDATE TOTALS | 24382 | 57985 | 34 | 60 | 1842 |
| CANDIDATE PERCENT | 29.58 | 70.36 | .04 | | |