FILED
2023 Aug-10 PM 02:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 32


**ELECTION HELD ON 3TH DAY OF NOVEMBER, 2020**

**SHELBY COUNTY, ALABAMA**

We, the undersigned, constituting the Canvassing Board of the above county aforesaid hereby certify that the foregoing is a correct return of the votes cast for and against the candidates and/or questions in the above Election which were voted on at the election on the day and date first above set out.

Dated this 13th day of November, 2020.

CANVASSING BOARD

JOHN SAMANIEGO, SHERIFF

ALLISON S. BOYD, PROBATE JUDGE

MARY HARRIS, CIRCUIT CLERK

NAME HEADING CANVASS

SHELBY COUNTY
GENERAL ELECTION
NOVEMBER 3, 2020

OFFICIAL REPORT

RUN DATE:11/10/20 03:48 PM

REPORT-EL111 PAGE 0001

WITH 45 OF 45 PRECINCTS REPORTING

| | REGISTERED VOTERS TOTAL | BALLOTS CAST TOTAL | BALLOTS CAST BLANK | VOTER TURNOUT TOTAL |
|---|---|---|---|---|
| 0001 DUNNAVANT COMM. CTR. | 608 | 441 | 0 | 72.53 |
| 0002 VANDIVER SR. CTR. | 1090 | 767 | 0 | 70.37 |
| 0003 TURNER HOLLIS LEGION | 470 | 319 | 0 | 67.87 |
| 0004 VINCENT REVIVAL CTR. | 1887 | 1192 | 1 | 63.17 |
| 0005 HARPERSVILLE COMM. CTR. | 1464 | 930 | 0 | 63.52 |
| 0006 NEW LIFE ASSEMBLY GOD | 4607 | 2870 | 0 | 62.30 |
| 0007 CHELSEA CHURCH OF GOD | 4357 | 2929 | 0 | 67.23 |
| 0008 NORTH SHELBY BAPTIST | 3424 | 1880 | 0 | 54.91 |
| 0009 ASBURY UN METHODIST | 4573 | 2892 | 0 | 63.24 |
| 0010 BLACKWATCH SPORTS | 6603 | 3749 | 0 | 56.78 |
| 0011 SHOAL CREEK TOWN HALL | 2556 | 1655 | 0 | 64.75 |
| 0012 GREYSTONE FARMS CLUB | 1193 | 812 | 0 | 68.06 |
| 0013 HOOVER FIRE STA. #8 | 1986 | 1145 | 0 | 57.65 |
| 0014 CHURCH AT BROOKHILLS | 6875 | 3759 | 0 | 54.68 |
| 0015 MEADOWBROOK BAPTIST | 5682 | 3090 | 0 | 54.38 |
