FILED
2023 Aug-10 PM 12:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 33

# ELECTION HELD ON 81ᵀᴴ DAY OF NOVEMBER, 2022

## SHELBY COUNTY, ALABAMA

We, the undersigned, constituting the Canvassing Board of the above county aforesaid hereby certify that the foregoing is a correct return of the votes cast for and against the candidates and/or questions in the above Election which were voted on at the election on the day and date first above set out.

Dated this 18ᵗʰ day of November, 2022.

CANVASSING BOARD

_____
JOHN SAMANIEGO, SHERIFF

_____
ALLISON S. BOYD, JUDGE OF PROBATE

_____
MARY H. HARRIS, CIRCUIT CLERK

_____

_____

_____

```
PRECINCT REPORT                          SHELBY COUNTY                                    OFFICIAL REPORT
                                         GENERAL ELECTION
                                         NOV 8 2022
RUN DATE:11/17/22 12:09 PM
```

| Precinct | REGISTERED VOTERS | BALLOTS CAST TOTAL | BALLOTS CAST BLANK | VOTER TURNOUT |
|---|---:|---:|---:|---:|
| 0001 DUNNAVANT COMM. CTR. | 601 | 277 | 0 | 46.09 |
| 0002 VANDIVER SR. CTR. | 1112 | 497 | 0 | 44.69 |
| 0003 TURNER HOLLIS LEGION | 469 | 226 | 0 | 48.19 |
| 0004 VINCENT REVIVAL CTR. | 1916 | 752 | 0 | 39.25 |
| 0005 HARPERSVILLE COMM. CTR. | 1508 | 622 | 0 | 41.25 |
| 0006 NEW LIFE ASSEMBLY GOD | 5113 | 2087 | 0 | 40.82 |
| 0007 CHELSEA CHURCH OF GOD | 4605 | 2000 | 0 | 43.43 |
| 0008 NORTH SHELBY BAPTIST | 3512 | 1489 | 0 | 42.40 |
| 0009 ASBURY UN METHODIST | 3857 | 1690 | 0 | 43.82 |
| 0010 SHELBY CO. SERVICES BLDG. | 6731 | 2837 | 0 | 42.15 |
| 0011 SHOAL CREEK TOWN HALL | 2670 | 1234 | 0 | 46.22 |
| 0012 GREYSTONE FARMS CLUB | 1180 | 611 | 0 | 51.78 |
| 0013 FOUNDERS CLUBHOUSE | 4605 | 2039 | 0 | 44.28 |
| 0014 CHURCH AT BROOKHILLS | 6555 | 2031 | 0 | 30.98 |
| 0015 MEADOWBROOK BAPTIST | 3930 | 1773 | 0 | 45.11 |
| 0016 NEW HOPE CUMBERLAND | 2642 | 1297 | 0 | 49.09 |
| 0017 1ST CHRISTIAN CH | 4888 | 1857 | 0 | 37.99 |
| 0018 VALLEYDALE BAPTIST | 6328 | 2980 | 0 | 47.09 |
| 0019 RIVERCHASE CHURCH CHRIST | 5417 | 2543 | 0 | 46.94 |
| 0020 PELHAM CIVIC COMPLEX | 13106 | 4706 | 1 | 35.91 |
| 0021 HELENA COMM. CTR. | 11317 | 4560 | 0 | 40.29 |
| 0022 CHURCH AT CAHABA BEND | 4963 | 2261 | 0 | 45.56 |
| 0023 CHURCH OF JESUS CHRIST | 4882 | 1881 | 0 | 38.53 |
| 0024 RESTORE-1ST UN METHODIST | 12808 | 4772 | 0 | 37.26 |
| 0025 WESTWOOD BAPTIST CH | 6037 | 2710 | 0 | 44.89 |
| 0026 EVANGEL PRESBY. CH | 5658 | 2350 | 0 | 41.53 |
| 0027 WILSONVILLE UMC | 3054 | 1434 | 0 | 46.95 |
| 0028 CHELSEA COMM. CTR. | 2688 | 1160 | 0 | 43.15 |
| 0029 FAITH PRESBYTERIAN CH | 3266 | 1538 | 0 | 47.09 |
| 0030 STEWART STUDENT RETREAT | 5579 | 1865 | 0 | 33.43 |
| 0031 PEA RIDGE COMM. CTR. | 591 | 248 | 0 | 41.96 |
| 0032 RIVERCHASE BAPTIST | 2891 | 1324 | 0 | 45.80 |
| 0033 CHRIST CH UNITED METHODIST | 2038 | 1052 | 0 | 51.62 |
| 0034 ROY DOWNS MEMORIAL | 6816 | 2198 | 1 | 32.25 |
| 0035 HOPE MOUNTAIN CH | 6744 | 2474 | 0 | 36.68 |
| 0036 SOUTH SHELBY BAPT. CH | 2964 | 1201 | 0 | 40.52 |
| 0037 OLD MILL SQUARE | 4735 | 1853 | 0 | 39.13 |
| 0038 ABSENTEE | 0 | 1740 | 0 |  |
| 0039 PROVISIONAL | 0 | 56 | 0 |  |
| CANDIDATE TOTALS | 167776 | 70225 | 2 | 41.86 |

```
