UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WES ALLEN, *in his official* ) <br> *capacity as Alabama Secretary of* ) <br> *State, et al.*, ) <br> ) <br> Defendants. ) | Case No.: 2:21-cv-1291-AMM |
| EVAN MILLIGAN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WES ALLEN, *in his official* ) <br> *capacity as Alabama Secretary of* ) <br> *State, et al.*, ) <br> ) <br> Defendants. ) | Case No.: 2:21-cv-1530-AMM |
| MARCUS CASTER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WES ALLEN, *in his official* ) <br> *capacity as Alabama Secretary of* ) <br> *State, et al.*, ) <br> ) <br> Defendants. ) | Case No.: 2:21-cv-1536-AMM |

I, Michael A. Scodro, being duly sworn according to law, do depose and state as follows:

1. I am a partner at Mayer Brown LLP (the "Firm"), in Chicago, Illinois.

2. The Firm is not aware of any conflicts arising from my, or the Firm's, participation as a court-appointed assistant to the Special Master in the above-captioned cases.

3. The Firm currently represents the Alabama Department of Transportation in an unrelated matter. The Firm discloses this engagement because it involves the representation of an Alabama state agency, although the Firm has determined that the representation does not present a conflict with its work as a court-appointed assistant to the Special Master in the above-captioned cases.

4. I am not subject to any ground for disqualification under 28 U.S.C. § 455 in connection with the above-captioned cases. The Firm also will ensure that any of its attorneys assisting on the project will not be subject to any ground for disqualification under 28 U.S.C. § 455.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge from information in my personal possession and information conveyed to me.

Executed on this 10th day of August, 2023, at Chicago, Illinois.

_____
Michael A. Scodro

Sworn to before me and subscribed in my presence on this 10th day of August, 2023.

_____
Notary Public

ELIZABETH A. ROTH
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires May 24, 2025