# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No. 2:21-cv-01291-AMM <br><br> THREE-JUDGE COURT |
| EVAN MILLIGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No. 2:21-cv-01530-AMM <br><br> THREE-JUDGE COURT |
| MARCUS CASTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No.: 2:21-cv-1536-AMM |

**DEFENDANTS' EXHIBITS LIST**

Pursuant to this Court's Order entered Order entered July 27, 2023 that the parties file exhibit lists by August 10, 2023, *Singleton* Doc. 146 at 3; *Milligan*, Doc. 194 at 3; *Caster* Doc. 171 at 2, and pursuant to this Court's Order entered August 5, 2020 that all "exhibits should be file-stamped" for inclusion in ten hard copies to be provided to the Court, *Singleton* Doc. 163 at 2; *Milligan*, Doc. 221 at 2; *Caster* Doc. 192 at 2, Defendants respectfully file their exhibit list, which reflects that all exhibits have been file-stamped. The majority of the exhibits are for use in the *Milligan* and *Caster* hearing and were filed as attachments to Defendants' joint response to Plaintiffs' objections. *Milligan*, Doc. 220; *Caster* Doc. 191. Additional exhibits were filed into all three cases this week to comply with the file-stamped requirement or were previously filed into the record during the initial preliminary injunction proceedings. Paper copies have been shipped to the Court in Birmingham, Mobile, and Miami.

| Exhibit/ Tab | Exhibit | *Singleton* | *Milligan* | *Caster* |
|---|---|---|---|---|
| **I.** | **Defendants' Joint Response to *Milligan* and *Caster* Plaintiffs' Objections and Request for Preliminary Injunction** | | 220 | 191 |
| A | Transcript dated July 27, 2023 [(*sic*) June 27, 2023], Alabama Legislature's Permanent Legislative Committee on Reapportionment | | 220-1 | 191-1 |
| B | Transcript dated July 13, 2023, Alabama Legislature's Permanent Committee Legislative on Reapportionment | | 220-2 | 191-2 |

| Exhibit/Tab | Exhibit | Singleton | Milligan | Caster |
|---|---|---|---|---|
| C | 2022 Comprehensive Economic Development Strategy: 5-Year Update 2022-2027 by the South Alabama Regional Planning Commission | | 220-3 | 191-3 |
| D | John Sharp, *Redistricting Alabama: How South Alabama could be split up due to Baldwin County's growth*, al.com (Sept. 20, 2021) | | 220-4 | 191-4 |
| E | Alabama Port Authority 2021 Economic Impact Study Report | | 220-5 | 191-5 |
| F | Alabama State Port Authority's Annual Comprehensive Financial Report for the Fiscal Years Ended September 30, 2022 & 2021 | | 220-6 | 191-6 |
| G | BRATS Schedule for Baylinc Mobile-Fairhope | | 220-7 | 191-7 |
| H | Baylinc Connects Mobile-Baldwin County Public Transit Systems dated November 5, 2007 | | 220-8 | 191-8 |
| I | South Alabama Regional Planning Commission website information | | 220-9 | 191-9 |
| J | Expert Report of Thomas M. Bryan dated August 3, 2023 | | 220-10 | 191-10 |
| K | Ala. Act No. 2023-563 | | 220-11 | 191-11 |
| L | Expert Report of Sean P. Trende dated August 4, 2023 | | 220-12 | 191-12 |
| M | Declaration of Lee Lawson | | 220-13 | 191-13 |
| N | Kyle Hamrick, *ALDOT says new bridge and Bayway are financially viable*, Lagniappe Mobile (Dec. 5, 2022) | | 220-14 | 191-14 |
| O | *USA: A Brief History,* University of South Alabama | | 220-15 | 191-15 |
| P | *About Us*, Lagniappe Mobile | | 220-16 | 191-16 |
| Q | Declaration of Mike Schmitz | | 220-17 | 191-17 |
| R | Declaration of Brad Kimbro | | 220-18 | 191-18 |

| Exhibit/Tab | Exhibit | *Singleton* | *Milligan* | *Caster* |
|---|---|---|---|---|
| **II.** | **Defendants' Response to *Singleton* Plaintiffs' Motion for Motion for Preliminary Injunction** | 162 | | |
| **III.** | **Defendants' Notice of Filing Exhibits** | 167 | 227 | 197 |
| S | Declaration of Jeffrey V. Williams | 167-1 | 227-1 | 197-1 |
| T | Defendant Secretary of State Wes Allen's Objections and Responses to *Singleton* Plaintiffs' First Set of Requests for Admission | 167-2 | 227-2 | 197-2 |
| U | Exhibit M.1 at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment, namely the deposition testimony of Congressman Bradley Bryne in *Chestnut v. Merrill,* Case No. 2:18-cv-00907-KOB (N.D. Ala.), dated July 24, 2019, *sans* Exhibits 1 through 4 thereto and with highlighting having been added | 167-3 | 227-3 | 197-3 |
| V | Exhibit N at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment, namely the testimony of Congressman Bradley Bryne in the January 2022 preliminary injunction proceedings in these cases, with highlighting having been added, saved 4-up to mimic travel transcript format | 167-4 | 227-4 | 197-4 |

| Exhibit/ Tab | Exhibit | *Singleton* | *Milligan* | *Caster* |
|---|---|---|---|---|
| W | Exhibit O at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment, namely the deposition testimony of Congressman Jo Bonner in *Chestnut v. Merrill,* Case No. 2:18-cv-00907-KOB (N.D. Ala.), dated July 30, 2019, *sans* Exhibit 9 thereto and with highlighting having been added | 167-5 | 227-5 | 197-5 |
| **IV.** | **Additional Exhibits** | | | |
| X | Expert Report of Kosuke Imai, Ph.D. dated December 10, 2021 | | 68-4 | |
| Y | Rebuttal Expert Report of Kosuke Imai, Ph.D. dated December 20, 2021 | | 76-3 | |
| Z | Exhibit 7 to *Singleton* Plaintiffs' Renewed Motion for a Preliminary Injunction and Memorandum of Law in Support | 57-7 | | |
| **V.** | **Defendants' Second Notice of Filing Exhibits** | 168 | 231 | 199 |
| C-2 | 2022 Comprehensive Economic Development Strategy: 5-Year Update 2022-2027 by the South Alabama Regional Planning Commission as submitted to the Alabama Legislature's Permanent Legislative Committee on Reapportionment | 168-1 | 231-1 | 199-1 |
| F-2 | Alabama State Port Authority's Annual Comprehensive Financial Report for the Fiscal Years Ended September 30, 2022 & 2021 as submitted to the Alabama Legislature's Permanent Legislative Committee on Reapportionment | 168-2 | 231-2 | 199-2 |

Respectfully Submitted,

Steve Marshall
 *Attorney General*

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*

James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
 *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

***Counsel for Secretary Allen***

s/ *Dorman Walker* (with permission)
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

*Counsel for Sen. Livingston and Rep. Pringle*

### CERTIFICATE OF SERVICE

I certify that on August 10, 2023, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ Edmund G. LaCour Jr.
*Counsel for Secretary Allen*