UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No.: 2:21-cv-1291-AMM |
| WES ALLEN, in his official capacity as Secretary of State, et al., | ) **THREE-JUDGE COURT** |
| *Defendants*. | ) |

### DEFENDANTS' JOINT WITNESS LIST

Defendants respectfully submit that they do not intend to call any live witnesses at the hearing on Plaintiffs' motion for preliminary injunction, scheduled to begin after the conclusion of the hearing in the *Milligan* and *Caster* cases. Defendants intend to rely on their written submission, cross-examination of Plaintiffs' witnesses, and request the opportunity to submit oral argument.

Defendants reserve the right to call any witness on Plaintiffs' witness list.

Respectfully Submitted,

Steve Marshall
 *Attorney General*

/s/ James W. Davis
Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*

James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

1

Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

***Counsel for Secretary Allen***


s/ *Dorman Walker* (with permission)
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

***Counsel for Sen. Livingston and Rep. Pringle***

2

## CERTIFICATE OF SERVICE

I certify that on August 10, 2023, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ James W. Davis
*Counsel for Secretary Allen*