FILED
2023 Aug-10 PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No. 2:21-cv-01530-AMM <br><br> **THREE-JUDGE COURT** |
| MARCUS CASTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No.: 2:21-cv-1536-AMM |
| BOBBY SINGLETON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No.: 2:21-cv-1291-AMM <br><br> **THREE-JUDGE COURT** |

### DEFENDANTS' JOINT NOTICE REGARDING PARTICIPATING COUNSEL

Secretary Allen respectfully submits that the following counsel will attend and participate in the August 14, 2023 hearing:

Edmund G. LaCour Jr.

James W. Davis

Brenton M. Smith

Dorman Walker

        Respectfully Submitted,

        Steve Marshall
         *Attorney General*

        /s/ James W. Davis
        Edmund G. LaCour Jr. (ASB-9182-U81L)
         *Solicitor General*

        James W. Davis (ASB-4063-I58J)
         *Deputy Attorney General*

        Misty S. Fairbanks Messick (ASB-1813-T71F)
        Brenton M. Smith (ASB-1656-X27Q)
        Benjamin M. Seiss (ASB-2110-O00W)
        Charles A. McKay (ASB-7256-K18K)
         *Assistant Attorneys General*

        OFFICE OF THE ATTORNEY GENERAL
        STATE OF ALABAMA
        501 Washington Avenue
        P.O. Box 300152
        Montgomery, Alabama 36130-0152
        Telephone: (334) 242-7300
        Edmund.LaCour@AlabamaAG.gov
        Jim.Davis@AlabamaAG.gov
        Misty.Messick@AlabamaAG.gov
        Brenton.Smith@AlabamaAG.gov
        Ben.Seiss@AlabamaAG.gov

Charles.McKay@AlabamaAG.gov

*Counsel for Secretary Allen*


s/ *Dorman Walker* (with permission)
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

*Counsel for Sen. Livingston and Rep. Pringle*


### CERTIFICATE OF SERVICE

I certify that on August 10, 2023, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ James W. Davis
*Counsel for Secretary Allen*