FILED
2023 Aug-11  AM 8:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 35

Page 1

1       IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
2                SOUTHERN DISTRICT

3

4   BOBBY SINGLETON, et al.,

5        PLAINTIFFS,

6

    vs.                        CASE NO.

7

                          2:21-cv-01291-AMM

8   WES ALLEN, in his
    official capacity as
9   Alabama Secretary of
    State, et al.,

10

         DEFENDANTS.

11

12       DEPOSITION OF LEONETTE SLAY

13        TAKEN AUGUST 10, 2023

14       * * * * * * * * * * *

15

16       Taken pursuant to stipulation and

17   agreement before Joseph Jones, CCR,

18   Commissioner for the State of Alabama at

19   Large, in the offices of Whatley Kallas, LLP,

20   2001 Park Place North, 1000 Park Place Tower,

21   Birmingham, Alabama, commencing at

22   approximately 9:59  a.m. (CT).

23       * * * * * * * * * * *

Page 2

1                APPEARANCES
2 FOR THE PLAINTIFFS:
3   Mr. James Uriah Blacksher
    Ms. Suzanne York
4   WHATLEY KALLAS, LLP
    Attorneys at Law
5   2001 Park Place North
    1000 Park Place Tower
6   Birmingham, Alabama  35203
7   Mr. Henry C. Quillen (via Zoom)
    WHATLEY KALLAS, LLP
8   Attorneys at Law
    159 Middle Street, Suite 2C
9   Portsmouth, New Hampshire  03801
10  Mr. Edward Still
    EDWARD STILL LAW FIRM, LLC
11  Attorney at Law
    2501 Cobblestone Way
12  Birmingham, Alabama  35226
13  Mr. U.W. Clemon
    U.W. CLEMON, LLC
14  Attorneys At Law
    Renasant Bank Building
15  2001 Park Place North, Tenth Floor
    Birmingham, Alabama  35203
16
    Mr. Dorman Walker (via Zoom)
17  BALCH & BINGHAM, LLC
    Attorneys at Law
18  105 Tallapoosa Street, Suite 200
    Montgomery, Alabama  36104
19
    FOR THE DEFENDANTS:
20
    Mr. James Davis
21  ALABAMA ATTORNEY GENERAL'S OFFICE
    Assistant Attorney General
22  501 Washington Avenue
    Montgomery, Alabama  36104
23

Page 3

1        EXAMINATION INDEX
2  LEONETTE SLAY
3  BY MR. BLACKSHER          7
   BY MR. DAVIS             59
4  BY MR. BLACKSHER         89
5
6        EXHIBIT INDEX
7  PLAINTIFFS'
   EXHIBIT 1,  Slay Registration Info on    7
8      SOS Website
9  EXHIBIT 2,  Slay Residence in 2021 CD6    9
10 EXHIBIT 3,  Slay Residence in 2021 CD6    9
       Zoomed In
11
   EXHIBIT 4,  Slay Residence in 2023 CD7   10
12
   EXHIBIT 5,  Slay Residence in 2023 CD7   10
13     Zoomed In
14 EXHIBIT 6,  Singleton Plan 169-6         26
15 EXHIBIT 7,  Shelby County Precincts      28
16 EXHIBIT 8,  Summary of Prior Election    29
       For Singleton 3 and CLC1
17
   EXHIBIT 9,  General Election 11-8-22     31
18     Official Summary Report for
       Jefferson County
19
   EXHIBIT 10, "Democrats for Life          38
20     Cancels Yolanda Flowers
       Support" Article
21
   EXHIBIT 11, General Election 11-3-20     39
22     Official Summary Report
       For Jefferson County
23

Page 4

1        EXHIBIT INDEX (continued)
2  PLAINTIFFS'
3  EXHIBIT 12, General Election 11-6-18     43
       Official Summary Report
4      For Jefferson County
5  EXHIBIT 13, Special Gen. Election        47
       12-12-17 Report for
6      Jefferson County
7  EXHIBIT 14, General Election 11-8-16     48
       Official Summary Report
8      For Jefferson County
9  EXHIBIT 15, General Election 11-4-14     50
       Official Summary Report
10     For Jefferson County
11 EXHIBIT 16, "Alabama's Midterm           51
       Election Turnout Worst in
12     36 Years" Article
13 EXHIBIT 17, General Election 11-6-12     56
       Official Summary Report
14     For Jefferson County
15 EXHIBIT 18, General Election 11-2-10     57
       Official Summary Report
16     For Jefferson County
17 EXHIBIT 19, General Election 11-4-08     57
       Official Summary Report
18     For Jefferson County
19 DEFENDANTS'
20 EXHIBIT D1, Singleton Exhibit 5          69
       Livingston 3 Plan
21
   EXHIBIT D2, Singleton Exhibit 8          69
22     Caster-Milligan Remedial
       Plan
23

Page 5

1              STIPULATIONS
2        It is hereby stipulated and agreed
3  by and between counsel representing the
4  parties that the deposition of LEONETTE SLAY
5  is taken pursuant to stipulation and
6  agreement; that all formalities with respect
7  to procedural requirements are waived; that
8  said deposition may be taken before Joseph
9  Jones, CCR, Reporter and Commissioner for the
10 State of Alabama at Large, without the
11 formality of a commission; that objections to
12 questions other than objections as to the form
13 of the questions need not be made at this time
14 but may be reserved for a ruling at such time
15 as the deposition may be offered in evidence
16 or used for any other purpose as provided for
17 by the Alabama Rules of Civil Procedure.
18        It is further stipulated and
19 agreed by and between counsel representing the
20 parties that the filing of the deposition is
21 hereby waived and that the deposition may be
22 introduced at the trial of this case or used
23 in any manner by either party hereto provided

Page 6

1 for by the Statute.
2        It is further stipulated and
3 agreed by and between the parties hereto and
4 the witness that the signature of the witness
5 to this deposition is hereby waived.
6        * * * * * * * * * * * * * *
7          LEONETTE SLAY,
8          the witness, having first been
9 duly sworn or affirmed to speak the truth, the
10 whole truth, and nothing but the truth,
11 testified as follows:
12        THE COURT REPORTER:  Usual
13 stipulations?
14        MR. DAVIS:  Usual stipulations, I
15 guess, but, Jim, we've noticed this as a trial   09:59AM
16 deposition.
17        MR. DAVIS:  You have, and I think
18 out of fairness to you and the witness, I
19 think it would be incumbent on me if I have an
20 objection to leading or relevancy, that I   09:59AM
21 specify that.
22        MR. BLACKSHER:  I agree.  You need
23 to get your objections on the record for a

Page 7

1 trial deposition.
2          DIRECT EXAMINATION
3 BY MR. BLACKSHER:
4    Q.   So would you state your name and
5 address, please?              10:00AM
6    A.   Leonette Walker Slay, 320
7 Albermarle Drive, Hoover, Alabama 35226.
8    Q.   Okay.  And what is your race or
9 ethnicity?
10    A.   I am non-Hispanic white.   10:00AM
11        (Plaintiffs' Exhibit Number 1 was
12        marked for identification.)
13    Q.   Okay.  I've just handed you an
14 exhibit that we printed off the Secretary
15 of State's website.              10:00AM
16        MR. BLACKSHER:  Suzanne, can you
17 hear us?
18        MS. YORK:  Yes, sir.  I'm marking
19 it now.
20    Q.   Okay.  This is -- this locates you   10:00AM
21 on the Secretary of State's registered voter
22 database.  Can you look it over, please, and
23 see if there's anything on it that seems

Page 8

1 incorrect?
2    A.   No, this is correct.
3    Q.   Okay.  So --
4        MR. DAVIS:  Pardon me, but do you
5 have an electronic copy so that we can see   10:01AM
6 that?
7        MS. YORK:  That's the Exhibit
8 Share function.  You should have all received
9 an invitation from Veritext.
10        MR. DAVIS:  Yes.  So it's down in   10:01AM
11 the marked exhibit folder?
12        MS. YORK:  Yes, sir.
13        MR. DAVIS:  Thank you.  I
14 understand.
15        MS. YORK:  And, occasionally, as I   10:01AM
16 mark them in Exhibit Share, you may have to
17 refresh the screen, but they should appear
18 there almost simultaneously.
19        MR. DAVIS:  Thank you.  I'm sorry
20 for the interruption.              10:01AM
21        MR. BLACKSHER:  So this will be
22 marked as Deposition Exhibit 1, Ms. York?
23        MS. YORK:  Yes, sir.  I've marked

Page 9

1 it as Slay Exhibit 1.
2    Q.   Now I'm going to hand you,
3 Ms. Slay -- this is a picture -- excuse me --
4 that we printed off of Dave's Redistricting
5 App that locates your residence in the plan   10:02AM
6 that was enacted by the legislature in 2021.
7        Does that look about right to you?
8    A.   Yes.
9    Q.   All right.  And here is a blowup
10 of that picture that is hard to read, but it   10:02AM
11 might be easier for you to locate your
12 Albermarle address residence on it.
13    A.   Yes.  Where that "X" is, you can
14 barely see the name of that street is
15 Albermarle Drive, and that is where I live.   10:03AM
16        MR. BLACKSHER:  Okay.  So we'll
17 mark those two as Exhibits 2 and 3.
18        (Plaintiffs' Exhibit Number 2 and
19        3 were marked for identification.)
20        MS. YORK:  They've been marked and   10:03AM
21 introduced.
22    Q.   Now, I'll show you according to
23 Dave's where your residence is in the plan

3 (Pages 6 - 9)

1 that was enacted recently in 2023.

2       Does that look about right?

3    A.   Yes.

4    Q.   And here is a blowup of that

5 picture as well so that you can locate       10:04AM

6 Albermarle Drive, and is the "X" in the right

7 spot for your residence?

8    A.   Yes.

9       MR. BLACKSHER:  Okay.  We'll mark

10 those as the next two exhibit numbers, please.   10:04AM

11       (Plaintiffs' Exhibit Number 4 and

12       5 were marked for identification.)

13    Q.   Now let's talk a little bit about

14 your background please, Ms. Slay.  Where were

15 born and raised?       10:04AM

16    A.   I was born in Tupelo, Mississippi,

17 and raised in the small town of West Point,

18 Mississippi, in northeast Mississippi.

19    Q.   Okay.  And is that where you went

20 to high school?       10:04AM

21    A.   I graduated from public school at

22 West Point High School, and then I went to

23 college, Millsaps College, in Jackson,

1 Mississippi.  Then I got a scholarship to go

2 to the University of Texas at Austin where I

3 majored in public affairs.

4    Q.   As an undergraduate?

5    A.   No, that was a graduate degree       10:05AM

6 after graduating from Millsaps.

7    Q.   Okay.  So you got a master's --

8    A.   In public affairs.

9    Q.   -- in public affairs?

10    A.   Uh-huh.       10:05AM

11    Q.   And did you have more education

12 after that, or did you --

13    A.   Well, immediately after graduating

14 from the University of Texas, I was fortunate

15 to get a job as a legislative aid in the Texas       10:05AM

16 House of Representatives to a senior member of

17 the House, and I worked there for two years to

18 include their first constitutional convention

19 in a hundred years in a special call session,

20 but as a result of that experience, I ended up       10:05AM

21 getting a direct commission in the United

22 States Army.

23       And from there, I had a career in

1 the Army, and to your point about education,

2 I'm also a graduate of the Army War College,

3 which is graduate-level education.

4    Q.   So give us an overview of your

5 career in the military.       10:06AM

6    A.   Okay.  I joined the Army in '76,

7 and at that time, it was the Women's Army

8 Corps, and I ended up spending 14 years on

9 active duty and the rest of the time in the

10 Army Reserve both as a military intelligence       10:06AM

11 officer and a human resources officer and

12 ended up being in several states -- Arizona

13 Kentucky, South Carolina, and obviously

14 Alabama -- and three years stationed in

15 Germany.       10:06AM

16    Q.   On active duty or as a reservist?

17    A.   All were on active duty except

18 South Carolina and Alabama.  So, because of

19 that experience, I've had some ideas about

20 electoral politics in other states and also       10:06AM

21 Germany.

22    Q.   So are you still a member of the

23 Army Reserves?

1    A.   Actually, I am not.  I was in the

2 Reserve until 2010.  There is a requirement

3 that you had to retire at age 60 for the

4 program that I was in.

5    Q.   Okay.  So what was your rank when       10:07AM

6 you retired?

7    A.   I retired as an O6 colonel.

8    Q.   What brought you to Alabama?

9    A.   I was stationed in the First

10 Infantry Division at Fort Riley, Kansas.  That       10:07AM

11 was another state that I was active in, and I

12 ended up coming to Alabama for some personal

13 reasons but then integrated from the active

14 Army into the Army Reserve and served in

15 Birmingham units as well as a South Carolina       10:07AM

16 unit.

17    Q.   And what year did you come to

18 Alabama?

19    A.   1991.

20    Q.   And was that here or --       10:07AM

21    A.   I was in Tuscaloosa.  I lived

22 there for several years and then was asked to

23 join a particular unit in Birmingham as an

Page 14

1  Army Reserve.  They were short military
2  intelligence offices.  And so I ended up
3  moving to Birmingham and worked here and
4  transitioned into the civil service as well as
5  the Army Reserve.  Complicated program, but     10:08AM
6  you have to be in both to be eligible to be in
7  civil service.
8      Q.   So explain to me what your civil
9  service position is.
10      A.   Well, my civil service position     10:08AM
11  consisted of Army Reserve training and
12  military intelligence, but ultimately, I was
13  the human resource officer for eight
14  southeastern states and Puerto Rico about the
15  same time we started mobilizing Army Reserve     10:08AM
16  personnel for various overseas contingencies.
17  I was also a battalion commander that
18  mobilized people in '97 through '99 to go to
19  Bosnia and Herzegovina, but mainly we were
20  mobilizing thousands for the Global War on     10:08AM
21  Terrorism, Iraq, and Afghanistan.
22      Q.   And as I understand it, this is
23  part military duty and part civil service

Page 15

1  duty?
2      A.   It's called the Military
3  Technician Program, and so to be in a military
4  technician slot, you have to be a serving
5  member of the Army Reserve and meet all     10:09AM
6  requirements.  So the two jobs are linked.
7          So, if I could not pass my
8  physical fitness test and was told to leave
9  the Army Reserve, I would automatically lose
10  my federal civil service job.  If I couldn't     10:09AM
11  make weight or other requirements of the Army,
12  I would lose my federal civil service job as
13  well.  So, when I ended up retiring in 2010 as
14  an O6 at Fort Jackson, I was also the human
15  resource officer GS14 for those southeastern     10:09AM
16  states and Puerto Rico.
17      Q.   Thank you.  And, you know, I
18  forgot to ask you at the top of the
19  deposition, but we are taking your deposition
20  because you will be unable to attend trial on     10:09AM
21  Monday?
22      A.   That's correct.  I'm leaving the
23  country on Sunday.

Page 16

1      Q.   Okay.  And you won't return until
2  when?
3      A.   I will return on August the 24th.
4      Q.   And is this a trip that had been
5  planned?                                     10:10AM
6      A.   Yes, this trip was planned last
7  year.
8      Q.   Okay.  When did you become a
9  resident of Jefferson County, Alabama?
10      A.   1994.  At that time, it was     10:10AM
11  another part of Hoover but still in Jefferson
12  County.  I've lived in Jefferson County in two
13  different locations since 1994.
14      Q.   And the Albermarle Drive location
15  is the second?                               10:10AM
16      A.   Yes, sir.  I purchased that house
17  in 2003.
18      Q.   Okay.  What was your address
19  before that?
20      A.   7213 Rime Village Drive in Hoover,     10:11AM
21  Alabama.  It's an apartment complex.
22      Q.   Are you also a member of the
23  League of Women Voters?

Page 17

1      A.   I am a member of the League of
2  Women Voters underscoring that I'm not
3  officially representing them in any way in
4  this proceeding, but much of my experience in
5  Jefferson County is the result of volunteer     10:11AM
6  work with the League of Women Voters.
7      Q.   When did you become involved with
8  the League of Women Voters in Alabama?
9      A.   I became involved with them when I
10  moved to Tuscaloosa in 1990 where I served on     10:11AM
11  the board and as president of the local
12  league, and then when I transitioned to
13  Birmingham, I immediately joined the local
14  league and ended up being on the board and
15  president several times.                     10:12AM
16      Q.   When you say "the board," you mean
17  the statewide board?
18      A.   Well, at that time, it was the
19  local board, but I have served three different
20  occasions on the state board and am currently     10:12AM
21  on the state board.
22      Q.   Okay.  And have you held -- have
23  you been chaired or chief officer of the --

Page 18

1  whatever you call it -- of the Jefferson
2  County league?
3      A.  I've been at various positions in
4  the Jefferson County league to include
5  president, treasurer, voter service chair, and      10:12AM
6  just various areas because of my long
7  association with the league which started in
8  1976.
9      Q.  And in -- in your work with the
10  League of Women Voters, are you a volunteer      10:12AM
11  with activities with the League of Women
12  Voters?
13      A.  The League of Women Voters in
14  Alabama is completely, 100 percent, voluntary.
15      Q.  And it's a nonpartisan      10:12AM
16  organization?
17      A.  It is vociferously nonpartisan.
18      Q.  All right.  And so describe your
19  involvement as a member of the league and your
20  colleagues in the league in Alabama elections.      10:13AM
21      A.  Well, the league -- nationally,
22  state, and local -- has been know known for a
23  long time as a voting organization, hence our

Page 19

1  name, and also a voting rights organization in
2  which we think every eligible citizen should
3  be able to cast an informed ballot at every
4  election they choose to participate in.
5          And so we work to ensure that      10:13AM
6  elections are accessible, they are
7  transparent, and that people who are eligible
8  to vote have the opportunity to register, to
9  get information about what's going to be on
10  their ballot as well as information on the      10:13AM
11  logistics of casting their ballots.
12      Q.  What are some of those programs
13  you're involved in right now with helping
14  voters?
15      A.  We are doing voter registrations      10:14AM
16  whether it's an election or a nonelection
17  season.  We are doing a lot of work with
18  voting rights restoration thanks to the
19  legislature's 2017 clarification on which
20  offenses constitute moral turpitude.  Many      10:14AM
21  people who have been convicted of felonies
22  erroneously think they cannot vote, and they
23  can.  So we have an active VRR project in

Page 20

1  which we have toll-free numbers and emails and
2  are working very successfully with the
3  Jefferson County Board of Pardons and Paroles
4  to make sure that people who are eligible can
5  vote, and if they have one of the      10:14AM
6  disqualifying offenses, how they can go about
7  getting a CERV to restore their voting rights.
8      Q.  A CERV is a Certificate of
9  Eligibility to Register to Vote?
10      A.  Right.  And you.  And I've just      10:15AM
11  gotten some updated information from our VRR
12  project manager for Jefferson County.  She
13  estimates that we have helped 250 felons make
14  sure that they can vote in Jefferson County.
15      Q.  Okay.  What about eligible felon      10:15AM
16  voters who are incarcerated in jail, for
17  example?
18      A.  They -- they -- until they're
19  convicted of a disqualifying felony, they are
20  eligible to vote.  And so we are working      10:15AM
21  especially with the Jeffco Sheriff's Office to
22  make sure that they have access to ballots and
23  also information.

