FILED

2023 Aug-11  PM 1:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 39

Singleton-1 Political Index

| Democrat | 2017 | 2018 | 2018 | 2018 | 2018 | 2018 | 2020 | 2020 | 2022 | 2022 | 2022 | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CD | SEN_D | AG_D | GOV_D | LTGOV_D | AUD_D | SOS_D | PRES_D | SEN_D | AG_D | GOV_D | SEN_D | SOS_D | Average | |
| 1 | 49.1% | 40.3% | 39.4% | 37.7% | 38.6% | 37.9% | 35.7% | 39.1% | 30.0% | 28.5% | 29.3% | 30.3% | 36.3% | 36.3% |
| 2 | 43.1% | 34.6% | 32.5% | 32.3% | 33.0% | 32.7% | 31.6% | 34.4% | 25.4% | 23.9% | 24.8% | 25.2% | 31.1% | 31.1% |
| 3 | 36.6% | 27.7% | 27.5% | 25.5% | 26.1% | 25.5% | 24.1% | 26.6% | 20.0% | 18.6% | 19.9% | 19.7% | 24.8% | 24.8% |
| 4 | 31.8% | 25.6% | 25.2% | 22.1% | 23.1% | 22.4% | 18.8% | 22.1% | 14.3% | 12.9% | 14.2% | 14.1% | 20.6% | 20.6% |
| 5 | 49.8% | 39.0% | 38.5% | 36.7% | 37.9% | 37.4% | 36.2% | 39.5% | 31.2% | 28.2% | 30.5% | 31.0% | 36.3% | 36.3% |
| 6 | 67.8% | 56.6% | 57.4% | 54.6% | 55.1% | 54.8% | 55.1% | 57.1% | 50.7% | 49.2% | 50.6% | 51.0% | 55.0% | 55.0% |
| 7 | 67.6% | 60.1% | 58.3% | 57.8% | 58.5% | 57.6% | 57.5% | 59.3% | 52.1% | 50.8% | 51.8% | 52.5% | 57.0% | 57.0% |

| CD | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| SEN_D | 49.1% | 43.1% | 36.6% | 31.8% | 49.8% | 67.8% | 67.6% |
| AG_D | 40.3% | 34.6% | 27.7% | 25.6% | 39.0% | 56.6% | 60.1% |
| GOV_D | 39.4% | 32.5% | 27.5% | 25.2% | 38.5% | 57.4% | 58.3% |
| LTGOV_D | 37.7% | 32.3% | 25.5% | 22.1% | 36.7% | 54.6% | 57.8% |
| AUD_D | 38.6% | 33.0% | 26.1% | 23.1% | 37.9% | 55.1% | 58.5% |
| SOS_D | 37.9% | 32.7% | 25.5% | 22.4% | 37.4% | 54.8% | 57.6% |
| SEN_D | 39.1% | 34.4% | 26.6% | 22.1% | 39.5% | 57.1% | 59.3% |
| AG_D | 30.0% | 25.4% | 20.0% | 14.3% | 31.2% | 50.7% | 52.1% |
| GOV_D | 28.5% | 23.9% | 18.6% | 12.9% | 28.2% | 49.2% | 50.8% |
| SEN_D | 29.3% | 24.8% | 19.9% | 14.2% | 30.5% | 50.6% | 51.8% |
| SOS_D | 30.3% | 25.2% | 19.7% | 14.1% | 31.0% | 51.0% | 52.5% |
| Average | 36.3% | 31.1% | 24.8% | 20.6% | 36.3% | 55.0% | 57.0% |