FILED
2023 Aug-11  PM 1:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 40

Singleton-1 Political Data, 2022

| Singleton_1 | GE22ATGD | GE22ATGN | GE22ATGR | AG_D | AG_R | GE22GOVD | GE22GOVL | GE22GOVN | GE22GOVR | GOV_D | GOV_R | GE22USSD | GE22USSL | GE22USSN | GE22USSR | SEN_D | SEN_R | GE22SOSD | GE22SOSL | GE22SOSN | GE22SOSR | SOS_D | SOS_R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 60400 | 199 | 140796 | 30.0% | 70.0% | 55123 | 7695 | 1490 | 138423 | 28.5% | 71.5% | 57869 | 4672 | 253 | 139817 | 29.3% | 70.7% | 58936 | 6881 | 101 | 135575 | 30.3% | 69.7% |
| 2 | 47990 | 155 | 140724 | 25.4% | 74.6% | 43845 | 5099 | 1208 | 139945 | 23.9% | 76.1% | 46106 | 3714 | 221 | 139859 | 24.8% | 75.2% | 46238 | 4975 | 97 | 137290 | 25.2% | 74.8% |
| 3 | 41509 | 182 | 166004 | 20.0% | 80.0% | 37220 | 7607 | 1342 | 162507 | 18.6% | 81.4% | 40182 | 6014 | 445 | 161792 | 19.9% | 80.1% | 39587 | 6374 | 88 | 161290 | 19.7% | 80.3% |
| 4 | 27935 | 123 | 166869 | 14.3% | 85.7% | 24320 | 6010 | 905 | 164716 | 12.9% | 87.1% | 27179 | 4273 | 329 | 163905 | 14.2% | 85.8% | 26769 | 5002 | 64 | 162472 | 14.1% | 85.9% |
| 5 | 65849 | 210 | 145256 | 31.2% | 68.8% | 57349 | 7776 | 1829 | 145801 | 28.2% | 71.8% | 62935 | 5705 | 592 | 143576 | 30.5% | 69.5% | 62857 | 8135 | 113 | 139807 | 31.0% | 69.0% |
| 6 | 106585 | 197 | 103529 | 50.7% | 49.3% | 99050 | 7682 | 1865 | 102445 | 49.2% | 50.8% | 103930 | 5372 | 413 | 101580 | 50.6% | 49.4% | 103995 | 6103 | 95 | 99789 | 51.0% | 49.0% |
| 7 | 100275 | 154 | 92247 | 52.1% | 47.9% | 96054 | 4089 | 790 | 93096 | 50.8% | 49.2% | 98544 | 3128 | 206 | 91625 | 51.8% | 48.2% | 98479 | 4143 | 104 | 89043 | 52.5% | 47.5% |

Democrat

| CD | AG_D | GOV_D | SEN_D | SOS_D |
|---|---|---|---|---|
| 1 | 30.0% | 28.5% | 29.3% | 30.3% |
| 2 | 25.4% | 23.9% | 24.8% | 25.2% |
| 3 | 20.0% | 18.6% | 19.9% | 19.7% |
| 4 | 14.3% | 12.9% | 14.2% | 14.1% |
| 5 | 31.2% | 28.2% | 30.5% | 31.0% |
| 6 | 50.7% | 49.2% | 50.6% | 51.0% |
| 7 | 52.1% | 50.8% | 51.8% | 52.5% |

Republican

| CD | AG_R | GOV_R | SEN_R | SOS_R |
|---|---|---|---|---|
| 1 | 70.0% | 71.5% | 70.7% | 69.7% |
| 2 | 74.6% | 76.1% | 75.2% | 74.8% |
| 3 | 80.0% | 81.4% | 80.1% | 80.3% |
| 4 | 85.7% | 87.1% | 85.8% | 85.9% |
| 5 | 68.8% | 71.8% | 69.5% | 69.0% |
| 6 | 49.3% | 50.8% | 49.4% | 49.0% |
| 7 | 47.9% | 49.2% | 48.2% | 47.5% |