FILED
2023 Aug-11 PM 01:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 42

Smitherman-1 Political Data, 2022

| Smitherman_1 | GE22ATGD | GE22ATGN | GE22ATGR | AG_D | AG_R | GE22GOVD | GE22GOVL | GE22GOVN | GE22GOVR | GOV_D | GOV_R | GE22USSD | GE22USSL | GE22USSN | GE22USSR | SEN_D | SEN_R | GE22SOSD | GE22SOSL | GE22SOSN | GE22SOSR | SOS_D | SOS_R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 57661 | 199 | 141369 | 29.0% | 71.0% | 52473 | 7711 | 1539 | 138740 | 27.4% | 72.6% | 55180 | 4661 | 256 | 140313 | 28.2% | 71.8% | 56221 | 6794 | 101 | 136216 | 29.2% | 70.8% |
| 2 | 49338 | 148 | 135822 | 26.6% | 73.4% | 45137 | 4982 | 1182 | 135238 | 25.0% | 75.0% | 47406 | 3674 | 228 | 135031 | 26.0% | 74.0% | 47465 | 4963 | 98 | 132551 | 26.4% | 73.6% |
| 3 | 45557 | 186 | 158511 | 22.3% | 77.7% | 41023 | 7168 | 1305 | 155722 | 20.9% | 79.1% | 44086 | 5622 | 428 | 154825 | 22.2% | 77.8% | 43514 | 6269 | 90 | 154015 | 22.0% | 78.0% |
| 4 | 23937 | 133 | 174364 | 12.1% | 87.9% | 20571 | 6803 | 1037 | 170987 | 10.7% | 89.3% | 23121 | 5057 | 411 | 170538 | 11.9% | 88.1% | 22759 | 5415 | 65 | 169607 | 11.8% | 88.2% |
| 5 | 67494 | 209 | 144247 | 31.9% | 68.1% | 58836 | 7632 | 1782 | 145210 | 28.8% | 71.2% | 64737 | 5488 | 533 | 142743 | 31.2% | 68.8% | 64535 | 7997 | 111 | 138868 | 31.7% | 68.3% |
| 6 | 109295 | 188 | 100562 | 52.1% | 47.9% | 102043 | 7385 | 1797 | 99600 | 50.6% | 49.4% | 106700 | 5164 | 385 | 98788 | 51.9% | 48.1% | 106795 | 5880 | 92 | 96895 | 52.4% | 47.6% |
| 7 | 97261 | 157 | 100551 | 49.2% | 50.8% | 92879 | 4277 | 787 | 101435 | 47.8% | 52.2% | 95516 | 3213 | 218 | 99916 | 48.9% | 51.1% | 95574 | 4293 | 105 | 97115 | 49.6% | 50.4% |

Democrat

| CD | AG_D | GOV_D | SEN_D | SOS_D |
|---|---|---|---|---|
| 1 | 29.0% | 27.4% | 28.2% | 29.2% |
| 2 | 26.6% | 25.0% | 26.0% | 26.4% |
| 3 | 22.3% | 20.9% | 22.2% | 22.0% |
| 4 | 12.1% | 10.7% | 11.9% | 11.8% |
| 5 | 31.9% | 28.8% | 31.2% | 31.7% |
| 6 | 52.1% | 50.6% | 51.9% | 52.4% |
| 7 | 49.2% | 47.8% | 48.9% | 49.6% |

Republican

| CD | AG_R | GOV_R | SEN_R | SOS_R |
|---|---|---|---|---|
| 1 | 71.0% | 72.6% | 71.8% | 70.8% |
| 2 | 73.4% | 75.0% | 74.0% | 73.6% |
| 3 | 77.7% | 79.1% | 77.8% | 78.0% |
| 4 | 87.9% | 89.3% | 88.1% | 88.2% |
| 5 | 68.1% | 71.2% | 68.8% | 68.3% |
| 6 | 47.9% | 49.4% | 48.1% | 47.6% |
| 7 | 50.8% | 52.2% | 51.1% | 50.4% |