FILED
2023 Aug-11  PM 11:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 43

Smitherman-1 Political Summary

| Democrat | 2017 | 2018 | 2018 | 2018 | 2018 | 2018 | 2020 | 2020 | 2022 | 2022 | 2022 | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CD | SEN_D | AG_D | GOV_D | LTGOV_D | AUD_D | SOS_D | PRES_D | SEN_D | AG_D | GOV_D | SEN_D | SOS_D | Average | |
| 1 | 48.4% | 39.2% | 38.5% | 36.7% | 37.6% | 36.9% | 34.8% | 38.1% | 29.0% | 27.4% | 28.2% | 29.2% | 35.3% | 35.3% |
| 2 | 44.6% | 35.9% | 33.7% | 33.7% | 34.4% | 34.1% | 33.0% | 35.8% | 26.6% | 25.0% | 26.0% | 26.4% | 32.4% | 32.4% |
| 3 | 40.7% | 30.8% | 30.6% | 28.3% | 29.1% | 28.5% | 27.2% | 29.7% | 22.3% | 20.9% | 22.2% | 22.0% | 27.7% | 27.7% |
| 4 | 26.5% | 21.1% | 21.0% | 18.1% | 19.0% | 18.4% | 15.9% | 19.0% | 12.1% | 10.7% | 11.9% | 11.8% | 17.1% | 17.1% |
| 5 | 51.5% | 40.8% | 39.9% | 38.3% | 39.5% | 39.0% | 37.0% | 40.4% | 31.9% | 28.8% | 31.2% | 31.7% | 37.5% | 37.5% |
| 6 | 68.8% | 58.2% | 58.7% | 56.2% | 56.6% | 56.4% | 56.2% | 58.2% | 52.1% | 50.6% | 51.9% | 52.4% | 56.4% | 56.4% |
| 7 | 65.4% | 57.6% | 56.0% | 55.1% | 55.9% | 54.9% | 54.5% | 56.4% | 49.2% | 47.8% | 48.9% | 49.6% | 54.3% | 54.3% |

| CD | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| SEN_D | 48.4% | 44.6% | 40.7% | 26.5% | 51.5% | 68.8% | 65.4% |
| AG_D | 39.2% | 35.9% | 30.8% | 21.1% | 40.8% | 58.2% | 57.6% |
| GOV_D | 38.5% | 33.7% | 30.6% | 21.0% | 39.9% | 58.7% | 56.0% |
| LTGOV_D | 36.7% | 33.7% | 28.3% | 18.1% | 38.3% | 56.2% | 55.1% |
| AUD_D | 37.6% | 34.4% | 29.1% | 19.0% | 39.5% | 56.6% | 55.9% |
| SOS_D | 36.9% | 34.1% | 28.5% | 18.4% | 39.0% | 56.4% | 54.9% |
| PRES_D | 34.8% | 33.0% | 27.2% | 15.9% | 37.0% | 56.2% | 54.5% |
| SEN_D | 38.1% | 35.8% | 29.7% | 19.0% | 40.4% | 58.2% | 56.4% |
| AG_D | 29.0% | 26.6% | 22.3% | 12.1% | 31.9% | 52.1% | 49.2% |
| GOV_D | 27.4% | 25.0% | 20.9% | 10.7% | 28.8% | 50.6% | 47.8% |
| SEN_D | 28.2% | 26.0% | 22.2% | 11.9% | 31.2% | 51.9% | 48.9% |
| SOS_D | 29.2% | 26.4% | 22.0% | 11.8% | 31.7% | 52.4% | 49.6% |
| Average | 35.3% | 32.4% | 27.7% | 17.1% | 37.5% | 56.4% | 54.3% |