FILED

2023 Aug-12  PM 07:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON, *et al.*,** | |
| **Plaintiffs,** | **Case No. 2:21-cv-01291-AMM** |
| **v.** | **THREE-JUDGE COURT** |
| **WES ALLEN, in his official capacity as Alabama Secretary of State,** | |
| **Defendant.** | |
| **EVAN MILLIGAN, *et al.*,** | |
| **Plaintiffs,** | **Case No. 2:21-cv-01530-AMM** |
| **v.** | **THREE-JUDGE COURT** |
| **WES ALLEN, in his official capacity as Alabama Secretary of State,** | |
| **Defendant.** | |
| **MARCUS CASTER, *et al.*,** | |
| **Plaintiffs,** | **Case No.: 2:21-cv-1536-AMM** |
| **v.** | |
| **WES ALLEN, in his official capacity as Alabama Secretary of State,** | |
| **Defendant.** | |

# DEFENDANTS' AMENDED EXHIBITS LIST

Defendants respectfully amend their exhibit list to reflect that they now have the completed transcript for the July 13, 2023 proceedings before the Alabama Legislature's Permanent Committee Legislative on Reapportionment *sans* index and exhibits. A partial transcript was previously filed as Exhibit B. A number of the exhibits to this transcript have already been separately filed and are listed below (as well as on the original exhibit list). Defendants will make ten paper copies for delivery at Monday's hearings.

| Exhibit/ Tab | Exhibit | *Singleton* | *Milligan* | *Caster* |
|---|---|---|---|---|
| **I.** | **Defendants' Joint Response to *Milligan* and *Caster* Plaintiffs' Objections and Request for Preliminary Injunction** | | 220 | 191 |
| A | Transcript dated July 27, 2023 [(*sic*) June 27, 2023], Alabama Legislature's Permanent Legislative Committee on Reapportionment | | 220-1 | 191-1 |
| B | Transcript dated July 13, 2023, Alabama Legislature's Permanent Committee Legislative on Reapportionment | | 220-2 | 191-2 |
| B-2 | Transcript dated July 13, 2023, Alabama Legislature's Permanent Committee Legislative on Reapportionment (complete, *sans* index and exhibits) | Filed as an exhibit to this amended exhibit list. | | |
| C | 2022 Comprehensive Economic Development Strategy: 5-Year Update 2022-2027 by the South Alabama Regional Planning Commission | | 220-3 | 191-3 |

| Exhibit/Tab | Exhibit | *Singleton* | *Milligan* | *Caster* |
|---|---|---|---|---|
| D | John Sharp, *Redistricting Alabama: How South Alabama could be split up due to Baldwin County's growth,* al.com (Sept. 20, 2021) | | 220-4 | 191-4 |
| E | Alabama Port Authority 2021 Economic Impact Study Report | | 220-5 | 191-5 |
| F | Alabama State Port Authority's Annual Comprehensive Financial Report for the Fiscal Years Ended September 30, 2022 & 2021 | | 220-6 | 191-6 |
| G | BRATS Schedule for Baylinc Mobile-Fairhope | | 220-7 | 191-7 |
| H | Baylinc Connects Mobile-Baldwin County Public Transit Systems dated November 5, 2007 | | 220-8 | 191-8 |
| I | South Alabama Regional Planning Commission website information | | 220-9 | 191-9 |
| J | Expert Report of Thomas M. Bryan dated August 3, 2023 | | 220-10 | 191-10 |
| K | Ala. Act No. 2023-563 | | 220-11 | 191-11 |
| L | Expert Report of Sean P. Trende dated August 4, 2023 | | 220-12 | 191-12 |
| M | Declaration of Lee Lawson | | 220-13 | 191-13 |
| N | Kyle Hamrick, *ALDOT says new bridge and Bayway are financially viable*, Lagniappe Mobile (Dec. 5, 2022) | | 220-14 | 191-14 |
| O | *USA: A Brief History,* University of South Alabama | | 220-15 | 191-15 |
| P | *About Us*, Lagniappe Mobile | | 220-16 | 191-16 |
| Q | Declaration of Mike Schmitz | | 220-17 | 191-17 |
| R | Declaration of Brad Kimbro | | 220-18 | 191-18 |
| **II.** | **Defendants' Response to *Singleton* Plaintiffs' Motion for Motion for Preliminary Injunction** | 162 | | |

| Exhibit/ Tab | Exhibit | *Singleton* | *Milligan* | *Caster* |
|---|---|---|---|---|
| **III.** | **Defendants' Notice of Filing Exhibits** | 167 | 227 | 197 |
| S | Declaration of Jeffrey V. Williams | 167-1 | 227-1 | 197-1 |
| T | Defendant Secretary of State Wes Allen's Objections and Responses to *Singleton* Plaintiffs' First Set of Requests for Admission | 167-2 | 227-2 | 197-2 |
| U | Exhibit M.1 at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment, namely the deposition testimony of Congressman Bradley Bryne in *Chestnut v. Merrill,* Case No. 2:18-cv-00907-KOB (N.D. Ala.), dated July 24, 2019, *sans* Exhibits 1 through 4 thereto and with highlighting having been added | 167-3 | 227-3 | 197-3 |
| V | Exhibit N at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment, namely the testimony of Congressman Bradley Bryne in the January 2022 preliminary injunction proceedings in these cases, with highlighting having been added, saved 4-up to mimic travel transcript format | 167-4 | 227-4 | 197-4 |

| Exhibit/ Tab | Exhibit | *Singleton* | *Milligan* | *Caster* |
|---|---|---|---|---|
| W | Exhibit O at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment, namely the deposition testimony of Congressman Jo Bonner in *Chestnut v. Merrill,* Case No. 2:18-cv-00907-KOB (N.D. Ala.), dated July 30, 2019, *sans* Exhibit 9 thereto and with highlighting having been added | 167-5 | 227-5 | 197-5 |
| **IV.** | **Additional Exhibits** | | | |
| X | Expert Report of Kosuke Imai, Ph.D. dated December 10, 2021 | | 68-4 | |
| Y | Rebuttal Expert Report of Kosuke Imai, Ph.D. dated December 20, 2021 | | 76-3 | |
| Z | Exhibit 7 to *Singleton* Plaintiffs' Renewed Motion for a Preliminary Injunction and Memorandum of Law in Support | 57-7 | | |
| **V.** | **Defendants' Second Notice of Filing Exhibits** | 168 | 231 | 199 |
| C-2 | 2022 Comprehensive Economic Development Strategy: 5-Year Update 2022-2027 by the South Alabama Regional Planning Commission as submitted to the Alabama Legislature's Permanent Legislative Committee on Reapportionment | 168-1 | 231-1 | 199-1 |
| F-2 | Alabama State Port Authority's Annual Comprehensive Financial Report for the Fiscal Years Ended September 30, 2022 & 2021 as submitted to the Alabama Legislature's Permanent Legislative Committee on Reapportionment | 168-2 | 231-2 | 199-2 |

Respectfully Submitted,

Steve Marshall
 *Attorney General*

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*

James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
 *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

***Counsel for Secretary Allen***

<u>s/ *Dorman Walker* (with permission)</u>
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

***Counsel for Sen. Livingston and Rep. Pringle***