# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, | ) |
| Plaintiffs, | ) No.: 2:21-cv-01291-AMM |
| WES ALLEN, *et al.* | ) THREE-JUDGE COURT |
| Defendants. | ) |

## *SINGLETON* PLAINTIFFS' UNOPPOSED MOTION
## TO SUPPLEMENT THE RECORD

The *Singleton* Plaintiffs have discovered that they inadvertently omitted an exhibit from their Third Amended Exhibit List: a printout from the Secretary of State's website showing voter registration information for Plaintiff Eddie Billingsley, which is attached to this motion. This exhibit is similar to Exhibits 18–22, which were received without objection. Therefore, the *Singleton* Plaintiffs respectfully move for the admission of this document as Exhibit 21A. Counsel for the Defendants have indicated that they do not oppose this motion.

Dated: August 21, 2023      Respectfully submitted,

*/s/ Henry C. Quillen*
Henry C. Quillen
(admitted *pro hac vice*)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH  03801
Tel: (603) 294-1591
Fax: (800) 922-4851

Email: hquillen@whatleykallas.com

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
         tbrown@whatleykallas.com

James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
         ehare@dicellolevitt.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor

2

       Birmingham, AL 35203
       Tel.: (205) 506-4524
       Fax: (205) 538-5500
       Email: uwclemon1@gmail.com

       Edward Still
       2501 Cobblestone Way
       Birmingham, AL  35226
       Tel: (205) 335-9652
       Fax: (205) 320-2882
       Email: edwardstill@gmail.com

       ***Counsel for Singleton Plaintiffs***