FILED
2023 Aug-21 AM 9:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 21A

Case 2:21-cv-01291-AMM   Document 186-1   Filed 08/21/23   Page 2 of 3



**Back to Lookup**  /  Registrant Detail

# EDDIE J BILLINGSLEY

📍 1336 16TH STREET SOUTHWEST BIRMINGHAM, AL 35211-2746  -  JEFFERSON

**Status**
**Active**

> **No upcoming elections found for this registrant's jurisdiction.**

## Default Polling Location

**PREC 2250 - MORE THAN CONQUERORS CHURCH**
📍 BETHESDA FAMILY LIFE CTR BIRMINGHAM, AL 35211

## Districts                                                                                        Hide ⌄

**CITY**
BIRMINGHAM DISTRICT 6

**COMMISSION**
COMM DIST 2 - SHEILA TYSON

**CONGRESSIONAL**
CONGRESSIONAL DIST 07

**COUNTY SCHOOL**
COUNTY SCHOOL 05

**FIRE**
FIRE DIST NOT ASSIGNED

**JEFFERSON CO DIVISION**
BIRMINGHAM DIVISION

**LOCAL SCHOOL**

LOCAL SCHOOL BH

**MUNICIPALITY**

BIRMINGHAM

**SENATE**

STATE SENATE 18

**SPECIAL ELECTION DIST**

SPECIAL ELEC NOT ASSIGNED

**STATE HOUSE**

STATE HOUSE 52

**STATE SCHOOL**

STATE BOE DIST 04

© Copyright 2023 - ESSVR, LLC. All rights reserved.