# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official* ) <br> *capacity as Alabama Secretary of* ) <br> *State*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1291-AMM** <br><br> **THREE-JUDGE COURT** |
| **EVAN MILLIGAN,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official* ) <br> *capacity as Alabama Secretary of* ) <br> *State*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1530-AMM** <br><br> **THREE-JUDGE COURT** |
| **MARCUS CASTER,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official* ) <br> *capacity as Secretary of State of* ) <br> *Alabama, et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1536-AMM** |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

Pursuant to Federal Rule of Civil Procedure 25(d), Steve Livingston, who is the current senate chair of the Alabama Legislature's Permanent Legislative Committee on Reapportionment, is hereby substituted for former senate chair Jim McClendon as a defendant in this action.

**DONE** and **ORDERED** this 21st day of August, 2023.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE