# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1291-AMM** <br><br> **THREE-JUDGE COURT** |
| **EVAN MILLIGAN,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1530-AMM** <br><br> **THREE-JUDGE COURT** |
| **MARCUS CASTER,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official capacity as Secretary of State of Alabama*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1536-AMM** |

BEFORE THE SPECIAL MASTER:

## ORDER

The Court directed the Special Master to submit three proposed plans and a Report and Recommendation by September 25, 2023. To meet that deadline while permitting parties and interested non-parties to participate in the process, the Special Master is setting the following submission schedule.

1. Any party desiring to do so must submit proposed remedial plans by **12:00 PM Central Standard Time on Monday, September 11, 2023**. Recognizing that non-parties may require additional time to prepare, non-parties desiring to do so may submit proposed remedial plans by **12:00 PM Central Standard Time on Wednesday, September 13, 2023**, but are strongly encouraged to submit their plans ahead of that deadline to permit the plans' thorough consideration. Each proposed remedial plan may be accompanied by an explanation of the plan and its compliance with the Court's order of September 5, 2023. The Special Master is aware that parties submitted certain illustrative plans during the liability phase of these proceedings and submitted proposed remedial plans during the remedial phase, but parties should nonetheless submit proposed remedial plans (labeled as such) in the manner described in this order if they wish to have those plans considered by the Special Master.

2. Any party or other interested person wishing to do so may submit comments to any other party's or non-party's proposed remedial plan by **midnight Central Standard Time on Wednesday, September 13, 2023**.

3. Proposed remedial plans must be compatible with the use of Maptitude, which is the software being used by the Special Master's team. The electronic file for each proposed remedial plan should be in Department of Justice (DOJ) format (Block, district # or district #, Block). This should be a two-column, comma-delimited file containing the FIPS code for each block and the district number. Maptitude has an automated plan import that creates a new plan from the block/district assignment list. An example of DOJ format is SSCCCTTTTTTBBBBDDDD, where "SS" is the 2-digit state FIPS code; "CCC" is the 3-digit county FIPS code; "TTTTTT" is the 6-digit census tract code; "BBBB" is the 4-digit census block code; and "DDDD" is the district number, right-adjusted.

4. Explanations supporting proposed remedial plans and comments to others' proposed remedial plans should be in PDF format.

5. This order will be supplemented soon with instructions for how and where to submit proposed remedial plans, explanations, and comments and how the proposed plans will be shared for comment by others.

6. Be advised that all proposed remedial plans, explanations, and comments will be publicly available, and that the Special Master is not limited in his ultimate recommendations to the proposed plans received during this process.

**DONE** and **ORDERED** this 6th day of September, 2023.

/s/ Richard F. Allen
**RICHARD F. ALLEN**
**SPECIAL MASTER**