# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON**, *et al.*,<br>　　　　**Plaintiffs,**<br><br>　　　v.<br><br>**WES ALLEN, in his official capacity as<br>Alabama Secretary of State,**<br>　　　　**Defendant.** | **Case No. 2:21-cv-01291-AMM**<br><br>**THREE-JUDGE COURT** |
| **EVAN MILLIGAN**, *et al.*,<br>　　　　**Plaintiffs,**<br><br>　　　v.<br><br>**WES ALLEN, in his official capacity as<br>Alabama Secretary of State,**<br>　　　　**Defendant.** | **Case No. 2:21-cv-01530-AMM**<br><br>**THREE-JUDGE COURT** |
| **MARCUS CASTER**, *et al.*,<br>　　　　**Plaintiffs,**<br><br>　　　v.<br><br>**WES ALLEN, in his official capacity as<br>Alabama Secretary of State,**<br>　　　　**Defendant.** | **Case No.: 2:21-cv-1536-AMM** |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

The court previously set these congressional redistricting cases for trial on

February 3, 2025. The court now **VACATES** that setting and **RESETS** these cases

for trial to begin on **February 10, 2025**. No other deadlines in the Court's scheduling

order, Doc. 235, are affected.

    **DONE** and **ORDERED** this 12th day of March, 2024.

_____

**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____

**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE

2