# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON**, *et al.*, | ) |
| **Plaintiffs,** | ) |
| | ) |
| **WES ALLEN**, *et al.* | ) No.: 2:21-cv-01291-AMM |
| | ) |
| **Defendants.** | ) |

## *SINGLETON* PLAINTIFFS' EXHIBIT LIST

Pursuant to the Court's November 20, 2024 Order, *Singleton* Plaintiffs identify the following exhibits they plan to use during the trial beginning February 10, 2025:

| Ex. No. | Description |
|---|---|
| S1. | Deposition of Randy Hinaman taken December 9, 2021 |
| S2. | Deposition of Chris Pringle taken December 17, 2021 |
| S3. | Deposition of Jim McClendon taken December 17, 2021 |
| S4. | Alabama State House Hearing Transcript |
| S5. | Redistricting Guidelines |
| S6. | All Alabama Congressional Maps |
| S7. | Enacted 2021 Plan Map (Letter Size) |
| S8. | Enacted 2021 Plan Population Summary |
| S9. | Enacted 2021 Plan Population Summary (AP) |
| S10. | Enacted 2021 Plan Population Summary (VAP) |
| S11. | Enacted 2021 Plan District Statistics |
| S12. | Enacted 2021 Plan Communities of Interest Splits |

| Ex. No. | Description |
|---|---|
| S13. | Secretary of State Merrill's Pre-Trial Brief, *Chestnut v. Merrill* |
| S14. | 2023 Plan Maps and Demographics |
| S15. | Caster/Milligan Letter to Legislative Committee on Reapportionment and Dorman Walker dated June 26, 2023 |
| S16. | Caster/Milligan Letter to Dorman Walker dated July 11, 2023 |
| S17. | Jim Blacksher Letter to Dorman Walker dated July 12, 2023 |
| S18. | Steve Marshall Letter to Dorman Walker dated July 13, 2023 |
| S19. | Caster/Milligan Letter to Dorman Walker dated July 17, 2023 |
| S20. | Summary of Prior Election Results Submitted by Senator Smitherman at the Special Session |
| S21. | Andrews Voter Registration Information from Secretary of State |
| S22. | Singleton Voter Registration Information from Secretary of State |
| S23. | Slay Voter Registration Information from Secretary of State |
| S24. | Smitherman Voter Registration Information from Secretary of State |
| S25. | Walker Voter Registration Information from Secretary of State |
| S26. | Defendants' Responses and Objections to *Singleton* Plaintiffs' First Requests for Admissions |
| S27. | Deposition of Leonette Slay taken August 10, 2023 |
| S28. | Defendant Secretary of State Allen's Objections and Responses to *Singleton* Plaintiffs' Third Set of Requests for Admission |
| S29. | Defendant Secretary of State Allen's Answers to *Singleton* Plaintiffs' Second Set of Interrogatories |
| S30. | Defendant Secretary of State Allen's Answer to *Singleton* Plaintiffs' First Set of Requests for Production of Documents |
| S31. | Kari Frederickson Expert Report |
| S32. | Kari Frederickson Supplemental Report |
| S33. | Volney Riser Expert Report |
| S34. | Deposition of Kari Frederickson taken August 29, 2024 |
| S35. | Deposition of Volney Riser taken August 14, 2024 |
| S36. | Deposition of Bobby Singleton taken on July 29, 2024 |

| Ex. No. | Description |
|---------|-------------|
| S37. | Deposition of Andrew Walker taken on July 11, 2024 |
| S38. | Deposition of Rodger Smitherman taken on July 29, 2024 |
| S39. | Deposition of Daryl Andrews taken on July 11, 2024 |
| S40. | Deposition of Adam Carrington taken August 19, 2024 |
| S41. | Alabama GOP VR Mailer 07-2024 |
| S42. | Alabama Secretary of State accuses League of Women Voters of data mining - Alabama Reflector |
| S43. | Letter to DOJ re Preclearance Submission of Al. Act. No. 2011-518 SOS002646 highlighted |
| S44. | Black Belt, UA Edu 2022 |
| S45. | Sen. Livingston's Response to *Singleton* Plaintiffs' Third Set of Interrogatories |
| S46. | Rep. Pringle's Response to *Singleton* Plaintiffs' Third Set of Interrogatories |
| S47. | Chairs' Responses to *Singleton* Plaintiffs' Second Requests for Admission |
| S48. | Secretary Allen Responses to *Singleton* Plaintiffs' Second Requests for Admission |
| S49. | State Certification of 2024 General Election |
| S50. | Deposition of Leonette Slay taken on July 16, 2024 |

The parties have not had an opportunity to discuss stipulating to the admissibility of exhibits, but the *Singleton* Plaintiffs intend to resolve as many issues of admissibility as possible before the trial begins.

Dated: December 6, 2024          Respectfully submitted,

/s/ Henry C. Quillen
Henry C. Quillen
(admitted *pro hac vice*)
WHATLEY KALLAS, LLP

        159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
     tbrown@whatleykallas.com

*/s/ James Uriah Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
     ehare@dicellolevitt.com

4

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
Email: uwclemon1@gmail.com

Edward Still
2501 Cobblestone Way
Birmingham, AL  35226
Tel: (205) 335-9652
Fax: (205) 320-2882
Email: edwardstill@gmail.com

***Counsel for Singleton Plaintiffs***