# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-01291-AMM |
| v. | THREE-JUDGE COURT |
| WES ALLEN, in his official capacity as Alabama Secretary of State, | UNOPPOSED |
| Defendant. | |

### *SINGLETON* PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED EXHIBIT LIST

Senator Bobby Singleton, Senator Rodger Smitherman, Leonette W. Slay, Darryl Andrews, and Andrew Walker (the "*Singleton* Plaintiffs") hereby move for leave to file an amended exhibit list that does not add any new pages and instead takes part of one large exhibit and uses a number of easier to manage exhibits. As grounds for this unopposed motion, the *Singleton* Plaintiffs state as follows.

1.      On December 6, 2024, the *Singleton* Plaintiffs filed the *Singleton* Plaintiffs' Exhibit List. Doc. 261.

2.      Upon reviewing S27 of the *Singleton* exhibits, the *Singleton* Plaintiffs recognize that re-organizing and re-numbering pages, already filed as Doc. 261-27,

p. 55 of 127 to Doc. 261-27. p. 199 of 127, as a number of separate exhibits numbered S51 to S69, should promote judicial efficiency and economy at trial.

3. The *Singleton* Plaintiffs' plan to send updated exhibit notebooks to the judges and to Defendants with S51 to S69, also adding to the *Singleton* exhibits labels like those provided by the courtroom deputy for use at trial.

4. Defendants do not oppose this motion.

**WHEREFORE**, the *Singleton* Plaintiffs respectfully request that the Court grant the *Singleton* Plaintiffs' Unopposed Motion for Leave to File an Amended Exhibit List.


*/s/ James Uriah Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com

Henry C. Quillen
(admitted *pro hac vice*)
WHATLEY KALLAS, LLP

159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
 ehare@dicellolevitt.com

Edward Still
429 Green Springs Hwy., STE 161-304
Birmingham AL 35209
Tel: 205-335-9652
Email: edwardstill@gmail.com

*/s/ J.S. "Chris" Christie*
 J.S. "Chris" Christie (ASB-3162-H07J)
 Dentons Sirote PC
 2311 Highland Avenue South
 Birmingham, AL 35205
 Tel: (205) 930-5100
 Fax: (205) 930-5101
 chris.christie@dentons.com

Attorneys for the *Singleton* Plaintiffs

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025, a copy of the foregoing has been served on all counsel of record through the Court's CF/ECF system.

/s/ J.S. "Chris" Christie
J.S. "Chris" Christie
One of the Attorneys for the *Singleton* Plaintiffs