FILED
2025 Jan-29 PM 06:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

Page 1

1                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ALABAMA
2                        SOUTHERN DIVISION
3    BOBBY SINGLETON, et al,          )
                                      )
4            Plaintiff,               )
                                      )  Case No.
5            vs.                      )  2:21-cv-1291-AMM
                                      )  THREE-JUDGE COURT
6    WES ALLEN, in his official       )
     Capacity as Alabama Secretary of )
7    State, et al.,                   )
                                      )
8            Defendant.               )
9
     EVAN MILLIGAN, et al,            )
                                      )
10           Plaintiff,               )
                                      )  Case No.
11           vs.                      )  2:21-cv-01530-AMM
                                      )  THREE-JUDGE COURT
12   WES ALLEN, in his official       )
     Capacity as Alabama Secretary of )
13   State, et al.,                   )
                                      )
14           Defendant.               )
15
16   MARCUS CASTER, et al,            )
                                      )
17           Plaintiff,               )
                                      )  Case No.
18           vs.                      )  2:21-cv-01536-AMM
                                      )  THREE-JUDGE COURT
19   WES ALLEN, in his official       )
     Capacity as Alabama Secretary of )
20   State, et al.,                   )
                                      )
21           Defendant.               )
22   _____
23          DEPOSITION OF: KARI FREDERICKSON, PhD.

1          S T I P U L A T I O N

2

3          IT IS STIPULATED AND AGREED by and between the

4     parties through their respective counsel that the

5     deposition of KARI FREDERICKSON may be taken on August

6     29, 2024, before Anne E. Miller, Commissioner and

7     Notary Public, at Whatley, Kallas, 1000 Park Place

8     Tower, 2001 Park Place North, Birmingham, Alabama.

9          IT IS FURTHER STIPULATED AND AGREED that the

10    signature to and the reading of the deposition by the

11    witness is waived, the deposition to have the same

12    force and effect as if full compliance had been had

13    with all laws and rules of court relating to the taking

14    of depositions.

15         IT IS FURTHER STIPULATED AND AGREED that it

16    shall not be necessary for any objections to be made by

17    counsel to any questions except as to form or leading

18    questions, and that counsel for the parties may make

19    objections and assign grounds at the time of trial or

20    at the time said deposition is offered in evidence or

21    prior thereto.

22

23

Page 3

1                    A P P E A R A N C E S

2

3    Appearing For The Plaintiff:

4            MR. JAMES U. BLACKSHER

             Attorney at Law

5            825 Linwood Road

             Birmingham, Alabama 35222

6

7    Appearing For The Defendant:

8            OFFICE OF THE ATTORNEY GENERAL

             STATE OF ALABAMA

9            Mr. Soren A. Geiger

             501 Washington Avenue

10           P. O. Box 300152

             Montgomery, Alabama 36130-0152

11

12   Appearing by Zoom:

13           Judge U. W. Clemon

             Mr. Myron Penn

14           Ms. Riley Kate Lancaster

             Ms. Jyoti Jasrasaria

15

16   Court Reporter:  Anne E. Miller

17

18

19

20

21

22

23

Page 4

 1                    I N D E X
 2    Examination by Mr. Geiger ...................... 5
 3
 4    DEFENDANT'S EXHIBITS
 5    Exhibit 1 .................................... 15
         (Report -- attached)
 6    Exhibit 2 .................................... 15
         (Supplemental report -- attached)
 7    Exhibit 3 .................................... 15
         (Carrington's report -- attached)
 8    Exhibit 4 .................................... 59
         (George Wallace article -- attached)
 9    Exhibit 5 .................................... 66
         (Lee Atwater excerpt -- attached)
10    Exhibit 6 ................................... 107
         (A New History of the American South -- attached)
11    Exhibit 7 ................................... 118
         (Tommy Tuberville article -- attached)
12    Exhibit 8 ................................... 127
         (Cold War Dixie -- attached)
13    Exhibit 9 ................................... 127
         (Chapter from book -- attached)
14    Exhibit 10 .................................. 127
         ("Respectable area" -- attached)
15
16    PLAINTIFF'S EXHIBITS
17    Exhibit P1 .................................. 158
         ("The New Politics of the Old South" -- attached)
18    Exhibit P2 .................................. 160
         ("The Rational Southerner" -- attached)
19
20
21
22
23

Page 5

1          I, Anne E. Miller, a Court Reporter of the State

2     of Alabama, acting as Commissioner, certify that on

3     this date there came before me at Whatley, Kallas, 1000

4     Park Place Tower, 2001 Park Place North at Birmingham,

5     Alabama, on August 29, 2024, beginning at or about

6     10:00 a.m., KARI FREDERICKSON, PhD, witness in the

7     above cause, for oral examination, whereupon the

8     following proceedings were had:

9

10                    KARI FREDERICKSON, PhD,

11     having been first duly sworn, was examined and

12     testified as follows:

13

14     EXAMINATION BY MR. GEIGER:

15          Q.  Good morning.

16          A.  Morning.

17          Q.  My name is Soren Geiger, and I work for the

18     attorney general.  I represent Secretary of State Wes

19     Allen in this lawsuit.  Would you please state and

20     spell your last name?

21          A.  My name is Kari Frederickson, K-a-r-i, last name

22     is F-r-e-d-e-r-i-c-k-s-o-n.

23          Q.  Thanks.  Have you been deposed before?

                                                        Page 6

1       A.   No.

2       Q.   So just a couple of basic ground rules.  I won't

3    belabor the point.  But in order to get a clean

4    transcript, let's do our best not to talk over each

5    other and to talk at kind of a normal tempo.  Also,

6    please let me know if you need me to repeat or rephrase

7    a question.  I'm never going to try to trick you or

8    intentionally ask a confusing question.

9             Finally, if you need a five-minute break,

10   please just let me know.  We will take several of them,

11   I'm sure, and we'll take lunch as well.  Any questions

12   before we begin?

13      A.   No.

14      Q.   Do you have a master's degree?

15      A.   I do.

16      Q.   And from what institution?

17      A.   University of Wisconsin, Milwaukee.

18      Q.   When did you earn that degree?

19      A.   I earned that degree in 1991.

20      Q.   And did you write a thesis for that degree?

21      A.   I did.

22      Q.   And what was that focused on?

23      A.   That was focused on the ideology of the Ku Klux

1  Klan in the 1920's.

2      Q.  And did you have a thesis statement or were you

3  trying to argue a point or study that aspect of history

4  in general?

5      A.  Gosh, this is going back a long time.  I haven't

6  thought about that thesis in 40 years.  I believe what

7  I was trying to show is -- one of the things I was

8  trying to show was some of the gender perspectives of

9  the ideology of the Klan and that the Klan's ideology

10  was rather expansive.

11      Q.  Did you say gender perspectives?

12      A.  Yes, right, that they -- well, that they -- in

13  terms of their white supremacy.  I had been influenced

14  by -- there had been a recent book, I think, on women

15  of the Klan by Kathleen Blee.  Nancy MacLean had had an

16  article about the Klan and sort of their ideas about

17  women's roles within the larger project of white

18  supremacy and how often women could try to subvert that

19  to their advantage.  And so I had started on my

20  project, read their work.  You know, I think kind of

21  was influenced by sort of those ideas.  But as far as I

22  can recall what I wrote in my thesis, it was looking at

23  their ideas, a little less than their actions, where I

Page 8

1    had printed materials and the types of things that you

2    look at as a master student with not a lot of time to,

3    you know, travel and do research.

4        Q.  Right.  What was your master's degree in?

5        A.  History.

6        Q.  History?

7        A.  Uh-huh (yes).

8        Q.  And do you have your doctorate?

9        A.  I do.

10       Q.  Did you write a dissertation?

11       A.  I did.

12       Q.  And what was that on?

13       A.  My dissertation is on The Dixiecrat Revolt,

14   which was an attempt by some white southern Democrats

15   to throw the election of 1948 into the House of

16   Representatives.  It was an attempt that was motivated

17   both by Harry Truman's civil rights program and civil

18   rights initiatives and also a response to grass roots

19   activity by African-Americans to secure political

20   rights.

21       Q.  Is that dissertation published?

22       A.  It is.

23       Q.  When did you publish that?

1      A.   2001.  I need to look at my own CV.  Sorry.

2   Yes, 2001.  I published it with the University of North

3   Carolina Press.

4      Q.   And when did you complete your doctorate?

5      A.   1996.

6      Q.   And from what institution?

7      A.   Rutgers University.

8      Q.   And why did you choose to write on The Dixiecrat

9   Revolt?

10     A.   I went to Rutgers because I went to work with a

11  particular historian named David Oshinsky who had done

12  a biography on Joseph McCarthy.  So my initial interest

13  both developed in my master's program under the

14  guidance of Professor Glenn Johnson.  And then under

15  David Oshinsky, I was interested in conservatism

16  broadly pursued.  Actually it was Glenn who had my

17  master's thesis advisor who had recommended, "You know,

18  nobody has written on the Dixiecrat.  Why don't you do

19  that?"  And I posted to David Oshinsky, and he actually

20  had moved from writing about Joseph McCarthy to writing

21  a book on Parchman prison in Mississippi.  So he had

22  kind of moved into the South.  So it was, you know,

23  kind of a nice dovetailing of interests.

Page 10

1          And also I had been contacted really early

2     by someone at North Carolina Press who heard that I was

3     interested.  And so they were -- you know, started kind

4     of cultivating me as a new author fairly early.

5          Q.  What is your current occupation?

6          A.  My current occupation is I'm a professor of

7     history at the University of Alabama.

8          Q.  How long have you been employed at UA?

9          A.  I have been at UA since 1999.

10         Q.  Are you teaching this semester?

11         A.  I am.

12         Q.  What classes?

13         A.  I'm teaching a class on the History of the

14    American South since 1865.  That's an undergraduate

15    class, upper level.  And I'm teaching a graduate

16    seminar, basically readings course, on the history of

17    the Jim Crow era, essentially 1876 until end of World

18    War II.  And that's a graduate level class.

19         Q.  Are you teaching next semester?

20         A.  No.  I'm on leave.

21         Q.  Congratulations.

22         A.  Thank you.

23         Q.  Have you ever been fired, demoted or asked to

Page 11

1   resign from a job?

2       A.  No.  Are you talking about a professional job or

3   any job that I had in my life since I was 16?

4       Q.  Let's stick with professional.

5       A.  Yeah.  No.

6       Q.  Have you ever been disciplined by a licensing

7   body?

8       A.  No.

9       Q.  Have you ever been disciplined by a court or

10  tribunal?

11      A.  No.

12      Q.  Since you have worked at UA since '99, have you

13  ever been disciplined or suspended by the University?

14      A.  No.

15      Q.  You have been retained by the Singleton

16  plaintiffs as an expert in their lawsuit against

17  Secretary of State Wes Allen; is that correct?

18      A.  Yes.

19      Q.  Are you being compensated?

20      A.  I am.

21      Q.  And what is that rate or how are you being

22  compensated?

23      A.  I'm being compensated at $200 an hour.

Page 12

1    Q.   Do you plan to testify at trial if called?

2    A.   Yes.

3    Q.   And will your hourly compensation rate be the

4    same to the best of your knowledge?

5    A.   Yes.

6    Q.   Is your compensation tied in any way to whether

7    the Singleton plaintiffs win, lose or settle this

8    lawsuit?

9    A.   No.

10   Q.   For purposes of this lawsuit, in what field are

11   you claiming to be an expert?

12   A.   I'm an expert in the history of American

13   politics in the 20th century, southern history since

14   the end of the Civil War and Alabama history.

15   Q.   What was your assignment in this case?

16   A.   My assignment as described to me by

17   Mr. Blacksher is to write a 20-page report, which I'm

18   sorry, I went a little bit over.

19   Q.   Close.

20   A.   That looks at race and political parties in the

21   South and Alabama, specifically for the 20th century.

22   Q.   From 1901 to 2024?

23   A.   Essentially.

Page 13

1    Q.   Were you asked to reach a particular conclusion?

2    A.   No.

3    Q.   Were you given any other direction on the

4  opinions that you were asked to form?

5    A.   No.

6    Q.   In your own words, what opinions do you express

7  in this case?

8    A.   As I note in my summary of opinions, I write

9  that race is a defining issue in southern politics,

10  probably Alabama politics specifically.  That for much

11  of the 20th century, the Democratic Party maintained

12  its dominance by presenting itself as the party of

13  white supremacy and by using its power, particularly at

14  the national level but also state level, to oppose,

15  destroy any attempt to -- any attempt to cripple white

16  supremacy, which, you know, as they see these threats.

17  Right?

18           With the slow embrace of the Civil Rights

19  Movement, the Democratic Party begins to move away from

20  those policies, and we begin to see a transition of the

21  Republican Party, which for much of the 20th century

22  was anathema politically in Alabama and much of the

23  white Suth.  We begin to see more of an embrace of the

Page 14

1   Republican party of politics meant to appeal to white
2   voters.  They do that explicitly.  But as we get
3   further on in the 20th century, more implicitly drawing
4   on -- you know, when you make something explicit, you
5   don't have to keep doing it over and over again.
6   Eventually it becomes embedded in certain ways, in
7   policies and whatnot.  In coded language, for example.
8   And that the Republican Party went from really a
9   nonentity in places like Alabama and other places in
10  the South to being a robust presence both in the South
11  and in the country, primarily based on its ability to
12  attract white voters.
13      Q.  When did you first hear about this lawsuit?
14      A.  I first heard about the Singleton lawsuit when I
15  was contacted by Mr. Blacksher.
16      Q.  And when was that?  When were you contacted?
17      A.  February.
18      Q.  Of this year?
19      A.  Of 2024.
20      Q.  Okay.  Have you reviewed any expert reports in
21  this case?
22      A.  No.
23      Q.  Have you reviewed --

1    A.  I mean, beyond Carrington, Dr. Carrington.

2   Right, yes.

3    Q.  Beyond his?

4    A.  No.

5    Q.  When you were preparing your reports, did you

6   have any communications with any other experts in the

7   case?

8    A.  No.

9    Q.  Did you communicate with anyone else about your

10  reports, like colleagues or students at UA?

11   A.  No.

12   Q.  Did research assistance help you with preparing

13  your reports?

14   A.  No.

15        MR. GEIGER:  Let's go ahead and put those

16  into the record.  I will mark and publish Exhibits 1, 2

17  and 3 all together.

18        (Defendant's Exhibits 1-3 were marked for

19              identification.)

20   Q.  (BY MR. GEIGER)  Let's look at Exhibit 1 first.

21   A.  Okay.

22   Q.  Do you recognize that document?

23   A.  I do.

1          MR. BLACKSHER:  Could we take a pause?

2                (Recess taken.)

3     Q.  (BY MR. GEIGER)  Let's go back to these

4 exhibits.  Exhibit 1, do you recognize this document?

5     A.  Yes.

6     Q.  Does it appear to be a copy of your report from

7 May 17th, 2024?

8     A.  It does.

9     Q.  Let's go to Exhibit 2 real quick.  Do you

10 recognize that document?

11    A.  I do.

12    Q.  Does it appear to be a copy of your supplemental

13 report from July 25th?

14    A.  It is.  It does.

15    Q.  And Exhibit 3, do you recognize that document?

16    A.  Yes.

17    Q.  Is that Dr. Carrington or a copy of his report

18 from June 27th?

19    A.  It appears to be.

20    Q.  Do your initial supplemental reports contain a

21 complete statement of the opinions you formed in this

22 case?

23    A.  My initial supplemental report?

Page 17

1    Q.  I'm sorry, initial and supplemental.

2    A.  Oh, initial and supplemental, yes.

3    Q.  On page three of your initial report, you state

4    that you have conducted research at the Alabama

5    archives?

6    A.  Yes.

7    Q.  Did you visit the archives to research for this

8    report?

9    A.  No.

10    Q.  When did you conduct that in-person research?

11    A.  I conducted that research for my dissertation

12    and first book, and also for my third book on the

13    Bankheads, a political family in Alabama.  And on

14    subsequent -- well, I mean, I think those are the

15    research that I did for those is most pertinent to the

16    task that I was asked to perform here.

17    Q.  Roughly what years did you visit the archives

18    for this research?  During what years?

19    A.  Dissertation research and first book would have

20    been between '95 and 2000 because I would have made

21    return trips in preparation, turning my dissertation

22    into a book.  And then for Bankhead book, multiple --

23    like I don't even know how many trips.  I basically

Page 18

1  lived there between when I started the book, which

2  would have been about 2012, to when it was published in

3  2022.  So, you know, more than ten visits.

4      Q.  You also state that you consulted newpapers,

5  books and articles?

6      A.  Yes.

7      Q.  Are all of those cited in the end notes of your

8  report, or are there others not cited?

9      A.  I would say the bulk of them are cited, but it

10  is quite possible that conclusions that I drew in my

11  Bankhead book or in the Dixiecrat book were based on

12  newspapers and articles, right, which would have been

13  consulted earlier.  Does that make sense?

14      Q.  Yes.

15      A.  But there were -- there was primary research

16  into newpapers articles that was done specifically for

17  this task.

18      Q.  Right.  Okay.  And just to clarify one more

19  time, that primary research for this task is cited in

20  your end notes?

21      A.  Yes.

22      Q.  Did you review any other documents in preparing

23  your initial report?

Page 19

1      A.   What do you mean by documents?

2      Q.   Did you conduct any other research, I should

3    say, beyond drawing from what you had done at the

4    archives and beyond the newspapers, books and articles?

5      A.   I conducted research in what historians call

6    secondary sources, which are books and articles

7    published by other scholars.

8      Q.   Would you include that under what we already

9    discussed as consulting books, articles and documents?

10     A.   Yes.

11     Q.   Okay.  Did counsel provide you with any

12   documents for your consideration for your report?

13     A.   No.

14     Q.   Did counsel provide you with any facts to

15   consider or to rely upon?

16     A.   No.

17     Q.   Did anyone else provide you anything as you

18   prepared your report?

19     A.   No.

20     Q.   Roughly how many hours did you spend preparing

21   your initial report?

22     A.   Roughly 60.

23     Q.   Would you consider it an original work?

Page 20

1      A.   I don't think when you are drawing on the work

2   of other scholars to -- in my world that would not be

3   considered original unless I am coming up with new

4   conclusions.  I think there are certain parts of the

5   report that are based on my primary research of looking

6   at primary documents in which I have drawn conclusions.

7   So part of it, I think, is original to me and related

8   to early work that I have published.  In other parts, I

9   have relied upon the findings of scholars that -- you

10   know, who I find their work credible and valuable.  So

11   I guess if you are asking could I get this published in

12   a history journal, no.

13      Q.   Understood.  So did you come up with any new

14   conclusions of your own, unique to you in this report?

15      A.   Unique to me and not represented by the history

16   profession at large?

17      Q.   Not necessarily disagreed with by the history

18   profession at large, but just not yet articulated?

19      A.   I don't think so.

20      Q.   You mentioned some of the -- drawing upon some

21   of your own conclusions from earlier work you had done.

22   Did you ever copy from portions of those books and

23   articles into this report?

1    A.  You mean from my own books and articles?

2  Probably.

3    Q.  Any idea about how much of your report has been

4  copied from earlier work you have done?

5    A.  No.

6    Q.  No idea?

7    A.  No.  I mean, I would imagine the section on the

8  Dixiecrat is not going to -- I'm not going to come up

9  with a new idea about the Dixiecrat if I already spent

10  six years working on a book on the Dixiecrat.

11    Q.  Of course.

12    A.  Same thing related to the Bankhead book.  So,

13  you know, I kind of object to the word "copy" since it

14  is my original -- much of that is my original creation.

15    Q.  Right.  Is there a word that would be more

16  accurate?

17    A.  Rely on.

18    Q.  I see from your end notes that you do

19  occasionally cite your own work.

20    A.  Uh-huh (yes).

21    Q.  Do you think you cited it every time that you

22  relied upon it?

23    A.  I tried to.

1    Q.   And you didn't rely upon any other author's work

2    without citation to the best of your knowledge?

3    A.   I tried not to.

4    Q.   When preparing your supplemental report, about

5    how many hours did you spend on that?

6    A.   Twenty approximately.

7    Q.   Did you review the sources cited in

8    Dr. Carrington's report?

9    A.   I'm trying to think.  I don't believe so.

10   Q.   He cited a large number of books and primary

11   sources.

12   A.   Uh-huh (yes).

13   Q.   Okay.  So just to confirm, you didn't go and

14   look them up or review them?

15   A.   No.  Some of them I was familiar with.

16   Q.   Understood.

17   A.   Some of them -- and I do think in some

18   instances, for example, the political scientists, Earl

19   and Merle Black we both used.  So I felt like I was

20   familiar or if I had seen assessments of that work, I

21   didn't feel like I needed to go back and look.  I was

22   mostly interested in his conclusions.

23   Q.   Right, right.  Did counsel edit your reports at

Page 23

1   all before they were submitted?

2       A.  No.

3       Q.  Have you read the Singleton plaintiffs' most

4   recent complaint in this lawsuit?

5       A.  No.

6       Q.  Do you know specifically or vaguely what claims

7   they have raised in this lawsuit?

8       A.  So now you did send something to me, so I don't

9   know if it was the most recent one.  I read something,

10  but my approach was I was given a task.  I didn't want

11  to become overly familiar with what they were going to

12  argue because that's not my job.  My job is to answer a

13  question to the best of my ability.  Whether they find

14  it useful or not is really not something I can concern

15  myself with.

16      Q.  Understood.  Do you recall having reviewed any

17  court documents like opinions or orders from this case

18  at all?

19      A.  (Witness nods head back and forth.)

20      Q.  Are you familiar with the Voting Rights Act of

21  1965?

22      A.  I am.

23      Q.  What about the 1982 amendments to the Voting

Page 24

1    Rights Act?

2       A.  No.

3       Q.  Did you say no?

4       A.  No.

5       Q.  Are you familiar with the Equal Protection

6    Clause of the 14th Amendment?

7       A.  I am.

8       Q.  If someone were to ask you what is this lawsuit

9    about which you have been retained to assist with, what

10   would you say?

11      A.  I would say speaking as a nonexpert, this

12   lawsuit is about how congressional districts are drawn

13   and the specific concern with Singleton is primarily

14   with the fact that Jefferson County is parts of -- ends

15   up in parts of three congressional districts and that

16   their concern is that that violates something in the

17   14th Amendment and that what they're concerned with is

18   creating districts that recognize -- I forget the term

19   of art, but it's something about areas of opportunity

20   or something like that.  Right?  Recognizing that

21   certain areas have the potential to create political

22   coalitions, which is not possible with the way the

23   district lines are drawn now.  But like I said, I read

1    it over once.  I felt if I became too familiar with it,

2    that's going to get into my brain, and that wasn't my

3    job, to make or break their argument.

4        Q.  Completely understand.  Have you ever testified

5    in court before?

6        A.  I have not.

7        Q.  What have you done to prepare for today's

8    deposition?

9        A.  I have read over my report.  I read over my

10   supplemental report.  I asked a few process questions

11   of Mr. Blacksher, and that's it.

12       Q.  Roughly how many hours did that take?

13       A.  Three or four.

14       Q.  Roughly -- or not roughly.  Scratch that.  Did

15   you discuss your testimony with anyone other than

16   counsel?

17       A.  No.

18       Q.  And how many meetings did you have with counsel

19   in preparation for today's deposition?

20       A.  Preparation for the deposition, we spoke on

21   Friday.

22       Q.  Okay.  For roughly how long did you speak?

23       A.  Two hours.

1      Q.  Two hours?  Was it just you and he?

2      A.  Present was also Judge Clemon and a fourth

3   individual whose name I forget.

4      Q.  That's fine.  Did you review any documents with

5   counsel?

6      A.  No.

7      Q.  Did you review your reports with counsel?

8      A.  We went over my report.

9      Q.  Okay.  Have you reviewed any deposition

10   transcripts from this lawsuit?

11      A.  No.

12      Q.  Let's go to Exhibit 1, your initial report.

13   Page four, please.  Very first sentence, "The

14   Republican Party's ability to exploit white racial" --

15      A.  Wait, page four?

16      Q.  Yes.  The very top sentence.

17      A.  Okay.

18      Q.  "The Republican Party's ability to exploit white

19   racial anxiety beginning in the early 1960's and later

20   in the 1980's, by developing conservative policy

21   positions with race at the center, allowed it to

22   attract a growing number of white voters."  What do you

23   mean by the phrase "with race at the center"?

1    A.  That race is -- my opinion is that race -- you

2    cannot disentangle race from policy, and sometimes it

3    can be explicit with regard to perhaps something like

4    affirmative action.  Sometimes it's implicit, but that

5    -- so just about any issue that you could find, there

6    is a historical narrative in which race is implicated.

7    Q.  And it's Republican policy specifically that you

8    can't disentangle race from?

9    A.  Starting in -- I would say in the 1960's.

10    Q.  And skipping one sentence, I guess, so the

11    bottom sentence of that paragraph, "With white identity

12    politics occupying the center of Republican politics,

13    creating effective and enduring biracial coalitions is

14    extremely difficult, if not impossible."  What are

15    white identity politics?

16    A.  White identity politics are politics in which

17    white victimization or white privilege plays an

18    important role, sometimes explicitly, sometimes

19    implicitly, but they are policies in which the

20    attraction of white voters is the goal.

21    Q.  Okay.  To make sure I understand, to say that

22    race is at the center of Republican politics beginning

23    in the '60's is also to say that white identity

1    politics is at the center of Republican policy?

2        A.   I think one can say that, yes.

3        Q.   If white privilege and white victimization are

4    at the center of Republican politics, is that also to

5    say that Republican policy is at its core about white

6    interests and white values?

7        A.   I think a lot of it is.  I'm sure we could find

8    issues.  It's not every single issue, but if the

9    primary goal or one of the questions is why does the

10   Republican Party become viable in the South, in the

11   state of Alabama, it is because of their ability to

12   attract white voters.  And much of that attraction was

13   accomplished through politics that appealed to a

14   defense of privilege or a sense of victimization.

15       Q.   Do you believe that the Republican Party's

16   policy positions actually advantaged or gave preference

17   to white interests or white over black interests?

18       A.   What period are we talking about?

19       Q.   Let's start with the 1960's.

20       A.   I think -- okay.  Sorry.  Restate the question.

21       Q.   Do you believe that the Republican Party's

22   policy positions in the 1960's advantaged or gave

23   preference to white interests over black interests?

1    A.   I think in terms of how politicians talked about

2    things like the Civil Rights Act of 1964, then, yes.

3    Q.   Would you say yes as well if we are talking

4    about the 1970's?

5    A.   What issue are you speaking about in particular?

6    Q.   I'm not.  Just the Republican platform, the

7    Republican -- I think earlier you said that

8    conservative policy positions, plural, would develop

9    Republican Party with race at its center.  So I'm

10   speaking generally.

11   A.   I think if you looked at something like busing,

12   then while black parents were not huge fans of busing,

13   I think they saw busing -- busing is an issue without a

14   constituency.  But by the time busing becomes the

15   method by which equal opportunity and education can be

16   achieved, while black parents may not like it, it's the

17   best that they can hope for.  White parents see it as

18   -- as they see themselves as victims of an overleaning

19   federal state, trying to engineer something that they

20   are opposed to, right?  So I think with busing, then I

21   think -- I think race is at the center of that, and

22   white victimization is at the center of how many white

23   people feel about busing.

Page 30

1    Q.  And then jumping forward another decade into the

2   '80's and the Reagan era, would you also say that race

3   not only was at the center but that the Republican

4   Party was trying to advantage white interests over

5   black interests?

6    A.  Again, I would ask you, you know, I think we

7   need to be careful.  There is many policies in the

8   Reagan Administration, right?  But I think we can take

9   a number.  For example, affirmative action and/or

10   Reagan's -- let's say his attack on government

11   spending.  When cuts are made in departments that are

12   large employers of black people, yet not in others

13   where black employees are less prominent, for example,

14   the department of state, then I think you could say

15   yes, you know.  You can talk about -- when you are

16   talking about big government, right, those have racial

17   implications when the cuts in spending that he

18   implements are in departments that -- you know, like

19   HUD, like the Department of Education, like general

20   services that employ a lot of black people.  Right?  So

21   while he -- is he explicitly saying "I want black

22   people to lose their jobs"?  When you target those

23   organizations that employ a lot of black professionals

Page 31

1    and they bear the brunt of those cuts, whether in

2    employment or different types of social spending, then

3    I don't think you can ignore race.

4        Q.   And moving forward even further into the '90's,

5    with the Clinton Administration and the further

6    changing landscape in the South, are there specific

7    issues again that -- for which you cannot ignore race?

8        A.   For the Republican, here is what I would say to

9    that, which is as a historian -- and I try to do this

10   in my report, and Carrington kind of dinged me for it.

11   He says I wrap it up pretty quickly.  I think as a

12   historian and in terms of the sources that we have

13   available to us, you know, whether we are doing that

14   research ourselves or we are relying on the research of

15   others, I think the '90's is still a little early for

16   someone like me to say definitively this is what I

17   think about these policies because we don't -- you

18   know, the '90's is relatively recent for historians

19   honestly.  It's more the purview of political

20   scientists and others.  So in terms of my -- where I

21   would like to sort of ground my testimony, I'm not

22   terribly comfortable going past the '80's.

23       Q.   That's helpful.  So if the '90's are relatively

1   recent for historians, then certainly anything after

2   the turn of the millennium would be more so?

3       A.   Yeah.  I mean -- you know, I could tell you what

4   I think as an educated citizen of the state of Alabama.

5   But in terms of my training, my expertise, my level of

6   comfort making a scholarly assessment, I would say that

7   that is -- it's not appropriate for me to do that.

8       Q.   If called to testify at trial, would you opine

9   on the voting behavior of white southerners, for

10  example, after 2000?

11      A.   I would not.  I also don't -- I was very careful

12  also not to talk about voting behavior very much.  And,

13  you know, I might have slipped in a word here and

14  there, which if I were to do it over again would be

15  very -- much more careful.  But my task again was to

16  talk about party positions and how the party represents

17  itself and the positions that it takes.  How voters

18  respond to that is not -- you know, voter choice and

19  voter behavior really is a different academic area.

20           I think as a historian, there are ways that

21  you can try to discern that.  But for the latter, you

22  know, the more recent period, anything post '90's,

23  again, that's not my area of expertise.

Page 33

1    Q.  And you don't try to discern that?

2    A.  I try not to.

3    Q.  Having clarified it, thank you.  You are looking

4  again at party positions, party platforms and how they

5  present themselves to the electoral.  If called to

6  testify at trial, would you opinion on party positions

7  post 2000 and what they communicate to you as a

8  historian?

9    A.  I would talk about the roots perhaps of those

10  party positions, but no.  I would not talk about, you

11  know, what happened in the 2024 election or 2020.

12  Right?  Again, because that's not my area of expertise.

13    Q.  Okay.  Let's go to page six, please.  The first

14  full paragraph "beginning as a consequence," the last

15  sentence of that paragraph.

16    A.  Sorry.  Consequence, okay.

17    Q.  I will read it.  "The Democratic Party, whose

18  official symbol from 1904 to 1966 featured a rooster

19  and the slogan "White Supremacy for the Right," reigned

20  supreme in Alabama for the next 80 years."  I believe

21  you clarified this earlier in the paragraph, but for

22  the transcript, the beginning of that 80-year period,

23  was that 1932 roughly?

1    A.  That's a good -- let's see.  Honestly, I'm a bit

2    confused by that sentence.  So I don't -- I can't say

3    for sure when I start those 80 years.

4    Q.  It's not super important, but let's look at the

5    second sentence of that paragraph.  "During periods in

6    which Democrats were in the majority, especially

7    beginning in 1932, seniority brought committee

8    chairmanships and extraordinary power to kill any

9    legislation that threatened white supremacy."  Do you

10   think you might have been referring to the early 1930's

11   as kind of the beginning of that 80-year reign?

12   A.  No.  No.  I mean, honestly I would have to go

13   back and see when they -- when they adopted -- adopted

14   that slogan because obviously it's at least from 1904.

15   Oh, no, no.  What I'm talking about is that Democratic

16   Party itself, not the slogan and the -- right.  The

17   Democratic Party reigns supreme, right, from -- I would

18   say reading this paragraph, from the movement of

19   disfranchisement.  So that's more what I'm talking

20   about.

21   Q.  1901?

22   A.  Right.

23   Q.  Which would then put the tail end of that reign

1    in the '80's?

2        A.   I think that's when, you know, in terms of

3    having very little competition, right?  Doesn't mean

4    that they weren't still getting elected, but in terms

5    of what we see earlier in the century, it doesn't --

6    it's not the same, right?  Where there is absolutely no

7    meaningful Republican competition.

8        Q.   Early on in that reign, would you say that the

9    Democratic Party was the party of white supremacy?

10       A.   When you say early on, what are you talking

11   about?

12       Q.   At disfranchisement.

13       A.   Was the Democratic Party the party of white

14   supremacy?  Yes.

