FILED

2026 May-15  AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY SINGLETON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-01291-AMM |
| | ) | |
| WES ALLEN, in his official | ) | THREE-JUDGE COURT |
| capacity as Alabama Secretary of State, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges. BY

THE COURT:

## <u>ORDER</u>

BEFORE THE PANEL is *Singleton* Plaintiffs' Motion for Preliminary

Injunction, having been fully briefed, the *Singleton* Plaintiffs' Motion for Injunction

is **GRANTED**. Secretary Allen is **PRELIMINARILY ENJOINED** from changing

the *status quo* by implementing Alabama Act 2026-621.

1

**DONE** and **ORDERED** this the ___ day of May, 2026.


_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE



_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE

2