| 0016 NEW HOPE CUMBERLAND | 2642 | 1755 | 0 | 66.43 |
| 0017 1ST CHRISTIAN CH | 4930 | 2711 | 0 | 54.99 |
| 0018 VALLEYDALE BAPTIST | 6403 | 3948 | 0 | 61.66 |
| 0019 RIVERCHASE CHURCH CHRIST | 4929 | 2967 | 0 | 60.19 |
| 0020 PELHAM CIVIC COMPLEX | 8167 | 4852 | 0 | 59.41 |
| 0021 HELENA COMM. CTR. | 12350 | 7894 | 0 | 63.92 |
| 0022 SOUTHCREST BAPTIST CH | 4467 | 2955 | 0 | 66.15 |
| 0023 CHURCH OF JESUS CHRIST | 4905 | 2936 | 0 | 59.86 |
| 0024 RESTORE-1ST UN METHODIST | 7515 | 4431 | 0 | 58.96 |
| 0025 ALABASTER LIBERTY BAPTIST | 1691 | 885 | 1 | 52.34 |
| 0026 EVANGEL PRESBY. CH | 5783 | 3573 | 0 | 61.78 |
| 0027 1ST PRESBY. CH | 5097 | 2934 | 0 | 57.56 |
| 0028 CHELSEA COMM. CTR. | 2323 | 1555 | 0 | 66.94 |
| 0029 PELHAM PARK & REC. CTR. | 7260 | 4313 | 0 | 59.41 |
| 0030 STEWART STUDENT RETREAT | 2909 | 1592 | 0 | 54.73 |
| 0031 PEA RIDGE COMM. CTR. | 587 | 395 | 0 | 67.29 |
| 0032 RIVERCHASE BAPTIST | 2905 | 1789 | 0 | 61.58 |
| 0033 MONTEVALLO PARK & REC. | 2512 | 1275 | 0 | 50.76 |
| 0034 ROY DOWNS MEMORIAL | 6324 | 3328 | 0 | 52.62 |
| 0035 CONCORD BAPTIST CH | 6558 | 3689 | 0 | 56.25 |
| 0036 CAMP BRANCH CIVIC CTR. | 1395 | 1006 | 0 | 72.11 |
| 0037 COLUMBIANA REC. BLDG. | 4221 | 2464 | 0 | 58.37 |
| 0038 FOURMILE FIRE/RESCUE | 1215 | 851 | 0 | 70.04 |
| 0039 WILSONVILLE UN METHODIST | 2196 | 1474 | 0 | 67.12 |
| 0040 SHELBY IRON WORKS | 1522 | 965 | 0 | 63.40 |
| 0041 BAY SPRINGS BAPTIST | 1338 | 834 | 0 | 62.33 |
| 0042 CHRIST UN METHODIST | 2041 | 1256 | 0 | 61.54 |
| 0043 FAITH PRESBY. CH | 3306 | 2222 | 0 | 67.21 |
| 0044 ABSENTEE | 0 | 15487 | 2 | |
| 0045 PROVISIONAL | 0 | 362 | 1 | |
| CANDIDATE TOTALS | 164866 | 115128 | 5 | 69.83 |