PRECINCT REPORT                          SHELBY COUNTY                                    OFFICIAL REPORT
                                         GENERAL ELECTION
                                         NOV 8 2022
RUN DATE:11/17/22 12:09 PM

  STRAIGHT PARTY VOTING

  (VOTE FOR)  1
                              A D P    A R P    L P A
                             L E A    L E A    I A L
                             A M R    A P R    B R A
                             B O T    B U T    E T B
                             A C Y    A B Y    R Y A
                              M R      M L      T  M
                             A A      A I      A O A
                              T        C       R F
                              I        A        I
                              C        N        N
                             (DEM)    (REP)    (LIB)
                             -----    -----    -----
 0001 DUNNAVANT COMM. CTR.        6      191       1
 0002 VANDIVER SR. CTR.          18      355       1
 0003 TURNER HOLLIS LEGION       27      140       0
 0004 VINCENT REVIVAL CTR.      152      413       2
 0005 HARPERSVILLE COMM. CTR.   151      328       4
 0006 NEW LIFE ASSEMBLY GOD     203     1263      10
 0007 CHELSEA CHURCH OF GOD     153     1166      13
 0008 NORTH SHELBY BAPTIST      188      829       5
 0009 ASBURY UN METHODIST       144      978       4
 0010 SHELBY CO. SERVICES BLDG. 227     1564      12
 0011 SHOAL CREEK TOWN HALL      84      734       2
 0012 GREYSTONE FARMS CLUB       52      354       7
 0013 FOUNDERS CLUBHOUSE        180     1208      10
 0014 CHURCH AT BROOKHILLS      321      979       5
 0015 MEADOWBROOK BAPTIST       160      946       7
 0016 NEW HOPE CUMBERLAND        60      784       2
 0017 1ST CHRISTIAN CH          241      894      11
 0018 VALLEYDALE BAPTIST        227     1599      11
 0019 RIVERCHASE CHURCH CHRIST  268     1321       5
 0020 PELHAM CIVIC COMPLEX      763     2073      22
 0021 HELENA COMM. CTR.         587     2174      35
 0022 CHURCH AT CAHABA BEND     206     1229       7
 0023 CHURCH OF JESUS CHRIST    311      916       8
 0024 RESTORE-1ST UN METHODIST  837     2252      29
 0025 WESTWOOD BAPTIST CH       348     1391      12
 0026 EVANGEL PRESBY. CH        324     1218      15
 0027 WILSONVILLE UMC            71      959       7
 0028 CHELSEA COMM. CTR.         72      721       8
 0029 FAITH PRESBYTERIAN CH      80      872       4
 0030 STEWART STUDENT RETREAT   452      774      15
 0031 PEA RIDGE COMM. CTR.        6      152       4
 0032 RIVERCHASE BAPTIST        164      635       5
 0033 CHRIST CH UNITED METHODIST 90      586       3
 0034 ROY DOWNS MEMORIAL        543      968      11
 0035 HOPE MOUNTAIN CH          581     1052      20
 0036 SOUTH SHELBY BAPT. CH      47      824       8
 0037 OLD MILL SQUARE           185     1125       5
 0038 ABSENTEE                  188     1033       5
 0039 PROVISIONAL                11       33       0
             CANDIDATE TOTALS  8728    37033     335
             CANDIDATE PERCENT 18.93   80.33     .72
==============================================================================================================
```