Page 21

1          And speaking of information, the
2  eligibility to vote is only as helpful as your
3  knowledge about who the candidates or the
4  constitutional amendments are on the ballot.
5  So the league has a free service called      10:15AM
6  "Vote411.org" in which anyone can enter their
7  home address and find out who or what is going
8  to be on their ballot, and the league has very
9  successfully created questionnaires which
10  speak to local, state, or national issues.      10:16AM
11          The same questionnaire is sent to
12  every candidate.  Every candidate has a chance
13  to respond verbatim.  It's not edited in any
14  way, and we upload their answers so that a
15  voter can see what the candidates in their      10:16AM
16  region are saying about important issues.
17      Q.  Okay.  And have you sent these
18  questionnaires out to candidates in Jefferson
19  County since you've been here or just
20  recently?      10:16AM
21      A.  Jefferson County, the league here,
22  has been involved in Vote411 for about three
23  cycles now.  We have a committee that creates

Page 22

1  specific questions based on the races.  Yes,
2  we have done that.  What we are finding,
3  however, is there there is a lack of
4  participation by some candidates because the
5  way that the districts are drawn.  They know      10:17AM
6  that their success is assured.  So they have
7  no motivation to answer questions that their
8  constituents can see, and they know that as a
9  result, it will not impact them negatively.
10     Q.   As a plaintiff in this lawsuit,        10:17AM
11  Singleton and others versus first Merrill now
12  Allen, Secretary Allen, have you instructed us
13  lawyers representing the plaintiffs to try to
14  keep Jefferson County whole in the
15  congressional district?                          10:17AM
16     A.   I have been, let's say, adamant
17  from my early involvement in this that I think
18  that Jefferson County should remain whole
19  because I feel that based on my experience and
20  observations that a viable coalition can be       10:18AM
21  formed by the African American voters,
22  progressives, independents, and moderate
23  Republicans that there is a very good

Page 23

1  possibility that that group of people could
2  elect the candidates of their choosing instead
3  of the cycles of which we have very low voter
4  turnout because there is nobody on the ballot
5  except one party or underfunded, unknown other    10:18AM
6  candidates, and because of the way the racial
7  gerrymandering district has been drawn, many
8  people, even enthusiastic committed voters,
9  feel very despondent because they know that
10  the way the district is drawn their candidate     10:19AM
11  will never win.
12     Q.   So you have, for example, League
13  of Women Voter colleagues here in Jefferson
14  County some who live in District 6 and some
15  who live in District 7; is that correct?          10:19AM
16     A.   That's correct.
17     Q.   Okay.  And -- but as long as the
18  county is split, you're unable to -- to form a
19  coalition, if you will?
20     A.   That is the -- based on my            10:19AM
21  experience, I would agree with that, and it's
22  also hard to get things like forums done when
23  you're county is split among multiple

Page 24

1  districts.
2     Q.   What issues do you and some of
3  your colleagues share with black voters here
4  in Jefferson County?
5     A.   One of the reasons I think a        10:19AM
6  coalition would be viable is that we have many
7  common interests.  We would like to see
8  Medicaid expanded.  We would like to see a
9  further reduction of the state grocery tax.
10  We would like to see a viable public transit     10:20AM
11  system for the whole of Jefferson County, a
12  holistic view to help lift people out of
13  poverty and to make a more viable -- not to
14  use a motor vehicle and to use public
15  transportation to get around the very large      10:20AM
16  metropolitan areas in Jefferson County.  So I
17  think we have a lot of issues in common.  And
18  revision of some of the criminal justice laws
19  that could be impacted.
20     Q.   Are there issues in national        10:20AM
21  government, in congress, that you share with
22  African American voters here in Jefferson
23  County?

Page 25

1     A.   Yes.  I think that there is plenty
2  of room for investment in infrastructure
3  projects in Jefferson County which would
4  affect all voters but particularly those who
5  have been underserved in neighborhoods that      10:21AM
6  are primarily occupied by people of color.
7  There are some policies as a military veteran
8  I am very against that our national
9  representatives have embarked on.
10        And I think that there would be       10:21AM
11  some like-minded -- because, in the South, the
12  military is overrepresented by people of
13  color.  And I think that they would see the
14  domino effects of -- many veterans are seeing
15  about what our junior senator is doing in        10:21AM
16  Washington.  Those are just examples that
17  aren't connected just to one thing, but a wide
18  variety of personal interests can coincide
19  inside this one county.
20     Q.   Okay.  Now -- let's see.  We        10:21AM
21  are -- I'm looking for an exhibit here.  Give
22  me a second.
23        MR. BLACKSHER:  Suzanne, can you

7 (Pages 22 - 25)

Page 26

1 put up the Singleton -- the 2023 Singleton
2 congressional map, which is marked as Docket
3 169-6 on the screen for us to look at? Is
4 that possible with this equipment?
5      MS. YORK: Give me just a second.      10:22AM
6      MR. BLACKSHER: Take your time.
7 You know what, Suzanne, I've got a workaround
8 if you want to come back.
9      MS. YORK: All right.
10      (Plaintiffs' Exhibit Number 6 was      10:23AM
11      marked for identification.)
12   Q.   All right. So, Ms. Slay, I'm
13 handing you a copy of the 2023 Singleton Plan,
14 which is also known as the Campaign Legal
15 Center Map Number 1 or CLC Map Number 1 as it      10:23AM
16 was known in the legislature for a while, and
17 I'm just going to tell you that that is marked
18 as Exhibit 169-6 in the exhibits that have
19 been filed by the plaintiffs thus far or about
20 to be filed.      10:24AM
21      MR. BLACKSHER: Jim, do you need a
22 copy of that in front of you?
23      MR. DAVIS: Which exhibit number

Page 27

1 did you say, Jim?
2      MR. BLACKSHER: 169-6.
3      MS. YORK: I'll put it in Exhibit
4 Share. Give me just one second.
5      MR. DAVIS: I do have a copy of      10:24AM
6 that, and I'm sure I'll have another copy in a
7 moment.
8      MS. YORK: Yes, it's introduced as
9 Slay 6.
10   Q.   Okay. So we're going to be      10:25AM
11 talking about -- for the next several
12 questions about this 2023 Singleton Plan we
13 called it. It was introduced by Senator Bobby
14 Singleton in the special session that just
15 adjourned.      10:25AM
16      And I'll direct your attention in
17 particular to District 6. Does that contain
18 all of Jefferson County?
19   A.   Yes.
20   Q.   And it also contains part of      10:25AM
21 Shelby County, does it not?
22   A.   Yes, it contains a small sliver of
23 northern Shelby County.

Page 28

1      Q.   Let me see if I can --
2      MR. BLACKSHER: Suzanne, you said
3 that exhibit is here now, the sliver of --
4      MS. YORK: Yes, sir. It should be
5 the fourth from the last folder.      10:26AM
6      MR. BLACKSHER: Fourth from the
7 last folder. Okay.
8      MS. YORK: Yes, sir.
9      MR. BLACKSHER: Got it. Thank
10 you.      10:26AM
11      MS. YORK: Sure.
12      MR. BLACKSHER: Fourth from the
13 last. That's good.
14      (Plaintiffs' Exhibit Number 7 was
15      marked for identification.)      10:26AM
16   Q.   Let me hand you a picture -- I got
17 it off of Dave's once again -- that shows the
18 eight precincts in Shelby County that are
19 included in District 6 in the 2023 Singleton
20 Plan. Are you familiar with any of those      10:27AM
21 locations just over the Jefferson County line?
22   A.   Not really. I mean, I -- I've
23 been down to certain places in Shelby County,

Page 29

1 but -- I know basically where this is, but I
2 don't go to any of these places.
3      Q.   We'll look at some questions about
4 those later. Now I'm going to show you --
5      MR. BLACKSHER: Do I need to ask      10:27AM
6 that these be marked as we bring them in, or
7 are you doing it automatically, Suzanne?
8      MS. YORK: I'm doing it
9 automatically --
10      MR. BLACKSHER: Okay. Everything      10:28AM
11 is so streamlined now.
12      (Plaintiffs' Exhibit Number 8 was
13      marked for identification.)
14   Q.   So now I'm going to show you a
15 document that was introduced in the record of      10:28AM
16 the special legislative session, which shows
17 how the CLC1 Plan performs in past election
18 returns.
19      Have you looked at that before?
20   A.   I have.      10:28AM
21   Q.   So you notice that under the CLC1
22 Plan, the percentages on the left side are
23 District 6, which is Jefferson County and the

8 (Pages 26 - 29)

Page 30

1  eight Shelby County precincts, and the
2  right-hand column are percentages in
3  District 7, which is the Black Belt District.
4      Is it true that all of the
5  elections that are summarized here from 2012   10:29AM
6  President to 2022 Secretary of State, in those
7  elections, the Democrat would have prevailed
8  in District 7 of the Singleton Plan, but in
9  District 6, the Democrat would not have
10  prevailed in three elections in 2020, 2014,   10:29AM
11  and one in 2022, Flowers for governor; is that
12  correct?
13      A.  That's what the data suggests,
14  yes.
15      Q.  Okay.  The question I have for   10:30AM
16  you, do you believe that District 6 would
17  perform as an effective opportunity district
18  for black voters to elect candidates of their
19  choice if it were enacted by the Court?
20      A.  Yes, because I think, again,   10:30AM
21  referring back to the coalition, they already
22  have almost a majority, and they're -- if you
23  could get a redrawn district that would

Page 31

1  coalesce communicative interests in Jefferson
2  County, I think, as a result, you're going to
3  see more people registered to vote, more
4  people interested in the candidates, and a
5  higher turnout because they know that their   10:30AM
6  vote will count differently than if it were in
7  a gerrymandered district.
8      So I think that we have a
9  formidable opportunity in Jefferson County to
10  form a coalition and to select candidates that   10:31AM
11  share the priorities and issues of a large
12  number of people in Jefferson County who have
13  been split by an artificial district line.
14      Q.  Now, just to try to get a little
15  bit more detail about how those -- the   10:31AM
16  Singleton District 6 would perform, I'm going
17  to show you a series of printouts from the
18  Jefferson County Probate Court's website which
19  have election returns that actually show the
20  number of votes cast and so forth.   10:31AM
21      (Plaintiffs' Exhibit Number 9 was
22      marked for identification.)
23      Q.  I'm going to hand you the first

Page 32

1  one now, which is for the November 8th, 2022,
2  general election.
3      What I'm looking for is the
4  turnout data.  I don't see turnout data here,
5  do you?  Oh, these are out of order.  I'm   10:32AM
6  sorry.  Just a second.
7      A.  I see the voter turnout in 2022
8  was 41.11 percent.
9      Q.  Okay.  There it is.  I guess I was
10  looking at the wrong copy.  I gave you just   10:33AM
11  one page.  Confusion reigns.  Excuse me.  Yes.
12      All right.  So the first page does
13  show the number of registered voters in
14  Jefferson County, the number of ballots cast,
15  and based on that, the voter turnout rate,   10:33AM
16  which in 2022 was only 41 percent, and that --
17  is that a turnout rate that's higher or lower
18  than usual?
19      A.  Lower.
20      Q.  Okay.  So, if we look down at   10:33AM
21  Yolanda Flowers as a candidate for governor,
22  it does appear that she received about 3 or
23  4,000 more votes than Governor Ivey did in

Page 33

1  Jefferson County; is that correct?
2      A.  Yes, sir.
3      Q.  Nevertheless, when you include
4  the -- the precincts from Shelby County that
5  are in Singleton CD6, she came up just, what,   10:34AM
6  49 percent short of winning in that district?
7      A.  Yes.
8      Q.  All right.  All of the other
9  candidates here -- let's look at lieutenant
10  governor, for example -- first of all,   10:34AM
11  straight party voting shows 52 percent
12  Democratic; is that correct?
13      A.  Yes.
14      Q.  And Democrats would have won -- or
15  did win, excuse me, for -- in Jefferson County   10:35AM
16  for United States senator, Will Boyd?
17      A.  Yes.
18      Q.  For attorney general Wendell
19  Major?  It's on the first page.
20      A.  It's not on this page, so am I   10:35AM
21  supposed to be --
22      Q.  It's on the first page.
23      A.  Here?

Page 34

1    Q.   Down at the bottom, attorney
2  general.
3    A.   Yes, I got it.  Yes, he did.
4  52.46 percent.
5    Q.   Okay.  Looking for other statewide      10:36AM
6  races here, if you go to the second page, you
7  encounter associate justice of the supreme
8  court, Place 5, Anita Kelly, Democrat, would
9  have won -- did win in Jefferson County; is
10  that correct?  Second page near the bottom on    10:36AM
11  the right-hand side.  No, that's not the right
12  page.
13    A.   Last page.
14    Q.   Yeah.  I'm sorry.
15    A.   Yes, the Democrat won by            10:37AM
16  52.50 percent of the vote.
17    Q.   Then, at the top of the next page,
18  Secretary of State?
19    A.   Yes, Pamela Laffitte won, 51.33,
20  against Wes Allen, 45.79 percent.        10:37AM
21    Q.   Okay.  Now, over to the right side
22  of that page, there are a number of circuit
23  court judge races in which the general

Page 35

1  election there appear to be no -- no contested
2  races, only the Democrat is there; is that
3  correct?
4    A.   Yes, sir.
5    Q.   Now, does the whole of          10:38AM
6  Jefferson -- all of the voters in Jefferson
7  County vote for these circuit court judges?
8    A.   No.  Jefferson County has a
9  somewhat unique system in that we have two
10  different places for -- we have two        10:38AM
11  courthouses, and we have two judicial
12  districts.  So one of them is called the
13  Bessemer Cutoff District, which is where part
14  of Hoover and western Jefferson County have
15  candidates that only serve out of the Bessemer   10:39AM
16  Courthouse.  So there are judges that are
17  elected that I as a Bessemer Cutoff voter
18  cannot vote for, will not appear on my ballot,
19  and then there are judges on my ballot that my
20  colleagues cannot vote for because they live    10:39AM
21  elsewhere in Jefferson County.
22    Q.   Okay.  So the circuit court
23  elections are not countywide.  What about the

Page 36

1  district court?  Does the same apply to the
2  district court elections?
3    A.   I believe that's true, but I'm not
4  an expert on how it all gets sorted out.  It's
5  always a mystery who is going to appear on     10:39AM
6  your ballot unless you go to Vote411.org.
7    Q.   I'm going to go down to the
8  Jefferson County Sheriff.  That's a countywide
9  office.  Do you see that at the bottom of the
10  next page?                      10:39AM
11    A.   Yes.
12    Q.   Okay.  A Democrat, Pettway,
13  prevailed in that one; is that correct?
14    A.   That's correct.  52 to 47 percent.
15    Q.   And I don't see any other       10:40AM
16  countywide elections.  Do you?
17    A.   No.
18    Q.   Let's talk for a minute about
19  Yolanda Flowers.  She lost the election in
20  District 6 even though she had 96,175 to Kay    10:40AM
21  Ivey's 92,583 in Jefferson County alone, but
22  the -- she was the only statewide Democratic
23  candidate who did lose in District 6.

Page 37

1    What can you tell us about Yolanda
2  Flowers' candidacy?
3    A.   Ms. Flowers qualified to run as a
4  Democrat for governor, but she was an unknown
5  in political circles, pretty much untested in    10:41AM
6  terms of her résumé of past offices.
7  According to media reports, she only raised
8  about $12,000, and she had some policy
9  positions that were frankly confusing and
10  ambiguous and ended up disappointing both     10:41AM
11  progressives and conservatives.  And that was
12  primarily around the issue of choice.  And so
13  her statements were not quite unambiguous, and
14  it ended up perhaps chilling the vote for her
15  among people who might have voted for her     10:41AM
16  otherwise.
17    I actually talked to her once.
18  And she also interjected a lot of biblical
19  references in her campaign tweets, and that
20  was something that also disappointed certain    10:42AM
21  segments of the electorate in my opinion that
22  might have voted for her otherwise.
23    Q.   So, because of those issues, she

10 (Pages 34 - 37)

Page 38

1 might not have received as much Democratic
2 support as some of the other candidates?
3     A.   True.  I think that in that case
4 that there are enough problematic statements
5 by the candidate that the coalition was not as     10:42AM
6 robust as it could have been if that party had
7 fielded a more viable candidate for governor,
8 and even though she only had $12,000 and even
9 though she didn't make very many appearances,
10 look at the vote that she got in Jefferson     10:42AM
11 County.
12     Q.   Well, yeah, she -- she won in
13 Jefferson County.
14         MR. DAVIS:  Mr. Blacksher, before
15 you move on, can you tell me where Exhibit 9     10:43AM
16 came from?  I think you said at the beginning,
17 but I didn't catch it, this printout we've
18 been discussing.
19         MR. BLACKSHER:  It's off of the
20 Jefferson County Probate Court website.     10:43AM
21         MR. DAVIS:  Thank you.
22         (Plaintiffs' Exhibit Number 10 was
23             marked for identification.)

Page 39

1     Q.   I'm handing you a newspaper
2 article.  You mentioned media reports that
3 mentioned Yolanda Flowers.  Have you looked at
4 that article before?
5     A.   I -- I did briefly, yes.     10:43AM
6     Q.   Okay.  Does this article refer to
7 the -- the choice versus right-to-life issue
8 that -- that you were referring to?
9     A.   Yes.
10     Q.   Okay.  So it's just evidence --     10:43AM
11 it's hearsay, but it's evidence of what was
12 actually said in the -- in the press; is that
13 right?
14     A.   Yes.
15     Q.   Okay.  Just keep that.     10:44AM
16         (Plaintiffs' Exhibit Number 11 was
17             marked for identification.)
18     Q.   All right.  And next I'm going to
19 hand you the general election summary report
20 for the November 3, 2020, election here in     10:44AM
21 Jefferson County, again, off of the Probate
22 Court's website.
23         Now, what is the voter turnout in

Page 40

1 2020?
2     A.   The voter turnout was
3 64.84 percent, so about 20 points higher.
4     Q.   Than it was in 2022?
5     A.   Yes, sir.     10:44AM
6     Q.   And -- and in your opinion, is --
7 is there a reason for that?
8     A.   Well, there's a couple reasons.
9 First of all, this is a presidential election
10 year, so turnout is traditionally higher when     10:45AM
11 you have a -- a president on the ballot.  This
12 is also the year in which there was intense
13 interest in the United States Senate seat with
14 much national and state publicity on the two
15 candidates running.  So there were several     10:45AM
16 reasons to get voter interest to get to the
17 polls in 2020.
18     Q.   Okay.  And so the United States
19 Senator election between Doug Jones and Tommy
20 Tuberville?     10:45AM
21     A.   Yes, sir.
22     Q.   And how big of a margin did Doug
23 Jones get in Jefferson County?