15       Q.   Did it ever stop being the party of white

16   supremacy?

17       A.   I think it -- are you talking about the national

18   Democratic Party or the state Democratic Party?

19       Q.   Let's do national first.

20       A.   Okay.  It's complicated because with the

21   Democratic Party being the primary party in the South,

22   southern members of that party in congress maintained a

23   lot of power throughout the 20th century.  However,

1    beginning in 1948 and let's start with '48 with Truman,

2    we began to see a split where the Democratic Party and

3    certain members, not white southerners, in congress are

4    beginning to -- I wouldn't say fully embrace but to

5    articulate a stronger civil rights position.

6              And so while I would say southern Democrats

7    hang on to policies and beliefs that are not conducive

8    to racial equality and, I think, you know, who hangs on

9    to what is really almost comes down to an individual

10   level.  Nationally, the party begins moving away in the

11   late 1940's.  And so members of that party remain

12   wedded to the defense of segregation while the national

13   party is promoting something and trying to move in a

14   different direction.

15   Q.  Okay.  Now moving to the state Democratic Party.

16   A.  Right.

17   Q.  Specifically Alabama.

18   A.  Uh-huh (yes).

19   Q.  Did it stop being the party of white supremacy

20   before it lost control?

21   A.  When do you say that it lost control?

22   Q.  2010.

23   A.  Again, I think, you know, unlike one of my

1    disputes with Carrington was he claims that I said the

2    switch was immediate.  I don't say that.  I think -- I

3    think -- I think there are -- I think the Democratic

4    Party locally had to move away from policies that kept

5    black voters as second class citizens once the Voting

6    Rights Act of 1965 was wedded.  Things are complicated

7    by you now have new black voters that want to

8    participate.  But in terms of whether once the Voting

9    Rights Act of 1965 is signed, do all white Democrats

10   and white political leaders in Alabama suddenly become

11   lovers of racial equality?  No.  It takes a while for

12   the party, locally or statewide, right, to figure out,

13   you know.

14            Like I said, it takes a while.  It takes

15   well into the 1980's, according to what I have read, to

16   figure out that balance, right?  How are we going to

17   embrace, incorporate black voters, black leaders,

18   right?  Black politicians who want a say in the

19   direction of the party without losing our base with

20   white voters who don't want to give all that up.

21            Some people did it more easily than others,

22   right?  George Wallace, although he does apologize for

23   his previous segregationist positions, he carries that

1  history with him.  Some black voters will -- they

2  believe that he is sincere, and actually I think he

3  gets 30 some percent of the black vote in his last

4  election as governor because black people have always

5  had -- they have always had to be pragmatic.

6            And I know I'm doing what I'm not supposed

7  to be doing, which is being a professor and trying to

8  go on and on.  And I sort of lost the thread of the

9  question.  But I don't -- I don't think you can

10  pinpoint time in which we say, okay, the Democratic

11  Party in Alabama no longer has members, leaders.  You

12  know, they are not going to push for segregation.

13  That's over.  And really nobody is -- you know, I think

14  nobody is pushing for segregation.  That fight is over,

15  right?  Then the fight moves into new terrains of

16  policy, of other types of ways in which, you know,

17  parties can carve out their positions.

18     Q.  At the end of page six, the last sentence, I

19  will read that, and then I will go on to page seven.

20  "In addition to creating constitutional barriers to

21  electoral participation, white Democrats crafted a

22  strong cultural narrative about the superiority of the

23  Democratic Party and the corresponding illegitimacy of

1  the Republican Party.  Democrats established their

2  legitimacy as the ruling party by creating a particular

3  interpretation of the southern past and the southern

4  present that made a virtue of white elite Democratic

5  rule, denigrated black culture, perpetuated a fear and

6  hatred of black political participation and the

7  Republican Party and taught reverence for the

8  antebellum South and the Confederacy."  Just so I'm

9  clear, when did that take place?  When was that attempt

10  to craft that narrative by the Democratic Party?

11      A.  That begins in the 1880's, and it continues well

12  into the 20th century.

13      Q.  How far into the 20th century, do you think?

14      A.  In terms of the Democratic -- members of the

15  Democratic Party pushing that narrative?  Again, we can

16  find individuals like Marie Bankhead Owen who never

17  gives up the ghost, and she is doing it well into the

18  1950's.  And that's no small thing in someone who is

19  from a Democratic Party, a Democratic political family

20  and head of a major state institution.

21          But in terms of the party itself, to a

22  greater or lesser degree, into the early -- you know,

23  the late 1950's and starting into the 1960's.  And then

1    certain individuals like George Wallace would continue,

2    I think, to use those symbols.  But again, it becomes

3    problematic when you have to attract black voters, and

4    these symbols and narratives, they are not helpful.

5        Q.  Can we go to page nine?

6        A.  Uh-huh (yes).

7        Q.  The middle paragraph there beginning "the

8    greatest threat," the second sentence.  "Protestant

9    leaders across the South expressed fear of Smith's, Al

10   Smith's, candidacy.  Many wondered whether cultural and

11   religious concerns might trump race in this campaign,

12   leading some white southern voters to abandon the

13   Democratic candidate to support the hated Republicans

14   and their popular candidate, Herbert Hoover."

15            And then jump to the next page, which is

16   still talking about this election.  The last two

17   sentences of that top paragraph, "Alarmed by Heflin's

18   bolt, the state Democratic Party countered with an

19   attack of their own, depicting Hoover as a supporter of

20   racial equality and reminding white Democratic voters

21   of the tragedy of reconstruction, when carpetbaggers

22   invaded the South and freedmen served in the

23   legislature.  A vote for Herbert Hoover, they cried,

Page 41

1    meant a return to black domination."  And one last

2    sentence, the second sentence or, excuse me, the third

3    sentence of the next paragraph, "Al Smith carried

4    Alabama by a mere 7,000 votes.  Roughly 100,000 Alabama

5    Democrats voted for Herbert Hoover."  Would you agree

6    that for at least those 100,000 Alabama Democrats,

7    religion did appear to turn race at least in that

8    election?

9        A.  No.

10       Q.  And why not?

11       A.  Because I think you have to look at who the

12   messenger is, right?  And the messenger for Alabama was

13   Cotton Tom Heflin, who, you know, never did a poll, but

14   he was one of the most virulent white supremacists.

15   Nobody was going to question his white supremacist

16   credentials.  So when I think -- and also if you look

17   at how he talks about papal conspiracies and, you know,

18   the pope is going to start -- I don't know.  I mean,

19   it's really crazy stuff.  But much of it involves race,

20   right?  He does not separate those things, and the fact

21   that he has these credentials, he is a -- you know, he

22   is a staunch white supremacist.  Nobody could besmirch

23   him of that.  I think that means something.

1          If it was somebody else, if it was a

2    Republican who was talking about papal conspiracies

3    and -- you know, and prohibition also.  You can't talk

4    about prohibition in the South without talking about

5    race.  And so, again, the messenger is important.

6              And so, no.  I don't think -- I think was

7    religion and prohibition part of it?  Of course, it

8    was.  Right?  But the fact that it is Cotton Tom Heflin

9    who is leading this charge is meaningful, and it is

10   embedded in ideas of white supremacy.

11     Q.  So even though the Democratic Party also tried

12   to use a racist to smear campaign against --

13     A.  Sure, Herbert Hoover.  Right.

14     Q.  Herbert Hoover, yet that didn't work incredibly

15   well or at least 100,000 Alabama Democrats still voted

16   for Hoover?

17     A.  Right.

18     Q.  Your position is that race was the driving force

19   behind their vote?

20     A.  I think it made them comfortable to go off the

21   reservation as it were.  Sorry, that's not a very

22   cultural sensitive thing, but to abandon the Democratic

23   Party again because of Heflin.  And so in some ways,

1   I'm not saying religion, right, the Catholicism of Al

2   Smith, his position on prohibition didn't matter.  But

3   if Al Smith had not -- Al Smith had not also been

4   presented as someone who -- by a white supremacist as

5   someone who -- you know, he is a New Yorker.  Right?

6   He hired black people.  He had black men supervising

7   white women.  I think if you take that way, I don't --

8   you know, it wouldn't -- I mean, it's a counter

9   factual, right?  I think it matters.  I don't think you

10  can divorce those things.

11     Q.  Okay.  Let's fast forward to page 24, and

12  Richard Nixon.

13     A.  Okay.

14     Q.  Go to the very middle of that paragraph

15  beginning "unlike Wallace."  Do you see that?  "Unlike"

16  is on the right-hand side of the page.

17     A.  Oh, yes.  Okay.

18     Q.  I will read a few excerpts.  "Unlike Wallace,

19  Nixon avoided supporting segregation openly.  He

20  developed what came to be known as a southern

21  strategy."  Just a quick question right there.  Do you

22  think Nixon supported segregation secretly?

23     A.  No.  Nixon was not a Segregationalist.

Page 44

1      Q.   Why did you phrase it as "unlike Wallace, Nixon

2   avoided supporting segregation openly"?

3      A.   Yeah.  I mean, I would agree that that's

4   probably not as carefully worded.  I think what I was

5   -- well, he didn't talk about it openly.  He didn't --

6   he didn't profess support for segregation.  So how

7   about that?

8      Q.   Okay.  Kind of skipping the rest of that, and

9   then moving on to the one beginning "Nixon

10  established."

11     A.   Okay, yes.

12     Q.   "Nixon established a politically safe terrain by

13  simultaneously affirming his belief in the principles

14  of equality while opposing the use of federal

15  intervention to enforce compliance.  A majority of

16  white Americans had come to believe that denial of

17  basic citizenship rights was wrong, but they were

18  opposed to the prospect of substantial residential and

19  educational integration imposed by the courts and by

20  the federal regulatory bureaucracy through involuntary

21  mechanisms, especially busing."  Could you turn the

22  page to page 25.

23     A.   Okay.

1    Q.  And the second sentence of that first full

2  paragraph, "Nixon carried through on his promises of

3  conservative judicial appointments" --

4    A.  I'm sorry.  Where are we?

5    Q.  It's the first full paragraph, beginning "Nixon

6  carries."

7    A.  "Carried much of the upper South"?

8    Q.  And then the second sentence.

9    A.  Sorry, okay.

10    Q.  "Nixon carried through on his promises of

11  conservative judicial appointments, relaxed enforcement

12  of school desegregation and opposition to busing to

13  achieve racial balance in public schools."

14    A.  Uh-huh (yes).

15    Q.  Could you go to Exhibit 3, which is

16  Dr. Carrington's report?

17    A.  Uh-huh (yes).

18    Q.  Specifically page 19.  The very last complete

19  sentence beginning "a Harris poll."  "A Harris poll

20  from 1975 found that Americans supported desegregation

21  by a 56 percent to 35 percent margin while the same

22  sample opposed busing 75 percent to 20 percent.  Thus,

23  a number of voters did not see busing as essential to

Page 46

1  achieving the goal of desegregation, a goal with which

2  they agreed.   Importantly, these statistics also

3  revealed far from boisterous support from African-

4  Americans.   In a 1973 Gallup poll, for example, only

5  nine percent of African-Americans rated school busing

6  at the top of their list of the best means for

7  integration."  I think you even mentioned this a little

8  bit earlier, but do you disagree that busing was

9  unpopular among both white and black Americans as a

10  means of desegregation?

11     A.   No.

12     Q.   And back to page 25 of your initial report.

13     A.   Uh-huh (yes).

14     Q.   I think I will just reread that one sentence

15  that I already read.   "Nixon carried through on his

16  promises of conservative judicial appointments, relaxed

17  enforcement of school desegregation and opposition to

18  busing to achieve racial balance in public schools."

19  Is it your opinion as a historian these three policies

20  made Nixon an attractive candidate to southern

21  segregationists?

22     A.   I would say so, yes.

23     Q.   Do a little bit of jumping around here, but

Page 47

1    could we go back to page 19 of Dr. Carrington's report?

2        A.   Okay.

3        Q.   The paragraph beginning "But hanging the hat."

4        A.   Uh-huh (yes).

5        Q.   I'm going to start reading at the reference to

6    Black & Black.  "Black & Black note that Nixon

7    positioned himself to southern voters as opposed to

8    segregation but favoring only voluntary integration.

9    Such a position would be quite the concession for white

10   supremacists to take in their voting preferences."

11   Skipping a sentence.  "Nixon's desegregation plan still

12   included substantial Justice Department-initiated

13   litigation, which Dean Kotlowski" -- K-o-t-l-o-w-s-k-i

14   -- "notes offended many white southerners, and thus

15   made questionable whether Nixon had swapped civil

16   rights enforcement for southern votes as his critics

17   complained.  After these executive branch lawsuits

18   began, a record number of African-American school

19   children went to integrated schools in the fall of

20   1969."  Then turning the page to page 20.  The first

21   full paragraph, the sentence beginning, "In 1968, 68

22   percent."

23       A.   First full paragraph.  Okay, yeah, yeah.

Page 48

1    Q.  "In 1968, 68 percent of black children in the

2    South attended single-race schools.  That number had

3    plummeted to eight percent by 1972, the year Nixon ran

4    for re-election.  Far from coming despite Nixon, these

5    welcome results happened in part due to his

6    administration's efforts."

7              Now I will skip a sentence.  "His budget

8    proposals to Congress asked to increase funding for

9    enforcing civil rights from 75 million to 2.6 billion

10   between 1969 and 1972.  In 1970, he approved a new IRS

11   policy denying tax exempt status to all-white private

12   schools, a move that especially went after institutions

13   in the South trying to avoid public school

14   integration."  The last thing I will read is the last

15   two sentences of the page on page 20.

16   A.  Which page?

17   Q.  Page 20, beginning "But Nixon forged ahead."

18   A.  Okay.

19   Q.  "But Nixon forged ahead, doing something the

20   Johnson Administration had not on this issue:

21   establishing numerical requirements for minority hiring

22   among those entities eligible for government contracts

23   with concrete timetables attached.  This policy, far

```
1    from a new attempt to woo southern segregationists,

2    went beyond Nixon's former position in favor of

3    persuasion over coercion when he was vice president

4    under Eisenhower."  Is it true that Nixon approved the

5    IRS taking away tax exempt status from private schools,

6    like Bob Jones?

7       A.  That, I don't know.  It's my understanding that

8    that was more of a Carter thing.  So I can't -- I can't

9    say for certain.

10      Q.  Is it true that integration was largely

11   accomplished to -- educational integration under the

12   Nixon presidency?

13               MR. BLACKSHER:  Object to the form.  Go

14   ahead.

15      A.  I won't dispute the number that he gives here

16   because I don't have a counter number.  However, I

17   would question what qualifies as integration.  And, you

18   know, is it one black student in an all-white school?

19   I think we would also need to look at how many white

20   students fled the public school system.  So I think

21   there is a lot of unpacking that I would need to do

22   about the degree of integration that takes place under

23   Nixon's watch.
```

1          I would also say with regard to -- I think

2    timing is important here, and also what the alternative

3    was.  If the question is ultimately why would white

4    southerners support somebody under whom, you know,

5    integration proceeded, what was the alternative?  The

6    alternative was McGovern.

7          And so in terms of Nixon keeping his

8    promise or being the better choice, of course, for

9    people who did not like enforced desegregation using

10   the tools of the Justice Department or the federal

11   bureaucracy, first of all, from what I have read -- and

12   this is not my particular area of research expertise.

13   There was -- there were certain things that Nixon just

14   simply couldn't stop that were already in the works

15   with regard to DOJ and career attorneys and timelines

16   and that sort of thing.  Nixon said, "I'm going to slow

17   down timelines.  We are going to stop this.  We are

18   going to appoint conservative southerners," which he

19   tried to do.  Some of them were not -- were not

20   approved for the Supreme Court.

21          But I think one thing Carrington ignores is

22   that Nixon was a much better alternative than Humphrey

23   and also a better alternative than McGovern in terms of

1  the pace.  At some point Nixon simply couldn't stop it,

2  and he knew that.  Right?  There were some things he

3  could do.  He could also -- when he comes to these sort

4  of minority, it's his Philadelphia plan, right, where

5  you have to have a certain number of contracts.  And

6  Nixon never -- there was never a racial conflict that

7  he didn't mind for political profit.

8         On the one hand, I think he truly believed

9  in providing economic opportunity for black people.

10  That was something that I think he could get onboard

11  with, but there was a bonus here for him with the

12  Philadelphia plan, which is it's a way to pit black

13  workers and black business owners and black contractors

14  -- and I think really where he is focusing on is the

15  building trades -- against white unions.  Two key

16  members of the Democratic Party coalition.

17         And so the Philadelphia plan, which I don't

18  know how much progress that ended up being for black

19  contractors.  While that's, you know, you could say,

20  "Well, look.  Look what Nixon is doing."  What he is

21  really doing, what he is really interested in is sewing

22  discord between two key members of the Democratic Party

23  coalition.

1        So I guess my response would be that one

2    would have to -- there is a lot more going on beneath

3    the surface, I believe, of what Carrington is saying.

4    He is picking and choosing statistics, and Nixon is a

5    complex guy.

6            But I think at the end of the day, what we

7    can say is that in terms of who -- who is providing a

8    policy on school integration that is more palatable to

9    a group of voters who are concerned about that issue

10   and that it's going too fast, Nixon was the better

11   choice.

12   Q.   Okay.  So Nixon was a better choice to those

13   concerned about desegregation than Humphrey or

14   McGovern.  Do you think it was a lesser of two evils

15   situation or Nixon was more a positive good and

16   Humphrey and McGovern were --

17   A.   I wouldn't look at it as the lesser of two

18   evils.  I mean, I think in '68 he was probably the

19   lesser -- or he was probably -- I mean, Wallace was the

20   better choice or the more palatable choice for a lot of

21   white southerners.  No.  I think there is a lot about

22   Nixon that -- I wouldn't think he was the lesser of two

23   evils.

1    Q.  So what policies specifically of Nixon's do you

2    think made him a positively attractive choice to

3    southern voters?

4    A.   What policies?  I mean, like I said, you know,

5    he did appoint conservative southerners to -- or he

6    nominated them.  Whether they succeeded in getting on

7    the court, right, he chose men who had a record of not

8    being pro-civil rights jurists.  Right?  Okay.  That's

9    something that white southerners can get behind.  They

10   were successful or not, that's not on Nixon.

11           So I would point to that and say, 'okay,

12   that's where he,' you know -- 'that's where he comes

13   through.'  I think when he says, you know, I am not

14   going to -- you know, probably more statements than --

15   you know, I'm not a Nixon policy expert.  But when

16   Nixon talks about forced busing, using the power of the

17   state to make desegregation or integration a fact of

18   life, you know, that is something that white

19   southerners can get behind.  Whether he is actually

20   able to do that, I think, is kind of beside the point

21   politically.  He says that he is against it.  And

22   whether desegregation continues under his watch, again,

23   there is very little -- he doesn't get punished for it.

1   There is very little that he can do once that ball is

2   in motion, I think, as president.

3           And, yeah.  He is not -- they don't punish

4   him for it, right, because again, what's the

5   alternative?  The alternative is George McGovern.

6       Q.  The section titled "Stymied in the 1970's" on

7   that same page, 25.

8       A.  Uh-huh (yes).

9       Q.  This is page 25 of the initial report, Exhibit

10  1.  The second sentence, "Despite Nixon's success in

11  1972 and despite the fact that the national Democratic

12  Party by 1972 had become increasingly fractured and

13  defined by its liberal-reform wing that was dedicated

14  to using federal machinery to expand and secure rights

15  for those at society's margins, southern Democrats in

16  the House and the Senate withstood the Goldwater and

17  Nixon challenges."  This liberal reform wing you

18  mention, is that what some refer to as the New Left?

19      A.  I don't like that -- I don't like that term.

20  What I would talk about there would be groups that --

21  like the women's -- people interested in women's

22  rights, people interested in gay rights.

23          New Left, I think, by this point, I mean, I

Page 55

 1    guess you could call it that.  When I think about the

 2    New Left, I really associate it more with the Vietnam

 3    War and opposition to that war.  But, you know, that's

 4    fine.  We can use that term.

 5    Q.  Okay.  Were Humphrey and McGovern liberal reform

 6    candidates?

 7    A.  Humphrey was not.  Humphrey was a pretty solid,

 8    you know, Democrat whose base of support was with labor

 9    unions.  That was one of his, you know, major areas of

10    support, slightly less civil rights groups.  McGovern

11    had -- you know, was to the left, although he had a

12    strong -- both McGovern and Humphrey had strong voting

13    records for working-class issues.

14            I think in terms of, you know, McGovern was

15    -- had more of an ear for women's rights, for gay

16    rights, for the anti-war movement.  Right?  Humphrey

17    was Johnson's man.  Right?  He was going to continue

18    that policy.  And so I think they are two -- I would

19    put McGovern to the left.  And, of course, he was

20    absolutely slaughtered in '72.

21    Q.  To what degree had the Democratic Party by 1972

22    become fractured and defined by the liberal reform

23    wing?

1    A.   I don't think it had become defined by it, but

2    it was certainly cracking.  The party itself comes up

3    with new rules with regard to who can participate or

4    who -- yeah, who participates in the convention and the

5    delegate process so that you do have more -- you know,

6    you have to have -- if you are sending a delegation --

7    and again, I don't know the rules specifically, but

8    there had to be more young people.  There had to be

9    more people of color.  There had to be more women.  And

10   all of those groups have -- you know, those are in many

11   ways, except for African-Americans, right, these are

12   now constituencies with new concerns that are moving

13   the party to the left.

14             The counter balance to them is organized

15   labor, which remains supportive of the war in Vietnam.

16   A fairly staunch supporter of civil rights initiatives,

17   right, labor is usually in the forefront of a lot of

18   those fights going back to the '30's.  But there are

19   places, you know, where they might differ.  So I think

20   in '72, you really start seeing, yeah, the impact of

21   these new previously marginalized groups beginning to

22   make their voices heard, and the Democratic Party is

23   opening the door to that.

1        THE WITNESS:  Can I get some more coffee?

2        MR. GEIGER:  Yes.  Can we go off the

3    record.

4                    (Recess taken.)

5    Q.  (BY MR. GEIGER)  Page 26 of your initial report,

6    Exhibit 1.

7    A.  When you say page 26, are we talking about

8    your --

9    Q.  I'm only talking about yours.

10   A.  Okay.

11   Q.  The very middle of that middle paragraph

12   beginning "Wallace's strident racial appeals secured a

13   base of support among white voters that Republicans

14   found impossible to break."

15   A.  Uh-huh (yes).

16   Q.  And I want to reference one sentence in your

17   supplemental report, this is on Exhibit 2, but yes,

18   it's also Exhibit C.  Exhibit 2, page six.  The first

19   sentence of the first full paragraph, you write,

20   "George Wallace was the most consequential politician

21   in Alabama in the second half of the 20th century."

22   How long did Wallace's strident racial appeals that you

23   reference stymie Republican efforts in Alabama?

1    A.  I mean, Wallace -- and here, I think when we

2    talk about strident racial appeals, we can't ignore the

3    ones he had made in the past.  Those stay with him,

4    right?  Even when he runs in 1982, apologizes to black

5    voters and seems to have put that part behind him, it's

6    a part of who he is.  It's still part of his record.

7    So I think it stays with him, right?  Whether he is

8    overtly making racial appeals or not or whether he is

9    apologizing to black voters, again, black voters have

10   to be -- got to be pragmatic.

11          Why did they vote for Wallace in '82?

12   Because he is powerful, because he maybe did bring them

13   things like the junior college system.  But in terms

14   of, you know, there was no room for -- you know, I

15   guess when I say strident racial appeals, I'm thinking

16   more about his past, sort of pre-early '70's.  As we

17   get into the '70's, strident racial appeals are

18   becoming -- you know, it's not something that

19   Republicans are necessarily going to adopt, but there

20   is no room for them to maneuver even sort of if they

21   are using implicit racial appeals because Wallace has

22   that covered.  Right?

23          And so I think when they think about George

Page 59

1    Wallace, we don't think about George Wallace just in

2    one particular place in time.  We have to think about

3    George Wallace in 1958 George Wallace or 1962 George

4    Wallace.  So you can't divorce him from his history.

5        Q.  Wallace had implicit racial appeals covered

6    during the '70's, I think I heard you say?

7        A.  And I would say even until '82, the last time

8    that, you know -- he is who he is.

9        Q.  I would like to introduce this article from the

10   Washington Post archives.  This will be Exhibit 4.

11                 (Defendant's Exhibit 4 was marked for

12                           identification.)

13       Q.  (BY MR. GEIGER)  This is an account of that

14   apology, which you have now referenced a few times.  If

15   you can flip the page to the back, this Post,

16   Washington Post author writes, "The evidence suggests

17   genuineness.  In 1979 at the Dexter Avenue Baptist

18   Church in Montgomery where Martin Luther King, Jr.,

19   pastored in the 1950's, Wallace made an unpublicized

20   and unannounced Sunday morning visit to the

21   congregation.  As recounted by Stephen Lesher in his

22   1994 book, 'George Wallace, American Populist,' the

23   former governor was pushed up the aisle and spoke.  'I

1    have learned what suffering means in a way that was

2    impossible before the shooting.  I think I can

3    understand something of the pain black people have come

4    to endure.  I know I contributed to that pain, and I

5    can only ask your forgiveness.'"

6              And skipping a paragraph, "In Wallace's

7    last term as governor in the late 1980's, he hired a

8    black press secretary, appointed more than 160 blacks

9    to state governing boards and worked to double the

10   number of black voter registrars in Alabama's 67

11   counties.  In part, it was the politics of patronage.

12   In his last race for governor, he won with 60 percent

13   of the vote and well over 90 percent of the black vote.

14   But on a deeper level, it was using his waning

15   political power to bond with those he once scorned.

16   Tuskegee Institute responded with an honorary degree. "

17             So I know that's some question of the

18   genuineness, and that's not what this is about.  But

19   rather, I'm still interested in your opinion that

20   Wallace's past is carried with him into the '80's, into

21   his last term as governor.  Can you explain that a bit

22   more to help me understand how after a moment like

23   that, his segregation, his past, still to a degree

1    still defines him in his last term?

2        A.   Uh-huh (yes).  Well, I think part of it would

3    have to -- you know, that lies on the individual voter.

4    Do people believe him?  And it's -- you know, if I'm a

5    white voter in Alabama and I see him apologizing in a

6    black church, I can choose whether to believe that or

7    not.  I can choose to believe whether that's a

8    legitimate change of heart and embrace -- I mean,

9    whatever is quoted here.  I mean, he is only talking

10   about now that he has been shot, he recognizes that he

11   has caused pain.  Okay.

12            You know, there is nothing here about equal

13   opportunity or equality or whatever.  And if I'm a

14   white voter, I can -- you know, I get to interpret that

15   statement.  Right?  I still see the same man, you know,

16   who stood in the schoolhouse door.  And I can choose to

17   believe whether he has changed or not as can -- as can

18   a black voter.

19            So I think simply because you apologize and

20   you do some hiring, it doesn't -- it doesn't erase who

21   you were, and voters are welcome to interpret this the

22   way they want to.  I mean, they know George Wallace

23   really well.  George Wallace has been a part of

1  political life for 30 years or 20 whatever, 25 years.

2  And to say that people -- now that, you know, he has

3  made a statement, suddenly white voters have to accept

4  what is perhaps presented to them as a new version of

5  Wallace, who can say?  You know, that's up to them to

6  interpret.

7      Q.  So then, I guess, that makes sense to me.  But

8  when you write that "Wallace's strident racial

9  appeals," which I guess would include implicit appeals,

10  "secured that white base that Republicans found

11  impossible to break," what's your evidence that that

12  difficulty to break into the white vote by the

13  Republicans lasted into the '80's because of --

14      A.  Because they say so.

15          MR. BLACKSHER:  Y'all are talking over each

16  other.

17          THE WITNESS:  Oh, I'm sorry.

18      Q.  (BY MR. GEIGER)  The last part of my question

19  was because of Wallace's history?

20      A.  Right, because that is what Republican

21  candidates say, right?  That he still occupies center

22  stage in Alabama politics, and it's hard for us to find

23  a place to maneuver.  And so -- in fact, I was just

Page 63

1   reading something the other day.  I could get you the

2   citation, if you need it.

3            But over and over again, that is what they

4   say.  There is no place for us because he has that

5   covered.  Whether he is going to continue the policies

6   of '62 or not, right, he carries that with him.  And so

7   if we -- you know, we will try -- we see our future in

8   appealing to white Alabama voters.  But as long as this

9   guy is here, as long as white Democrats who are not

10  Wallace can separate themselves from this increasingly

11  liberal national Democratic Party, there is no place

12  for -- you know, it's very, very hard for them.

13  Q.  I understand that in the '80's, in response to a

14  powerful figure like Wallace was and the power that he

15  still had in the mind of the average Alabamian, both

16  white and black, but was it Wallace as the

17  segregationist, as the former segregationist, that --

18  A.  I think it's Wallace -- sorry.

19  Q.  Was it the Wallace as the former segregationist

20  that kept Republicans out or was it just this powerful

21  figure who was publicly a repensive segregationist and

22  one who had disallowed that --

23  A.  I mean, Wallace was not a segregationist by the

1    1980's.  I mean, he doesn't promote segregation in

2    1982.  He is not -- he doesn't do that.  But again, he

3    has spent his entire political life as the torchbearer

4    for mostly working-class whites and some middle -- you

5    know, who feel like all of these changes have

6    disadvantaged them.  And he -- they still believe in

7    that, regardless of his apology, regardless of his

8    hiring of 160 people.  They still see him as their

9    champion.  And so, no.  I wouldn't say that he is

10   making -- you know, he is promoting segregation in

11   1982.  He is not doing that.  But these appeals that he

12   made in the past, these echos of the older George

13   Wallace, are still there.

14       Q.  Is he promoting race-based policies in 1982?

15       A.  That, I don't know for sure.

16       Q.  Do you think that white southerners in 1982 were

17   voting for him for racial reasons?

18       A.  I think you can't separate whatever it is George

19   Wallace is doing from some sort of implicit appeal to

20   white voters.

21       Q.  Because of their race?

22       A.  Because of their feelings of victimization, and

23   his -- and his expert ability to exploit that.

Page 65

1    Q.   Let's turn to page to page 27.  The second

2    paragraph begins, "The Republican party in the 1980's

3    did not shy away from racial messaging."  And I'm just

4    going to skip to the third paragraph.  "Under Reagan's

5    leadership," do you see where I'm at?

6    A.   Yeah, yeah.

7    Q.   "Under Reagan's leadership, the Republican Party

8    in the 1980's pursued a conservative agenda that, while

9    not explicitly racist, had race at its center.

10   Republicans pursued a range of policy prescriptions

11   that relied on the belief that the black community is

12   marked by higher rates of crime and illegitimacy, a

13   weakened family structure, low achievement in

14   educational levels, and greater demands on the welfare

15   system."  I'm going to go back up a little bit to the

16   Lee Atwater quote.

17   A.   Yeah.

18   Q.   "Republican strategist Lee Atwater in 1981

19   admitted that, quote, 'The whole strategy was based on

20   coded racism, the whole thing,'" end quote.  Did you

21   listen to the whole interview of Atwater by Alexander

22   Lamis in 1981 that this quote is taken from?

23   A.   No.

1    Q.  I would like to give you a transcript of a

2    portion of that interview in context.  And also because

3    I am not a person -- I want the audio of that part, and

4    we can follow along.  And the audio is not -- I have

5    tried this before, and it's not excellent.  It seems

6    like the microphone is a little bit far away from

7    Atwater and Lamis, but I think we'll be able to hear.

8    I'm not positive our Zoom listeners will hear, but

9    again, the transcript is going to be in the record.  So

10   I will go ahead and mark and publish the transcript

11   now.

12                (Defendant's Exhibit 5 was marked for

13                     identification.)

14   Q.  (BY MR. GEIGER)  Exhibit 5.

15                MR. BLACKSHER:  Hold on a second here,

16   Soren.  I'm concerned about authenticity,

17   authenticating what we are about to read or listen to.

18                MR. GEIGER:  I have the whole transcript I

19   can also introduce into evidence, and I can --

20                MR. BLACKSHER:  What is being marked as

21   Exhibit 5?

22                MR. GEIGER:  That's a transcript of the

23   portion of the -- an audio portion of the interview we

Page 67

```
 1    are about to listen to.
 2              MR. BLACKSHER:  Okay.  What was the date of
 3    the interview?
 4              MR. GEIGER:  It's in 1981.
 5              MR. BLACKSHER:  And where is it available
 6    publicly?  How did you get it, in other words?
 7              MR. GEIGER:  It's available publicly
 8    online.  You don't have to go through any pay wall or
 9    any subscription service.
10              MR. BLACKSHER:  Okay.  So is there any
11    problem in introducing the entire interview?
12              MR. GEIGER:  No.  That can be Exhibit 6.
13              MR. BLACKSHER:  Pardon?
14              MR. GEIGER:  That can be Exhibit 6.
15    Exhibit 5 is just the relevant portion of the 41-minute
16    interview.
17              MR. BLACKSHER:  Okay.  Is this the
18    interview in which he made the infamous remark about
19    "you can't say nigger, nigger, nigger again"?
20              MR. GEIGER:  It is.  That's not the portion
21    that Dr. Frederickson quotes.  That's later on so we
22    are not going to be listening to that.
23              MR. BLACKSHER:  We will be listening?
```

Page 68

1          MR. GEIGER:  We will not be.

2          MR. BLACKSHER:  Okay.

3               (Audio played.)