NAME HEADING CANVASS

SHELBY COUNTY
GENERAL ELECTION
NOVEMBER 3, 2020

OFFICIAL REPORT

RUN DATE:11/10/20 03:48 PM

REPORT-EL111 PAGE 0002

STRAIGHT PARTY VOTING

WITH 45 OF 45 PRECINCTS REPORTING

(VOTE FOR) 1

| | ALABAMA DEMOCRATIC (DEM) | ALABAMA REPUBLICAN (REP) | OVER VOTES | UNDER VOTES |
|---|---|---|---|---|
| 0001 DUNNAVANT COMM. CTR. | 19 | 309 | 2 | 111 |
| 0002 VANDIVER SR. CTR. | 28 | 529 | 0 | 210 |
| 0003 TURNER HOLLIS LEGION | 48 | 189 | 0 | 82 |
| 0004 VINCENT REVIVAL CTR. | 264 | 658 | 0 | 270 |
| 0005 HARPERSVILLE COMM. CTR. | 217 | 488 | 0 | 225 |
| 0006 NEW LIFE ASSEMBLY GOD | 230 | 1597 | 0 | 1043 |
| 0007 CHELSEA CHURCH OF GOD | 224 | 1595 | 1 | 1109 |
| 0008 NORTH SHELBY BAPTIST | 217 | 1020 | 0 | 643 |
| 0009 ASBURY UN METHODIST | 278 | 1486 | 0 | 1128 |
| 0010 BLACKWATCH SPORTS | 388 | 1917 | 0 | 1444 |
| 0011 SHOAL CREEK TOWN HALL | 133 | 868 | 0 | 654 |
| 0012 GREYSTONE FARMS CLUB | 68 | 397 | 0 | 347 |
| 0013 HOOVER FIRE STA. #8 | 149 | 633 | 0 | 363 |
| 0014 CHURCH AT BROOKHILLS | 481 | 1981 | 0 | 1297 |
| 0015 MEADOWBROOK BAPTIST | 591 | 1330 | 0 | 1169 |
| 0016 NEW HOPE CUMBERLAND | 124 | 951 | 0 | 680 |
| 0017 1ST CHRISTIAN CH | 464 | 1185 | 0 | 1062 |
| 0018 VALLEYDALE BAPTIST | 331 | 1995 | 0 | 1622 |
| 0019 RIVERCHASE CHURCH CHRIST | 529 | 1242 | 1 | 1195 |
| 0020 PELHAM CIVIC COMPLEX | 599 | 2393 | 1 | 1859 |
| 0021 HELENA COMM. CTR. | 1045 | 3727 | 2 | 3120 |
| 0022 SOUTHCREST BAPTIST CH | 292 | 1596 | 0 | 1067 |
| 0023 CHURCH OF JESUS CHRIST | 451 | 1493 | 0 | 992 |
| 0024 RESTORE-1ST UN METHODIST | 693 | 2142 | 1 | 1595 |
| 0025 ALABASTER LIBERTY BAPTIST | 420 | 215 | 0 | 250 |
| 0026 EVANGEL PRESBY. CH | 466 | 1726 | 1 | 1380 |
| 0027 1ST PRESBY. CH | 448 | 1459 | 0 | 1027 |
| 0028 CHELSEA COMM. CTR. | 97 | 921 | 0 | 537 |
| 0029 PELHAM PARK & REC. CTR. | 861 | 1685 | 1 | 1766 |
| 0030 STEWART STUDENT RETREAT | 395 | 619 | 0 | 578 |
| 0031 PEA RIDGE COMM. CTR. | 26 | 233 | 0 | 136 |
| 0032 RIVERCHASE BAPTIST | 289 | 787 | 0 | 713 |
| 0033 MONTEVALLO PARK & REC. | 407 | 469 | 0 | 399 |
| 0034 ROY DOWNS MEMORIAL | 763 | 1454 | 2 | 1109 |
| 0035 CONCORD BAPTIST CH | 771 | 1587 | 2 | 1329 |
| 0036 CAMP BRANCH CIVIC CTR. | 91 | 573 | 0 | 342 |
| 0037 COLUMBIANA REC. BLDG. | 328 | 1402 | 0 | 734 |
| 0038 FOURMILE FIRE/RESCUE | 33 | 692 | 0 | 126 |
| 0039 WILSONVILLE UN METHODIST | 93 | 974 | 0 | 407 |
| 0040 SHELBY IRON WORKS | 70 | 616 | 0 | 279 |
| 0041 BAY SPRINGS BAPTIST | 44 | 542 | 0 | 248 |
| 0042 CHRIST UN METHODIST | 129 | 657 | 0 | 470 |
| 0043 FAITH PRESBY. CH | 146 | 1157 | 0 | 919 |
| 0044 ABSENTEE | 4835 | 4753 | 5 | 6071 |
| 0045 PROVISIONAL | 102 | 158 | 0 | 101 |

NAME HEADING CANVASS

SHELBY COUNTY
GENERAL ELECTION
NOVEMBER 3, 2020

OFFICIAL REPORT

RUN DATE:11/10/20 03:48 PM

STRAIGHT PARTY VOTING — WITH 45 OF 45 PRECINCTS REPORTING

(VOTE FOR) 1

| (CONTINUED FROM PREVIOUS PAGE) | ALABAMA DEMOCRATIC PARTY (DEM) | ALABAMA REPUBLICAN PARTY (REP) | OVER VOTES | UNDER VOTES |
|---|---|---|---|---|
| CANDIDATE TOTALS | 18677 | 54400 | 19 | 42208 |
| CANDIDATE PERCENT | 25.55 | 74.44 | | |