GOVERNOR

(VOTE FOR) 1

| Precinct | Yolanda Rochelle Flowers (DEM) | J "Kay" Ivey (REP) | James "Jimmy" Blake Emerson Smiley (LIB) | Write-In (NON) |
|---|---|---|---|---|
| 0001 DUNNAVANT COMM. CTR. | 14 | 241 | 17 | 2 |
| 0002 VANDIVER SR. CTR. | 30 | 440 | 20 | 6 |
| 0003 TURNER HOLLIS LEGION | 38 | 178 | 8 | 2 |
| 0004 VINCENT REVIVAL CTR. | 181 | 527 | 30 | 10 |
| 0005 HARPERSVILLE COMM. CTR. | 177 | 424 | 18 | 2 |
| 0006 NEW LIFE ASSEMBLY GOD | 319 | 1654 | 86 | 23 |
| 0007 CHELSEA CHURCH OF GOD | 272 | 1593 | 118 | 11 |
| 0008 NORTH SHELBY BAPTIST | 305 | 1127 | 45 | 9 |
| 0009 ASBURY UN METHODIST | 279 | 1327 | 63 | 10 |
| 0010 SHELBY CO. SERVICES BLDG. | 476 | 2214 | 115 | 26 |
| 0011 SHOAL CREEK TOWN HALL | 168 | 1013 | 43 | 5 |
| 0012 GREYSTONE FARMS CLUB | 87 | 495 | 26 | 3 |
| 0013 FOUNDERS CLUBHOUSE | 302 | 1647 | 67 | 12 |
| 0014 CHURCH AT BROOKHILLS | 552 | 1370 | 85 | 12 |
| 0015 MEADOWBROOK BAPTIST | 315 | 1349 | 89 | 13 |
| 0016 NEW HOPE CUMBERLAND | 156 | 1054 | 70 | 9 |
| 0017 1ST CHRISTIAN CH | 468 | 1253 | 96 | 24 |
| 0018 VALLEYDALE BAPTIST | 499 | 2272 | 147 | 33 |
| 0019 RIVERCHASE CHURCH CHRIST | 519 | 1876 | 109 | 20 |
| 0020 PELHAM CIVIC COMPLEX | 1340 | 3026 | 247 | 67 |
| 0021 HELENA COMM. CTR. | 1074 | 3154 | 252 | 67 |
| 0022 CHURCH AT CAHABA BEND | 386 | 1743 | 97 | 23 |
| 0023 CHURCH OF JESUS CHRIST | 503 | 1263 | 95 | 17 |
| 0024 RESTORE-1ST UN METHODIST | 1315 | 3132 | 252 | 45 |
| 0025 WESTWOOD BAPTIST CH | 591 | 1967 | 115 | 24 |
| 0026 EVANGEL PRESBY. CH | 565 | 1639 | 119 | 19 |
| 0027 WILSONVILLE UMC | 95 | 1269 | 57 | 8 |
| 0028 CHELSEA COMM. CTR. | 119 | 967 | 57 | 14 |
| 0029 FAITH PRESBYTERIAN CH | 171 | 1250 | 91 | 10 |
| 0030 STEWART STUDENT RETREAT | 685 | 1081 | 78 | 15 |
| 0031 PEA RIDGE COMM. CTR. | 13 | 214 | 20 | 1 |
| 0032 RIVERCHASE BAPTIST | 332 | 909 | 68 | 10 |
| 0033 CHRIST CH UNITED METHODIST | 161 | 835 | 41 | 5 |
| 0034 ROY DOWNS MEMORIAL | 789 | 1299 | 81 | 20 |
| 0035 HOPE MOUNTAIN CH | 901 | 1434 | 103 | 27 |
| 0036 SOUTH SHELBY BAPT. CH | 79 | 1063 | 47 | 4 |
| 0037 OLD MILL SQUARE | 251 | 1515 | 70 | 12 |
| 0038 ABSENTEE | 371 | 1346 | 50 | 13 |
| 0039 PROVISIONAL | 15 | 36 | 5 | 0 |
| CANDIDATE TOTALS | 14913 | 51196 | 3197 | 633 |
| CANDIDATE PERCENT | 21.32 | 73.20 | 4.57 | .90 |

```
PRECINCT REPORT                          SHELBY COUNTY                                              OFFICIAL REPORT
                                         GENERAL ELECTION
                                         NOV 8 2022
RUN DATE:11/17/22 12:09 PM

   UNITED STATES SENATOR

   (VOTE FOR)  1
                                                      J S
                                                      O O
                                                      H P           W
                                                      N H           R
                                                          O         I
                                              K B         C         T
                                        W B   A R         L         E
                                        I O   T I         E         -
                                        L Y   I T         U         I
                                        L D   E T         S         N
                                        (DEM) (REP)     (LIB)     (NON)
                                        ----- -----     -----     -----
0001 DUNNAVANT COMM. CTR.                  18   250         7         0
0002 VANDIVER SR. CTR.                     36   443        16         0
0003 TURNER HOLLIS LEGION                  39   181         4         0
0004 VINCENT REVIVAL CTR.                 192   533        23         1
0005 HARPERSVILLE COMM. CTR.              176   427        17         1
0006 NEW LIFE ASSEMBLY GOD                341  1647        71        15
0007 CHELSEA CHURCH OF GOD                300  1590        89         8
0008 NORTH SHELBY BAPTIST                 341  1095        43         3