Page 41

1     A.   Well, he got 17 percentage points
2 higher than Senator Tuberville.
3     Q.   Now, again, there are a number of
4 elections here for associate justices of the
5 Alabama Supreme Court, also Court of Appeals     10:46AM
6 judges, and none of them seems to be
7 contested.
8         In your observation and your
9 experience, have Democrats -- Democratic
10 candidates been able to prevail in any     10:46AM
11 statewide elections in the last decade?
12     A.   No.
13     Q.   Again, there are -- there are some
14 county -- there are some county judges,
15 circuit court and -- you know, for circuit     10:46AM
16 court judges, but I believe your testimony was
17 before that not all of Jefferson County voters
18 get to vote for these circuit court judges; is
19 that correct?
20     A.   That's correct.     10:47AM
21     Q.   And you're in the Bessemer Cutoff?
22     A.   I am.
23     Q.   And don't get to vote for many of

11 (Pages 38 - 41)

Page 42

1  them?
2      A.   That's correct.  I want to
3  highlight one of these races, which is the
4  public service commission, to show you how
5  well that the Democrats performed because      10:47AM
6  Ms. Cavanaugh had the -- I mean, she's an
7  incumbent.  She's been elected twice before,
8  and yet here is a newcomer that comes to offer
9  her services.  And in Jefferson County, she
10  would have prevailed 56 percent to      10:47AM
11  Ms. Cavanaugh's 43 percent, and the public
12  service commission is a hugely important
13  office that's elected by districts.
14      So it just goes to show you that
15  in a competitive race in Jefferson County,      10:48AM
16  even a -- a newcomer can wage an effective
17  campaign and potentially win.
18      Q.   So, if you really want to get more
19  in detail about the chances of black voters
20  and their white coalition partners, you have      10:48AM
21  to go to the election returns and look at each
22  race and put it in context; is that correct?
23      A.   You know, context is incredibly

Page 43

1  important as well as current events.  So, in
2  some cases, a particular race may not be as
3  riveting, but then you have a case in which
4  your electricity rates are being raised and
5  all of a sudden you get interested in the      10:48AM
6  people who are regulating that particular part
7  of your monthly bill.  So context matters.
8  What's happening in your locality and state
9  matters, and sometimes they all come together
10  so that you have much more interest in a race      10:49AM
11  than is typical for that particular office.
12      Q.   Okay.  So is there anything more
13  that you notice that we ought to comment on
14  for the 2020 official results?  We can go down
15  the list and say something about everything,      10:49AM
16  but we don't want to take the time to do that.
17      A.   (Witness shakes head.)
18      Q.   Okay.
19      (Plaintiffs' Exhibit Number 12 was
20      marked for identification.)      10:49AM
21      Q.   All right.  Next I'm going to hand
22  you the summary report election returns for
23  the November 6th, 2018, general election in

Page 44

1  Jefferson County.
2      What was the voter turnout in
3  2018?
4      A.   54.67 percent.
5      Q.   Okay.  And what was -- in terms of      10:50AM
6  straight party voting, what does that breakout
7  look like?
8      A.   The Democrats had 58.07;
9  Republicans, 41.93.
10      Q.   And -- but you've testified that a      10:50AM
11  lot of your colleagues split their tickets.
12  They don't always vote straight ticket?
13      A.   Well, our general opinion is that
14  straight ticket voting is not the best way for
15  an educated voter, and Alabama is only one of      10:50AM
16  seven states that even allows straight ticket
17  voting.  So, if you have done your homework
18  and you really are open to listening to people
19  talk about issues, a split ticket is
20  completely acceptable because you may want to      10:50AM
21  vote for one party's judicial candidates,
22  which are unfortunately running on a partisan
23  basis, but you want to also keep your party

Page 45

1  together on national or state things.
2      So I never vote a straight ticket,
3  and I encourage my family and friends not to
4  vote a straight ticket because you are not
5  giving individual candidates who have offered      10:51AM
6  themselves for public service the opportunity
7  and the respect to vote on each of those
8  separately.
9      Q.   So, in the 2018 race for governor,
10  it was Walt Maddox versus Kay Ivey.  What does      10:51AM
11  it show for Jefferson County?
12      A.   Walt Maddox got 58.94 percent,
13  and Kay Ivey got 40.94 percent.  We have to
14  remember that Walt Maddox got a lot of
15  national public accolades and publicity      10:51AM
16  because this race came after the tornadoes in
17  Tuscaloosa County, and he performed so well in
18  his role as mayor there that he got a
19  tremendous boost in his image as a person who
20  could take on a higher office.  And he ran a      10:52AM
21  fairly effective campaign, but thanks to
22  straight ticket voting and the war chest that
23  the supermajority party has, he came up short

12 (Pages 42 - 45)

Page 46

1  statewide, but he didn't come up short in
2  Jefferson County.
3      Q.  Well, he -- the vote for Maddox at
4  58.94 is close to the 58.07 straight ticket
5  voting, but in order to get 58.94 for governor      10:52AM
6  in Jefferson County, Maddox had to get votes
7  from white voters, didn't he?
8      A.  Yes, he did.
9      Q.  And how would -- in your
10  experience, where and who are those white      10:52AM
11  voters?  How would you characterize them in
12  your experience?
13      A.  Well, I think they're the same
14  voters who -- who have the same concerns.
15  Medicaid, Mr. Maddox had indicated his support      10:53AM
16  for expanding Medicaid in Alabama.  Kay Ivey
17  was already serving as lieutenant governor
18  under Robert Bentley, and then she went to be
19  governor after he resigned.  But he, as a
20  medical doctor, refused to even entertain      10:53AM
21  expanding Medicaid, and so there was no way
22  she was -- seemed to be in a position to take
23  a different stance.

Page 47

1          So those people who thought that
2  health care in Alabama would benefit from
3  expanding Medicaid were more likely to vote
4  for Mr. Maddox.  He was also more in tune with
5  lower to middle class voters and some of their      10:53AM
6  budgetary concerns which probably would have
7  been translated into some of the policies that
8  he would have supported as governor of the
9  state.
10      Q.  Thank you.  I think we can go a      10:54AM
11  little more quickly through these because
12  we've indicated what to look for, but there's
13  no point in taking the time to do so.
14          (Plaintiffs' Exhibit Number 13 was
15          marked for identification.)      10:54AM
16      Q.  Here is the special general
17  election, December 12th, 2017.  This is the
18  election between Doug Jones and Roy Moore.
19          And what's the voter turnout?
20      A.  Voter turnout is 47.74 percent.      10:54AM
21      Q.  And what was the straight party
22  vote?
23      A.  Well, the straight party ticket

Page 48

1  would be 70.65 versus 29.35, but in this case,
2  straight party is the same thing as individual
3  vote because there's only one candidate on the
4  ballot.
5      Q.  That's right.      10:55AM
6      A.  But as we know, this -- this was
7  an aberration and was unlikely to be repeated.
8  And so clearly you had a lot of crossover
9  voting or nonvoting by people who would have
10  traditionally voted Republican.      10:55AM
11          (Plaintiffs' Exhibit Number 14 was
12          marked for identification.)
13      Q.  And now I'm going to show you the
14  2016 -- November 8th, 2016, general election
15  results.      10:55AM
16      A.  We're going back in history here.
17      Q.  2016, yeah.  Well, I want to try
18  to use these exhibits to indicate how
19  consistent, how sustained Democratic victories
20  in Jefferson County have been.  So that's one      10:56AM
21  of the reasons I want you to look at these.
22          This one doesn't seem to have
23  turnout in it.  I don't know why they didn't

Page 49

1  give us that.  It says, "Registered voters:
2  Zero.  Ballots cast: 305,000."  I don't
3  understand.  That must be a typo, but in any
4  event, what is the straight party vote here?
5      A.  Democrat is 58.58; the      10:56AM
6  Republicans, 41.42.
7      Q.  And how did the Democrat and
8  Republican candidates for president fair in
9  Jefferson County?
10      A.  Secretary Clinton got 51.57, and      10:56AM
11  former president Trump got 44.30 and keeping
12  in mind there were two other candidates in
13  that race.  So a total of four.  So they took
14  several percentage points away.
15      Q.  Now, to be clear, the straight      10:57AM
16  party vote contains -- it contains white
17  voters as well, right?
18      A.  Certainly.
19      Q.  Yes.
20      A.  And the straight party vote for      10:57AM
21  Republicans probably contains minority voters.
22      Q.  Some black voters?
23      A.  Yes.

13 (Pages 46 - 49)

Page 50

1   Q.   Latino voters?

2   A.   Yes.

3   Q.   Okay.  Okay.

4   A.   And in that particular race

5   because it was a woman running for president,   10:57AM

6   you may have gotten some different kinds of

7   crossover voting that you would not have

8   gotten had it been two male candidates.

9   Q.   What do you mean by that?

10   A.   I mean that a lot of Republican   10:58AM

11   women may have ended up voting for Hillary

12   Clinton because her stances were more in line

13   with their priorities as opposed to the

14   Republican candidate.  So, again, context

15   matters when you're looking at election   10:58AM

16   returns.

17        (Plaintiffs' Exhibit Number 15 was

18        marked for identification.)

19   Q.   Okay.  Here I'm handing you the

20   November 4, 2014, general election returns.   10:58AM

21   This is one of the elections in which,

22   according to the summary, three Democrats lost

23   in statewide races at 48 percent or so.

Page 51

1        What is the voter turnout in 2014?

2   A.   Oh, gosh.  40.71 percent.

3   Q.   So it's about as low as it was in

4   2022?

5   A.   Uh-huh.  But, again, this is not a   10:59AM

6   presidential election.

7        (Plaintiffs' Exhibit Number 16 was

8        marked for identification.)

9   Q.   Let me show you -- let's put this

10   to the side.  This is a newspaper article   10:59AM

11   captioned "Alabama's Midterm Election Turnout

12   Worst in 36 years," and it's dated November 9,

13   2022.  So this is after the 2022 election, not

14   the 2014 election, that we were just looking

15   at.   11:00AM

16        Have you seen this article?

17   A.   Yes.

18   Q.   Now, I know this article is

19   hearsay, but it does quote and cite Secretary

20   of State Merrill as saying that he had   11:00AM

21   predicted a higher Democratic vote and that it

22   was the lowest he had seen in 36 years; is

23   that correct?

Page 52

1   A.   Yes.

2   Q.   And it mentions Yolanda Flowers?

3   A.   Yes.

4   Q.   It says she spent a paltry $12,500

5   with her campaign.  All right.  So --   11:00AM

6   A.   But to your -- our earlier

7   discussion about context, part of this is very

8   Alabama specific in terms of the

9   disorganization and infighting of one of the

10   two parties, and that's translating into   11:01AM

11   whether candidates want to throw their hat in

12   the ring.  So some of this is internal party

13   politics and, in my opinion, shouldn't be so

14   much a direct reflection on what voters would

15   do because voters haven't been given a good   11:01AM

16   candidate with substantive issue solutions on

17   which they could base a vote.

18        And that is part of the reason

19   you're seeing this paltry turnout because the

20   candidates are not people who can be viable   11:01AM

21   candidates.  They may be good people, but they

22   don't have the funding.  They don't have the

23   infrastructure.  They don't have the political

Page 53

1   experience, and they don't have any kind of

2   national underpinning to help them win an

3   election in Alabama.

4   Q.   Right.  And if Jefferson County

5   had its own congressional district, isn't it   11:02AM

6   likely that the candidate who comes out of the

7   primary election is going to be more qualified

8   than candidates have been in the past in

9   congress here?

10   A.   That would be my personal opinion   11:02AM

11   because you've got a contiguous, fairly

12   compact area that clearly have many common

13   issues.  And so you are trying to appeal to a

14   more -- a group that you can get around to

15   much easier, that you can speak with, and the   11:02AM

16   media has access to this particular county.

17   You could use the -- a district that is just

18   Jefferson County and make your campaign funds

19   go further.  You could have more exposure to

20   the potential voters, and depending on how the   11:03AM

21   issues sort out, you could find some

22   coalitions where you least expected it.

23   Q.   Let me just ask a hypothetical

14 (Pages 50 - 53)

1 question. Let's assume that the 2024 election
2 used Singleton's Congressional District 6,
3 which is all of Jefferson County and eight
4 Shelby County precincts, if the winner of the
5 Democratic primary was -- if the winner of    11:03AM
6 the -- of the Democratic primary was incumbent
7 Terri Sewell, do you think that the turnout
8 would be higher?
9    A. But Representative Sewell is not
10 in District 6.                    11:03AM
11    Q. No. I said hypothetical.
12    A. Oh. Yes.
13    Q. You see what I'm -- I'm saying?
14 Assume -- I could give you another example.
15 Let's assume that it was Walt Maddox    11:04AM
16 because -- well, it can't be Walt Maddox.
17       MR. BLACKSHER: Give me another
18 name, Ed.
19       MR. STILLS: Rodger Smitherman.
20    A. Doug Jones. Doug Jones could run    11:04AM
21 in Jefferson County, lives in Jefferson
22 County. He would be elected state
23 representative for District 6 because there

1 would be enough crossover voters based on his
2 stellar reputation and his long political
3 history that he would easily win election as
4 a -- as a congressman from District 6 in
5 Jefferson County.                 11:04AM
6    Q. Okay. And can't you say the same
7 thing about Terri Sewell, though?
8    A. Yes. Yes. And there would be a
9 lot more interest in the campaign, but I don't
10 think that you're just trying to get something    11:05AM
11 that's so overwhelming that one candidate is
12 assured to win. What -- what -- I want is a
13 fair map, a map that gives us two viable
14 candidates who are forced to debate and say
15 what their issues are so that we can make an    11:05AM
16 informed decision.
17       It would be the same thing if it
18 were overwhelmingly a sure thing so that no
19 GOP guy wants to get on the ballot. That is
20 the same situation, and there are plenty of    11:05AM
21 people, along with the precincts in Shelby
22 County, that might find that with a robust
23 debate between two candidates who have

1 different solutions to current issues, they
2 may find that they're voting out of their
3 pattern.
4       MR. BLACKSHER: Do we need to take
5 a break? How you doing?             11:06AM
6       THE COURT REPORTER: I'm fine.
7       MR. BLACKSHER: All right.
8       (Plaintiffs' Exhibit Number 17 was
9       marked for identification.)
10    Q. This is the November 6th, 2012,    11:06AM
11 official results from the Jefferson County
12 Probate Court website, and what's the voter
13 turnout here?
14    A. The voter turnout is
15 79.15 percent, which is quite amazing, but    11:06AM
16 then this is a presidential year when
17 President Obama is on the ballot.
18    Q. And how did he do?
19    A. He got 52.50 percent of the vote,
20 and Mitt Romney got 46.53 percent. But, see,    11:06AM
21 this is an example, in my opinion, on a
22 national level of two viable candidates, and
23 you can see that because the Democrat got

1 59.64, but Mitt Romney got 40.36 percent
2 because they were both speaking to the issues.
3       (Plaintiffs' Exhibit Number 18 was
4       marked for identification.)
5    Q. Okay. Next I want to show you the    11:07AM
6 November 2, 2010, election returns. Turnout
7 here is what?
8    A. Turnout is 56.20 percent.
9    Q. Straight ticket voting?
10    A. Democrats, 59.06; Republicans,    11:07AM
11 40.94.
12    Q. And for governor?
13    A. Governor was an unknown named Ron
14 Sparks who got 50.35, and at that point,
15 Robert Bentley was pretty much unknown, and he    11:07AM
16 got 48.86.
17    Q. And I had one more, I think.
18       (Plaintiffs' Exhibit Number 19 was
19       marked for identification.)
20    Q. These are the November 4, 2008,    11:08AM
21 general election returns, and what's the
22 turnout here?
23    A. 77.05. And the straight party was

1 63.35 for Democrats, 36.35 for Republicans,
2 with President Obama in his first term getting
3 52.15 and John McCain, 47.07.
4     Q.   All right.  I think we're through
5 with those.                            11:09AM
6          MR. BLACKSHER:  Suzanne, I'm not
7 going to introduce the Shelby County things.
8 We'll have to mark them up to indicate their
9 correct precincts.  We'll have to put them
10 into evidence another way.  Okay?      11:09AM
11          MS. YORK:  Yes, sir.
12          MR. BLACKSHER:  Can we take a
13 short break?  Is that all right with you, Jim?
14          MR. DAVIS:  Sure.  It's just me.
15 What time you want to come back?       11:09AM
16          MR. BLACKSHER:  How about ten
17 minutes?
18          MR. DAVIS:  Okay.
19          (A recess was taken.)
20          MR. BLACKSHER:  We're going to   11:17AM
21 turn Ms. Slay over for cross-examination.
22 ////
23 ////

1          CROSS-EXAMINATION
2 BY MR. DAVIS:
3     Q.   Good morning, ma'am.
4     A.   Good morning.
5     Q.   My name is Jim Davis.  I represent   11:19AM
6 Secretary of State Wes Allen in this
7 litigation that you filed.
8          May I ask how you would prefer to
9 be addressed?
10     A.   What are my options?           11:19AM
11     Q.   Whatever.  Is it miss?  Is it
12 colonel?
13     A.   Thanks for asking that, and as a
14 point of etiquette, you're not supposed to use
15 your military rank unless it is directly     11:19AM
16 connected to your military service.  So, for
17 these purposes, we will just use miss.
18     Q.   Thank you, Ms. Slay.  You said
19 you've lived in Jefferson County since 1991
20 correct -- pardon me -- in Alabama since 1991?   11:20AM
21     A.   Yes.
22     Q.   And Jefferson County since around
23 the 1994?

1     A.   Yes.
2     Q.   Do you consider yourself
3 knowledgeable about voting issues in the
4 state?
5     A.   About voting issues or any issues?   11:20AM
6     Q.   Electoral politics.
7     A.   I do consider myself probably a
8 little more than the average person because of
9 my lifelong interest in politics, so yes.  And
10 I subscribe to a variety of media that tries   11:20AM
11 to keep me informed on various issues.
12     Q.   How long would you say that you've
13 been an active and interested voter?
14     A.   I have been an active and
15 interested voter since I turned 18, and the   11:20AM
16 first election I voted in, my father was on
17 the ballot for sheriff of Clay County,
18 Mississippi.  So we have been involved in
19 retail politics since I was old enough to
20 attend cake walks with my dad in rural Clay   11:21AM
21 County.
22     Q.   In the complaint you filed in this
23 action, if I understand your claims correctly,

1 you consider it important that counties be
2 kept together in congressional plans; is that
3 correct?
4     A.   That's correct, to the extent it's
5 possible that meets the criteria set out by   11:21AM
6 the Supreme Court.
7     Q.   Why do you think it important to
8 keep counties together in an Alabama
9 congressional districting plan?
10     A.   It allows the political team to   11:21AM
11 work as one in a county because, when you are
12 bounded by county lines, you're obviously
13 electing positions like the sheriff and the
14 district attorney and various judgeships along
15 county lines.                           11:22AM
16          And so when an issue emerges, it
17 is, to me, practical, if the population
18 justifies it, to have your congressional
19 representative involved and aware of the same
20 issues that your local officials are already   11:22AM
21 aware of so you can work as a holistic team to
22 bring solutions to the table and resources, by
23 the way because, if you're splitting along

Page 62

1 county lines, you've got representatives and
2 senators who have access to all kinds of
3 largess, but they're working for different
4 geographical areas when you split a county.
5     Q.   You recognize, do you not, that       11:22AM
6 other principles and other laws may require a
7 state on occasion to split a county?
8     A.   Absolutely.
9     Q.   Do you think it more important
10 that Jefferson County be kept whole than other    11:23AM
11 counties in Alabama?
12     A.   I think that the data supports the
13 goal of providing voters opportunities to
14 elect candidates of their choice, and when you
15 look at the polarized voting and the data from    11:23AM
16 Jefferson County, it argues more for this
17 county than some other counties who are not as
18 racially polarized as Jefferson County, and --
19     Q.   Can you --
20     A.   -- excuse me -- and don't have the     11:23AM
21 population that would justify creating an
22 opportunity district.
23     Q.   Are you able to see this screen,

Page 63

1 the map on the screen, ma'am?
2     A.   Yes.
3     Q.   Let me get the right one.  There.
4 I believe I'm showing you the Smitherman
5 Congressional Plan 1.  What I mean to show you   11:24AM
6 is the Singleton Plan.  Okay.  Pardon me.
7 There we go.
8         Is this the map that we reviewed
9 earlier in the case, the Singleton
10 Congressional Plan 1?                11:25AM
11     A.   Yes.  It appears to be a little
12 sliver of Shelby County down there, and then
13 the contiguous Jefferson County.
14     Q.   Right.  This plan -- do you
15 support this plan?                11:25AM
16     A.   Yes.
17     Q.   Do you consider voters in
18 Tuscaloosa County to be less important than
19 voters in Jefferson County?
20     A.   Why would I say that?        11:25AM
21     Q.   I'm asking if you do.
22     A.   I think all votes should count
23 equally -- one person; one vote -- so no one's

Page 64

1 vote is more important than somebody else's
2 vote.
3     Q.   This plan you support splits
4 Tuscaloosa County, though, does it not?
5     A.   Yes.                11:25AM
6     Q.   Why is it more important that
7 Jefferson County be kept whole than Tuscaloosa
8 County?
9     A.   Well, Tuscaloosa was split because
10 of some other criteria that don't fit       11:25AM
11 Jefferson County, and that would be, I would
12 assume, population.
13     Q.   Okay.  Are there any other issues
14 that you would contend make it more
15 appropriate to split Tuscaloosa County than    11:26AM
16 Jefferson County?
17     A.   No.
18     Q.   Okay.  So population is the only
19 criteria that you can point to that would make
20 it more appropriate to split Tuscaloosa County   11:26AM
21 than Jefferson County?
22     A.   Having not looked at the data, I
23 would just assume that Tuscaloosa County does