4     Q.  (BY MR. GEIGER)  Okay.  So did you include the

5  quotation, "The whole strategy was based on coded

6  racism," the whole thing as descriptive of Reagan's

7  strategy in your report?

8     A.  Yeah.  I'm looking at -- I want to look at the

9  footnote for that because I'm citing somebody else who

10  is citing Goldwater -- or sorry, Atwater.  Okay.  And

11  also Dan Carter.  Yes.

12     Q.  Do you agree based on what we heard in context

13  that Atwater was talking about the old Southern

14  strategy, not Reagan's campaign?

15     A.  I would follow up on --

16          MR. BLACKSHER:  Object to the form.  Go

17  ahead.

18     A.  I would follow up on what Mr. Blacksher was

19  speaking of is that I would need to read -- listen to

20  the entire -- to the interview in the entirety.  In

21  terms of, you know, there is times when he says the

22  word that or this or whatever.  I mean, before I would

23  answer that, I would need to listen to or read the

Page 69

1    entire interview.  But regardless of what Atwater is

2    saying, you know, and then he goes on to talk about --

3    well, he only talked about economics or national

4    defense.  And I think as I answered in my supplemental

5    report that those things are not race neutral.

6        Q.  What do you mean of his -- of Atwater's

7    statement that race was not a dominant issue in 1980?

8        A.  I would say then why start your -- you know,

9    kick off your campaign in Philadelphia, Mississippi?

10   Hardly a metropolis, but a highly charged location to

11   talk about State's rights.  And then he goes on to talk

12   about the Voting Rights Act.  Nobody is saying in 1980

13   that black people shouldn't vote.  Right?  We are well

14   beyond that.  But going to Philadelphia, Mississippi,

15   where three civil rights workers were murdered and then

16   talk about State's rights and local control, the racial

17   overtones of that are difficult to ignore.

18       Q.  The end of the next page, page 28, the sentence

19   beginning "In the 1980's and 1990's," kind of halfway

20   through that paragraph, the bottom paragraph.

21       A.  Sorry.  What does it start with?

22       Q.  "In the 1980's and 1990's."

23       A.  Okay.

1    Q.  "In the 1980's and 1990's, the Republicans

2    incorporated additional conservative themes of anti-

3    feminism and religious fundamentalism that were

4    interwoven with racial resentment.  As one scholar has

5    noted, 'Even when not directly on the surface, race

6    lurks beneath nearly every issue in state politics.'

7    Polls have shown that white evangelicals are

8    disproportionately more likely to voice support for

9    policies and politicians that have racially

10   conservative implications."  I don't see a citation at

11   the very end to any polls.  Are you familiar with what

12   polls those might have been?

13   A.  No.  They are probably cited in a secondary

14   source so that's my error.  But most of -- a lot of

15   polls are included in the Angie Maxwell/Todd Shields

16   book, "The Long Southern Strategy."

17   Q.  And the very end of what I just read, what are

18   racially conservative implications?

19   A.  Where are we talking about?

20   Q.  The same sentence, "Polls have shown that white

21   evangelicals are disproportionately more likely to

22   voice support for policies and politicians that have

23   racially conservative implications."

1      A.   Well, for example, public spending on welfare,

2    which on its face seems race neutral until you see that

3    those cuts fall disproportionately on black families,

4    right?  So there is many -- I think many elements of a

5    broader conservative agenda that have racial

6    implications or government spending, like I mentioned

7    before.  Right?  We are going to cut the size of

8    government.  Well, that has racial complications

9    because government, courts, have been the tools through

10   which different decisions, whether they are with regard

11   to civil rights or women's rights, have been pursued.

12      Q.   Do you agree with David Hughes who you cite in

13   footnote 58 that race lurks beneath nearly every issue

14   in the state's politics?

15      A.   Yes, lurks beneath a lot of them.

16      Q.   If I were to name a few of the more prominent

17   issues from that era, the era being the 1980's and

18   '90's, could you articulate how you think they are

19   connected to race?

20      A.   Maybe.

21      Q.   Let's try a few.  Why do you think that race

22   would lurk beneath the issue of religious liberty?

23      A.   Who is talking about religious liberty?

Page 72

1     Q.   School prayer, for example.

2              MR. BLACKSHER:   Object to the form.

3     Q.   (BY MR. GEIGER)   Does race lurk beneath the

4     issue of school prayer?

5     A.   I think race is connected -- that you can't

6     divorce the politicization of evangelicals in the late

7     1970's around issues of school prayer without

8     acknowledging that those same people were supporters of

9     segregation.  Right?  So while you might -- so I think

10    there is a connection with regard to individuals, and I

11    think there is also a connection with regard to what --

12    you know, sort of the proper role of government.  And

13    so if government and the courts have been the tools by

14    which disadvantaged groups, particularly African-

15    American's have sought an equal playing field or

16    equality, but then those same tools are being

17    criticized for, you know, denying religious liberty or

18    what have you, I don't think you can separate those

19    things.

20    Q.   Okay.  What's your basis for believing, or do

21    you believe, that race lurks beneath the issue of

22    abortion?

23    A.   I would say the same thing, that race again

Page 73

1    politicizes evangelicals who took up abortion.  First

2    of all, that's a new issue for them.  But again, the

3    same people who are articulating what they call, you

4    know, family values conservatism are the same people

5    who pushed against efforts, you know, to desegregate

6    schools, to desegregate -- to deny, you know, 501(c)(3)

7    status or whatever it is to religious schools.  So is

8    it at the heart of abortion?  No, but it's not

9    unrelated.

10       Q.  And it's related because those figures who

11   prominently advocate against the issue of abortion have

12   also advocated on issues of race or against issues of

13   racial equality?

14       A.  Yes.  I mean, that's -- I would point to my

15   own -- my supplemental report where I address Falwell,

16   Jesse Helms.

17       Q.  So that aspect of their advocacy taints the

18   other non-explicitly racial issues with race?

19       A.  I wouldn't use the word taint.  I would say it

20   makes it very difficult to disconnect them.  Is every

21   person opposed to abortion also opposed to equal rights

22   for black people or whatever?  No, of course not.  I'm

23   sure there are black individuals who because of their

Page 74

1  religious beliefs are anti-abortion, but I think the
2  broader question is people claiming rights.  Right?
3          Abortion doesn't become an issue for
4  evangelicals until women demand it as a right and it
5  becomes a protected right.  Before that, it was a
6  Catholic issue.  Right?  So it's the expansion of the
7  tools of government to ensure rights in this case for
8  women that suddenly it becomes an issue around which to
9  galvanize.  And so it's that -- I think it's that put
10 into that broader context, and again, that context
11 concludes rights for African-Americans as well in my
12 opinion.
13    Q.  Along similar lines then, same sex marriage
14 rights, are they also -- is the issue and the argument
15 surrounding that issue also related to race?
16    A.  Same sex marriage was not an issue in the '80's
17 and '90's.  So I'm not going to address that because
18 I'm not -- I have not studied that issue as a political
19 issue.
20    Q.  Okay.  What about tax policy?
21    A.  What about it?
22    Q.  In the '80's and '90's, was that issue related
23 to race?

1    A.  I think so because ultimately with Reagan's tax

2    policy, a lot of the burden is shifted to -- there is a

3    couple of things that's happening.  Right?  You can

4    never divorce any issue from anything else.  And I

5    think as historians, it's our duty to find out how

6    these things interact to a lesser or greater degree.

7    And so I think Reagan's tax policy, which shifts the

8    burden to middle and working-class people at the same

9    time that welfare roles have been expanding, those

10   individuals are told both implicitly and explicitly

11   that they are bearing the cost of government spending

12   for poor people.  And by the 1980's, welfare spending

13   over the course of, you know, two decades of discussion

14   is being coded as white -- or as black, excuse me, even

15   though, you know, numbers show us that there are more

16   white welfare recipients, but a greater percentage of

17   black families avail themselves of things like AFDC and

18   food stamps.

19            And so when tax burdens are shifted, people

20   feel that they are burdened.  Those burdens are seen to

21   be benefitting black people unequally, then, yes, I

22   think it has racial implications.

23    Q.  Going back to the issue of abortion, focusing on

1   party positions unnecessarily on voter behavior and

2   voter attention; is that right?

3       A.   Uh-huh (yes).  Try to.

4       Q.   So in the 1990's, for example, the Republican

5   Party position, pro-life position, do you view their

6   inclusion of that in their platform as tied to race at

7   its core or at its periphery tied to race?

8       A.   I wouldn't go so far as to say at its core, but

9   again, I will refer back to my earlier comments about

10  the use of government, the demands of marginalized

11  people for protections, that all of those things are

12  taking place within a large conversation, and that

13  conversation very much includes rights for blacks.

14      Q.   Is it that whenever --

15      A.   And let me -- can I continue?

16      Q.   Yes, please.

17      A.   Also, I mean, I think you also have to consider

18  the fact, as I have already said, right, that these are

19  -- these are rights being demanded by women, which

20  again, part of a larger conversation about the Equal

21  Rights Amendment, right, and the women's sexual

22  liberation movement which draws out of the civil rights

23  movement.

1          So I don't think you can slice and dice

2     these things and say abortion is only about -- now for

3     an individual, I'm not going to say what an individual

4     thinks.  But I think as far as a larger conservative

5     agenda, these things are connected.

6          Q.  So whenever a marginalized group has a right

7     threatened, is that related to race?

8          A.   Whenever a marginalized group has a right

9     threatened, is that related to race?  I would say

10    whenever a marginalized group proclaims a right and

11    seeks protection, I think if you want to understand the

12    articulation of that right and what it is they are

13    demanding and their demands for inclusion and

14    protection, you can't necessarily have -- I mean,

15    again, we are talking in generalities so I would have

16    to know what rights you are talking about.  I think

17    within the context of American history, I think race is

18    always part of the discussion.

19         Q.  Let's go on to page 29 and try to wrap up this

20    discussion of your initial report before lunch.  About

21    seven or eight lines up from the very bottom, sentence

22    beginning, "Since the 1970's."

23         A.   Uh-huh (yes).

1    Q.  "Since the 1970's, Democrats have lost seats in

2    almost every legislative election cycle, due largely to

3    their loss of support among rural white voters."  Jump

4    over to Dr. Carrington's report real quick, page 18.

5    The last sentence of that very top portion of the

6    paragraph, "Not until the 2010's did rural Southerner

7    whites align with the GOP more than urban whites."

8    A.  Uh-huh (yes).

9    Q.  Why do you think rural white voters were so slow

10   to switch to the GOP in the South?

11   A.  Part of it is, I think, the proximity -- well, a

12   couple of things.  First of all, I think Democrats just

13   had a deeper bench.  I don't think we can talk about

14   the viability of the Republican party without looking

15   at, first of all, how very, very skilled Democratic

16   politicians were.  I think Howell Heflin would be a

17   great example of that.

18          And somebody who could thread the needle

19   with regard to his own sort of more conservative

20   positions on something like school prayer with his

21   support for affirmative action.  And he could -- and

22   that is one reason why it's so hard -- you know, so,

23   first of all, I think Republican Party just had -- it

1  took them a very long time to develop a party

2  structured to develop a party to field candidates at

3  lower levels who then could become part of their bench,

4  right?  And so just weren't very good candidates.

5  Right?  They were pretty bad actually.

6          So part of it is just kind of the human

7  element that Democrats were just better.  Right?  They

8  were just stronger, better candidates.  I think also in

9  the 1970's, we still have that kind of human connection

10  in terms of party leaders with the new deal.  The new

11  deal is transformative for poor people, but more so

12  working-class people.

13          And there was a special transformative for

14  white people.  They were the beneficiaries of that

15  government largess and those government rights to a

16  much greater extent than were black people.  I think as

17  that connection gets attenuated and stretched out,

18  right, as people who might have voted in the '30's,

19  '40's and '50's died, right, that connection is not

20  there.  All right.  Sorry.  Remind me of your

21  original --

22    Q.  So I will just ask a follow-up question along

23  those same lines.  So in the 1990's, was the Democratic

1    Party in the South trying to keep their white base,

2    what was left of it, with appeals to race, do you

3    think?

4       A.   I think they were trying to find policy

5    positions that did not aggravate black voters and make

6    them feel that black people were getting -- you know,

7    whether we agree that these are additional benefits or

8    not, I think they try to carve out policy positions

9    like -- and even this is not -- this is not free of

10   racial implications, like infrastructure, right?

11            They try to carve out policy positions that

12   can attract enough white voters and not lose too many

13   black voters.  And again, black voters, they don't have

14   the luxury of shopping around, right?  They are a

15   minority population.  The Democratic Party, the

16   national party, has proven itself to be receptive and

17   sensitive to their needs and desires.

18            And so there is really sort of no option

19   for them, but the Democratic Party can't -- you know,

20   the only way it can compete, it has to hang on to a

21   certain percentage of white voters.  And so finding

22   policy positions that, again, can sort of thread that

23   needle is becoming increasingly difficult and

1    especially at, you know, the national level where black

2    voices are becoming more prominent.

3              Jesse Jackson would be a good example of

4    that, and that makes white voters in the South -- you

5    know, they are not supporters of Jesse Jackson, right?

6    He is kind of their worst nightmare in terms of this

7    has become the black people and black needs and black

8    desires and, therefore, it's a zero game.  We will be

9    disadvantaged.

10    Q.  A couple more things real quick.  The first

11    paragraph on page 29, "Building on the position that

12    Nixon had pioneered and Reagan had expanded, by the end

13    of the 20th century, race and white anxiety formed the

14    bedrock of conservative political idealogy and was

15    embedded in conflicts surrounding taxes, spending,

16    education, crime and welfare as well as the promotion

17    of what came to be known as family values issues.

18    Racial attitudes become a central characteristic of

19    both ideology and party identification, integral to

20    voters' choices between Democrats and Republicans."

21    And then the second to the last sentence on this page

22    beginning "Only 17 percent."

23    A.  Okay.

Page 82

1   Q.  "In Alabama, only 17 percent of white voters

2   identify as Democrats and only 15 percent of black

3   voters identify as Republicans."  Is it your opinion as

4   a historian that the racial breakdown of the two

5   political parties is the result of race and white

6   anxiety?

7   A.  I think the racial breakdown of the parties is

8   due to a lack of effort on the part of the Republican

9   Party to attract black voters and to appeal to white

10  voters, whether the voters themselves feel anxiety or

11  not or they choose on that.  I try not to get too far

12  into voter choice.

13  Q.  The last sentence of that top paragraph that I

14  read, you write, "Again, racial attitudes become a

15  central characteristic of both ideology and party

16  identification, integral to voters' choices between

17  Democrats and Republicans."

18  A.  If I were to write this over, I would probably

19  take out "voter choices."

20  Q.  Okay.  How would you know -- first, strike that.

21  During the period you have studied, ending with the

22  1990's, did race dominate Southern politics?

23  A.  How would you define dominate?

1    Q.  Using some of the phrases that you have used,

2  it's central to party politics.  It's embedded in

3  almost every issue.

4    A.  Yeah.  I mean, I think saying it dominates is

5  saying it's implicated in a lot of different issues.

6  So, yes.  I would say that you can take a multitude of

7  issues, and you don't have to scratch too far below the

8  surface to find that there are racial consequences and

9  racial implications.

10    Q.  Is it the most important issue that might be

11  lurking below the surface?

12    A.  Are you asking me as a historian or as a

13  citizen?

14    Q.  As a historian.

15    A.  As of 1990?  I would say -- I would say it's the

16  most intractable.

17    Q.  How would you know when it has stopped being the

18  most intractable?

19    A.  Uh-huh (yes).

20    Q.  What would you look for as evidence of that?

21    A.  Being a historian, what I would first have to do

22  is wait.  In someone who is interested in party

23  politics, I think I would have to wait until people's

Page 84

1  papers are available and I see communications that

2  people are having with -- the politicians are having

3  with voters.

4         I truly believe as a historian that you

5  really can't talk about sort of voter desire and voter

6  choice until you actually get the voices of voters.

7  And so we get some snippets of that in polls, but, you

8  know, questions are worded weirdly.  What you can see

9  in politicians' papers though are people writing and

10 saying, "This issue is important to me.  I like this

11 issue because I'm concerned about X."

12        And so I think in order to understand,

13 okay, when does it get eclipsed, you know, I can't say

14 because I don't think the evidence is available for me

15 to survey.  Speaking as -- well, I will just leave it

16 there.

17 Q.  Would it be significant evidence to you that it

18 has been eclipsed if conservative issues were beginning

19 to wane in popularity?

20 A.  So in other words, if there was a progressive --

21 I mean, I would have to -- I would have to see what

22 issues are coming to the forefront.

23 Q.  Hypothetically, if the Republican Party threw

1    off the pro-life policy position, disavowed it, would

2    that be evidence to you that race was beginning to lose

3    some of its force in Republican politics?

4        A.   Not necessarily, because the pro-life position

5    is -- first of all, I don't see that happening.  But

6    second of all, it's interconnected.  So I would have to

7    see -- you know, I would have to see the context.

8        Q.   Looking at how voters vote, whether they vote

9    Republican or Democratic, is that evidence one way or

10   the other of the influence that race has upon politics

11   in the South?

12       A.   I mean, it's not meaningless, right?  And I

13   think if -- you know, what you can say is you can look

14   at it, look at a campaign.  You can look at all the

15   materials surrounding an administration or a politician

16   and their positions.  Look at the issues that they

17   emphasize, how often do they talk about it, how do they

18   talk about it, what are people responding to.  And then

19   you look at the vote.  I think you can say if all a

20   politician talks about is white supremacy and he gets

21   90 -- or she gets 99 percent of the white vote, then I

22   would say yes, race is pretty important.  But I think

23   it's something that we need to be -- you know, it takes

1    care, and it takes time.  And I do think as a

2    historian, I think it takes some distance.

3        Q.  If all a politician talked about were pro-life

4    position, lower government spending, certain foreign

5    policy positions and garnered 83 percent of the white

6    vote, would that be evidence to you that race is

7    actually at play in that politician's strategy or in

8    his politics?

9        A.  One thing I would say is that lower government

10   spending often targets programs and agencies that have

11   as part of -- main part of their benefits, programs,

12   employment that address the needs of poor people and

13   especially poor black people.  And so if that is where

14   your -- you know, your spending cuts are falling,

15   again, we would have to see what do they want to cut?

16   Do you want to cut defense?  Okay.  I don't know that

17   -- you know, I'm not going to say it doesn't involve

18   race, but I would have to take a closer look at it.

19   But if what we are talking about is social spending,

20   again, looking historically, you can't separate social

21   spending cuts from ideas about race.

22       Q.  Almost done before lunch.  If more white voters

23   voted Democratic, would that be a good sign that race

Page 87

1   was losing some of its influential power?

2           MR. BLACKSHER:  Is the question about today

3   or what's the timeframe?

4      Q.  (BY MR. GEIGER) The statistics you gave, I

5   think, were modern, today's statistics of 17 percent

6   white Republicans.

7      A.  I mean, you know, I don't think I'm qualified to

8   comment on -- if we are talking about 2024.  I'm a

9   historian so --

10     Q.  The very last page of your initial report, page

11  30, I guess I should begin the sentence on page 29.

12  The sentence expands the pages.

13     A.  Uh-huh (yes).

14     Q.  "As Angie Maxwell and Todd Shields argue in

15  their recent book, 'The Long Southern Strategy,' the

16  decision to chase white Southern voters in order to

17  build a new Republican coalition was not only

18  intentional, strategic and effective, but it was also

19  unabating."  Quoting that adjective "unabating," as a

20  historian, is it your opinion that it was unabating up

21  until the end of the 20th century or do you also as a

22  historian believe that it continues to be unabating?

23     A.  Speaking as a historian, I would say that the

Page 88

1   evidence is clear through the period in which I feel

2   comfortable, talking about roughly the '90's, that the

3   Republican party saw its future in attracting Southern

4   white votes.

5          MR. GEIGER:  How about a lunch break?

6                (Recess taken.)

7   Q.  (BY MR. GEIGER)  Let's go to your supplemental

8   report, Exhibit 2, I think.

9   A.  Yes.

10  Q.  Your footnote one?

11  A.  Uh-huh (yes).

12  Q.  "Calling the Democratic Party the party of

13  Jefferson Davis is peculiar and unnecessarily

14  inflammatory."  Would you consider Jefferson Davis a

15  white supremacist?

16  A.  Oh, absolutely.

17  Q.  And he was a Democrat, right?

18  A.  Yep.

19  Q.  And I think we talked about the passage in your

20  initial report describing the Democratic Party as the

21  party of white supremacy --

22  A.  Correct.

23  Q.  -- for at least the first half of the 20th

1    century?

2        A.  Uh-huh (yes).

3        Q.  I'm going to read the sentence that goes from

4    page one to two.  "He states elsewhere that, quote,

5    'Race, of course, came to the forefront in the 1960's

6    in a way that severely tested the Democratic New Deal

7    coalition but did not produce an immediate move" --

8    this is yours -- "to the Republican party of any

9    durability,'" end quote.  The next sentence, "Neither I

10   nor the preponderance of scholars of Southern politics

11   who look at the issue of race argue that the transition

12   was immediate.  His report seeks to disprove this

13   faulty premise which, because it is so reductive and

14   simplistic, relieves him of the responsibility of

15   examining the deep historical and culture complexity of

16   Democratic Party allegiance stretching back to the 19th

17   century."  Were there other places in his report that

18   communicated to you that Dr. Carrington believed that

19   the other side, including you, think the switch was

20   immediate?

21       A.  Beyond what I have quoted here, no.  I think

22   that that will -- you know, off the top of my head, if

23   I haven't included it here, then it might -- it might

Page 90

1    be that sentence.  In other words, he is trying to

2    disprove something that I never claimed.

3        Q.  Or do you think it's possible that you and he

4    agree on that part of the story, that the transition

5    was slow and that he is not trying to characterize your

6    argument one way or the other?

7        A.  Then I don't think -- if that is the case, I

8    mean, anything is possible.  But I think he tries to --

9    he tries to disprove a claim that I do not make.  I

10   don't -- I don't know what he believes or doesn't

11   believe, but I think he spends a lot of time saying,

12   well, because we see Democrats being elected here and

13   because Strom Thurmond is the only person who did this,

14   you know, therefore, this argument is unsubstantiated,

15   when in fact it's not an argument I made.  So I feel

16   like he misrepresented what I said.

17       Q.  The next paragraph beginning "His

18   mischaracterization," about three sentences in, "As

19   Jason Morgan Ward has argued, overt defense of white

20   supremacy per se receded around mid century to be

21   replaced by a defense of segregation and later by

22   racialized (though not explicitly white supremacist)

23   policy positions and politics."  How do you define

Page 91

1   white supremacy?

2       A.   That's a good question.  I would describe white

3   supremacy as a political position that predominates in,

4   among Democratic Party politicians, you know, fairly

5   explicitly, probably until passage of Voting Rights

6   Acts of 1965 when we see black voters entering the

7   political system and wanting to vote Democratic.

8            White supremacy, I think, involves more

9   than simply white -- maintaining white privilege or

10  protecting white interests.  I think it is an over-

11  arching system of exclusion, a lack of rights, a belief

12  that black people are somehow not fully -- I want to

13  say not fully human, but characteristically different

14  from white people.  And white supremacy is a system

15  that must be maintained both through law and also

16  through violence.

17           And so what I objected to was he ascribes

18  to me calling Nixon -- he uses -- the word "white

19  supremacist" as if I used that to describe Nixon.  And

20  so I was objecting to that because I think white

21  supremacy in many ways begins to ebb from the scene in

22  the 1960's.  And, you know, by the 1970's, I mean,

23  yeah, you will have people today who declare all of

1  those things that I just said, but you are not going to

2  see a party exposing them.  So I'm thinking mostly of

3  sort of party positions.

4      Q.  This Jason Morgan Ward story, he tells of white

5  supremacy to segregation to implicit racialized policy

6  positions.  And I think he actually says racialized

7  policy positions, but then in parenthesis not

8  explicitly white supremacy.  Do you think he would

9  define white supremacy perhaps a bit more broadly than

10  you to not -- so to be a little bit more specific, do

11  you think Ward believes that racialized policy

12  positions in the post segregation era are implicitly

13  white supremacists?

14      A.  I can't say what he believes.

15      Q.  Do you think that these racialized policy

16  positions are implicitly white supremacist?

17      A.  No.

18      Q.  Do you think that segregation is inherently

19  white supremacist?

20      A.  Yes.

21      Q.  Why?

22      A.  Because it's a system, because it is maintained

23  not only through law but through violence, because it

1  rests on a belief about black people as fundamentally

2  -- not only deserving of equal treatment but in some

3  ways fundamentally different from white people in all

4  sorts of different ways.

5      Q.  Why then aren't racialized policy positions more

6  implicit appeals not also at the core white

7  supremacist?

8      A.  Well, I think the most obvious reason is they

9  are not going to be maintained through violence.  If

10  someone doesn't agree or votes against or opposes

11  publicly -- opposes, you know, cutting welfare

12  spending, it's not bloody likely that there is going to

13  be a lynch mob.  Right?  There is not the fairly

14  explicit threat of maintaining that policy through

15  violence, and I think violence is really a key thing.

16          I mean, in the early part of 20th century,

17  white supremacist politicians were openly supportive of

18  extra legal violence, right, to maintain the system and

19  maintain their sense of superiority and their actual

20  superiority legally and politically and economically.

21      Q.  So when it comes to that system of violence,

22  would you agree that that is behind us when it comes to

23  party positions?

Page 94

1        A.   Yes.

2        Q.   And when do you think that ceased to be a part

3   of the political scene?

4        A.   Yeah.   Again, you know, individual -- I'm sure I

5   can find an individual who doesn't speak to this, but I

6   think beginning -- I would agree -- you know, I don't

7   completely agree with Ward, and I have to go back and

8   be more specific about him, his book here.   But, you

9   know, I wrote about in the Dixiecrat book, you know,

10  the person who runs for the Dixiecrat president, you

11  know, the Dixiecrat candidates, Strom Thurmond, quite

12  explicitly speaks out against extra legal violence and

13  lynching.

14            And so I think, you know, because -- and

15  his reasons for doing it are not necessarily because he

16  values black life, but because modern societies don't

17  form lynch mobs and, you know, execute people outside

18  of the rules of law.   So I would say, you know, World

19  War II is an important turning point.

20       Q.   Okay.   So even though these racialized policy

21  positions are no longer accompanied by the threat or

22  use of violence, do they still give priority to or

23  preference to white interests and white values?

Page 95

1      A.   Can you be more specific?

2      Q.   I believe that when I first asked you to define

3    white supremacy, you said it's not just white

4    privilege?

5      A.   Uh-huh (yes).

6      Q.   Or even white victimization?

7      A.   Uh-huh (yes).

8      Q.   But these racialized policy positions, would you

9    define them as inherently about white privilege and

10   white victimization?

11     A.   I would say very -- I don't know if I would say

12   primarily, but I think that is an important component.

13     Q.   Of how they are racialized?

14     A.   Right.   And again, I think the key there also is

15   what are the implements used to enact these policies,

16   right?   It's the judiciary.   It's the federal

17   bureaucracy.

18          I think that's also important in terms of

19   how whites begin to see themselves as victimized

20   because a lot of -- again, a lot of the rights and

21   benefits and protections that marginalized people seek

22   are ultimately carried out through these different

23   mechanics of unelected people.   Right?   And I think

Page 96

1    people like Wallace, Nixon, Ronald Reagan, they are

2    very adept at using that rhetoric of Wallace's.  You

3    know, he is the originator, right?  Of this, you know,

4    the bureaucratic elite, these unelected officials who

5    are forcing black students into your schools or forcing

6    black students into your neighborhoods.

7              And I think -- I think white voters, as I

8    say in my original report, can say on the one hand, we

9    believe -- we support the Civil Rights Act of 1964.  On

10   the other hand, we feel like we are bearing the brunt

11   as they would define it, right, of the benefits and

12   advantages and then what have you, the rights being

13   afforded these people.  They are coming into our

14   neighborhoods, they are coming into our schools.  So,

15   therefore, we are -- we are the victims now.

16   Q.  Do you think white southerners continue to think

17   of themselves as victims in the 1990's?

18   A.  In what capacity?

19   Q.  So, for example, with separation of powers or

20   federalism that perhaps white southerners would have

21   some contempt for the federal bureaucracy?  Is that

22   because they were thinking of themselves as a white

23   victim?

Page 97

1    A.   I think that conservative ideology and that the

2    conservatism as was developed -- you know, largely

3    developed by Reagan and carried on by George Bush, drew

4    on what I would say sort of a broader sort of

5    conservative egalitarianism where they would talk about

6    equality of opportunity but not equality of results

7    because to get a quality of results requires the

8    mechanism of government.

9         And so when you say, well, we believe in

10   equality of opportunity and everything should be fair,

11   we see a lot more talk of fairness.  Well, affirmative

12   action by working-class white people who maybe are in

13   the fire department or the police department, some of

14   these early places where affirmative action does start

15   to get in force, saw themselves as victims.  It's not

16   fair.  I didn't cause -- you know, I'm not a

17   segregator, right?

18        So, therefore, I think that that language

19   of fairness, that conservative egalitarianism, which I

20   think on its face ignores the fact of systemic racism

21   and systemic discrimination that has a long history

22   does allow a certain feeling of victimhood because in

23   many ways they are not wrong, right?  Those policies

1    are being enacted in their place of work, in their

2    neighborhoods.  Now how they should feel about that, of

3    course, is a different thing.

4        Q.  On page four of your supplemental report, that

5    one sentence paragraph there in the middle, "Alabama

6    was a site of fervent progressive reform.  Many of the

7    social and political reforms undertaken were driven or

8    warped by the desire to maintain white supremacy, but

9    they were considered progressive nevertheless."

10       A.  Uh-huh (yes).

11       Q.  What new deal programs did southern Democrats

12   have this fervent --

13       A.  You mean progressive reforms?

14       Q.  Yes.  Thank you.  I meant progressive programs.

15       A.  Child labor, child labor reform.  You know, the

16   turn of the century, it would be quite common to go to

17   a textile mill and find an eight-year-old, and textile

18   mills were exclusively loosely -- I hate to use that

19   word loosely -- for poor white people.  They were

20   promoted as a way to uplift the white South to, you

21   know, help dirt farmers, white dirt farmers, right,

22   move into the industrial era.

23            And for a variety of reasons, progressive

Page 99

```
 1    reformers in Alabama focused on child labor reform,
 2    that it's not good to -- not because childhood needs to
 3    be protected.  That's part of it.  But because by
 4    spending 12 hours a day in a mill, you are not going to
 5    school.  If you are not going to school, you are not
 6    learning to read.  If you are not learning to read, how
 7    are you going to pass the literacy test?  And how will
 8    we preserve white democracy if we have this large
 9    burgeoning politician -- or population of white
10    children who are going into industrial work?  Right?
11             So race is never far from -- never far from
12    the surface.  I would say prohibition would be another
13    one, that prohibition -- the one place where you would
14    find whites and blacks mixing regularly were in road-
15    houses, right?  And at the cabins of bootleggers.
16    Well, how do you maintain that color line?  You just
17    get rid of the -- you get rid of the source.
18        Q.  Next paragraph, the sentence three lines up from
19    bottom, beginning "These two groups."
20        A.  Uh-huh (yes).
21        Q.  First, I should -- you define those groups as
22    southern white Democrats and African-Americans where
23    they could access the votes.
```

1    A.   Right.

2    Q.   "These two groups were far from equal partners

3    in this coalition."  Do you -- and then I believe you

4    go to explain why for the rest of the paragraph.  Are

5    you responding to a portion of Dr. Carrington's report

6    where you think he is saying that they are or they were

7    equal partners in that New Deal coalition?

8    A.   I think he -- he is trying to make an argument

9    about the new deals focus on class.  And because they

10   focused on class, you could have these groups with very

11   antithetical desires in a political party together.

12   And what I was saying here is that I think that ignores

13   the fact that, first of all, Southern -- white southern

14   Democrats, the New Deal wouldn't exist without them.

15   They crafted a lot of it, and they were -- if Roosevelt

16   didn't have their support, it would not have passed.

17   They would not have gotten anything.

18   As a result, the new deal is very -- its benefits, its

19   protections, excludes a lot of black people, right?  So

20   it's not the new deal, and its measures did not support

21   working people equally.  It was, you know, very heavily

22   weighted towards the white working class.  They were

23   the beneficiaries.