PRESIDENT AND VICE-PRESIDENT OF THE UNITED STATES — WITH 45 OF 45 PRECINCTS REPORTING

(VOTE FOR) 1

| | JOSEPH R. BIDEN / KAMALA D. HARRIS (DEM) | DONALD J. TRUMP / MICHAEL R. PENCE (REP) | JO JORGENSEN (IND) | WRITE-IN (NON) | OVER VOTES | UNDER VOTES |
|---|---|---|---|---|---|---|
| 0001 DUNNAVANT COMM. CTR. | 40 | 390 | 7 | 2 | 0 | 2 |
| 0002 VANDIVER SR. CTR. | 54 | 710 | 2 | 1 | 0 | 0 |
| 0003 TURNER HOLLIS LEGION | 64 | 252 | 1 | 0 | 0 | 2 |
| 0004 VINCENT REVIVAL CTR. | 324 | 853 | 10 | 1 | 0 | 4 |
| 0005 HARPERSVILLE COMM. CTR. | 251 | 671 | 7 | 0 | 1 | 0 |
| 0006 NEW LIFE ASSEMBLY GOD | 460 | 2367 | 31 | 7 | 0 | 5 |
| 0007 CHELSEA CHURCH OF GOD | 458 | 2425 | 32 | 10 | 1 | 3 |
| 0008 NORTH SHELBY BAPTIST | 407 | 1448 | 12 | 3 | 2 | 8 |
| 0009 ASBURY UN METHODIST | 601 | 2211 | 47 | 24 | 0 | 9 |
| 0010 BLACKWATCH SPORTS | 716 | 2949 | 60 | 15 | 0 | 9 |
| 0011 SHOAL CREEK TOWN HALL | 311 | 1313 | 17 | 7 | 0 | 7 |
| 0012 GREYSTONE FARMS CLUB | 177 | 626 | 7 | 1 | 1 | 0 |
| 0013 HOOVER FIRE STA. #8 | 260 | 867 | 10 | 4 | 3 | 1 |
| 0014 CHURCH AT BROOKHILLS | 874 | 2822 | 32 | 18 | 0 | 13 |
| 0015 MEADOWBROOK BAPTIST | 1055 | 1972 | 41 | 15 | 0 | 7 |
| 0016 NEW HOPE CUMBERLAND | 298 | 1405 | 28 | 20 | 0 | 4 |
| 0017 1ST CHRISTIAN CH | 852 | 1798 | 43 | 11 | 0 | 7 |
| 0018 VALLEYDALE BAPTIST | 818 | 3043 | 48 | 27 | 0 | 12 |
| 0019 RIVERCHASE CHURCH CHRIST | 998 | 1884 | 46 | 28 | 0 | 11 |
| 0020 PELHAM CIVIC COMPLEX | 1098 | 3673 | 51 | 17 | 5 | 8 |
| 0021 HELENA COMM. CTR. | 1983 | 5729 | 129 | 38 | 6 | 9 |
| 0022 SOUTHCREST BAPTIST CH | 612 | 2299 | 24 | 16 | 0 | 4 |
| 0023 CHURCH OF JESUS CHRIST | 726 | 2159 | 42 | 5 | 0 | 4 |
| 0024 RESTORE-1ST UN METHODIST | 1177 | 3147 | 82 | 19 | 1 | 5 |
| 0025 ALABASTER LIBERTY BAPTIST | 533 | 332 | 10 | 5 | 3 | 2 |
| 0026 EVANGEL PRESBY. CH | 910 | 2589 | 56 | 10 | 3 | 5 |
| 0027 1ST PRESBY. CH | 749 | 2128 | 32 | 18 | 4 | 3 |
| 0028 CHELSEA COMM. CTR. | 195 | 1337 | 11 | 8 | 0 | 4 |
| 0029 PELHAM PARK & REC. CTR. | 1541 | 2659 | 74 | 22 | 7 | 10 |