0009 ASBURY UN METHODIST                  313  1303        57         6
0010 SHELBY CO. SERVICES BLDG.            503  2218        96        11
0011 SHOAL CREEK TOWN HALL                188   992        34        11
0012 GREYSTONE FARMS CLUB                 105   470        34         0
0013 FOUNDERS CLUBHOUSE                   354  1610        52         7
0014 CHURCH AT BROOKHILLS                 590  1353        67        10
0015 MEADOWBROOK BAPTIST                  334  1337        80         8
0016 NEW HOPE CUMBERLAND                  189  1047        52         4
0017 1ST CHRISTIAN CH                     520  1248        71         5
0018 VALLEYDALE BAPTIST                   577  2259       107        16
0019 RIVERCHASE CHURCH CHRIST             577  1860        81         9
0020 PELHAM CIVIC COMPLEX                1476  2991       206         7
0021 HELENA COMM. CTR.                   1159  3157       206        15
0022 CHURCH AT CAHABA BEND                431  1722        72        17
0023 CHURCH OF JESUS CHRIST               531  1257        80         6
0024 RESTORE-1ST UN METHODIST            1399  3130       201        12
0025 WESTWOOD BAPTIST CH                  651  1941        94        14
0026 EVANGEL PRESBY. CH                   609  1635        91         4
0027 WILSONVILLE UMC                      113  1253        57         4
0028 CHELSEA COMM. CTR.                   140   949        53         5
0029 FAITH PRESBYTERIAN CH                220  1226        67        11
0030 STEWART STUDENT RETREAT              717  1063        76         3
0031 PEA RIDGE COMM. CTR.                  14   211        17         2
0032 RIVERCHASE BAPTIST                   378   886        46         5
0033 CHRIST CH UNITED METHODIST           192   822        32         2
0034 ROY DOWNS MEMORIAL                   812  1321        54         6
0035 HOPE MOUNTAIN CH                     944  1427        86         6
0036 SOUTH SHELBY BAPT. CH                 94  1062        34         4
0037 OLD MILL SQUARE                      279  1500        59         3
0038 ABSENTEE                             409  1307        54         7
0039 PROVISIONAL                           15    39         2         0
          CANDIDATE TOTALS              16276 50762      2588       248
          CANDIDATE PERCENT              23.29 72.64      3.70       .35
================================================================================================================================
```

```
PRECINCT REPORT                              SHELBY COUNTY                                       OFFICIAL REPORT
                                             GENERAL ELECTION
                                             NOV 8 2022
RUN DATE:11/17/22 12:09 PM

  ATTORNEY GENERAL

  (VOTE FOR)  1
                                    S M       W
                              W M   T A       R
                              E A   E R       I
                              N J   V S       T
                              D O     E H     E
                              E R       A     -
                                L       L     I
                                L       L     N
                              (DEM)   (REP) (NON)
                              -----   ----- -----
  0001 DUNNAVANT COMM. CTR.      17     258     1
  0002 VANDIVER SR. CTR.         39     456     1
  0003 TURNER HOLLIS LEGION      39     183     0
  0004 VINCENT REVIVAL CTR.     199     550     0
  0005 HARPERSVILLE COMM. CTR.  180     437     1
  0006 NEW LIFE ASSEMBLY GOD    354    1717     0
  0007 CHELSEA CHURCH OF GOD    319    1665     1
  0008 NORTH SHELBY BAPTIST     355    1123     0
  0009 ASBURY UN METHODIST      325    1349     1
  0010 SHELBY CO. SERVICES BLDG.537    2279     2
  0011 SHOAL CREEK TOWN HALL    205    1016     2
  0012 GREYSTONE FARMS CLUB     116     486     0
  0013 FOUNDERS CLUBHOUSE       370    1647     2
  0014 CHURCH AT BROOKHILLS     619    1389     4