Page 65

1 not have the population that Jefferson County
2 has; and, therefore, it's harder to meet the
3 equalization of population criteria by keeping
4 Tuscaloosa whole.
5     Q.   Would that be true for other       11:26AM
6 counties that are split in this Singleton
7 Congressional Plan 1 such as Talladega,
8 Elmore, Escambia, Lauderdale?
9     A.   Yes, but I think every map that's
10 been suggested splits certain counties.  There   11:27AM
11 is no map that's been introduced that keeps
12 all counties whole.
13     Q.   Thank you.  Ms. Slay, are you
14 familiar with areas of Jefferson County, say,
15 in the northern part of the county that are     11:27AM
16 adjacent to Blount County?
17     A.   Well, I travel through there.
18 I -- I have -- probably Gardendale and that
19 area, but I don't have neighborhoods that I
20 visit in northern Jefferson County.       11:27AM
21     Q.   Do you have any opinion about
22 whether voters in that northern -- so the
23 rural part of the county, say, up around

1 Warrior, whether they have more in common with
2 inner city Birmingham or Blount County across
3 the line in terms of what they need from a
4 congressional representative?
5     A.   I think they could have much in        11:28AM
6 common with Birmingham as much as Blount
7 County because many of them are commuting into
8 Birmingham to work.  And so the conditions in
9 Birmingham, the infrastructure, the safety,
10 security, are all -- shopping.  They're coming   11:28AM
11 to Birmingham, not Blount County.
12    Q.   Do you have any information on
13 when the last time was that Alabama kept
14 Jefferson County whole in a congressional map?
15    A.   I want to say 1965, but I could be     11:28AM
16 wrong on that.
17    Q.   Okay.  But as far as you're aware,
18 it's been a long time since Alabama had a map
19 that kept Jefferson County whole for
20 congressional districts?                         11:29AM
21    A.   Yes, that's true, but as the
22 census data has proven that population shifts
23 occur which necessitate the re-imagining of

1 congressional districts -- and when Jefferson
2 County was -- when certain actions were taken
3 according to the districts in 1992, that was
4 court ordered, but then a Supreme Court
5 decision in '93 said that racial gerrymanders   11:29AM
6 were unconstitutional.  So, when those maps
7 were drawn in '92, that was before SCOTUS made
8 the decision in the '93 case.
9     Q.   Ms. Slay, do you contend that the
10 map that the legislature passed in 2023, the    11:29AM
11 congressional map -- do you contend that that
12 map is a racial gerrymander?
13    A.   I absolutely do.
14    Q.   What is your basis for that
15 contention?                                      11:30AM
16    A.   Because of the way they have
17 inserted that finger up into Jefferson County
18 to extract the primarily minority
19 neighborhoods and put them in congressional
20 District 7, and that -- this is pretty           11:30AM
21 personal for me because I'm so close to that
22 district line that it is -- it's indefensible
23 for you to tell me that my issues are going to

1 be different because you pull those
2 neighborhoods out, and those are the neighbors
3 that we're working on common issues for in
4 Jefferson County.  It was clearly to pull
5 those minority voters out of Jefferson County   11:30AM
6 and put them in District 7.
7     Q.   I'm showing you Livingston
8 Congressional Plan 3 that the legislature
9 passed in 2023, and this is a map that the
10 Singleton Plan has filed into court as          11:31AM
11 Exhibit 5.
12        Do you recognize this as the map
13 that was passed last week by the Alabama
14 legislature?
15    A.   I certainly do.                         11:31AM
16    Q.   And the part you contend is a
17 racial gerrymander is that -- the part that
18 goes into Jefferson County?
19    A.   Yes.
20    Q.   Why is it you say it is clear that   11:31AM
21 they were reaching for minority voters,
22 Ms. Slay?
23    A.   In Jefferson County, as in many

1 other areas of the state and the country,
2 we're living in largely segregated
3 neighborhoods, and so people are sorting
4 themselves out in neighborhoods more and more
5 that are economically stratified.               11:32AM
6        And so the neighborhoods that are
7 affected by this finger are -- are, for the
8 most part, people of color and lower economic.
9 We're talking Fairfield, Bessemer, part of
10 Hoover, and those people are primarily people   11:32AM
11 of lesser means.  And I think that they have
12 been lumped into District 7 to make District 6
13 even more white and Republican.
14        MR. DAVIS:  And I will mark this
15 as Defendants' Exhibit 1 to the deposition,     11:32AM
16 and I will work with Mr. Blacksher and the
17 court reporter to provide PDFs at the
18 conclusion of the deposition, if that's okay
19 with everyone.
20        (Defendants' Exhibit Numbers 1 and   11:33AM
21        2 were marked for identification.)
22    Q.   All right.  Ms. Slay, are there
23 any -- is there any other reason that you

1 contend that the 2023 map is a racial
2 gerrymander other than the part that goes into
3 Jefferson County?
4     A.   Well, I'm not speaking to the rest
5 of the state because I don't have any direct      11:33AM
6 knowledge there.  So there could be some other
7 instances of that, but it would seem to me
8 that that effort was made to make sure that --
9 that the incumbents were not going to be
10 challenged.  And if we changed that map and      11:33AM
11 put it contiguous Jefferson County, then the
12 current congress people would have a more
13 serious race on their hands.
14        And my contention is that we would
15 end up with less extreme policy positions      11:33AM
16 because both parties would have to appeal to a
17 cross-section of voters and come with some
18 substantive solutions to issues that affect
19 all people in Jefferson County.
20     Q.   Do you have any evidence,      11:34AM
21 Ms. Slay, that any member of the Alabama
22 legislature voted for that plan because of the
23 way, as you -- because of your contention that

1 it separates voters by race in Jefferson
2 County?
3     A.   Well, since I wasn't on the -- in
4 the legislature to hear their negotiations,
5 no, I don't have any direct evidence of it.      11:34AM
6     Q.   Do you have any indirect evidence?
7     A.   I have some indirect evidence
8 through hearsay by somebody that was on the
9 floor of the legislature saying that they
10 liked the Singleton maps but were told by the      11:34AM
11 national party not to vote for them.
12     Q.   Do you have any information that
13 the national party said that for a reason that
14 had anything to do with race?
15     A.   I don't have that information.  I      11:35AM
16 would surmise that part of it is to keep
17 incumbents in safe districts, but if the
18 district was originally racially gerrymandered
19 just to keep them in the same district is
20 still a racial gerrymander, and Secretary      11:35AM
21 Merrill has said that the districts that were
22 drawn were racial gerrymanders.
23     Q.   Do you have any information as to

1 why the congressional map in 1992 was drawn
2 the way it was?
3     A.   My understanding is it was
4 accepted or directed by federal court to
5 rectify the past problems in the      11:35AM
6 Alabama redistricting process.
7     Q.   Do you disagree with the decision
8 by that federal court in 1992?
9     A.   I'm not going to say anything
10 about that because that was 1992 and, again,      11:35AM
11 that was before the Supreme Court made some
12 clearer guidance in subsequent cases on what
13 was permissible and what was not.  And here we
14 are in 2023, and the SCOTUS has opined that
15 partisan gerrymandering is A-OK but racial      11:36AM
16 gerrymandering is not.
17     Q.   Ms. Slay, I'm sharing now a copy
18 of Figures Congressional Plan 1.  For the
19 record, this has been filed to the Singleton
20 Court Record as Exhibit 8.      11:36AM
21        You recognize this as a map that
22 has sometimes been referred to as the Milligan
23 and Caster Plaintiffs' Remedial Plan?

1     A.   Yes.
2     Q.   And have you seen this map before
3 today?
4     A.   I probably have.  I have not
5 studied it as closely as the Singleton Map.      11:37AM
6     Q.   Would you contend that this map
7 contains any racial gerrymanders?
8     A.   I think that you could possibly
9 make that argument.  You see -- I see that,
10 again, Jefferson County has been split and      11:37AM
11 that there is a considerable amount of it
12 that's been put down in the District 7, and
13 also --
14     Q.   Do you have any --
15     A.   Excuse me.  There seems to be a      11:37AM
16 lot of counties in this plan that are also
17 split.
18     Q.   Do you have any opinion about the
19 part of this map that puts a portion of the
20 city of Mobile or Mobile County into      11:37AM
21 District 2?
22     A.   I do not.
23     Q.   Okay.  If the legislature's 2023

Page 74

1    map is a racial gerrymander in Jefferson
2    County, wouldn't this map also be a racial
3    gerrymander?
4         A.   Well, I think that some arguments
5    could be made for that.  That's why I'm          11:38AM
6    supporting the Singleton Map.
7         Q.   Okay.  Now, you were asked by
8    Mr. Blacksher what issues voters in Jefferson
9    County have in common, and I wrote down one
10   was expansion of Medicaid.                        11:38AM
11         Is that an issue that you think
12   voters in Jefferson County have in common?
13        A.   Yes.
14        Q.   I also wrote down grocery tax,
15   public transit, criminal justice reform,          11:39AM
16   infrastructure projects, and certain military
17   issues.
18        A.   Okay.
19        Q.   I'm not meaning to test your
20   memory.  I just want to be complete.              11:39AM
21         Are those issues that you recall
22   saying are issues that Jefferson County voters
23   have in common, this coalition of voters that

Page 75

1    you talked about?
2         A.   I think coalitions are creatures
3    that farm kind of organically.  So you can't
4    say this coalition will always support these
5    eight issues.  Coalitions form based on their    11:39AM
6    common interests on the issue that's
7    percolating up.  What I am suggesting is that
8    the Jefferson County voters are more likely in
9    a contiguous congressional district to be
10   speaking with one voice to a unified group of    11:39AM
11   political leaders and we're not being split
12   among various people who can effect change.
13         And so the same people who might
14   be concerned with military issues, might not
15   be concerned with Medicaid, but overall, there   11:40AM
16   is such a spectrum of economic differences and
17   political differences in Jefferson County, to
18   me, it would make for a much more robust
19   democratic -- and with a little "D" --
20   conversation about what's best for Jefferson     11:40AM
21   County.
22        Q.   Well, let's take the first one --
23   well, actually, I want to ask this question

Page 76

1    first.  When you say "grocery tax," what do
2    you mean?  What is the belief about the
3    grocery tax that this coalition has in common?
4         A.   Well, I think all voters, all
5    residents of any entity, would be in favor of    11:40AM
6    reducing a grocery tax, which is a regressive
7    tax, as we know, and the effects of it are
8    most apparent in lower-income families who
9    spend more money on things that are taxed by
10   sales tax than upper income families do.          11:41AM
11         And so our move at the state level
12   to reduce it, the state tax, is great, but
13   again, removing the tax would be an income
14   boost for all voters.  And, yes, is this
15   something that a congressperson could do?  Not    11:41AM
16   directly, but certainly, he or she has
17   influence with state leaders as we have seen
18   in Alabama in the discussion on the
19   redistricting in which national leaders of
20   their party are having much input into how        11:41AM
21   negotiations go.
22         So, if you could speak with one
23   voice, then, to me, it would just be a much

Page 77

1    more constructive way to go forward, and --
2    you can say that about any of these issues
3    because they're not all issues that a U.S.
4    congressman directly affects for sure, but he
5    or she can certainly direct resources to those   11:42AM
6    areas, grants, open doors.
7         Q.   Would you agree that a desire to
8    expand Medicaid, a desire to lower the grocery
9    tax, criminal justice reform, for example,
10   that those are issues that are generally held    11:42AM
11   in common or beliefs generally held in common
12   by progressive voters?
13        A.   That's a great question.  And I
14   would say in 2023 it is, but that's because
15   the -- the nature of the two parties has         11:42AM
16   changed over time.  So many of these things
17   used to be bipartisan issues at the national
18   and state level, and they have become
19   affiliated with one party now because the
20   other party has shifted its priorities.           11:43AM
21   But -- but to say this is a Democratic issue,
22   it's only because the parties have changed
23   because people who were supportive of these

20 (Pages 74 - 77)

Page 78

1  kind of issues used to be both Republicans and
2  Democrats.
3      Q.   And as I understand the coalition
4  of voters that you're advocating for in
5  Jefferson County --              11:43AM
6      A.   Let me just back up.  I'm not
7  advocating for a coalition.  I'm saying I
8  think that coalition is already here if we
9  were given fair maps to vote.
10     Q.   Thank you.  That's an important     11:43AM
11  clarification.  I would say you're advocating
12  for a district that allows that coalition to
13  vote as a unit.
14     A.   Thank you.
15     Q.   Is that fair?              11:44AM
16     A.   That's a better way of stating
17  that.
18     Q.   Thank you for correcting me, but
19  the voters of Jefferson County who are
20  interested in expanding Medicaid, lowing     11:44AM
21  grocery tax, criminal justice reform, how are
22  their needs different from a progressive voter
23  in Madison County who favors expanding

Page 79

1  Medicaid, lowering the grocery tax, and
2  reforming the criminal justice system?
3      A.   They may not be different, but
4  they are in a position where their priorities
5  aren't translated, and this is sort of a     11:44AM
6  domino effect because, if a district is drawn
7  so that your values and your priorities are
8  never going to be in the majority, then
9  those -- those programs won't be implemented.
10         If you had a district drawn that     11:44AM
11  gave opportunities for a coalition to be
12  formed and a candidate that espouses your
13  values to be elected, then some programs might
14  actually change at the local, state, or
15  national level, and more importantly, the     11:45AM
16  interest in getting out to vote and actually
17  voting would increase because you see that you
18  now have a viable vote to get to that goal
19  that you've been trying to do for years and
20  years but your candidate consistently loses     11:45AM
21  because of the way that the lines have been
22  drawn.
23     Q.   I'm jumping around here because

Page 80

1  I've been taking notes, but if I heard you
2  correctly when we were discussing the 2010
3  elections, particularly the gubernatorial
4  race, did you say that Ron Sparks was a rather
5  unknown candidate?              11:45AM
6      A.   To me, he was.  He may have had
7  some statewide maybe agriculture.  I don't
8  know, but he was not a household name to me.
9  Nor was Robert Bentley actually, but he was in
10  Tuscaloosa.  And he had a following because of     11:45AM
11  his stature as a well-known doctor in that
12  rather small town.  So I didn't mean to
13  misspeak.  I'm just saying for me he was
14  unknown.
15     Q.   I understand.  Thank you.  I'm     11:46AM
16  also interested if you share an opinion that I
17  have.  I lived in Jefferson County from '93
18  until about five years ago, and for about half
19  that time, I lived really close to where you
20  now live.  I lived in Bluff Park or Park     11:46AM
21  Avenue, and then I moved out further west to
22  Lake Crest.  It seemed to me that both Bluff
23  Park and Lake Crest, which is sort of near the

Page 81

1  Hoover Met, that those neighborhoods got much
2  more racially diverse over the time that I
3  lived there.
4          Have you noticed that in the part
5  of Bluff Park where you live?              11:46AM
6      A.   I take your point, and I agree.
7  One of the interesting things about Bluff Park
8  is how eclectic it is and how different the
9  neighborhoods look from other neighborhoods
10  that are all sort of cookie cutters, but as I     11:47AM
11  was telling my colleagues here that you might
12  be surprised to know that the second largest
13  minority group in the Hoover City Schools now
14  are people from India or their offspring.  So
15  we've got about 30 different nationalities in     11:47AM
16  the Hoover City Schools right now -- or -- if
17  not more.
18         So, yes, it is racially diverse,
19  and it is also politically diverse.  So, on
20  the national level, a lot of people are     11:47AM
21  sorting themselves into neighborhoods based on
22  how progressive or conservative -- it's really
23  kind of appalling.  I don't see that in Bluff

21 (Pages 78 - 81)

Page 82

1  Park yet, and you can look at the data and see
2  how close some of these elections have been
3  Democrat and Republican.  But, yes, it's much
4  more diverse than it was ten years ago.
5      Q.   I'm going to go back to -- I don't    11:47AM
6  need to show it to you -- but the plan that
7  you support, the Singleton Plan, which keeps
8  Jefferson County whole.
9          You understand that there is no
10  majority black district in that plan, do you    11:48AM
11  not?
12     A.   I absolutely understand that what
13  we're looking for is the opportunity to elect
14  candidates of our choosing, not a foregone,
15  definite possibility, a definite "I want it my    11:48AM
16  way or no way."  No.  This is the only way to
17  form a coalition so that you can continue this
18  into the future and reduce the polarization of
19  voting just by race, and all you want is an
20  opportunity, not a guarantee.  And that forces    11:48AM
21  you to reach across and form groupings that
22  have issues in common in my opinion.
23     Q.   Do you believe that even though

Page 83

1  districts in the Singleton Plan -- District 6
2  and District 7, even though they're not
3  majority black, you believe those districts
4  provide an opportunity for African American
5  voters to elect their candidate of choice?    11:49AM
6      A.   Yes.
7      Q.   And what is your basis for that?
8      A.   Well, again, if you've got a
9  contested race with -- with viable candidates
10  and you know that your vote might actually    11:49AM
11  make a difference in this race, you're going
12  to be more likely than not to make sure you're
13  registered, that you listen to what the
14  candidates are saying, to actually get to the
15  polls on a Tuesday, and to make your vote    11:49AM
16  known.
17          It's -- it's demoralizing to know
18  that as much as you educate yourself and go to
19  a poll your candidate will never win even
20  though he has really good ideas because the    11:50AM
21  way that gerrymandering has drawn the
22  district.
23     Q.   And we looked at some election

Page 84

1  returns when Mr. Blacksher was asking you
2  questions, and if I recall, there were a few
3  elections where Republicans won in those
4  districts?
5      A.   Absolutely.    11:50AM
6      Q.   So you still think that provides a
7  fair opportunity?
8      A.   Yes, I do.
9      Q.   A fair opportunity for African
10  American voters to elect their candidate of    11:50AM
11  choice?
12     A.   Yes, because other things are
13  going to happen.  If you actually have a
14  district that might allow you to have your
15  vote count as much as somebody else's, then it    11:50AM
16  may mean, probably will mean, more viable
17  candidates come to the table.  Then we'll get
18  more funding.  Then we'll get more grass roots
19  volunteers.  And so you have a campaign that's
20  able to generate the energy it would take to    11:51AM
21  actually win the election.
22     Q.   As we looked at various election
23  returns in Jefferson County -- and we looked

Page 85

1  at '22, '20, all the way back to 2010 -- the
2  Democrats did not do as well in 2022, though,
3  did they, as they did in prior years?
4      A.   I think the data would support
5  that.  The turnout was different.  The    11:51AM
6  candidates were not stellar, and the party has
7  suffered from, what we call in the military, a
8  circular firing squad.  And so you really have
9  to say "put this in context."
10     Q.   So, even though 2022 is a more    11:51AM
11  recent election, is it your position that
12  other elections like '20 and '18 and '16
13  provide a more accurate view of how those
14  districts would perform?
15     A.   I think so, yes.  Well -- and,    11:52AM
16  again, as you know, a presidential election
17  year creates its own issues which drives
18  turnout.  And so every election is special in
19  its own way, but the data over time shows that
20  if Jefferson County were a contiguous    11:52AM
21  district, Democrats would have prevailed, not
22  always -- you know, sometimes 50, 51,
23  sometimes 52.