1          So in other words, I was arguing that it's

2     -- you know, you can't look at the new deal and not

3     talk about race.  And again, it's embedded in my larger

4     disagreement with him where he is trying to erase from,

5     you know, the early part of the century.

6          Q.  Okay.  Let's talk about that point specifically.

7     And can we go to his report real quick, Exhibit 3?

8          A.  Uh-huh (yes).

9          Q.  Page two, the second full paragraph beginning

10    with the word "first," looks like three sentences down

11    or so.  "In that examination, I do note how pervasive

12    the issue of race was during the post Civil War and

13    early 20th century periods."  Do you see that?

14         A.  Uh-huh (yes).

15         Q.  And skip to page six, first little paragraph,

16    third sentence after footnote 16.  "And race did play

17    an out-sized part through a significant portion of

18    Southern political history."  Skip two sentences.  "In

19    this instance, race and its institutionalization in

20    slavery or later in segregation, overwhelmed other

21    factors that might have undermined this majority

22    faction and created fluid coalitions."  And a little

23    bit further down in that paragraph, beginning with "The

1   issue of race."  "The issue of race was perpetuated by

2   voter suppression and Jim Crow segregation in the post-

3   reconstruction South as well."  And the last sentence

4   of the paragraph, "Therefore, the preceding points must

5   be seen and acknowledged as deeply influential on

6   Southern politics in the 19th and early to mid 20th

7   centuries."  Do you still hold that Dr. Carrington was

8   trying to erase race from the --

9       A.  I do because, first of all, he says the

10  progressive -- it doesn't in the South, which is not to

11  be mean, absurd.  I mean, it's one thing -- I mean, if

12  he would have said segregation disenfranchisement

13  didn't happen, I think he gives us the baseline.  But

14  when he gets to specifics and he is trying to make his

15  arguments about class, in the specifics, he ignores it

16  completely.

17          So I think it's one thing to say yes, there

18  was disfranchisement and segregation.  It is quite

19  another then to say but there was no progressive

20  movement and the new deal was wholly about class and

21  ignore how race was embedded in both of those things.

22  They can't both be true.

23      Q.  Could you say that last part one more time?

1   What can't both be true?

2       A.  You can't both say that segregation and -- you

3   know, segregation and disfranchisement as -- he

4   acknowledges that they exist, but then when he is

5   looking at particulars of sort of political activity

6   like the new deal, all he sees is class.  And, of

7   course, like I said, he doesn't think it existed at all

8   in the South.

9       Q.  Let's look at page five of your supplemental

10  report under -- actually continuing with this theme of

11  class versus race or class and race.  The paragraph

12  under heading three, the last sentence of that

13  paragraph, "Any conflict between the Democratic Party

14  nominees and white working-class voters was not based

15  on any lack of support for working-class issues."

16  Would white working-class southerners have felt just at

17  home within the Democratic Party of 1972 as within the

18  Democratic Party of the '30's, '40's and '50's?

19      A.  Okay.  Sorry.  It took me a while to get to the

20  sentence.  "Any conflict between the Democratic Party

21  nominees and white working-class voters was not based

22  on any lack of support for working-class issues."  If

23  what we are talking about -- so you are saying -- I'm

1   sorry.  Repeat your question.

2       Q.  Would white working-class southerners --

3       A.  Uh-huh (yes).

4       Q.  -- have felt just as home within the Democratic

5   Party of 1972 with McGovern as within the Democratic

6   Party of the '30's, '40's and '50's?

7       A.  If all they were concerned about were how the

8   leaders of those parties or the national parties dealt

9   with labor issues, then they should have been.  What

10  I'm saying here is that that was not the issue that was

11  driving them away.  If you look at you Hubert

12  Humphrey's voting records, if you look at McGovern's

13  voting record, they have, you know, from whoever

14  measures those things.  I think the unions, you know,

15  like the NRA gives out voting records from people who

16  support gun rights and all of that.  Labor unions did

17  likewise.

18          Both these guys are almost 100 percent.

19  Right?  Everything that labor -- and here I am, I'm

20  talking about organized union labor because they were

21  the ones that were sort of -- they were kind of the

22  mouthpiece, right?  Everything that labor wanted in

23  terms of sort of bread and butter issues, right?

1    Humphrey and McGovern gave them.

2        Q.  Right.

3        A.  Right?  And so, you know, I am explicitly

4    countering his argument that why working-class people

5    started leaving the Democratic Party was because some

6    small group of left wing intellectuals were calling

7    them racist.  First of all, there is no basis in fact

8    for that.  And in terms of who actually held power in

9    '68?  It was labor.  They were the biggest voice in the

10   room.

11       Q.  What about '72 with McGovern?

12       A.  Uh-huh (yes).  '72 is a problem.  McGovern has a

13   very strong record, but he is against the war.  He is

14   much more liberal on social issues than is Hubert

15   Humphrey, and honestly, a lot of those issues hadn't

16   really percolated to the surface in '68 the way they

17   did by 1972, things like abortion and women's rights

18   and sexual liberation and all of that.  I don't know

19   how Humphrey would have responded to that, but that's a

20   counter factual.

21            And so for working-class people who -- you

22   know, and by '72, as I already indicated in terms of

23   party rules, stronger participation by women, by young

1    people, by black voters.  You know, we're also how many

2    years down the road?  We are now into a period of

3    busing.  The Democratic Party for all of the concerns

4    about busing, they do support it in their platform.

5              So there are -- you know, it's not -- it's

6    not economic issues on their face that are driving

7    working-class people away.  It's racial issues, and

8    it's cultural issues.  And those things often combine.

9       Q.  So some of those cultural issues that you

10   mentioned that could happen likely did drive white

11   southern working-class voters away, would have been

12   abortion and women's rights and the Vietnam war,

13   position of the Democratic Party, sexual liberation,

14   things of that nature?

15      A.  Yeah, uh-huh (yes).

16      Q.  And those are related to race?

17      A.  Yes.

18      Q.  Okay.  On page six, please, that first full

19   sentence on the top of the page.  "Although the

20   numerous groups that made up the New Left coalition

21   would eventually help shape the Democratic Party agenda

22   after 1968, the first major fracture with electoral

23   impact at the presidential level came about as a result

```
                                              Page 107
 1   of civil rights legislation and George Wallace's third
 2   party candidacy."  And I will mark and publish exhibit
 3   -- be No. 6.
 4              (Defendant's Exhibit 6 was marked for
 5                     identification.)
 6   Q.  (BY MR. GEIGER)  Do you recognize this book and
 7   the chapter 12 that I have excerpted?
 8   A.  I do.
 9   Q.  Could you tell me what it is?
10   A.  This is an edited volume of topics in Southern
11   history in which I was invited to participate and
12   contribute a chapter on political history in the 20th
13   century.
14   Q.  It was published last year?
15   A.  Sorry.  And it was published last year,
16   University of North Carolina Press.
17              MR. BLACKSHER:  What's the number?  Exhibit
18   what?
19              MR. GEIGER:  This is six.
20              MR. BLACKSHER:  Thank you.
21   Q.  (BY MR. GEIGER)  There are no page numbers
22   unfortunately, so just turn the page once to the page
23   opposite of George Wallace's face.
```

1    A.   Uh-huh (yes).

2    Q.   The very top sentence of that page, "After

3    1968."

4    A.   Oh, sorry.  Which one?  Top sentence of which

5    page?

6    Q.   Flip one more.

7    A.   Okay.

8    Q.   "After 1968," very top.

9    A.   Yeah.

10    Q.   "After 1968, the national Democratic Party

11    underwent a transformation, becoming more liberal with

12    stronger representation among previously under-

13    represented groups.  The party staked out progressive

14    positions on women's rights, particularly support for

15    the Equal Rights Amendment and the support for a

16    women's right to terminate a pregnancy that were at

17    odds with many culturally conservative white voters in

18    the South."  Within the fractures of the Democratic

19    Party of the late '60's and early '70's, would you

20    agree that the New Left or the liberal reform that we

21    are talking about is the one that had a lasting and

22    defining impact?

23    A.   Lasting and defining impact on what?

1    Q.  On the Democratic Party, the national Democratic

2   Party.

3    A.  More lasting and defining than the civil rights

4   movement?  No.

5    Q.  Than, for example, George Wallace's third party

6   candidacy in 1968?

7    A.  No.

8    Q.  It would not have -- it would not be the

9   lasting --

10    A.  It wouldn't -- it wouldn't be more -- it is

11   lasting.  It has had an impact.  Is it more important

12   than the Civil Rights Act of 1964 and the Voting Rights

13   Act of 1965?  I would think not.  And again, as I have

14   said many times, right, I think these things are --

15   it's very hard to separate them.  Right?  One draws

16   upon the other.

17    Q.  On page six of your supplemental report, the

18   part we just read -- sorry, of your supplemental

19   report.  The part we just read, would you say the first

20   major fracture with electoral impact at the

21   presidential level came about as a result of civil

22   rights legislation and George Wallace's third party

23   candidacy?  And then elsewhere I think we have already

1    spoken about Wallace, but you wrote that he was the

2    most consequential politician in Alabama in the second

3    half of the 20th century.

4        A.   Okay.

5        Q.   Do you believe that George Wallace's third party

6    candidacy and his presence on the political scene had a

7    greater lasting impact for the Democratic Party than

8    did the New Left, the New Left's rise?

9        A.   Only insofar as I think Wallace created a

10   playbook that was adopted by Richard Nixon and others.

11   So I think in many ways, his impact was greater on the

12   Republican Party.  You know, the -- he gave them a

13   language by which to, I think, overcome the long

14   historical antipathy towards the Republican Party.

15            But in terms of why his candidacy is

16   successful, which is based on his, you know, opposition

17   to the Voting Rights Act and the Civil Rights Act.  And

18   his -- you know, to a lesser degree, his opposition to

19   anti-war protesters, I think that -- that has -- that

20   has a greater impact.  And that is only, you know,

21   accelerated by the incorporation of the needs, wants,

22   desires of marginalized groups.

23       Q.   On Dr. Carrington's report, Exhibit 3 again.

1    A.   That's me.   Okay.

2    Q.   Bottom of page ten, the sentence three lines up

3    beginning "The New Left would move."  "The New Left

4    would move the Democratic Party's coalition to include

5    more college-educated voters and to focus more on non-

6    economic issues of gender, race, the environment, gun

7    regulation and other matters."  Would you agree with

8    that?  It appears to be fairly similar to what you

9    wrote in the chapter submitted for a new --

10   A.   I am troubled by non-economic because I think a

11   lot of the gender issues, a lot of the racial issues

12   have to do with employment.

13   Q.   Other than that characterization of those issues

14   as non-economic, would you agree that that's what the

15   New Left emphasized and focused on?

16   A.   I mean, I don't know about environment, gun

17   regulation, and, you know, I'm not -- I'm not versed in

18   those issues in the political environment.  So it

19   sounds -- it sounds fine.

20   Q.   The next sentence, "Working-class voters would

21   remain in the coalition but with increasing unease and

22   decreasing numbers.  For in these developments, a

23   growing section of the Democratic Party would expand on

Page 112

1    C. Wright Mills' implicit critique of the working

2    class, arguing in more explicit terms that it

3    perpetuated the forces of oppression on issues sex,

4    sexuality and race."  Do you disagree with the latter

5    two sentences that I just read?

6       A.   Yes, mostly because I think the idea that

7    everybody reading C. Wright Mills and pointing fingers

8    at them and saying the white working class are sexist

9    and racist and all of that.  I think -- I think it's --

10   I won't say ridiculous.  I think it's overblown, and I

11   think if in fact one of the -- I can think of an

12   example that implicitly, I think, counters that, which

13   is, let's say, women's rights, the right -- you know,

14   equal employment opportunity but also issues of daycare

15   and government-funded daycare.  That goes explicitly to

16   questions of class.  Right?

17            It's one thing to have a right, which is

18   the right to work and the right to compete in the labor

19   market.  It's quite another thing to be able to do

20   that, and women's groups took on that challenge by

21   advocating for government-funded daycare so that

22   working-class women can also have that opportunity.  So

23   I would say, you know, at least in that specific, I

Page 113

1    think he is wrong.

2        Q.  Do you think generally that working-class voters

3    felt an increasing sense of unease with the direction

4    of the Democratic Party in the 1970's?

5        A.  I think that's probably electorally proven,

6    yeah.

7        Q.  Yes.

8        A.  Now the source of that, I think probably --

9    Carrington and I would probably disagree with that.

10   But, yeah.  I think the numbers bear that out.

11       Q.  I guess that would go to the last phrase of the

12   excerpt from "A New History of the American South" that

13   I read, which is that these issues of the New Left were

14   at odds with many culturally conservative white voters

15   in the South.

16       A.  Uh-huh (yes).

17       Q.  Hence, their unease?

18       A.  Well, I mean, okay.  But culturally conservative

19   white voters is not necessarily always working-class

20   voters.  I would, you know, just take pains to point

21   that out.

22       Q.  Understood.  The section "Anticommunism" a

23   little bit further down the page on page six in your

                                                        Page 114

1    supplemental report.

2        A.  Yes.

3        Q.  The middle sentence of that first paragraph

4    reads, "He grounds white southerners' anticommunism in

5    their religiosity but very quickly dismisses the long

6    history of the linkage between race and anticommunism

7    -- a history that stretches back to 1919."  How does

8    the linkage stretch back to 1919?

9        A.  It stretches back to the -- and here, I'm

10   talking about just the linkage of race and

11   anticommunism or communism nationally, not just

12   confined to the South.  But in 1919, there was a race

13   riot in Chicago in which J. Edgar Hoover, the FBI,

14   local officials said this was the result of communist

15   infiltration and agitation as opposed to, you know,

16   something else.  Right?  Local conditions.

17       Q.  The last complete sentence of this page, "A

18   history exists of communists fighting for racial

19   equality and workers' rights in America" --

20       A.  Alabama.

21       Q.  Sorry, thank you.  In Alabama.  And then just

22   keep reading.  "In the 1930's, the Communist Party

23   organized black sharecroppers into a union."  And then

Page 115

1    skipping a sentence, "More famously, lawyers with the

2    Communist Party's International Defense fund defended

3    the Scottsboro boys."  Are you saying that the

4    segregationist and white supremacist view of communism

5    as intertwined with civil rights was not entirely

6    unfounded, that there actually was a connection between

7    communism and civil rights efforts?

8        A.  I think that -- yeah.  I would think that that's

9    accurate, although I would pause to say that that is an

10   uneasy relationship in that the Communist Party doesn't

11   really see race as a thing and that ultimately the

12   black workers are simply workers and that they are

13   under class oppression.

14            So that relationship between communists and

15   black southerners is problematic in terms of communism

16   theory and what black southerners are seeking to

17   achieve.  I would also point out that when accused

18   of -- you know, these were the only people who came to

19   support them.  So, you know, they were going to take

20   that help.  So I don't think you can then say, well,

21   the Scottsboro were communists.  But the Communist

22   Party was a loud voice in the South, fighting for, you

23   know, racial equality, but really what they see as more

1   of a class struggle on behalf of the most disadvantaged

2   workers, which are black workers.

3       Q.   Is it possible that some of what you attribute

4   to racial resentment could have been a legitimate

5   concern about Communism infiltrating the South?

6       A.   I -- no.

7       Q.   Why not?

8       A.   I don't think they understood it.  I think the

9   -- yeah, no.  And I also don't think you can separate

10  concerns about racial equality and separate out what we

11  are just really worried about communism.  Communism --

12  you know, communism's involvement in the South was

13  almost always focused on helping black people.

14      Q.   Still on page seven in that top paragraph, a

15  little over halfway down after footnote 19.  "From the

16  1930's forward then, the term "communist" was

17  associated with any entity that appeared to threaten

18  the region's rational or industrial status quo."  From

19  the 1930's forward, is that until as recently as today?

20      A.   Again, I'm not going to comment on today,

21  although I did include a quote form Senator Tuberville

22  just to show that it is still present.  But I think,

23  you know, throughout much of the 20th century that

Page 117

1    communism and whether -- you know, which then becomes

2    used interchangeably with socialism is anything that

3    disrupts, yes, the status quo.  I think that's fairly

4    -- I think that's fairly well documented.

5        Q.  How do you take into account the Cold War and

6    there actually being a communism or perceived communist

7    threat to American freedom, American democracy?

8        A.  Because I think one is an international threat,

9    and I think that threat is very real and in many ways

10   existential.  I think the documentation of communist

11   activity in the United States, you know, starting in

12   the 1940's is pretty minimal, under attack.  Most

13   liberal organizations purged their communism members

14   simply so they won't be attacked.  And so the domestic

15   threat of communism and communism infiltration is

16   completely overblown, and there is no evidence for it.

17           And if we are talking about sort of major

18   organizations seeking change on behalf of working-class

19   people like the CIO or, you know, civil rights

20   organizations, can we find communist people who believe

21   in communism in those organizations?  Probably.  But

22   after a certain amount of time, they were kept at arm's

23   length.

```
 1              Also, you know, the rights and protections
 2     they are trying to acquire and achieve are things like
 3     evolution of the poll tax.  It's hardly, you know,
 4     hardly the harbinger of a soviet state.  So, yes.
 5     Communists are here.  They exist.  They work in these
 6     organizations, but they in no way, shape or form
 7     dominate any movement for change in the South
 8     without -- you know, and when they do, right, they are
 9     pretty much destroyed like the sharecroppers' union.
10     Q.   You mentioned Tuberville.  I couldn't get that
11     link to work, the link to footnote 20, msn.com.  It
12     says the video is no longer available.  So I went and
13     searched for the quotation.  I think I found something
14     close or perhaps even the very one, and I will insert
15     this as -- or mark and publish this as Exhibit 7.
16              (Defendant's Exhibit 7 was marked for
17                   identification.)
18     Q.   (BY MR. GEIGER)  First, before I read from this
19     piece, I will read the portion from your report where
20     you quote Tuberville.  "Within the past year, U. S.
21     Senator from Alabama Tommy Tuberville grounded his
22     fight to put a hold on military promotions until the
23     military changed its policy regarding access to
```

1  reproductive care for female service members in the

2  notion that providing abortion access to female

3  soldiers was communistic."  On this -- in Exhibit 7, it

4  would be about five paragraphs down, beginning

5  "Tuberville continued."

6      A.  Uh-huh (yes).

7      Q.  "Tuberville continued, 'They voted Pentagon

8  abortion policy through Congress in 1984.  But in 2023,

9  they want to change it with a memo from the White

10 House.  We are not a communist country.  Everything

11 that makes policy and law goes through Congress.  And I

12 told them, if you change it I'm going to block your

13 admirals and generals.'"  Communism is a political

14 regime, right?

15     A.  It's a political system, yes.

16     Q.  In this context, do you think that Tuberville's

17 statement is a criticism of the White House's executive

18 action as reflecting features of the political system

19 that he disagrees with?

20     A.  I think it is a word that he is using in a

21 particular context, and you have to pay attention to

22 that context.  And that context is allowing women who

23 are in the armed forces, which, you know, I don't know

Page 120

1    about what -- what purview the chief -- commander in

2    chief has over certain types of policies.  Maybe he can

3    change it with a memo.  Maybe they did have a policy

4    that was voted on by Congress, but maybe that policy is

5    amenable to change by the White House.  I don't -- I

6    don't know all that, but I don't think we can ignore

7    the fact that what he is talking about here is women's

8    access to reproductive care.

9            You know, I don't think you -- simply

10   because he is using the word "communism" to describe an

11   action by President Biden, I don't think you can look

12   at that outside of what he is complaining about, and

13   it's about women's access to reproductive care, which

14   is what he doesn't like.  He doesn't want these women

15   to have access to abortion services.  I don't think he

16   is necessarily talking about the action of the

17   President.  He is talking about the action of the

18   President in service to these women.

19       Q.  He is not explicitly saying that though, or he

20   is not --

21       A.  But that's the issue he is choosing to -- you

22   know, it's the hill he is going to die on.

23       Q.  Unless Congress changes the law?

1    A.   Unless -- unless whatever policy goes through

2    whatever channel he says it needs to go through.   And

3    apparently as a senator, right, he had the right to

4    hold up this process.  As far as I know, I don't know

5    -- and I can be wrong.  I didn't see anybody else

6    complaining about that policy change.

7    Q.   Would you consider his use of the phrase

8    "communism" in the quote that I found or "communistic"

9    in what you found as implicitly racial?

10    A.   I think it's implicitly ridiculous.  I think --

11    I think, first of all, it's just -- I mean, if we are

12    playing the game of, you know, is -- if we -- if we

13    take him at his word, right, that he feels like -- if

14    the President is acting in an antidemocratic way, I

15    think the term that he should use is authoritarian.  I

16    think communism is -- it's not even the right word to

17    use in this situation.

18              So I guess my point is he doesn't even know

19    what it means.  He knows that -- but he is using it

20    because it has historical connotations, and that

21    connotation by this time has gotten to the point where

22    it's anything I don't like.  And in this case, access

23    to abortion services.

Page 122

1    Q.  And historical connotations are racial?

2    A.  Yes.  I don't think there is any doubt about

3    that, at least not in my mind.

4    Q.  And section two, "The Role of Class and Reagan's

5    Economic Policy" on page seven of your report.

6    A.  Yeah.

7    Q.  The second paragraph, and second sentence of the

8    second paragraph, "What we do know is that Southern

9    members of Congress were lukewarm towards Reagan's

10   free-market ideology."  And then a couple of sentences

11   later, the last of the paragraph, "Southern lawmakers

12   were hostile to Reagan's attack on price supports for

13   farmers, and white rural voters recoiled at the

14   President's attack on rural electric cooperatives."

15   First, what Southern members of Congress are

16   you referring to or do you -- Democrats?

17   A.  Boll weevils.  Democrats, yes, but who, you

18   know, probably -- I don't know their voting records in

19   the election, but they may have voted for Reagan.  They

20   liked Reagan.  A lot of his policy, they were attracted

21   to.

22          But this, I mean, Dr. Carrington was making

23   a point that it's Reagan's -- you know, let the free

Page 123

1   market sort out all of these economic issues and that

2   that was -- that is why white Southern voters -- or he

3   doesn't say white.  He just says Southern voters voted

4   for Reagan.  I think it's simply not proven by the

5   facts or by the evidence.

6       Q.  Is your position that these Southern white

7   voters or rural -- anyway, Southern white voters voted

8   for Reagan despite disagreeing with some of his free-

9   market ideology so it must have been because of race?

10      A.  I think it's because of other things.  I think

11  free-market ideology, if you are a rural -- you know,

12  if you are a farmer, you don't want to be thrust in the

13  free market.  It did not meet their economic needs.

14  Right?  They would have been swallowed up by it.  They

15  require federal subsidies.  They have had them since

16  the 1930's.  And so I'm not saying it must be because

17  of race, but it's certainly not because of free-market

18  ideology.

19      Q.  Then what might it have been because?

20      A.  It could be a lot of things.  Again, it could be

21  his anticommunism, but again, that comes with a lot of

22  historical baggage.  It could be because, you know, the

23  quote, unquote, "family values," but again, that comes

1    with racial historical echos.  But he is -- he is

2    trying -- Carrington is trying to divorce race from a

3    lot of these issues, and I'm saying you can't do that,

4    nor has he provided evidence.  And if he has it, that's

5    fine, that everybody was all for the free market, and

6    that's why, you know, people voted for Reagan.  So the

7    evidence just simply doesn't support that.  I mean,

8    there is a lot of places where conservative Southern

9    Democrats, who in many ways found Reagan attractive,

10   where they battled with him.

11       Q.  And other places they agreed?

12       A.  Uh-huh (yes), and sometimes he disappointed

13   them.  Right?  They were more conservative than he was

14   on a lot of issues.

15       Q.  The last paragraph on this subsection number two

16   on page eight begins, "As far as metropolitan growth

17   goes, Birmingham and Huntsville seem to contradict

18   Dr. Carrington's argument that such growth was tied in

19   with Reagan's anti-statist free-market ideology."  I

20   didn't see where Carrington made the point that the

21   growth was tied in with the free-market ideology.  Do

22   you mean by that that the free-market ideology was a

23   source of the growth?

1    A.  I think so, yeah.

2    Q.  You think that's what Carrington was arguing?

3    A.  I believe so.

4    Q.  Can we go to page 25 of Dr. Carrington's report?

5  The first full paragraph, pretty much the very middle

6  after the words "20th century."  "The South began a

7  period of sustained economic growing that continues to

8  this day."

9    A.  I'm sorry.  Where are we?  We are on page 25?

10    Q.  The first full paragraph.

11    A.  First full paragraph.

12    Q.  And pretty much the middle sentence but

13  beginning after the words "20th century."  So the

14  sentence begins "The South began."

15    A.  Oh, okay.  Sorry.  Thank you.

16    Q.  "The South began a period of sustained economic

17  growth that continues to this day.  A new vibrant

18  middle class arose."  And then skipping to the

19  beginning of the next paragraph, "This growth in jobs

20  and other opportunities accelerated migration from

21  other parts of the country to the South.  These new

22  southerners overwhelmingly consisted of white-collar

23  workers who already formed a foundational component of

1    the GOP elsewhere.  Economic development of a rising

2    middle class continued to accelerate GOP gains in the

3    South in the 1980's during the presidency of Ronald

4    Reagan."  It seems to me that Dr. Carrington is just

5    stating that the growth occurred during Reagan's

6    presidency, not necessarily that free-market ideology

7    spurned the growth.

8             MR. BLACKSHER:  Object to the form.

9         Q.  (BY MR. GEIGER)  It wasn't a question.  Do you--

10        A.  I would go and look at the first sentence of the

11   first paragraph "as an economic program of free markets

12   and a political philosophy of smaller government took

13   hold within the GOP, certain developments in the South

14   made those positions even more attractive."  And so I

15   think he is implicitly making a connection between

16   economic growth and free-market ideology that I don't

17   think -- I don't think he has made his case.

18   Especially if the areas that are growing, places like

19   Huntsville.  I mean, he could -- he could talk about

20   Reagan's role in defense spending.  That would, you

21   know, be a stronger argument it's not a free-market

22   ideology.  So I think his cause and effect are wrong.

23        Q.  Let's publish a batch of three exhibits at once.

Page 127

1    I think my final three.  Eight, nine and ten.

2              (Defendant's Exhibits 8-10 were marked for

3                        identification.)

4        A.  I haven't seen this in a while.

5        Q.  (BY MR. GEIGER)  Here is ten.

6        A.  Okay.

7        Q.  Exhibit No. 8, do you recognize this cover?

8        A.  Yes, I do.

9        Q.  What is this?

10       A.  First of all, it's a great photograph.  I think

11   that shows the cover of my book.  This is the cover of

12   my second monograph, Cold War Dixie, published in 2013

13   by the University of Georgia Press.

14       Q.  I apologize for the lack of page numbers, but if

15   you could go to the second to the last page.

16       A.  Yeah.

17       Q.  The second paragraph begins, "Much of the

18   impetus."

19       A.  Sorry.  Second to the last page?  Sorry, yes.

20       Q.  "Much of the impetus behind the growth of the

21   Republican Party was the particular economic change

22   that accompanied the Cold War.  Between 1950 and 1970,

23   90 percent of growth in employment in industry in the

Page 128

1    South took place in high-wage industries, many of them

2    considered part of the military-industrial complex.

3    These white-collar employees, housed in expanding urban

4    and suburban areas, increasingly identified their

5    economic interests as resting with the Republican

6    Party."

7         A.   Uh-huh (yes).

8         Q.   And then on the opposite page, the second full

9    paragraph, the first sentence, "The expanding

10   metropolitan areas were the source of the reborn

11   Republican Party."  Do you have any reason to doubt

12   that like in South Carolina, which I believe is the

13   focus of parts of your book, the Republican Party in

14   Alabama made the most durably gains in metropolitan

15   areas?

16              MR. BLACKSHER:  Object to the form, unless

17   you want to specify the timeframe.

18        A.   Yeah.  What timeframe?

19        Q.   (BY MR. GEIGER)  During the same time frame that

20   the Republican Party made the most durable gains in

21   metropolitan areas.

22        A.   Between 1946 and 1963?

23        Q.   No.  I believe even after that, between 1950 and

1    1970 during the period in which 90 percent of growth in

2    employment in industry in the South took place in these

3    high wage industries, many of them considered part of

4    the military industrial complex.

5        A.   What I would say is that -- let me just read

6    this over.  I think much of the impetus, I think for

7    the area that I'm -- in South Carolina, which is

8    heavily militarized in terms of its economy, I think

9    that's very much true.  I think slightly less true for

10   other parts of the South, but I think a lot of the

11   growth was -- I don't -- I'm not discounting that a lot

12   of the growth was driven by the Cold War, and that

13   along with a certain amount of that growth comes

14   Republican Party affiliation.  But that was never going

15   to be -- I don't think that that necessarily discounts

16   the other half of that point, which is that Republican

17   Party becomes viable and ultimately dominant because

18   it's able to attract other voters, not necessarily

19   involved in the Cold War economy.

20            I don't discount Republicanism as a result

21   of economic change and new opportunity, and I spent a

22   lot of time talking about this area of South Carolina

23   that becomes sort of the origin in many ways of local

Page 130

1    Republican activity.  But I think later, I do say but
2    for the party to become viable, you know, we don't
3    really see that until, again, after the mid 1960's and
4    Civil Rights Act of '64.  Voting Rights Act of '65
5    played a key role in that.
6        Q.  Let's go to Exhibit 9, which I passed out as
7    well.  Do you recognize this?
8        A.  Barely.  It's been a while, but yes.  This is an
9    essay I was asked to write for a collective volume, an
10   edited volume published by University of Massachusetts
11   Press.  I think a lot of it was probably based on
12   research I was doing for Cold War Dixie.
13       Q.  I'm going to read kind of a lengthier excerpt at
14   the very beginning, starting at the very beginning of
15   the piece.  "In 1956, William Faulkner lamented that
16   agriculture no longer stood at the center of the
17   southern economy.  'Our economy,' he remarked, 'is the
18   federal government.'  Beginning in the immediate post-
19   World War II era, the region that once had been
20   dominated by cotton fields, tenant shacks and textile
21   mill villages was rapidly giving way to defense
22   installations, aerospace engineering facilities and
23   suburbs.  Within three decades, federal spending

1    changed the South's economic base and demographics to

2    such a degree that by the early 1980's, the region that

3    President Franklin D. Roosevelt had once identified as

4    the nation's number one economic problem had become one

5    of the nation's leading industrial producers.  Much of

6    this federal spending was filtered through the rapidly

7    expanding military-industrial complex necessitated by

8    the Cold War.  Consequently, although federal dollars

9    constituted the engine that drove change in the South,

10   the direction and shape of change was very much

11   determined by the various corporate entities that moved

12   south in the 1950's and '60's to capitalize on this

13   federal largesse."

14            "To date, studies of the impact of the Cold

15   War on the American South have been largely confined to

16   examining the complex impact of anticommunism on

17   southern politics and the budding civil rights

18   movement.  Anticommunism poisoned the local political

19   well and fueled the massive resistance movement, making

20   even the most tepid statement on racial progress by an

21   elected official a sure road to political oblivion.

22   But the Cold War contributed more than just toxic

23   anticommunism to the South's political landscape."

1            "The economic and demographic impact of the

2    military industrial complex throughout the region was

3    profound.  The development of new aerospace facilities

4    around Atlanta, the growth of the space industry in

5    Huntsville and on the east coast of Florida, the

6    development of the Research Triangle in North Carolina

7    and the proliferation of military contracts generally

8    brought thousands of new, highly educated workers to

9    the region.  Many of these new workers brought their

10   Republican politics with them.  At the very least, few

11   possessed the historically based, reflexive support of

12   the Democratic Party on matters of race that had

13   plagued the South since the turn of the century.

14   Unencumbered by the region's historic hostility to the

15   Republican Party, these Cold War immigrants became the

16   foot soldiers in the creation of a modern civic

17   politics and of the two-party system in the South."

18            I think there is one more shorter quotation

19   I wanted to read.  This is on page 372 at the second

20   full paragraph, very beginning of it.  "Political

21   scientists have noted how, in the post-war era,

22   residents of the urban and suburban South gradually

23   began to identify their economic interests as resting

1    with the Republican Party."  And then on page 376, "The

2    onset of the Cold War," this is right after the section

3    break.  "The onset of the Cold War and the disbursement

4    of billions of dollars in federal funds through the

5    military industrial complex transformed regions of the

6    American South in countless ways.  In the once sparsely

7    populated, mostly rural region of western South

8    Carolina, the arrival of thousands of highly educated

9    scientists and engineers heralded the beginning of a

10   process to break down the political parochialism of the

11   South.  Just as New Deal labor legislation initiated

12   the decline of the South's economic isolation, so too

13   did the influx of the corporate Cold War foot soldiers

14   mark the beginning of the end of the South's political

15   isolation."