NAME HEADING CANVASS

SHELBY COUNTY
GENERAL ELECTION
NOVEMBER 3, 2020

OFFICIAL REPORT

RUN DATE:11/10/20 03:48 PM

REPORT-EL111 PAGE 0004

PRESIDENT AND VICE-PRESIDENT OF THE UNITED STATES WITH 45 OF 45 PRECINCTS REPORTING

(VOTE FOR) 1

| (CONTINUED FROM PREVIOUS PAGE) | JOSEPH R. BIDEN (DEM) | DONALD J. TRUMP (REP) | JO JORGENSEN (IND) | WRITE-IN (NON) | OVER VOTES | UNDER VOTES |
|---|---|---|---|---|---|---|
| 0030 STEWART STUDENT RETREAT | 658 | 909 | 15 | 9 | 0 | 1 |
| 0031 PEA RIDGE COMM. CTR. | 36 | 351 | 7 | 1 | 0 | 0 |
| 0032 RIVERCHASE BAPTIST | 540 | 1208 | 26 | 10 | 0 | 5 |
| 0033 MONTEVALLO PARK & REC. | 570 | 678 | 19 | 4 | 2 | 2 |
| 0034 ROY DOWNS MEMORIAL | 1121 | 2131 | 63 | 8 | 3 | 2 |
| 0035 CONCORD BAPTIST CH | 1273 | 2338 | 60 | 11 | 6 | 1 |
| 0036 CAMP BRANCH CIVIC CTR. | 149 | 835 | 19 | 2 | 0 | 1 |
| 0037 COLUMBIANA REC. BLDG. | 458 | 1971 | 27 | 5 | 0 | 3 |
| 0038 FOURMILE FIRE/RESCUE | 53 | 790 | 7 | 0 | 0 | 1 |
| 0039 WILSONVILLE UN METHODIST | 145 | 1311 | 7 | 5 | 3 | 3 |
| 0040 SHELBY IRON WORKS | 114 | 839 | 9 | 1 | 1 | 1 |
| 0041 BAY SPRINGS BAPTIST | 75 | 745 | 10 | 0 | 0 | 4 |
| 0042 CHRIST UN METHODIST | 265 | 969 | 11 | 8 | 1 | 2 |
| 0043 FAITH PRESBY. CH | 388 | 1744 | 52 | 22 | 0 | 16 |
| 0044 ABSENTEE | 8733 | 6616 | 134 | 81 | 13 | 47 |
| 0045 PROVISIONAL | 148 | 207 | 4 | 1 | 1 | 1 |
| CANDIDATE TOTALS | 33268 | 79700 | 1462 | 520 | 67 | 248 |
| CANDIDATE PERCENT | 28.94 | 69.33 | 1.27 | .45 | | |

UNITED STATES SENATOR WITH 45 OF 45 PRECINCTS REPORTING

(VOTE FOR) 1

| | DOUG JONES (DEM) | TOMMY TUBERVILLE (REP) | WRITE-IN (NON) | OVER VOTES | UNDER VOTES |
|---|---|---|---|---|---|
| 0001 DUNNAVANT COMM. CTR. | 49 | 389 | 0 | 0 | 3 |
| 0002 VANDIVER SR. CTR. | 64 | 698 | 0 | 0 | 5 |
| 0003 TURNER HOLLIS LEGION | 71 | 247 | 0 | 0 | 1 |
| 0004 VINCENT REVIVAL CTR. | 353 | 830 | 1 | 1 | 7 |
| 0005 HARPERSVILLE COMM. CTR. | 274 | 654 | 0 | 0 | 2 |
| 0006 NEW LIFE ASSEMBLY GOD | 525 | 2333 | 3 | 1 | 8 |
| 0007 CHELSEA CHURCH OF GOD | 530 | 2382 | 3 | 1 | 13 |
| 0008 NORTH SHELBY BAPTIST | 460 | 1412 | 3 | 0 | 5 |
| 0009 ASBURY UN METHODIST | 682 | 2182 | 9 | 0 | 19 |
| 0010 BLACKWATCH SPORTS | 820 | 2904 | 10 | 0 | 15 |
| 0011 SHOAL CREEK TOWN HALL | 358 | 1284 | 6 | 0 | 7 |
| 0012 GREYSTONE FARMS CLUB | 210 | 598 | 1 | 0 | 3 |
| 0013 HOOVER FIRE STA. #8 | 301 | 831 | 3 | 1 | 9 |