  0015 MEADOWBROOK BAPTIST      366    1384     0
  0016 NEW HOPE CUMBERLAND      202    1085     0
  0017 1ST CHRISTIAN CH         558    1270     5
  0018 VALLEYDALE BAPTIST       621    2312     3
  0019 RIVERCHASE CHURCH CHRIST 612    1900     4
  0020 PELHAM CIVIC COMPLEX    1527    3137     4
  0021 HELENA COMM. CTR.       1228    3276     2
  0022 CHURCH AT CAHABA BEND    441    1798     2
  0023 CHURCH OF JESUS CHRIST   559    1306     5
  0024 RESTORE-1ST UN METHODIST1481    3240     6
  0025 WESTWOOD BAPTIST CH      674    1999     6
  0026 EVANGEL PRESBY. CH       633    1694     1
  0027 WILSONVILLE UMC          117    1305     0
  0028 CHELSEA COMM. CTR.       145    1002     1
  0029 FAITH PRESBYTERIAN CH    239    1276     3
  0030 STEWART STUDENT RETREAT  734    1109     1
  0031 PEA RIDGE COMM. CTR.      16     227     0
  0032 RIVERCHASE BAPTIST       403     905     3
  0033 CHRIST CH UNITED METHODIST 197   845     2
  0034 ROY DOWNS MEMORIAL       838    1339     5
  0035 HOPE MOUNTAIN CH         977    1465     3
  0036 SOUTH SHELBY BAPT. CH    100    1089     1
  0037 OLD MILL SQUARE          284    1550     2
  0038 ABSENTEE                 420    1355     0
  0039 PROVISIONAL               16      39     0
           CANDIDATE TOTALS   17062   52462    74
           CANDIDATE PERCENT   24.51   75.37  .10
```

```
PRECINCT REPORT                          SHELBY COUNTY                              OFFICIAL REPORT
                                         GENERAL ELECTION
                                         NOV 8 2022
RUN DATE:11/17/22 12:09 PM

   ASSOCIATE JUSTICE OF THE SUPREME COURT, PLACE 5

   (VOTE FOR)  1
                                              W
                                              R
                                              I
                              A L K            T
                              N . E    G C     E
                              I   L    R O     -
                              T   L    E O     I
                              A   Y    G K     N
                              (DEM)   (REP)  (NON)
                              -----   -----  -----
 0001 DUNNAVANT COMM. CTR.       18     256      0
 0002 VANDIVER SR. CTR.          40     454      0
 0003 TURNER HOLLIS LEGION       40     180      0
 0004 VINCENT REVIVAL CTR.      200     550      0
 0005 HARPERSVILLE COMM. CTR.   177     439      0
 0006 NEW LIFE ASSEMBLY GOD     352    1711      1
 0007 CHELSEA CHURCH OF GOD     319    1652      1
 0008 NORTH SHELBY BAPTIST      349    1116      3
 0009 ASBURY UN METHODIST       326    1337      1
 0010 SHELBY CO. SERVICES BLDG. 538    2267      4
 0011 SHOAL CREEK TOWN HALL     205    1011      2
 0012 GREYSTONE FARMS CLUB      116     479      0
 0013 FOUNDERS CLUBHOUSE        376    1634      4
 0014 CHURCH AT BROOKHILLS      615    1383      2
 0015 MEADOWBROOK BAPTIST       362    1376      0
 0016 NEW HOPE CUMBERLAND       200    1078      1
 0017 1ST CHRISTIAN CH          548    1260      3
 0018 VALLEYDALE BAPTIST        593    2321      7
 0019 RIVERCHASE CHURCH CHRIST  618    1882      2
 0020 PELHAM CIVIC COMPLEX     1536    3086     11
 0021 HELENA COMM. CTR.        1237    3242      3
 0022 CHURCH AT CAHABA BEND     441    1782      3
 0023 CHURCH OF JESUS CHRIST    572    1286      7
 0024 RESTORE-1ST UN METHODIST 1473    3220     10
 0025 WESTWOOD BAPTIST CH       671    2000      6
 0026 EVANGEL PRESBY. CH        641    1673      4
 0027 WILSONVILLE UMC           122    1294      0
 0028 CHELSEA COMM. CTR.        139    1003      1
 0029 FAITH PRESBYTERIAN CH     235    1269      0
 0030 STEWART STUDENT RETREAT   734    1091     13
 0031 PEA RIDGE COMM. CTR.       15     226      0
 0032 RIVERCHASE BAPTIST        404     900      1
 0033 CHRIST CH UNITED METHODIST 192    839      0
 0034 ROY DOWNS MEMORIAL        842    1328      4
 0035 HOPE MOUNTAIN CH          972    1459      4
 0036 SOUTH SHELBY BAPT. CH      97    1090      0