22 (Pages 82 - 85)

Page 86

1 But, again, the coalition would be
2 key in cementing a victory for people who --
3 it's not the party label I'm really concerned
4 with. It's the fact that you have two
5 candidates coming forward with viable          11:52AM
6 solutions.
7 Right now, what has happened
8 because it's no way that -- a supermajority
9 party is always going to win. So they can
10 take real extreme views that appeal to a       11:53AM
11 certain segment of that population and never
12 accept an invitation to debate, don't answer
13 candidate questionnaires, don't entertain
14 conversations because they don't have to
15 because they know they're going to win.         11:53AM
16 Q. I want to stick with the '22
17 elections just a minute, and understand,
18 although this is a trial deposition, it's also
19 my opportunity to understand your claims a
20 little better.                                   11:53AM
21 If 2022, the -- if the 2022
22 election is not the best indication of how a
23 district performs, I want to understand all

Page 87

1 the reasons why you think that is the case.
2 If you're looking for something,
3 Ms. Slay, that will help, I will be very happy
4 to pause for a moment.
5 A. Well, you're referring to 2022,          11:53AM
6 and I'm just trying to -- here it is right
7 here. So let's --
8 Q. Okay.
9 A. Okay.
10 Q. Yes, I want you to have whatever       11:53AM
11 information you need to help me understand
12 your claims better.
13 Would you say that the quality of
14 candidates on the Democratic side was an issue
15 in the 2022 election?                            11:54AM
16 A. You're being much too diplomatic.
17 Q. How would you phrase it?
18 A. I would say that it was abysmal.
19 Not that I -- I don't know these people
20 personally, but it's the way they were chosen,  11:54AM
21 the funding they secured, the backgrounds they
22 came with. It was not a way to -- to win
23 elections at the statewide level.

Page 88

1 Q. And if I understood you correctly,
2 is it your position that Democratic party
3 infighting was a drain on Democratic turnout
4 in 2022?
5 A. Yes. And -- not only that, but       11:54AM
6 they -- according to people who were running
7 as Democrats, they didn't get any financial or
8 how-to support from the state party, just
9 procedural things, how to file, how to go
10 about campaigning, how to -- no funding. And    11:55AM
11 so they were all on their own.
12 MR. DAVIS: If we could pause for
13 just a moment and let me call my co-counsel,
14 that would be helpful.
15 MR. BLACKSHER: Certainly.             11:55AM
16 (A recess was taken.)
17 MR. DAVIS: Thank you for
18 indulging me that pause. Ms. Slay, thank you
19 for answering my questions and helping me to
20 understand your claims better. Those are all    11:56AM
21 the questions I have today.
22 I will, after we close, speak to
23 the court reporter and find out how to get

Page 89

1 copies of the Singleton -- well, the two plans
2 that we've discussed that were not already
3 introduced, and that was the Legislature's '23
4 plan and the Milligan plan, this VRA plan,
5 marked as 1 and 2 respectively.                  11:57AM
6 With that, those are all the
7 questions that I have, Ms. Slay. Thank you so
8 much.
9 THE WITNESS: Well, you're quite
10 welcome.                                         11:57AM
11 REDIRECT EXAMINATION
12 BY MR. BLACKSHER:
13 Q. I have just one redirect question.
14 Ms. Slay, I may have misunderstood what you
15 said, but I thought you said something to the   11:57AM
16 effect that other counties were not as
17 polarized as Jefferson County is.
18 Did you mean the opposite of that,
19 or did I hear you correctly?
20 A. Well, let me just back up and say    11:57AM
21 I am not expert on other counties in Alabama.
22 So perhaps I shouldn't have said that at all,
23 but I don't -- I think that the neighborhoods

23 (Pages 86 - 89)

Page 90

1  in Jefferson County are -- have a very high
2  correlation with racial voting, racial
3  polarized voting, and I don't -- I can only
4  speak a little bit from Tuscaloosa because of
5  where I live.  I cannot speak to the rest of        11:57AM
6  Alabama.  So maybe that should have been an
7  overly broad statement.
8         MR. BLACKSHER:  Okay.  Thank you.
9  No further questions.
10        MR. DAVIS:  None for me either.        11:58AM
11  Thank you so much, Ms. Slay.
12        (The deposition concluded
13         at 11:58 a.m.)
14        * * * * * * * * * * * *
15     FURTHER DEPONENT SAITH NOT
16        * * * * * * * * * * * *
17
18
19
20
21
22
23

Page 91

1         REPORTER'S CERTIFICATE
2  STATE OF ALABAMA
3  ETOWAH COUNTY
4      I, Joseph Jones, Certified Court
5  Reporter and Commissioner for the State of
6  Alabama at Large, hereby certify that on
7  August 10, 2023, I reported the deposition of
8  LEONETTE SLAY, who was first duly sworn or
9  affirmed to speak the truth in the matter of
10  the foregoing cause, and that pages 6 through
11  90 contain a true and accurate transcription
12  of the examination of said witness by counsel
13  for the parties set out herein.
14      I further certify that I am neither kin
15  nor of counsel to any of the parties to said
16  cause nor in any manner interested in the
17  results thereof; and that this transcript was
18  certified and prepared on August 10, 2023.
19
20     _____
       JOSEPH JONES, CCR
21     Commissioner for the
       State of Alabama at Large
22     CCR # 645, Expires 09/30/23
23     MY COMMISSION EXPIRES: 06/05/25

24 (Pages 90 - 91)

[& - 43]                                                                 Page 92

## &

**&**   2:17

## 0

**01291**   1:7
**03801**   2:9
**06/05/25**   91:23
**09/30/23**   91:22

## 1

**1**   3:7 7:11 8:22
9:1 26:15,15
63:5,10 65:7
69:15,20 72:18
89:5
**10**   1:13 3:11,12
3:19 38:22 91:7
91:18
**100**   18:14
**1000**   1:20 2:5
**105**   2:18
**11**   3:21 39:16
**11-2-10**   4:15
**11-3-20**   3:21
**11-4-08**   4:17
**11-4-14**   4:9
**11-6-12**   4:13
**11-6-18**   4:3
**11-8-16**   4:7
**11-8-22**   3:17
**11:58**   90:13
**12**   4:3 43:19
**12,000**   37:8 38:8
**12,500**   52:4
**12-12-17**   4:5

**12th**   47:17
**13**   4:5 47:14
**14**   4:7 12:8
48:11
**15**   4:9 50:17
**159**   2:8
**16**   4:11 51:7
85:12
**169-6**   3:14 26:3
26:18 27:2
**17**   4:13 41:1
56:8
**18**   4:15 57:3
60:15 85:12
**18453**   91:20
**19**   4:17 57:18
**1965**   66:15
**1976**   18:8
**1990**   17:10
**1991**   13:19
59:19,20
**1992**   67:3 72:1,8
72:10
**1994**   16:10,13
59:23

## 2

**2**   3:9 9:17,18
57:6 69:21
73:21 89:5
**20**   40:3 85:1,12
**200**   2:18
**2001**   1:20 2:5,15
**2003**   16:17
**2008**   57:20

**2010**   13:2 15:13
57:6 80:2 85:1
**2012**   30:5 56:10
**2014**   30:10
50:20 51:1,14
**2016**   48:14,14
48:17
**2017**   19:19
47:17
**2018**   43:23 44:3
45:9
**2020**   30:10
39:20 40:1,17
43:14
**2021**   3:9,10 9:6
**2022**   30:6,11
32:1,7,16 40:4
51:4,13,13 85:2
85:10 86:21,21
87:5,15 88:4
**2023**   1:13 3:11
3:12 10:1 26:1
26:13 27:12
28:19 67:10
68:9 70:1 72:14
73:23 77:14
91:7,18
**2024**   54:1
**22**   85:1 86:16
**23**   89:3
**24th**   16:3
**250**   20:13
**2501**   2:11
**26**   3:14

**28**   3:15
**29**   3:16
**29.35**   48:1
**2:21**   1:7
**2c**   2:8

## 3

**3**   3:10,16 4:20
9:17,19 32:22
39:20 68:8
**30**   81:15
**305,000**   49:2
**31**   3:17
**320**   7:6
**35203**   2:6,15
**35226**   2:12 7:7
**36**   4:12 51:12,22
**36.35**   58:1
**36104**   2:18,22
**38**   3:19
**39**   3:21

## 4

**4**   3:11 10:11
50:20 57:20
**4,000**   32:23
**40.36**   57:1
**40.71**   51:2
**40.94**   45:13
**40.94.**   57:11
**41**   32:16
**41.11**   32:8
**41.42.**   49:6
**41.93.**   44:9
**43**   4:3 42:11

**44.30** 49:11
**45.79** 34:20
**46.53** 56:20
**47** 4:5 36:14
**47.07.** 58:3
**47.74** 47:20
**48** 4:7 50:23
**48.86.** 57:16
**49** 33:6

**5**

**5** 3:12 4:20
  10:12 34:8
  68:11
**50** 4:9 85:22
**50.35** 57:14
**501** 2:22
**51** 4:11 85:22
**51.33** 34:19
**51.57** 49:10
**52** 33:11 36:14
  85:23
**52.15** 58:3
**52.46** 34:4
**52.50** 34:16
  56:19
**54.67** 44:4
**56** 4:13 42:10
**56.20** 57:8
**57** 4:15,17
**58.07** 44:8 46:4
**58.58** 49:5
**58.94** 45:12 46:4
  46:5
**59** 3:3

**59.06** 57:10
**59.64** 57:1

**6**

**6** 3:14 23:14
  26:10 27:9,17
  28:19 29:23
  30:9,16 31:16
  36:20,23 54:2
  54:10,23 55:4
  69:12 83:1
  91:10
**60** 13:3
**63.35** 58:1
**64.84** 40:3
**645** 91:22
**69** 4:20,21
**6th** 43:23 56:10

**7**

**7** 3:3,7,15 23:15
  28:14 30:3,8
  67:20 68:6
  69:12 73:12
  83:2
**70.65** 48:1
**7213** 16:20
**76** 12:6
**77.05.** 57:23
**79.15** 56:15

**8**

**8** 3:16 4:21
  29:12 72:20
**89** 3:4
**8th** 32:1 48:14

**9**

**9** 3:9,10,17
  31:21 38:15
  51:12
**90** 91:11
**92** 67:7
**92,583** 36:21
**93** 67:5,8 80:17
**96,175** 36:20
**97** 14:18
**99** 14:18
**9:59** 1:22

**a**

**a.m.** 1:22 90:13
**aberration** 48:7
**able** 19:3 41:10
  62:23 84:20
**absolutely** 62:8
  67:13 82:12
  84:5
**abysmal** 87:18
**accept** 86:12
**acceptable**
  44:20
**accepted** 72:4
**access** 20:22
  53:16 62:2
**accessible** 19:6
**accolades** 45:15
**accurate** 85:13
  91:11
**action** 60:23
**actions** 67:2
**active** 12:9,16
  12:17 13:11,13

19:23 60:13,14
**activities** 18:11
**actually** 13:1
  31:19 37:17
  39:12 75:23
  79:14,16 80:9
  83:10,14 84:13
  84:21
**adamant** 22:16
**address** 7:5 9:12
  16:18 21:7
**addressed** 59:9
**adjacent** 65:16
**adjourned**
  27:15
**advocating** 78:4
  78:7,11
**affairs** 11:3,8,9
**affect** 25:4
  70:18
**affected** 69:7
**affects** 77:4
**affiliated** 77:19
**affirmed** 6:9
  91:9
**afghanistan**
  14:21
**african** 22:21
  24:22 83:4 84:9
**age** 13:3
**ago** 80:18 82:4
**agree** 6:22
  23:21 77:7 81:6
**agreed** 5:2,19
  6:3

**agreement** 1:17
5:6
**agriculture** 80:7
**aid** 11:15
**al** 1:4,9
**alabama** 1:1,9
1:18,21 2:6,12
2:15,18,21,22
5:10,17 7:7
12:14,18 13:8
13:12,18 16:9
16:21 17:8
18:14,20 41:5
44:15 46:16
47:2 52:8 53:3
59:20 61:8
62:11 66:13,18
68:13 70:21
72:6 76:18
89:21 90:6 91:2
91:6,21
**alabama's** 4:11
51:11
**albermarle** 7:7
9:12,15 10:6
16:14
**allen** 1:8 22:12
22:12 34:20
59:6
**allow** 84:14
**allows** 44:16
61:10 78:12
**amazing** 56:15
**ambiguous**
37:10

**amendments**
21:4
**american** 22:21
24:22 83:4
84:10
**amm** 1:7
**amount** 73:11
**anita** 34:8
**answer** 22:7
86:12
**answering**
88:19
**answers** 21:14
**apartment**
16:21
**app** 9:5
**appalling** 81:23
**apparent** 76:8
**appeal** 53:13
70:16 86:10
**appeals** 41:5
**appear** 8:17
32:22 35:1,18
36:5
**appearances** 2:1
38:9
**appears** 63:11
**apply** 36:1
**appropriate**
64:15,20
**approximately**
1:22
**area** 53:12
65:19

**areas** 18:6 24:16
62:4 65:14 69:1
77:6
**argues** 62:16
**argument** 73:9
**arguments** 74:4
**arizona** 12:12
**army** 11:22 12:1
12:2,6,7,10,23
13:14,14 14:1,5
14:11,15 15:5,9
15:11
**article** 3:20 4:12
39:2,4,6 51:10
51:16,18
**artificial** 31:13
**asked** 13:22
74:7
**asking** 59:13
63:21 84:1
**assistant** 2:21
**associate** 34:7
41:4
**association** 18:7
**assume** 54:1,14
54:15 64:12,23
**assured** 22:6
55:12
**attend** 15:20
60:20
**attention** 27:16
**attorney** 2:11
2:21,21 33:18
34:1 61:14

**attorneys** 2:4,8
2:14,17
**august** 1:13
16:3 91:7,18
**austin** 11:2
**automatically**
15:9 29:7,9
**avenue** 2:22
80:21
**average** 60:8
**aware** 61:19,21
66:17

**b**

**back** 26:8 30:21
48:16 58:15
78:6 82:5 85:1
89:20
**background**
10:14
**backgrounds**
87:21
**balch** 2:17
**ballot** 19:3,10
21:4,8 23:4
35:18,19 36:6
40:11 48:4
55:19 56:17
60:17
**ballots** 19:11
20:22 32:14
49:2
**bank** 2:14
**barely** 9:14
**base** 52:17

**based**  22:1,19
  23:20 32:15
  55:1 75:5 81:21
**basically**  29:1
**basis**  44:23
  67:14 83:7
**battalion**  14:17
**beginning**  38:16
**belief**  76:2
**beliefs**  77:11
**believe**  30:16
  36:3 41:16 63:4
  82:23 83:3
**belt**  30:3
**benefit**  47:2
**bentley**  46:18
  57:15 80:9
**bessemer**  35:13
  35:15,17 41:21
  69:9
**best**  44:14 75:20
  86:22
**better**  78:16
  86:20 87:12
  88:20
**biblical**  37:18
**big**  40:22
**bill**  43:7
**bingham**  2:17
**bipartisan**
  77:17
**birmingham**
  1:21 2:6,12,15
  13:15,23 14:3
  17:13 66:2,6,8,9

66:11
**bit**  10:13 31:15
  90:4
**black**  24:3 30:3
  30:18 42:19
  49:22 82:10
  83:3
**blacksher**  2:3
  3:3,4 6:22 7:3
  7:16 8:21 9:16
  10:9 25:23 26:6
  26:21 27:2 28:2
  28:6,9,12 29:5
  29:10 38:14,19
  54:17 56:4,7
  58:6,12,16,20
  69:16 74:8 84:1
  88:15 89:12
  90:8
**blount**  65:16
  66:2,6,11
**blowup**  9:9 10:4
**bluff**  80:20,22
  81:5,7,23
**board**  17:11,14
  17:16,17,19,20
  17:21 20:3
**bobby**  1:4 27:13
**boost**  45:19
  76:14
**born**  10:15,16
**bosnia**  14:19
**bottom**  34:1,10
  36:9

**bounded**  61:12
**boyd**  33:16
**break**  56:5
  58:13
**breakout**  44:6
**briefly**  39:5
**bring**  29:6
  61:22
**broad**  90:7
**brought**  13:8
**budgetary**  47:6
**building**  2:14

**c**

**c**  2:7
**cake**  60:20
**call**  11:19 18:1
  85:7 88:13
**called**  15:2 21:5
  27:13 35:12
**campaign**  26:14
  37:19 42:17
  45:21 52:5
  53:18 55:9
  84:19
**campaigning**
  88:10
**cancels**  3:20
**candidacy**  37:2
**candidate**  21:12
  21:12 23:10
  32:21 36:23
  38:5,7 48:3
  50:14 52:16
  53:6 55:11
  79:12,20 80:5

83:5,19 84:10
  86:13
**candidates**  21:3
  21:15,18 22:4
  23:2,6 30:18
  31:4,10 33:9
  35:15 38:2
  40:15 41:10
  44:21 45:5 49:8
  49:12 50:8
  52:11,20,21
  53:8 55:14,23
  56:22 62:14
  82:14 83:9,14
  84:17 85:6 86:5
  87:14
**capacity**  1:8
**captioned**  51:11
**care**  47:2
**career**  11:23
  12:5
**carolina**  12:13
  12:18 13:15
**case**  1:6 5:22
  38:3 43:3 48:1
  63:9 67:8 87:1
**cases**  43:2 72:12
**cast**  19:3 31:20
  32:14 49:2
**caster**  4:22
  72:23
**casting**  19:11
**catch**  38:17
**cause**  91:10,16

**[cavanaugh - complete]**

cavanaugh  42:6
cavanaugh's
   42:11
ccr  1:17 5:9
   91:20,22
cd6  3:9,10 33:5
cd7  3:11,12
cementing  86:2
census  66:22
center  26:15
certain  28:23
   37:20 65:10
   67:2 74:16
   86:11
certainly  49:18
   68:15 76:16
   77:5 88:15
certificate  20:8
   91:1
certified  91:4,18
certify  91:6,14
cerv  20:7,8
chair  18:5
chaired  17:23
challenged
   70:10
chance  21:12
chances  42:19
change  75:12
   79:14
changed  70:10
   77:16,22
characterize
   46:11

chest  45:22
chief  17:23
chilling  37:14
choice  30:19
   37:12 39:7
   62:14 83:5
   84:11
choose  19:4
choosing  23:2
   82:14
chosen  87:20
circles  37:5
circuit  34:22
   35:7,22 41:15
   41:15,18
circular  85:8
cite  51:19
citizen  19:2
city  66:2 73:20
   81:13,16
civil  5:17 14:4,7
   14:8,10,23
   15:10,12
claims  60:23
   86:19 87:12
   88:20
clarification
   19:19 78:11
class  47:5
clay  60:17,20
clc  26:15
clc1  3:16 29:17
   29:21
clear  49:15
   68:20

clearer  72:12
clearly  48:8
   53:12 68:4
clemon  2:13,13
clinton  49:10
   50:12
close  46:4 67:21
   80:19 82:2
   88:22
closely  73:5
coalesce  31:1
coalition  22:20
   23:19 24:6
   30:21 31:10
   38:5 42:20
   74:23 75:4 76:3
   78:3,7,8,12
   79:11 82:17
   86:1
coalitions  53:22
   75:2,5
cobblestone
   2:11
coincide  25:18
colleagues
   18:20 23:13
   24:3 35:20
   44:11 81:11
college  10:23,23
   12:2
colonel  13:7
   59:12
color  25:6,13
   69:8

column  30:2
come  13:17 26:8
   43:9 46:1 58:15
   70:17 84:17
comes  42:8 53:6
coming  13:12
   66:10 86:5
commander
   14:17
commencing
   1:21
comment  43:13
commission
   5:11 11:21 42:4
   42:12 91:23
commissioner
   1:18 5:9 91:5,21
committed  23:8
committee
   21:23
common  24:7
   24:17 53:12
   66:1,6 68:3 74:9
   74:12,23 75:6
   76:3 77:11,11
   82:22
communicative
   31:1
commuting  66:7
compact  53:12
competitive
   42:15
complaint  60:22
complete  74:20