16           And on page 377, the final couple of

17   sentences, "The result was a more modern South.  The

18   efforts of plant employees to create a viable

19   Republican Party laid the critical groundwork for a

20   two-party system in a region that had not known true

21   political competition since the 19th century.  The

22   creation of a more Democratic, competitive political

23   system in which the local Republican Party drew on

Page 134

1   themes resonating in communities around the nation

2   ultimately made the South less peculiar and more like

3   the rest of the country."  Thanks for bearing with me

4   there.

5        A.  She is really good.  Who wrote that?

6        Q.  Do you still hold these views that I have read

7   and that you articulated in this piece?

8             MR. BLACKSHER:  Object to the form because

9   it is extremely complex, but go ahead.

10       Q.  (BY MR. GEIGER)  Do you disagree now with

11  anything I just read?

12       A.  No.  But I think it bears -- I think it bears

13  emphasizing that what I don't say is that it was --

14  that these new transplanted southerners or transplanted

15  people in the case of Aiken made Republicans -- it

16  tells a part of the story.  And I don't necessarily

17  disagree with those parts of Carrington's report that

18  says, yes, Eisenhower does make gains in certain parts

19  of the South.  And I think Cold War Dixie is part of

20  that story.

21            I think the area that I'm looking at has --

22  you know, you always have to look at particular

23  political cultures and populations and histories.  But

Page 135

1    I would also say, as I do later in the book -- and I

2    can't simply remember because it was ten years ago.

3    But that, you know, as in Alabama, the Republican

4    Party's growth is not -- you know, they started it,

5    right, and they were very active.  But they didn't

6    become the dominant party because of the Savannah

7    riverside.  Republican party becomes the dominant party

8    in South Carolina and Alabama and elsewhere because of

9    the Democratic Party's embrace of civil rights

10   initiatives.  So I don't discount their activity.  I

11   think the most interesting story is how do all these

12   groups work together?  That goes beyond the purview of

13   our discussion here.

14       Q.  Finally, Exhibit 10, do you recognize this

15   piece?

16       A.  Okay.  I think so.  So this was -- I was asked

17   to read -- I think this is a response to a book about

18   -- if I'm not mistaken, a book about Vietnam and the

19   Vietnam war and the South.  And I believe I was part of

20   a round table that, you know, you read these books and

21   then everybody kind of has their particular take on

22   some element.  It's sort of like a discussion, but in

23   written form.  And so once again, this looks at my

Page 136

1  study of the area around the Savannah river plant.

2      Q.  I'm just going to read a few sentences of this

3  one.  Very bottom of the first page, the last sentence,

4  "The relationship between southern states and the

5  national security state was strong and vital."  The

6  next page, "Having spent the better part of the last

7  ten years examining how decisions regarding the

8  expansion of the arms race affected southern

9  communities, I would argue for a further refinement of

10  this position.  Military contracts and Cold War

11  industrial facilities brought more than jobs.  They

12  possessed the power to remake entire regional

13  economies, bringing the fruits of modernization that

14  had alluded the South for so long."

15              And the last two sentences of that

16  paragraph, "The arrival of the military industrial

17  complex into underdeveloped southern communities helped

18  the region to overcome some of its more unsavory

19  regional attributes.  The Cold War made the South less

20  Southern."  What are some of those unsavory regional

21  attributes that you are referencing there?

22      A.  Oh, I mean, I would have to think about this for

23  a moment and think about where my head was at this

Page 137

```
 1    time.  But I would say primarily it's, you know, one

 2    crop agriculture reliance on cotton and everything that

 3    came with it, including sharecropping and tenancy.

 4    Unsavory regional attributes.

 5        Q.  Do you think the arrival of --

 6        A.  I think also it's colloquialism, right?  When

 7    you have 10,000 highly educated engineer, scientists,

 8    physicists, what have you, coming to a very rural,

 9    mostly rural part of South Carolina, it breaks down

10    some parochialism.  And I think that's actually where I

11    got the quotation and the title from was from my

12    husband's uncle who was a mill worker living in this

13    region.  And he said, you know, when the bomb plant

14    people -- they call it the bomb plant.  When they came

15    in, they brought grocery stores.  They brought

16    different kinds of churches.  They brought -- basically

17    they brought -- they brought a more cosmopolitan way of

18    life, and they made us into what he called a

19    respectable era.

20              I would also say if we could kind of go

21    back to the former question about defense spending or

22    whatever.  I think it's important to note, you know, in

23    the context of our discussion about, you know, how
```

Page 138

```
 1    terms like anticommunism are -- you know, have racial

 2    echos in them.

 3              I don't think we can ignore the role of

 4    Strom Thurmond in this story, right?  Strom Thurmond is

 5    all over the Savannah Riverside.  It's in his home

 6    area.  He is very involved with lots of things related

 7    to it, and he is a very human connection to -- you

 8    know, this time still the segregationist present.  And

 9    so while -- so I don't think we can ignore the sort of

10    human connections that sort of wed those two things

11    together.

12    Q.  Do you think the arrival of GOP voters from the

13    North helped drive a wedge into the racial attitudes of

14    the South in these areas?

15    A.  A wedge in terms of that they weren't

16    segregationists?

17    Q.  Yes, and helped to break down some of those

18    racial attitudes.

19    A.  I think a couple of things.  First of all, I

20    think a lot of them -- well, some of them came as

21    Republicans.  Others of them, as I explained in the

22    book, got active in the Republican Party because that

23    was the only place they could gain a foothold.  And so
```

1    it became sort of a way for them to become civically

2    active because the Democratic Party wasn't open to

3    them.  Right?  They were already people in line for

4    posts.  It was the closed club.

5            So part of it was simply -- it was

6    functional, right?  From terms of segregationist

7    attitudes, I think in places like Aiken -- and again,

8    Aiken is a special place, right?  I mean, it's -- I

9    don't even know if you could compare -- you can't

10   compare the story that I'm telling in Cold War Dixie,

11   or you have to be very careful if you are talking about

12   that area with, say, Charleston where you have a lot of

13   military spending.  You have bases, very different type

14   of personnel, right?  Not college educated.  You know,

15   so I think -- I think specificity matters.  I think the

16   type of Cold War complex we are talking about matters.

17   I think that the way it integrates into the community

18   matters.

19           But back to your point about racial

20   attitudes, I do think in a place like Aiken where that

21   community is -- honestly, it's overwhelmed by

22   outsiders, right?  Who come with either Republican

23   politics, not as strong, you know, not strong racial

Page 140

1    attitudes or whatever.  And they also see themselves as

2    modern.  They are problem solvers.  They are

3    scientists, and modern communities do not kill little

4    children in churches.

5              And so I think what happens is that they do

6    have an impact on their community, right?  But they

7    have an impact because there are so many of them, and

8    that's not the case in every -- in every place where we

9    have suburban growth.  Right?  I mean, these were

10   outsiders wholly coming in, right?  And completely

11   transforming an area.  Does that make sense?

12      Q.  Yes, ma'am.  Thank you.  The next section in

13   your supplemental report entitled "Religiosity,

14   Abortion and Sexuality," page eight, the sentence

15   beginning a little above the middle of that paragraph,

16   "Race occupies a prominent place."

17      A.  Uh-huh (yes).

18      Q.  "Race occupies a prominent place in the history

19   of southern white evangelical Christians and their

20   particular world view.  Furthermore, prominent

21   Christian leaders and politicians who opposed abortion

22   and gay rights, like Jerry Falwell, Sr., founder of the

23   organization Moral Majority, and Senator Jesse Helms of

Page 141

1    North Carolina, had sustained records of opposing civil

2    rights advances, for example, slow-walking

3    desegregation at the University of North Carolina and

4    Bob Jones University's fight to maintain racially

5    discriminatory practices."

6              "The connection to race is found in the

7    broader conversation regarding rights, specifically the

8    rights demanded by women and the rights demanded by

9    LGBTQ+ individuals.  The connection to race lies not

10   only in the actions of individuals like Falwell and

11   Helms, but in white evangelicals' particular conceptual

12   world."

13             Earlier in this deposition, I believe you

14   said that gay rights were not an issue at this time and

15   that, as a historian, you don't have an opinion about

16   whether being pro or against gay rights as a policy

17   position implicated racial -- implicated race.

18   A.  I guess in that case, I am responding to his

19   inclusion, but I do not feel comfortable talking about

20   that iteration of sort of rights, you know, conflicts.

21   Q.  Understood.  So the very last three words or the

22   last four words that I read, "evangelicals' particular

23   conceptual world," five, "white evangelicals'

Page 142

1    particular conceptual world," what do you mean by that

2    phrase?

3       A.   So here, I am drawing on the work of Glenn

4    Feldman, Historian Glenn Feldman.  Also I think Shields

5    and Maxwell in their book, "The Long Southern

6    Strategy," have a particularly interesting take on

7    white evangelicals and sort of tying -- you know, sort

8    of implicating race into these other -- these other

9    fights, for lack of a better word.

10              I think the particular world view is one

11   that is based on the patriarchal family in which there

12   is a sense of order with men as the head of the

13   household and women as secondary, for lack of a better

14   word.

15              I think there is a sense of order, right?

16   First, there was a sense of racial order in which --

17   and I think Shields and Maxwell do a pretty good job of

18   this, and Paul -- what is his last name?  Paul Harvey,

19   also a historian of southern religion, you know, that

20   women, particularly white women, have an important role

21   to play in maintaining racial order, which is they are

22   the bearers of children and they are the protectors of

23   white supremacy.

1           And so this idea that sort of gender

2    relations, gender hierarchy is very much implicated in

3    racial hierarchy is kind of part of this evangelical

4    world view.  And when racial hierarchy becomes

5    disturbed, according to these historians, right, the

6    next -- and when the women's rights movement begins,

7    right, that is -- you know, they very easily and

8    obviously, right?  It's well documented, right?  They

9    moved from, you know, that their racial fight is

10   basically over.  They are not going to win that.  They

11   may slow things down, right, but then the next place in

12   which the battle is going to be engaged is going to be

13   in gender roles, right?  Particularly over issues like

14   abortion or the Equal Rights Amendment.  Yeah.

15       Q.  That's a lot to unpack there, and I will get to

16   that in bits.

17       A.  Sorry.

18       Q.  That's fine.  One of the first things you

19   mentioned was the sense of order.  And so is this

20   particular conceptual world of white evangelicals the

21   virtuous Christian society?  Is that what you mentioned

22   on page nine?

23       A.  I mean, I will say straight up that I'm not a

Page 144

1    historian on religion.  So I'm drawing on the

2    scholarship of others that I find to be compelling

3    because I think they do a good job of kind of showing

4    the -- you know, the weddedness of gender and race.

5    But I also think looking back, even if we are not

6    talking about evangelicals, I think, you know, gender

7    hierarchy and racial hierarchy, you can't disturb one

8    without disturbing the other, because particularly of

9    the role of white women in maintaining racial purity,

10   right?  You can't have racial purity if you don't have

11   white women, right, just staying with white men.  So

12   they had a critical role to play, but that role was one

13   in which they are under control.  Right?  Patriarchy is

14   not just a -- it does not just have a place for black

15   people, but it has a place for women as well.

16       Q.  The last sentence of that partial paragraph at

17   the top of page nine, you write, "The imagined virtuous

18   Christian society was a patriarchal one of order based

19   on rigid and interlocking racial and gender hierarchies

20   in which white women and all black people were

21   subservient to white men."  You just explained to me

22   that the role of white women in this society was to

23   maintain racial purity.  Do you believe the white

1  evangelical conceptual world or this virtuous Christian

2  society is one of racial purity?

3      A.  Now?

4      Q.  Not now, but in the -- no later than in the

5  '90's.

6      A.  I think -- no.  I mean, I think what I'm talking

7  about here is a much earlier time, right?

8      Q.  When was that?

9      A.  You know, pre 1960's, right?  So, no.  I

10  wouldn't say that -- but what I am saying is that these

11  two movements, both to opposition to the women's rights

12  movement and the opposition to civil rights movement,

13  are not disconnected because at one time they were

14  integral.

15      Q.  Okay.  The last paragraph on page nine beginning

16  "Conservative Christians."

17      A.  Yes.

18      Q.  "Conservative Christians found their next fight

19  in the expanding women's liberation movement, which

20  involved not only the right to terminate a pregnancy

21  but also the fight for the Equal Rights Amendment

22  (ERA), antifeminists, especially those who considered

23  themselves part of the Christian Right, labeled ERA

1    supporters and pro-choice activists as anti-family and

2    worse."

3              And then the last partial sentence on page

4    nine that goes on to page ten reads, "Religious

5    conservatives lost much of the traditional theological

6    undergirding for their race politics, but they found

7    new inspiration in the defense of traditional gender

8    roles.  In the process, the conservatives jettisoned

9    the familiar arguments for racial hierarchy, replacing

10   these now-discredited views with a renewed and updated

11   defense of gendered hierarchies."  Essentially what you

12   just explained to me --

13        A.   Uh-huh (yes).

14        Q.   -- a moment ago.  Who were you referring to or

15   what do you mean by conservative Christian, Christian

16   right and religious conservative?

17        A.   Mostly talking about those organizations that

18   became active in the late 1970's, early 19 -- into the

19   1980's, for example, Moral Majority and also the

20   Christian Coalition.  I'm specifically thinking about

21   these organizations that became politicized, right?

22        Q.   So religious conservative, which is the term you

23   used at the very bottom of page nine, is that also

1    thinking of these organizations that became politicized

2    or is that more broadly just people who are religious

3    who are also conservative?

4        A.   No.   I mean -- well, I think when I was writing

5    this, I was thinking more of why politically engaged

6    organizations acting -- right?   Trying to curry

7    influence within the political arena in a way that they

8    had never done before.

9        Q.   Can you go back to A New History of the American

10   South, which is exhibit -- is that six?

11       A.   Okay.

12       Q.   I am on -- go about three pages from the back to

13   figure 12.5, which is Strom Thurmond.

14       A.   Uh-huh (yes).

15       Q.   So then go back one page previously.

16       A.   Yes.   The support?

17       Q.   "The support," and one page even previous to

18   that.

19                THE WITNESS:   Could we maybe take a

20   ten-minute break?

21                          (Recess taken.)

22       Q.   (BY MR. GEIGER)  Did I read anything yet?

23       A.   No, sorry.   I disrupted us.

Page 148

1      Q.  That's fine.  So beginning of the last

2   paragraph, "Republican prospects."

3      A.  I'm sorry.  Where?  Yes.

4      Q.  "Republican prospects in the region began to

5   change with the development of two phenomena.  The

6   first was the rise of the Christian right and its

7   political mobilization of conservative Christian

8   voters.  The so-called Rights Revolution, which drew

9   inspiration and power from the civil rights revolution,

10  prompted a political backlash.  In the 1960's and

11  1970's, the Supreme Court handed down decisions that

12  banned organized school prayer, protected the rights of

13  accused persons, and most important in this context,

14  protected a women's right to seek an abortion."  And

15  then the first sentence of the next paragraph.  "The

16  support of politically energized evangelicals was

17  critical to the election of Republican presidential

18  candidate Ronald Reagan in 1980."  Why do you write

19  that most important in this context was the protection

20  of a women's right to seek an abortion?

21     A.  You are asking me about that phrase in

22  particular?

23     Q.  Why was that issue of the hierarchy of issues at

1    the top in terms of Republican prospects to begin a

2    major change?

3        A.  For the purposes of this article, because I

4    think -- I think it's not merely the existence of

5    abortion, because women have been having abortions as

6    long as women have been having children.  And that's

7    true in Alabama and across the South.  I think what is

8    different here -- and I believe this is the points I

9    was making -- is that women are now claiming it as a

10   right to be protected.

11       Q.  So because they were claiming it as a right to

12   be protected, it fell under that larger umbrella of the

13   rights revolution and when it was opposed and that that

14   opposition brought with it baggage?

15       A.  I would say so.  And not only a right to be

16   protected, but one -- this didn't come to pass, but in

17   the case of poor women, a right that should be

18   supported.  It shouldn't just be a negative right where

19   you don't get prosecuted for having -- for terminating

20   your pregnancy, but actually you can -- it's something

21   that could be supported with federal funds.  Of course,

22   you know, that's not the case and never was the case

23   really.

1          And I think the reason that becomes such a

2     flash point, you know, as opposed -- like I said,

3     abortion has been around.  Why is it that these groups

4     become energized around that issue in particular that

5     hadn't really concerned Protestants in particular?  It

6     was a Catholic issue, and they didn't want to -- you

7     know, they don't want to coalesce with Catholics.

8     That's not a thing that Protestants or Catholics

9     wanted, but it does become an issue.  And I think it's

10    because it becomes a right, and it's a right that women

11    demand.  It's a right that they are seeking to be

12    protected and supported, and because of that, it's

13    viewed then as a rejection of motherhood.  Right?  It

14    threatens women's traditional role in the minds of some

15    people, not everybody, right?  But it throws into

16    question what it means to be a woman, and if you are

17    rejecting motherhood and you are essentially rejecting

18    the essential part of being a woman, then what does

19    that mean for men?  Right?  I think the right of women,

20    the demand of women to have protections to terminate

21    their pregnancy ultimately also throws into question

22    what does it mean to be a man and what is their role,

23    right?  Because those gender -- you know, one doesn't

1    exist without the other.

2        Q.  You mentioned this next point already in one of

3    your answers to me, but I will just read what you wrote

4    again.  Again, at the bottom of page 9, going on to

5    page 10.  "Religious conservatives lost much of the

6    traditional theological" --

7        A.  I'm sorry.  These pages aren't numbered so where

8    are we?

9        Q.  I should have directed you back to your

10   supplemental report.

11       A.  My supplemental report?

12       Q.  Yes.

13       A.  Exhibit 2?  Okay.

14       Q.  Page nine.

15       A.  I'm sorry.  I'm new at this.

16       Q.  That was my fault.

17       A.  Okay.

18       Q.  "Religious conservatives lost much of the

19   traditional theological undergirding for their race

20   politics, but they found new inspiration in the defense

21   of traditional gender roles.  In the process, the

22   conservatives jettisoned the familiar arguments for

23   racial hierarchy, replacing these now-discredited views

1    with a renewed and updated defense of gender

2    hierarchies."  Did gender issues replace racial issues

3    in the South?

4        A.   Again, I would say that they -- they are not

5    wholly divorced.  But as defense of segregation and

6    racial separation, you know, by the late 1970's, right,

7    not many people are making those arguments and, you

8    know, going on to successful careers.

9              I think as far as replacing, I think it's

10   -- I mean, you could say replacing.  I think it's when

11   one is threatened, I think the other becomes

12   threatened.  Was it inevitable?  Maybe.  You know, the

13   women's rights movement draws its energy, its ideas,

14   its claims from the Civil Rights Movement because women

15   see themselves as an oppressed group.  They are

16   claiming rights through the same types of

17   organizations, the courts and what have you.  I think

18   it makes sense that groups and people who had fought

19   against racial quality, you know, this becomes the new

20   terrain because it's just a slightly shifting terrain.

21   And again, because it threatens order and stability.

22       Q.   The very last quotation of your supplemental

23   report is from David Hughes again, writing "the

1  politics of race are never far from the surface."  Is

2  there any way to not really quantify, but as a

3  historian, understand how far they are from the

4  surface?

5      A.  I think it depends on the issue.

6      Q.  So the one we have just been speaking about with

7  the gender issue.

8      A.  Yeah.

9      Q.  By the 1990's, has race submerged below the

10  surface pretty far?

11      A.  For that particular issue?

12      Q.  Yeah.

13      A.  Say for the particular of abortion or --

14      Q.  These family values, what you describe as family

15  value issues, yeah.

16      A.  I don't think it is as overt as maybe education

17  issues or spending issues.  I don't think it's

18  completely gone, but I think in terms of where race

19  stands vis-a-vis women's right to terminate a

20  pregnancy, yes.  I think it's probably further

21  attenuated than some other issues.  So it's below the

22  surface, probably further below the surface than some

23  other categories of issues.

1    Q.  But although it's still kind of lurking below

2    the surface somewhere, a Republican candidate who is

3    putting himself out there as a pro-life candidate, do

4    you think he is still consciously calling upon implicit

5    racial appeals when he is saying "vote for me because

6    I" --

7    A.  I doubt it.  It doesn't mean that they are not

8    implicitly there, but I think someone could -- I think

9    someone could be anti-choice and, you know, believe in

10   civil rights.  I guess what I'm saying is that the

11   adoption of this particular position by the Republican

12   Party comes at a particular time in a particular form

13   pushed by a particular group of messengers that makes

14   that connection pretty clear.  What I'm not saying is

15   that an individual religious person or perhaps even

16   candidate, although I think the candidate should know

17   better or would know better and would know the history,

18   maybe they themselves are -- you know, don't have a

19   racist bone in their body, right?  Or even -- it

20   doesn't even come to the surface.  Two things can still

21   be true, right?

22           But the issue for other voters or as a

23   political issue still has those racial echos.  I don't

Case 2:21-cv-01291-AMM    Document 285-34    Filed 01/29/25    Page 155 of 200

1    think you can get away from that.  Those echos became

2    faint, right?  More faint probably with that issue than

3    again education or something else where they sometimes

4    are quite overt.  Doesn't mean they are not still

5    there.

6         Q.  Can we ever get away from those echos?

7              MR. BLACKSHER:  Object to the form.

8         A.  I hope so.

9         Q.  (BY MR. GEIGER)  Do you think as a historian 70

10   years from now looking backward, there could be

11   evidence in the historical record to demonstrate, yes,

12   race no longer lies beneath the surface of some of

13   these issues where it once did?

14        A.  Anything is possible.  I mean, I would like to

15   think that that could be the case.  I think over time

16   that race can become less of a flash point, but I think

17   it's incredibly challenging.  I think it is the

18   original sin of the country that we are still battling

19   with to a greater or lesser degree.

20        Q.  Is there any issue right now that you can think

21   of where race has essentially been removed from -- even

22   implicitly removed from the discussion?

23        A.  Not off the top of my head, and I don't say that

1   with any particular pleasure.

2      Q.  Yeah.  Do you express any opinion that

3   Republican politicians during the era you have studied

4   were using these implicit racial appeals as you

5   identify, that those appeals were actually picked up on

6   by voters?  I know we discussed some voter behavior and

7   how you are not expressing an opinion on that but --

8      A.  I do.  I think when -- and again, I think we

9   have to be really careful about when we are talking

10  about and what we are talking about.  But I think when

11  someone in the 1980's uses the term "state's rights,"

12  that's has racial implications, very strong ones, that

13  I think a white voter would know exactly -- maybe not

14  exactly what they are talking about, but it would mean

15  -- it would have a certain set of meanings for them.

16  But also as I pointed out in my report, I mean,

17  sometimes these connections to race were made

18  explicitly, when someone says "I'm joining the white

19  party."  Hard to get less explicit than that.  Now

20  that's not everyone.  That was that one guy, but, you

21  know, the adoption of cultural symbols of the

22  Confederacy by an organization that at one point had

23  been anathema to white voters, which is the Republican

1    Party, that has certain meaning.  When a certain

2    organization defends, you know, preservation of

3    monuments to the Confederacy, that can -- that will be

4    read a certain way by different people.

5        Q.  Do you intend to express any opinion in this

6    case on why white voters vote the way they do?

7        A.  No.

8            MR. GEIGER:  I think I'm done with my

9    questions.  I will give anyone else who is on the Zoom

10   call a chance to offer questions, if there are any.

11           MR. BLACKSHER:  I have a few questions.

12           MS. LANCASTER:  No questions for me.

13

14   EXAMINATION BY MR. BLACKSHER:

15       Q.  Dr. Frederickson, we have been referring to your

16   political scientist David Hughes who writes that the

17   politics and race are never far from the surface.

18       A.  Uh-huh (yes).

19       Q.  And you drop in the footnote the article which

20   you are quoting.  It's actually a chapter in a book.

21   Did I ask you to send me a copy of that David Hughes

22   article?

23       A.  Yes.

Page 158

1    Q.  All right.  I'm going to mark it.

2                (Plaintiff's Exhibit P1 was marked for

3                    identification.)

4    Q.  (BY MR. BLACKSHER)  This is Plaintiff's 1 then?

5    Is that the way do you it?  Okay.  Plaintiff's 1, so if

6    you will turn to page 284, I think this is where your

7    quote is coming from.

8                MR. BLACKSHER:  By the way, for the record,

9    the highlights are mine.  The pencil or pen marks are

10   Professor Frederickson's.

11   Q.  I have highlighted the phrase, "Overt racism is

12   no longer a viable campaign strategy in Alabama

13   politics.  Nevertheless, the politics of race, which

14   dominated state life for generations are never far from

15   the surface."  Was this the place that you were --

16   A.  Yeah, uh-huh (yes).

17   Q.  "Over time, conservative whites, especially

18   white evangelicals, gravitated toward new political

19   issues that similarly otherwise vulnerable minorities,

20   including women and sexual minorities."  Otherwise

21   sounds like one of those academic words?

22   A.  Yeah.

23   Q.  But that's where you --

1    A.   Also women are not a minority.

2    Q.   That's where you got the quote from, I take it?

3    A.   Yes.

4    Q.   On page 285, Hughes goes on to say at the top,

5    "Consequently whites identify politics, specifically

6    new evangelical politics, continue to dominate Alabama

7    as voters and legislators push new policies that

8    glorify symbols of the Confederacy, restrict women's

9    access to abortion, and limit the rights and liberties

10   of sexual minorities."  Is that consistent with your

11   opinions?

12   A.   Well, I mean, he is talking about the modern

13   era.  So I would say I believe that is true for the era

14   in which I feel, you know, more comfortable, which is

15   up until the latter part of the 20th century.

16   Q.   And if you will turn -- that's right.  He is a

17   political scientist, which gives him license to talk

18   about today; is that right?

19   A.   He does, yes.  And I think this is a pretty --

20   this is a pretty recent -- yeah, 2021.  So --

21   Q.   And back on page 287, I have highlighted one of

22   his sources, which is Trey Hood's book, "The Rational

23   Southerner."  Trey is one of the -- Trey Hood is one of

Page 160

1    the Alabama attorney general's expert witnesses.

2         A.   Uh-huh (yes).

3         Q.   Although he was not asked to testify on this

4    subject.   And an excerpt from his book is an attachment

5    as an exhibit to the Carrington deposition.   Just to

6    make a point, let me make this Exhibit P2.

7              (Plaintiff's Exhibit P2 was marked for

8                       identification.)

9         Q.   (BY MR. BLACKSHER)   The Rational Southerner,

10   there is a title page, and then I copied one page out

11   of it.   The highlights are in the exhibit attached to

12   Carrington's deposition, but let me read it since we

13   are in the business of reading long passages.   On page

14   181, Professor Hood says, "We also found that

15   mobilization of the African-American electorate has a

16   substantial effect on GOP growth in the face of

17   controls for other traditional explanations; such as,

18   income growth, in-migration and evangelicalism.   Simply

19   put, we found as the theory of relative advantage

20   predicted, that the growth of Southern Republicanism

21   was primarily" -- in italics -- "driven by racial

22   dynamics, not class, demographic factors or religion as

23   others have suggested."   And to skip down to the next

1    paragraph, "Much of the recent research on southern

2    politics" -- and he cites Lublin and Shafer and

3    Johnson, which are sources that Professor Carrington

4    refers to in his expert report.  He says, "Much of the

5    recent research are prominent" -- and he cites

6    prominent examples -- "argues that the role of race in

7    modern southern politics has been overemphasized and

8    that the key to understanding the postwar partisan

9    transformation in the South is class conflict driven by

10   economic growth.  We are not arguing that the economic

11   transformation of the South did not play a role in the

12   development of the Republican Party in the region, but

13   it is not the key aspect of or the primary mover behind

14   the growth of the southern wing of the GOP.  To

15   understand the temporal and spatial dynamics of GOP

16   growth in the region, we would argue that one must

17   understand the politics of race.  Stated succinctly,

18   the partisan and political transformation of the South

19   over the past half century has, most centrally,

20   revolved around the issue of race."  Does that

21   correspond with your report insofar as it goes through

22   the period of time you have expertise in?

23        A.  It does.  And I like the fact that he -- you

Page 162

1  know, he doesn't discount economic change.  Right?  It

2  does play a role.  But yes, I would agree with this.

3            MR. BLACKSHER:  Those are all my questions.

4  Anyone else in the video world have any questions?

5

6            (Deposition concluded at 3:00 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Page 163

1                    C E R T I F I C A T E

2

3    STATE OF ALABAMA)

4    JEFFERSON COUNTY)

5

6         I hereby certify that the above and foregoing

7    proceeding was taken down by me by stenographic means,

8    and that the questions and answers therein were

9    produced in transcript form by computer aid under my

10   supervision, and that the foregoing represents, to the

11   best of my ability, a true and correct transcript of

12   the proceedings occurring on said date at said time.

13        I further certify that I am neither of counsel

14   nor of kin to the parties to the action; nor am I in

15   anywise interested in the result of said case.