NAME HEADING CANVASS

SHELBY COUNTY
GENERAL ELECTION
NOVEMBER 3, 2020

OFFICIAL REPORT

RUN DATE:11/10/20 03:48 PM

UNITED STATES SENATOR

WITH 45 OF 45 PRECINCTS REPORTING

(VOTE FOR) 1

| (CONTINUED FROM PREVIOUS PAGE) | DOUG JONES (DEM) | TOMMY TUBERVILLE (REP) | WRITE-IN (NON) | OVER VOTES | UNDER VOTES |
|---|---|---|---|---|---|
| 0014 CHURCH AT BROOKHILLS | 973 | 2768 | 4 | 0 | 14 |
| 0015 MEADOWBROOK BAPTIST | 1159 | 1915 | 6 | 1 | 9 |
| 0016 NEW HOPE CUMBERLAND | 357 | 1380 | 10 | 0 | 8 |
| 0017 1ST CHRISTIAN CH | 951 | 1744 | 6 | 1 | 9 |
| 0018 VALLEYDALE BAPTIST | 939 | 2976 | 15 | 0 | 18 |
| 0019 RIVERCHASE CHURCH CHRIST | 1105 | 1833 | 9 | 1 | 19 |
| 0020 PELHAM CIVIC COMPLEX | 1237 | 3580 | 5 | 3 | 27 |
| 0021 HELENA COMM. CTR. | 2262 | 5589 | 14 | 2 | 27 |
| 0022 SOUTHCREST BAPTIST CH | 678 | 2250 | 8 | 0 | 19 |
| 0023 CHURCH OF JESUS CHRIST | 826 | 2094 | 4 | 0 | 12 |
| 0024 RESTORE-1ST UN METHODIST | 1330 | 3066 | 13 | 4 | 18 |
| 0025 ALABASTER LIBERTY BAPTIST | 560 | 317 | 1 | 0 | 7 |
| 0026 EVANGEL PRESBY. CH | 1020 | 2527 | 7 | 0 | 19 |
| 0027 1ST PRESBY. CH | 828 | 2078 | 7 | 1 | 20 |
| 0028 CHELSEA COMM. CTR. | 229 | 1315 | 4 | 0 | 7 |
| 0029 PELHAM PARK & REC. CTR. | 1704 | 2569 | 8 | 6 | 26 |
| 0030 STEWART STUDENT RETREAT | 709 | 871 | 3 | 0 | 9 |
| 0031 PEA RIDGE COMM. CTR. | 59 | 330 | 2 | 0 | 4 |
| 0032 RIVERCHASE BAPTIST | 610 | 1167 | 3 | 0 | 9 |
| 0033 MONTEVALLO PARK & REC. | 604 | 663 | 1 | 0 | 7 |
| 0034 ROY DOWNS MEMORIAL | 1212 | 2101 | 3 | 3 | 9 |
| 0035 CONCORD BAPTIST CH | 1376 | 2289 | 5 | 1 | 18 |
| 0036 CAMP BRANCH CIVIC CTR. | 171 | 829 | 4 | 0 | 2 |
| 0037 COLUMBIANA REC. BLDG. | 526 | 1918 | 4 | 0 | 16 |
| 0038 FOURMILE FIRE/RESCUE | 67 | 780 | 1 | 0 | 3 |
| 0039 WILSONVILLE UN METHODIST | 182 | 1286 | 0 | 1 | 5 |
| 0040 SHELBY IRON WORKS | 134 | 824 | 3 | 0 | 4 |
| 0041 BAY SPRINGS BAPTIST | 106 | 724 | 0 | 0 | 4 |
| 0042 CHRIST UN METHODIST | 314 | 930 | 6 | 0 | 6 |
| 0043 FAITH PRESBY. CH | 487 | 1719 | 8 | 0 | 8 |
| 0044 ABSENTEE | 9027 | 6468 | 31 | 8 | 93 |
| 0045 PROVISIONAL | 167 | 192 | 2 | 0 | 1 |
| CANDIDATE TOTALS | 36606 | 77836 | 236 | 36 | 554 |
| CANDIDATE PERCENT | 31.92 | 67.87 | .20 | | |