 0037 OLD MILL SQUARE           290    1544      0
 0038 ABSENTEE                  419    1340      4
 0039 PROVISIONAL                15      40      0
             CANDIDATE TOTALS 17039   52098    102
             CANDIDATE PERCENT 24.60   75.24    .14
==================================================================================================================
```

```
PRECINCT REPORT                       SHELBY COUNTY                                               OFFICIAL REPORT
                                      GENERAL ELECTION
                                      NOV 8 2022
RUN DATE:11/17/22 12:09 PM

  SECRETARY OF STATE

  (VOTE FOR)  1
                                 P J L                 W
                                 A . A                 R
                                 M   F         J " S   I
                                 E   F   W A   A M H     T
                                 L   I   E L   S a E     E
                                     A   T   S L   0 t L   -
                                         T     E   N t B   I
                                         E     N    " Y    N
                                       (DEM) (REP) (LIB) (NON)
                                       ----- ----- ----- -----
  0001 DUNNAVANT COMM. CTR.               17   245    12     0
  0002 VANDIVER SR. CTR.                  36   448    11     0
  0003 TURNER HOLLIS LEGION               39   179     2     0
  0004 VINCENT REVIVAL CTR.              194   544     9     0
  0005 HARPERSVILLE COMM. CTR.           174   427    18     0
  0006 NEW LIFE ASSEMBLY GOD             339  1672    61     0
  0007 CHELSEA CHURCH OF GOD             295  1605    86     0
  0008 NORTH SHELBY BAPTIST              330  1103    42     1
  0009 ASBURY UN METHODIST               306  1301    63     0
  0010 SHELBY CO. SERVICES BLDG.         505  2221    99     0
  0011 SHOAL CREEK TOWN HALL             182   996    45     1
  0012 GREYSTONE FARMS CLUB               98   472    33     0
  0013 FOUNDERS CLUBHOUSE                347  1613    64     2
  0014 CHURCH AT BROOKHILLS              592  1356    59     2
  0015 MEADOWBROOK BAPTIST               338  1336    73     0
  0016 NEW HOPE CUMBERLAND               179  1048    58     0
  0017 1ST CHRISTIAN CH                  525  1206    98     3
  0018 VALLEYDALE BAPTIST                572  2248   113     3
  0019 RIVERCHASE CHURCH CHRIST          581  1848    85     2
  0020 PELHAM CIVIC COMPLEX             1463  2969   231     2
  0021 HELENA COMM. CTR.                1139  3144   236     1
  0022 CHURCH AT CAHABA BEND             414  1739    85     1
  0023 CHURCH OF JESUS CHRIST            534  1246    87     2
  0024 RESTORE-1ST UN METHODIST         1397  3107   231     1
  0025 WESTWOOD BAPTIST CH               630  1945   107     4
  0026 EVANGEL PRESBY. CH                608  1627    98     0
  0027 WILSONVILLE UMC                   109  1276    39     0
  0028 CHELSEA COMM. CTR.                137   977    42     0
  0029 FAITH PRESBYTERIAN CH             210  1226    76     2
  0030 STEWART STUDENT RETREAT           711  1075    57     2
  0031 PEA RIDGE COMM. CTR.               12   214    15     0
  0032 RIVERCHASE BAPTIST                366   881    65     1
  0033 CHRIST CH UNITED METHODIST        187   824    29     0
  0034 ROY DOWNS MEMORIAL                789  1283   103     6
  0035 HOPE MOUNTAIN CH                  923  1411   109     2
  0036 SOUTH SHELBY BAPT. CH              89  1063    38     0
  0037 OLD MILL SQUARE                   269  1523    47     1
  0038 ABSENTEE                          413  1323    35     2
  0039 PROVISIONAL                        15    38     3     0
             CANDIDATE TOTALS          16064 50759  2764    41
             CANDIDATE PERCENT         23.07 72.90  3.96   .05
====================================================================================================================
```