**completely**
18:14 44:20
**complex** 16:21
**complicated**
14:5
**concerned**
75:14,15 86:3
**concerns** 46:14
47:6
**concluded**
90:12
**conclusion**
69:18
**conditions** 66:8
**confusing** 37:9
**confusion** 32:11
**congress** 24:21
53:9 70:12
**congressional**
22:15 26:2 53:5
54:2 61:2,9,18
63:5,10 65:7
66:4,14,20 67:1
67:11,19 68:8
72:1,18 75:9
**congressman**
55:4 77:4
**congressperson**
76:15
**connected** 25:17
59:16
**conservative**
81:22
**conservatives**
37:11

**consider** 60:2,7
61:1 63:17
**considerable**
73:11
**consisted** 14:11
**consistent** 48:19
**consistently**
79:20
**constituents**
22:8
**constitute** 19:20
**constitutional**
11:18 21:4
**constructive**
77:1
**contain** 27:17
91:11
**contains** 27:20
27:22 49:16,16
49:21 73:7
**contend** 64:14
67:9,11 68:16
70:1 73:6
**contention**
67:15 70:14,23
**contested** 35:1
41:7 83:9
**context** 42:22
42:23 43:7
50:14 52:7 85:9
**contiguous**
53:11 63:13
70:11 75:9
85:20

**contingencies**
14:16
**continue** 82:17
**continued** 4:1
**convention**
11:18
**conversation**
75:20
**conversations**
86:14
**convicted** 19:21
20:19
**cookie** 81:10
**copies** 89:1
**copy** 8:5 26:13
26:22 27:5,6
32:10 72:17
**corps** 12:8
**correct** 8:2
15:22 23:15,16
30:12 33:1,12
34:10 35:3
36:13,14 41:19
41:20 42:2,22
51:23 58:9
59:20 61:3,4
**correcting**
78:18
**correctly** 60:23
80:2 88:1 89:19
**correlation** 90:2
**counsel** 5:3,19
88:13 91:12,15
**count** 31:6
63:22 84:15

**counties** 61:1,8
62:11,17 65:6
65:10,12 73:16
89:16,21
**country** 15:23
69:1
**county** 3:15,18
3:22 4:4,6,8,10
4:14,16,18 16:9
16:12,12 17:5
18:2,4 20:3,12
20:14 21:19,21
22:14,18 23:14
23:18,23 24:4
24:11,16,23
25:3,19 27:18
27:21,23 28:18
28:21,23 29:23
30:1 31:2,9,12
31:18 32:14
33:1,4,15 34:9
35:7,8,14,21
36:8,21 38:11
38:13,20 39:21
40:23 41:14,14
41:17 42:9,15
44:1 45:11,17
46:2,6 48:20
49:9 53:4,16,18
54:3,4,21,22
55:5,22 56:11
58:7 59:19,22
60:17,21 61:11
61:12,15 62:1,4
62:7,10,16,17

62:18 63:12,13
63:18,19 64:4,7
64:8,11,15,16
64:20,21,23
65:1,14,15,16
65:20,23 66:2,7
66:11,14,19
67:2,17 68:4,5
68:18,23 70:3
70:11,19 71:2
73:10,20 74:2,9
74:12,22 75:8
75:17,21 78:5
78:19,23 80:17
82:8 84:23
85:20 89:17
90:1 91:3
**countywide**
35:23 36:8,16
**couple**   40:8
**court**   1:1 6:12
30:19 34:8,23
35:7,22 36:1,2
38:20 41:5,5,15
41:16,18 56:6
56:12 61:6 67:4
67:4 68:10
69:17 72:4,8,11
72:20 88:23
91:4
**court's**   31:18
39:22
**courthouse**
35:16

**courthouses**
35:11
**created**   21:9
**creates**   21:23
85:17
**creating**   62:21
**creatures**   75:2
**crest**   80:22,23
**criminal**   24:18
74:15 77:9
78:21 79:2
**criteria**   61:5
64:10,19 65:3
**cross**   58:21 59:1
70:17
**crossover**   48:8
50:7 55:1
**ct**   1:22
**current**   43:1
56:1 70:12
**currently**   17:20
**cutoff**   35:13,17
41:21
**cutters**   81:10
**cv**   1:7
**cycles**   21:23
23:3

**d**

**d**   75:19
**d1**   4:20
**d2**   4:21
**dad**   60:20
**data**   30:13 32:4
32:4 62:12,15
64:22 66:22

82:1 85:4,19
**database**   7:22
**dated**   51:12
**dave's**   9:4,23
28:17
**davis**   2:20 3:3
6:14,17 8:4,10
8:13,19 26:23
27:5 38:14,21
58:14,18 59:2,5
69:14 88:12,17
90:10
**debate**   55:14,23
86:12
**decade**   41:11
**december**   47:17
**decision**   55:16
67:5,8 72:7
**defendants**   1:10
2:19 4:19 69:15
69:20
**definite**   82:15
82:15
**degree**   11:5
**democrat**   30:7,9
34:8,15 35:2
36:12 37:4 49:5
49:7 56:23 82:3
**democratic**
33:12 36:22
38:1 41:9 48:19
51:21 54:5,6
75:19 77:21
87:14 88:2,3

**democrats**   3:19
33:14 41:9 42:5
44:8 50:22
57:10 58:1 78:2
85:2,21 88:7
**demoralizing**
83:17
**depending**
53:20
**deponent**   90:15
**deposition**   1:12
5:4,8,15,20,21
6:5,16 7:1 8:22
15:19,19 69:15
69:18 86:18
90:12 91:7
**describe**   18:18
**desire**   77:7,8
**despondent**
23:9
**detail**   31:15
42:19
**difference**   83:11
**differences**
75:16,17
**different**   16:13
17:19 35:10
46:23 50:6 56:1
62:3 68:1 78:22
79:3 81:8,15
85:5
**differently**   31:6
**diplomatic**
87:16

**direct** 7:2 11:21 27:16 52:14 70:5 71:5 77:5
**directed** 72:4
**directly** 59:15 76:16 77:4
**disagree** 72:7
**disappointed** 37:20
**disappointing** 37:10
**discussed** 89:2
**discussing** 38:18 80:2
**discussion** 52:7 76:18
**disorganization** 52:9
**disqualifying** 20:6,19
**district** 1:1,1,2 22:15 23:7,10 23:14,15 27:17 28:19 29:23 30:3,3,8,9,16,17 30:23 31:7,13 31:16 33:6 35:13 36:1,2,20 36:23 53:5,17 54:2,10,23 55:4 61:14 62:22 67:20,22 68:6 69:12,12 71:18 71:19 73:12,21 75:9 78:12 79:6

79:10 82:10 83:1,2,22 84:14 85:21 86:23
**districting** 61:9
**districts** 22:5 24:1 35:12 42:13 66:20 67:1,3 71:17,21 83:1,3 84:4 85:14
**diverse** 81:2,18 81:19 82:4
**division** 13:10
**docket** 26:2
**doctor** 46:20 80:11
**document** 29:15
**doing** 19:15,17 25:15 29:7,8 56:5
**domino** 25:14 79:6
**doors** 77:6
**dorman** 2:16
**doug** 40:19,22 47:18 54:20,20
**drain** 88:3
**drawn** 22:5 23:7 23:10 67:7 71:22 72:1 79:6 79:10,22 83:21
**drive** 7:7 9:15 10:6 16:14,20
**drives** 85:17

**duly** 6:9 91:8
**duty** 12:9,16,17 14:23 15:1

### e

**earlier** 52:6 63:9
**early** 22:17
**easier** 9:11 53:15
**easily** 55:3
**eclectic** 81:8
**economic** 69:8 75:16
**economically** 69:5
**ed** 54:18
**edited** 21:13
**educate** 83:18
**educated** 44:15
**education** 11:11 12:1,3
**edward** 2:10,10
**effect** 75:12 79:6 89:16
**effective** 30:17 42:16 45:21
**effects** 25:14 76:7
**effort** 70:8
**eight** 14:13 28:18 30:1 54:3 75:5
**either** 5:23 90:10

**elect** 23:2 30:18 62:14 82:13 83:5 84:10
**elected** 35:17 42:7,13 54:22 79:13
**electing** 61:13
**election** 3:16,17 3:21 4:3,5,7,9 4:11,13,15,17 19:4,16 29:17 31:19 32:2 35:1 36:19 39:19,20 40:9,19 42:21 43:22,23 47:17 47:18 48:14 50:15,20 51:6 51:11,13,14 53:3,7 54:1 55:3 57:6,21 60:16 83:23 84:21,22 85:11,16,18 86:22 87:15
**elections** 18:20 19:6 30:5,7,10 35:23 36:2,16 41:4,11 50:21 80:3 82:2 84:3 85:12 86:17 87:23
**electoral** 12:20 60:6
**electorate** 37:21
**electricity** 43:4

electronic  8:5
eligibility  20:9
  21:2
eligible  14:6
  19:2,7 20:4,15
  20:20
elmore  65:8
else's  64:1 84:15
emails  20:1
embarked  25:9
emerges  61:16
enacted  9:6 10:1
  30:19
encounter  34:7
encourage  45:3
ended  11:20
  12:8,12 13:12
  14:2 15:13
  17:14 37:10,14
  50:11
energy  84:20
ensure  19:5
enter  21:6
entertain  46:20
  86:13
enthusiastic
  23:8
entity  76:5
equalization
  65:3
equally  63:23
equipment  26:4
erroneously
  19:22

escambia  65:8
especially  20:21
espouses  79:12
estimates  20:13
et  1:4,9
ethnicity  7:9
etiquette  59:14
etowah  91:3
event  49:4
events  43:1
evidence  5:15
  39:10,11 58:10
  70:20 71:5,6,7
examination  3:1
  7:2 58:21 59:1
  89:11 91:12
example  20:17
  23:12 33:10
  54:14 56:21
  77:9
examples  25:16
except  12:17
  23:5
excuse  9:3 32:11
  33:15 62:20
  73:15
exhibit  3:5,7,9
  3:10,11,12,14
  3:15,16,17,19
  3:21 4:1,3,5,7,9
  4:11,13,15,17
  4:20,20,21,21
  7:11,14 8:7,11
  8:16,22 9:1,18
  10:10,11 25:21

26:10,18,23
  27:3 28:3,14
  29:12 31:21
  38:15,22 39:16
  43:19 47:14
  48:11 50:17
  51:7 56:8 57:3
  57:18 68:11
  69:15,20 72:20
exhibits  9:17
  26:18 48:18
expand  77:8
expanded  24:8
expanding
  46:16,21 47:3
  78:20,23
expansion  74:10
expected  53:22
experience
  11:20 12:19
  17:4 22:19
  23:21 41:9
  46:10,12 53:1
expert  36:4
  89:21
expires  91:22,23
explain  14:8
exposure  53:19
extent  61:4
extract  67:18
extreme  70:15
  86:10

**f**

fact  86:4
fair  49:8 55:13
  78:9,15 84:7,9
fairfield  69:9
fairly  45:21
  53:11
fairness  6:18
familiar  28:20
  65:14
families  76:8,10
family  45:3
far  26:19 66:17
farm  75:3
father  60:16
favor  76:5
favors  78:23
federal  15:10,12
  72:4,8
feel  22:19 23:9
felon  20:15
felonies  19:21
felons  20:13
felony  20:19
fielded  38:7
figures  72:18
file  88:9
filed  26:19,20
  59:7 60:22
  68:10 72:19
filing  5:20
financial  88:7
find  21:7 53:21
  55:22 56:2
  88:23

finding  22:2
fine  56:6
finger  67:17
  69:7
firing  85:8
firm  2:10
first  6:8 11:18
  13:9 22:11
  31:23 32:12
  33:10,19,22
  40:9 58:2 60:16
  75:22 76:1 91:8
fit  64:10
fitness  15:8
five  80:18
floor  2:15 71:9
flowers  3:20
  30:11 32:21
  36:19 37:2,3
  39:3 52:2
folder  8:11 28:5
  28:7
following  80:10
follows  6:11
forced  55:14
forces  82:20
foregoing  91:10
foregone  82:14
forgot  15:18
form  5:12 23:18
  31:10 75:5
  82:17,21
formalities  5:6
formality  5:11

formed  22:21
  79:12
former  49:11
formidable  31:9
fort  13:10 15:14
forth  31:20
fortunate  11:14
forums  23:22
forward  77:1
  86:5
four  49:13
fourth  28:5,6,12
frankly  37:9
free  20:1 21:5
friends  45:3
front  26:22
function  8:8
funding  52:22
  84:18 87:21
  88:10
funds  53:18
further  5:18 6:2
  24:9 53:19
  80:21 90:9,15
  91:14
future  82:18

g

gardendale
  65:18
gen  4:5
general  2:21
  3:17,21 4:3,7,9
  4:13,15,17 32:2
  33:18 34:2,23
  39:19 43:23

44:13 47:16
  48:14 50:20
  57:21
general's  2:21
generally  77:10
  77:11
generate  84:20
geographical
  62:4
germany  12:15
  12:21
gerrymander
  67:12 68:17
  70:2 71:20 74:1
  74:3
gerrymandered
  31:7 71:18
gerrymandering
  23:7 72:15,16
  83:21
gerrymanders
  67:5 71:22 73:7
getting  11:21
  20:7 58:2 79:16
give  12:4 25:21
  26:5 27:4 49:1
  54:14,17
given  52:15 78:9
gives  55:13
giving  45:5
global  14:20
go  11:1 14:18
  20:6 29:2 34:6
  36:6,7 42:21
  43:14 47:10

53:19 63:7
  76:21 77:1 82:5
  83:18 88:9
goal  62:13 79:18
goes  42:14
  68:18 70:2
going  9:2 19:9
  21:7 26:17
  27:10 29:4,14
  31:2,16,23 36:5
  36:7 39:18
  43:21 48:13,16
  53:7 58:7,20
  67:23 70:9 72:9
  79:8 82:5 83:11
  84:13 86:9,15
good  22:23
  28:13 52:15,21
  59:3,4 83:20
gop  55:19
gosh  51:2
gotten  20:11
  50:6,8
government
  24:21
governor  30:11
  32:21,23 33:10
  37:4 38:7 45:9
  46:5,17,19 47:8
  57:12,13
graduate  11:5
  12:2,3
graduated
  10:21

**graduating** 11:6
   11:13
**grants** 77:6
**grass** 84:18
**great** 76:12
   77:13
**grocery** 24:9
   74:14 76:1,3,6
   77:8 78:21 79:1
**group** 23:1
   53:14 75:10
   81:13
**groupings** 82:21
**gs14** 15:15
**guarantee** 82:20
**gubernatorial**
   80:3
**guess** 6:15 32:9
**guidance** 72:12
**guy** 55:19

### h

**half** 80:18
**hampshire** 2:9
**hand** 9:2 28:16
   30:2 31:23
   34:11 39:19
   43:21
**handed** 7:13
**handing** 26:13
   39:1 50:19
**hands** 70:13
**happen** 84:13
**happened** 86:7
**happening** 43:8

**happy** 87:3
**hard** 9:10 23:22
**harder** 65:2
**hat** 52:11
**head** 43:17
**health** 47:2
**hear** 7:17 71:4
   89:19
**heard** 80:1
**hearsay** 39:11
   51:19 71:8
**held** 17:22
   77:10,11
**help** 24:12 53:2
   87:3,11
**helped** 20:13
**helpful** 21:2
   88:14
**helping** 19:13
   88:19
**henry** 2:7
**hereto** 5:23 6:3
**herzegovina**
   14:19
**high** 10:20,22
   90:1
**higher** 31:5
   32:17 40:3,10
   41:2 45:20
   51:21 54:8
**highlight** 42:3
**hillary** 50:11
**hispanic** 7:10
**history** 48:16
   55:3

**holistic** 24:12
   61:21
**home** 21:7
**homework**
   44:17
**hoover** 7:7
   16:11,20 35:14
   69:10 81:1,13
   81:16
**house** 11:16,17
   16:16
**household** 80:8
**hugely** 42:12
**huh** 11:10 51:5
**human** 12:11
   14:13 15:14
**hundred** 11:19
**hypothetical**
   53:23 54:11

### i

**ideas** 12:19
   83:20
**identification**
   7:12 9:19 10:12
   26:11 28:15
   29:13 31:22
   38:23 39:17
   43:20 47:15
   48:12 50:18
   51:8 56:9 57:4
   57:19 69:21
**image** 45:19
**imagining** 66:23
**immediately**
   11:13 17:13

**impact** 22:9
**impacted** 24:19
**implemented**
   79:9
**important** 21:16
   42:12 43:1 61:1
   61:7 62:9 63:18
   64:1,6 78:10
**importantly**
   79:15
**incarcerated**
   20:16
**include** 11:18
   18:4 33:3
**included** 28:19
**income** 76:8,10
   76:13
**incorrect** 8:1
**increase** 79:17
**incredibly**
   42:23
**incumbent** 6:19
   42:7 54:6
**incumbents**
   70:9 71:17
**indefensible**
   67:22
**independents**
   22:22
**index** 3:1,5 4:1
**india** 81:14
**indicate** 48:18
   58:8
**indicated** 46:15
   47:12

**indication** 86:22
**indirect** 71:6,7
**individual** 45:5
 48:2
**indulging** 88:18
**infantry** 13:10
**infighting** 52:9
 88:3
**influence** 76:17
**info** 3:7
**information**
 19:9,10 20:11
 20:23 21:1
 66:12 71:12,15
 71:23 87:11
**informed** 19:3
 55:16 60:11
**infrastructure**
 25:2 52:23 66:9
 74:16
**inner** 66:2
**input** 76:20
**inserted** 67:17
**inside** 25:19
**instances** 70:7
**instructed**
 22:12
**integrated**
 13:13
**intelligence**
 12:10 14:2,12
**intense** 40:12
**interest** 40:13
 40:16 43:10
 55:9 60:9 79:16

**interested** 31:4
 43:5 60:13,15
 78:20 80:16
 91:16
**interesting** 81:7
**interests** 24:7
 25:18 31:1 75:6
**interjected**
 37:18
**internal** 52:12
**interruption**
 8:20
**introduce** 58:7
**introduced** 5:22
 9:21 27:8,13
 29:15 65:11
 89:3
**investment** 25:2
**invitation** 8:9
 86:12
**involved** 17:7,9
 19:13 21:22
 60:18 61:19
**involvement**
 18:19 22:17
**iraq** 14:21
**issue** 37:12 39:7
 52:16 61:16
 74:11 75:6
 77:21 87:14
**issues** 21:10,16
 24:2,17,20
 31:11 37:23
 44:19 53:13,21
 55:15 56:1 57:2

 60:3,5,5,11
 61:20 64:13
 67:23 68:3
 70:18 74:8,17
 74:21,22 75:5
 75:14 77:2,3,10
 77:17 78:1
 82:22 85:17
**ivey** 32:23 45:10
 45:13 46:16
**ivey's** 36:21

**j**

**jackson** 10:23
 15:14
**jail** 20:16
**james** 2:3,20
**jeffco** 20:21
**jefferson** 3:18
 3:22 4:4,6,8,10
 4:14,16,18 16:9
 16:11,12 17:5
 18:1,4 20:3,12
 20:14 21:18,21
 22:14,18 23:13
 24:4,11,16,22
 25:3 27:18
 28:21 29:23
 31:1,9,12,18
 32:14 33:1,15
 34:9 35:6,6,8,14
 35:21 36:8,21
 38:10,13,20
 39:21 40:23
 41:17 42:9,15
 44:1 45:11 46:2