16        Signed the 9th day of September, 2024.

17

18

19

20                    ACCR #486

21                    Expires 9/30/24

22            My commission expires 11/19/27

23

**&**

**&**   47:6,6

**0**

**01530**   1:11
**01536**   1:18

**1**

**1**   4:5 15:16,20
   16:4 26:12
   54:10 57:6
   158:4,5
**1-3**   15:18
**10**   4:14 135:14
   151:5
**10,000**   137:7
**100**   104:18
**100,000**   41:4,6
   42:15
**1000**   2:7 5:3
**107**   4:10
**10:00**   5:6
**11/19/27**   163:22
**118**   4:11
**12**   99:4 107:7
**12.5**   147:13
**127**   4:12,13,14
**1291**   1:5
**14th**   24:6,17
**15**   4:5,6,7 82:2
**158**   4:17
**16**   11:3 101:16
**160**   4:18 60:8
   64:8
**17**   81:22 82:1
   87:5

**17th**   16:7
**18**   78:4
**181**   160:14
**18308**   163:19
**1865**   10:14
**1876**   10:17
**1880's**   39:11
**19**   45:18 47:1
   116:15 146:18
**1901**   12:22
   34:21
**1904**   33:18
   34:14
**1919**   114:7,8,12
**1920's**   7:1
**1930's**   34:10
   114:22 116:16
   116:19 123:16
**1932**   33:23 34:7
**1940's**   36:11
   117:12
**1946**   128:22
**1948**   8:15 36:1
**1950**   127:22
   128:23
**1950's**   39:18,23
   59:19 131:12
**1956**   130:15
**1958**   59:3
**1960's**   26:19
   27:9 28:19,22
   39:23 89:5
   91:22 130:3
   145:9 148:10

**1962**   59:3
**1963**   128:22
**1964**   29:2 96:9
   109:12
**1965**   23:21 37:6
   37:9 91:6
   109:13
**1966**   33:18
**1968**   47:21 48:1
   106:22 108:3,8
   108:10 109:6
**1969**   47:20
   48:10
**1970**   48:10
   127:22 129:1
**1970's**   29:4 54:6
   72:7 77:22 78:1
   79:9 91:22
   113:4 146:18
   148:11 152:6
**1972**   48:3,10
   54:11,12 55:21
   103:17 104:5
   105:17
**1973**   46:4
**1975**   45:20
**1979**   59:17
**1980**   69:7,12
   148:18
**1980's**   26:20
   37:15 60:7 64:1
   65:2,8 69:19,22
   70:1 71:17
   75:12 126:3
   131:2 146:19

   156:11
**1981**   65:18,22
   67:4
**1982**   23:23 58:4
   64:2,11,14,16
**1984**   119:8
**1990**   83:15
**1990's**   69:19,22
   70:1 76:4 79:23
   82:22 96:17
   153:9
**1991**   6:19
**1994**   59:22
**1996**   9:5
**1999**   10:9
**19th**   89:16
   102:6 133:21

**2**

**2**   4:6 15:16 16:9
   57:17,18 88:8
   151:13
**2.6**   48:9
**20**   12:17 45:22
   47:20 48:15,17
   62:1 118:11
**200**   11:23
**2000**   17:20
   32:10 33:7
**2001**   2:8 5:4 9:1
   9:2
**2010**   36:22
**2010's**   78:6
**2012**   18:2
**2013**   127:12

**2020**   33:11
**2021**   159:20
**2022**   18:3
**2023**   119:8
**2024**   2:6 5:5
   12:22 14:19
   16:7 33:11 87:8
   163:16
**20th**   12:13,21
   13:11,21 14:3
   35:23 39:12,13
   57:21 81:13
   87:21 88:23
   93:16 101:13
   102:6 107:12
   110:3 116:23
   125:6,13 159:15
**24**   43:11
**25**   44:22 46:12
   54:7,9 62:1
   125:4,9
**25th**   16:13
**26**   57:5,7
**27**   65:1
**27th**   16:18
**28**   69:18
**284**   158:6
**285**   159:4
**287**   159:21
**29**   2:6 5:5 77:19
   81:11 87:11
**2:21**   1:5,11,18

**3**

**3**   4:7 15:17
   16:15 45:15
   73:6 101:7
   110:23
**30**   38:3 62:1
   87:11
**30's**   56:18 79:18
   103:18 104:6
**300152**   3:10
**35**   45:21
**35222**   3:5
**36130-0152**
   3:10
**372**   132:19
**376**   133:1
**377**   133:16
**3:00**   162:6

**4**

**4**   4:8 59:10,11
**40**   7:6
**40's**   79:19
   103:18 104:6
**41**   67:15
**48**   36:1
**486**   163:20

**5**

**5**   4:2,9 66:12,14
   66:21 67:15
**50's**   79:19
   103:18 104:6
**501**   3:9 73:6
**56**   45:21

**58**   71:13
**59**   4:8

**6**

**6**   4:10 67:12,14
   107:3,4
**60**   19:22 60:12
**60's**   27:23
   108:19 131:12
**62**   63:6
**64**   130:4
**65**   130:4
**66**   4:9
**67**   60:10
**68**   47:21 48:1
   52:18 105:9,16

**7**

**7**   4:11 118:15,16
   119:3
**7,000**   41:4
**70**   155:9
**70's**   58:16,17
   59:6 108:19
**72**   55:20 56:20
   105:11,12,22
**75**   45:22 48:9

**8**

**8**   4:12 127:7
**8-10**   127:2
**80**   33:20,22 34:3
   34:11
**80's**   30:2 31:22
   35:1 60:20
   62:13 63:13
   74:16,22

**82**   58:11 59:7
**825**   3:5
**83**   86:5

**9**

**9**   4:13 130:6
   151:4
**9/30/24**   163:21
**90**   60:13 85:21
   127:23 129:1
**90's**   31:4,15,18
   31:23 32:22
   71:18 74:17,22
   88:2 145:5
**95**   17:20
**99**   11:12 85:21
**9th**   163:16

**a**

**a.m.**   5:6
**abandon**   40:12
   42:22
**ability**   14:11
   23:13 26:14,18
   28:11 64:23
   163:11
**able**   53:20 66:7
   112:19 129:18
**abortion**   72:22
   73:1,8,11,21
   74:1,3 75:23
   77:2 105:17
   106:12 119:2,8
   120:15 121:23
   140:14,21
   143:14 148:14

148:20 149:5
150:3 153:13
159:9
**abortions** 149:5
**above** 5:7
140:15 163:6
**absolutely** 35:6
55:20 88:16
**absurd** 102:11
**academic** 32:19
158:21
**accelerate** 126:2
**accelerated**
110:21 125:20
**accept** 62:3
**access** 99:23
118:23 119:2
120:8,13,15
121:22 159:9
**accompanied**
94:21 127:22
**accomplished**
28:13 49:11
**account** 59:13
117:5
**accr** 163:20
**accurate** 21:16
115:9
**accused** 115:17
148:13
**achieve** 45:13
46:18 115:17
118:2
**achieved** 29:16

**achievement**
65:13
**achieving** 46:1
**acknowledged**
102:5
**acknowledges**
103:4
**acknowledging**
72:8
**acquire** 118:2
**act** 23:20 24:1
29:2 37:6,9
69:12 96:9
109:12,13
110:17,17 130:4
130:4
**acting** 5:2
121:14 147:6
**action** 27:4 30:9
78:21 97:12,14
119:18 120:11
120:16,17
163:14
**actions** 7:23
141:10
**active** 135:5
138:22 139:2
146:18
**activists** 146:1
**activity** 8:19
103:5 117:11
130:1 135:10
**acts** 91:6
**actual** 93:19

**actually** 9:16,19
28:16 38:2
53:19 79:5 84:6
86:7 92:6
103:10 105:8
115:6 117:6
137:10 149:20
156:5 157:20
**addition** 38:20
**additional** 70:2
80:7
**address** 73:15
74:17 86:12
**adept** 96:2
**adjective** 87:19
**administration**
30:8 31:5 48:20
85:15
**administration's**
48:6
**admirals** 119:13
**admitted** 65:19
**adopt** 58:19
**adopted** 34:13
34:13 110:10
**adoption** 154:11
156:21
**advances** 141:2
**advantage** 7:19
30:4 160:19
**advantaged**
28:16,22
**advantages**
96:12

**advisor** 9:17
**advocacy** 73:17
**advocate** 73:11
**advocated**
73:12
**advocating**
112:21
**aerospace**
130:22 132:3
**afdc** 75:17
**affected** 136:8
**affiliation**
129:14
**affirmative** 27:4
30:9 78:21
97:11,14
**affirming** 44:13
**afforded** 96:13
**african** 8:19
46:3,5 47:18
56:11 72:14
74:11 99:22
160:15
**agencies** 86:10
**agenda** 65:8
71:5 77:5
106:21
**aggravate** 80:5
**agitation** 114:15
**ago** 135:2
146:14
**agree** 41:5 44:3
68:12 71:12
80:7 90:4 93:10
93:22 94:6,7

108:20 111:7,14
162:2

**agreed** 2:3,9,15
46:2 124:11

**agriculture**
130:16 137:2

**ahead** 15:15
48:17,19 49:14
66:10 68:17
134:9

**aid** 163:9

**aiken** 134:15
139:7,8,20

**aisle** 59:23

**al** 1:3,7,9,13,16
1:20 40:9 41:3
43:1,3,3

**alabama** 1:1,6
1:13,19 2:8 3:5
3:8,10 5:2,5
10:7 12:14,21
13:10,22 14:9
17:4,13 28:11
32:4 33:20
36:17 37:10
38:11 41:4,4,6
41:12 42:15
57:21,23 61:5
62:22 63:8 82:1
98:5 99:1 110:2
114:20,21
118:21 128:14
135:3,8 149:7
158:12 159:6
160:1 163:3

**alabama's**
60:10

**alabamian**
63:15

**alarmed** 40:17

**alexander** 65:21

**align** 78:7

**allegiance** 89:16

**allen** 1:6,12,19
5:19 11:17

**allow** 97:22

**allowed** 26:21

**allowing** 119:22

**alluded** 136:14

**alternative** 50:2
50:5,6,22,23
54:5,5

**amenable** 120:5

**amendment**
24:6,17 76:21
108:15 143:14
145:21

**amendments**
23:23

**america** 114:19

**american** 4:10
10:14 12:12
47:18 59:22
77:17 113:12
117:7,7 131:15
133:6 147:9
160:15

**american's**
72:15

**americans** 8:19
44:16 45:20
46:4,5,9 56:11
74:11 99:22

**amm** 1:5,11,18

**amount** 117:22
129:13

**anathema** 13:22
156:23

**angie** 70:15
87:14

**anne** 2:6 3:16
5:1

**answer** 23:12
68:23

**answered** 69:4

**answers** 151:3
163:8

**antebellum** 39:8

**anti** 55:16 70:2
74:1 110:19
124:19 146:1
154:9

**anticommunism**
113:22 114:4,6
114:11 123:21
131:16,18,23
138:1

**antidemocratic**
121:14

**antifeminists**
145:22

**antipathy**
110:14

**antithetical**
100:11

**anxiety** 26:19
81:13 82:6,10

**anybody** 121:5

**anyway** 123:7

**anywise** 163:15

**apologize** 37:22
61:19 127:14

**apologizes** 58:4

**apologizing**
58:9 61:5

**apology** 59:14
64:7

**apparently**
121:3

**appeal** 14:1
64:19 82:9

**appealed** 28:13

**appealing** 63:8

**appeals** 57:12
57:22 58:2,8,15
58:17,21 59:5
62:9,9 64:11
80:2 93:6 154:5
156:4,5

**appear** 16:6,12
41:7

**appeared**
116:17

**appearing** 3:3,7
3:12

**appears** 16:19
111:8

**appoint**  50:18
  53:5
**appointed**  60:8
**appointments**
  45:3,11 46:16
**approach**  23:10
**appropriate**
  32:7
**approved**  48:10
  49:4 50:20
**approximately**
  22:6
**arching**  91:11
**archives**  17:5,7
  17:17 19:4
  59:10
**area**  4:14 32:19
  32:23 33:12
  50:12 129:7,22
  134:21 136:1
  138:6 139:12
  140:11
**areas**  24:19,21
  55:9 126:18
  128:4,10,15,21
  138:14
**arena**  147:7
**argue**  7:3 23:12
  87:14 89:11
  136:9 161:16
**argued**  90:19
**argues**  161:6
**arguing**  101:1
  112:2 125:2
  161:10

**argument**  25:3
  74:14 90:6,14
  90:15 100:8
  105:4 124:18
  126:21
**arguments**
  102:15 146:9
  151:22 152:7
**arm's**  117:22
**armed**  119:23
**arms**  136:8
**arose**  125:18
**arrival**  133:8
  136:16 137:5
  138:12
**art**  24:19
**article**  4:8,11
  7:16 59:9 149:3
  157:19,22
**articles**  18:5,12
  18:16 19:4,6,9
  20:23 21:1
**articulate**  36:5
  71:18
**articulated**
  20:18 134:7
**articulating**
  73:3
**articulation**
  77:12
**ascribes**  91:17
**asked**  10:23
  13:1,4 17:16
  25:10 48:8 95:2
  130:9 135:16

160:3
**asking**  20:11
  83:12 148:21
**aspect**  7:3 73:17
  161:13
**assessment**  32:6
**assessments**
  22:20
**assign**  2:19
**assignment**
  12:15,16
**assist**  24:9
**assistance**  15:12
**associate**  55:2
**associated**
  116:17
**atlanta**  132:4
**attached**  4:5,6,7
  4:8,9,10,11,12
  4:13,14,17,18
  48:23 160:11
**attachment**
  160:4
**attack**  30:10
  40:19 117:12
  122:12,14
**attacked**  117:14
**attempt**  8:14,16
  13:15,15 39:9
  49:1
**attended**  48:2
**attention**  76:2
  119:21
**attenuated**
  79:17 153:21

**attitudes**  81:18
  82:14 138:13,18
  139:7,20 140:1
**attorney**  3:4,8
  5:18 160:1
**attorneys**  50:15
**attract**  14:12
  26:22 28:12
  40:3 80:12 82:9
  129:18
**attracted**
  122:20
**attracting**  88:3
**attraction**  27:20
  28:12
**attractive**  46:20
  53:2 124:9
  126:14
**attribute**  116:3
**attributes**
  136:19,21 137:4
**atwater**  4:9
  65:16,18,21
  66:7 68:10,13
  69:1
**atwater's**  69:6
**audio**  66:3,4,23
  68:3
**august**  2:5 5:5
**authenticating**
  66:17
**authenticity**
  66:16
**author**  10:4
  59:16

**author's** 22:1
**authoritarian**
　121:15
**avail** 75:17
**available** 31:13
　67:5,7 84:1,14
　118:12
**avenue** 3:9
　59:17
**average** 63:15
**avoid** 48:13
**avoided** 43:19
　44:2

**b**

**back** 7:5 16:3
　22:21 23:19
　34:13 46:12
　47:1 56:18
　59:15 65:15
　75:23 76:9
　89:16 94:7
　114:7,8,9
　137:21 139:19
　144:5 147:9,12
　147:15 151:9
　159:21
**backlash** 148:10
**backward**
　155:10
**bad** 79:5
**baggage** 123:22
　149:14
**balance** 37:16
　45:13 46:18
　56:14

**ball** 54:1
**bankhead** 17:22
　18:11 21:12
　39:16
**bankheads**
　17:13
**banned** 148:12
**baptist** 59:17
**barely** 130:8
**barriers** 38:20
**base** 37:19 55:8
　57:13 62:10
　80:1 131:1
**based** 14:11
　18:11 20:5
　64:14 65:19
　68:5,12 103:14
　103:21 110:16
　130:11 132:11
　142:11 144:18
**baseline** 102:13
**bases** 139:13
**basic** 6:2 44:17
**basically** 10:16
　17:23 137:16
　143:10
**basis** 72:20
　105:7
**batch** 126:23
**battle** 143:12
**battled** 124:10
**battling** 155:18
**bear** 31:1
　113:10

**bearers** 142:22
**bearing** 75:11
　96:10 134:3
**bears** 134:12,12
**becoming** 58:18
　80:23 81:2
　108:11
**bedrock** 81:14
**began** 36:2
　47:18 125:6,14
　125:16 132:23
　148:4
**beginning** 5:5
　26:19 27:22
　33:14,22 34:7
　34:11 36:1,4
　40:7 43:15 44:9
　45:5,19 47:3,21
　48:17 56:21
　57:12 69:19
　77:22 81:22
　84:18 85:2
　90:17 94:6
　99:19 101:9,23
　111:3 119:4
　125:13,19
　130:14,14,18
　132:20 133:9,14
　140:15 145:15
　148:1
**begins** 13:19
　36:10 39:11
　65:2 91:21
　124:16 125:14
　127:17 143:6

**behalf** 116:1
　117:18
**behavior** 32:9
　32:12,19 76:1
　156:6
**belabor** 6:3
**belief** 44:13
　65:11 91:11
　93:1
**beliefs** 36:7 74:1
**believe** 7:6 22:9
　28:15,21 33:20
　38:2 44:16 52:3
　61:4,6,7,17 64:6
　72:21 84:4
　87:22 90:11
　95:2 96:9 97:9
　100:3 110:5
　117:20 125:3
　128:12,23
　135:19 141:13
　144:23 149:8
　154:9 159:13
**believed** 51:8
　89:18
**believes** 90:10
　92:11,14
**believing** 72:20
**bench** 78:13
　79:3
**beneath** 52:2
　70:6 71:13,15
　71:22 72:3,21
　155:12

**beneficiaries**
79:14 100:23
**benefits** 80:7
86:11 95:21
96:11 100:18
**benefitting**
75:21
**besmirch** 41:22
**best** 6:4 12:4
22:2 23:13
29:17 46:6
163:11
**better** 50:8,22
50:23 52:10,12
52:20 79:7,8
136:6 142:9,13
154:17,17
**beyond** 15:1,3
19:3,4 49:2
69:14 89:21
135:12
**biden** 120:11
**big** 30:16
**biggest** 105:9
**billion** 48:9
**billions** 133:4
**biography** 9:12
**biracial** 27:13
**birmingham** 2:8
3:5 5:4 124:17
**bit** 12:18 34:1
46:8,23 60:21
65:15 66:6 92:9
92:10 101:23
113:23

**bits** 143:16
**black** 22:19
28:17,23 29:12
29:16 30:5,12
30:13,20,21,23
37:5,7,17,17,18
38:1,3,4 39:5,6
40:3 41:1 43:6,6
46:9 47:6,6,6,6
48:1 49:18 51:9
51:12,13,13,18
58:4,9,9 60:3,8
60:10,13 61:6
61:18 63:16
65:11 69:13
71:3 73:22,23
75:14,17,21
79:16 80:5,6,13
80:13 81:1,7,7,7
82:2,9 86:13
91:6,12 93:1
94:16 96:5,6
100:19 106:1
114:23 115:12
115:15,16 116:2
116:13 144:14
144:20
**blacks** 60:8
76:13 99:14
**blacksher** 3:4
12:17 14:15
16:1 25:11
49:13 62:15
66:15,20 67:2,5
67:10,13,17,23

68:2,16,18 72:2
87:2 107:17,20
126:8 128:16
134:8 155:7
157:11,14 158:4
158:8 160:9
162:3
**blee** 7:15
**block** 119:12
**bloody** 93:12
**boards** 60:9
**bob** 49:6 141:4
**bobby** 1:3
**body** 11:7
154:19
**boisterous** 46:3
**boll** 122:17
**bolt** 40:18
**bomb** 137:13,14
**bond** 60:15
**bone** 154:19
**bonus** 51:11
**book** 4:13 7:14
9:21 17:12,12
17:19,22,22
18:1,11,11
21:10,12 59:22
70:16 87:15
94:8,9 107:6
127:11 128:13
135:1,17,18
138:22 142:5
157:20 159:22
160:4

**books** 18:5 19:4
19:6,9 20:22
21:1 22:10
135:20
**bootleggers**
99:15
**bottom** 27:11
69:20 77:21
99:19 111:2
136:3 146:23
151:4
**box** 3:10
**boys** 115:3
**brain** 25:2
**branch** 47:17
**bread** 104:23
**break** 6:9 25:3
57:14 62:11,12
88:5 133:3,10
138:17 147:20
**breakdown**
82:4,7
**breaks** 137:9
**bring** 58:12
**bringing** 136:13
**broader** 71:5
74:2,10 97:4
141:7
**broadly** 9:16
92:9 147:2
**brought** 34:7
132:8,9 136:11
137:15,15,16,17
137:17 149:14

**brunt** 31:1 96:10
**budding** 131:17
**budget** 48:7
**build** 87:17
**building** 51:15 81:11
**bulk** 18:9
**burden** 75:2,8
**burdened** 75:20
**burdens** 75:19 75:20
**bureaucracy** 44:20 50:11 95:17 96:21
**bureaucratic** 96:4
**burgeoning** 99:9
**bush** 97:3
**business** 51:13 160:13
**busing** 29:11,12 29:13,13,14,20 29:23 44:21 45:12,22,23 46:5,8,18 53:16 106:3,4
**butter** 104:23

**c**

**c** 3:1 5:22 57:18 73:6 112:1,7 163:1,1
**cabins** 99:15

**call** 19:5 55:1 73:3 137:14 157:10
**called** 12:1 32:8 33:5 137:18 148:8
**calling** 88:12 91:18 105:6 154:4
**campaign** 40:11 42:12 68:14 69:9 85:14 158:12
**candidacy** 40:10 107:2 109:6,23 110:6 110:15
**candidate** 40:13 40:14 46:20 148:18 154:2,3 154:16,16
**candidates** 55:6 62:21 79:2,4,8 94:11
**capacity** 1:6,13 1:19 96:18
**capitalize** 131:12
**care** 86:1 119:1 120:8,13
**career** 50:15
**careers** 152:8
**careful** 30:7 32:11,15 139:11 156:9

**carefully** 44:4
**carolina** 9:3 10:2 107:16 128:12 129:7,22 132:6 133:8 135:8 137:9 141:1,3
**carpetbaggers** 40:21
**carried** 41:3 45:2,7,10 46:15 60:20 95:22 97:3
**carries** 37:23 45:6 63:6
**carrington** 15:1 15:1 16:17 31:10 37:1 50:21 52:3 89:18 102:7 113:9 122:22 124:2,20 125:2 126:4 160:5 161:3
**carrington's** 4:7 22:8 45:16 47:1 78:4 100:5 110:23 124:18 125:4 134:17 160:12
**carter** 49:8 68:11
**carve** 38:17 80:8,11

**case** 1:4,11,17 12:15 13:7 14:21 15:7 16:22 23:17 74:7 90:7 121:22 126:17 134:15 140:8 141:18 149:17 149:22,22 155:15 157:6 163:15
**caster** 1:16
**categories** 153:23
**catholic** 74:6 150:6
**catholicism** 43:1
**catholics** 150:7 150:8
**cause** 5:7 97:16 126:22
**caused** 61:11
**ceased** 94:2
**center** 26:21,23 27:12,22 28:1,4 29:9,21,22 30:3 62:21 65:9 130:16
**central** 81:18 82:15 83:2
**centrally** 161:19
**centuries** 102:7
**century** 12:13 12:21 13:11,21 14:3 35:5,23

39:12,13 57:21
81:13 87:21
89:1,17 90:20
93:16 98:16
101:5,13 107:13
110:3 116:23
125:6,13 132:13
133:21 159:15
161:19
**certain** 14:6
20:4 24:21 36:3
40:1 49:9 50:13
51:5 80:21 86:4
97:22 117:22
120:2 126:13
129:13 134:18
156:15 157:1,1
157:4
**certainly** 32:1
56:2 123:17
**certify** 5:2 163:6
163:13
**chairmanships**
34:8
**challenge**
112:20
**challenges**
54:17
**challenging**
155:17
**champion** 64:9
**chance** 157:10
**change** 61:8
117:18 118:7
119:9,12 120:3

120:5 121:6
127:21 129:21
131:9,10 148:5
149:2 162:1
**changed** 61:17
118:23 131:1
**changes** 64:5
120:23
**changing** 31:6
**channel** 121:2
**chapter** 4:13
107:7,12 111:9
157:20
**characteristic**
81:18 82:15
**characteristica...**
91:13
**characterization**
111:13
**characterize**
90:5
**charge** 42:9
**charged** 69:10
**charleston**
139:12
**chase** 87:16
**chicago** 114:13
**chief** 120:1,2
**child** 98:15,15
99:1
**childhood** 99:2
**children** 47:19
48:1 99:10
140:4 142:22
149:6

**choice** 32:18
50:8 52:11,12
52:20,20 53:2
82:12 84:6
146:1 154:9
**choices** 81:20
82:16,19
**choose** 9:8 61:6
61:7,16 82:11
**choosing** 52:4
120:21
**chose** 53:7
**christian** 140:21
143:21 144:18
145:1,23 146:15
146:15,20 148:6
148:7
**christians**
140:19 145:16
145:18
**church** 59:18
61:6
**churches** 137:16
140:4
**cio** 117:19
**citation** 22:2
63:2 70:10
**cite** 21:19 71:12
**cited** 18:7,8,9,19
21:21 22:7,10
70:13
**cites** 161:2,5
**citing** 68:9,10
**citizen** 32:4
83:13

**citizens** 37:5
**citizenship**
44:17
**civic** 132:16
**civically** 139:1
**civil** 8:17,17
12:14 13:18
29:2 36:5 47:15
48:9 53:8 55:10
56:16 69:15
71:11 76:22
96:9 101:12
107:1 109:3,12
109:21 110:17
115:5,7 117:19
130:4 131:17
135:9 141:1
145:12 148:9
152:14 154:10
**claim** 90:9
**claimed** 90:2
**claiming** 12:11
74:2 149:9,11
152:16
**claims** 23:6 37:1
152:14
**clarified** 33:3,21
**clarify** 18:18
**class** 10:13,15
10:18 37:5
55:13 64:4 75:8
79:12 97:12
100:9,10,22
102:15,20 103:6
103:11,11,14,15

103:16,21,22
104:2 105:4,21
106:7,11 111:20
112:2,8,16,22
113:2,19 115:13
116:1 117:18
122:4 125:18
126:2 160:22
161:9
**classes**  10:12
**clause**  24:6
**clean**  6:3
**clear**  39:9 88:1
154:14
**clemon**  3:13
26:2
**clinton**  31:5
**close**  12:19
118:14
**closed**  139:4
**closer**  86:18
**club**  139:4
**coalesce**  150:7
**coalition**  51:16
51:23 87:17
89:7 100:3,7
106:20 111:4,21
146:20
**coalitions**  24:22
27:13 101:22
**coast**  132:5
**coded**  14:7
65:20 68:5
75:14

**coercion**  49:3
**coffee**  57:1
**cold**  4:12 117:5
127:12,22
129:12,19
130:12 131:8,14
131:22 132:15
133:2,3,13
134:19 136:10
136:19 139:10
139:16
**collar**  125:22
128:3
**colleagues**
15:10
**collective**  130:9
**college**  58:13
111:5 139:14
**colloquialism**
137:6
**color**  56:9 99:16
**combine**  106:8
**come**  20:13 21:8
44:16 60:3
139:22 149:16
154:20
**comes**  36:9 51:3
53:12 56:2
93:21,22 123:21
123:23 129:13
154:12
**comfort**  32:6
**comfortable**
31:22 42:20
88:2 141:19

159:14
**coming**  20:3
48:4 84:22
96:13,14 137:8
140:10 158:7
**commander**
120:1
**comment**  87:8
116:20
**comments**  76:9
**commission**
163:22
**commissioner**
2:6 5:2
**committee**  34:7
**common**  98:16
**communicate**
15:9 33:7
**communicated**
89:18
**communicatio...**
15:6 84:1
**communism**
114:11 115:4,7
115:15 116:5,11
116:11 117:1,6
117:13,15,15,21
119:13 120:10
121:8,16
**communism's**
116:12
**communist**
114:14,22 115:2
115:10,21
116:16 117:6,10

117:20 119:10
**communistic**
119:3 121:8
**communists**
114:18 115:14
115:21 118:5
**communities**
134:1 136:9,17
140:3
**community**
65:11 139:17,21
140:6
**compare**  139:9
139:10
**compelling**
144:2
**compensated**
11:19,22,23
**compensation**
12:3,6
**compete**  80:20
112:18
**competition**
35:3,7 133:21
**competitive**
133:22
**complained**
47:17
**complaining**
120:12 121:6
**complaint**  23:4
**complete**  9:4
16:21 45:18
114:17

completely 25:4
94:7 102:16
117:16 140:10
153:18
complex 52:5
128:2 129:4
131:7,16 132:2
133:5 134:9
136:17 139:16
complexity
89:15
compliance 2:12
44:15
complicated
35:20 37:6
complications
71:8
component
95:12 125:23
computer 163:9
conceptual
141:11,23 142:1
143:20 145:1
concern 23:14
24:13,16 116:5
concerned
24:17 52:9,13
66:16 84:11
104:7 150:5
concerns 40:11
56:12 106:3
116:10
concession 47:9
concluded
162:6

concludes 74:11
conclusion 13:1
conclusions
18:10 20:4,6,14
20:21 22:22
concrete 48:23
conditions
114:16
conducive 36:7
conduct 17:10
19:2
conducted 17:4
17:11 19:5
confederacy
39:8 156:22
157:3 159:8
confined 114:12
131:15
confirm 22:13
conflict 51:6
103:13,20 161:9
conflicts 81:15
141:20
confused 34:2
confusing 6:8
congratulations
10:21
congregation
59:21
congress 35:22
36:3 48:8 119:8
119:11 120:4,23
122:9,15
congressional
24:12,15

connected 71:19
72:5 77:5
connection
72:10,11 79:9
79:17,19 115:6
126:15 138:7
141:6,9 154:14
connections
138:10 156:17
connotation
121:21
connotations
121:20 122:1
consciously
154:4
consequence
33:14,16
consequences
83:8
consequential
57:20 110:2
consequently
131:8 159:5
conservatism
9:15 73:4 97:2
conservative
26:20 29:8 45:3
45:11 46:16
50:18 53:5 65:8
70:2,10,18,23
71:5 77:4 78:19
81:14 84:18
97:1,5,19
108:17 113:14
113:18 124:8,13

145:16,18
146:15,16,22
147:3 148:7
158:17
conservatives
146:5,8 151:5
151:18,22
consider 19:15
19:23 76:17
88:14 121:7
consideration
19:12
considered 20:3
98:9 128:2
129:3 145:22
consisted
125:22
consistent
159:10
conspiracies
41:17 42:2
constituencies
56:12
constituency
29:14
constituted
131:9
constitutional
38:20
consulted 18:4
18:13
consulting 19:9
contacted 10:1
14:15,16

**contain** 16:20
**contempt** 96:21
**context** 66:2
68:12 74:10,10
77:17 85:7
119:16,21,22,22
137:23 148:13
148:19
**continue** 40:1
55:17 63:5
76:15 96:16
159:6
**continued** 119:5
119:7 126:2
**continues** 39:11
53:22 87:22
125:7,17
**continuing**
103:10
**contractors**
51:13,19
**contracts** 48:22
51:5 132:7
136:10
**contradict**
124:17
**contribute**
107:12
**contributed**
60:4 131:22
**control** 36:20,21
69:16 144:13
**controls** 160:17
**convention** 56:4

**conversation**
76:12,13,20
141:7
**cooperatives**
122:14
**copied** 21:4
160:10
**copy** 16:6,12,17
20:22 21:13
157:21
**core** 28:5 76:7,8
93:6
**corporate**
131:11 133:13
**correct** 11:17
88:22 163:11
**correspond**
161:21
**corresponding**
38:23
**cosmopolitan**
137:17
**cost** 75:11
**cotton** 41:13
42:8 130:20
137:2
**counsel** 2:4,17
2:18 19:11,14
22:23 25:16,18
26:5,7 163:13
**counter** 43:8
49:16 56:14
105:20
**countered** 40:18

**countering**
105:4
**counters** 112:12
**counties** 60:11
**countless** 133:6
**country** 14:11
119:10 125:21
134:3 155:18
**county** 24:14
163:4
**couple** 6:2 75:3
78:12 81:10
122:10 133:16
138:19
**course** 10:16
21:11 42:7 50:8
55:19 73:22
75:13 89:5 98:3
103:7 149:21
**court** 1:1,5,12
1:18 2:13 3:16
5:1 11:9 23:17
25:5 50:20 53:7
148:11
**courts** 44:19
71:9 72:13
152:17
**cover** 127:7,11
127:11
**covered** 58:22
59:5 63:5
**cracking** 56:2
**craft** 39:10
**crafted** 38:21
100:15

**crazy** 41:19
**create** 24:21
133:18
**created** 101:22
110:9
**creating** 24:18
27:13 38:20
39:2
**creation** 21:14
132:16 133:22
**credentials**
41:16,21
**credible** 20:10
**cried** 40:23
**crime** 65:12
81:16
**cripple** 13:15
**critical** 133:19
144:12 148:17
**criticism** 119:17
**criticized** 72:17
**critics** 47:16
**critique** 112:1
**crop** 137:2
**crow** 10:17
102:2
**cultivating** 10:4
**cultural** 38:22
40:10 42:22
106:8,9 156:21
**culturally**
108:17 113:14
113:18
**culture** 39:5
89:15

**cultures** 134:23
**current** 10:5,6
**curry** 147:6
**cut** 71:7 86:15
  86:16
**cuts** 30:11,17
  31:1 71:3 86:14
  86:21
**cutting** 93:11
**cv** 1:5,11,18 9:1
**cycle** 78:2

**d**

**d** 4:1 5:22 131:3
**dan** 68:11
**date** 5:3 67:2
  131:14 163:12
**david** 9:11,15
  9:19 71:12
  152:23 157:16
  157:21
**davis** 88:13,14
**day** 52:6 63:1
  99:4 125:8,17
  163:16
**daycare** 112:14
  112:15,21
**deal** 79:10,11
  89:6 98:11
  100:7,14,18,20
  101:2 102:20
  103:6 133:11
**deals** 100:9
**dealt** 104:8
**dean** 47:13

**decade** 30:1
**decades** 75:13
  130:23
**decision** 87:16
**decisions** 71:10
  136:7 148:11
**declare** 91:23
**decline** 133:12
**decreasing**
  111:22
**dedicated** 54:13
**deep** 89:15
**deeper** 60:14
  78:13
**deeply** 102:5
**defendant** 1:8
  1:14,21 3:7
**defendant's** 4:4
  15:18 59:11
  66:12 107:4
  118:16 127:2
**defended** 115:2
**defends** 157:2
**defense** 28:14
  36:12 69:4
  86:16 90:19,21
  115:2 126:20
  130:21 137:21
  146:7,11 151:20
  152:1,5
**define** 82:23
  90:23 92:9 95:2
  95:9 96:11
  99:21

**defined** 54:13
  55:22 56:1
**defines** 61:1
**defining** 13:9
  108:22,23 109:3
**definitively**
  31:16
**degree** 6:14,18
  6:19,20 8:4
  39:22 49:22
  55:21 60:16,23
  75:6 110:18
  131:2 155:19
**delegate** 56:5
**delegation** 56:6
**demand** 74:4
  150:11,20
**demanded**
  76:19 141:8,8
**demanding**
  77:13
**demands** 65:14
  76:10 77:13
**democracy** 99:8
  117:7
**democrat** 55:8
  88:17
**democratic**
  13:11,19 33:17
  34:15,17 35:9
  35:13,18,18,21
  36:2,15 37:3
  38:10,23 39:4
  39:10,14,15,19
  39:19 40:13,18

40:20 42:11,22
  51:16,22 54:11
  55:21 56:22
  63:11 78:15
  79:23 80:15,19
  85:9 86:23
  88:12,20 89:6
  89:16 91:4,7
  103:13,17,18,20
  104:4,5 105:5
  106:3,13,21
  108:10,18 109:1
  109:1 110:7
  111:4,23 113:4
  132:12 133:22
  135:9 139:2
**democrats** 8:14
  34:6 36:6 37:9
  38:21 39:1 41:5
  41:6 42:15
  54:15 63:9 78:1
  78:12 79:7
  81:20 82:2,17
  90:12 98:11
  99:22 100:14
  122:16,17 124:9
**demographic**
  132:1 160:22
**demographics**
  131:1
**demonstrate**
  155:11
**demoted** 10:23
**denial** 44:16

denigrated 39:5
deny 73:6
denying 48:11
72:17
department
30:14,19 47:12
50:10 97:13,13
departments
30:11,18
depends 153:5
depicting 40:19
deposed 5:23
deposition 1:23
2:5,10,11,20
25:8,19,20 26:9
141:13 160:5,12
162:6
depositions 2:14
describe 91:2,19
120:10 153:14
described 12:16
describing
88:20
descriptive 68:6
desegregate
73:5,6
desegregation
45:12,20 46:1
46:10,17 47:11
50:9 52:13
53:17,22 141:3
deserving 93:2
desire 84:5 98:8
desires 80:17
81:8 100:11