NAME HEADING CANVASS

SHELBY COUNTY
GENERAL ELECTION
NOVEMBER 3, 2020

OFFICIAL REPORT

RUN DATE:11/10/20 03:48 PM

REPORT-EL111 PAGE 0013

PRESIDENT, PUBLIC SERVICE COMMISSION

WITH 45 OF 45 PRECINCTS REPORTING

(VOTE FOR) 1

| | LAURA CASEY (DEM) | TWINKLE ANDRESS CAVANAUGH (REP) | WRITE-IN (NON) | OVER VOTES | UNDER VOTES |
|---|---|---|---|---|---|
| 0001 DUNNAVANT COMM. CTR. | 48 | 386 | 0 | 0 | 7 |
| 0002 VANDIVER SR. CTR. | 62 | 694 | 1 | 0 | 10 |
| 0003 TURNER HOLLIS LEGION | 64 | 251 | 0 | 0 | 4 |
| 0004 VINCENT REVIVAL CTR. | 345 | 827 | 4 | 0 | 16 |
| 0005 HARPERSVILLE COMM. CTR. | 260 | 656 | 0 | 1 | 13 |
| 0006 NEW LIFE ASSEMBLY GOD | 499 | 2313 | 1 | 1 | 56 |
| 0007 CHELSEA CHURCH OF GOD | 487 | 2367 | 2 | 6 | 67 |
| 0008 NORTH SHELBY BAPTIST | 418 | 1416 | 2 | 5 | 39 |
| 0009 ASBURY UN METHODIST | 621 | 2199 | 3 | 0 | 69 |
| 0010 BLACKWATCH SPORTS | 757 | 2886 | 2 | 3 | 101 |
| 0011 SHOAL CREEK TOWN HALL | 315 | 1291 | 4 | 0 | 45 |
| 0012 GREYSTONE FARMS CLUB | 180 | 609 | 1 | 1 | 21 |
| 0013 HOOVER FIRE STA. #8 | 262 | 857 | 3 | 0 | 23 |
| 0014 CHURCH AT BROOKHILLS | 886 | 2776 | 3 | 4 | 90 |
| 0015 MEADOWBROOK BAPTIST | 1060 | 1960 | 2 | 6 | 62 |
| 0016 NEW HOPE CUMBERLAND | 322 | 1381 | 1 | 1 | 50 |
| 0017 1ST CHRISTIAN CH | 900 | 1736 | 3 | 2 | 70 |
| 0018 VALLEYDALE BAPTIST | 818 | 2997 | 7 | 3 | 123 |
| 0019 RIVERCHASE CHURCH CHRIST | 1026 | 1868 | 3 | 2 | 68 |
| 0020 PELHAM CIVIC COMPLEX | 1150 | 3576 | 4 | 4 | 118 |
| 0021 HELENA COMM. CTR. | 2109 | 5566 | 12 | 9 | 198 |
| 0022 SOUTHCREST BAPTIST CH | 629 | 2260 | 5 | 2 | 59 |
| 0023 CHURCH OF JESUS CHRIST | 764 | 2106 | 4 | 0 | 62 |
| 0024 RESTORE-1ST UN METHODIST | 1245 | 3087 | 8 | 3 | 88 |
| 0025 ALABASTER LIBERTY BAPTIST | 551 | 312 | 2 | 0 | 20 |
| 0026 EVANGEL PRESBY. CH | 956 | 2524 | 4 | 2 | 87 |
| 0027 1ST PRESBY. CH | 793 | 2077 | 6 | 2 | 56 |
| 0028 CHELSEA COMM. CTR. | 213 | 1311 | 2 | 1 | 28 |
| 0029 PELHAM PARK & REC. CTR. | 1630 | 2564 | 7 | 3 | 109 |
| 0030 STEWART STUDENT RETREAT | 678 | 871 | 1 | 1 | 41 |
| 0031 PEA RIDGE COMM. CTR. | 42 | 339 | 2 | 0 | 12 |
| 0032 RIVERCHASE BAPTIST | 555 | 1183 | 2 | 0 | 49 |
| 0033 MONTEVALLO PARK & REC. | 565 | 669 | 2 | 0 | 39 |
| 0034 ROY DOWNS MEMORIAL | 1167 | 2069 | 11 | 6 | 75 |
| 0035 CONCORD BAPTIST CH | 1316 | 2276 | 8 | 5 | 84 |
| 0036 CAMP BRANCH CIVIC CTR. | 159 | 825 | 2 | 0 | 20 |
| 0037 COLUMBIANA REC. BLDG. | 486 | 1907 | 3 | 0 | 68 |
| 0038 FOURMILE FIRE/RESCUE | 60 | 784 | 1 | 0 | 6 |
| 0039 WILSONVILLE UN METHODIST | 171 | 1271 | 2 | 1 | 29 |
| 0040 SHELBY IRON WORKS | 124 | 817 | 0 | 2 | 22 |
| 0041 BAY SPRINGS BAPTIST | 79 | 734 | 2 | 0 | 19 |
| 0042 CHRIST UN METHODIST | 278 | 946 | 2 | 0 | 30 |
| 0043 FAITH PRESBY. CH | 424 | 1731 | 1 | 1 | 65 |
| 0044 ABSENTEE | 8433 | 6746 | 10 | 27 | 417 |
| 0045 PROVISIONAL | 152 | 199 | 2 | 2 | 7 |
| CANDIDATE TOTALS | 34059 | 78220 | 147 | 106 | 2742 |
| CANDIDATE PERCENT | 30.29 | 69.57 | .13 | | |