 46:6 48:20 49:9
 53:4,18 54:3,21
 54:21 55:5
 56:11 59:19,22
 62:10,16,18
 63:13,19 64:7
 64:11,16,21
 65:1,14,20
 66:14,19 67:1
 67:17 68:4,5,18
 68:23 70:3,11
 70:19 71:1
 73:10 74:1,8,12
 74:22 75:8,17
 75:20 78:5,19
 80:17 82:8
 84:23 85:20
 89:17 90:1
**jim** 6:15 26:21
 27:1 58:13 59:5
**job** 11:15 15:10
 15:12
**jobs** 15:6
**john** 58:3
**join** 13:23
**joined** 12:6
 17:13
**jones** 1:17 5:9
 40:19,23 47:18
 54:20,20 91:4
 91:20
**joseph** 1:17 5:8
 91:4,20
**judge** 34:23

**judges** 35:7,16
35:19 41:6,14
41:16,18
**judgeships**
61:14
**judicial** 35:11
44:21
**jumping** 79:23
**junior** 25:15
**justice** 24:18
34:7 74:15 77:9
78:21 79:2
**justices** 41:4
**justifies** 61:18
**justify** 62:21

**k**

**kallas** 1:19 2:4,7
**kansas** 13:10
**kay** 36:20 45:10
45:13 46:16
**keep** 22:14
39:15 44:23
60:11 61:8
71:16,19
**keeping** 49:11
65:3
**keeps** 65:11
82:7
**kelly** 34:8
**kentucky** 12:13
**kept** 61:2 62:10
64:7 66:13,19
**key** 86:2
**kin** 91:14

**kind** 53:1 75:3
78:1 81:23
**kinds** 50:6 62:2
**know** 15:17
18:22 22:5,8
23:9 26:7 29:1
31:5 41:15
42:23 48:6,23
51:18 76:7 80:8
81:12 83:10,17
85:16,22 86:15
87:19
**knowledge** 21:3
70:6
**knowledgeable**
60:3
**known** 18:22
26:14,16 80:11
83:16

**l**

**label** 86:3
**lack** 22:3
**laffitte** 34:19
**lake** 80:22,23
**large** 1:19 5:10
24:15 31:11
91:6,21
**largely** 69:2
**largess** 62:3
**largest** 81:12
**latino** 50:1
**lauderdale** 65:8
**law** 2:4,8,10,11
2:14,17

**laws** 24:18 62:6
**lawsuit** 22:10
**lawyers** 22:13
**leaders** 75:11
76:17,19
**leading** 6:20
**league** 16:23
17:1,6,8,12,14
18:2,4,7,10,11
18:13,19,20,21
21:5,8,21 23:12
**leave** 15:8
**leaving** 15:22
**left** 29:22
**legal** 26:14
**legislative** 11:15
29:16
**legislature** 9:6
26:16 67:10
68:8,14 70:22
71:4,9
**legislature's**
19:19 73:23
89:3
**leonette** 1:12
3:2 5:4 6:7 7:6
91:8
**lesser** 69:11
**level** 12:3 56:22
76:11 77:18
79:15 81:20
87:23
**lieutenant** 33:9
46:17

**life** 3:19 39:7
**lifelong** 60:9
**lift** 24:12
**liked** 71:10
**likely** 47:3 53:6
75:8 83:12
**line** 28:21 31:13
50:12 66:3
67:22
**lines** 61:12,15
62:1 79:21
**linked** 15:6
**list** 43:15
**listen** 83:13
**listening** 44:18
**litigation** 59:7
**little** 10:13
31:14 47:11
60:8 63:11
75:19 86:20
90:4
**live** 9:15 23:14
23:15 35:20
80:20 81:5 90:5
**lived** 13:21
16:12 59:19
80:17,19,20
81:3
**lives** 54:21
**living** 69:2
**livingston** 4:20
68:7
**llc** 2:10,13,17
**llp** 1:19 2:4,7

local   17:11,13
   17:19 18:22
   21:10 61:20
   79:14
locality   43:8
locate   9:11 10:5
locates   7:20 9:5
location   16:14
locations   16:13
   28:21
logistics   19:11
long   18:6,23
   23:17 55:2
   60:12 66:18
look   7:22 9:7
   10:2 26:3 29:3
   32:20 33:9
   38:10 42:21
   44:7 47:12
   48:21 62:15
   81:9 82:1
looked   29:19
   39:3 64:22
   83:23 84:22,23
looking   25:21
   32:3,10 34:5
   50:15 51:14
   82:13 87:2
lose   15:9,12
   36:23
loses   79:20
lost   36:19 50:22
lot   19:17 24:17
   37:18 44:11
   45:14 48:8

50:10 55:9
   73:16 81:20
low   23:3 51:3
lower   32:17,19
   47:5 69:8 76:8
   77:8
lowering   79:1
lowest   51:22
lowing   78:20
lumped   69:12

**m**

ma'am   59:3
   63:1
maddox   45:10
   45:12,14 46:3,6
   46:15 47:4
   54:15,16
made   5:13 67:7
   70:8 72:11 74:5
madison   78:23
major   33:19
majored   11:3
majority   30:22
   79:8 82:10 83:3
make   15:11
   20:4,13,22
   24:13 38:9
   53:18 55:15
   64:14,19 69:12
   70:8 73:9 75:18
   83:11,12,15
male   50:8
manager   20:12
manner   5:23
   91:16

map   26:2,15,15
   55:13,13 63:1,8
   65:9,11 66:14
   66:18 67:10,11
   67:12 68:9,12
   70:1,10 72:1,21
   73:2,5,6,19 74:1
   74:2,6
maps   67:6 71:10
   78:9
margin   40:22
mark   8:16 9:17
   10:9 58:8 69:14
marked   7:12
   8:11,22,23 9:19
   9:20 10:12 26:2
   26:11,17 28:15
   29:6,13 31:22
   38:23 39:17
   43:20 47:15
   48:12 50:18
   51:8 56:9 57:4
   57:19 69:21
   89:5
marking   7:18
master's   11:7
matter   91:9
matters   43:7,9
   50:15
mayor   45:18
mccain   58:3
mean   17:16
   28:22 42:6 50:9
   50:10 63:5 76:2
   80:12 84:16,16

89:18
meaning   74:19
means   69:11
media   37:7 39:2
   53:16 60:10
medicaid   24:8
   46:15,16,21
   47:3 74:10
   75:15 77:8
   78:20 79:1
medical   46:20
meet   15:5 65:2
meets   61:5
member   11:16
   12:22 15:5
   16:22 17:1
   18:19 70:21
memory   74:20
mentioned   39:2
   39:3
mentions   52:2
merrill   22:11
   51:20 71:21
met   81:1
metropolitan
   24:16
middle   2:8 47:5
midterm   4:11
   51:11
military   12:5,10
   14:1,12,23 15:2
   15:3 25:7,12
   59:15,16 74:16
   75:14 85:7

**milligan** 4:22 72:22 89:4
**millsaps** 10:23 11:6
**mind** 49:12
**minded** 25:11
**minority** 49:21 67:18 68:5,21 81:13
**minute** 36:18 86:17
**minutes** 58:17
**mississippi** 10:16,18,18 11:1 60:18
**misspeak** 80:13
**misunderstood** 89:14
**mitt** 56:20 57:1
**mobile** 73:20,20
**mobilized** 14:18
**mobilizing** 14:15,20
**moderate** 22:22
**moment** 27:7 87:4 88:13
**monday** 15:21
**money** 76:9
**montgomery** 2:18,22
**monthly** 43:7
**moore** 47:18
**moral** 19:20
**morning** 59:3,4

**motivation** 22:7
**motor** 24:14
**move** 38:15 76:11
**moved** 17:10 80:21
**moving** 14:3
**multiple** 23:23
**mystery** 36:5

**n**

**name** 7:4 9:14 19:1 54:18 59:5 80:8
**named** 57:13
**national** 21:10 24:20 25:8 40:14 45:1,15 53:2 56:22 71:11,13 76:19 77:17 79:15 81:20
**nationalities** 81:15
**nationally** 18:21
**nature** 77:15
**near** 34:10 80:23
**necessitate** 66:23
**need** 5:13 6:22 26:21 29:5 56:4 66:3 82:6 87:11
**needs** 78:22
**negatively** 22:9

**negotiations** 71:4 76:21
**neighborhoods** 25:5 65:19 67:19 68:2 69:3 69:4,6 81:1,9,9 81:21 89:23
**neighbors** 68:2
**neither** 91:14
**never** 23:11 45:2 79:8 83:19 86:11
**nevertheless** 33:3
**new** 2:9
**newcomer** 42:8 42:16
**newspaper** 39:1 51:10
**non** 7:10
**nonelection** 19:16
**nonpartisan** 18:15,17
**nonvoting** 48:9
**north** 1:20 2:5 2:15
**northeast** 10:18
**northern** 1:1 27:23 65:15,20 65:22
**notes** 80:1
**notice** 29:21 43:13

**noticed** 6:15 81:4
**november** 32:1 39:20 43:23 48:14 50:20 51:12 56:10 57:6,20
**number** 7:11 9:18 10:11 26:10,15,15,23 28:14 29:12 31:12,20,21 32:13,14 34:22 38:22 39:16 41:3 43:19 47:14 48:11 50:17 51:7 56:8 57:3,18
**numbers** 10:10 20:1 69:20

**o**

**o6** 13:7 15:14
**obama** 56:17 58:2
**objection** 6:20
**objections** 5:11 5:12 6:23
**observation** 41:8
**observations** 22:20
**obviously** 12:13 61:12
**occasion** 62:7

**occasionally**
 8:15
**occasions** 17:20
**occupied** 25:6
**occur** 66:23
**offenses** 19:20
 20:6
**offer** 42:8
**offered** 5:15
 45:5
**office** 2:21
 20:21 36:9
 42:13 43:11
 45:20
**officer** 12:11,11
 14:13 15:15
 17:23
**offices** 1:19 14:2
 37:6
**official** 1:8 3:18
 3:22 4:3,7,9,13
 4:15,17 43:14
 56:11
**officially** 17:3
**officials** 61:20
**offspring** 81:14
**oh** 32:5 51:2
 54:12
**ok** 72:15
**okay** 7:8,13,20
 8:3 9:16 10:9,19
 11:7 12:6 13:5
 16:1,8,18 17:22
 20:15 21:17
 23:17 25:20

27:10 28:7
29:10 30:15
32:9,20 34:5,21
35:22 36:12
39:6,10,15
40:18 43:12,18
44:5 50:3,3,19
55:6 57:5 58:10
58:18 63:6
64:13,18 66:17
69:18 73:23
74:7,18 87:8,9
90:8
**old** 60:19
**once** 28:17
 37:17
**one's** 63:23
**open** 44:18 77:6
**opined** 72:14
**opinion** 37:21
 40:6 44:13
 52:13 53:10
 56:21 65:21
 73:18 80:16
 82:22
**opportunities**
 62:13 79:11
**opportunity**
 19:8 30:17 31:9
 45:6 62:22
 82:13,20 83:4
 84:7,9 86:19
**opposed** 50:13
**opposite** 89:18

**options** 59:10
**order** 32:5 46:5
**ordered** 67:4
**organically** 75:3
**organization**
 18:16,23 19:1
**originally** 71:18
**ought** 43:13
**overall** 75:15
**overly** 90:7
**overrepresented**
 25:12
**overseas** 14:16
**overview** 12:4
**overwhelming**
 55:11
**overwhelmin...**
 55:18
**own** 53:5 85:17
 85:19 88:11

## p

**page** 32:11,12
 33:19,20,22
 34:6,10,12,13
 34:17,22 36:10
**pages** 91:10
**paltry** 52:4,19
**pamela** 34:19
**pardon** 8:4
 59:20 63:6
**pardons** 20:3
**park** 1:20,20 2:5
 2:5,15 80:20,20
 80:23 81:5,7
 82:1

**paroles** 20:3
**part** 14:23,23
 16:11 27:20
 35:13 43:6 52:7
 52:18 65:15,23
 68:16,17 69:8,9
 70:2 71:16
 73:19 81:4
**participate** 19:4
**participation**
 22:4
**particular**
 13:23 27:17
 43:2,6,11 50:4
 53:16
**particularly**
 25:4 80:3
**parties** 5:4,20
 6:3 52:10 70:16
 77:15,22 91:13
 91:15
**partisan** 44:22
 72:15
**partners** 42:20
**party** 5:23 23:5
 33:11 38:6 44:6
 44:23 45:23
 47:21,23 48:2
 49:4,16,20
 52:12 57:23
 71:11,13 76:20
 77:19,20 85:6
 86:3,9 88:2,8
**party's** 44:21

pass 15:7
passed 67:10
  68:9,13
past 29:17 37:6
  53:8 72:5
pattern 56:3
pause 87:4
  88:12,18
pdfs 69:17
people 14:18
  19:7,21 20:4
  23:1,8 24:12
  25:6,12 31:3,4
  31:12 37:15
  43:6 44:18 47:1
  48:9 52:20,21
  55:21 69:3,8,10
  69:10 70:12,19
  75:12,13 77:23
  81:14,20 86:2
  87:19 88:6
percent 18:14
  32:8,16 33:6,11
  34:4,16,20
  36:14 40:3
  42:10,11 44:4
  45:12,13 47:20
  50:23 51:2
  56:15,19,20
  57:1,8
percentage 41:1
  49:14
percentages
  29:22 30:2

percolating
  75:7
perform 30:17
  31:16 85:14
performed 42:5
  45:17
performs 29:17
  86:23
permissible
  72:13
person 45:19
  60:8 63:23
personal 13:12
  25:18 53:10
  67:21
personally
  87:20
personnel 14:16
pettway 36:12
phrase 87:17
physical 15:8
picture 9:3,10
  10:5 28:16
place 1:20,20
  2:5,5,15 34:8
places 28:23
  29:2 35:10
plaintiff 22:10
plaintiffs 1:5
  2:2 3:6 4:2 7:11
  9:18 10:11
  22:13 26:10,19
  28:14 29:12
  31:21 38:22
  39:16 43:19

47:14 48:11
  50:17 51:7 56:8
  57:3,18 72:23
plan 3:14 4:20
  4:22 9:5,23
  26:13 27:12
  28:20 29:17,22
  30:8 61:9 63:5,6
  63:10,14,15
  64:3 65:7 68:8
  68:10 70:22
  72:18,23 73:16
  82:6,7,10 83:1
  89:4,4,4
planned 16:5,6
plans 61:2 89:1
please 7:5,22
  10:10,14
plenty 25:1
  55:20
point 10:17,22
  12:1 47:13
  57:14 59:14
  64:19 81:6
points 40:3 41:1
  49:14
polarization
  82:18
polarized 62:15
  62:18 89:17
  90:3
policies 25:7
  47:7
policy 37:8
  70:15

political 37:5
  52:23 55:2
  61:10 75:11,17
politically 81:19
politics 12:20
  52:13 60:6,9,19
poll 83:19
polls 40:17
  83:15
population
  61:17 62:21
  64:12,18 65:1,3
  66:22 86:11
portion 73:19
portsmouth 2:9
position 14:9,10
  46:22 79:4
  85:11 88:2
positions 18:3
  37:9 61:13
  70:15
possibility 23:1
  82:15
possible 26:4
  61:5
possibly 73:8
potential 53:20
potentially
  42:17
poverty 24:13
practical 61:17
precincts 3:15
  28:18 30:1 33:4
  54:4 55:21 58:9

**predicted** 51:21
**prefer** 59:8
**prepared** 91:18
**president** 17:11
  17:15 18:5 30:6
  40:11 49:8,11
  50:5 56:17 58:2
**presidential**
  40:9 51:6 56:16
  85:16
**press** 39:12
**pretty** 37:5
  57:15 67:20
**prevail** 41:10
**prevailed** 30:7
  30:10 36:13
  42:10 85:21
**primarily** 25:6
  37:12 67:18
  69:10
**primary** 53:7
  54:5,6
**principles** 62:6
**printed** 7:14 9:4
**printout** 38:17
**printouts** 31:17
**prior** 3:16 85:3
**priorities** 31:11
  50:13 77:20
  79:4,7
**probably** 47:6
  49:21 60:7
  65:18 73:4
  84:16

**probate** 31:18
  38:20 39:21
  56:12
**problematic**
  38:4
**problems** 72:5
**procedural** 5:7
  88:9
**procedure** 5:17
**proceeding** 17:4
**process** 72:6
**program** 13:4
  14:5 15:3
**programs** 19:12
  79:9,13
**progressive**
  77:12 78:22
  81:22
**progressives**
  22:22 37:11
**project** 19:23
  20:12
**projects** 25:3
  74:16
**proven** 66:22
**provide** 69:17
  83:4 85:13
**provided** 5:16
  5:23
**provides** 84:6
**providing** 62:13
**public** 10:21
  11:3,8,9 24:10
  24:14 42:4,11
  45:6,15 74:15

**publicity** 40:14
  45:15
**puerto** 14:14
  15:16
**pull** 68:1,4
**purchased**
  16:16
**purpose** 5:16
**purposes** 59:17
**pursuant** 1:16
  5:5
**put** 26:1 27:3
  42:22 51:9 58:9
  67:19 68:6
  70:11 73:12
  85:9
**puts** 73:19

**q**

**qualified** 37:3
  53:7
**quality** 87:13
**question** 30:15
  54:1 75:23
  77:13 89:13
**questionnaire**
  21:11
**questionnaires**
  21:9,18 86:13
**questions** 5:12
  5:13 22:1,7
  27:12 29:3 84:2
  88:19,21 89:7
  90:9
**quickly** 47:11

**quillen** 2:7
**quite** 37:13
  56:15 89:9
**quote** 51:19

**r**

**race** 7:8 42:15
  42:22 43:2,10
  45:9,16 49:13
  50:4 70:13 71:1
  71:14 80:4
  82:19 83:9,11
**races** 22:1 34:6
  34:23 35:2 42:3
  50:23
**racial** 23:6 67:5
  67:12 68:17
  70:1 71:20,22
  72:15 73:7 74:1
  74:2 90:2,2
**racially** 62:18
  71:18 81:2,18
**raised** 10:15,17
  37:7 43:4
**ran** 45:20
**rank** 13:5 59:15
**rate** 32:15,17
**rates** 43:4
**rather** 80:4,12
**reach** 82:21
**reaching** 68:21
**read** 9:10
**real** 86:10
**really** 28:22
  42:18 44:18
  80:19 81:22

83:20 85:8 86:3
**reason** 40:7
52:18 69:23
71:13
**reasons** 13:13
24:5 40:8,16
48:21 87:1
**recall** 74:21
84:2
**received** 8:8
32:22 38:1
**recent** 85:11
**recently** 10:1
21:20
**recess** 58:19
88:16
**recognize** 62:5
68:12 72:21
**record** 6:23
29:15 72:19,20
**rectify** 72:5
**redirect** 89:11
89:13
**redistricting** 9:4
72:6 76:19
**redrawn** 30:23
**reduce** 76:12
82:18
**reducing** 76:6
**reduction** 24:9
**refer** 39:6
**references**
37:19
**referred** 72:22

**referring** 30:21
39:8 87:5
**reflection** 52:14
**reform** 74:15
77:9 78:21
**reforming** 79:2
**refresh** 8:17
**refused** 46:20
**region** 21:16
**register** 19:8
20:9
**registered** 7:21
31:3 32:13 49:1
83:13
**registration** 3:7
**registrations**
19:15
**regressive** 76:6
**regulating** 43:6
**reigns** 32:11
**relevancy** 6:20
**remain** 22:18
**remedial** 4:22
72:23
**remember**
45:14
**removing** 76:13
**renasant** 2:14
**repeated** 48:7
**report** 3:18,22
4:3,5,7,9,13,15
4:17 39:19
43:22
**reported** 91:7