110:22
despite 48:4
54:10,11 123:8
destroy 13:15
destroyed 118:9
determined
131:11
develop 29:8
79:1,2
developed 9:13
43:20 97:2,3
developing
26:20
development
126:1 132:3,6
148:5 161:12
developments
111:22 126:13
dexter 59:17
dice 77:1
die 120:22
died 79:19
differ 56:19
different 31:2
32:19 36:14
71:10 83:5
91:13 93:3,4
95:22 98:3
137:16 139:13
149:8 157:4
difficult 27:14
69:17 73:20
80:23
difficulty 62:12

dinged 31:10
directed 151:9
direction 13:3
36:14 37:19
113:3 131:10
directly 70:5
dirt 98:21,21
disadvantaged
64:6 72:14 81:9
116:1
disagree 46:8
112:4 113:9
134:10,17
disagreed 20:17
disagreeing
123:8
disagreement
101:4
disagrees
119:19
disallowed
63:22
disappointed
124:12
disavowed 85:1
disbursement
133:3
discern 32:21
33:1
disciplined 11:6
11:9,13
disconnect
73:20
disconnected
145:13

discord 51:22
discount 129:20
135:10 162:1
discounting
129:11
discounts
129:15
discredited
146:10 151:23
discrimination
97:21
discriminatory
141:5
discuss 25:15
discussed 19:9
156:6
discussion
75:13 77:18,20
135:13,22
137:23 155:22
disenfranchis...
102:12
disentangle
27:2,8
disfranchisem...
34:19 35:12
102:18 103:3
dismisses 114:5
disproportion...
70:8,21 71:3
disprove 89:12
90:2,9
dispute 49:15
disputes 37:1

**disrupted**
    147:23
**disrupts**  117:3
**dissertation**
    8:10,13,21
    17:11,19,21
**distance**  86:2
**district**  1:1,1
    24:23
**districts**  24:12
    24:15,18
**disturb**  144:7
**disturbed**  143:5
**disturbing**
    144:8
**division**  1:2
**divorce**  43:10
    59:4 72:6 75:4
    124:2
**divorced**  152:5
**dixie**  4:12
    127:12 130:12
    134:19 139:10
**dixiecrat**  8:13
    9:8,18 18:11
    21:8,9,10 94:9
    94:10,11
**doctorate**  8:8
    9:4
**document**  15:22
    16:4,10,15
**documentation**
    117:10
**documented**
    117:4 143:8

**documents**
    18:22 19:1,9,12
    20:6 23:17 26:4
**doing**  14:5
    31:13 38:6,7
    39:17 48:19
    51:20,21 64:11
    64:19 94:15
    130:12
**doj**  50:15
**dollars**  131:8
    133:4
**domestic**  117:14
**dominance**
    13:12
**dominant**  69:7
    129:17 135:6,7
**dominate**  82:22
    82:23 118:7
    159:6
**dominated**
    130:20 158:14
**dominates**  83:4
**domination**
    41:1
**door**  56:23
    61:16
**double**  60:9
**doubt**  122:2
    128:11 154:7
**dovetailing**  9:23
**dr**  15:1 16:17
    22:8 45:16 47:1
    67:21 78:4
    89:18 100:5

    102:7 110:23
    122:22 124:18
    125:4 126:4
    157:15
**drawing**  14:3
    19:3 20:1,20
    142:3 144:1
**drawn**  20:6
    24:12,23
**draws**  76:22
    109:15 152:13
**drew**  18:10 97:3
    133:23 148:8
**drive**  106:10
    138:13
**driven**  98:7
    129:12 160:21
    161:9
**driving**  42:18
    104:11 106:6
**drop**  157:19
**drove**  131:9
**due**  48:5 78:2
    82:8
**duly**  5:11
**durability**  89:9
**durable**  128:20
**durably**  128:14
**duty**  75:5
**dynamics**
    160:22 161:15

**e**

**e**  2:6 3:1,1,16
    4:1 5:1,22,22
    163:1,1

**ear**  55:15
**earl**  22:18
**earlier**  18:13
    20:21 21:4 29:7
    33:21 35:5 46:8
    76:9 141:13
    145:7
**early**  10:1,4
    20:8 26:19
    31:15 34:10
    35:8,10 39:22
    58:16 93:16
    97:14 101:5,13
    102:6 108:19
    131:2 146:18
**earn**  6:18
**earned**  6:19
**easily**  37:21
    143:7
**east**  132:5
**ebb**  91:21
**echos**  64:12
    124:1 138:2
    154:23 155:1,6
**eclipsed**  84:13
    84:18
**economic**  51:9
    106:6 111:6,10
    111:14 122:5
    123:1,13 125:7
    125:16 126:1,11
    126:16 127:21
    128:5 129:21
    131:1,4 132:1
    132:23 133:12

161:10,10 162:1

**economically** 93:20

**economics** 69:3

**economies** 136:13

**economy** 129:8 129:19 130:17 130:17

**edgar** 114:13

**edit** 22:23

**edited** 107:10 130:10

**educated** 32:4 111:5 132:8 133:8 137:7 139:14

**education** 29:15 30:19 81:16 153:16 155:3

**educational** 44:19 49:11 65:14

**effect** 2:12 126:22 160:16

**effective** 27:13 87:18

**effort** 82:8

**efforts** 48:6 57:23 73:5 115:7 133:18

**egalitarianism** 97:5,19

**eight** 48:3 77:21 98:17 124:16

127:1 140:14

**eisenhower** 49:4 134:18

**either** 139:22

**elected** 35:4 90:12 131:21

**election** 8:15 33:11 38:4 40:16 41:8 48:4 78:2 122:19 148:17

**electoral** 33:5 38:21 106:22 109:20

**electorally** 113:5

**electorate** 160:15

**electric** 122:14

**element** 79:7 135:22

**elements** 71:4

**eligible** 48:22

**elite** 39:4 96:4

**embedded** 14:6 42:10 81:15 83:2 101:3 102:21

**embrace** 13:18 13:23 36:4 37:17 61:8 135:9

**emphasize** 85:17

**emphasized** 111:15

**emphasizing** 134:13

**employ** 30:20 30:23

**employed** 10:8

**employees** 30:13 128:3 133:18

**employers** 30:12

**employment** 31:2 86:12 111:12 112:14 127:23 129:2

**enact** 95:15

**enacted** 98:1

**ended** 51:18

**ends** 24:14

**endure** 60:4

**enduring** 27:13

**energized** 148:16 150:4

**energy** 152:13

**enforce** 44:15

**enforced** 50:9

**enforcement** 45:11 46:17 47:16

**enforcing** 48:9

**engaged** 143:12 147:5

**engine** 131:9

**engineer** 29:19 137:7

**engineering** 130:22

**engineers** 133:9

**ensure** 74:7

**entering** 91:6

**entire** 64:3 67:11 68:20 69:1 136:12

**entirely** 115:5

**entirety** 68:20

**entities** 48:22 131:11

**entitled** 140:13

**entity** 116:17

**environment** 111:6,16,18

**equal** 24:5 29:15 61:12 72:15 73:21 76:20 93:2 100:2,7 108:15 112:14 143:14 145:21

**equality** 36:8 37:11 40:20 44:14 61:13 72:16 73:13 97:6,6,10 114:19 115:23 116:10

**equally** 100:21

**era** 10:17 30:2 71:17,17 92:12

98:22 130:19
132:21 137:19
145:22,23 156:3
159:13,13
**erase**  61:20
101:4 102:8
**error**  70:14
**especially**  34:6
44:21 48:12
81:1 86:13
126:18 145:22
158:17
**essay**  130:9
**essential**  45:23
150:18
**essentially**
10:17 12:23
146:11 150:17
155:21
**established**  39:1
44:10,12
**establishing**
48:21
**et**  1:3,7,9,13,16
1:20
**evan**  1:9
**evangelical**
140:19 143:3
145:1 159:6
**evangelicalism**
160:18
**evangelicals**
70:7,21 72:6
73:1 74:4
141:11,22,23

142:7 143:20
144:6 148:16
158:18
**eventually**  14:6
106:21
**everybody**
112:7 124:5
135:21 150:15
**evidence**  2:20
59:16 62:11
66:19 83:20
84:14,17 85:2,9
86:6 88:1
117:16 123:5
124:4,7 155:11
**evils**  52:14,18
52:23
**evolution**  118:3
**exactly**  156:13
156:14
**examination**  4:2
5:7,14 101:11
157:14
**examined**  5:11
**examining**
89:15 131:16
136:7
**example**  14:7
22:18 30:9,13
32:10 46:4 71:1
72:1 76:4 78:17
81:3 96:19
109:5 112:12
141:2 146:19

**examples**  161:6
**excellent**  66:5
**except**  2:17
56:11
**excerpt**  4:9
113:12 130:13
160:4
**excerpted**  107:7
**excerpts**  43:18
**excludes**  100:19
**exclusion**  91:11
**exclusively**
98:18
**excuse**  41:2
75:14
**execute**  94:17
**executive**  47:17
119:17
**exempt**  48:11
49:5
**exhibit**  4:5,6,7,8
4:9,10,11,12,13
4:14,17,18
15:20 16:4,9,15
26:12 45:15
54:9 57:6,17,18
57:18 59:10,11
66:12,14,21
67:12,14,15
88:8 101:7
107:2,4,17
110:23 118:15
118:16 119:3
127:7 130:6
135:14 147:10

151:13 158:2
160:5,6,7,11
**exhibits**  4:4,16
15:16,18 16:4
126:23 127:2
**exist**  100:14
103:4 118:5
151:1
**existed**  103:7
**existence**  149:4
**existential**
117:10
**exists**  114:18
**expand**  54:14
111:23
**expanded**  81:12
**expanding**  75:9
128:3,9 131:7
145:19
**expands**  87:12
**expansion**  74:6
136:8
**expansive**  7:10
**expert**  11:16
12:11,12 14:20
53:15 64:23
160:1 161:4
**expertise**  32:5
32:23 33:12
50:12 161:22
**experts**  15:6
**expires**  163:21
163:22
**explain**  60:21
100:4

explained
  138:21 144:21
  146:12
explanations
  160:17
explicit  14:4
  27:3 93:14
  112:2 156:19
explicitly  14:2
  27:18 30:21
  65:9 73:18
  75:10 90:22
  91:5 92:8 94:12
  105:3 112:15
  120:19 156:18
exploit  26:14,18
  64:23
exposing  92:2
express  13:6
  156:2 157:5
expressed  40:9
expressing
  156:7
extent  79:16
extra  93:18
  94:12
extraordinary
  34:8
extremely  27:14
  134:9

**f**

f  5:22 163:1
face  71:2 97:20
  106:6 107:23
  160:16

facilities  130:22
  132:3 136:11
fact  24:14 41:20
  42:8 53:17
  54:11 62:23
  76:18 90:15
  97:20 100:13
  105:7 112:11
  120:7 161:23
faction  101:22
factors  101:21
  160:22
facts  19:14
  123:5
factual  43:9
  105:20
faint  155:2,2
fair  97:10,16
fairly  10:4
  56:16 91:4
  93:13 111:8
  117:3,4
fairness  97:11
  97:19
fall  47:19 71:3
falling  86:14
falwell  73:15
  140:22 141:10
familiar  22:15
  22:20 23:11,20
  24:5 25:1 70:11
  146:9 151:22
families  71:3
  75:17

family  17:13
  39:19 65:13
  73:4 81:17
  123:23 142:11
  146:1 153:14,14
famously  115:1
fans  29:12
far  7:21 39:13
  46:3 48:4,23
  66:6 76:8 77:4
  82:11 83:7
  99:11,11 100:2
  121:4 124:16
  152:9 153:1,3
  153:10 157:17
  158:14
farmer  123:12
farmers  98:21
  98:21 122:13
fast  43:11 52:10
faulkner  130:15
fault  151:16
faulty  89:13
favor  49:2
favoring  47:8
fbi  114:13
fear  39:5 40:9
featured  33:18
features  119:18
february  14:17
federal  29:19
  44:14,20 50:10
  54:14 95:16
  96:21 123:15
  130:18,23 131:6

  131:8,13 133:4
  149:21
federalism
  96:20
feel  22:21 29:23
  64:5 75:20 80:6
  82:10 88:1
  90:15 96:10
  98:2 141:19
  159:14
feeling  97:22
feelings  64:22
feels  121:13
feldman  142:4,4
fell  149:12
felt  22:19 25:1
  103:16 104:4
  113:3
female  119:1,2
feminism  70:3
fervent  98:6,12
field  12:10
  72:15 79:2
fields  130:20
fight  38:14,15
  118:22 141:4
  143:9 145:18,21
fighting  114:18
  115:22
fights  56:18
  142:9
figure  37:12,16
  63:14,21 147:13
figures  73:10

filtered 131:6
final 127:1
  133:16
finally 6:9
  135:14
find 20:10 23:13
  27:5 28:7 39:16
  62:22 75:5 80:4
  83:8 94:5 98:17
  99:14 117:20
  144:2
finding 80:21
findings 20:9
fine 26:4 55:4
  111:19 124:5
  143:18 148:1
fingers 112:7
fire 97:13
fired 10:23
first 5:11 14:13
  14:14 15:20
  17:12,19 26:13
  33:13 35:19
  45:1,5 47:20,23
  50:11 57:18,19
  73:1 78:12,15
  78:23 81:10
  82:20 83:21
  85:5 88:23 95:2
  99:21 100:13
  101:10,15 102:9
  105:7 106:18,22
  109:19 114:3
  118:18 121:11
  122:15 125:5,10

125:11 126:10
126:11 127:10
128:9 136:3
138:19 142:16
143:18 148:6,15
five 6:9 103:9
  119:4 141:23
flash 150:2
  155:16
fled 49:20
flip 59:15 108:6
florida 132:5
fluid 101:22
focus 100:9
  111:5 128:13
focused 6:22,23
  99:1 100:10
  111:15 116:13
focusing 51:14
  75:23
follow 66:4
  68:15,18 79:22
following 5:8
follows 5:12
food 75:18
foot 132:16
  133:13
foothold 138:23
footnote 68:9
  71:13 88:10
  101:16 116:15
  118:11 157:19
force 2:12 42:18
  85:3 97:15

forced 53:16
forces 112:3
  119:23
forcing 96:5,5
forefront 56:17
  84:22 89:5
foregoing 163:6
  163:10
foreign 86:4
forged 48:17,19
forget 24:18
  26:3
forgiveness 60:5
form 2:17 13:4
  49:13 68:16
  72:2 94:17
  116:21 118:6
  126:8 128:16
  134:8 135:23
  154:12 155:7
  163:9
formed 16:21
  81:13 125:23
former 49:2
  59:23 63:17,19
  137:21
forth 23:19
forward 30:1
  31:4 43:11
  116:16,19
fought 152:18
found 45:20
  57:14 62:10
  118:13 121:8,9
  124:9 141:6

145:18 146:6
151:20 160:14
160:19
foundational
  125:23
founder 140:22
four 25:13
  26:13,15 98:4
  141:22
fourth 26:2
fracture 106:22
  109:20
fractured 54:12
  55:22
fractures
  108:18
frame 128:19
franklin 131:3
frederickson
  1:23 2:5 5:6,10
  5:21 67:21
  157:15
frederickson's
  158:10
free 80:9 122:10
  122:23 123:8,11
  123:13,17 124:5
  124:19,21,22
  126:6,11,16,21
freedmen 40:22
freedom 117:7
friday 25:21
fruits 136:13
fueled 131:19

**full** 2:12 33:14
45:1,5 47:21,23
57:19 101:9
106:18 125:5,10
125:11 128:8
132:20
**fully** 36:4 91:12
91:13
**functional**
139:6
**fund** 115:2
**fundamentalism**
70:3
**fundamentally**
93:1,3
**funded** 112:15
112:21
**funding** 48:8
**funds** 133:4
149:21
**further** 2:9,15
14:3 31:4,5
101:23 113:23
136:9 153:20,22
163:13
**furthermore**
140:20
**future** 63:7 88:3

**g**

**gain** 138:23
**gains** 126:2
128:14,20
134:18
**gallup** 46:4

**galvanize** 74:9
**game** 81:8
121:12
**garnered** 86:5
**gay** 54:22 55:15
140:22 141:14
141:16
**geiger** 3:9 4:2
5:14,17 15:15
15:20 16:3 57:2
57:5 59:13
62:18 66:14,18
66:22 67:4,7,12
67:14,20 68:1,4
72:3 87:4 88:5,7
107:6,19,21
118:18 126:9
127:5 128:19
134:10 147:22
155:9 157:8
**gender** 7:8,11
111:6,11 143:1
143:2,13 144:4
144:6,19 146:7
150:23 151:21
152:1,2 153:7
**gendered**
146:11
**general** 3:8 5:18
7:4 30:19
**general's** 160:1
**generalities**
77:15
**generally** 29:10
113:2 132:7

**generals** 119:13
**generations**
158:14
**genuineness**
59:17 60:18
**george** 4:8
37:22 40:1 54:5
57:20 58:23
59:1,3,3,3,22
61:22,23 64:12
64:18 97:3
107:1,23 109:5
109:22 110:5
**georgia** 127:13
**getting** 35:4
53:6 80:6
**ghost** 39:17
**give** 37:20 66:1
94:22 157:9
**given** 13:3 23:10
**gives** 39:17
49:15 102:13
104:15 159:17
**giving** 130:21
**glenn** 9:14,16
142:3,4
**glorify** 159:8
**go** 15:15 16:3,9
22:13,21 26:12
33:13 34:12
38:8,19 40:5
42:20 43:14
45:15 47:1
49:13 57:2
65:15 66:10

67:8 68:16 76:8
77:19 88:7 94:7
98:16 100:4
101:7 113:11
121:2 125:4
126:10 127:15
130:6 134:9
137:20 147:9,12
147:15
**goal** 27:20 28:9
46:1,1
**goes** 69:2,11
89:3 112:15
119:11 121:1
124:17 135:12
146:4 159:4
161:21
**going** 6:7 7:5
21:8,8 23:11
25:2 31:22
37:16 38:12
41:15,18 47:5
50:16,17,18
52:2,10 53:14
55:17 56:18
58:19 63:5 65:4
65:15 66:9
67:22 69:14
71:7 74:17
75:23 77:3
86:17 89:3 92:1
93:9,12 99:4,5,7
99:10 115:19
116:20 119:12
120:22 129:14

130:13 136:2
143:10,12,12
151:4 152:8
158:1
**goldwater** 54:16
68:10
**good** 5:15 34:1
52:15 79:4 81:3
86:23 91:2 99:2
134:5 142:17
144:3
**gop** 78:7,10
126:1,2,13
138:12 160:16
161:14,15
**gosh** 7:5
**gotten** 100:17
121:21
**governing** 60:9
**government**
30:10,16 48:22
71:6,8,9 72:12
72:13 74:7
75:11 76:10
79:15,15 86:4,9
97:8 112:15,21
126:12 130:18
**governor** 38:4
59:23 60:7,12
60:21
**gradually**
132:22
**graduate** 10:15
10:18

**grass** 8:18
**gravitated**
158:18
**great** 78:17
127:10
**greater** 39:22
65:14 75:6,16
79:16 110:7,11
110:20 155:19
**greatest** 40:8
**grocery** 137:15
**ground** 6:2
31:21
**grounded**
118:21
**grounds** 2:19
114:4
**groundwork**
133:19
**group** 52:9 77:6
77:8,10 105:6
152:15 154:13
**groups** 54:20
55:10 56:10,21
72:14 99:19,21
100:2,10 106:20
108:13 110:22
112:20 135:12
150:3 152:18
**growing** 26:22
111:23 125:7
126:18
**growth** 124:16
124:18,21,23
125:17,19 126:5

126:7,16 127:20
127:23 129:1,11
129:12,13 132:4
135:4 140:9
160:16,18,20
161:10,14,16
**guess** 20:11
27:10 52:1 55:1
58:15 62:7,9
87:11 113:11
121:18 141:18
154:10
**guidance** 9:14
**gun** 104:16
111:6,16
**guy** 52:5 63:9
156:20
**guys** 104:18

**h**

**half** 57:21 88:23
110:3 129:16
161:19
**halfway** 69:19
116:15
**hand** 43:16 51:8
96:8,10
**handed** 148:11
**hang** 36:7 80:20
**hanging** 47:3
**hangs** 36:8
**happen** 102:13
106:10
**happened** 33:11
48:5

**happening** 75:3
85:5
**happens** 140:5
**harbinger** 118:4
**hard** 62:22
63:12 78:22
109:15 156:19
**harris** 45:19,19
**harry** 8:17
**harvey** 142:18
**hat** 47:3
**hate** 98:18
**hated** 40:13
**hatred** 39:6
**head** 23:19
39:20 89:22
136:23 142:12
155:23
**heading** 103:12
**hear** 14:13 66:7
66:8
**heard** 10:2
14:14 56:22
59:6 68:12
**heart** 61:8 73:8
**heavily** 100:21
129:8
**heflin** 41:13
42:8,23 78:16
**heflin's** 40:17
**held** 105:8
**helms** 73:16
140:23 141:11
**help** 15:12
60:22 98:21

106:21 115:20
**helped** 136:17
138:13,17
**helpful** 31:23
40:4
**helping** 116:13
**heralded** 133:9
**herbert** 40:14
40:23 41:5
42:13,14
**hierarchies**
144:19 146:11
152:2
**hierarchy** 143:2
143:3,4 144:7,7
146:9 148:23
151:23
**high** 128:1
129:3
**higher** 65:12
**highlighted**
158:11 159:21
**highlights** 158:9
160:11
**highly** 69:10
132:8 133:8
137:7
**hill** 120:22
**hired** 43:6 60:7
**hiring** 48:21
61:20 64:8
**historian** 9:11
31:9,12 32:20
33:8 46:19 82:4
83:12,14,21

84:4 86:2 87:9
87:20,22,23
141:15 142:4,19
144:1 153:3
155:9
**historians** 19:5
31:18 32:1 75:5
143:5
**historic** 132:14
**historical** 27:6
89:15 110:14
121:20 122:1
123:22 124:1
155:11
**historically**
86:20 132:11
**histories** 134:23
**history** 4:10 7:3
8:5,6 10:7,13,16
12:12,13,14
20:12,15,17
38:1 59:4 62:19
77:17 97:21
101:18 107:11
107:12 113:12
114:6,7,18
140:18 147:9
154:17
**hold** 66:15
102:7 118:22
121:4 126:13
134:6
**home** 103:17
104:4 138:5

**honestly** 31:19
34:1,12 105:15
139:21
**honorary** 60:16
**hood** 159:23
160:14
**hood's** 159:22
**hoover** 40:14,19
40:23 41:5
42:13,14,16
114:13
**hope** 29:17
155:8
**hostile** 122:12
**hostility** 132:14
**hour** 11:23
**hourly** 12:3
**hours** 19:20
22:5 25:12,23
26:1 99:4
**house** 8:15
54:16 119:10
120:5
**house's** 119:17
**housed** 128:3
**household**
142:13
**houses** 99:15
**howell** 78:16
**hubert** 104:11
105:14
**hud** 30:19
**huge** 29:12
**hughes** 71:12
152:23 157:16

157:21 159:4
**huh** 8:7 21:20
22:12 36:18
40:6 45:14,17
46:13 47:4 54:8
57:15 61:2 76:3
77:23 78:8
83:19 87:13
88:11 89:2 95:5
95:7 98:10
99:20 101:8,14
104:3 105:12
106:15 108:1
113:16 119:6
124:12 128:7
140:17 146:13
147:14 157:18
158:16 160:2
**human** 79:6,9
91:13 138:7,10
**humphrey**
50:22 52:13,16
55:5,7,7,12,16
105:1,15,19
**humphrey's**
104:12
**huntsville**
124:17 126:19
132:5
**husband's**
137:12
**hypothetically**
84:23

| **i** |
|---|

**idea** 21:3,6,9
 112:6 143:1
**idealogy** 81:14
**ideas** 7:16,21,23
 42:10 86:21
 152:13
**identification**
 15:19 59:12
 66:13 81:19
 82:16 107:5
 118:17 127:3
 158:3 160:8
**identified** 128:4
 131:3
**identify** 82:2,3
 132:23 156:5
 159:5
**identity** 27:11
 27:15,16,23
**ideology** 6:23
 7:9,9 81:19
 82:15 97:1
 122:10 123:9,11
 123:18 124:19
 124:21,22 126:6
 126:16,22
**ignore** 31:3,7
 58:2 69:17
 102:21 120:6
 138:3,9
**ignores** 50:21
 97:20 100:12
 102:15

**ii** 10:18 94:19
 130:19
**illegitimacy**
 38:23 65:12
**imagine** 21:7
**imagined**
 144:17
**immediate** 37:2
 89:7,12,20
 130:18
**immigrants**
 132:15
**impact** 56:20
 106:23 108:22
 108:23 109:11
 109:20 110:7,11
 110:20 131:14
 131:16 132:1
 140:6,7
**impetus** 127:18
 127:20 129:6
**implements**
 30:18 95:15
**implicated** 27:6
 83:5 141:17,17
 143:2
**implicating**
 142:8
**implications**
 30:17 70:10,18
 70:23 71:6
 75:22 80:10
 83:9 156:12
**implicit** 27:4
 58:21 59:5 62:9

 64:19 92:5 93:6
 112:1 154:4
 156:4
**implicitly** 14:3
 27:19 75:10
 92:12,16 112:12
 121:9,10 126:15
 154:8 155:22
**important** 27:18
 34:4 42:5 50:2
 83:10 84:10
 85:22 94:19
 95:12,18 109:11
 137:22 142:20
 148:13,19
**importantly**
 46:2
**imposed** 44:19
**impossible**
 27:14 57:14
 60:2 62:11
**include** 19:8
 62:9 68:4 111:4
 116:21
**included** 47:12
 70:15 89:23
**includes** 76:13
**including** 89:19
 137:3 158:20
**inclusion** 76:6
 77:13 141:19
**income** 160:18
**incorporate**
 37:17

**incorporated**
 70:2
**incorporation**
 110:21
**increase** 48:8
**increasing**
 111:21 113:3
**increasingly**
 54:12 63:10
 80:23 128:4
**incredibly**
 42:14 155:17
**indicated**
 105:22
**individual** 26:3
 36:9 61:3 77:3,3
 94:4,5 154:15
**individuals**
 39:16 40:1
 72:10 73:23
 75:10 141:9,10
**industrial** 98:22
 99:10 116:18
 128:2 129:4
 131:5,7 132:2
 133:5 136:11,16
**industries** 128:1
 129:3
**industry** 127:23
 129:2 132:4
**inevitable**
 152:12
**infamous** 67:18
**infiltrating**
 116:5

**infiltration** 114:15 117:15
**inflammatory** 88:14
**influence** 85:10 147:7
**influenced** 7:13 7:21
**influential** 87:1 102:5
**influx** 133:13
**infrastructure** 80:10
**inherently** 92:18 95:9
**initial** 9:12 16:20,23 17:1,2 17:3 18:23 19:21 26:12 46:12 54:9 57:5 77:20 87:10 88:20
**initiated** 47:12 133:11
**initiatives** 8:18 56:16 135:10
**insert** 118:14
**insofar** 110:9 161:21
**inspiration** 146:7 148:9 151:20
**installations** 130:22

**instance** 101:19
**instances** 22:18
**institute** 60:16
**institution** 6:16 9:6 39:20
**institutionaliz...** 101:19
**institutions** 48:12
**integral** 81:19 82:16 145:14
**integrated** 47:19
**integrates** 139:17
**integration** 44:19 46:7 47:8 48:14 49:10,11 49:17,22 50:5 52:8 53:17
**intellectuals** 105:6
**intend** 157:5
**intentional** 87:18
**intentionally** 6:8
**interact** 75:6
**interchangeably** 117:2
**interconnected** 85:6
**interest** 9:12
**interested** 9:15 10:3 22:22

51:21 54:21,22 60:19 83:22 163:15
**interesting** 135:11 142:6
**interests** 9:23 28:6,17,17,23 28:23 30:4,5 91:10 94:23 128:5 132:23
**interlocking** 144:19
**international** 115:2 117:8
**interpret** 61:14 61:21 62:6
**interpretation** 39:3
**intertwined** 115:5
**intervention** 44:15
**interview** 65:21 66:2,23 67:3,11 67:16,18 68:20 69:1
**interwoven** 70:4
**intractable** 83:16,18
**introduce** 59:9 66:19
**introducing** 67:11
**invaded** 40:22

**invited** 107:11
**involuntary** 44:20
**involve** 86:17
**involved** 129:19 138:6 145:20
**involvement** 116:12
**involves** 41:19 91:8
**irs** 48:10 49:5
**isolation** 133:12 133:15
**issue** 13:9 27:5 28:8 29:5,13 48:20 52:9 69:7 70:6 71:13,22 72:4,21 73:2,11 74:3,6,8,14,15 74:16,18,19,22 75:4,23 83:3,10 84:10,11 89:11 101:12 102:1,1 104:10 120:21 141:14 148:23 150:4,6,9 153:5 153:7,11 154:22 154:23 155:2,20 161:20
**issues** 28:8 31:7 55:13 71:17 72:7 73:12,12 73:18 81:17 83:5,7 84:18,22 85:16 103:15,22

104:9,23 105:14
105:15 106:6,7
106:8,9 111:6
111:11,11,13,18
112:3,14 113:13
123:1 124:3,14
143:13 148:23
152:2,2 153:15
153:17,17,21,23
155:13 158:19
**italics** 160:21
**iteration** 141:20

**j**

**j** 114:13
**jackson** 81:3,5
**james** 3:4
**jason** 90:19 92:4
**jasrasaria** 3:14
**jefferson** 24:14
88:13,14 163:4
**jerry** 140:22
**jesse** 73:16 81:3
81:5 140:23
**jettisoned** 146:8
151:22
**jim** 10:17 102:2
**job** 11:1,2,3
23:12,12 25:3
142:17 144:3
**jobs** 30:22
125:19 136:11
**johnson** 9:14
48:20 161:3
**johnson's** 55:17

**joining** 156:18
**jones** 49:6 141:4
**joseph** 9:12,20
**journal** 20:12
**jr** 59:18
**judge** 1:5,12,18
3:13 26:2
**judicial** 45:3,11
46:16
**judiciary** 95:16
**july** 16:13
**jump** 40:15 78:3
**jumping** 30:1
46:23
**june** 16:18
**junior** 58:13
**jurists** 53:8
**justice** 47:12
50:10
**jyoti** 3:14

**k**

**k** 5:21,22 47:13
47:13
**kallas** 2:7 5:3
**kari** 1:23 2:5 5:6
5:10,21
**kate** 3:14
**kathleen** 7:15
**keep** 14:5 80:1
114:22
**keeping** 50:7
**kept** 37:4 63:20
117:22
**key** 51:15,22
93:15 95:14

130:5 161:8,13
**kick** 69:9
**kill** 34:8 140:3
**kin** 163:14
**kind** 6:5 7:20
9:22,23 10:3
21:13 31:10
34:11 44:8
53:20 69:19
79:6,9 81:6
104:21 130:13
135:21 137:20
143:3 144:3
154:1
**kinds** 137:16
**king** 59:18
**klan** 7:1,9,15,16
**klan's** 7:9
**klux** 6:23
**knew** 51:2
**know** 6:6,10
7:20 8:3 9:17,22
10:3 13:16 14:4
17:23 18:3
20:10 21:13
23:6,9 30:6,15
30:18 31:13,18
32:3,13,18,22
33:11 35:2 36:8
36:23 37:13
38:6,12,13,16
39:22 41:13,17
41:18,21 42:3
43:5,8 49:7,18
50:4 51:18,19

53:4,12,13,14
53:15,18 55:3,8
55:9,11,14 56:5
56:7,10,19
58:14,14,18
59:8 60:4,17
61:3,4,12,14,15
61:22 62:2,5
63:7,12 64:5,10
64:15 68:21
69:2,8 72:12,17
73:4,5,6 75:13
75:15 77:16
78:22 80:6,19
81:1,5 82:20
83:17 84:8,13
85:7,13,23
86:14,16,17
87:7 89:22
90:10,14 91:4
91:22 93:11
94:4,6,9,9,11,14
94:17,18 95:11
96:3,3 97:2,16
98:15,21 100:21
101:2,5 103:3
104:13,14 105:3
105:18,22 106:1
106:5 110:12,16
110:18,20
111:16,17
112:13,23
113:20 114:15
115:18,19,23
116:12,23 117:1

117:11,19 118:1
118:3,8 119:23
119:23 120:6,9
120:22 121:4,4
121:12,18 122:8
122:18,18,23
123:11,22 124:6
126:21 130:2
134:22 135:3,4
135:20 137:1,13
137:22,23 138:1
138:8 139:9,14
139:23 141:20
142:7,19 143:7
143:9 144:4,6
145:9 149:22
150:2,7,23
152:6,8,12,19
154:9,16,17,17
154:18 156:6,13
156:21 157:2
159:14 162:1
**knowledge** 12:4
22:2
**known** 43:20
81:17 133:20
**knows** 121:19
**kotlowski** 47:13
**ku** 6:23