**reporter** 5:9
6:12 56:6 69:17
88:23 91:5
**reporter's** 91:1
**reports** 37:7
39:2
**represent** 59:5
**representative**
54:9,23 61:19
66:4
**representatives**
11:16 25:9 62:1
**representing**
5:3,19 17:3
22:13
**republican**
48:10 49:8
50:10,14 69:13
82:3
**republicans**
22:23 44:9 49:6
49:21 57:10
58:1 78:1 84:3
**reputation** 55:2
**require** 62:6
**requirement**
13:2
**requirements**
5:7 15:6,11
**reserve** 12:10
13:2,14 14:1,5
14:11,15 15:5,9
**reserved** 5:14
**reserves** 12:23

**reservist** 12:16
**residence** 3:9,10
3:11,12 9:5,12
9:23 10:7
**resident** 16:9
**residents** 76:5
**resigned** 46:19
**resource** 14:13
15:15
**resources** 12:11
61:22 77:5
**respect** 5:6 45:7
**respectively**
89:5
**respond** 21:13
**rest** 12:9 70:4
90:5
**restoration**
19:18
**restore** 20:7
**result** 11:20
17:5 22:9 31:2
**results** 43:14
48:15 56:11
91:17
**retail** 60:19
**retire** 13:3
**retired** 13:6,7
**retiring** 15:13
**return** 16:1,3
**returns** 29:18
31:19 42:21
43:22 50:16,20
57:6,21 84:1,23

**reviewed** 63:8
**revision** 24:18
**rico** 14:14 15:16
**right** 9:7,9 10:2
  10:6 18:18
  19:13 20:10
  26:9,12 30:2
  32:12 33:8
  34:11,11,21
  39:7,13,18
  43:21 48:5
  49:17 52:5 53:4
  56:7 58:4,13
  63:3,14 69:22
  81:16 86:7 87:6
**rights** 19:1,18
  20:7
**riley** 13:10
**rime** 16:20
**ring** 52:12
**riveting** 43:3
**robert** 46:18
  57:15 80:9
**robust** 38:6
  55:22 75:18
**rodger** 54:19
**role** 45:18
**romney** 56:20
  57:1
**ron** 57:13 80:4
**room** 25:2
**roots** 84:18
**roy** 47:18
**rules** 5:17

**ruling** 5:14
**run** 37:3 54:20
**running** 40:15
  44:22 50:5 88:6
**rural** 60:20
  65:23
**résumé** 37:6

**s**

**safe** 71:17
**safety** 66:9
**saith** 90:15
**sales** 76:10
**saying** 21:16
  51:20 54:13
  71:9 74:22 78:7
  80:13 83:14
**says** 49:1 52:4
**scholarship**
  11:1
**school** 10:20,21
  10:22
**schools** 81:13,16
**scotus** 67:7
  72:14
**screen** 8:17 26:3
  62:23 63:1
**season** 19:17
**seat** 40:13
**second** 16:15
  25:22 26:5 27:4
  32:6 34:6,10
  81:12
**secretary** 1:9
  7:14,21 22:12
  30:6 34:18

  49:10 51:19
  59:6 71:20
**section** 70:17
**secured** 87:21
**security** 66:10
**see** 7:23 8:5
  9:14 21:15 22:8
  24:7,8,10 25:13
  25:20 28:1 31:3
  32:4,7 36:9,15
  54:13 56:20,23
  62:23 73:9,9
  79:17 81:23
  82:1
**seeing** 25:14
  52:19
**seem** 48:22 70:7
**seemed** 46:22
  80:22
**seems** 7:23 41:6
  73:15
**seen** 51:16,22
  73:2 76:17
**segment** 86:11
**segments** 37:21
**segregated** 69:2
**select** 31:10
**senate** 40:13
**senator** 25:15
  27:13 33:16
  40:19 41:2
**senators** 62:2
**senior** 11:16
**sent** 21:11,17

**separately** 45:8
**separates** 71:1
**series** 31:17
**serious** 70:13
**serve** 35:15
**served** 13:14
  17:10,19
**service** 14:4,7,9
  14:10,23 15:10
  15:12 18:5 21:5
  42:4,12 45:6
  59:16
**services** 42:9
**serving** 15:4
  46:17
**session** 11:19
  27:14 29:16
**set** 61:5 91:13
**seven** 44:16
**several** 12:12
  13:22 17:15
  27:11 40:15
  49:14
**sewell** 54:7,9
  55:7
**shakes** 43:17
**share** 8:8,16
  24:3,21 27:4
  31:11 80:16
**sharing** 72:17
**shelby** 3:15
  27:21,23 28:18
  28:23 30:1 33:4
  54:4 55:21 58:7
  63:12

**sheriff** 36:8
  60:17 61:13
**sheriff's** 20:21
**shifted** 77:20
**shifts** 66:22
**shopping** 66:10
**short** 14:1 33:6
  45:23 46:1
  58:13
**show** 9:22 29:4
  29:14 31:17,19
  32:13 42:4,14
  45:11 48:13
  51:9 57:5 63:5
  82:6
**showing** 63:4
  68:7
**shows** 28:17
  29:16 33:11
  85:19
**side** 29:22 34:11
  34:21 51:10
  87:14
**signature** 6:4
  91:20
**simultaneously**
  8:18
**singleton** 1:4
  3:14,16 4:20,21
  22:11 26:1,1,13
  27:12,14 28:19
  30:8 31:16 33:5
  63:6,9 65:6
  68:10 71:10
  72:19 73:5 74:6

82:7 83:1 89:1
**singleton's** 54:2
**sir** 7:18 8:12,23
  16:16 28:4,8
  33:2 35:4 40:5
  40:21 58:11
**situation** 55:20
**slay** 1:12 3:2,7,9
  3:10,11,12 5:4
  6:7 7:6 9:1,3
  10:14 26:12
  27:9 58:21
  59:18 65:13
  67:9 68:22
  69:22 70:21
  72:17 87:3
  88:18 89:7,14
  90:11 91:8
**sliver** 27:22
  28:3 63:12
**slot** 15:4
**small** 10:17
  27:22 80:12
**smitherman**
  54:19 63:4
**solutions** 52:16
  56:1 61:22
  70:18 86:6
**somebody** 64:1
  71:8 84:15
**somewhat** 35:9
**sorry** 8:19 32:6
  34:14
**sort** 53:21 79:5
  80:23 81:10

**sorted** 36:4
**sorting** 69:3
  81:21
**sos** 3:8
**south** 12:13,18
  13:15 25:11
**southeastern**
  14:14 15:15
**southern** 1:2
**sparks** 57:14
  80:4
**speak** 6:9 21:10
  53:15 76:22
  88:22 90:4,5
  91:9
**speaking** 21:1
  57:2 70:4 75:10
**special** 4:5
  11:19 27:14
  29:16 47:16
  85:18
**specific** 22:1
  52:8
**specify** 6:21
**spectrum** 75:16
**spend** 76:9
**spending** 12:8
**spent** 52:4
**split** 23:18,23
  31:13 44:11,19
  62:4,7 64:9,15
  64:20 65:6
  73:10,17 75:11
**splits** 64:3 65:10

**splitting** 61:23
**spot** 10:7
**squad** 85:8
**stance** 46:23
**stances** 50:12
**started** 14:15
  18:7
**state** 1:9,18 5:10
  7:4 13:11 17:20
  17:21 18:22
  21:10 24:9 30:6
  34:18 40:14
  43:8 45:1 47:9
  51:20 54:22
  59:6 60:4 62:7
  69:1 70:5 76:11
  76:12,17 77:18
  79:14 88:8 91:2
  91:5,21
**state's** 7:15,21
**statement** 90:7
**statements**
  37:13 38:4
**states** 1:1 11:22
  12:12,20 14:14
  15:16 33:16
  40:13,18 44:16
**statewide** 17:17
  34:5 36:22
  41:11 46:1
  50:23 80:7
  87:23
**stating** 78:16
**stationed** 12:14
  13:9

stature 80:11
statute 6:1
stellar 55:2 85:6
stick 86:16
stills 54:19
stipulated 5:2
5:18 6:2
stipulation 1:16
5:5
stipulations 5:1
6:13,14
straight 33:11
44:6,12,14,16
45:2,4,22 46:4
47:21,23 48:2
49:4,15,20 57:9
57:23
stratified 69:5
streamlined
29:11
street 2:8,18
9:14
studied 73:5
subscribe 60:10
subsequent
72:12
substantive
52:16 70:18
success 22:6
successfully
20:2 21:9
sudden 43:5
suffered 85:7
suggested 65:10

suggesting 75:7
suggests 30:13
suite 2:8,18
summarized
30:5
summary 3:16
3:18,22 4:3,7,9
4:13,15,17
39:19 43:22
50:22
sunday 15:23
supermajority
45:23 86:8
support 3:20
38:2 46:15
63:15 64:3 75:4
82:7 85:4 88:8
supported 47:8
supporting 74:6
supportive
77:23
supports 62:12
supposed 33:21
59:14
supreme 34:7
41:5 61:6 67:4
72:11
sure 20:4,14,22
27:6 28:11
55:18 58:14
70:8 77:4 83:12
surmise 71:16
surprised 81:12
sustained 48:19

suzanne 2:3
7:16 25:23 26:7
28:2 29:7 58:6
sworn 6:9 91:8
system 24:11
35:9 79:2

**t**

table 61:22
84:17
take 26:6 43:16
45:20 46:22
56:4 58:12
75:22 81:6
84:20 86:10
taken 1:13,16
5:5,8 58:19 67:2
88:16
talk 10:13 36:18
44:19
talked 37:17
75:1
talking 27:11
69:9
talladega 65:7
tallapoosa 2:18
tax 24:9 74:14
76:1,3,6,7,10,12
76:13 77:9
78:21 79:1
taxed 76:9
team 61:10,21
technician 15:3
15:4
tell 26:17 37:1
38:15 67:23

telling 81:11
ten 58:16 82:4
tenth 2:15
term 58:2
terms 37:6 44:5
52:8 66:3
terri 54:7 55:7
terrorism 14:21
test 15:8 74:19
testified 6:11
44:10
testimony 41:16
texas 11:2,14,15
thank 8:13,19
15:17 20:10
28:9 38:21
47:10 59:18
65:13 78:10,14
78:18 80:15
88:17,18 89:7
90:8,11
thanks 19:18
45:21 59:13
thereof 91:17
thing 25:17 48:2
55:7,17,18
things 23:22
45:1 58:7 76:9
77:16 81:7
84:12 88:9
think 6:17,19
19:2,22 22:17
24:5,17 25:1,10
25:13 30:20
31:2,8 38:3,16

[think - underscoring]                                            Page 114

46:13 47:10
54:7 55:10
57:17 58:4 61:7
62:9,12 63:22
65:9 66:5 69:11
73:8 74:4,11
75:2 76:4 78:8
84:6 85:4,15
87:1 89:23
**thought**  47:1
89:15
**thousands**
14:20
**three**  12:14
17:19 21:22
30:10 50:22
**throw**  52:11
**ticket**  44:12,14
44:16,19 45:2,4
45:22 46:4
47:23 57:9
**tickets**  44:11
**time**  5:13,14
12:7,9 14:15
16:10 17:18
18:23 26:6
43:16 47:13
58:15 66:13,18
77:16 80:19
81:2 85:19
**times**  17:15
**today**  73:3
88:21
**together**  43:9
45:1 61:2,8

**told**  15:8 71:10
**toll**  20:1
**tommy**  40:19
**took**  49:13
**top**  15:18 34:17
**tornadoes**  45:16
**total**  49:13
**tower**  1:20 2:5
**town**  10:17
80:12
**traditionally**
40:10 48:10
**training**  14:11
**transcript**  91:17
**transcription**
91:11
**transit**  24:10
74:15
**transitioned**
14:4 17:12
**translated**  47:7
79:5
**translating**
52:10
**transparent**
19:7
**transportation**
24:15
**travel**  65:17
**treasurer**  18:5
**tremendous**
45:19
**trial**  5:22 6:15
7:1 15:20 86:18

**tries**  60:10
**trip**  16:4,6
**true**  30:4 36:3
38:3 65:5 66:21
91:11
**trump**  49:11
**truth**  6:9,10,10
91:9
**try**  22:13 31:14
48:17
**trying**  53:13
55:10 79:19
87:6
**tuberville**  40:20
41:2
**tuesday**  83:15
**tune**  47:4
**tupelo**  10:16
**turn**  58:21
**turned**  60:15
**turnout**  4:11
23:4 31:5 32:4,4
32:7,15,17
39:23 40:2,10
44:2 47:19,20
48:23 51:1,11
52:19 54:7
56:13,14 57:6,8
57:22 85:5,18
88:3
**turpitude**  19:20
**tuscaloosa**
13:21 17:10
45:17 63:18
64:4,7,9,15,20

64:23 65:4
80:10 90:4
**tweets**  37:19
**twice**  42:7
**two**  9:17 10:10
11:17 15:6
16:12 35:9,10
35:11 40:14
49:12 50:8
52:10 55:13,23
56:22 77:15
86:4 89:1
**typical**  43:11
**typo**  49:3

**u**

**u.s.**  77:3
**u.w.**  2:13,13
**uh**  11:10 51:5
**ultimately**  14:12
**unable**  15:20
23:18
**unambiguous**
37:13
**unconstitutional**
67:6
**under**  29:21
46:18
**underfunded**
23:5
**undergraduate**
11:4
**underpinning**
53:2
**underscoring**
17:2

**underserved**
25:5
**understand**
8:14 14:22 49:3
60:23 78:3
80:15 82:9,12
86:17,19,23
87:11 88:20
**understanding**
72:3
**understood**
88:1
**unfortunately**
44:22
**unified** 75:10
**unique** 35:9
**unit** 13:16,23
78:13
**united** 1:1 11:21
33:16 40:13,18
**units** 13:15
**university** 11:2
11:14
**unknown** 23:5
37:4 57:13,15
80:5,14
**untested** 37:5
**updated** 20:11
**upload** 21:14
**upper** 76:10
**uriah** 2:3
**use** 24:14,14
48:18 53:17
59:14,17

**used** 5:16,22
54:2 77:17 78:1
**usual** 6:12,14
32:18

**v**

**values** 79:7,13
**variety** 25:18
60:10
**various** 14:16
18:3,6 60:11
61:14 75:12
84:22
**vehicle** 24:14
**verbatim** 21:13
**veritext** 8:9
**versus** 22:11
39:7 45:10 48:1
**veteran** 25:7
**veterans** 25:14
**viable** 22:20
24:6,10,13 38:7
52:20 55:13
56:22 79:18
83:9 84:16 86:5
**victories** 48:19
**victory** 86:2
**view** 24:12
85:13
**views** 86:10
**village** 16:20
**visit** 65:20
**vociferously**
18:17
**voice** 75:10
76:23

**voluntary** 18:14
**volunteer** 17:5
18:10
**volunteers**
84:19
**vote** 19:8,22
20:5,9,14,20
21:2 31:3,6
34:16 35:7,18
35:20 37:14
38:10 41:18,23
44:12,21 45:2,4
45:7 46:3 47:3
47:22 48:3 49:4
49:16,20 51:21
52:17 56:19
63:23 64:1,2
71:11 78:9,13
79:16,18 83:10
83:15 84:15
**vote411** 21:22
**vote411.org**
21:6
**vote411.org.**
36:6
**voted** 37:15,22
48:10 60:16
70:22
**voter** 7:21 18:5
19:15 21:15
23:3,13 32:7,15
35:17 39:23
40:2,16 44:2,15
47:19,20 51:1
56:12,14 60:13

60:15 78:22
**voters** 16:23
17:2,6,8 18:10
18:12,13 19:14
20:16 22:21
23:8 24:3,22
25:4 30:18
32:13 35:6
41:17 42:19
46:7,11,14 47:5
49:1,17,21,22
50:1 52:14,15
53:20 55:1
62:13 63:17,19
65:22 68:5,21
70:17 71:1 74:8
74:12,22,23
75:8 76:4,14
77:12 78:4,19
83:5 84:10
**votes** 31:20
32:23 46:6
63:22
**voting** 18:23
19:1,18 20:7
33:11 44:6,14
44:17 45:22
46:5 48:9 50:7
50:11 56:2 57:9
60:3,5 62:15
79:17 82:19
90:2,3
**vra** 89:4
**vrr** 19:23 20:11

| | |
|---|---|
| **vs**   1:6 | |

**w**

**wage**   42:16
**waived**   5:7,21
6:5
**walker**   2:16 7:6
**walks**   60:20
**walt**   45:10,12
45:14 54:15,16
**want**   26:8 42:2
42:18 43:16
44:20,23 48:17
48:21 52:11
55:12 57:5
58:15 66:15
74:20 75:23
82:15,19 86:16
86:23 87:10
**wants**   55:19
**war**   12:2 14:20
45:22
**warrior**   66:1
**washington**
2:22 25:16
**way**   2:11 17:3
21:14 22:5 23:6
23:10 44:14
46:21 58:10
61:23 67:16
70:23 72:2 77:1
78:16 79:21
82:16,16,16
83:21 85:1,19
86:8 87:20,22

**we've**   6:15
38:17 47:12
81:15 89:2
**website**   3:8 7:15
31:18 38:20
39:22 56:12
**week**   68:13
**weight**   15:11
**welcome**   89:10
**wendell**   33:18
**went**   10:19,22
46:18
**wes**   1:8 34:20
59:6
**west**   10:17,22
80:21
**western**   35:14
**whatley**   1:19
2:4,7
**white**   7:10
42:20 46:7,10
49:16 69:13
**wide**   25:17
**win**   23:11 33:15
34:9 42:17 53:2
55:3,12 83:19
84:21 86:9,15
87:22
**winner**   54:4,5
**winning**   33:6
**witness**   6:4,4,8
6:18 43:17 89:9
91:12
**woman**   50:5

**women**   16:23
17:2,6,8 18:10
18:11,13 23:13
50:11
**women's**   12:7
**won**   33:14 34:9
34:15,19 38:12
84:3
**work**   17:6 18:9
19:5,17 61:11
61:21 66:8
69:16
**workaround**
26:7
**worked**   11:17
14:3
**working**   20:2,20
62:3 68:3
**worst**   4:11
51:12
**wrong**   32:10
66:16
**wrote**   74:9,14

**x**

**x**   9:13 10:6

**y**

**yeah**   34:14
38:12 48:17
**year**   13:17 16:7
40:10,12 56:16
85:17
**years**   4:12 11:17
11:19 12:8,14
13:22 51:12,22

79:19,20 80:18
82:4 85:3
**yolanda**   3:20
32:21 36:19
37:1 39:3 52:2
**york**   2:3 7:18
8:7,12,15,22,23
9:20 26:5,9 27:3
27:8 28:4,8,11
29:8 58:11

**z**

**zero**   49:2
**zoom**   2:7,16
**zoomed**   3:10,13

Alabama Rules of Civil Procedure

Part V. Depositions and Discovery

Rule 30

(e) Submission to witness; changes; signing. When
the testimony is fully transcribed the deposition
shall be submitted to the witness for examination
and shall be read to or by the witness, unless such
examination and reading are waived by the witness
and by the parties. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness, unless the parties by stipulation
waive the signing or the witness is ill or cannot
be found or refuses to sign. If the deposition is
not signed by the witness within thirty (30) days
of its submission to the witness, the officer shall
sign it and state on the record the fact of the
waiver or of the illness or absence of the witness
or the fact of the refusal to sign together with
the reason, if any, given therefor; the deposition
may then be used as fully as though signed unless
on a motion to suppress under Rule 32(d)(4) the

court holds that the reasons given for the refusal
to sign require rejection of the deposition in
whole or in part.

(F) Certification and filing by officer; exhibits;
copies; notice of filing.

(1) The officer shall certify on the deposition
that the witness was duly sworn by the officer and
that the deposition is a true record of the
testimony given by the witness. Unless otherwise
ordered by the court, the officer shall then
securely seal the deposition in an envelope
indorsed with the title of the action and marked
"Deposition of [here insert name of witness]" and
shall promptly file it with the court in which the
action is pending or send it by registered or
certified mail to the clerk thereof for filing.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.