**l**

**l** 2:1 47:13
**labeled** 145:23
**labor** 55:8 56:15
56:17 98:15,15
99:1 104:9,16

104:19,20,22
105:9 112:18
133:11
**lack** 82:8 91:11
103:15,22
127:14 142:9,13
**laid** 133:19
**lamented**
130:15
**lamis** 65:22 66:7
**lancaster** 3:14
157:12
**landscape** 31:6
131:23
**language** 14:7
97:18 110:13
**large** 20:16,18
22:10 30:12
76:12 99:8
**largely** 49:10
78:2 97:3
131:15
**larger** 7:17
76:20 77:4
101:3 149:12
**largess** 79:15
**largesse** 131:13
**lasted** 62:13
**lasting** 108:21
108:23 109:3,9
109:11 110:7
**late** 36:11 39:23
60:7 72:6
108:19 146:18
152:6

**law** 3:4 91:15
92:23 94:18
119:11 120:23
**lawmakers**
122:11
**laws** 2:13
**lawsuit** 5:19
11:16 12:8,10
14:13,14 23:4,7
24:8,12 26:10
**lawsuits** 47:17
**lawyers** 115:1
**leaders** 37:10,17
38:11 40:9
79:10 104:8
140:21
**leadership** 65:5
65:7
**leading** 2:17
40:12 42:9
131:5
**learned** 60:1
**learning** 99:6,6
**leave** 10:20
84:15
**leaving** 105:5
**lee** 4:9 65:16,18
**left** 54:18,23
55:2,11,19
56:13 80:2
105:6 106:20
108:20 110:8
111:3,3,15
113:13

**left's** 110:8
**legal** 93:18
94:12
**legally** 93:20
**legislation** 34:9
107:1 109:22
133:11
**legislative** 78:2
**legislators**
159:7
**legislature**
40:23
**legitimacy** 39:2
**legitimate** 61:8
116:4
**length** 117:23
**lengthier**
130:13
**lesher** 59:21
**lesser** 39:22
52:14,17,19,22
75:6 110:18
155:19
**level** 10:15,18
13:14,14 32:5
36:10 60:14
81:1 106:23
109:21
**levels** 65:14
79:3
**lgbtq** 141:9
**liberal** 54:13,17
55:5,22 63:11
105:14 108:11
108:20 117:13

**liberation** 76:22 105:18 106:13 145:19

**liberties** 159:9

**liberty** 71:22,23 72:17

**license** 159:17

**licensing** 11:6

**lies** 61:3 141:9 155:12

**life** 11:3 53:18 62:1 64:3 76:5 85:1,4 86:3 94:16 137:18 154:3 158:14

**liked** 122:20

**likely** 70:8,21 93:12 106:10

**likewise** 104:17

**limit** 159:9

**line** 99:16 139:3

**lines** 24:23 74:13 77:21 79:23 99:18 111:2

**link** 118:11,11

**linkage** 114:6,8 114:10

**linwood** 3:5

**list** 46:6

**listen** 65:21 66:17 67:1 68:19,23

**listeners** 66:8

**listening** 67:22 67:23

**literacy** 99:7

**litigation** 47:13

**little** 7:23 12:18 31:15 35:3 46:7 46:23 53:23 54:1 65:15 66:6 92:10 101:15,22 113:23 116:15 140:3,15

**lived** 18:1

**living** 137:12

**local** 69:16 114:14,16 129:23 131:18 133:23

**locally** 37:4,12

**location** 69:10

**long** 7:5 10:8 25:22 57:22 63:8,9 70:16 79:1 87:15 97:21 110:13 114:5 136:14 142:5 149:6 160:13

**longer** 38:11 94:21 118:12 130:16 155:12 158:12

**look** 8:2 9:1 15:20 22:14,21 34:4 41:11,16 49:19 51:20,20

52:17 68:8 83:20 85:13,14 85:14,16,19 86:18 89:11 101:2 103:9 104:11,12 120:11 126:10 134:22

**looked** 29:11

**looking** 7:22 20:5 33:3 68:8 78:14 85:8 86:20 103:5 134:21 144:5 155:10

**looks** 12:20 101:10 135:23

**loosely** 98:18,19

**lose** 12:7 30:22 80:12 85:2

**losing** 37:19 87:1

**loss** 78:3

**lost** 36:20,21 38:8 78:1 146:5 151:5,18

**lot** 8:2 28:7 30:20,23 35:23 49:21 52:2,20 52:21 56:17 70:14 71:15 75:2 83:5 90:11 95:20,20 97:11 100:15,19 105:15 111:11

111:11 122:20 123:20,21 124:3 124:8,14 129:10 129:11,22 130:11 138:20 139:12 143:15

**lots** 138:6

**loud** 115:22

**lovers** 37:11

**low** 65:13

**lower** 79:3 86:4 86:9

**lublin** 161:2

**lukewarm** 122:9

**lunch** 6:11 77:20 86:22 88:5

**lurk** 71:22 72:3

**lurking** 83:11 154:1

**lurks** 70:6 71:13 71:15 72:21

**luther** 59:18

**luxury** 80:14

**lynch** 93:13 94:17

**lynching** 94:13

**m**

**ma'am** 140:12

**machinery** 54:14

**maclean** 7:15

**made** 2:16 17:20 30:11 39:4 42:20

46:20 47:15
53:2 58:3 59:19
62:3 64:12
67:18 90:15
106:20 124:20
126:14,17
128:14,20 134:2
134:15 136:19
137:18 156:17
**main** 86:11
**maintain** 93:18
93:19 98:8
99:16 141:4
144:23
**maintained**
13:11 35:22
91:15 92:22
93:9
**maintaining**
91:9 93:14
142:21 144:9
**major** 39:20
55:9 106:22
109:20 117:17
149:2
**majority** 34:6
44:15 101:21
140:23 146:19
**make** 2:18 14:4
18:13 25:3
27:21 53:17
56:22 80:5 90:9
100:8 102:14
134:18 140:11
160:6,6

**makes** 62:7
73:20 81:4
119:11 152:18
154:13
**making** 32:6
58:8 64:10
122:22 126:15
131:19 149:9
152:7
**man** 55:17
61:15 150:22
**maneuver** 58:20
62:23
**marcus** 1:16
**margin** 45:21
**marginalized**
56:21 76:10
77:6,8,10 95:21
110:22
**margins** 54:15
**marie** 39:16
**mark** 15:16
66:10 107:2
118:15 133:14
158:1
**marked** 15:18
59:11 65:12
66:12,20 107:4
118:16 127:2
158:2 160:7
**market** 112:19
122:10 123:1,9
123:11,13,17
124:5,19,21,22
126:6,16,21

**markets** 126:11
**marks** 158:9
**marriage** 74:13
74:16
**martin** 59:18
**massachusetts**
130:10
**massive** 131:19
**master** 8:2
**master's** 6:14
8:4 9:13,17
**materials** 8:1
85:15
**matter** 43:2
**matters** 43:9
111:7 132:12
139:15,16,18
**maxwell** 70:15
87:14 142:5,17
**mccarthy** 9:12
9:20
**mcgovern** 50:6
50:23 52:14,16
54:5 55:5,10,12
55:14,19 104:5
105:1,11,12
**mcgovern's**
104:12
**mean** 15:1
17:14 19:1 21:1
21:7 26:23 32:3
34:12 35:3
41:18 43:8 44:3
52:18,19 53:4
54:23 58:1 61:8

61:9,22 63:23
64:1 68:22 69:6
73:14 76:17
77:14 83:4
84:21 85:12
87:7 90:8 91:22
93:16 98:13
102:11,11,11
111:16 113:18
121:11 122:22
124:7,22 126:19
136:22 139:8
140:9 142:1
143:23 145:6
146:15 147:4
150:19,22
152:10 154:7
155:4,14 156:14
156:16 159:12
**meaning** 157:1
**meaningful** 35:7
42:9
**meaningless**
85:12
**meanings**
156:15
**means** 41:23
46:6,10 60:1
121:19 150:16
163:7
**meant** 14:1 41:1
98:14
**measures**
100:20 104:14

mechanics
  95:23
mechanism  97:8
mechanisms
  44:21
meet  123:13
meetings  25:18
members  35:22
  36:3,11 38:11
  39:14 51:16,22
  117:13 119:1
  122:9,15
memo  119:9
  120:3
men  43:6 53:7
  142:12 144:11
  144:21 150:19
mention  54:18
mentioned
  20:20 46:7 71:6
  106:10 118:10
  143:19,21 151:2
mere  41:4
merely  149:4
merle  22:19
messaging  65:3
messenger
  41:12,12 42:5
messengers
  154:13
method  29:15
metropolis
  69:10
metropolitan
  124:16 128:10

128:14,21
microphone
  66:6
mid  90:20 102:6
  130:3
middle  40:7
  43:14 57:11,11
  64:4 75:8 98:5
  114:3 125:5,12
  125:18 126:2
  140:15
migration
  125:20 160:18
militarized
  129:8
military  118:22
  118:23 128:2
  129:4 131:7
  132:2,7 133:5
  136:10,16
  139:13
mill  98:17 99:4
  130:21 137:12
millennium
  32:2
miller  2:6 3:16
  5:1
milligan  1:9
million  48:9
mills  98:18
  112:1,7
milwaukee  6:17
mind  51:7 63:15
  122:3

minds  150:14
mine  158:9
minimal  117:12
minorities
  158:19,20
  159:10
minority  48:21
  51:4 80:15
  159:1
minute  6:9
  67:15 147:20
mischaracteri...
  90:18
misrepresented
  90:16
mississippi  9:21
  69:9,14
mistaken
  135:18
mixing  99:14
mob  93:13
mobilization
  148:7 160:15
mobs  94:17
modern  87:5
  94:16 132:16
  133:17 140:2,3
  159:12 161:7
modernization
  136:13
moment  60:22
  136:23 146:14
monograph
  127:12

montgomery
  3:10 59:18
monuments
  157:3
moral  140:23
  146:19
morgan  90:19
  92:4
morning  5:15
  5:16 59:20
motherhood
  150:13,17
motion  54:2
motivated  8:16
mouthpiece
  104:22
move  13:19
  36:13 37:4
  48:12 89:7
  98:22 111:3,4
moved  9:20,22
  131:11 143:9
movement
  13:19 34:18
  55:16 76:22,23
  102:20 109:4
  118:7 131:18,19
  143:6 145:12,12
  145:19 152:13
  152:14
movements
  145:11
mover  161:13
moves  38:15

**moving**  31:4
36:10,15 44:9
56:12
**msn.com.**
118:11
**multiple**  17:22
**multitude**  83:6
**murdered**  69:15
**myron**  3:13

**n**

**n**  2:1 3:1 4:1
5:22
**name**  5:17,20,21
5:21 26:3 71:16
142:18
**named**  9:11
**nancy**  7:15
**narrative**  27:6
38:22 39:10,15
**narratives**  40:4
**nation**  134:1
**nation's**  131:4,5
**national**  13:14
35:17,19 36:12
54:11 63:11
69:3 80:16 81:1
104:8 108:10
109:1 136:5
**nationally**  36:10
114:11
**nature**  106:14
**nearly**  70:6
71:13
**necessarily**
20:17 58:19

77:14 85:4
94:15 113:19
120:16 126:6
129:15,18
134:16
**necessary**  2:16
**necessitated**
131:7
**need**  6:6,9 9:1
30:7 49:19,21
63:2 68:19,23
85:23
**needed**  22:21
**needle**  78:18
80:23
**needs**  80:17
81:7 86:12 99:2
110:21 121:2
123:13
**negative**  149:18
**neighborhoods**
96:6,14 98:2
**neither**  89:9
163:13
**neutral**  69:5
71:2
**never**  6:7 39:16
41:13 51:6,6
75:4 90:2 99:11
99:11 129:14
147:8 149:22
153:1 157:17
158:14
**nevertheless**
98:9 158:13

**new**  4:10,17
10:4 20:3,13
21:9 37:7 38:15
43:5 48:10 49:1
54:18,23 55:2
56:3,12,21 62:4
73:2 79:10,10
87:17 89:6
98:11 100:7,9
100:14,18,20
101:2 102:20
103:6 106:20
108:20 110:8,8
111:3,3,9,15
113:12,13
125:17,21
129:21 132:3,8
132:9 133:11
134:14 146:7
147:9 151:15,20
152:19 158:18
159:6,7
**newpapers**  18:4
18:16
**newspapers**
18:12 19:4
**nice**  9:23
**nigger**  67:19,19
67:19
**nightmare**  81:6
**nine**  40:5 46:5
127:1 143:22
144:17 145:15
146:4,23 151:14

**nixon**  43:12,19
43:22,23 44:1,9
44:12 45:2,5,10
46:15,20 47:6
47:15 48:3,4,17
48:19 49:4,12
50:7,13,16,22
51:1,6,20 52:4
52:10,12,15,22
53:10,15,16
54:17 81:12
91:18,19 96:1
110:10
**nixon's**  47:11
49:2,23 53:1
54:10
**nods**  23:19
**nominated**  53:6
**nominees**
103:14,21
**non**  73:18 111:5
111:10,14
**nonentity**  14:9
**nonexpert**
24:11
**normal**  6:5
**north**  2:8 5:4
9:2 10:2 107:16
132:6 138:13
141:1,3
**northern**  1:1
**notary**  2:7
**note**  13:8 47:6
101:11 137:22

**noted** 70:5
132:21
**notes** 18:7,20
21:18 47:14
**notion** 119:2
**nra** 104:15
**number** 22:10
26:22 30:9
45:23 47:18
48:2 49:15,16
51:5 60:10
107:17 124:15
131:4
**numbered**
151:7
**numbers** 75:15
107:21 111:22
113:10 127:14
**numerical** 48:21
**numerous**
106:20

**o**

**o** 2:1 3:10 5:22
47:13,13
**object** 21:13
49:13 68:16
72:2 126:8
128:16 134:8
155:7
**objected** 91:17
**objecting** 91:20
**objections** 2:16
2:19
**oblivion** 131:21

**obvious** 93:8
**obviously** 34:14
143:8
**occasionally**
21:19
**occupation** 10:5
10:6
**occupies** 62:21
140:16,18
**occupying**
27:12
**occurred** 126:5
**occurring**
163:12
**odds** 108:17
113:14
**offended** 47:14
**offer** 157:10
**offered** 2:20
**office** 3:8
**official** 1:6,12
1:19 33:18
131:21
**officials** 96:4
114:14
**oh** 17:2 34:15
43:17 62:17
88:16 108:4
125:15 136:22
**okay** 14:20
15:21 18:18
19:11 22:13
25:22 26:9,17
27:21 28:20
33:13,16 35:20

36:15 38:10
43:11,13,17
44:8,11,23 45:9
47:2,23 48:18
52:12 53:8,11
55:5 57:10
61:11 67:2,10
67:17 68:2,4,10
69:23 72:20
74:20 81:23
82:20 84:13
86:16 94:20
101:6 103:19
106:18 108:7
110:4 111:1
113:18 125:15
127:6 135:16
145:15 147:11
151:13,17 158:5
**old** 4:17 68:13
98:17
**older** 64:12
**onboard** 51:10
**once** 25:1 37:5,8
54:1 60:15
107:22 126:23
130:19 131:3
133:6 135:23
155:13
**ones** 58:3
104:21 156:12
**online** 67:8
**onset** 133:2,3
**open** 139:2

**opening** 56:23
**openly** 43:19
44:2,5 93:17
**opine** 32:8
**opinion** 27:1
33:6 46:19
60:19 74:12
82:3 87:20
141:15 156:2,7
157:5
**opinions** 13:4,6
13:8 16:21
23:17 159:11
**opportunities**
125:20
**opportunity**
24:19 29:15
51:9 61:13 97:6
97:10 112:14,22
129:21
**oppose** 13:14
**opposed** 29:20
44:18 45:22
47:7 73:21,21
114:15 140:21
149:13 150:2
**opposes** 93:10
93:11
**opposing** 44:14
141:1
**opposite** 107:23
128:8
**opposition**
45:12 46:17
55:3 110:16,18

145:11,12
149:14
**oppressed**
152:15
**oppression**
112:3 115:13
**option** 80:18
**oral** 5:7
**order** 6:3 84:12
87:16 142:12,15
142:16,21
143:19 144:18
152:21
**orders** 23:17
**organization**
140:23 156:22
157:2
**organizations**
30:23 117:13,18
117:20,21 118:6
146:17,21 147:1
147:6 152:17
**organized** 56:14
104:20 114:23
148:12
**origin** 129:23
**original** 19:23
20:3,7 21:14,14
79:21 96:8
155:18
**originator** 96:3
**oshinsky** 9:11
9:15,19
**outside** 94:17
120:12

**outsiders**
139:22 140:10
**overblown**
112:10 117:16
**overcome**
110:13 136:18
**overemphasized**
161:7
**overleaning**
29:18
**overly** 23:11
**overt** 90:19
153:16 155:4
158:11
**overtly** 58:8
**overtones** 69:17
**overwhelmed**
101:20 139:21
**overwhelmin...**
125:22
**owen** 39:16
**own** 9:1 13:6
20:14,21 21:1
21:19 40:19
73:15 78:19
**owners** 51:13

**p**

**p** 2:1 3:1,1,10
**p.m.** 162:6
**p1** 4:17 158:2
**p2** 4:18 160:6,7
**pace** 51:1
**page** 12:17 17:3
26:13,15 33:13
38:18,19 40:5

40:15 43:11,16
44:22,22 45:18
46:12 47:1,20
47:20 48:15,15
48:16,17 54:7,9
57:5,7,18 59:15
65:1,1 69:18,18
77:19 78:4
81:11,21 87:10
87:10,11 89:4
98:4 101:9,15
103:9 106:18,19
107:21,22,22
108:2,5 109:17
111:2 113:23,23
114:17 116:14
122:5 124:16
125:4,9 127:14
127:15,19 128:8
132:19 133:1,16
136:3,6 140:14
143:22 144:17
145:15 146:3,4
146:23 147:15
147:17 151:4,5
151:14 158:6
159:4,21 160:10
160:10,13
**pages** 87:12
147:12 151:7
**pain** 60:3,4
61:11
**pains** 113:20
**palatable** 52:8
52:20

**papal** 41:17
42:2
**papers** 84:1,9
**paragraph**
27:11 33:14,15
33:21 34:5,18
40:7,17 41:3
43:14 45:2,5
47:3,21,23
57:11,19 60:6
65:2,4 69:20,20
78:6 81:11
82:13 90:17
98:5 99:18
100:4 101:9,15
101:23 102:4
103:11,13 114:3
116:14 122:7,8
122:11 124:15
125:5,10,11,19
126:11 127:17
128:9 132:20
136:16 140:15
144:16 145:15
148:2,15 161:1
**paragraphs**
119:4
**parchman** 9:21
**pardon** 67:13
**parenthesis**
92:7
**parents** 29:12
29:16,17
**park** 2:7,8 5:4,4

**parochialism** 133:10 137:10

**part** 20:7 42:7 48:5 58:5,6,6 60:11 61:2,23 62:18 66:3 76:20 77:18 78:11 79:3,6 82:8 86:11,11 90:4 93:16 94:2 99:3 101:5,17 102:23 109:18 109:19 128:2 129:3 134:16,19 135:19 136:6 137:9 139:5 143:3 145:23 150:18 159:15

**partial** 144:16 146:3

**participate** 37:8 56:3 107:11

**participates** 56:4

**participation** 38:21 39:6 105:23

**particular** 9:11 13:1 29:5 39:2 50:12 59:2 119:21 127:21 134:22 135:21 140:20 141:11 141:22 142:1,10 143:20 148:22

150:4,5 153:11 153:13 154:11 154:12,12,13 156:1

**particularly** 13:13 72:14 108:14 142:6,20 143:13 144:8

**particulars** 103:5

**parties** 2:4,18 12:20 38:17 82:5,7 104:8,8 163:14

**partisan** 161:8 161:18

**partners** 100:2 100:7

**parts** 20:4,8 24:14,15 125:21 128:13 129:10 134:17,18

**party** 13:11,12 13:19,21 14:1,8 28:10 29:9 30:4 32:16,16 33:4,4 33:6,10,17 34:16,17 35:9,9 35:13,13,15,18 35:18,21,21,22 36:2,10,11,13 36:15,19 37:4 37:12,19 38:11 38:23 39:1,2,7 39:10,15,19,21

40:18 42:11,23 51:16,22 54:12 55:21 56:2,13 56:22 63:11 65:2,7 76:1,5 78:14,23 79:1,2 79:10 80:1,15 80:16,19 81:19 82:9,15 83:2,22 84:23 88:3,12 88:12,20,21 89:8,16 91:4 92:2,3 93:23 100:11 103:13 103:17,18,20 104:5,6 105:5 105:23 106:3,13 106:21 107:2 108:10,13,19 109:1,2,5,22 110:5,7,12,14 111:23 113:4 114:22 115:10 115:22 127:21 128:6,11,13,20 129:14,17 130:2 132:12,15,17 133:1,19,20,23 135:6,7,7 138:22 139:2 154:12 156:19 157:1 161:12

**party's** 26:14,18 28:15,21 111:4 115:2 135:4,9

**pass** 99:7 149:16

**passage** 88:19 91:5

**passages** 160:13

**passed** 100:16 130:6

**past** 31:22 39:3 58:3,16 60:20 60:23 64:12 118:20 161:19

**pastored** 59:19

**patriarchal** 142:11 144:18

**patriarchy** 144:13

**patronage** 60:11

**paul** 142:18,18

**pause** 16:1 115:9

**pay** 67:8 119:21

**peculiar** 88:13 134:2

**pen** 158:9

**pencil** 158:9

**penn** 3:13

**pentagon** 119:7

**people** 29:23 30:12,20,22 37:21 38:4 43:6 50:9 51:9 54:21 54:22 56:8,9 60:3 61:4 62:2 64:8 69:13 72:8

73:3,4,22 74:2
75:8,12,19,21
76:11 79:11,12
79:14,16,18
80:6 81:7 84:2,9
85:18 86:12,13
91:12,14,23
93:1,3 94:17
95:21,23 96:1
96:13 97:12
98:19 100:19,21
104:15 105:4,21
106:1,7 115:18
116:13 117:19
117:20 124:6
134:15 137:14
139:3 144:15,20
147:2 150:15
152:7,18 157:4
**people's** 83:23
**perceived** 117:6
**percent** 38:3
45:21,21,22,22
46:5 47:22 48:1
48:3 60:12,13
81:22 82:1,2
85:21 86:5 87:5
104:18 127:23
129:1
**percentage**
75:16 80:21
**percolated**
105:16
**perform** 17:16

**period** 28:18
32:22 33:22
82:21 88:1
106:2 125:7,16
129:1 161:22
**periods** 34:5
101:13
**periphery** 76:7
**perpetuated**
39:5 102:1
112:3
**person** 17:10
66:3 73:21
90:13 94:10
154:15
**personnel**
139:14
**persons** 148:13
**perspectives** 7:8
7:11
**persuasion** 49:3
**pertinent** 17:15
**pervasive**
101:11
**phd** 1:23 5:6,10
**phenomena**
148:5
**philadelphia**
51:4,12,17 69:9
69:14
**philosophy**
126:12
**photograph**
127:10

**phrase** 26:23
44:1 113:11
121:7 142:2
148:21 158:11
**phrases** 83:1
**physicists** 137:8
**picked** 156:5
**picking** 52:4
**piece** 118:19
130:15 134:7
135:15
**pinpoint** 38:10
**pioneered** 81:12
**pit** 51:12
**place** 2:7,8 5:4,4
39:9 49:22 59:2
62:23 63:4,11
76:12 98:1
99:13 128:1
129:2 138:23
139:8,20 140:8
140:16,18
143:11 144:14
144:15 158:15
**places** 14:9,9
56:19 89:17
97:14 124:8,11
126:18 139:7
**plagued** 132:13
**plaintiff** 1:4,10
1:17 3:3
**plaintiff's** 4:16
158:2,4,5 160:7
**plaintiffs** 11:16
12:7 23:3

**plan** 12:1 47:11
51:4,12,17
**plant** 133:18
136:1 137:13,14
**platform** 29:6
76:6 106:4
**platforms** 33:4
**play** 86:7
101:16 142:21
144:12 161:11
162:2
**playbook**
110:10
**played** 68:3
130:5
**playing** 72:15
121:12
**plays** 27:17
**please** 5:19 6:6
6:10 26:13
33:13 76:16
106:18
**pleasure** 156:1
**plummeted** 48:3
**plural** 29:8
**point** 6:3 7:3
51:1 53:11,20
54:23 73:14
94:19 101:6
113:20 115:17
121:18,21
122:23 124:20
129:16 139:19
150:2 151:2
155:16 156:22

160:6
**pointed** 156:16
**pointing** 112:7
**points** 102:4
149:8
**poisoned** 131:18
**police** 97:13
**policies** 13:20
14:7 27:19 30:7
31:17 36:7 37:4
46:19 53:1,4
63:5 64:14 70:9
70:22 95:15
97:23 120:2
159:7
**policy** 26:20
27:2,7 28:1,5,16
28:22 29:8
38:16 48:11,23
52:8 53:15
55:18 65:10
74:20 75:2,7
80:4,8,11,22
85:1 86:5 90:23
92:5,7,11,15
93:5,14 94:20
95:8 118:23
119:8,11 120:3
120:4 121:1,6
122:5,20 141:16
**political** 8:19
12:20 17:13
22:18 24:21
31:19 37:10
39:6,19 51:7

60:15 62:1 64:3
74:18 81:14
82:5 91:3,7 94:3
98:7 100:11
101:18 103:5
107:12 110:6
111:18 119:13
119:15,18
126:12 131:18
131:21,23
132:20 133:10
133:14,21,22
134:23 147:7
148:7,10 154:23
157:16 158:18
159:17 161:18
**politically** 13:22
44:12 53:21
93:20 147:5
148:16
**politician** 57:20
85:15,20 86:3
99:9 110:2
**politician's** 86:7
**politicians** 29:1
37:18 70:9,22
78:16 84:2,9
91:4 93:17
140:21 156:3
**politicization**
72:6
**politicized**
146:21 147:1
**politicizes** 73:1

**politics** 4:17
12:13 13:9,10
14:1 27:12,12
27:15,16,16,22
28:1,4,13 60:11
62:22 70:6
71:14 82:22
83:2,23 85:3,10
86:8 89:10
90:23 102:6
131:17 132:10
132:17 139:23
146:6 151:20
153:1 157:17
158:13,13 159:5
159:6 161:2,7
161:17
**poll** 41:13 45:19
45:19 46:4
118:3
**polls** 70:7,11,12
70:15,20 84:7
**poor** 75:12
79:11 86:12,13
98:19 149:17
**pope** 41:18
**popular** 40:14
**popularity**
84:19
**populated** 133:7
**population**
80:15 99:9
**populations**
134:23

**populist** 59:22
**portion** 66:2,23
66:23 67:15,20
78:5 100:5
101:17 118:19
**portions** 20:22
**position** 36:5
42:18 43:2 47:9
49:2 76:5,5
81:11 85:1,4
86:4 91:3
106:13 123:6
136:10 141:17
154:11
**positioned** 47:7
**positions** 26:21
28:16,22 29:8
32:16,17 33:4,6
33:10 37:23
38:17 76:1
78:20 80:5,8,11
80:22 85:16
86:5 90:23 92:3
92:6,7,12,16
93:5,23 94:21
95:8 108:14
126:14
**positive** 52:15
66:8
**positively** 53:2
**possessed**
132:11 136:12
**possible** 18:10
24:22 90:3,8
116:3 155:14

**[post - professional]**

**post**  32:22 33:7 59:10,15,16 92:12 101:12 102:2 130:18 132:21

**posted**  9:19

**posts**  139:4

**postwar**  161:8

**potential**  24:21

**power**  13:13 34:8 35:23 53:16 60:15 63:14 87:1 105:8 136:12 148:9

**powerful**  58:12 63:14,20

**powers**  96:19

**practices**  141:5

**pragmatic**  38:5 58:10

**prayer**  72:1,4,7 78:20 148:12

**pre**  58:16 145:9

**preceding**  102:4

**predicted**  160:20

**predominates**  91:3

**preference**  28:16,23 94:23

**preferences**  47:10

**pregnancy**  108:16 145:20

149:20 150:21 153:20

**premise**  89:13

**preparation**  17:21 25:19,20

**prepare**  25:7

**prepared**  19:18

**preparing**  15:5 15:12 18:22 19:20 22:4

**preponderance**  89:10

**prescriptions**  65:10

**presence**  14:10 110:6

**present**  26:2 33:5 39:4 116:22 138:8

**presented**  43:4 62:4

**presenting**  13:12

**preservation**  157:2

**preserve**  99:8

**presidency**  49:12 126:3,6

**president**  49:3 54:2 94:10 120:11,17,18 121:14 131:3

**president's**  122:14

**presidential**  106:23 109:21 148:17

**press**  9:3 10:2 60:8 107:16 127:13 130:11

**pretty**  31:11 55:7 79:5 85:22 117:12 118:9 125:5,12 142:17 153:10 154:14 159:19,20

**previous**  37:23 147:17

**previously**  56:21 108:12 147:15

**price**  122:12

**primarily**  14:11 24:13 95:12 137:1 160:21

**primary**  18:15 18:19 20:5,6 22:10 28:9 35:21 161:13

**principles**  44:13

**printed**  8:1

**prior**  2:21

**priority**  94:22

**prison**  9:21

**private**  48:11 49:5

**privilege**  27:17 28:3,14 91:9 95:4,9

**pro**  53:8 76:5 85:1,4 86:3 141:16 146:1 154:3

**probably**  13:10 21:2 44:4 52:18 52:19 53:14 70:13 82:18 91:5 113:5,8,9 117:21 122:18 130:11 153:20 153:22 155:2

**problem**  67:11 105:12 131:4 140:2

**problematic**  40:3 115:15

**proceeded**  50:5

**proceeding**  163:7

**proceedings**  5:8 163:12

**process**  25:10 56:5 121:4 133:10 146:8 151:21

**proclaims**  77:10

**produce**  89:7

**produced**  163:9

**producers**  131:5

**profess**  44:6

**profession**  20:16,18

**professional**  11:2,4

**professionals**
30:23
**professor** 9:14
10:6 38:7
158:10 160:14
161:3
**profit** 51:7
**profound** 132:3
**program** 8:17
9:13 126:11
**programs** 86:10
86:11 98:11,14
**progress** 51:18
131:20
**progressive**
84:20 98:6,9,13
98:14,23 102:10
102:19 108:13
**prohibition**
42:3,4,7 43:2
99:12,13
**project** 7:17,20
**proliferation**
132:7
**prominent**
30:13 71:16
81:2 140:16,18
140:20 161:5,6
**prominently**
73:11
**promise** 50:8
**promises** 45:2
45:10 46:16
**promote** 64:1

**promoted** 98:20
**promoting**
36:13 64:10,14
**promotion**
81:16
**promotions**
118:22
**prompted**
148:10
**proper** 72:12
**proposals** 48:8
**prosecuted**
149:19
**prospect** 44:18
**prospects** 148:2
148:4 149:1
**protected** 74:5
99:3 148:12,14
149:10,12,16
150:12
**protecting**
91:10
**protection** 24:5
77:11,14 148:19
**protections**
76:11 95:21
100:19 118:1
150:20
**protectors**
142:22
**protestant** 40:8
**protestants**
150:5,8
**protesters**
110:19

**proven** 80:16
113:5 123:4
**provide** 19:11
19:14,17
**provided** 124:4
**providing** 51:9
52:7 119:2
**proximity** 78:11
**public** 2:7 45:13
46:18 48:13
49:20 71:1
**publicly** 63:21
67:6,7 93:11
**publish** 8:23
15:16 66:10
107:2 118:15
126:23
**published** 8:21
9:2 18:2 19:7
20:8,11 107:14
107:15 127:12
130:10
**punish** 54:3
**punished** 53:23
**purged** 117:13
**purity** 144:9,10
144:23 145:2
**purposes** 12:10
149:3
**pursued** 9:16
65:8,10 71:11
**purview** 31:19
120:1 135:12
**push** 38:12
159:7

**pushed** 59:23
73:5 154:13
**pushing** 38:14
39:15
**put** 15:15 34:23
55:19 58:5 74:9
118:22 160:19
**putting** 154:3

**q**

**qualified** 87:7
**qualifies** 49:17
**quality** 97:7
152:19
**quantify** 153:2
**question** 6:7,8
23:13 28:20
38:9 41:15
43:21 49:17
50:3 60:17
62:18 74:2
79:22 87:2 91:2
104:1 126:9
137:21 150:16
150:21
**questionable**
47:15
**questions** 2:17
2:18 6:11 25:10
28:9 84:8
112:16 157:9,10
157:11,12 162:3
162:4 163:8
**quick** 16:9
43:21 78:4
81:10 101:7